**ACADEMIC AFFAIRS**



University Campus - MC2006
Post Office Box 6665
Saint Leo, FL 33574-6665
Phone: (352) 588-8244
Fax: (352) 588-8207

July 28, 2016

Dr. Christine A. Sereni-Massinger

Dear Dr. Sereni-Massinger:

I am pleased to confirm your full-time, twelve (12) month, appointment as Associate Dean for the School of Education and Social Services with Saint Leo University. In this position you will report to the Dean of the School of Education and Social Services, Dr. Susan Kinsella. While the Associate Dean has responsibility for the School of Education and Social Services, faculty, courses, and programs at all sites, this appointment is at the University Campus, in Saint Leo, Florida; which was effective August 1, 2016. In this capacity, you will retain your faculty appointment status as a tenure track, Associate Professor of Criminal Justice at Saint Leo University.

The Dean will be responsible for meeting with you to develop and outline expectations for your administrative, teaching, scholarly and service duties during the upcoming academic year. This will serve as the basis for year-end professional evaluations as Associate Dean. Modification to teaching requirements, course load, and or course releases (if any), will be determined through mutual agreement with the Dean for the School of Education and Social Services and Vice President of Academic Affairs.

Your base salary shall be at the annualized rate of $115,000. Your pay is subject to those deductions required by law, University policy, or elected by you. You remain eligible to participate in the benefit programs as offered by the University to full-time employees and you remain eligible for the University 403(b) retirement plan for all full-time employees.

Upon completion of your administrative services as Associate Dean, you will return to your former role as Associate Professor in the Criminal Justice department and your pay will be adjusted accordingly. Your years of service count toward years required for your next sabbatical leave.

This appointment is also subject to the provisions of the Faculty Handbook, Employee Handbook, any amendments thereto, and other University policies and procedures which pertain to regular full-time employees.

If you accept this appointment, please sign and return the original letter to the Division of Academic Affairs in the envelope provided.

Sincerely,

Dr. Michael Nastanski
Vice President of Academic Affairs

Enclosures:     Return Reply Envelope

---

I, Christine A. Sereni-Massinger, acknowledge receipt of this letter and accept the above-described appointment as Associate Dean for the School of Education and Social Services at the University Campus with Saint Leo University.

_____          Date __7_/_28_/_16__
Christine A. Sereni-Massinger

Original: Academic Affairs Faculty File                                   Copy: Human Resources Personnel File
www.saintleo.edu

*Excellence | Community | Respect | Personal Development | Responsible Stewardship | Integrity*

EXHIBIT B