

Policy Manual – All Volumes

# Governance and Administration

February 2008

EXHIBIT C

## TABLE OF CONTENTS

**Welcome to the Table of Contents. This table of contents contains the name and page number of each policy in all seven (7) volumes of the Saint Leo University Policy Manuals. You can use the "find" function on the top bar of the page within Adobe Acrobat to search for a specific topics by typing in the key words you are looking for. The find function will highlight your phrase as it finds it throughout the document. The volume is noted by the first number in subsets. For example, all policies that are labeled 1.x.x.x will be found in Volume I. \*\*Note: Some policies may be covered by multiple volumes. At the footer of each page is the option to jump back to the top of the Table of Contents.**

**Quick Jump: Volume II  Volume III  Volume IV  Volume IVA Volume V Volume VI**

### Volume I
### Governance and Administration

**1.0    GOVERNANCE AND ADMINISTRATION**.................................................................. **30**

**1.1    History of Saint Leo University** ................................................................................ **31**
  1.1.1   Presidents of Saint Leo College and University ........................................................ 32
    1.1.1.1     The "First" College .......................................................................32
    1.1.1.2     Prep School Years ...........................................................................32
    1.1.1.3     The "New" College .........................................................................32
  1.1.2   School Colors.................................................................................... 32
  1.1.3   Athletic Teams Names ...................................................................... 32
  1.1.4   University Seal .................................................................................. 32
  1.1.5   Accreditation and Affiliation Statement (rev. 3/02/10) .................................... 33
  1.1.6   Main Campus Location and Buildings .................................................. 34
    1.1.6.1     National Sites for Saint Leo University .........................................36
  1.1.7   Alma Mater of Saint Leo University .................................................. 38

**1.2    Mission Statement**.................................................................................................. **38**
  1.2.1   Values Statements.............................................................................. 38
  1.2.2   Vision 2010....................................................................................... 39

**1.3    Charter and Bylaws of Saint Leo University**....................................................... **42**
  1.3.1   Amendment to Charter August 26, 1988 ............................................ 42
    1.3.1.1     Amendment to Saint Leo University Charter June 28, 1999 .................49
    1.3.1.2     Amendment to Charter of Saint Leo University April 13, 2005............52
  1.3.2   Bylaws of Saint Leo University, Incorporated .................................... 56
    1.3.2.1     Article I – Board Authority and Responsibilities ...............................56
    1.3.2.1.1       Section 1 – Corporate Powers and Authority ............................. 56
    1.3.2.1.2       Section 2 – Authority...................................................................... 56

1.3.2.2    Article II – Membership of the Board of Trustees.................................................57
    1.3.2.2.1       Section 1 – Number of Members..................................................... 57
    1.3.2.2.2       Section 2 – Election ....................................................................... 57
    1.3.2.2.3       Section 3 – Terms of Office............................................................ 57
    1.3.2.2.4       Section 4 – Membership ................................................................ 57
    1.3.2.2.5       Section 5 – Removal from Office .................................................... 58
    1.3.2.2.6       Section 6 – Nominations ................................................................ 58
1.3.2.3    Article III – Trustees Emeriti..............................................................................58
1.3.2.4    Article IV – Officers of the University .................................................................58
    1.3.2.4.1       Section 1 – Officers ....................................................................... 58
    1.3.2.4.2       Section 2 – Membership ................................................................ 59
    1.3.2.4.3       Section 3 – Terms .......................................................................... 59
1.3.2.5    Article V – Terms and Responsibilities of the Chair and Vice Chair of the Board
of Trustees.............................................................................................................................59
    1.3.2.5.1       Section 1 – Nomination and Election ............................................. 59
    1.3.2.5.2       Section 2 – Duties of the Chair ...................................................... 59
    1.3.2.5.3       Section 3 – Duties of the Vice Chair .............................................. 59
1.3.2.6    Article VI – Term and Responsibilities of the Secretary .......................................59
    1.3.2.6.1       Section 1 – Nomination and Election ............................................. 59
    1.3.2.6.2       Section 2 – Duties .......................................................................... 60
1.3.2.7    Article VII – Term, Authority, and Responsibilities of the President of the
University...............................................................................................................................60
    1.3.2.7.1       Section 1 – Appointment ................................................................ 60
    1.3.2.7.2       Section 2 – Authority ...................................................................... 60
1.3.2.8    Article VIII – Term, Authority, and responsibilities of the Vice President(s) ......60
    1.3.2.8.1       Section 1 – Powers and Duties........................................................ 60
    1.3.2.8.2       Section 2 – Vice President of Business Affairs as Treasurer of the Board.. 60
1.3.2.9    Article IX – Powers and Duties of the Treasurer....................................................61
    1.3.2.9.1       Section 1 – Duties and Responsibilities.......................................... 61
    1.3.2.9.2       Section 2 – Monitoring of Funds .................................................... 61
    1.3.2.9.3       Section 3 – Eligibility and Appointment ........................................ 61
1.3.2.10   Article X – Meetings.............................................................................................61
    1.3.2.10.1      Section 1 – Regular Meetings......................................................... 61
    1.3.2.10.2      Section 2 – Special Meetings.......................................................... 61
    1.3.2.10.3      Section 3 – Notice and Waiver of Notice ....................................... 62
    1.3.2.10.4      Section 4 – Quorum ....................................................................... 62
1.3.2.11   Article XI    Action without a Formal Meeting ....................................................62
1.3.2.12   Article XII – Committees.......................................................................................62
    1.3.2.12.1      Section 1 – Establishment of Committees ...................................... 62
    1.3.2.12.2      Section 2 – Standing Committees ................................................... 62
    1.3.2.12.3      Section 3 – Meetings, Duties, and Reports of Standing Committees .......... 63
1.3.2.13   Article XIII – Committee Composition, Purposes, and Responsibilities of the
Executive Committee.............................................................................................................63
    1.3.2.13.1      Section 1 – Composition................................................................. 63
    1.3.2.13.2      Section 2 – Purpose and Responsibilities ....................................... 63
    1.3.2.13.3      Section 3 – Meetings and Quorum.................................................. 63

1.3.2.14   Article XIV – Composition, Purposes, and Responsibilities of the Committee on Trusteeship ............................................................................................................................. 64
    1.3.2.14.1      Section 1 – Composition ................................................................................ 64
    1.3.2.14.2      Section 2 – Purpose and Responsibilities ..................................................... 64
    1.3.2.14.3      Section 3 – Meetings and Quorum ................................................................. 64
1.3.2.15   Article XV – Composition, Purposes, and Responsibilities of the Academic Affairs Committee ............................................................................................................... 64
    1.3.2.15.1      Section 1 – Composition ................................................................................ 64
    1.3.2.15.2      Section 2 – Purpose and Responsibilities ..................................................... 65
    1.3.2.15.3      Section 3 – Meetings and Quorum ................................................................. 65
1.3.2.16   Article XVI – Composition, Purposes, and Responsibilities of the Student Affairs Committee ............................................................................................................................. 65
    1.3.2.16.1      Section 1 – Composition ................................................................................ 65
    1.3.2.16.2      Section 2 – Purpose and Responsibilities ..................................................... 65
    1.3.2.16.3      Section 3 – Meetings and Quorum ................................................................. 65
1.3.2.17   Article XVII – Composition, Purposes, and Responsibilities of the Business Affairs Committee ............................................................................................................... 66
    1.3.2.17.1      Section 1 – Composition ................................................................................ 66
    1.3.2.17.2      Section 2 – Purpose and Responsibilities ..................................................... 66
    1.3.2.17.3      Section 3 –Meetings and Quorum .................................................................. 66
1.3.2.18   Article XVII – Composition, Purposes, and Responsibilities of the Institutional Advancement Committee ...................................................................................................... 66
    1.3.2.18.1      Section 1 – Composition ................................................................................ 66
    1.3.2.18.2      Section 2 – Purpose and Responsibilities ..................................................... 66
    1.3.2.18.3      Section 3 – Meetings and Quorum ................................................................. 67
1.3.2.19   Article XVIII – Composition, Purposes, and Responsibilities of the Audit Committee ............................................................................................................................. 67
    1.3.2.19.1      Section 1 – Composition ................................................................................ 67
    1.3.2.19.2      Section 2 –Purpose and Responsibilities ...................................................... 67
    1.3.2.19.3      Section 3 – Meetings and Quorum ................................................................. 67
1.3.2.20   Article XIX – Indemnification ............................................................................... 67
1.3.2.21   Article XX – Conflict of Interest ........................................................................... 68
1.3.2.22   Article XXIII – Review and Amendment of Bylaws .............................................. 68
    1.3.2.22.1      Section 1 – Amendment ................................................................................. 68
    1.3.2.22.2      Section 2 – Periodic Review .......................................................................... 68
1.3.2.23   Article XXII – Discrimination Prohibited ............................................................. 68
Internal Revenue Code 501 (c) (3) Status .................................................................................... 70

**1.4      Administrative Structure ............................................................................................... 71**
1.4.1    The President ................................................................................................................. 71
    1.4.1.1     Intercollegiate Athletic Program ........................................................................ 71
1.4.2    Vice President of Academic Affairs ............................................................................. 71
1.4.3    Vice President of Continuing Education and Student Services ..................................... 72
    1.4.3.1     Continuing Education – Assistant Vice President of the Central Region ............. 73
    1.4.3.2     Continuing Education – Assistant Vice President of the Florida Region .............. 73
    1.4.3.1     Continuing Education – Assistant Vice President of the Virginia Region ............ 73
    1.4.3.2     Continuing Education Tampa Region- Associate Vice President ......................... 74

1.4.4   Vice President of Business Affairs .............................................................. 74
1.4.5   Vice President of Enrollment...................................................................... 75
1.4.6   Vice President for University Advancement ............................................... 75

**1.5     Saint Leo University Organizational Charts................................................. 76**
1.5.1   Office of the President ............................................................................... 77
1.5.2   Vice President, Academic Affairs................................................................ 78
1.5.3   Vice President, Continuing Education and Student
Services

79
1.5.3.1   Associate Vice President, Tampa Region, Continuing Education.........................80
1.5.3.2   Assistant Vice President, Student Services...........................................................81
1.5.3.3   Assistant Vice President, Central Region, Continuing Education........................82
1.5.3.4   Assistant Vice President, Florida Region, Continuing Education .......................83
1.5.3.5   Assistant Vice President, Virginia Region, Continuing Education ......................84
1.5.4   Vice President, Business Affairs................................................................... 85

1.5.5    Vice President, Enrollment ............................................................. 86
1.5.6    Vice President, University Advancement ........................................ 87

**1.6    Internal Governance of Saint Leo University .................................................. 88**
1.6.1    Constitution of the Saint Leo University Senate ................................. 88
    1.6.1.1    Article I – Name ............................................................. 88
    1.6.1.2    Article II – Charter and Responsibilities of the University Senate ...... 88
    1.6.1.3    Article III – Membership of the University Senate ............... 89
    1.6.1.4    Article IV – Officers of the University Senate ..................... 91
    1.6.1.5    Article V – The Executive Board and Standing Committees of the University
    Senate    91
    1.6.1.6    Article VI – Meetings of the University Senate ..................... 92
    1.6.1.7    Article VII – Amendments to the University Senate Constitution ......... 93
    1.6.1.8    Article VIII – Adoption of the University Senate Constitution ........... 93
1.6.2    Bylaws of the University Senate ........................................................ 93
    1.6.2.1    Senate and Committee Staffing ........................................ 93
    1.6.2.2    Officers of the University Senate ..................................... 96
    1.6.2.3    The Executive Board .................................................... 96
    1.6.2.4    The Standing Committees .............................................. 98
        1.6.2.4.1    Admissions and Financial Aid Committee .................. 98
        1.6.2.4.2    Undergraduate Academic Standards and Policy Committee ...... 99
        1.6.2.4.3    Undergraduate Program and Curriculum Committee ............ 100
        1.6.2.4.4    Graduate Academic Standards and Program Committee.......... 101
        1.6.2.4.5    Planning Budget and Review Committee ..................... 103
        1.6.2.4.6    Assessment, Research, and Planning Committee (ARPC) ....... 104
        1.6.2.4.7    Faculty Promotion and Tenure Committee ................... 105
        1.6.2.4.8    Collaborative Community Committee ........................ 106
        1.6.2.4.9    Technical Advisory Committee ............................ 107
    1.6.2.5    Minutes ................................................................ 108
    1.6.2.6    Special Committees .................................................... 108
    1.6.2.7    Senate Procedures ..................................................... 108
    1.6.2.8    Approval of Policies .................................................. 109
    1.6.2.9    Editorial Changes – Senate Documents ................................. 109
    1.6.2.10   Form of the Agenda .................................................... 109
    1.6.2.11   Meetings .............................................................. 110
    1.6.2.12   Motions ............................................................... 111
    1.6.2.13   Minutes ............................................................... 111
    1.6.2.14   Quorum ................................................................ 112
    1.6.2.15   University Senate Executive Board - 2005-2006 ........................ 112
    1.6.2.16   University Senate Standing Committees 2005 - 2006 .................... 112
        1.6.2.16.1   Faculty Promotion and Tenure Committee ................... 112
        1.6.2.16.2   Admissions and Financial Aid Committee ................... 112
        1.6.2.16.3   Graduate Academic Standards and Program Committee......... 113
        1.6.2.16.4   Curriculum Committee ..................................... 113
        1.6.2.16.5   Academic Standards and Policy Committee .................. 113
        1.6.2.16.6   Planning and Budget Review Committee ..................... 113
        1.6.2.16.7   Assessment, Research, and Planning Committee ............. 114

1.6.2.16.8    Collaborative Community Committee.......................................................114
1.6.2.16.9    Technology Advisory Committee.............................................................114
1.6.3    Saint Leo University Student Government Constitution and Bylaws .......................115
1.6.3.1    Objectives ........................................................................................................115
1.6.3.2    Membership .....................................................................................................115
1.6.3.3    Elections...........................................................................................................115
1.6.3.4    SGU Executive Board......................................................................................115
1.6.3.5    Standing Committees .......................................................................................116
1.6.3.6    Appointed Members of SGU ...........................................................................116
1.6.4    Saint Leo University Alumni Association Constitution ..........................................116
1.6.4.1    Article I - Name...............................................................................................116
1.6.4.2    Article II - Purpose..........................................................................................117
1.6.4.3    Article III - Membership..................................................................................117
1.6.4.4    Article IV - Term.............................................................................................117
1.6.4.5    Article V - Officers ..........................................................................................117
1.6.4.6    Article VI - Management..................................................................................117
1.6.4.7    Article VII – Bylaws .......................................................................................118
1.6.4.8    Article VIII – Amendments to the Constitution .............................................118
1.6.4.9    Article IX - Other.............................................................................................118
1.6.5    Saint Leo University Alumni Association Bylaws ..................................................118
1.6.5.1    Article I – Name, Purpose and Mission ..........................................................118
1.6.5.1.1    Section I – Name.......................................................................................118
1.6.5.1.2    Section II – Purpose ..................................................................................118
1.6.5.1.3    Section III – Mission.................................................................................119
1.6.5.2    Article II – Membership...................................................................................119
1.6.5.3    Article III – Management of the Association ...................................................119
1.6.5.3.1    Section I – Saint Leo Alumni Association Board of Directors.................119
1.6.5.3.2    Section II – Officers ................................................................................. 119
1.6.5.3.3    Section III – Records ................................................................................ 120
1.6.5.3.4    Section IV – Executive Committee........................................................... 120
1.6.5.4    Article IV – Election and Appointments .........................................................121
1.6.5.4.1    Section I – Election of Officers ................................................................ 121
1.6.5.4.2    Section II – Term of Office and Vacancies .............................................. 121
1.6.5.4.3    Section III – Appointments........................................................................ 121
1.6.5.5    Article V – Association Committees ................................................................121
1.6.5.5.1    Section I – Standing Committees of the Association................................ 121
1.6.5.5.2    Section II    Committee Membership.........................................................122
1.6.5.5.3    Section III – Ad Hoc Committees.............................................................122
1.6.5.6    Article VI – Meetings ......................................................................................122
1.6.5.6.1    Section I – Meetings of the Association ................................................... 122
1.6.5.6.2    Section II – Meetings of the Board of Directors ......................................123
1.6.5.6.3    Section III – Meetings of the Executive Committee.................................123
1.6.5.7    Article VII – Rules of Procedure ....................................................................124
1.6.5.7.1    Section I – Official Year........................................................................... 124
1.6.5.7.2    Section II – Rules...................................................................................... 124
1.6.5.8    Article VIII – Conflict of Interest ...................................................................124
1.6.5.9    Article IX – Periodic Board and Board Member Assessment .............................124

| | | |
|---|---|---|
| 1.6.5.9.1 | Section I – Purpose | 124 |
| 1.6.5.9.2 | Section II – Responsibilities | 125 |
| 1.6.5.10 | Article X – Review and Amendment of Bylaws | 125 |
| 1.6.5.10.1 | Section I – Bylaws Revision | 125 |
| 1.6.5.10.2 | Section II – Amendments | 125 |
| 1.6.5.10.3 | Section III – Bylaws Review | 125 |

**1.7   Committees of the University** ........................................................................... **125**
1.7.1   Administrative Committees ...................................................................... 125
   1.7.1.1   President's Staff ................................................................................125
1.7.2   Institutional Committees ..........................................................................126
   1.7.2.1   Campus Safety Committee ...............................................................126
   1.7.2.2   Commencement Committee ..............................................................126
   1.7.2.3   First Alert (Early Intervention Committee) .....................................126
   1.7.2.4   Institutional Review Board ..............................................................126
   1.7.2.5   Student-Athlete Advisor Committee .................................................127
1.7.3   University Senate Committees .................................................................. 127
   1.7.3.1   Executive Board of the University Senate ........................................127
   1.7.3.2   Admissions and Financial Aid Committee .......................................127
   1.7.3.3   Undergraduate Academic Standards and Policy Committee .............127
   1.7.3.4   Undergraduate Program and Curriculum Committee ........................127
   1.7.3.5   Graduate Academic Standards and Policy Committee ......................127
   1.7.3.6   Planning Budget and Review Committee ..........................................127
   1.7.3.7   Assessment, Research, and Planning Committee ..............................127
   1.7.3.8   Faculty Promotion and Tenure Committee .......................................127
   1.7.3.9   Collaborative Community Committee ...............................................127
   1.7.3.10   Technical Advisory Committee .......................................................128
1.7.4   Collective Bargaining Agreement Committees ........................................ 128
   1.7.4.1   Faculty Promotion and Tenure Committee .......................................128
   1.7.4.2   Faculty Development Fund Committee .............................................128
1.7.5   Student Government Union Committees ................................................... 128
   1.7.5.1   Campus Activities Board ..................................................................128
   1.7.5.2   Elections Committee .........................................................................128
   1.7.5.3   Finance Committee ...........................................................................128
   1.7.5.4   Greek Council ...................................................................................128
1.7.6   Alumni Association Committees .............................................................. 128
   1.7.6.1   Executive Committee ........................................................................128
   1.7.6.2   Committee for Association Activities and Programs ..........................128
   1.7.6.3   Committee for Association and Board Development ..........................128
   1.7.6.4   Committee for Association Communication and Advancement ..........129
1.7.7   Judicial Committees ................................................................................. 129
   1.7.7.1   Faculty Promotion and Tenure Committee .......................................129
   1.7.7.2   Student Conduct Board .....................................................................129
1.7.8   Review of Standing Committees (Sunset Provisions) .............................. 129

**2.0      INTRODUCTION** ................................................................................................... **130**

**2.1    General Institutional Policies**........................................................................ **130**
  2.1.1   Policy Amendments (rev. 5/27/2009)................................................................ 130
  2.1.2   Institutional Policies on Affirmative Action and Equal Opportunity ............ 130
    2.1.2.1    Statement of Equal Employment Opportunity and Affirmative Action ............130
    2.1.2.2    Statement of Equal Educational Opportunity ...........................................132
  2.1.3   Institutional Policy on Discrimination and Sexual Harassment ................. 132
    2.1.3.1    Discrimination..................................................................................132
      2.1.3.1.1    Definition of "Discrimination" ................................................ 132
      2.1.3.1.2    Definition of "Retaliation"...................................................... 133
      2.1.3.1.3    Definition of "Harassment" ..................................................... 133
    2.1.3.2    Sexual Harassment............................................................................133
      2.1.3.2.1    Definition of "Sexual Harassment" .......................................... 133
      2.1.3.2.2    Definition of "Hostile Environment".......................................... 134
      2.1.3.2.3    Definition of "Retaliatory Harassment"...................................... 134
      2.1.3.2.4    Examples of Sexual Harassment............................................... 134
    2.1.3.3    Redress of Discrimination and Sexual Harassment Complaints.................135
      2.1.3.3.1    Informal Procedure ............................................................... 135
      2.1.3.3.2    Formal Procedure.................................................................. 136
      2.1.3.3.3    Sanctions and Remedies ......................................................... 137
    2.1.3.4    Confidentiality.................................................................................137
    2.1.3.5    Non-Reprisal Clause .........................................................................138
    2.1.3.6    Hostile Environment in Absence of Complaint .....................................138
  2.1.4   Consensual Relations Policy (rev. 5/27/2009).............................................. 138
  2.1.5   Family Education Rights and Privacy Act ................................................. 138
    2.1.5.1    Student Record Release under the Solomon Amendment .......................140
  2.1.6   Institutional Policies on Disabilities ....................................................... 141
    2.1.6.1    Employees with Disabilities ..............................................................141
    2.1.6.2    Students with Disabilities ..................................................................141
    2.1.6.3    Service Animal Policy ......................................................................141
      2.1.6.3.1    Definitions........................................................................... 141
      2.1.6.3.2    Requirements for Faculty, Staff, and Students ........................... 142
      2.1.6.3.3    Requirements of Service Animals and Their Partners/Handlers ............... 142
      2.1.6.3.4    Conditions for Keeping a Service Animal ................................. 143

**2.2    Health Policies**........................................................................................... **143**
  2.2.1   Alcohol and Drug Policies ...................................................................... 143
    2.2.1.1    Drug Free Workplace Policy ..............................................................143
      2.2.1.1.1    Drug Statute Convictions....................................................... 144
      2.2.1.1.2    Corrective Action.................................................................. 144
    2.2.1.2    Student Alcohol and Drug Policies......................................................145
  2.2.2   Exposure to Blood Borne Pathogens ........................................................ 145
    2.2.2.1    Review/Update.................................................................................145
    2.2.2.2    Exposure Determination ...................................................................145
    2.2.2.3    Engineering and Work Practice Controls ............................................145
    2.2.2.4    Sharps............................................................................................146
    2.2.2.5    Sharps Injury Log ............................................................................147
    2.2.2.6    Work Area Restrictions.....................................................................147

2.2.2.7    Mouth Pipetting/Suctioning of Blood or OPIM...................................147
2.2.2.8    Blood or OPIM specimens..................................................................147
2.2.2.9    Contaminated Equipment....................................................................148
2.2.2.10   Personal Protective Equipment..........................................................148
2.2.2.11   Cleaning, Laundering, and Disposal of Personal Protective Equipment.............148
2.2.2.12   Gloves ................................................................................149
2.2.2.13   Eye and Face Protection.....................................................................149
2.2.2.14   Protective Clothing ..........................................................................149
2.2.2.15   Housekeeping.....................................................................................149
2.2.2.16   Laundry Procedures...........................................................................150
2.2.2.17   Hepatitis B Vaccination ....................................................................150
2.2.2.18   Post Exposure Evaluation and Follow Up ........................................151
2.2.2.19   Information provide to Healthcare Professional ...............................151
2.2.2.20   Training..............................................................................................152
2.2.2.21   Record Keeping .................................................................................152
2.2.3    Health Insurance Portability and Accountability Act (HIPAA) ..................... 153
2.2.4    Hepatitis B Vaccine (HBV) ........................................................................ 153
2.2.5    Serious Disease Policy................................................................................ 153
2.2.6    Smoking Policy (rev 5/27/2009)................................................................. 153

2.3    **Campus Safety and Security Policies** ........................................................ **154**
2.3.1    Department of Campus Safety ..................................................................... 154
2.3.1.1    General Campus Safety Department Policies....................................154
2.3.1.1.1      ALERTNOW Notification System ........................................... 155
2.3.1.1.2      Arson, False Fire Alarm, or Endangering the Safety of Others............... 155
2.3.1.1.3      Dishonesty................................................................................. 155
2.3.1.1.4      Disorderly Conduct.................................................................. 155
2.3.1.1.5      Escort Services.......................................................................... 156
2.3.1.1.6      Firearms, Dangerous Weapons, Explosives, Lethal Materials ................. 156
2.3.1.1.7      Personal Safety Measures ........................................................ 156
2.3.2    Clery Act..................................................................................................... 157
2.3.3    Emergency Response Policies ..................................................................... 157
2.3.3.1    Emergency or Disaster Procedures ...................................................157
2.3.3.1.1      Medical Emergency Procedure ................................................ 157
2.3.3.1.2      Fire or Explosion Emergency Procedure ................................. 157
2.3.3.1.3      Hurricane Procedure ................................................................ 157
2.3.3.1.4      Tornado/Severe Weather Procedure ........................................ 158
2.3.3.1.5      Hazardous Materials, Biological, or Chemical Threat Emergency Procedure 158
2.3.3.1.6      Power Outage Procedure.......................................................... 159
2.3.3.1.7      Criminal Activity, Civil Disobedience, or Violence Emergency Procedure 159
2.3.3.1.8      Bomb Threat Procedure ........................................................... 160
2.3.3.1.9      Suspicious Package Procedure ................................................. 160
2.3.3.1.10     Nuclear Blast or Radiation Threat Procedure .......................... 161
2.3.3.1.10.1    Sheltering-in-Place Procedure................................................. 161
2.3.3.2    Student Specific Emergency Procedures ...........................................162

[Back To Quick Jump]

2.3.4    Sexual Offender Registration Policy ........................................................................ 162

**2.4    Information Technology Policies.................................................................................... 162**
2.4.1    Computer Use Guidelines.................................................................................... 162
2.4.2    Password Policy .................................................................................................. 162
2.4.3    Internet Access Policy......................................................................................... 163
2.4.4    Email and Electronic Communications ............................................................... 163
    2.4.4.1    University Electronic Mail Accounts.....................................................163
    2.4.4.2    Access to E-mail ...................................................................................165
        2.4.4.2.1    General Statements ............................................................. 165
        2.4.4.2.2    Privacy Statements............................................................. 165
        2.4.4.2.3    Individual Expectations ...................................................... 165
        2.4.4.2.4    University Requirements ..................................................... 165
    2.4.4.3    Use of E-mail........................................................................................166
        2.4.4.3.1    Business Use ....................................................................... 166
        2.4.4.3.2    Unlawful Use ...................................................................... 166
        2.4.4.3.3    Authentic Use...................................................................... 167
        2.4.4.3.4    Official University Use ........................................................ 167
    2.4.4.4    Information Privacy ...............................................................................167
    2.4.4.5    Violations and Sanctions.......................................................................167
    2.4.4.6    Email Lists and Web Discussion Forums .............................................168
        2.4.4.6.1    Listserv Description and Definitions ................................... 168
        2.4.4.6.2    Purpose................................................................................ 168
        2.4.4.6.3    Requesting a List................................................................. 168
        2.4.4.6.4    Policies................................................................................ 169
            2.4.4.6.4.1   Official List Names .................................................. 169
            2.4.4.6.4.2   Un-Official List Names ............................................ 169
            2.4.4.6.4.3   List Owners.............................................................. 169
2.4.5    Virtual Private Network....................................................................................... 170
    2.4.5.1    Username/Password................................................................................171
    2.4.5.2    Blocked Applications.............................................................................171
    2.4.5.3    Reporting Spam, Viruses and Blacklistings..........................................172
        2.4.5.3.1    Reporting Blacklist Complaints........................................... 172
        2.4.5.3.2    Reporting Spam and Viruses ............................................... 172
        2.4.5.3.3    How to Send Email with Full Headers ................................ 172
        2.4.5.3.4    Instructions for Outlook...................................................... 172
    2.4.5.4    Security ..................................................................................................172
2.4.6    World Wide Web Policies .................................................................................... 172
    2.4.6.1    General Guidelines.................................................................................173
    2.4.6.2    Official Pages.........................................................................................173
    2.4.6.3    Publishing Privileges .............................................................................173
    2.4.6.4    Procedural Guidelines and Responsibility.............................................174
    2.4.6.5    First-time Postings .................................................................................174
    2.4.6.6    Subsequent Postings and Updates..........................................................174

**2.5    University Communications Policies............................................................................. 175**
2.5.1    Office of University Communications.................................................................. 175

2.5.1.1     University Logo ........................................................................................175
2.5.1.2     University Spokesperson ........................................................................175
2.5.2    Media Relations Policy .......................................................................... 176
2.5.2.1     Faculty and Staff Response to Media Calls ............................................176
2.5.2.2     Responding to Questions ........................................................................176
2.5.2.3     News Releases ........................................................................................177
2.5.2.4     University Crisis Communication Plan ..................................................177
2.5.2.5     Website News and Information ...............................................................177

**2.6     Scientific Research Policies ...................................................................... 177**
2.6.1    Research Activities Policy .......................................................................... 177

**2.7     Copyright, Patent, and Invention Policies ............................................... 178**
2.7.1    Copyright Guidelines ................................................................................. 178
2.7.1.1     The TEACH Act .....................................................................................178
2.7.1.2     Fair Use..................................................................................................179
2.7.1.3     Peer to Peer Filing Sharing ....................................................................179
2.7.1.3.1     Legality of Peer-to-Peer Filing Sharing .................................... 179
2.7.1.3.2     Penalties for Violation of Copyright .......................................... 180
2.7.1.3.3     Obtaining Digital Music and Movie Files Legally ..................... 180
2.7.1.4     Resources ................................................................................................180
2.7.1.5     Guidelines for Off-Air Recordings ........................................................181
2.7.1.6     Copyright in Face-to-Face Instruction ...................................................181
2.7.1.6.1     Exemption to Copyright.............................................................. 181
2.7.2    Ownership of Copyrightable Materials and Intellectual Property ............. 182
2.7.2.1     Overview.................................................................................................182
2.7.2.2     Copyright Ownership Policy...................................................................183
2.7.2.3     Administration of Policy.........................................................................185
2.7.2.4     Other Intellectual Property......................................................................186
2.7.2.5     Explanation of Terms..............................................................................186

**2.8     Institutional Advancement Policies........................................................... 187**
2.8.1    Background and Authority........................................................................... 187
2.8.2    Soliciting Charitable Contributions ........................................................... 188
2.8.3    Acceptance of Charitable Contributions.................................................... 188
2.8.4    Gift Valuation ............................................................................................. 188
2.8.4.1     Securities................................................................................................189
2.8.4.2     Real and Personal Property.....................................................................189
2.8.5    Recording and Acknowledging Charitable Contributions.......................... 189
2.8.6    Use of University Name, Seal, and Logo ................................................... 189

**2.9     Purchasing and Financial Policies............................................................. 190**
2.9.1    Record Retention and Destruction Policy (Rev 12/2008)........................... 190
2.9.1.1     Electronic Documents.............................................................................190
2.9.1.2     Document Storage...................................................................................190
2.9.1.3     Document Destruction.............................................................................191
2.9.1.4     Email Retention ......................................................................................191

2.9.1.5    Retention Periods.....................................................................................191
2.9.2    Fixed (Capital) Asset Capitalization, Depreciation, and Disposition Policy............. 198
2.9.2.1    Overview................................................................................................198
2.9.2.2    Purpose..................................................................................................199
2.9.2.3    Capitalization of Fixed (Capital) Assets ..............................................199
2.9.2.4    Acquisition of Fixed (Capital) Assets..................................................203
2.9.2.5    Coding Fixed (Capital) Asset Purchases and Expenditures.................204
2.9.2.6    Disposition of Fixed (Capital) Assets..................................................204
2.9.2.7    Reporting Theft or Loss of Fixed (Capital) Assets.............................204
2.9.2.8    Responsibilities.....................................................................................204
2.9.2.9    Regulatory or Authoritative References ...............................................205
2.9.3    Petty Cash and Cash Advance Policies .......................................................... 205
2.9.3.1    Petty Cash.............................................................................................205
2.9.3.2    Cash Advances......................................................................................206
2.9.4    Travel and Reimbursement Policies .............................................................. 207
2.9.4.1    University Credit Cards.........................................................................207
2.9.4.2    Air Travel..............................................................................................207
2.9.4.2.1    Dues for Airline Club Membership ....................................... 207
2.9.4.2.2    Lost Baggage .......................................................................... 208
2.9.4.2.3    Excess Baggage ...................................................................... 208
2.9.4.2.4    Cancellations .......................................................................... 208
2.9.4.2.5    Unused/Voided Airline Tickets ............................................. 208
2.9.4.3    Lodging..................................................................................................208
2.9.4.3.1    Conference Reservations ........................................................ 208
2.9.4.3.2    Hotel Personal Expenses........................................................ 208
2.9.4.3.3    Lodging in a Private Residence ............................................. 209
2.9.4.3.4    Hotel Frequent Guest Programs............................................. 209
2.9.4.4    Automobiles...........................................................................................209
2.9.4.4.1    Motor Pool Guidelines............................................................ 209
2.9.4.4.2    Private Auto ............................................................................ 209
2.9.4.4.3    Rental Car ............................................................................... 209
2.9.4.4.3.1    Rental Car Program ...................................................... 210
2.9.4.4.3.2    Rental Car Costs............................................................ 210
2.9.4.4.3.3    Rental Car Insurance ..................................................... 210
2.9.4.4.3.4    Rental Car Cancellation ................................................ 210
2.9.4.4.3.5    Rental Car Pick Up........................................................ 210
2.9.4.4.3.6    Authorized Rental Car Drivers....................................... 210
2.9.4.4.3.7    Student Drivers............................................................... 211
2.9.4.4.4    Commuting Expenses .............................................................. 211
2.9.4.5    Meals......................................................................................................211
2.9.4.6    Miscellaneous Reimbursable Expenses.................................................211
2.9.4.7    Non-Reimbursable Miscellaneous Expenses........................................212

2.10    Identify Theft Prevention Policies ........................................................................ 213
2.10.1    Purpose............................................................................................................. 213
2.10.2    Definitions........................................................................................................ 213
2.10.3    Program Details ............................................................................................... 213

2.10.4    Administration of Program ........................................................................ 214
2.10.5    Identification of Relevant Red Flags ......................................................... 214
2.10.6    Detection of Red Flags............................................................................. 215
2.10.7    Response .................................................................................................. 215
2.10.8    Updating the Program .............................................................................. 215
2.10.9    Oversight of the Program ......................................................................... 216
2.10.10   Oversight of Service Provider Arrangements ........................................... 216
2.10.11   Duties Regarding Address Discrepancies ................................................. 216

**2.11     Miscellaneous Policies.................................................................................. 217**
2.11.1    University Services .................................................................................. 217
      2.11.1.1  Library.............................................................................................217
      2.11.1.2  Office of University Ministry ...........................................................217
2.11.2    Children Unattended on Campus ............................................................. 217
2.11.3    Demonstrations ....................................................................................... 217
2.11.4    Dogs on Campus ...................................................................................... 218
2.11.5    Electronic Devices ................................................................................... 218
2.11.6    Legal Liability of the University............................................................... 218
2.11.7    Lost and Found ........................................................................................ 219
2.11.8    Political Activities Policy ......................................................................... 219
      2.11.8.1  Guidelines .......................................................................................219
2.11.9    Postings Policy......................................................................................... 220
      2.11.9.1  Posting Policy for Residence Halls...................................................221
      2.11.9.2  Postings for Off-campus Groups or Individuals ...............................221
2.11.10   Scheduling of Facilities............................................................................ 221
2.11.11   Seat Belt Policy........................................................................................ 221
2.11.12   Solicitation Policy.................................................................................... 222
      2.11.12.1 Definition ........................................................................................222
      2.11.12.2 Review of Proposed Activities..........................................................222
      2.11.12.3 Deposit and receipt of revenue ........................................................222
      2.11.12.4 Resources Accessed in Datamart ......................................................223
      2.11.12.5 Scope of Policy ...............................................................................223
2.11.13   Unclaimed Property Policy ...................................................................... 223
      2.11.13.1 Unclaimed Payroll Checks................................................................223
      2.11.13.2 Accounts Payable Checks.................................................................224
      2.11.13.3 Student Refund Checks.....................................................................224
      2.11.13.4 Credit Balances ...............................................................................224
      2.11.13.5 Performance of Due Diligence..........................................................224
2.11.14   Catering Policy (Rev. 5/27/2009) ............................................................ 225
2.11.15   Vehicle Policies ....................................................................................... 225
      2.11.15.1 Parking ...........................................................................................225
      2.11.15.2 Unlocking Locked Vehicles..............................................................225

**Appendix 2.4.2.1: Password Policy Form ................................................................ 227**

**Appendix 2.7.1.1: TEACH Act Checklist ............................................................... 228**

**Appendix 2.9.1.1: Asset Capitalization and Depreciation Thresholds................................... 230**

**3.0     INTRODUCTION.............................................................................................. 232**

**3.1     Definitions and Policies Pertaining to Employment Status........................................ 232**
  3.1.1   At Will Employment ...................................................................................... 232
  3.1.2   Employment Classification Definitions .......................................................... 233
    3.1.2.1   Non-Exempt.......................................................................................233
    3.1.2.2   Administrative Exempt ......................................................................233
    3.1.2.3   Exempt ...............................................................................................233
  3.1.3   Reclassification ............................................................................................. 233
  3.1.4   Continuous Service ........................................................................................ 233
    3.1.4.1   Consideration ....................................................................................233
    3.1.4.2   Start Date ...........................................................................................233
    3.1.4.3   Retirees ..............................................................................................234
    3.1.4.4   Evaluation Period...............................................................................234
    3.1.4.5   Termination of Employment...............................................................234
    3.1.4.6   Office Responsibility .........................................................................234
    3.1.4.7   Resource.............................................................................................234
  3.1.5   Teaching Assignments ................................................................................... 234

**3.2     Employee Selection and Appointment Policies ........................................................ 234**
  3.2.1   Administrative and Staff Employee Selection and Assignment..................... 234
    3.2.1.1   Administrative and Staff Employee Job Posting Policy .....................234
    3.2.1.2   Administrative and Staff Employee Job Application and Selection Process .....235
      3.2.1.2.1     Administrative and Staff Employee Application Process.......................... 235
      3.2.1.2.2     Background Checks ................................................................. 235
      3.2.1.2.3     References - External Candidates ........................................... 236
      3.2.1.2.4     References - Internal Candidates ............................................ 236
      3.2.1.2.5     Employment Agencies ............................................................ 236
      3.2.1.2.6     Notice - Internal Candidates .................................................. 236
      3.2.1.2.7     Relocation Expenses ............................................................... 236
      3.2.1.2.8     Employment Eligibility Information....................................... 236
      3.2.1.2.9     Responsibility ........................................................................ 236
      3.2.1.2.10    Resource.................................................................................. 236
    3.2.1.3   Temporary Employee Selection and Assignment................................237
      3.2.1.3.1     Recruitment............................................................................. 237
      3.2.1.3.2     Duration of Employment ........................................................ 237
      3.2.1.3.3     Salary ...................................................................................... 237
      3.2.1.3.4     Benefits ................................................................................... 237
      3.2.1.3.5     Responsibility ........................................................................ 237
      3.2.1.3.6     Resource.................................................................................. 237
    3.2.1.4   Administrative and Staff Employee Evaluation Period .....................237
      3.2.1.4.1     Length of Evaluation Period ................................................... 238
      3.2.1.4.2     Termination of Employment during Evaluation Period.......... 238
      3.2.1.4.3     Coaching ................................................................................. 238
        3.2.1.4.3.1     Successful Completion............................................................ 238

3.2.1.4.3.2    Extend Evaluation .................................................................. 238
3.2.1.4.3.3    Termination .......................................................................... 239
3.2.1.4.4    Responsibility ............................................................................. 239
3.2.1.4.5    Resource .................................................................................... 239
3.2.2   Faculty Selection and Appointment Policies ............................................. 239

**3.3    General Employment Policies ..................................................................... 239**
3.3.1   Background Checks .......................................................................... 239
3.3.1.1    Employees Subject to Background Checks ........................................240
3.3.1.2    Security-Sensitive Positions..............................................................240
3.3.1.3    Recordkeeping ...................................................................................240
3.3.1.4    Job Postings/Recruitments ................................................................240
3.3.1.5    Job Applications.................................................................................240
3.3.1.6    Final Interviews .................................................................................240
3.3.1.7    Criminal Convictions .........................................................................240
3.3.1.8    Dispute Information ...........................................................................241
3.3.1.9    Subsequent Criminal Convictions......................................................241
3.3.2   Campus Safety and Security Policies ....................................................... 242
3.3.2.1    General Campus Safety Department Policies.....................................242
3.3.2.2    Clery Act............................................................................................242
3.3.2.3    Emergency Response Policies ...........................................................242
3.3.2.4    Sex Offender Registration Policy ......................................................242
3.3.3   Code of Ethics .................................................................................. 242
3.3.3.1    Statement of Purpose .........................................................................242
3.3.3.2    Applicability ......................................................................................243
3.3.3.2.1    Officers and Employees Covered by the Code of Ethics and Conduct ..... 243
3.3.3.3    Responsibilities..................................................................................244
3.3.3.4    Required Conduct ..............................................................................244
3.3.3.5    Additional Obligations .......................................................................251
3.3.3.6    University Compliance Officer...........................................................251
*3.3.3.7    Responsibility for Administration of the Code of Ethics and Conduct ...............251*
3.3.3.8    Violations and Sanctions....................................................................253
3.3.3.9    Implementation ..................................................................................253
3.3.3.10    Amendments .....................................................................................253
3.3.4   Confidential Information ..................................................................... 254
3.3.4.1    Types of Confidential Information .....................................................254
3.3.4.2    Restrictions and Violations................................................................254
3.3.4.3    Employment and Income Verification................................................254
3.3.4.4    Media Contacts ..................................................................................255
3.3.4.5    Subpoenas ..........................................................................................255
3.3.4.6    Responsibility ....................................................................................256
3.3.4.7    Resource.............................................................................................256
3.3.5   Controlled Substance and Alcohol Use Prohibition and Testing for Security Personnel and Motor Vehicle Operators. ................................................................. 256
3.3.5.1    Prohibited Use of Alcohol and Controlled Substances.......................256
3.3.5.2    Pre-employment Testing.....................................................................257
3.3.5.3    Reasonable Suspicion Testing ...........................................................257

3.3.5.4    Post-accident Testing ................................................................................258
3.3.5.5    Return-to-duty Testing ..............................................................................258
3.3.5.6    Follow-up Testing ......................................................................................258
3.3.5.7    Responsibility ............................................................................................258
3.3.5.8    Resource.....................................................................................................258
3.3.6    Dogs on Campus ............................................................................................ 259
3.3.7    Employees with Disabilities ......................................................................... 259
3.3.8    Employment of Family Members .................................................................. 259
3.3.8.1    Definition and Application .......................................................................259
3.3.8.2    Supervisory Role........................................................................................259
3.3.8.3    Grandfather Clause ...................................................................................260
3.3.8.4    Responsibility ............................................................................................260
3.3.8.5    Resource.....................................................................................................260
3.3.9    Employment of Minors .................................................................................. 260
3.3.9.1    Philosophy..................................................................................................260
3.3.9.2    Laws and Regulations ...............................................................................260
3.3.9.3    Work Permit ...............................................................................................261
3.3.9.4    Hours of Work ...........................................................................................261
3.3.9.5    Lunch Periods ............................................................................................261
3.3.9.6    Occupational Restrictions ........................................................................262
3.3.9.7    Responsibility ............................................................................................262
3.3.9.8    Resource.....................................................................................................262
3.3.10    Immigration Law Compliance ..................................................................... 262
3.3.11    Inclement Weather Related Shutdown.......................................................... 262
3.3.11.1    Notification of Change in Schedule .........................................................263
3.3.11.2    Plan ..........................................................................................................263
3.3.11.3    Early Departure.......................................................................................264
3.3.11.4    Employees on Scheduled/Unscheduled Leave .......................................264
3.3.11.5    Evening Classes .......................................................................................264
3.3.11.6    Responsibility ..........................................................................................264
3.3.11.7    Resource...................................................................................................264
3.3.12    Information Technology Policies .................................................................. 264
3.3.13    Physical Examinations .................................................................................. 264
3.3.14    Professional Conduct .................................................................................... 265
3.3.14.1    Misconduct (rev 5/28/2009).....................................................................265
3.3.14.2    University Resources ...............................................................................265
3.3.14.3    Personal Business.....................................................................................265
3.3.14.4    Professional Organizations .....................................................................265
3.3.14.5    Firearms, Dangerous Weapons, Explosives, Lethal Materials .............266
3.3.14.6    Alcohol and Other Drugs.........................................................................266
3.3.14.7    Dress Code ...............................................................................................266
3.3.14.8    Responsibility ..........................................................................................266
3.3.14.9    Resource...................................................................................................266
3.3.15    Orientation, Training, and Development ...................................................... 266
3.3.15.1    Orientation ...............................................................................................267
3.3.15.2    Computer Training....................................................................................267
3.3.15.3    Training and Development Program Costs...............................................268

3.3.15.3.1   Time Away From Work.................................................................... 268
3.3.15.4  Resources ........................................................................................268
3.3.15.4.1   Internal Educational Programs................................................ 268
3.3.15.5  Responsibility .................................................................................268
3.3.15.6  Resource..........................................................................................269
3.3.16   Security Inspections ............................................................................. 269
3.3.17   Union Organizing Activities ................................................................ 269
3.3.17.1  Organizing Activity .........................................................................269
3.3.17.2  Solicitation and/or Distribution Activities .......................................269
3.3.17.3  Responsibility ..................................................................................270
3.3.17.4  Resource...........................................................................................270
3.3.18   University-Sponsored Memberships in Career-Related Organizations.................. 270
3.3.18.1  Responsibility ..................................................................................270
3.3.18.2  Resource...........................................................................................271
3.3.19   Volunteer Policy .................................................................................. 271
3.3.19.1  Delegation of Authority ...................................................................271
3.3.19.2  Selecting a Volunteer .......................................................................271
3.3.19.3  Volunteer Benefits and Length of Service.........................................272
3.3.19.4  Recordkeeping Requirements ...........................................................272

3.4   **Employee/Student Use of University Vehicles and Golf Carts** .................................... 272
3.4.1   Driver Approval Process for University Vehicles ................................. 272
3.4.1.1  Student Employee Driver Approval Process .......................................272
3.4.1.1.1   Student Driver Certification Requirements .............................274
3.4.1.2  Staff/Faculty Driver Approval Process...............................................274
4.1.1.1.1   Staff/Faculty Certification Requirements ............................... 274
3.4.1.3  Motor Vehicles Reports .....................................................................275
3.4.1.4  Driver Certification Test ....................................................................275
3.4.1.5  Accident Reporting Procedures ..........................................................275
3.4.1.6  Mechanical or Operational Reporting Procedures ...............................275
3.4.2   University Golf Cart Policies................................................................ 276
3.4.2.1  Operator Requirements ......................................................................276
3.4.2.2  Responsibilities .................................................................................276
3.4.2.3  Department Responsibilities ..............................................................276
3.4.2.4  Supervisor Responsibilities ...............................................................276
3.4.2.5  Authorized Operator Responsibilities.................................................277
3.4.2.6  Safe Operating Procedures ................................................................277
3.4.2.7  Pedestrian Considerations ................................................................278
3.4.2.8  Enforcement .....................................................................................278

3.5   **Personnel Records**............................................................................................... 278
3.5.1   Personal Data, Records, and Changes................................................... 278
3.5.2   Personal Data Accuracy Statement ...................................................... 278
3.5.3   Faculty Personnel Records ................................................................... 279

3.6   **Employee Holiday, Vacation, Leave, and Benefit Policies** ........................................ 279
3.6.1   Holiday Policy .................................................................................... 279

3.6.1.1   Holidays for Three-Quarter Time Employees .................................................279
3.6.1.2   Nine (9) and Ten (10) Month Full-Time Employees ...................................279
3.6.1.3   Holidays for Part-Time Employees ...............................................................279
3.6.1.4   Nonscheduled Religious Holidays ................................................................280
3.6.1.5   Scheduled to Work ........................................................................................280
3.6.1.6   Responsibility ...............................................................................................280
3.6.1.7   Resource .......................................................................................................280
3.6.2   Vacation Policy .......................................................................................................280
3.6.2.1   Eligibility .....................................................................................................280
3.6.2.2   Accrual and Accrual Rate .............................................................................281
3.6.2.3   Paid Leave Accrual Schedule .......................................................................281
3.6.2.4   Grandfather Clause .......................................................................................281
3.6.2.5   Use of Vacation Leave ..................................................................................282
3.6.2.5.1    Scheduled Vacation Leave ......................................................................282
3.6.2.5.2    Leave for Religious Observances ...........................................................282
3.6.2.5.3    Unscheduled Leave .................................................................................282
3.6.2.5.4    Monitoring Leave ...................................................................................282
3.6.2.5.5    Vacation Leave Accrual ..........................................................................282
3.6.2.5.6    Maximum Leave Accrual ........................................................................283
3.6.2.5.7    Restrictions .............................................................................................283
3.6.2.6   Payment of Leave ..........................................................................................283
3.6.2.6.1    With Regular Earnings ............................................................................283
3.6.2.6.2    At Termination .......................................................................................283
3.6.2.7   Responsibility ...............................................................................................283
3.6.2.8   Resource ........................................................................................................283
3.6.3   Paid Leave Policies .................................................................................................284
3.6.3.1   Sick Leave .....................................................................................................284
3.6.3.1.1    Employee Sick Leave .............................................................................284
3.6.3.1.1.1   Eligibility ............................................................................................284
3.6.3.1.1.2   Use of Sick Leave ...............................................................................284
3.6.3.1.1.3   Documentation ....................................................................................285
3.6.3.1.1.4   Transfer, Termination, and Reinstatement .........................................285
3.6.3.1.1.5   Responsibility .....................................................................................285
3.6.3.1.1.6   Resource ..............................................................................................285
3.6.3.1.2    Collective Bargaining Unit Faculty Sick Leave .....................................285
3.6.3.1.3    Collective Bargaining Unit Librarian Sick Leave ..................................285
3.6.3.2   Compassion and Bereavement Leave ............................................................285
3.6.3.2.1    Eligibility ...............................................................................................286
3.6.3.2.2    Notification .............................................................................................286
3.6.3.2.3    Length of Leave ......................................................................................286
3.6.3.2.3.1   Responsibility .....................................................................................286
3.6.3.2.3.2   Resource ..............................................................................................286
3.6.3.2.4    Faculty Compassion and Bereavement Leave ........................................286
3.6.3.3   Domestic Violence Leave ..............................................................................286
3.6.3.3.1    Definition of Domestic Violence ...........................................................287
3.6.3.3.2    Performance Management .......................................................................287
3.6.3.3.3    Leave Options .........................................................................................287

3.6.3.3.4    Confidentiality ............................................................................ 287
3.6.3.3.5    Anti-Discrimination .................................................................... 287
3.6.3.4    Jury Duty and Court Appearances ........................................................ 287
3.6.3.4.1    Jury Duty .................................................................................... 288
3.6.3.4.2    Other Court Appearances ............................................................ 288
3.6.3.4.3    Responsibility .............................................................................. 288
3.6.3.4.4    Resource ...................................................................................... 288
3.6.3.5    Voting Time .............................................................................................. 289
3.6.3.5.1    Advance Notice ............................................................................ 289
3.6.3.5.2    Leave Used .................................................................................... 289
3.6.3.5.3    Responsibility .............................................................................. 289
3.6.3.5.4    Resource ...................................................................................... 289
3.6.4    Leaves of Absence without Pay .................................................................. 289
3.6.4.1    Leave for Uniformed Services (Military) Duty ................................ 289
3.6.4.1.1    Administrative and Staff Employee Military Leave ................... 289
3.6.4.1.1.1    Leave of Absence for Training in the National Guard or Military Reserves 289
3.6.4.1.1.2    Leave of Absence for Active Duty from Guard or Reserve Status ........ 290
3.6.4.1.1.3    Leave of Absence for Other Military Service ......................... 290
3.6.4.1.1.4    Responsibility ....................................................................... 291
3.6.4.1.1.5    Resource ................................................................................. 291
3.6.4.1.2    Faculty Military Leave ................................................................ 291
3.6.4.2    Leave without Pay .................................................................................. 291
3.6.4.2.1    Administrative and Staff Employees Leave without Pay .......... 291
3.6.4.2.1.1    Eligibility ............................................................................... 291
3.6.4.2.1.2    Leave Reasons and Length .................................................. 291
3.6.4.2.1.3    Return to Work Following Leave ......................................... 292
3.6.4.2.1.4    Benefits While on Leave ...................................................... 292
3.6.4.2.1.5    Responsibility ....................................................................... 292
3.6.4.2.1.6    Resource ................................................................................. 292
3.6.4.3    Faculty Leave without Pay .................................................................... 292
3.6.5    Insurance Benefits ........................................................................................ 292
3.6.5.1    Health and Life Insurance Benefits .................................................... 292
3.6.5.2    Short and Long-Term Disability Benefits .......................................... 293
3.6.5.2.1    Administrative and Staff Employee Short and Long-Term Disability
Benefits    293
3.6.5.2.1.1    Application for Benefits ....................................................... 293
3.6.5.2.1.2    Eligibility for Coverage- Short and Long Term Disability ........ 293
3.6.5.2.1.3    Notification to Department .................................................. 293
3.6.5.2.1.4    Waiting Period-Short Term Disability ................................. 293
3.6.5.2.1.5    Coordination with Family and Medical Leave ................... 293
3.6.5.2.1.6    Resignation of Employment during Short Term Disability ...... 294
3.6.5.2.1.7    Termination of Employment ............................................... 294
3.6.5.2.1.8    Responsibility ....................................................................... 294
3.6.5.2.1.9    Resource ................................................................................. 294
3.6.5.2.2    Faculty Short and Long-Term Disability Benefits ................... 294
3.6.6    Legislated Benefits ...................................................................................... 295

3.6.6.1     Continuation Coverage Rights .................................................................295
3.6.6.2     Family and Medical Leave (rev 01/09) ....................................................295
3.6.6.2.1      Administrative and Staff Employee Family and Medical Leave ............... 295
3.6.6.2.1.1    Definitions ................................................................................ 295
3.6.6.2.1.2    Eligibility ................................................................................. 295
3.6.6.2.1.3    Federal Family and Medical Leave Law .......................................... 295
3.6.6.2.1.4    Military Caregiver Leave ............................................................. 296
3.6.6.2.1.5    Qualifying Exigency Leave ........................................................... 296
3.6.6.2.1.6    Substitution of Paid Leave ........................................................... 296
3.6.6.2.1.7    Calculation of the Leave Period .................................................... 296
3.6.6.2.1.8    Continuation of Benefits ............................................................. 297
3.6.6.2.1.9    Notice of Leave ........................................................................ 297
3.6.6.2.1.10   Medical Certification/Military Family Certification .......................... 297
3.6.6.2.1.11   Additional Documentation ........................................................... 298
3.6.6.2.1.12   Returning from Leave ................................................................. 298
3.6.6.2.1.13   Outside Employment during FMLA ................................................ 298
3.6.6.2.1.14   Responsibility ........................................................................... 298
3.6.6.2.1.15   Resource .................................................................................. 298
3.6.6.2.2      Faculty Family and Medical Leave ................................................. 299
3.6.6.3     Social Security and Medicare ................................................................299
3.6.6.4     Unemployment Compensation ...............................................................299
3.6.6.5     Workers' Compensation ........................................................................299
3.6.6.5.1      Notification .............................................................................. 299
3.6.6.5.2      Medical Treatment ...................................................................... 299
3.6.6.5.3      Absence from Work ...................................................................... 300
3.6.6.5.4      Continuation of Salary and Benefits ............................................... 300
3.6.6.5.5      Coordination with Family and Medical Leave Policy .......................... 300
3.6.6.5.6      Termination of Administrative and Staff Employment ......................... 300
3.6.6.5.7      Responsibility ........................................................................... 300
3.6.6.5.8      Resource .................................................................................. 301
3.6.7   Additional University Benefits ...................................................................... 301
3.6.7.1     Employee Assistance Program ...............................................................301
3.6.7.1.1      Referral .................................................................................. 301
3.6.7.1.2      Corrective Action ....................................................................... 301
3.6.7.1.3      Time Off for Participation ............................................................ 302
3.6.7.1.4      Costs ....................................................................................... 302
3.6.7.1.5      Confidentiality .......................................................................... 302
3.6.7.1.6      Responsibility ........................................................................... 302
3.6.7.1.7      Resource .................................................................................. 303
3.6.7.2     Moving Expenses .................................................................................303
3.6.7.2.1      Eligible Moving Expenses ............................................................ 303
3.6.7.2.2      Eligible Travel Expenses .............................................................. 303
3.6.7.3     Retirement Benefits ............................................................................304
3.6.7.3.1      Faculty Retirement Funds ............................................................ 304
3.6.7.4     Flexible Spending Account ....................................................................304
3.6.7.5     Tuition Remission (rev 02/15/2010) .......................................................304
3.6.7.5.1      Eligibility for Spouse and Dependent Tuition Remission ..................... 305

3.6.7.5.2      Eligibility for Part-Time Regular Staff........................................................ 306
3.6.7.5.3      Contract Adjunct Faculty Tuition Remission ............................................. 307
3.6.7.5.4      Contract Adjunct Faculty Spouse or Dependent(s) Eligibility ................. 307
3.6.7.5.5      Eligibility for Adjunct Faculty Tuition Remission .................................... 307
3.6.7.5.6      Adjunct Faculty Spouse or Dependent(s) Eligibility................................. 308
3.6.7.5.7      Financial Obligation for Employee, Spouse and Dependents .................. 308
3.6.7.5.7.1    Employees .................................................................................. 308
3.6.7.5.7.2    Spouses and Dependents ............................................................ 308
3.6.7.5.8      Adoption Reimbursement Policy................................................................ 309
3.6.7.5.8.1    Eligibility ............................................................................................ 309
3.6.7.5.8.2    Eligible Child ..................................................................................... 309
3.6.7.5.8.3    Benefit Amount.................................................................................. 309
3.6.7.5.8.4    Qualified Adoption Expenses ............................................................ 309
3.6.7.5.8.5    Non Qualified Expenses .................................................................... 310
3.6.7.5.8.6    Tax Treatment of Reimbursement ...................................................... 310
3.6.7.5.8.7    Reimbursement Procedures ................................................................ 310
3.6.7.5.9      Policy Review ..................................................................................... 310

3.7       Employee Performance Evaluations Policies ............................................................ 311
3.7.1     Administrative and Staff Employee Performance Evaluation Policies ...................... 311
3.7.1.1       Annual Performance Review ............................................................................311
3.7.1.2       Review Timeframes ..........................................................................................311
3.7.1.3       Filing of Evaluations........................................................................................311
3.7.1.4       Responsibility ..................................................................................................311
3.7.1.5       Resource............................................................................................................311
3.7.2     Faculty Performance Evaluation Policies ................................................................... 311

3.8       Promotion, Lateral Transfer, and Demotion Policies................................................. 312
3.8.1     Promotion, Lateral Transfer, and Demotion of Administrative and Staff Employees 312
3.8.1.1       Eligibility for Promotion or Lateral Transfer...................................................312
3.8.2     Promotion of Faculty ................................................................................................... 312

3.9       Employee Rights and Responsibilities ...................................................................... 312
3.9.1     Administrative and Staff Employee Rights and Responsibilities................................ 312
3.9.1.1       Attendance and Punctuality ..............................................................................312
3.9.1.1.1     Absence Notification ...........................................................................313
3.9.1.1.1.1   Scheduled Absences............................................................. 313
3.9.1.1.1.2   Unscheduled Absences......................................................... 313
3.9.1.1.1.3   Subsequent Notification ...................................................... 313
3.9.1.1.2     Absence without Notification ............................................................. 313
3.9.1.1.3     Lateness Notification ........................................................................... 313
3.9.1.1.3.1   Recording Absences for Non-exempt Employees ................ 313
3.9.1.1.4     Recording Lateness for Non-exempt Employees ..................................... 314
3.9.1.1.5     Recording Absences and Lateness for Exempt Employees...................... 314
3.9.1.1.6     Responsibility ....................................................................................... 314
3.9.1.1.7     Resource................................................................................................ 314
3.9.1.2     Meal Period, Rest Breaks, and Break Time for Nursing Mothers .......................314

3.9.1.2.1     Use of Meal Periods and Rest Breaks.................................................... 314
3.9.1.2.2     Use of Break Time for Nursing Mothers ............................................... 315
3.9.1.2.3     Scheduling............................................................................................ 315
3.9.1.2.4     Responsibility ..................................................................................... 315
3.9.1.2.5     Resource............................................................................................... 315
3.9.1.3     Outside Employment ................................................................................315
3.9.1.4     Work Week, Work Day, and Work Shift Changes......................................316
3.9.1.4.1     Emergencies, Staffing Shortages, or Temporary Scheduling .................. 316
3.9.1.4.2     Changes in Normal Schedule................................................................. 316
3.9.1.4.3     Responsibility ..................................................................................... 316
3.9.1.4.4     Resource............................................................................................... 317
3.9.2     Faculty Rights and Responsibilities................................................................ 317

**3.10     Wage and Payroll Policies ......................................................................... 317**
3.10.1     Employment Categories.................................................................................. 317
3.10.1.1   Senior Executive .........................................................................................317
3.10.1.2   Senior Professional ....................................................................................317
3.10.1.3   Professional...............................................................................................317
3.10.1.4   Staff Employee...........................................................................................317
3.10.1.5   Temporary Employee..................................................................................317
3.10.1.6   Term Employee...........................................................................................318
3.10.1.7   10 Month Employee....................................................................................318
3.10.1.8   Part-time Employee ...................................................................................318
3.10.1.9   Hours of Work ...........................................................................................318
3.10.1.9.1     Full-Time ...................................................................................... 318
3.10.1.9.2     Three-Quarter Time ...................................................................... 318
3.10.1.9.3     Part-time....................................................................................... 318
3.10.1.10  Work Year..................................................................................................318
3.10.1.11  Academic Year............................................................................................318
3.10.1.12  Change in Status .......................................................................................318
3.10.1.13  Office of Responsibility...............................................................................319
3.10.1.14  Resource.....................................................................................................319
3.10.2     Employee Compensation ............................................................................... 319
3.10.3     Deductions ................................................................................................... 320
3.10.3.1   Collective Bargaining Unit Faculty Payroll Deduction for NEA Benefits.........320
3.10.4     Direct Deposit of Paycheck ........................................................................... 320
3.10.5     Overtime ...................................................................................................... 320
3.10.5.1   Compensatory Time Off...............................................................................321
3.10.5.2   Philosophy..................................................................................................321
3.10.5.3   Approval for Overtime.................................................................................321
3.10.5.4   Flexible Scheduling in Lieu of Overtime during the Same Pay Week ...............321
3.10.5.5   Computing Overtime ...................................................................................322
3.10.5.6   Compliance .................................................................................................322
3.10.5.7   Responsibility .............................................................................................322
3.10.5.8   Resource......................................................................................................322
3.10.6     Special Recognition Awards and Other Salary Increases...................................... 322
3.10.6.1   Special Recognition Awards..........................................................................322

3.10.6.2   Special Situations for Exempt Employees ............................................. 322
3.10.6.3   Other Salary Increases ......................................................................... 323
3.10.6.4   Responsibility ........................................................................................ 323
3.10.6.5   Resource ................................................................................................ 323
3.10.7      Wage Assignments (Garnishments) ........................................................... 323

**3.11   Separation from Employment and Disciplinary Measures Policies ........................ 323**
3.11.1      Administrative and Staff Employee Separation from Employment and Disciplinary
Measures Policies ....................................................................................................... 323
   3.11.1.1  Layoffs ...................................................................................................... 323
      3.11.1.1.1   Definitions ........................................................................................ 324
      3.11.1.1.2   Layoff Plan ....................................................................................... 325
      3.11.1.1.3   Order of Layoff ................................................................................ 325
      3.11.1.1.4   Internal Review of the Layoff Plan Prior to Implementation ................... 326
      3.11.1.1.5   Implementation ................................................................................ 326
         3.11.1.1.5.1   Notice to Affected Employees ................................................... 326
         3.11.1.1.5.2   Severance Pay .......................................................................... 326
         3.11.1.1.5.3   Tuition Benefits ........................................................................ 327
         3.11.1.1.5.4   Competitive Placement ............................................................. 327
         3.11.1.1.5.5   Recall ....................................................................................... 327
         3.11.1.1.5.6   Re-employment Rights .............................................................. 327
         3.11.1.1.5.7   Paid Leave ............................................................................... 327
      3.11.1.1.6   Evaluation Period ............................................................................ 327
      3.11.1.1.7   Waiving rights .................................................................................. 328
      3.11.1.1.8   Right to Invoke the Dispute Resolution Process ............................ 328
      3.11.1.1.9   Consolidation of Disputes ............................................................... 328
      3.11.1.1.10  Responsibility ................................................................................ 328
      3.11.1.1.11  Resource ........................................................................................ 328
   3.11.1.2  Progressive Discipline Policy ................................................................... 328
      3.11.1.2.1   Verbal Counseling ........................................................................... 329
      3.11.1.2.2   Verbal Warning ................................................................................ 329
      3.11.1.2.3   Written Warning (Suspension Optional) ......................................... 329
      3.11.1.2.4   Dismissal .......................................................................................... 329
      3.11.1.2.5   Resource ........................................................................................... 330
   3.11.1.3  Termination of Employment ...................................................................... 330
      3.11.1.3.1   Notice of Separation ........................................................................ 330
      3.11.1.3.2   Return of University Property and Satisfying Financial Obligations ........ 330
      3.11.1.3.3   Access to Computerized Information Systems ................................ 331
      3.11.1.3.4   Payment of Leave ............................................................................ 331
      3.11.1.3.5   Involuntary Termination ............................... **Error! Bookmark not defined.**
      3.11.1.3.6   Termination Paperwork Deadlines .................................................. 331
         3.11.1.3.6.1   Involuntary Termination .......................................................... 331
         3.11.1.3.6.2   Voluntary Termination ............................................................. 331
         3.11.1.3.6.3   Deceased Employees ............................................................... 331
      3.11.1.3.7   Responsibility .................................................................................. 331
      3.11.1.3.8   Resource ........................................................................................... 331
   3.11.1.4  References Following Separation of Employment ................................... 331

3.11.2     Faculty Separation and Disciplinary Measures Policies......................................... 332
    3.11.2.1  Collective Bargaining Unit Faculty Employment Phase-Out..............................332

**3.12     Grievance Policies .................................................................................................... 332**
    3.12.1     Administrative and Staff Employee Dispute Resolution Policy.............................. 332
        3.12.1.1  Eligibility .........................................................................................................332
        3.12.1.2  Timing...............................................................................................................332
        3.12.1.3  Departmental Problem Resolution...................................................................332
        3.12.1.4  Human Resources Level Dispute Resolution ..................................................333
        3.12.1.5  Responsibility...................................................................................................333
        3.12.1.6  Resource...........................................................................................................333
    3.12.2     Faculty Grievance Policy........................................................................................ 333

**2.12     Appendix 3.3.7.1: Employees with Disabilities Policies and Procedures Manual... 334**

**4.0         INTRODUCTION......................................................................................................... 344**

**4.1     Definition of Faculty Status, Faculty Rank, and Criteria for Promotion in Rank . 344**
    4.1.1     Faculty Status............................................................................................................ 344
        4.1.1.1     Full-time Faculty..............................................................................................344
        4.1.1.2     Adjunct/Per Unit/Per Course Faculty Members .............................................344
        4.1.1.3     Administrators with Faculty Rank ..................................................................345
        4.1.1.4     Special Appointment Faculty...........................................................................345
            4.1.1.4.1     Artist/Writer/Scholar-in-Residence Faculty ...........................................345
            4.1.1.4.2     Professor Emeritus ................................................................................. 345
            4.1.1.4.3     Visiting Faculty....................................................................................... 345
    4.1.2     Faculty Rank and Criteria for Promotion in Rank ................................................... 345
        4.1.2.1     Instructor..........................................................................................................346
        4.1.2.2     Assistant Professor...........................................................................................346
        4.1.2.3     Associate Professor...........................................................................................346
        4.1.2.4     Professor ..........................................................................................................347

**4.2     Policies Pertaining to Faculty Appointments .............................................................. 347**
    4.2.1     Types of Appointment Agreements .......................................................................... 347
        4.2.1.1     Term Appointments ..........................................................................................347
        4.2.1.2     Tenure Track Appointments .............................................................................347
        4.2.1.3     Non-Tenure Track Appointments .....................................................................347
            4.2.1.3.1     Moving to Tenure Track ......................................................................... 348
        4.2.1.4     Tenure Appointments........................................................................................348
    4.2.2     Locus of Appointments............................................................................................ 348

**4.3     Guidelines for the Appointment and Orientation of Faculty and Department Chairs
         348**
    4.3.1     New Faculty Appointment Guidelines...................................................................... 348
        4.3.1.1     Hiring and Clearance Procedures.....................................................................348
            4.3.1.1.1     Position Requests ................................................................................... 349
            4.3.1.1.2     Hiring Procedures .................................................................................. 350

4.3.2   Department Chairs Appointment Guidelines ............................................................. 351
4.3.3   Orientation Process ................................................................................................... 352

**4.4   Faculty Personnel Records ............................................................................................ 353**

**4.5   Annual Review Policies.................................................................................................. 353**
4.5.1   Introduction............................................................................................................... 353
4.5.2   Formal Annual Review Process................................................................................. 353
4.5.3   Contents of the Portfolio........................................................................................... 354
4.5.4   Portfolio Format........................................................................................................ 355

**4.6   Promotion and Tenure Policies.................................................................................... 355**
4.6.1   Promotion and Tenure Review Policies and Procedures........................................... 355
    4.6.1.1   Guidelines for Promotion in Rank and Tenure Applications............................355
    4.6.1.2   Application Packages.......................................................................................356
4.6.2   Faculty Development Review .................................................................................... 357

**4.7   Separation Policies ....................................................................................................... 357**
4.7.1   Resignation ............................................................................................................... 357
4.7.2   Retirement................................................................................................................. 357
4.7.3   Expiration of Term/Non-Renewal ............................................................................ 357
    4.7.3.1   Tenure Track Faculty.......................................................................................357
4.7.4   Layoffs ...................................................................................................................... 358
4.7.5   Dismissal for Cause .................................................................................................. 358

**4.8   Faculty Rights and Responsibilities ............................................................................ 358**
4.8.1   Academic Freedom ................................................................................................... 358
4.8.2   Outside Employment ................................................................................................ 358
4.8.3   Copyright and Patents ............................................................................................... 358
4.8.4   Overload Teaching.................................................................................................... 358
4.8.5   Professional Relationships ....................................................................................... 358
4.8.6   Research Activities Policy ........................................................................................ 358
    4.8.6.1   Administration of Research ............................................................................359
        4.8.6.1.1   Conformity with Institutional Purposes ................................................. 359
        4.8.6.1.2   Contractual Research Responsibility ..................................................... 359
        4.8.6.1.3   Division of Responsibility between Research and Other Activities ......... 360
        4.8.6.1.4   Salary Issues....................................................................................... 360
    4.8.6.2   Institutional Control........................................................................................360
        4.8.6.2.1   Primacy of Teaching............................................................................. 360
        4.8.6.2.2   Expenditure of Research Funds ............................................................. 361
    4.8.6.3   Freedom of Investigation .................................................................................361
    4.8.6.4   Implementation ................................................................................................362
4.8.7   Protection of Human Subjects in Research............................................................... 362
    4.8.7.1   Background.......................................................................................................362
        4.8.7.1.1   Introduction.......................................................................................... 363
        4.8.7.1.2   Ethical Principles ................................................................................. 364
    4.8.7.2   Definitions.......................................................................................................364

4.8.7.3    University Policy and Statement of Compliance ...............................................366
    4.8.7.3.1       The Institution ..................................................................................... 366
    4.8.7.3.2       The Institutional Review Board .......................................................... 368
    4.8.7.3.3       Human Subjects in Research ............................................................... 368

**4.9     Professional Development Policies** ...................................................................... **369**
4.9.1    Professional Development Fund ............................................................................ 369
4.9.2    Reassigned Time ................................................................................................... 369
4.9.3    Sabbatical Leave ................................................................................................... 369
4.9.4    Professional Dues and Meetings ........................................................................... 369

**4.10    Faculty Work Load and Working Conditions Policies** ......................................... **369**
4.10.1    Instructional Work Load ..................................................................................... 369
4.10.2    Non-Instructional Work Load Duties .................................................................. 370
    4.10.2.1  Advising/Office Hours .....................................................................................370
    4.10.2.2  University Functions .......................................................................................370
4.10.3    Classroom Instruction and Related Responsibilities............................................ 370
4.10.4    Political Activity .................................................................................................. 370
4.10.5    Plagiarism ............................................................................................................ 370

**4.11    Faculty Compensation and Benefit Policies** .................................................... **371**
4.11.1    Faculty Compensation .......................................................................................... 371
4.11.2    Faculty Benefit Policies ....................................................................................... 371

**1.8     Faculty Grievance Policy**...................................................................................... **371**

**4A.0    FACULTY COLLECTIVE BARGAINING AGREEMENT** ................................... **372**

**4A.1    Preamble** .................................................................................................................. **372**
4A.1.1    Articles.................................................................................................................. 372
    4A.1.1.1  ARTICLE I – RECOGNITION ......................................................................372
        4A.1.1.1.1       Section 1. Faculty Contract Negotiations ................................. 372
        4A.1.1.1.2       Section 2. Meetings .................................................................. 373
    4A.1.1.2  ARTICLE 2 – DEFINITIONS..........................................................................373
        4A.1.1.2.1       Section 1. University......................................................................... 373
        4A.1.1.2.2       Section 2. UFSLU ............................................................................. 373
        4A.1.1.2.3       Section 3. Faculty.............................................................................. 373
        4A.1.1.2.4       Section 4. Visiting Faculty ............................................................... 373
        4A.1.1.2.5       Section 5. Department Chair.............................................................. 374
        4A.1.1.2.6       Section 6. Graduate Program Director............................................... 374
        4A.1.1.2.7       Section 7. Director of Library Services and other Directors .................. 374
        4A.1.1.2.8       Section 8. Academic Dean................................................................. 374
        4A.1.1.2.9       Section 9. Vice President of Academic Affairs ................................. 374
        4A.1.1.2.10      Section 10. President ......................................................................... 374
        4A.1.1.2.11      Section 11. Board .............................................................................. 374
    4A.1.1.3  ARTICLE 3 – UNION RIGHTS AND RESPONSIBILITIES............................375
        4A.1.1.3.1       Section 1. Board of Trustee ....................................................... 375

4A.1.1.3.2    Section 2. Bulletin Boards ........................................................ 375
4A.1.1.3.3    Section 3. Communication with Members................................. 375
4A.1.1.4  ARTICLE 4 – ACADEMIC FREEDOM ............................................375
4A.1.1.4.1    Section 1. General Statement.................................................... 375
4A.1.1.4.2    Section 2. Teaching.................................................................. 375
4A.1.1.4.3    Section 3. Research and Publication.......................................... 376
4A.1.1.5  ARTICLE 5 – FACULTY RIGHTS....................................................376
4A.1.1.5.1    Section 1. Personnel Records.................................................... 376
4A.1.1.5.2    Section 2. Outside Employment ............................................... 377
4A.1.1.5.3    Section 3. Copyrights and Patents ............................................ 378
4A.1.1.5.4    Section 4. Overload Teaching................................................... 378
4A.1.1.5.5    Section 5. Status while Serving as Department Chair or Graduate
Department Director ........................................................................................ 378
4A.1.1.6  ARTICLE 6 – NON-DISCRIMINATION AND DISABILITIES .....................378
4A.1.1.7  ARTICLE 7 – NO STRIKE............................................................379
4A.1.1.8  ARTICLE 8 – GRIEVANCE PROCEDURES.......................................379
4A.1.1.8.1    Section 1. Definition ............................................................... 379
4A.1.1.8.2    Section 2. Procedure ............................................................... 379
4A.1.1.8.2.1    Step One ............................................................................ 379
4A.1.1.8.2.2    Step Two............................................................................. 379
4A.1.1.8.2.3    Step Three........................................................................... 380
4A.1.1.8.2.4    Step Four ............................................................................ 380
4A.1.1.8.3    Section 3. Abandonment.......................................................... 380
4A.1.1.8.4    Section 4. Settlement............................................................... 380
4A.1.1.8.5    Section 5. Grievance Investigations........................................... 380
4A.1.1.8.6    Section 6. Representation.......................................................... 380
4A.1.1.8.7    Section 7. No Reprisal ............................................................. 381
4A.1.1.9  ARTICLE 9 – ARBITRATION.........................................................381
4A.1.1.9.1    Section 1. Conditions............................................................... 381
4A.1.1.9.2    Section 2. Demand for Arbitration............................................. 381
4A.1.1.9.3    Section 3. Power of Arbitration ................................................. 382
4A.1.1.9.4    Section 4. Resolution ............................................................... 382
4A.1.1.9.5    Section 5. Reasons .................................................................. 382
4A.1.1.9.6    Section 6. Abandonment.......................................................... 382
4A.1.1.10 ARTICLE 10 – FACULTY APPOINTMENTS.......................................382
4A.1.1.10.1    Section 1. Probationary Faculty Appointments............................ 382
4A.1.1.10.2    Section 2. Non-Renewal/Termination........................................ 383
4A.1.1.10.3    Section 3. Visiting Faculty ....................................................... 384
4A.1.1.11 ARTICLE 11 – PROMOTION AND TENURE .....................................384
4A.1.1.11.1    Section 1. General Policy Regarding Promotion and Tenure ................ 384
4A.1.1.11.2    Section 2. Policy Particular to Tenure, Promotion, Graduate Faculty and
Non-Teaching Faculty ..................................................................................... 385
4A.1.1.11.3    Section 3. Promotion and Tenure Committee ............................... 385
4A.1.1.11.4    Section 4. Procedures for Promotion and Tenure Applications ............ 386
4A.1.1.11.5    Section 5. Beginning of the Promotion and Tenure Calendar................ 386
4A.1.1.11.6    Section 6. Tenure Calendar ...................................................... 386
4A.1.1.11.7    Section 7. Promotion Calendar.................................................. 387

4A.1.1.12 ARTICLE 12 – PROFESSIONAL DEVELOPMENT ......................................388
    4A.1.1.12.1  Section 1.  Professional Development Fund ............................ 388
    4A.1.1.12.2  Section 2.  Sabbatical ............................................................... 388
    4A.1.1.12.3  Section 3.  Reassigned Time .................................................... 389
4A.1.1.13 ARTICLE 13 – SALARY ..............................................................................390
    4A.1.1.13.1  Section 1.  Salary Applications ............................................... 390
    4A.1.1.13.2  Section 2.  Increases for Faculty Promoted or Completing Doctorates ... 390
    4A.1.1.13.3  Section 3.  Directed Studies and Course Overloads .................. 390
4A.1.1.14 ARTICLE 14 – FACULTY RESPONSIBILITIES .............................................390
    4A.1.1.14.1  Section 1.  General ................................................................. 390
    4A.1.1.14.2  Section 2.  Classroom Instruction and Related Responsibilities ............. 391
    4A.1.1.14.3  Section 3.  Workload ................................................................ 391
    4A.1.1.14.4  Section 4.  Internships, Applied Music, and Coaching Duties ................ 393
    4A.1.1.14.5  Section 5.  Tutoring, Librarians and Lab Courses ..................... 393
    4A.1.1.14.6  Section 6.  Advising/Office Hours ........................................... 393
    4A.1.1.14.7  Section 7.  University Functions .............................................. 394
    4A.1.1.14.8  Section 8.  Academic Year, Academic Calendar, and School Year ......... 394
4A.1.1.15 ARTICLE 15 – FRINGE BENEFITS AND LEAVES ......................................394
    4A.1.1.15.1  Section 1.  Payroll Deduction for NEA Benefits ..................... 394
    4A.1.1.15.2  Section 2.  Health Benefits ...................................................... 395
    4A.1.1.15.3  Section 3.  Other Fringe Benefits ............................................ 395
    4A.1.1.15.4  Section 4.  Leave Benefits for Librarians ................................ 395
    4A.1.1.15.5  Section 5.  Retirement Funds ................................................... 396
    4A.1.1.15.6  Section 6.  Sick Leave ............................................................. 396
    4A.1.1.15.7  Section 7.  Military Leave ....................................................... 397
    4A.1.1.15.8  Section 8.  Disability, Parental, and Family Leave .................. 397
    4A.1.1.15.9  Section 9.  Leave Without Pay ................................................ 398
    4A.1.1.15.10   Section 10. Emergency Leave ................................................ 399
    4A.1.1.15.11   Section 11. Faculty Employment Phase-Out ........................... 399
    4A.1.1.15.12   Section 12. Required Changes ................................................ 400
4A.1.1.16 ARTICLE 16 – MANAGEMENT RIGHTS .................................................400
    4A.1.1.16.1  Section 1.  University Rights .................................................... 400
    4A.1.1.16.2  Section 2.  Interpreting Agreement .......................................... 400

**5.0    ACADEMIC POLICIES** .............................................................................. **403**

**4.0    INTRODUCTION** ....................................................................................... **404**

**4.1    General Student Information** ..................................................................... **404**

**Volume I**
**Governance and Administration**

## 1.0    Governance and Administration

The purpose of the several volumes of the Policy Manual of Saint Leo University ("Policy Manual") is to inform members of the Saint Leo University community of their rights and privileges as expressed in existing policies. The Policy Manual also contains, in some instances, procedural guidelines for members of the University community in the fulfillment of their responsibilities to the University. However, it is impossible for the University to cover in the Policy Manual every facet of the relationship between members of the Saint Leo University community and the University, whether as a student or employee; therefore, the University retains the right to exercise its discretion in instances where there is no written policy applicable to a particular set of circumstances.

Volumes II, III, IV, V, and VII of the Policy Manual shall be revised as appropriate by the administration of the University through the approval of the President and where appropriate or legally required by the Board of Trustees on the recommendation of the President.

In Volume VI, the academic policies are recommended by the appropriate committees or councils and are reviewed by the Vice President of Academic Affairs for presentation and approval by the President or through the President by the Board of Trustees as appropriate.

Volume I, Sections 1.3 and Subsections 1.6.1 through 1.6.4 follows the amendment process of the respective Constitutions and Bylaws with oversight by the President and Board of Trustees. The rest of Volume I follows the procedures outlined above with respect to Volumes II, III, V, and VII of the Policy Manual.

Volume IV-A follows the amendment provisions found in Volume IV-A, Article 16.

## 1.1    History of Saint Leo University

Saint Leo University is a Catholic, in tradition and history, coeducational liberal arts university offering the associate's, bachelor's, and master's degrees.

The University was chartered on June 4, 1889, when the Florida legislature authorized the Order of Saint Benedict of Florida to "have and possess the right and power of conferring the usual academic and other degrees granted by any college in this state."  Saint Leo University was the first Catholic college in Florida and opened with the dedication of its main building on September 14, 1890.

Established initially by monks from Saint Vincent Archabbey in Latrobe, Penn., the Benedictine mission in what was formerly called the "Catholic Colony of San Antonio, Fla." was transferred to the jurisdiction of Mary Help of Christians Abbey (now called Belmont) in North Carolina in 1888.  Saint Leo University and Abbey are named for its first abbot, Leo Haid, the principal founder and first president of the University.

There were 32 students in the pioneer year 1890-1891.  The basic curriculum was a mix of liberal arts and commercial courses leading to the degree of Master of Accounts.  Periodically, the University went through a military phase, with uniforms and required drilling, to instill discipline and order.  The first Master of Accounts degrees were conferred on the pioneer graduating class of five students on June 20, 1893.

In 1920, the College was phased out as the faculty decided to focus on becoming what one longtime Benedictine called "a serious English-style prep school."  It was accredited by the Southern Educational Association in 1921.  After a variety of name changes (including Saint Leo Academy and Benedictine High School), the institution settled on Saint Leo College Preparatory School in 1929, and continued as such until 1964.

Reaching for a larger mission, Saint Leo opened as a college again in 1959.  Its efforts were assisted by the neighboring community of Benedictine sisters at Holy Name Priory.  Operating first on the associate's level, the College moved quickly to a four-year program and began to again confer bachelor's degrees on April 23, 1967.  It was accredited by the Southern Association of Colleges and Schools on November 29, 1967, retroactive to include the charter bachelor of arts class.  In 1969, the University was reorganized when the Order of Saint Benedict of Florida transferred title and control to an independent board of trustees.

In a noteworthy broadening of its purpose, which echoed its military roots, Saint Leo responded in 1973 to requests from the armed services to offer degree programs on military bases.  Now, Saint Leo University is one of the largest providers of higher education to military-related personnel in the United States.  In 1994, the University further expanded its service to working adults as it responded to the needs of Florida residents by taking its degree programs to the campuses of community colleges.  More recently, in 1998, Saint Leo began offering degree programs over the Internet.

In December 1994, the University was accredited by the Southern Association of Colleges and Universities to offer the master's degree, retroactive to January 1, 1994.  In August 1999, Saint Leo College changed its name to Saint Leo University.  The eleventh change in the institution's name recognizes the broad reach of Saint Leo today.

### 1.1.1    Presidents of Saint Leo College and University

#### 1.1.1.1        The "First" College

| | |
|---|---|
| Rev. Charles Mohr, O.S.B. | 1890-1894 |
| Rev. Benedict Roth, O.S.B | 1895-1899 |
| Rev. Charles Mohr, O.S.B. | 1895-1899 |
| Rev. Benedict Roth, O.S.B. | 1899-1901 |
| Rev. Albert Schaller, O.S.B. | 1901-1902 |
| Rev. Benedict Roth, O.S.B. | 1902 (February-June) |
| Rev. Alexander Fink, O.S.B. | 1902-1908 |
| Rev. Benedict Roth, O.S.B. | 1908-1920 |

#### 1.1.1.2        Prep School Years

| | |
|---|---|
| Abbot Charles Mohr | 1902-1931 |
| Francis Sadlier | 1929-1954 |
| Rev. Marion Bowman, O.S.B. | 1954-1969 |

#### 1.1.1.3        The "New" College

| | |
|---|---|
| Dr. John I. Leonard | 1959-1961 |
| Rev. Stephen Herrmann, O.S.B. | 1961-1968 |
| Dr. Anthony Zaitz | 1968-1970 |
| Rev. Marion Bowman, O.S.B. | 1970-1971 |
| Dr. Thomas B. Southard | 1971-1985 |
| Dr. Daniel Henry | 1985-1987 |
| Monsignor Frank M. Mouch | 1987-1996 |
| Dr. Arthur F. Kirk, Jr. | 1997- Present |

### 1.1.2    School Colors

The Saint Leo University colors are green and gold.

### 1.1.3    Athletic Teams Names

The Saint Leo University athletic teams are the Lions.



### 1.1.4    University Seal

In April 1961, Father Bede Gale designed the official seal for the College.   Its heraldic description reads:  "Fusilly in bend sinister, argent and vert, three lions rampant, or; each bearing a gold crozier, the crook to the sinister."

The seal is in one color, green, and two metals, gold and silver.  Thus it embodies the colored adopted by the University of green and gold.



"Fusilly in bend sinister" describes the diamond-shaped over-all pattern of the shield which is in green and silver.  The derivation of the pattern is as follows: The American Cassinese Congregation of Benedictines, to which Saint Leo belongs, was derived originally from the Bavarian Congregation.  When the great heraldic authority, Pierre Champagne La Rose was asked to design a coat-of-arms for St. Vincent Archabbey, he used the royal arms of the Bavaria (fusilly in bend sinister argent and azure) in his design to indicate this derivation… When a coat-of-arms for Saint Leo Prep was designed, the pattern was also included.  So it is also now used in the coat for the University in order to make some continuity…

The three lions rampant (lions up on their hind legs facing to the right and beating the air with their forepaws) are a bald heraldic pun in the name of Leo.  The crosiers in their forepaws suggest an ecclesiastic connection.  This device of a lion rampant holding a crozier is probably unique in world heraldy and makes a neat, tasteful, and entirely heraldic Saint Leo device – all Saint Leo's own.

Above the shield appears the cross of Saint Benedict.  This cross has an extremely ancient history and is said to be very potent against the onslaughts of the devil… The letters CSPB stand for "Crux Sancti Patris Benedicti" ("the Cross of Holy Father Benedict").  The pother letters CSSMLNDSMD stand for the latin words "Crux sancta sit mihi lux, non draco sit mihi dux" ("May the holy cross be my light, may the dragon not be my guide").  This is a mostly distinctively Benedictine device and immediately relates the seal to the Benedictine order.

### 1.1.5    Accreditation and Affiliation Statement (rev. 3/02/10)

Saint Leo University is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award the associate, bachelor's, master's and specialist degrees. Contact the Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097 or call 404-679-4500 for questions about the accreditation of Saint Leo University. Saint Leo University's School of Business received initial accreditation from the International Assembly for Collegiate Business Education (IACBE) in September 1999.  Saint Leo University's degree program in Social Work is accredited by the Commission on Accreditation of the Council on Social Work Education (BSW Level).  Saint Leo's Sport Business program is accredited by the Sport Management Program Review Council which is the nationally recognized accrediting body of academic sport management programs.  Saint Leo University's Teacher Education Programs are approved by the State of Florida Department of Education. Saint Leo University holds membership in the American Council on Education (ACE), Association of Governing Boards of Universities and Colleges, Independent Colleges and Universities of Florida (ICUF), the American Association of Adult and Continuing Education, the National Collegiate Honor Society, the National Association of Independent Colleges and Universities, the National University Continuing Education Association (NUCEA), the National Association of Institutions

for Military Education Services (NAIMES), Servicemembers Opportunity Colleges, National Catholic Education Association and the Association of Catholic Colleges and Universities.

### 1.1.6   Main Campus Location and Buildings

Saint Leo is a larger and more complicated University than people generally realize. Our enrollment ranks us among the 10 largest Catholic institutions in the United States. We also are one of the largest providers of military higher education in the nation. We serve more than 14,000 students at locations in Virginia, South Carolina, Georgia, Texas, California and Florida, and around the world through our online degree programs. We do so with the same commitment to our Catholicism, to the liberal arts and sciences as the basis of all learning, to student learning and development, and to our values. Saint Leo University puts students first in all of its considerations and promises a commitment to quality in all of its programs. Our aim is to make our students more compassionate, concerned, committed, competent and confident human beings.

The campus of Saint Leo University, known as University Campus, is approximately 35 miles north of downtown Tampa, Fla. Its rolling hills and richly wooded grounds edge on beautiful Lake Jovita. The central Florida location offers many natural advantages that attract people to live, work and study in the Sunshine State. This pleasing pastoral atmosphere can be exchanged in an hour or so for beaches or two metropolitan areas - Tampa/St. Petersburg and Orlando.

Campus buildings unite the tradition of the past with the objectives of modern education through a combination of Spanish Florida baroque and contemporary architecture.

Saint Francis Hall houses the offices of the President, Academic Affairs, Continuing Education and Student Services, Business Affairs, Human Resources, University Advancement, Alumni Relations, Graduate Studies, and Institutional Research and Assessment.

Across from Saint Francis Hall is Saint Edward Hall. The Offices of Graduate Criminal Justice, Student Financial Services, Registrar's Office, Veterans Affairs, Weekend/Evening Program and the University's Trane Stop Student Center are located on the first floor. The rest of the building houses faculty offices and classrooms.

Residence halls are situated throughout the 186-acre campus. Located on the west side of the campus is the Marmion (first year male students) and Snyder Residence Hall complex. Marmion/Snyder Halls house the Lion's Den. In this large lounge are pool tables, ping pong tables, air hockey, foosball, a large screen television. On the east side of campus are four residence halls. Benoit Hall, a traditional women's hall, and Henderson Hall, a traditional men's hall, are located on the University circle and house both freshman and upperclassmen students. Roderick Hall offers suite-style living for both men and women. Each suite has four single bedrooms, two bathrooms and a living area. Alumni Hall, located next to Roderick Hall, houses both men and women. All rooms have a private bathroom and a private entrance. Students living in Alumni and Roderick Hall tend to be mostly juniors and seniors. In addition to these six residence halls, new apartment complexes have been built near the lake. The apartments have either 4 singles or 2 doubles with 2 bathrooms, common living room, and either a full kitchen or kitchenette. These facilities will also have a common lounge, conference rooms, and laundry room.

Julia Deal Lewis Hall of Science is a three-story building occupied by the Department of Mathematics and Sciences, Academic Student Support Services, which includes the Learning Resource Center and the Office of Disability Services as well as the Learning Enhancement for Academic Progress Program, laboratories, science library and Heagerty Business Suite. The William G. and Marie Selby Auditorium, adjoining Lewis Hall at the ground and second-floor levels, is a teaching auditorium with tiered seating.

Nearby Crawford Hall provides general classrooms. Residence Life, Counseling and Career Services, and Health Services are located in DeChantal Hall. There are also a number of faculty offices in this building.

The Information and Security Campus Safety Office and Marian Hall, which houses the Office of Undergraduate Admissions, are found at the main entrance of University Campus.

The Cannon Memorial Library is named in honor of long-time trustees and donors, Daniel A. and Elizabeth T. Cannon. The three-level building overlooking Lake Jovita houses the library collections, research stations, media services center, student computer lab and University archives. The Hugh Culverhouse Computer Instruction Center, Sprint Electronic Classroom and the newly completed Video Teleconferencing Classroom are located on the lower level.

The Student Community Center forms a hub and focal point for campus social activities and provides dining and recreational spaces for students, faculty, staff, and community members for meeting, eating, and socializing together. On the ground floor of the Center is the McDonald Refectory dining room with its open air ceiling into the first floor which will house the campus book store, snack bar coffeehouse, convenience store, large lounge area, and a series of meeting rooms. The Student Involvement Building will house the offices of Student Services, Student Involvement, Greek Life, International Students, student government as well as other student organizations on the first floor. The second floor will be host to University Ministry, Academic Student Support Services, and Disability Services. The Clock Tower will house a small multifunctional room which will be used for meetings and small group liturgies. Connecting these three buildings will be an open air plaza which will become a beautiful destination for our campus.

The Marion Bowman Activities Center is a facility for teaching and recreation as well as the location of the Department of Intercollegiate Athletics. The main gymnasium is used for intercollegiate sports, lectures and other educational and social activities. Physical education classrooms, an athletic training room, aerobics room, a fitness center, and a weight-lifting room are also in the facility. The Recreation Department operates a large heated outdoor swimming pool and sunning deck adjacent to the activities center.

Athletic fields provide venues for soccer, baseball, lacrosse and softball. The University also sponsors club lacrosse. Numerous courts are also available for tennis, volleyball, racquetball, handball, in-line skating and basketball.

The waterfront at Lake Jovita provides opportunities for canoeing, sailing, boating, lakeside cookouts and recreational events coordinated by the Recreation Office.

### 1.1.6.1 National Sites for Saint Leo University

Degree programs are offered to adult students through the Division of Continuing Education and Student Services at the following regional continuing education centers:

**California**

San Diego Office

*-MCAS Miramar*
*-Naval Base Coronado*
*-Naval Station San Diego*

**Florida**

Gainesville Center

*- Alachua Office*

*- Starke Office*

Lake City Center

MacDill AFB Center

*- Avon Park Office*
*- Brooksville Office*
*- South Shore Office*
*- St. Petersburg Office*

Madison Office

*- Tallahassee Office*

Key West Center

NE Florida Center

*- NS Mayport Office*
*- Orange Park Office*
*- Palatka Office*
*- St. Augustine Office*

Ocala Center

*- Lake Sumter Office*

Saint Leo University Campus

*(Weekend & Evening Programs)*

**Georgia**

Atlanta-Fort McPherson Center

*- Atlanta Police Academy Office*
*- NAS Atlanta*
*- Gwinnett Office*

Savannah Center

**South Carolina**

Shaw Center

- *Sumter Office at St. Francis/Xavier H.S.*

**Texas**

Naval Station Ingleside Center

- *Naval Air Station Corpus Christi Office*

**Virginia**

Fort Eustis Center

Fort Lee Center

Langley AFB Center

South Hampton Roads Center

- *Chesapeake Office*
- *Naval Air Station Oceana Office*
- *Naval Amphibious Base*
- *Little Creek Office*
- *Naval Station Norfolk Office*

### 1.1.7 Alma Mater of Saint Leo University[1]

VERSE
Joyfully we gather, our destinies to seek,
Partners in harmony united yet unique.
Excellence in word and deed, we've made our final quest,
We care for all creation, with compassion and respect.

REFRAIN
Saint Leo we salute traditions new and old,
which guide us as we grow in body heart and soul.
Everywhere we flourish sustained by our ideal of
Challenging our minds to make our vision real.

## 1.2   Mission Statement

Saint Leo University is a Catholic, liberal arts-based university serving people of all faiths. Rooted in the 1,500-year-old Benedictine tradition, the University seeks balanced growth in mind, body and spirit for all members of its community. On its home campus and many extension centers, Saint Leo University offers a practical, effective model for life and leadership in a challenging world, a model based on a steadfast moral consciousness that recognizes the dignity, value and gifts of all people.

To accomplish its mission, the University community creates a student-centered environment in which love of learning is of prime importance. Members of the community are expected to examine and express their own values, listen respectfully to and respond to the opinions of others, serve the community in which they live, welcome others into their lives and care for all of God's creations.

### 1.2.1   Values Statements

**Excellence** – Saint Leo University is an educational enterprise. All of us, individually and collectively, work hard to ensure that our students develop the character, learn the skills and assimilate the knowledge essential to become morally responsible leaders. The success of our University depends upon a conscientious commitment to our mission, vision and goals.

**Community** – Saint Leo University develops hospitable Christian learning communities everywhere we serve. We foster a spirit of belonging, unity and interdependence based on mutual trust and respect to create socially responsible environments that challenge all of us to listen, to learn, to change, and to serve.

**Respect** – Animated in the spirit of Jesus Christ, we value all individuals' unique talents, respect their dignity and strive to foster their commitment to excellence in our work. Our community's strength depends on the unity and diversity of our people, on the free exchange of ideas and on learning, living, and working harmoniously.

---

[1] Music by Jeffery R. Smith. Lyrics by Kurt Van Wilt.

**Personal Development** – Saint Leo University stresses the development of every person's mind, spirit and body for a balanced life.  All members of the Saint Leo University community must demonstrate their commitment to personal development to help strengthen the character of our community.

**Responsible Stewardship** – Our creator blesses us with an abundance of resources.  We foster a spirit of service to employ our resources to University and community development.  We must be resourceful.  We must optimize and apply all of the resources of our community to fulfill Saint Leo University's mission and goals.

**Integrity –** The commitment of Saint Leo University to excellence demands that its members live its mission and deliver on its promise.  The faculty, staff, and students pledge to be honest, just, and consistent in word and deed.

### 1.2.2    Vision 2010

Saint Leo University's remarkable growth and development between 1997 and 2003 only hinted at what was to come between 2004 and 2010. University Campus, the heart of Saint Leo University's world-wide reach, fueled the growth. Since fall 2004, University College grew resident enrollments from 900 to 1,400, and total full-time students, including resident and commuters, from 1,241 to 1,800.  Five new student apartment buildings constructed near the shoreline of Lake Jovita accommodated and stimulated much of the growth.

The five new apartment complexes were only part of the physical transformation of the 160-acre campus.  The new Student Community Center, an all new facility that includes the McDonald Dining Hall, brings together student affairs staff, student organizations and club offices, lounges and meeting rooms.  It also houses the bookstore, snack bar, coffeehouse and post office.  The building features a theatre that seats 225 auditorium-style.  The theater is supported with dressing and staging areas to accommodate the many theatre productions, musical performances, speakers and comedians who perform for the students and the community.  A new deck overlooks the new amphitheatre, Lake Jovita, the beach, new boat docks and boat house.

Across the newly developed and expanded Campus quadrangle, the School of Business building complements the Student Community Center.  The Business School houses the world's largest Catholic university school of business in terms of enrollments, serving nearly 10,000 students worldwide with undergraduate and graduate business programs that emphasize Saint Leo University's core values.  The school teaches in 20 continuing education centers in seven states and six nations and also delivers business programs online, in blended formats and through video conferencing technology worldwide.  The Business School building houses the hub for online, video production and broadcasting technology centers that link Saint Leo's widely distributed students and staff into one university community.  Faculty offices and the most modern, technologically advanced classrooms can be found in the Business School.  The building also serves area businesses with first class on-site meeting, training, entertaining and videoconference spaces.  One special feature of the School is the specialized online MBA for entrepreneurs that include video conferencing lectures, discussions, advisement, and annual on-campus seminars.

Improvements in the laboratories of Lewis Hall bring state-of-the art science facilities to the burgeoning number of science majors and expanding science faculty. Saint Leo University now places more than one dozen graduates in medical school and schools of dentistry and veterinary

medicine annually.   Another two dozen science graduates enter graduate programs in occupational and physical therapy or pursue graduate degrees in the sciences.   Similarly, improvements were made to the Cannon Memorial Library which serves Saint Leo's students everywhere with one of the largest digital collections anywhere, as well as comfortable research and study environments.   Immediately adjacent to the Cannon Memorial Library is the three-level parking garage that accommodates 250 automobiles.   The garage was part of the major redesign and restructuring of the campus roads, partially funded by Federal appropriations.   The parking garage opened the Cannon Memorial Library to the public, meeting a pressing local need as areas near the campus grew from rural to suburban.   It also provides easy access to the community for the new amphitheatre and the Student Community Center.

The University's entrance was moved back from State Route 52 some 50 feet.   The parallel access roads were also moved 230 feet and Route 52 was widened to accommodate longer east and westbound turn-off lanes.   The changes eliminated safety hazards for those entering and exiting the campus or traveling along State Route 52, and created an attractive sense of arrival. Additionally, the road "spine" was completed throughout the campus.   The University is now constructing a new three-story academic building to replace Crawford Hall, another residence hall and parking garage.   All the facilities capture the Spanish mission architectural theme that distinguishes the campus.

The eighteen hundred full-time students reflect Saint Leo's commitment to globalization and diversity, with 20 percent of its students being international and another 23 percent representing ethnic minorities.   With applications exceeding 3,000 for 550 freshmen positions, regularly admitted student SAT scores range from 1000 to 1400 with 50 honors students in each class. While competitive, Saint Leo remains true to its mission of access and opportunity, maintaining its LEAP program for promising students who do not meet admissions criteria.

Higher admissions standards, more rigorous academic requirements and high expectations for student behavior contribute to Saint Leo University's athletic teams excelling.   They have won the Mayor's Cup for the strongest programs in the Sunshine State Conference.   Their success is supported by the many spectators who enjoy the now-lighted soccer fields and new bleachers both on the fields and in the gymnasium.

Impressive new and improved facilities are only a part of Saint Leo's attraction to students, on and off campus.   The University's clear Catholic identity, hospitality to all people and emphasis on its values, teaching excellence and superior services, no matter their location, age or status distinguishes Saint Leo in the market.     Commitments to develop flagship programs in psychology, sports business, and education led to recognition that Saint Leo now offers programs in these disciplines competitive with any in the Southeast and in some cases nationally.   Criminal Justice enjoys great prestige for its excellence.   Investments in the sciences and unique partnerships with Nova Southeastern University and St. Augustine University resulted in a 100 percent increase in science enrollments and average SAT's for science majors of over 1300. Overall Saint Leo University graduates from all locations and programs exceed national and state averages in outcomes exams in business, criminology, psychology, education, and other fields. Graduate and law school placement in the leading research universities continues to increase.

The full-time faculty grew to 150, an increase of nearly 50 percent.   All new faculty already possessed the terminal degree in their discipline, bringing Saint Leo full-time faculty with the terminal degree to 97 percent.   Continuous faculty development programs contributed to faculty

all using active, cooperative, and experiential learning methods in all their classes. The Center for Teaching Excellence helps develop the content of Saint Leo University's courses and helps faculty improve their ability to use the University's many resources effectively to increase learning. Saint Leo is now known as a leading teaching university because of the excellence of instruction in all delivery systems. Videoconferencing resources helped to make its widely distributed faculty truly one with regular video conferencing meetings and faculty development workshops. The University's long and proven record for caring teachers is enhanced by the way all full and part-time faculty are oriented, developed and acculturated. The University again uses its technological competence and resources to reach every full and part-time employee with these programs. The University takes particular pride in the excellent academic, personal, and career advising its faculty provides and that all of its locations consistently exceed national averages on learning outcomes exams and student satisfaction.

Saint Leo University made advising a priority in 2004 and now excels at it. Advisors took real effort to change their beliefs and habits about advising. Today, advising is evaluated, and it is an important consideration in tenure and promotion decisions. Indeed, the University's competence in academic and career advising is equally evident at Saint Leo's Continuing Education Centers. Once again Saint Leo's technological competence contributed to accelerating these improvements. On campus and at Continuing Education Centers, 98 percent of Saint Leo graduates express satisfaction with their overall experience.

Underscoring its commitment to technology across the curriculum, the University now utilizes video conferencing to connect students across University Campus, at its Centers, and throughout the world. Personal development programs offered by Career Services, Counseling Center, Academic Student Support Services and Health Services are transmitted via video conferencing. Saint Leo's ability to teach in traditional ways, online, with VTT, CD ROM's, and in blended formats, as well as support students with online services become sought after by ESO's in many locations. The University opted to open a maximum of two new locations a year to ensure quality programs, personnel and services.

Not only are students staying at Saint Leo, so too are faculty and staff. Turnover, including retirements, are less than 15 percent a year. Saint Leo University has built a great place for students and staff to be by emphasizing our six core values. Community, excellence, personal development, stewardship, respect, and integrity are real here. We not only prosper with enrollment and financial strength, we prosper as people. The University's success contributes to an institution that attracts students, faculty, staff and philanthropic support.

The University's enrollment has grown from under 12,700 to 16,000 in six years. Its endowment more than doubled to over $18 million during that time as part of a comprehensive campaign that raised $27 million on its $20 million goal. The campaign also financed many of the building and renovation projects. Over 10,000 of the University's 50,000 graduates contributed during the campaign and now 9,000 make annual gifts. The University's budget exceeds $125 million, and its net assets grew from $21 million in 2002 to nearly $70 million in 2010. Average faculty and staff salaries grew by 25 percent in five years, more than twice the rate of inflation. The wages of the lowest paid employee averaged a 40 percent raise, Saint Leo is known for its investments in facilities, technology, and people.

The University's great progress began to be noticed as its new academic centers drew attention to Saint Leo's innovative and important work. Saint Leo's online program dominance captured

headlines as well. Saint Leo has become recognized as an innovative, entrepreneurial model for higher education in the 21st century. The intense competition for campus freshmen admissions and the University's partnerships with medical, dental, law, and graduate schools brought Saint Leo to the attention of high schools students and parents throughout the east. Now University Campus enrolls freshmen from 36 states and 50 nations.

## 1.3    Charter and Bylaws of Saint Leo University

### 1.3.1   Amendment to Charter August 26, 1988

**AMENDMENT TO CHARTER**
**OF**
**SAINT LEO COLLEGE, INCORPORATED**
**A Corporation Not for Profit**

THIS IS TO CERTIFY that at a duly called meeting of the Board of Trustees of SAINT LEO COLLEGE, INCORPORATED held on the 26th day of August, 1988, in Saint Leo, Florida, at which a quorum was present, the following resolution was unanimously adopted:

RESOLVED, that the Charter and Articles

of Incorporation of Saint Leo College, Incor-

porated, a corporation not for profit under

the laws of the State of Florida, be amended

and restated in order that this amendment and

all amendments heretofore made will be set

forth in one instrument, as follows:

**ARTICLES OF INCORPORATION**
**OF**
**SAINT LEO COLLEGE, INCORPORATED**
**A Corporation Not For Profit**

ARTICLE I

The name of the corporation is:  SAINT LEO COLLEGE, INCORPORATED.

ARTICLE II

The purposes for which the corporation is organized are to:

(a) Continue and maintain Saint Leo College, which was founded in 1889.

(b) Confer upon students, by diploma under the common seal, such degrees as are usually granted by colleges.

(c) Execute any trust or trusts, the purposes whereof promote the maintenance of a college.

(d) Have succession by its corporate name for the period set forth in the Articles of Incorporation.

(e) Sue and be sued and appear and defend in all actions and proceedings in its corporate name to the same extent as a natural person

(f) Adopt and use a common corporate seal and alter the same; provided, however, that such seal shall always contain the words "Corporation not for profit".

(g) Elect or appoint such officers and agents as its affairs shall require and allow them reasonable compensation.

(h) Adopt, change, amend and repeal Bylaws, not inconsistent with law or these Articles of Incorporation, for the administration of the affairs of the corporation and the exercise of the corporate powers.

(i) Increase, by a vote of its members cast as the Bylaws direct, the number of Trustees so that the number shall not be less than three but may be any number in excess thereof.

(j) Make contracts and incur liabilities, borrow money at such rates of interest as the corporation may determine, issue its notes, bonds and other obligations by mortgage and pledge of all its property, franchises or income.

(k) Conduct its affairs, carry on its operations, and have offices and exercise the powers granted in any state, territory, district, or possession of the United States or any foreign country.

(l) Purchase, take, receive, lease, take by gift, devise or bequest, or otherwise acquire, own, hold, improve, use or otherwise deal in and with real or personal property, or any interest therein, wherever situated.

(m) Acquire, enjoy, utilize and dispose of patents, copyrights and trademarks and any licenses and other rights or interests thereunder or therein.

(n) Sell, convey, mortgage, pledge, lease, exchange, transfer or otherwise dispose of all or any part of its property and assets.

(o) Purchase, take, receive, subscribe for, or otherwise acquire, own, hold, vote, use, employ, sell, mortgage, lend, pledge, or otherwise dispose of and otherwise use and deal in and with, shares and other interests in, or obligations of, other domestic or foreign corporations, whether for profit or not for profit, associations, partnerships or individuals, or direct or indirect obligations of the United States, or of any other government, state, territory, governmental district, municipality, or of any instrumentality thereof.

(p) Lend money for its corporate purposes, invest and reinvest its funds, and take and hold real and personal property as security for the payment of funds so loaned or invested.

(q) Make donations for the public welfare or for scientific, educational or other similar purposes.

(r) Have and exercise all powers necessary or convenient to effect any or all of the purposes for which the corporation is organized.

ARTICLE III

The members of this corporation shall be limited to the incorporators and such persons who are eighteen (18) years of age or over, and citizens of the United States, as shall be elected to membership in accordance with the Bylaws of this corporation.

ARTICLE IV

The period of duration of the corporation is perpetual.

ARTICLE V

The names and residences of the subscribers are:

| Name | Address |
|---|---|
| Marion Bowman | Saint Leo College, Saint Leo, Fla. |
| Stephen Herrmann | Saint Leo College, Saint Leo, Fla. |
| James Hoge | Saint Leo College, Saint Leo, Fla. |
| Andrew Metzger | Saint Leo College, Saint Leo, Fla. |
| George Montpetit | Saint Leo College, Saint Leo, Fla. |
| Henry C. Hughes | Saint Leo College, Saint Leo, Fla. |
| Robert A. Brown | 315 Clark Ave., Palm Beach, Fla. |

ARTICLE VI

The officers of this corporation shall be: A Chairman, one or more Vice Chairmen, one or more Vice Presidents, a Secretary and Treasurer.

ARTICLE VII

The affairs of the corporation shall be managed by a Board of Trustees, the number of which shall be set forth in the Bylaws of the corporation but shall never be less than three (3). They shall elect their successors and fill vacancies on the Board in accordance with the provisions set forth in the Bylaws of the corporation.

ARTICLE VIII

The Articles of Incorporation of this corporation may be altered, changed, repealed or amended by a two-thirds vote at any regular meeting of the Board of Trustees, provided that the proposed change is submitted in writing to each member of the Board at least ten (10) days prior to said meeting.

ARTICLE IX

The Bylaws of the corporation may be altered, changed, repealed or amended by a two-thirds vote at any regular meeting of the Board of Trustees, provided that the proposed change(s) is submitted in writing to each member of the Board at least ten (10) days prior to said meeting.

ARTICLE X

The time and place of the meetings of Saint Leo College, Incorporated shall be as stated in the Bylaws of this corporation.

ARTICLE XI

The post office address and principal place of business of this corporation is Saint Leo, Pasco County, Florida.

ARTICLE XII

Upon dissolution of this corporation, all of its assets, tangible and intangible, shall, under the jurisdiction of the Circuit Court of Pasco County, Florida, be distributed to such charitable, scientific, educational, religious or literary organizations as the Board of Trustees may select and which have been ruled exempt under Section 501(c)(3) of the Internal Revenue Code. In the event that the Board of Trustees fails to select and designate such an organization, then the assets hereof shall be distributed to such other organization as may be designated and selected by the Circuit Court of Pasco County, Florida, to be used only for charitable, scientific, educational, religious or literary purposes. Under no circumstances shall any of the

assets of this corporation, upon dissolution, be distributed to the members hereof.

IN WITNESS WHEREOF, this Amendment is executed by the Chairman and Secretary of the corporation

/s/ H. E Johnson
Chairman

(Corporate Seal)

Attest:


 /s/ Adrian W. Bell, Jr.
        Secretary


STATE OF FLORIDA
COUNTY OF PASCO

Before me, the undersigned authority, on this 12th day of September, 1988, personally appeared Hjalma E. Johnson, to me well known to be the Chairman of Saint Leo College, Incorporated, and who signed the foregoing amendment to charter, and he acknowledged to me that he executed the same freely and voluntarily for the uses and purposes therein expressed.

WITNESS my hand and official seal the date aforesaid.

/s/ Beth G. Evans
Notary Public, State of Florida at Large
(Stamp, Seal)

STATE OF FLORIDA
COUNTY OF PASCO

Before me, the undersigned authority, on this 12th day of September, 1988, personally appeared Adrian W. Bell, Jr., to me well known to be the Secretary of Saint Leo College, Incorporated, and who signed the foregoing amendment to charter, and he acknowledged to me that he executed the same freely and voluntarily for the uses and purposes therein expressed.

WITNESS my hand and official seal the date aforesaid.

/s/ Beth G. Evans
Notary Public, State of Florida at Large
(Stamp, Seal)

# State of Florida
/Seal/
## Department of State

I certify from the records of this office that SAINT LEO COLLEGE INCORPORATED, is a corporation organized under the laws of the State of Florida, filed on April 23, 1965.

The document number of this corporation is 708865.

I further certify that said corporation has paid all fees and penalties due this office through December 31, 1996, that its most recent annual report was filed on March 28, 1996, and its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

Given under my hand and the
Great Seal of the State of Florida,
at Tallahassee, the Capital, this the
Third day of March, 1997

(Great Seal of the State of Florida)              /s/ Sandra B. Mortham

Sandra B. Mortham
Secretary of State

**1.3.1.1     Amendment to Saint Leo University Charter June 28, 1999**

(Letterhead with Great Seal)

FLORIDA DEPARTMENT OF STATE
Katherine Harris
Secretary of State

June 28, 1999

SUMNER & MANN, P.A.
ATTN:  ROBERT D. SUMNER
POST OFFICE DRAWER 1047
DADE CITY, FL 33526-1047

Re:  Document Number 708865

The Articles of Amendment to the Articles of Incorporation for SAINT LEO
COLLEGE INCORPORATED which changes its name to SAINT LEO
UNIVERSITY INCORPORATED, a Florida corporation, were filed on June 28,
1999.

The certification requested is enclosed.

Should you have any question regarding this matter, please telephone (850) 487-
6050, the Amendment Filing Section.

Doug Spitler
Document Specialist
Division of Corporations                    Letter Number:  599A00034135

(Stamped:  REC'D JUL – 9 1999)

Division of Corporations – P.O. BOX 6327 – Tallahassee, Florida 32314

# State of Florida
/Seal/
## Department of State

I certify the attached is a true and correct copy of the Articles of Amendment, filed on June 28, 1999, to Articles of Incorporation for SAINT LEO COLLEGE INCORPORATED which changed its name to SAINT LEO UNIVERSITY INCORPORATED, a Florida corporation, as shown by the records of this office.

The document number of this corporation is 708865.

I further certify that said corporation has paid all fees and penalties due this office through December 31, 1996, that its most recent annual report was filed on March 28, 1996, and its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

Given under my hand and the
Great Seal of the State of Florida,
at Tallahassee, the Capital, this the
Twenty-eighth day of June, 1999

(Great Seal of the State of Florida)                 /s/ Katherine Harris

Katherine Harris
Secretary of State

**AMENDMENT TO CHARTER**
**OF**
**SAINT LEO COLLEGE, INCORPORATED**
**A CORPORATION NOT FOR PROFIT**

THIS IS TO CERTIFY that a duly called meeting of the Board of Trustees of **SAINT LEO COLLEGE, INCORPORATED,** held on the 7th day of May, 1999, in Saint Leo, Florida, at which a quorum was present, the following resolution was unanimously adopted:

> RESOLVED, that the Charter and Articles of Incorporation of **SAINT LEO COLLEGE, INCORPORATED,** a corporation not for profit under the laws of the State of Florida, be amended to change the name of the corporation from **SAINT LEO COLLEGE, INCORPORATED,** to **SAINT LEO UNIVERSITY, INCORPORATED**, which shall be come effective upon the filing of this Amendment with the Florida Department of State.

THIS IS TO FURTHER CERTIFY that there are no members or members entitled to vote on the amendment, and the amendment was adopted by the Board of Trustees on May 7, 1999.

IN WITNESS WHEREOF, this Amendment is executed by the Chairman and Secretary of the corporation.

Board of Trustees of Saint Leo College Incorporated

By _____/s/_____
Chairman of the Board

(Corporate Seal)

Attest:

_____/s/_____
Secretary
Board of Trustees
Saint Leo College, Incorporated

(Date stamped:     FILED
                   99 JUN 28 PM 12:10
                   Secretary of State
                   Tallahassee, Florida)

### 1.3.1.2     Amendment to Charter of Saint Leo University April 13, 2005

(Letterhead with Great Seal)

FLORIDA DEPARTMENT OF STATE
Glenda E. Hood
Secretary of State

April 20, 2005

FRANK MEZZANINI
P.O. BOX 6665
ST LEO, FL 33574

Re:  Document Number 708865

The Articles of Amendment to the Articles of Incorporation for SAINT LEO
UNIVERSITY INCORPORATED, a Florida corporation, were filed on April 13, 2005.

The certification requested is enclosed.

Should you have any question regarding this matter, please telephone (850) 487-6050,
the Amendment Filing Section.

Tracy Smith
Document Specialist
Division of Corporations                  Letter Number:  505A00027102

(Stamped:  REC'D APR 25 2005)

Division of Corporations – P.O. BOX 6327 – Tallahassee, Florida 32314

# State of Florida
/Seal/
## Department of State

I certify from the records of this office that SAINT LEO UNIVERSITY INCORPORATED is a corporation organized under the laws of the State of Florida, filed on April 23, 1965

The document number of this corporation is 708865.

I further certify that said corporation has paid all fees and penalties due this office through December 31, 2004, that its most recent annual report/uniform business report was filed on February 16, 2004, and its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

                                        Given under my hand and the
                                        Great Seal of the State of Florida,
                                        at Tallahassee, the Capital, this the
                                        Twenty-eighth day of June, 1999

(Great Seal of the State of Florida)    /s/ Glenda E. Hood

                                        Glenda E. Hood
                                        Secretary of State

**A RESOLUTION OF**
**THE BOARD OF TRUSTEES**
**OF SAINT LEO UNIVERSITY, INC.**
**AMENDING THE ARTICLES OF INCORPORATION**

**WHEREAS,** Saint Leo University, Incorporated has tax exempt status under Section 501(c)(3) of the Internal Revenue Code as part of the group ruling issued to the United States Catholic conference;

**WHEREAS,** the University must be listed each year in the Official Catholic Directory in order to continue its tax exempt status;

**WHEREAS,** the Business Affairs Committee of the Board of Trustees at its February 21, 2003 meeting discussed the issue and instructed staff to apply for a stand alone tax exempt status;

**WHEREAS,** the IRS has reviewed the application and found the Articles of Incorporation out of compliance as it applies to not-for-profit organizations;

**WHEREAS,** the IRS has provided specific wording that must be amended to the existing Articles of Incorporation before they will grant the University its own tax exempt status.

**WHEREAS,** outside counsel for Saint Leo University has reviewed the proposed amending language and has approved the same.

**NOW AND IN CONSIDERATION** of the foregoing,

**BE IT RESOLVED,** by this Executive Committee that the Articles of Incorporation of this corporation be amended by adding to Article II the following:

(s)     Said organization is organized exclusively for charitable, religious, educational, and scientific purpose, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future tax code.

(t)     No part of the net earnings of the organization shall inure to the benefit of, or be distributable to its members, trustees, officers, or other private persons, except that the organization shall be authorized and empowered to pay reasonable compensation for services rendered to make payments and distributions in furtherance of the purposes set forth in the purpose clause hereof.  No substantial part of the activities of the organization shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the organization shall not participate in or intervene in (including the publishing or distribution of statements) any political campaign on behalf of any candidate for public office.  Notwithstanding any other provision of this document, the organization shall not carry on any other activities not permitted to be carried on (a) by an organization exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or (b) by an organization, contributions to which are deductible under section 170(c)(2) of the Internal

Revenue Code, or corresponding section of any future tax code.

**DONE AND RESOVED** this 17th day of March 2005.

Board of Trustees of Saint Leo University, Inc.

By _____/s/_____

Chairman of the Board

By _____/s/_____

President

ATTEST:

_____/s/_____

Secretary, Board of Trustees
Saint Leo University, Inc.

### *1.3.2 Bylaws of Saint Leo University, Incorporated*

#### **1.3.2.1 Article I – Board Authority and Responsibilities**

##### *1.3.2.1.1 Section 1 – Corporate Powers and Authority*

The Board of Trustees shall have and exercise those corporate powers prescribed by law. Its ultimate authority is affirmed through its general, academic, and financial policy-making functions and its responsibility for the corporation's financial health and welfare. The Board of Trustees shall exercise ultimate institutional authority as set forth in these bylaws and in such other policy documents it deems to be appropriate. These bylaws and other Board policy statements shall take precedence over all other institutional statements, documents, and policies.

##### *1.3.2.1.2 Section 2 – Authority*

The Board of Trustees shall have the authority to carry out all lawful functions which are permitted by these bylaws or by the articles of incorporation. This authority, in consultation with the President, shall include but shall not be limited to these functions:

1. Determine and periodically review the University's mission and purposes.

2. Appoint the president who shall be the University's chief executive officer and set appropriate conditions of employment, including compensation.

3. In consultation with the President, establish variations in the standard conditions of employment for other key institutional officers who serve at the pleasure of the president.

4. Approve any and all collective bargaining agreements.

5. Support the president and assess the performance of the president.

6. Review and approve proposed changes in the University's academic programs and other major enterprises consistent with the University's mission, plans, and financial resources.

7. Approve institutional policies bearing on faculty appointment, promotion, tenure, and dismissal as well as anti-discrimination policies for all categories of employees.

8. Approve the annual budget and annual tuition and fees, regularly monitor the University's financial condition, and establish policy guidelines affecting all institutional assets including investments and the physical plant.

9. Contribute financially to the University's fund-raising goals, participate actively in strategies to secure sources of support, and authorize University officers to accept gifts or bequests subject to Board policy guidelines.

10. Authorize by policy guidelines the incurring of debts by the University and securing thereof by mortgage and/or pledges of real and tangible and intangible personal property.

11. Authorize the construction of new buildings, capitalization of deferred maintenance, and major renovations of existing buildings.

12. Authorize the purchase, sale, and management of all land, buildings, and major equipment.

13. Approve such policies that contribute to the best possible environment for students to learn and develop their abilities and that contribute to the best possible environment for the faculty to teach, pursue their scholarship, and perform public service, including the protection of academic freedom.

14. Approve all earned and honorary degrees through the faculty and President as they shall recommend.

15. Serve actively as advocates for the University in appropriate matters of public policy in consultation with the president and other responsible parties as the Board shall determine.

16. Periodically undertake or authorize assessments of the Board's performance.

### 1.3.2.2        Article II – Membership of the Board of Trustees

#### *1.3.2.2.1        Section 1 – Number of Members*

The Board of Trustees shall consist of not less than twenty-one (21), nor more than forty (40) persons, including the President of the University.

#### *1.3.2.2.2        Section 2 – Election*

New Trustees and incumbent members of the Board of Trustees who are eligible for re-election normally shall be elected at the Board's annual spring meeting by a majority of the Trustees then in office. Any unfulfilled term may be filled through a special election at any regular meeting of the Board of Trustees.

#### *1.3.2.2.3        Section 3 – Terms of Office*

Trustees shall serve for an initial three-year term and shall then be eligible for re-election for two additional consecutive terms. Trustees who have served for nine consecutive years (exclusive of any partial term) shall be eligible for re-election following a one-year hiatus. The three (four if Treasurer is a Board Member) Board officers shall be exempt from this provision until at least one year has passed following completion of their term of office, or until the Committee on Trusteeship shall otherwise determine.

#### *1.3.2.2.4        Section 4 – Membership*

The Board of Trustees shall select one member from the Saint Leo Abbey community, the Holy Name Monastery community, the general faculty of the University, the national Alumni Association, and the student body. The individual representatives may be selected by the Board, considering the current needs of the Board and of the institution (ordinarily the Abbot/Administrator shall be the selected representative of the Abbey and the Prioress the selected representative of the Monastery), from slates of no more than three nominees proposed by the respective groups. The President of the University shall design and oversee the nomination process for the general faculty and student body.

The student representative shall serve a two year term or until he/she interrupts by more than one semester his/her studies at Saint Leo University, whichever occurs first.

The Faculty Representative shall serve one three year term.

Except as provided herein, no person other than the President of the University, the representative of the general faculty, and the representative of the student body shall be eligible to serve on the Board of Trustees who otherwise receives compensation for services as an employee of Saint Leo University.

Except for the aforementioned, a Trustee accepting full-time employment from the university or who earns in excess of $20,000 per year as an employee of the University must resign or be placed on leave of absence from the Board during the time of employment.

#### 1.3.2.2.5    Section 5 – Removal from Office

All Trustees serve at the pleasure of the Board.  A Trustee may be removed for cause from office by an affirmative vote of two-thirds of the Trustees.

#### 1.3.2.2.6    Section 6 – Nominations

The Committee on Trustees shall recommend candidates for election or reelection to the Board through procedures adopted by the Board.  A slate of candidates shall be provided all Trustees at least ten days in advance of the annual or regular meeting of the Board of Trustees at which time an election is scheduled with biographical information for each prospective Trustee candidate.

### 1.3.2.3    Article III – Trustees Emeriti

A Trustee who has served for a minimum of two terms may, upon recommendation of The Committee on Trusteeship, be elected by a majority of the Board as a Trustee Emeritus.  This position shall be reserved for those Trustees with records of distinctive service.  Trustees Emeriti shall be elected for a six-year, renewal once, and shall be subject to removal for cause as delineated in Article II, Section 5.  They shall be entitled to receive notices of all meetings of the Board except executive sessions of the Board, to attend and speak at all such meetings, to receive minutes of all meetings of the Board, and to be members of all committees except the Executive Committee.  They shall have the power to vote in meetings of any committee on which they may serve, but shall not have voting powers in meetings of the Board of Trustees.  A Trustee Emeritus shall not be counted as a member of the Board of Trustees for any purpose.

### 1.3.2.4    Article IV – Officers of the University

#### 1.3.2.4.1    Section 1 – Officers

The officers of the University shall be the Chairperson, Vice Chairperson, and Secretary of the Board of Trustees, the President, Vice President of Academic Affairs, and Vice President of Business Affairs or of Financial Affairs, who shall serve as Treasurer.  All officers shall serve at the pleasure of the Board of Trustees except for the Vice Presidents who shall serve at the pleasure of the President in consultation with the Board of Trustees. The Board of Trustees may elect other officers as recommended by the President from time to time who shall serve at the pleasure of the President in consultation with the Board of Trustees. Unless a vacancy occurs at

another time, elections of the Chairperson, Vice Chairperson, and Secretary shall be held at the Spring meeting of the Board.  A vacancy in any office may be filled at any time.

#### 1.3.2.4.2     Section 2 – Membership

The Chairperson, Vice Chairperson, Secretary, and President shall be Trustees.  The President will have the power to vote and his or her presence at meetings shall be counted as part of quorum determinations.  The other University officers shall not be members of the Board.

#### 1.3.2.4.3     Section 3 – Terms

The terms of office for officerships will vary as provided elsewhere in these bylaws.  The Board may approve the appointment of other officers upon recommendation of the President.

### 1.3.2.5     Article V – Terms and Responsibilities of the Chair and Vice Chair of the Board of Trustees

#### 1.3.2.5.1     Section 1 – Nomination and Election

The Chairperson and Vice Chairperson shall be elected upon nomination by the Committee on Trustees and shall ordinarily serve for at least two consecutive years but not more than four years.  Vacancies may be filled at any time by a majority vote of the members of the Board, but election or reelection shall normally take place at the designated annual meeting.

#### 1.3.2.5.2     Section 2 – Duties of the Chair

The Chairperson shall preside at all Board and Executive Committee meetings, have the right to vote on all questions, appoint committee chairpersons and vice chairpersons, determine the composition of all Board committees with the exception of the Executive Committee, and otherwise serve as spokesperson for the Board.  He or she shall serve as Chairperson of the Executive Committee, ex-officio member of all other standing committees of the Board, and have other duties as the Board may prescribe from time to time.

#### 1.3.2.5.3     Section 3 – Duties of the Vice Chair

In the absence of the Chairperson, the Vice Chairperson shall perform the duties of the office of the Chair including presiding at Board and Executive Committee meetings.  He or she shall have other powers and duties as the Board may from time to time prescribe and may or may not be nominated to succeed the Chairperson when a vacancy occurs in that office as the Committee on Trustees shall decide.

### 1.3.2.6     Article VI – Term and Responsibilities of the Secretary

#### 1.3.2.6.1     Section 1 – Nomination and Election

The Secretary shall be elected upon nomination of the Committee on Trustees and shall ordinarily serve for at least two consecutive years but not more than four years.

### *1.3.2.6.2    Section 2 – Duties*

The Secretary shall ensure that the Board of Trustees is acting in accordance with these bylaws, that bylaw amendments are promptly made as necessary, that minutes of Board and Executive Committee meetings are accurate and promptly distributed to all Trustees, that meetings are properly scheduled and Trustees notified, and Board policy statements and other official records are properly maintained.   The Secretary shall perform other duties as prescribed from time to time by the Board and maybe assisted in all duties by a staff person designated by the President.

### 1.3.2.7    Article VII – Term, Authority, and Responsibilities of the President of the University

### *1.3.2.7.1    Section 1 – Appointment*

The President serves at the pleasure of the Board of Trustees for such term, compensation, and with such conditions of employment as it shall determine.

### *1.3.2.7.2    Section 2 – Authority*

The President shall be the University's chief executive officer and the chief advisor to and executive agent of the Board of Trustees.  His or her authority is vested through the Board of Trustees and includes education direction and quality, business and financial affairs, administrative and general management of the university. The President is responsible for leading the University, implementation of Board polices, keeping the Board informed on appropriate matters, consulting with the Board in a timely manner on matters appropriate to its policy-making and fiduciary functions, and serving as the University's key spokesperson.  He or she has the authority to execute all documents on behalf of the University and the Board of Trustees consistent with Board policies and the best interests of the University.  The President serves as an ex-officio member of all board committees except for the Audit Committee.

### 1.3.2.8    Article VIII – Term, Authority, and responsibilities of the Vice President(s)

### *1.3.2.8.1    Section 1 – Powers and Duties*

Each Vice President shall have such powers and shall perform such duties as may be assigned by the President with approval of the Board of Trustees.  In case of absence or disability of the President, the duties of that office shall be performed by the Vice President of Academic Affairs.  In the latter's absence, the President shall designate another Vice President as his/her replacement.

### *1.3.2.8.2    Section 2 – Vice President of Business Affairs as Treasurer of the Board*

The Vice President of Business Affairs, with the approval of the Board of Trustees, shall normally be designated as Treasurer and perform those duties as described in these bylaws.  In the latter's absence, the President shall designate a replacement.

### 1.3.2.9      Article IX – Powers and Duties of the Treasurer

#### *1.3.2.9.1      Section 1 – Duties and Responsibilities*

The Treasurer shall be responsible for carrying out the mandates of the Board of Trustees and its Business Affairs Committee in overseeing the financial resources of the University including, but not limited to, cash, securities, stocks, bonds, and all other property, personal or real, owned by the University.  The Treasurer shall assure that all books and accounts are accurately kept and furthermore, shall present, in accordance with the directives of the Audit Committee, a full and detailed financial statement properly audited by an independent certified accountant to the Board at its annual meeting and, if requested at any other meeting of the Board of Trustees or any meeting of its Business Affairs or Executive Committee.

#### *1.3.2.9.2      Section 2 – Monitoring of Funds*

The Treasurer shall monitor the investments of the University, including endowment funds, and any funds recommended by the Business Affairs Committee and approved by the Board of Trustees.   In addition, the Treasurer may be required to furnish a bond for the faithful performance and discharge of these duties, as may be directed by the Board or required by state statute.

#### *1.3.2.9.3      Section 3 – Eligibility and Appointment*

The Treasurer shall normally be an officer of the University, and officer of the University, but not a member of the Board of Trustees.  Such officer shall be reaffirmed each year as Treasurer by the Board.  If such officer is not designated by the Board as Treasure then the Treasure shall be a member of the Board as so elected. So long as the Treasurer is a vice president of the University there shall be no limit on the term of office.  When the Treasurer is not a vice president of the University, the term of office shall ordinarily not exceed four consecutive years.

### 1.3.2.10      Article X – Meetings

#### *1.3.2.10.1      Section 1 – Regular Meetings*

The Board of Trustees shall have at least three (3) regular meetings annually on such dates and at such places as it shall determine.   The annual meeting for the purpose of electing trustees, officers, and at-large members of the Executive Committee, shall be the spring meeting each year.

#### *1.3.2.10.2      Section 2 – Special Meetings*

Special meetings may be held at the call of the Board Chairperson, the President, or any five Trustees.   Written notice of such special meetings shall be served to all Trustees by the Chairperson, Secretary of the Board of Trustees, or Assistant Secretary with a clear statement of purpose(s) at least ten business days in advance.  Business at such special meetings shall be confined to the stated purpose(s).

### *1.3.2.10.3    Section 3 – Notice and Waiver of Notice*

Whenever notice is required to be given under the provisions of law or of the articles of incorporation or of these bylaws, a waiver in writing signed by all persons entitled to receive said notice whether before or after the time stated therein shall be deemed equivalent of such notice. Attendance at any meeting by a Trustee shall be conclusively deemed a waiver of notice of that meeting unless objection is made at the outset of such meeting unless objection is made at the outset of such meeting to the failure to give proper notice.

### *1.3.2.10.4    Section 4 – Quorum*

A quorum for the transaction of business at meetings of the Board of Trustees or its Executive Committee shall consist of a majority of their respective regular voting member Trustees. Except as otherwise provided in these bylaws or the articles of incorporation, a majority vote of those members present with a proper quorum shall constitute proper action.

## 1.3.2.11      Article XI – Action without a Formal Meeting

Any action required or permitted to be taken by the Board of Trustees or by any committee thereof may be taken without a formal meeting so long as proper notice has been given. Notice may be given by mail, fax, telegram, cable or e-mail.  Meetings may be conducted by conference call, video conference or in person.  Any action of the Board of Trustees or of any committee thereof which is required or permitted to be taken at a meeting by be taken without a meeting if written consent setting forth the action(s) taken and signed by each member of the Board of Trustees or the committee as the case may be.

## 1.3.2.12      Article XII – Committees

### *1.3.2.12.1    Section 1 – Establishment of Committees*

The Board shall establish such standing and ad-hoc committees as it deems appropriate to the discharge of its responsibilities.  Each standing committee shall have a written charter containing at least the purpose, role, and scope as approved by the Board and such rules of procedure or policy guidelines that it or the Board, as appropriate, shall approve.

### *1.3.2.12.2    Section 2 – Standing Committees*

There shall be at least the six standing committees specified in these by-laws:  Academic Affairs, Business Affairs, Student Services and Continuing Education Administration, University Advancement, Committee on Trustees and Audit.  Members of standing committees shall be appointed by the Chairperson annually at or following the annual spring meeting of the Board of Trustees.  Except as provided in these bylaws, the Chairperson of the Board and the President of the University shall be ex-officio members of all standing committees, and each standing committee shall include at least five additional Trustees.  The Chairperson of each standing committee and a majority of its members shall be Trustees.

###### 1.3.2.12.3    Section 3 – Meetings, Duties, and Reports of Standing Committees

The president of the university shall designate an appropriate university officer or administrator to assist with work of each standing committee. Each standing committee shall meet at least two times annually, is advisory to the Board, and regularly reports on its work and recommendations to the Board of Trustees. Except for the Executive Committee whose minutes of meetings are required, other committees shall decide whether written minutes are necessary and desirable and how they should be distributed to the Trustees.

#### 1.3.2.13    Article XIII – Committee Composition, Purposes, and Responsibilities of the Executive Committee

###### 1.3.2.13.1    Section 1 – Composition

The Executive Committee shall have ten (10) members, all of whom shall be voting trustees, except for the President who shall be ex-officio without vote and not counted as part of a quorum for the purpose of transacting business. The Chairperson, Vice Chairperson, and Secretary shall be members along with the chairpersons of all Board standing committees. In addition, one Trustee shall be nominated by the Committee on Trustees and elected by the Board at the annual meeting to serve on the committee. The Chairperson shall insure there is at least one member of the Benedictine Community on the Executive Committee.

###### 1.3.2.13.2    Section 2 – Purpose and Responsibilities

The purpose of the Executive Committee is twofold: 1) it shall serve at the pleasure of the Board as its agent in helping the President to address business matters not otherwise herein solely reserved for the Board of Trustees or as otherwise delegated by the Board between regular Board meetings to conserve time; and 2) it shall assist the Chairperson and the President in their joint responsibility to help the Board to function effectively and efficiently by suggesting Board meeting agenda items and periodically assessing the quality of committee work. The Committee shall have authority to take action on emergency matters which cannot or should not be deferred until the Board's next scheduled meeting. The Committee shall have authority to act for the Board of Trustees on all matters except for the following which shall be reserved for the Board: presidential selection and termination; Trustee and Board officer selection; changes in institutional mission and purposes; changes to the bylaws, charter, or articles of incorporation; incurring of corporate indebtedness in excess of $250,000; sale of University assets or tangible property valued greater than $250,000; adoption of the annual budget; and conferral of degrees. These bylaws or other Board policy may reserve other powers for the Board of Trustees.

In addition to its authority described above, the Executive Committee shall oversee the work of Board committees, the University's planning process or progress on planning goals, the Board's responsibility to support the President and assess his or her performance, and review annually the President's compensation and conditions of employment.

###### 1.3.2.13.3    Section 3 – Meetings and Quorum

The Committee shall meet as often as necessary to conduct its business as the Chairperson and President shall determine and ensure that minutes are taken and promptly distributed to all

Trustees for subsequent ratification by the Board of Trustees at its next regular meeting.  A majority of voting Trustee committee members shall constitute a quorum.

### 1.3.2.14      Article XIV – Composition, Purposes, and Responsibilities of the Committee on Trusteeship

#### 1.3.2.14.1     Section 1 – Composition

The Committee on Trusteeship shall have at least five members and not more than seven, all of whom shall be voting Trustees.  The Committee's Chairperson, Vice Chairperson, and members shall be appointed for renewable one-year terms by the Chair of the Board of Trustees. The committee of Trustees shall have a written charter containing at least the purpose, role and scope as approved by the Board and such rules of procedure or policy that it or the Board, as appropriate, shall approve

#### 1.3.2.14.2     Section 2 – Purpose and Responsibilities

The purpose of the Committee on Trustees is threefold:  1) it shall ensure that the Board's membership and leadership consists of highly qualified and committed individuals, 2) it shall ensure that regular programs of new Trustees and in service education are maintained, and 3) it shall periodically recommend initiatives by which the Board shall assess its performance.  It serves as the Board's agent in reviewing the performance of incumbent Trustees and Board officers who are eligible for reelection, maintains a list of qualified candidates for possible nomination, considers cultivation strategies for promising Trustee candidates, and proposes and periodically reviews the adequacy of a statement of Trustee responsibilities as adopted by the Board.  It shall establish its own rules of procedure in consultation with the Board Chairperson, President, and the Board of Trustees.

#### 1.3.2.14.3     Section 3 – Meetings and Quorum

The Committee shall meet as often as necessary to conduct its business but no fewer than two times annually.  It shall seek the assistance of all Trustees in the course of meeting its responsibilities in accordance with these bylaws and its own rules of procedures as adopted by the Board of Trustees.  A majority of the Committee's members shall constitute a quorum.

### 1.3.2.15      Article XV – Composition, Purposes, and Responsibilities of the Academic Affairs Committee

#### 1.3.2.15.1     Section 1 – Composition

The Academic Affairs Committee shall have at least five members who shall be voting Trustees. The Committee's Chairperson and members shall be appointed for renewable one-year terms by the Chairperson of the Board of Trustees. The Academic Affairs Committee shall have a written charter containing at least the purpose, role, and scope as approved by the Board and such rules of procedure or policy that it or the Board, as appropriate, shall approve.

#### *1.3.2.15.2    Section 2 – Purpose and Responsibilities*

The purpose of the Academic Affairs Committee is threefold:  1) it shall, review any substantive policy modifications to the academic and admissions program; 2) it shall review policy issues and recommendations of the President for promotion and tenure; and 3) in cooperation with the President, and Vice President of Academic Affairs, it shall monitor and ensure the quality of the academic program and faculty.  It shall make such reports and recommendations to the Board of Trustees relative to the foregoing as may be required.

#### *1.3.2.15.3    Section 3 – Meetings and Quorum*

The Committee shall meet as often as necessary to conduct its business but no fewer than two times annually.  A majority of the Committee's members shall constitute a quorum.

### 1.3.2.16        Article XVI – Composition, Purposes, and Responsibilities of the Student Affairs Committee

#### *1.3.2.16.1    Section 1 – Composition*

The Student Services & Continuing Education Administration Committee shall have at least five members who shall be voting Trustees.  The Committee's Chairperson and members shall be appointed for renewable one-year terms by the Chairperson of the Board. The Student Services & Continuing Education Administration Committee shall have written charter containing at least the purpose, roles and scope as approved by the Board and such rules of procedure or policy as it or the Board, as appropriate shall approve.

#### *1.3.2.16.2    Section 2 – Purpose and Responsibilities*

The purpose of the Student Services & Continuing Education Administration Committee is fourfold:  1) it shall review the substantive policy changes to the student life and services programs of the university, including discipline, residential life, counseling, registration and intercollegiate athletics, and 2) in cooperation with the President and Vice President of Student Services & Continuing Education, monitor and appraise the quality of the student life and service programs; (3) it shall review the substantial changes governing the University's Continuing Education programs: and (4) in cooperation with the President and Vice President of Student Services & Continuing Education Administration, monitor and appraise the quality of Continuing Education Programs and Services. It shall make such reports and recommendations to the Board of Trustees relative to the foregoing as may be required.

#### *1.3.2.16.3    Section 3 – Meetings and Quorum*

The Committee shall meet as often as necessary to conduct its business but no fewer than two times annually.  A majority of the Committee's members shall constitute a quorum.

### 1.3.2.17    Article XVII – Composition, Purposes, and Responsibilities of the Business Affairs Committee

#### *1.3.2.17.1    Section 1 – Composition*

The Business Affairs Committee shall have at least five members who shall be voting Trustees. The Committee's Chairperson and members shall be appointed for renewable one-year terms by the Chair of the Board of Trustees. The Business Affairs Committee shall have a written charter containing at least the purpose, role and scope as approved by the Board and such rules of procedure or policy that it or the Board, as appropriate, shall approve.

#### *1.3.2.17.2    Section 2 – Purpose and Responsibilities*

Business Affairs Committee shall review annual operating and capital budgets, it shall review major financial transactions not provided for in the budget, it shall review the investment policies of the university including those of the endowment, it shall review and analyze maintenance and operations policy for the buildings and grounds of the University.

It shall review matters affecting the staff and faculty of the University, other than those affecting the academic program, including salary, pension, and other personnel policies.

It shall review and analyze maintenance and operation policy for the building and grounds of the University, recommend improvements, review and recommend approval of plans and cost estimates for new facilities.

#### *1.3.2.17.3    Section 3 –Meetings and Quorum*

The Committee shall meet as often as necessary to conduct its business but no fewer than three times annually.  The Business Affairs Committee shall be responsible for reporting to the Board in sufficient detail the financial status of the University so as to insure all Board members have sufficient knowledge so as to carry out their responsibilities as Trustees.  A majority of the Committee's members shall constitute a quorum.

### 1.3.2.18    Article XVII – Composition, Purposes, and Responsibilities of the Institutional Advancement Committee

#### *1.3.2.18.1    Section 1 – Composition*

The Institutional Advancement Committee shall have at least five members who shall be voting Trustees.  The Committee's Chairperson and members shall be appointed for renewable one-year terms by the Chairperson of the Board of Trustees.  The Institutional Advancement Committee shall have a written charter containing at least the purpose, role and scope as approved by the Board and such rules of procedure or policy that it or the Board, as appropriate, shall approve.

#### *1.3.2.18.2    Section 2 – Purpose and Responsibilities*

The Institutional Advancement Committee shall review, recommend, endorse, and actively support the programs of the Office of University Advancement. This includes the fund-raising

programs that are necessary for the university to carry out its purpose, and the public relations initiatives necessary to put the university in the best possible position to raise support in development and in admissions.

### 1.3.2.18.3   Section 3 – Meetings and Quorum

The Committee shall meet as often as necessary to conduct its business but no fewer than two times annually.  A majority of the Committee's members shall constitute a quorum.

## 1.3.2.19   Article XVIII – Composition, Purposes, and Responsibilities of the Audit Committee

### 1.3.2.19.1   Section 1 – Composition

The Audit Committee shall have at least five members, at least four of whom shall be voting Trustees. The Committee's Chairperson, Vice Chairperson, and members shall be appointed for renewable one-year terms by the Chairperson of the Board of Trustees.  The Audit Committee shall have a written charter containing at least the purpose, role and scope as approved by the Board and such rules of procedure or policy that it or the Board, as appropriate, shall approve.

### 1.3.2.19.2   Section 2 –Purpose and Responsibilities

The purpose of the Audit Committee is threefold: 1) select the audit firm and recommend same to Board of Trustees, receive the annual audit, and review audit findings, 2) review internal and external audit procedures, and 3) ensure that matters of non-compliance are resolved.  It shall make such reports and recommendations to the Board of Trustees relative to the foregoing as may be required. It shall establish its own rules of procedure in consultation with the Board Chairperson, President, and the Board of Trustees.

### 1.3.2.19.3   Section 3 – Meetings and Quorum

The Committee shall meet as often as necessary to conduct its business but no fewer than two times annually.  A majority of the Committee's members shall constitute a quorum.

## 1.3.2.20   Article XIX – Indemnification

Each Trustee and Officer or former Trustee and Officer of the University who is or was a party to any threatened, pending or completed proceeding, by reason of the fact that he or she is or was a Trustee or Officer of the University or is or was serving at the request of the Board of Trustees shall be indemnified by the University to the fullest extent permitted by law against all expenses and liabilities actually and necessarily incurred by such Trustee or Officer in connection with the proceeding including any appeal thereof.  Such persons shall also be entitled to advancement of expenses incurred in defending a proceeding in advance of its final disposition to the fullest extent permitted by law, subject to the conditions imposed by law   The University shall maintain appropriate   trustee   and   officer   liability   insurance   coverage   for   this   purpose.

The right of indemnification shall be a contract right inuring to the benefit of the Trustees and

Officers entitled to be indemnified hereunder and on amendment or repeal of this article shall adversely affect any right of such persons at the time of such amendment or repeal.

The right of indemnification under this article shall be in addition to and not exclusive of all other rights to which persons entitled to indemnification hereunder may be entitled.  Nothing contained in this article shall affect any rights to indemnification to which persons entitled to indemnification hereunder may be entitled by contract or otherwise under law.

### 1.3.2.21    Article XX – Conflict of Interest

A Trustee shall be considered to have a conflict of interest if (a) such Trustee has existing or potential financial or other interests which impair or might reasonably appear to impair such member' s independent, unbiased judgment in the discharge of his or her responsibilities to the University, or (b) such Trustee is aware that a member of his or her family (which for purposes of this paragraph shall be a spouse, parents, sibling, children and any other relative) or any organization in which such Trustee (or member of his or her family) is an officer, director, employee, member, partner, Trustee, or controlling stockholder, has such existing or potential financial or other interests. All Trustees shall disclose to the Board any possible conflict of interest at the earliest practicable time. No Trustee shall vote on any matter under consideration at a Board or committee meeting, in which such Trustee has a conflict of interest. The minutes of such meeting shall reflect that a disclosure was made and that the Trustee having a conflict of interest abstained from voting. Any Trustee who is uncertain whether a conflict of interest may exist in any matter may request the Board or committee to resolve the questions by majority vote.

### 1.3.2.22    Article XXIII – Review and Amendment of Bylaws

#### 1.3.2.22.1    Section 1 – Amendment

These bylaws may be changed or amended at any meeting of the Trustees by a two-thirds vote of those present, provided notice of the substance of the proposed amendment is sent to all Trustees at least 30 days before the meeting.

#### 1.3.2.22.2    Section 2 – Periodic Review

These bylaws shall be reviewed biennially by the Secretary of the Board of Trustees and the Executive Committee who shall recommend any necessary changes to the Board of Trustees.

### 1.3.2.23    Article XXII – Discrimination Prohibited

In administering its affairs, the University shall not discriminate against any person on the basis of race, creed, color, national or ethnic origin, sex , age or physical disability, unless preference is given an individual for reasons of the religious nature of the University as allowed by law.

Adopted by the Board of Trustees and amended on July 27, 2007.

### *Internal Revenue Code 501 (c) (3) Status*

```
INTERNAL REVENUE SERVICE                    DEPARTMENT OF THE TREASURY
P. O. BOX 2508
CINCINNATI, OH 45201                Employer Identification Number:
                                       59-1237047
Date:  July 12, 2005                DLN:
                                       17053244053044
SAINT LEO UNIVERSITY INCORPORATED   Contact Person:
33701 STATE RD 52 STE MC2246           EDWARD J POMERANTZ ID# 31326
SAINT LEO, FL 33574-6665            Contact Telephone Number:
                                       (877) 829-5500
                                    Accounting Period Ending:
                                       June 30
                                    Public Charity Status:
                                       170(b) (1) (A) (ii)
                                    Form 990 Required:
                                       Yes
                                    Effective Date of Exemption:
                                       April 23, 1965
                                    Contribution Deductibility:
                                       Yes
```

Dear Applicant:

We are pleased to inform you that upon review of your application for tax exempt status we have determined that you are exempt from Federal income tax under section 501 (c) (3) of the Internal Revenue Code. Contributions to you are deductible under section 170 of the Code. You are also qualified to receive tax deductible bequests, devises, transfers or gifts under section 2055, 2106 or 2522 of the Code. Because this letter could help resolve any questions regarding your exempt status, you should keep it in your permanent records.

Organizations exempt under section 501 (c) (3) of the Code are further classified as either public charities or private foundations. We determined that you are a public charity under the Code section(s) listed in the heading of this letter.

Please see enclosed Information for Exempt Organizations Under Section 501 (c) (3) for some helpful information about your responsibilities as an exempt organization.

Revenue Procedure 75-50, published in Cumulative Bulletin 1975-2 on page 578, sets forth guidelines and record keeping requirements for determining whether private schools have racially nondiscriminatory policies as to students. You must comply with this revenue procedure to maintain your tax-exempt status.

Sincerely,

/s/

Lois G. Lerner
Director, Exempt Organizations
Rulings and Agreements

Enclosures:  Information for Organizations Exempt Under Section 501 (c) (3)
Addendum

Letter 947 (DO/CG)

## 1.4    Administrative Structure

See also Section 1.5, Organization Charts.

### *1.4.1    The President*

The Board of Trustees Bylaws outlines the expectations of the President at Article VII, (paragraph 1.3.2.7).

The following positions report to the President:

1.  Five Vice Presidents;
2.  Assistant to the President;
3.  Assistant to the President – University Ministry;
4.  Director of Intercollegiate Athletics (see paragraph 1.4.1.1);
5.  Senior Executive Assistant; and
6.  Internal Auditor Director.

#### 1.4.1.1    Intercollegiate Athletic Program

Intercollegiate Athletic Program Coaches/Assistant Coaches:

1.  Men's Basketball
2.  Women's Basketball
3.  Men's Baseball
4.  Women's Softball
5.  Men's Soccer
6.  Women's Soccer
7.  Men's Tennis
8.  Women's Tennis
9.  Men's Golf
10. Women's Golf
11. Men's Cross Country
12. Women's Cross Country
13. Women's Volley Ball
14. Men's Lacrosse
15. Men's Swimming
16. Women's Swimming

### *1.4.2    Vice President of Academic Affairs*

The Vice President of Academic Affairs is the chief academic officer for undergraduate and graduate degree programs offered through the three schools of Saint Leo University.

The following report to the Vice President of Academic Affairs:

Dean, School of Arts and Sciences

   Director of MAPS

Dean, School of Business

Director of Graduate Business Studies
Associate Dean

Dean, School of Education and Social Services
Director of Graduate Studies in Education
Director of Graduate Criminal Justice

Associate Vice President
Accreditation Analyst

Director of Library Services

Executive Assistant

Coordinator

### 1.4.3    Vice President of Continuing Education and Student Services

The Vice President of Continuing Education and Student Services is responsible for all Saint Leo University Continuing Education programs. The following report to the Vice President of Continuing Education and Student Services for this responsibility:

Associate Vice President
Director of the Center for Online Learning
Director of Distance Learning
Assistant Vice President Central Region (see paragraph 1.4.3.1)
Assistant Vice President Florida Region (see paragraph 1.4.3.2)
Assistant Vice President Virginia Region (see paragraph 1.4.3.3)
Assistant Vice President Student Services
Registrar
Executive Assistant

The second overall responsibility is Academic Support Services. Reporting to the Assistant Vice President of Student Services for this responsibility are the following:

Assistant Vice President of Student Services
Student Health Services Director
Director Campus Life
Associate Director Residence Life
Assistant Director Residence Life
Associate Director Student Involvement
Assistant Director Student Involvement
Associate Director Student Involvement
Director Counseling and Career Services
Associate Director Counseling and Career Services
Assistant Director Counseling and Career Services
Assistant Director Internships
Campus Safety Director
Director Dining Services
Director of Academic Student Support Services
Disability Services Director

### 1.4.3.1 Continuing Education – Assistant Vice President of the Central Region

Director Savannah Center

Director Shaw AFB Center/Charleston Office

Director NS Ingleside Center and NAS Corpus Christi

Fort McPherson/Atlanta Center Director
　　Assistant Director Atlanta Center

　　Assistant Director Gwinnett Office

　　Assistant Director Atlanta Policy Academy

Director Columbus AFB Center

### 1.4.3.2 Continuing Education – Assistant Vice President of the Florida Region

Director MacDill AFB Center
　　Center Assistant Director MacDill AFB

Director Ocala Center
　　Assistant Director Ocala Center

Lake City Center Director/Trenton Office

Director Madison Center/Tallahassee Office


Director Northeast Florida Center
　　Assistant Director Palatka Office

Director Gainesville Center/Starke Office

### 1.4.3.1 Continuing Education – Assistant Vice President of the Virginia Region

Center Director Fort Lee and Fort Eustis
　　Fort Eustis Assistant Director

　　Fort Lee Assistant Director

Director Langley AFB Center
　　Assistant Director Langley AFB Center

Director South Hampton Roads Center
　　Assistant Director NS Norfolk Office
　　Assistant Director NAS Oceana Office
　　Assistant Director South Hampton Roads Center

Director Key West Center

San Diego Office Assistant Director

### 1.4.3.2      Continuing Education Tampa Region- Associate Vice President

Director Weekend and Evening Center

    Assistant Director Weekend and Evening Center

    Assistant Director Weekend and Evening Center

Director MacDill AFB Center

    Assistant Director MacDill AFB Center

    Assistant Director St. Petersburg Office

Director Instructional Design

### *1.4.4      Vice President of Business Affairs*

The Vice President of Business Affairs is the chief financial and business affairs office of Saint Leo University.  The following report to this administrator:

Executive Assistant

    Associate Vice President/Chief Information Officer of University Technology Services

        Associate CIO
        Coordinator
        Director of Information Technology
        Director of Information System Services
        Director of Network and System Services

    Assistant Vice President of Business Affairs
        Controller
        Director of Budgets
        Director of Bookstore
        Copy Center Operator
        Mailroom Manager

Director of Human Resources

        Benefits Coordinator
        Recruitment Coordinator
        Human Resource Assistant

Director of Professional Development
        Assistant Director of Professional Development
        Coordinator

Internal Auditor
        Internal Audit Accountant

Associate Vice President/General Counsel
        Risk Management Coordinator

Director of Physical Plant
        Grounds Manager
        Maintenance Manager
        Housekeeping Manager
        Administrative Assistant
        Office Assistant
        Events and Moves Coordinator

### 1.4.5   Vice President of Enrollment

The Vice President of Enrollment is the chief officer of Saint Leo University on matters of marketing, branding, admissions, and student financial assistance areas. The following report to this officer:

Assistant Vice President – Undergraduate Admissions
        Associate Director
        Assistant Director
        Executive Assistant

Assistant Vice President – Graduate and Weekend/Evening Admissions
        Senior Coordinators
        Coordinator
        IT Specialist
        Associate Director/Team Lead
        Sr. Assistant Director – Weekend/Evening
        Associate Director

Assistant Vice President – Student Financial Services
        Associate Director of Enrollment Research
        Assistant Directors
        Senior Assistant Directors
        Sponsor Billing

### 1.4.6   Vice President for University Advancement

The Vice President for University Advancement is the chief Saint Leo University officer for alumni relations, public relations, and fund raising through various methods. The following report to this officer:

Director Alumni Relations
        Assistant Director Alumni Relations/Event Coordinator
        Alumni Coordinator

Executive Director of Development
        Senior Development Officer
        Annual Fund Assistant Director
        Business Relations Director
        2 Development Officers
        Grant Officer
        Development Coordinator

Director Advancement Services

>     Applications Specialist
>     Gift Stewardship Specialist
>     Database Specialist

Director University Communications
>     Communications Manager
>     Web Manager
>     Staff Writer & Media Coordinator
>     Graphic Designer
>     Staff Assistant

Executive Assistant

## 1.5    Saint Leo University Organizational Charts

These charts are shown on the following pages:

Chart 1.5.1    Office of the President

Chart 1.5.2    Vice President, Academic Affairs

Chart 1.5.3    Vice President, Continuing Education and Student Services

Chart 1.5.3.1 Associate Vice President, Tampa Region Continuing Education

Chart 1.5.3.1        Assistant Vice President, Student Services

Chart 1.5.3.2        Assistant Vice President, Central Region Continuing Education

Chart 1.5.3.3        Assistant Vice President, Florida Region Continuing Education

Chart 1.5.3.4        Assistant Vice President, Virginia Region Continuing Education

Chart 1.5.4    Vice President, Business Affairs

Chart 1.5.5    Vice President, Enrollment

Chart 1.5.6    Vice President, University Advancement

*1.5.1    Office of the President*



**1.5.2**  **Vice President, Academic Affairs**



**1.5.3**      *Vice President, Continuing Education and Student Services*



**1.5.3.1      Associate Vice President, Tampa Region, Continuing Education**



**1.5.3.2      Assistant Vice President, Student Services**



**1.5.3.3     Assistant Vice President, Central Region, Continuing Education**



**1.5.3.4     Assistant Vice President, Florida Region, Continuing Education**



1.5.3.5      Assistant Vice President, Virginia Region, Continuing Education



### 1.5.4    Vice President, Business Affairs



### 1.5.5   *Vice President, Enrollment*



### 1.5.6    Vice President, University Advancement



## 1.6      Internal Governance of Saint Leo University

### *1.6.1    Constitution of the Saint Leo University Senate*

Preamble

We, the community of Saint Leo University, recognize the importance of the input of all major stakeholders in guiding the University.   The University Senate shall be the primary internal governance body as well as the community's primary advisory body to the President of the University and the administrative staff.   We also recognize that the full legal authority, responsibility, and accountability for the University's conduct and growth reside with the President of the University and ultimately with the University's Board of Trustees.   It is further acknowledged that while authority is granted to the Senate in establishing and outlining the functions and responsibilities of this University Senate and to determine policy over issues of the University, the ultimate promulgation of policy or veto resides with the President of the University.   The President of the University shall report, in writing, all reasons for a veto of Senate decisions to the University Senate.   Lines of authority are thus established and responsibility for decisions clearly fixed by this Constitution as amplified in the Bylaws.

#### 1.6.1.1        Article I – Name

The name of this organization shall be the University Senate of Saint Leo University.

#### 1.6.1.2        Article II – Charter and Responsibilities of the University Senate

2.1     The University Senate is authorized and empowered by the President of the University to coordinate, monitor, and/or establish/recommend policy in the academic, business, and student affairs sector of the University.

   2.1.1     The University Senate is to maintain a culture that ensures University stakeholder input in the decision-making process.

   2.1.2     The University Senate is to benefit faculty, staff, and students by promoting a collegial environment.   In addition, the University Senate shall propose, coordinate, and/or recommend, decisions concerning academic, business, and student affairs changes in the collective interest of all University stakeholders.   Overall, this governance system shall promote a positive, efficient, and effective community.

   2.1.3     The University Senate shall act within a specified time or default to the next higher level in the decision making process.

      2.1.3.1     Senate action is defined as proposing and voting on substantive motions, recommendations from standing committees, and motions from the floor.

      2.1.3.2     Committee action is defined as making decisions or recommendations, where mandated by this Constitution or Bylaws, on all issues brought before the committee.

   2.1.4     The Senate shall report to the President of the University.

2.2     The University Senate shall have paramount authority in the following areas:

    2.2.1.1     Standards of admission to the University.

    2.2.1.2     Requirements for academic degree and non-degree programs, including the evaluation of proposals for new academic programs/curricula and changes in existing academic programs/ curricula.

    2.2.1.3     Assessment of the quality and effectiveness of all academic programs.

    2.2.1.4     Planning and development of campus physical facilities.

    2.2.1.5     Academic organizational structure of the University.

    2.2.1.6     Evaluation of faculty in the process of their appointment, promotion, salary recommendation, and recommendation for tenure status as determined by the collective agreement between the University and the United Faculty of Saint Leo University/United Faculty of Florida.

    2.2.1.7     University calendar.

    2.2.1.8     Standards and policies for educational and academic conduct and practice common to all stakeholders of the University community, including the Academic Honor Code.

    2.2.1.9     The review of strategic goals, and the planning of spending priorities and budgets to be in line with those goals.

    2.2.1.10    The mission of the University.

    2.2.1.11    The review of student affairs, academic support services, and athletic policies that affect student life outside of the classroom.

    2.2.1.12    The governance of the academic sector of the University.

    2.2.1.13    The academic content of the University's Catalog.

    2.2.1.14    The protection of the rights and privileges guaranteed to the stakeholders of the University community as specified by the Bylaws of this Constitution.

    2.2.1.15    Those matters not previously specified by legislative enactment, which the President of the University shall choose to refer to the University Senate.

### 1.6.1.3     Article III – Membership of the University Senate

3.1     In order to promote a collegial environment and to ensure University stakeholder participation in the decision-making process, the University Senate shall be composed of the following:

    3.1.1     Fifty (50) members shall be elected representing the diversity at Saint Leo University. A senator must be elected in a senator's primary position at

Saint Leo University (faculty/ staff, adjunct or contract faculty, full-time faculty, or student.)

3.1.1.1   Twenty-five (25) of the fifty (50) members shall be full-time faculty, at least five (5) of whom must be from areas other than University College.  Faculty members are defined as those with tenure or in a tenure-track position and who are not acting as full-time administrators.

3.1.1.1.1   At least two shall be elected from each of the following four (4) areas:

➢ Arts and Sciences
➢ Education and Social Services
➢ Business
➢ Graduate Studies and Library

3.1.1.2   Ten (10) of the fifty (50) members shall be adjunct or contract faculty who are not acting as full-time administrators.

3.1.1.2.1   At least seven (7) of the adjunct or contract faculty shall be from areas other than University College.

3.1.1.3   Eight (8) of the fifty (50) members shall be administrators and/or staff.

3.1.1.3.1   At least two (2) of the administrators and/or staff shall be from areas other than University College.

3.1.1.3.2   At least two (2) of the administrators and/or staff shall be from University College.

3.1.1.4   Seven (7) of the fifty (50) members shall be students.

3.1.1.4.1   At least four (4) of the students shall be from areas other than University College.

3.1.1.4.2   No more than two (2) students may represent a single class.

3.1.2   The University President's Staff shall serve as ex-officio non-voting members of the University Senate.

3.1.3   The Academic Deans shall serve as ex-officio non-voting members of the University Senate.

3.1.4   The Registrar shall serve as an ex-officio non-voting member of the University Senate.

3.1.5   The Athletic Director shall serve as an ex-officio non-voting member of the University Senate.

3.1.6   If not elected as a member of the University Senate, the President of the United Faculty of Saint Leo University shall serve as an ex-officio non-voting member of the University Senate.

3.1.7    If not elected as a member of the University Senate, the President of the Student Government Union shall serve as an ex-officio non-voting member of the University Senate.

3.2    There shall be no limit set as to the number of consecutive terms an individual may be elected to the University Senate.  Terms of office shall be as follows:

3.2.1    Full-time faculty Senators shall serve two-year terms with twelve (12) elected in even years and thirteen (13) elected in odd years.

3.2.2    Adjunct or contract faculty shall serve one-year terms.  To be qualified for election to the Senate, each adjunct or contract faculty must teach in at least one (1) semester prior to and during *a* term of office.

3.2.3    Administrators and/or staff shall serve two-year terms with four (4) elected in even years and four (4) elected in odd years.

3.2.4    Students shall serve one-year terms.

#### 1.6.1.4    Article IV – Officers of the University Senate

4.1    The officers of the University Senate shall be elected from and by the Senate body by a majority vote in the presence of a quorum and shall include:

4.1.1    President – The President of the University Senate shall perform the duties of the presiding officer of the University Senate, shall prepare the agenda for Senate meetings, and shall serve as a member of the Executive Board.

4.1.2    Vice President – The Vice President of the University Senate shall preside over University Senate meetings in the President's absence, or when the President of the Senate turns over the office in order to state opinion on a motion, and shall serve on the Executive Board.

4.1.3    Secretary – The Secretary of the University Senate shall be responsible for record keeping, the dissemination of information to Senate committees, the distribution of minutes and reports, maintaining the Senate web site, and shall also serve as recording secretary of the Executive Board.

4.1.4    Parliamentarian – The Parliamentarian of the University Senate shall be elected by the Senate for a two year term in odd numbered years from voting non-student Senators and shall serve in an advisory capacity to the University Senate and, in particular, to the President of the Senate concerning interpretations of the Constitution and Bylaws and on rules of procedure in accordance with Robert's Rules of Order, latest edition.

#### 1.6.1.5    Article V – The Executive Board and Standing Committees of the University Senate

5.1    The Executive Board shall serve as the executive agency of the University Senate. The Executive Board shall be composed of the Chairs of the standing committees, the President of the Senate, the Vice President for Business Affairs (VPBA), the Vice President of Continuing Education and Student Services (VPCESS), and the

Vice President of Academic Affairs (VPAA). The Senate President, or Vice President in the President's absence, shall serve as Chair of the Executive Board.

5.2 Most of the business of the University Senate shall be conducted by standing committees. There are nine (9) standing committees in the University Senate system, which report to the Executive Board. These committees are as follows:

1) Admissions and Financial Aid Committee
2) Undergraduate Academic Standards and Policy Committee
3) Undergraduate Program and Curriculum Committee
4) Graduate Academic Standards and Program Committee
5) Planning Budget and Review Committee
6) Assessment, Research, and Planning Committee
7) Faculty Promotion and Tenure Committee[2]
8) Collaborative Community Committee
9) Technology Advisory Committee

5.3 The following principles are common to all University Senate Committees:

5.3.1 Each standing committee has decision-making authority in matters brought before them. Decisions are to be consistent with the Mission and goals of Saint Leo University.

5.3.2 Except for the Faculty Promotion and Tenure Committee, all committee decisions/recommendations go to the Executive Board for review.

5.3.3 All committees shall keep minutes of each meeting and placed on the Senate website. All minutes are to be submitted to the Secretary of the Senate within fourteen (14) days following each meeting.

5.3.4 All committees shall respond to issues brought before them within thirty (30) days. Failing to act within this prescribed time period shall result in action being taken automatically to the next higher level. In this governance system the next higher level is the Executive Board.

5.3.5 The areas covered in the collective bargaining agreement between the University and the United Faculty of Saint Leo University/United Faculty of Florida are not subject to Senate decision-making.

5.3.6 No one eligible to be a voting member of the University Senate shall be required to serve on more than two (2) standing, ad-hoc, or special committees. The University Senate shall count as one (1) committee.

### 1.6.1.6 Article VI – Meetings of the University Senate

6.1 The University Senate shall meet a minimum of (2) times during the regular school year. Those meetings shall take place at the beginning of the academic year (mid-September), at the beginning of the Spring Semester (mid-January), and/or at the

---

[2] The Faculty Promotion and Tenure Committee only reports their actions and does not provide personnel details.

end of the Spring Semester (mid-May).  Two-thirds of the voting membership shall constitute a quorum.

6.2     Meetings shall be conducted according to <u>Robert's</u> <u>Rules</u> <u>of</u> <u>Order</u>, and decisions shall be arrived at by majority vote in the presence of a two-thirds quorum.

6.3     Meetings shall be open to all members of the University community, but participation shall be limited to members of the University Senate unless the President of the Senate invites non-members to speak on a particular issue.

6.4     The Executive Board may convene a special session of the University Senate when necessary.  The Executive Board shall convene a special session of the University Senate if the President of the Senate requests it, or when presented with a petition signed by 25% of the University Senate members.

6.5     The President of the Senate shall prepare the agenda for University Senate meetings.  Any member, group, or organization of the University community may submit items for placement on the agenda in writing to the University Senate office.  Items must be received at least two (2) weeks in advance of the next Senate meeting to be considered for inclusion to the agenda.

6.6     The University Senate may adopt Bylaws governing the conduct of the University Senate business upon approval of a majority vote of the University Senate when a two-thirds quorum of the Senate is present.

### 1.6.1.7     Article VII – Amendments to the University Senate Constitution

7.1     Amendments to this Constitution may be proposed by a majority of the membership of the University Senate.

7.2     Ratification of properly proposed amendments shall be by majority vote of the University Senate when a two-thirds quorum of the Senate is present.

### 1.6.1.8     Article VIII – Adoption of the University Senate Constitution

8.1     This Constitution shall become effective upon approval by majority vote of the University Senate when a two-thirds quorum of the Senate is present, and upon approval by the President of the University.

## 1.6.2   Bylaws of the University Senate

### 1.6.2.1     Senate and Committee Staffing

1.  ELECTION OF SENATORS:

ELECTION CALENDAR

| | |
|---|---|
| January 15 – February 15 | Nominations for open positions solicited through a website.  The web address of that website will be e-mailed to the SLU community on January 15. |

| March 1 – March 15 | Online Balloting. This will be done anonymously through websites. E-mail will be sent with the appropriate web addresses on or before March 1. |
| March 20 | Election results announced to the SLU community via e-mail. |
| March 30 | Deadline for elected Senators to express preference for committee service. |
| April 1 – April 15 | At large nominations for available committee slots. |

NOMINATIONS: There will be four separate nominating forms: Fulltime Faculty, Adjunct Faculty, Administrators & Staff, and Students. Each form will have a unique, randomly chosen web address. The web address will be e-mailed to all members of the applicable group on or before January 15. On or near February 16, the Senate Vice President and Senate Secretary will collect the nominations and construct election ballots. This process is to be certified 'volunteers' are encouraged to submit their names in nomination.

BALLOTING: There will be four separate ballots: Fulltime Faculty, Adjunct Faculty, Administrators and Staff, and Students. Each ballot will have a unique, randomly chosen web address. The web address will be e-mailed to all members of the applicable group on or before March 1. To insure that the minimum composition requirements are met, the ballots will be broken into specific sub-groups (e.g. "off-campus faculty"). Positions not designated for sub-groups will be labeled "at large." In a sub-group, those receiving the most votes are elected to represent that sub-group. The other candidates in that sub-group, with their votes, will then be considered as a part of the "at large" group as the vote count proceeds. Thus, a candidate not receiving enough votes to win their sub-group might still be elected "at large." On or near March 16, the Senate Vice President and Senate Secretary will collect the ballots and count the votes. This process is to be certified by the Senate President. Results will be e-mailed to the SLU community on or before March 20.

2.  STAFFING OF COMMITTEES: After the announcement of election results on March 20, newly elected Senators have 10 days in which to express a preference for committee service. That preference is expressed by sending an e-mail to the Secretary of the Senate. On or near March 31, the Senate VP and Senate Secretary, under the supervision of the Senate President, will assign new Senators to committees. The following procedure is to be used for all committees except the Promotion and Tenure Committee:

    (1) If an elected Senator's request matches an open committee slot, that request is to be honored.

    (2) If there are more requests than available slots, the selection is to be made at random from a list of those requesting the slot. An example of a "random" selection would be the blindfolded drawing of names from a hat.

    (3) The remaining Senators will be assigned by random drawing. For example, an open slot is selected. A name is drawn from a hat. If the name matches the criteria for the open slot, the selection has been made. Otherwise, names are drawn until the drawn name matches the slot requirements. Unassigned names are placed back in the hat and the process repeats until all new Senators have committee assignments. Service on committees is NOT restricted to elected Senators. Once all newly elected Senators have

been assigned to a committee, any remaining committee slots will be filled by non-Senators. That process shall go as follows:

(a) On April 1 a nominating ballot will be posted for all open committee slots. The URL for the nominating ballot will be e-mailed to the entire SLU community.

(b) On or near April 16, the Senate Vice President and Senate Secretary, under the supervision of the Senate President, will collect the nominations. The remaining committee slots are to be staffed by random drawing (using the process specified above) from the nominations received.

If, after completion of the above process, committee slots remain unfilled, the President of the Senate shall solicit nominations from the floor of the Senate in the May meeting. The Senate President must fill the remaining committee slots on or before August 30. If the Senate President fails to do so, the Vice President of Academic Affairs will assume that responsibility and must complete the task on or before September 15.

3. ATTENDANCE:

(1) CONDITIONS OF CONTINUED MEMBERSHIP: Senators shall give notification if they are to miss a scheduled meeting of the University Senate, or a Senate committee on which they serve. A Senator shall be *excused* from a University Senate meeting if they have notified the Secretary of the Senate at least 24 hours in advance of the scheduled meeting. A Senator shall be *excused* from a Senate Committee meeting if they notified the Chair of that committee at least 24 hours in advance of the scheduled meeting. Senators are **automatically** *excused* from meetings if notification has been given to the appropriate party. No justification is required. A Senator's *unexcused* absence from a meeting of the Senate, or a Senate committee, shall be recorded as such in the official minutes of that meeting. A notice of less than 24 hours can be approved by the Senate Executive Board.

(2) GROUNDS FOR DISMISSAL: A Senator is allowed 1 *unexcused* absence from University Senate meetings during a term of service. The Secretary of the Senate shall notify the Executive Board upon occurrence of the 2nd *unexcused* absence. By majority vote, the Executive Board may then expel the Senator from the University Senate.

A Senator is allowed 2 unexcused absences from Senate Committee meetings during a term of service. The Committee chair, or the Secretary of the Senate, shall notify the Executive Board upon occurrence of the 3rd *unexcused* absence. By majority vote, the Executive Board may then expel the Senator from the University Senate.

(3) REPLACING AN EXPELLED SENATOR: The Senate President, Vice President, and Secretary, acting as elected officers of the Senate, shall identify a suitable replacement for the expelled Senator. The replacement must preserve the composition and balance of the Senate, as specified elsewhere in the Senate Constitution and By-laws. The replacement, once approved by a majority vote of the Executive Board, shall serve out the remainder of the expelled Senator's term.

4. ACCOUNTABILITY: The Senate Vice President is responsible for seeing that elections are conducted in accordance with the timeframes and procedures stated in this election code.

### 1.6.2.2        Officers of the University Senate

1.  Officers shall be elected for two-year terms at the last meeting of the University Senate in the spring.  In elections for Senate officers, if there are more than two (2) nominees for an office and no nominee receives a majority, the nominee who has received the fewest votes shall be dropped from the ballot and another vote taken on the remaining candidates and so on until one has a majority.

2.  Officers shall remain in office until the start of the fall semester.

3.  The President:

    a.  The President of the Senate shall be the chief liaison officer between the University Senate and the University administration.

    b.  The President of the Senate shall be elected from the full-time faculty Senators.

    c.  The President of the Senate shall be the responsible budgeting and accounting officer of the University Senate.

    d.  The President of the Senate shall receive one (1) course reassignment (one (1) quarter of a full workload) in each semester during the term of office.

    e.  The President of the Senate shall serve no more than two (2) consecutive terms of office.

4.  The Vice President:

    a.  The Vice President of the Senate shall be elected from the full-time faculty Senators.

5.  The Secretary:

    a.  If the Secretary of the Senate is a full-time faculty Senator, the Secretary shall receive one (1) course reassignment (one (1) quarter of a full workload) for each semester during the term of office.

    b.  If the Secretary of the Senate is not a full-time faculty Senator, the Secretary's supervisor must readjust the Secretary's workload to allow for ten (10) hours (one (1) quarter of a full, forty (40) hour workload) to be spent on Senate business.

    c.  The Secretary shall disseminate information to Senate committees, distribute minutes and reports, and post appropriate information on the Senate web site within ten (10) days after they have been submitted to the University Senate office.

### 1.6.2.3        The Executive Board

1.  The Executive Board is to monitor the process and workings of each standing committee of the University Senate.  The Executive Board shall serve as the oversight committee for conducting business of the Senate between Senate meetings, and for issues relating to day-to-day policy.

2.  As committees of the University Senate make decisions or recommendations for changes, or have questions about whether or not an issue requires broader consultations within the community, their decisions, recommendations, and suggestions are made to this Board.  The Executive Board shall place a thirty (30) day due date on all actions of all committees.  The Board may grant, upon written committee request, a thirty (30) day extension.

3. If the Executive Board fails to act on an issue brought before it by a Senate committee within thirty (30) days, the President of the University shall make the decision.

4. The Executive Board is chaired by the President of the Senate, or the Vice President of the Senate in the President's absence.

5. Members of the Executive Board shall include the chairs of the nine University Senate standing committees, the Vice President of the Senate, the Secretary of the Senate, and the President of the Senate. The Vice President of Business Administration, the Vice President for Continuing Education and Student Services, and the Vice President of Academic Affairs shall be non-voting members of this committee.

6. Meetings are to be held every month, and on an as needed basis. Minutes shall be recorded by the Secretary of the University Senate, shall be posted on the University website, and shall be reported to the Senate at each of the Senate meetings. Minutes shall consist of a statement of subjects covered and conclusions, if any, reached. There shall be no information included that would identify the vote or remarks of any individual member or group of members, unless agreed to by the member or members and the Board.

7. As the executive agency for the University Senate, the Executive Board shall decide whether proposals brought forth from the standing committees require further consideration by the same or a different Senate committee, by the Senate as a whole, or is to be sent on as a recommendation to the President of the University.

   a. Recommendations to introduce new undergraduate or graduate programs shall be brought before the University Senate for a majority vote in the presence of a two-thirds quorum of the Senate.

   b. Budgetary recommendations decided by the Planning Budget and Review Committee shall be brought before the University Senate for a majority vote in the presence of a two-thirds quorum of the Senate.

   c. Recommendations concerning proposals to change the strategic planning initiatives brought forth by the Planning Budget and Review Committee shall be brought before the University Senate for a majority vote in the presence of a two-thirds quorum of the Senate.

   d. Recommendations concerning proposals to change the mission of the University or the governance of the University shall be brought before the University Senate for a majority vote in the presence of a two-thirds quorum of the Senate.

   e. The Executive Board may place a discussion item on the Senate agenda (under New Business) at its own initiative, at the request of a standing committee, or at the request of six (6) Senate members. A brief written statement of the topic and its current relevance shall be distributed to Senate members at or in advance of the meeting. The group requesting the discussion shall designate a spokesperson, and the spokesperson shall be recognized by the President of the Senate to open the discussion. The only permissible Senate actions on a discussion item at that meeting are to: 1) postpone it to, or continue it at a subsequent meeting; 2) terminate the discussion; or 3) refer the subject matter to committee.

   f. The Executive Board of the University Senate shall review proposed changes in the University's mission, governance structure, policies, systems, and/or procedures and act

upon proposed changes in accordance with the University Senate Constitution and Bylaws.

8. The Executive Board makes decisions by a majority vote when a two-thirds quorum of the Board exists.

9. The Executive Board reports to the University Senate and the President of the University.

10. At least once every three years, the Executive Board will constitute an ad hoc group to review the Constitution and Bylaws.

### 1.6.2.4       The Standing Committees

#### 1.6.2.4.1     Admissions and Financial Aid Committee

a.   The Admissions and Financial Aid committee shall review existing policy and/or propose new policies concerning graduate and undergraduate admissions and financial aid standards and/or practices throughout Saint Leo University.

b.   This committee shall ensure that the composition of the student body selected by the Admissions office is consistent with the Mission of Saint Leo University by meeting regularly to review the admissions policies of the University and making recommendations for changes as deemed necessary and appropriate.

c.   The Admissions and Financial Aid committee shall not review applications nor do the work of the Admissions office.

The Admissions and Financial Aid committee shall be composed of three (3) full-time faculty, two (2) administrator/staff, and one (1) student Senators. At least two (2) members must come from areas other than University College. Faculty and administrator/staff members will be appointed for staggered two years terms. One (1) Student Senator will be appointed for a one year term, thus facilitating committee continuity.

d.   The Vice President of Enrollment shall serve as an *ex-officio* non-voting member of this committee.

e.   The President of the University following committee elections shall appoint the Chair of the Admissions and Financial Aid committee.

f.   Meetings shall be held monthly, or as called by the committee Chair.

g.   Minutes shall consist of a statement of subjects covered and conclusions, if any, reached. No information included shall identify the vote or remarks of any individual member or group of members, unless agreed to by the member or members and by the committee.

h.   The Admissions and Financial Aid committee shall annually review current admissions and financial aid standards and/or policies to ensure that they are consistent with the Mission of Saint Leo University. Matters concerning admissions and financial aid standards and/or policies can be brought before the committee by submitting them to the Secretary of the Senate. The Secretary of the Senate shall then submit them to the committee Chair and to the President of the Senate. Any issues related to admissions

and financial aid standards and/or policies must be dealt with in the allotted thirty (30) day time period.

i.   If this committee fails to act within the thirty (30) days, the Executive Board shall make the decision.

j.   The Admissions and Financial Aid committee shall make recommendations for standards and/or policy changes to the Executive Board.

k.   Recommendations made by the Admissions and Financial Aid committee are those decided by a majority vote in the presence of at least a two-thirds quorum of the committee.

l.   The Admissions and Financial Aid committee reports to the Executive Board.  On or before May 15th, the Chair of the committee shall present a brief, written report to the Executive Board.  The report shall state the criteria selected by the committee for the evaluation of admissions and financial aid policies and summarize any conclusions reached and/or actions taken by the committee.

### 1.6.2.4.2    Undergraduate Academic Standards and Policy Committee

a.   The Undergraduate Academic Standards and Policy committee shall establish and/or review all undergraduate academic standards and policies, and shall review all cases related to undergraduate academic honesty.

b.   Any issues relating to academic standards and/or policies must be submitted to this committee for consideration within the allotted thirty (30) day time period.

c.   If this committee fails to act within the thirty (30) days, the Executive Board shall make the decision.

d.   This committee shall be chaired by a faculty Senator appointed by the President of the University Senate.

e.   This committee shall be composed of four (4) faculty members, the appointed Chair, the Student Government Union Judicial Chair, and the Registrar.  At least one (1) faculty member shall represent each of the three (3) academic Schools and shall be named by the appropriate academic Dean before the first Senate meeting of the fall semester.  At least one (1) faculty member shall come from the School of Continuing Education and shall be named by the Director of Continuing Education before the first Senate meeting of the fall semester.  It is preferred that the faculty members be members of the University Senate.  Faculty members serve two-year terms with at least one (1) new faculty member appointed each year.  Faculty may not serve for more than two (2) consecutive terms.

f.   The Chair of this committee shall call all meetings.

g.   Minutes shall consist of a statement of subjects covered and conclusions, if any, reached.  No information included shall identify the vote or remarks of any individual member or group of members, unless agreed to by the member or members and by the committee.

h.   Matters concerning academic standards and policy brought before this committee shall be submitted to the Secretary of the Senate who shall submit them to the committee

Chair and to the President of the Senate. The committee shall then meet and discuss the issue and develop recommendations. The committee Chair shall carry these recommendations to the Executive Board. Matters concerning academic honesty shall be brought to the committee chair directly, who is then to conduct a hearing in a timely fashion. Decisions concerning academic honesty are to be confidential and are to be dealt with within the committee itself according to the guidelines set forth in the Catalog. A student who wishes to appeal the decision of the committee may do so in writing to the Vice President of Academic Affairs as outlined in Volume V and the Catalog.

i.   The Undergraduate Academic Standards and Policy committee shall develop recommendations concerning academic standards and policies, and decisions concerning academic honesty.

j.   Recommendations and decisions concerning academic standards and/or policy are those decided by a majority vote in the presence of at least a two-thirds quorum of the committee.

k.   For matters concerning academic standards and/or policies, this committee reports to the Executive Board. For matters concerning academic honesty, this committee reports to the Vice President of Academic Affairs.

### 1.6.2.4.3    *Undergraduate Program and Curriculum Committee*

a.   The Undergraduate Program and Curriculum committee reviews proposals for changes in and additions to academic programs and curriculum.

b.   All proposals related to changes in and/or additions to academic programs and curriculum must be reviewed, discussed, sent to the proposer for changes, and amended within the allotted thirty (30) day time period. Approved programs and curriculum must be consistent with the Mission, goals, and values of Saint Leo University.

c.   If this committee fails to act on any proposal within thirty (30) days, the Executive Board shall make the decision.

d.   A full-time tenured faculty Senator shall chair this committee. The Chair-Elect shall be elected by a majority vote of the Undergraduate Program and Curriculum committee in the presence of a two-thirds quorum of the committee. The Chair-Elect shall be elected from the committee members serving the first year of their term. The Chair-Elect serves a two year term, the first year as Chair-Elect and the second year as the Chair of the Undergraduate Program and Curriculum Committee.

e.   This committee shall be composed of four (4) full-time faculty, one (1) adjunct/contract faculty, one (1) library faculty member, one (1) member of the admissions staff, and one (1) member of the Vice President of Business Affair's staff. The Vice President of Academic Affairs, the Vice President for Continuing Education and Student Services, and Registrar shall be standing, *ex-officio*, non-voting members of this committee. The Business Affairs appointee and Admissions and Financial Aid appointee shall be non-voting members. The Senate members of this committee shall be elected by the Senate in the first University Senate meeting of the fall semester. The full-time faculty representatives shall include one (1) from the School of Continuing Education, one (1) from the School of Business, one (1) from the School of Education and Social Services,

and one (1) from the School of Arts and Sciences. Faculty shall serve two-year terms with two (2) faculty members elected each year. The adjunct/contract and student members shall serve one-year terms. The library faculty member shall be appointed by the Director of Library Services and shall serve a two-year term. The admissions staff member shall be appointed by the Vice President of Enrollment and shall serve a two-year term. The finance member shall be appointed by the Vice President for Business Affairs and shall serve a two-year term. Each elected or appointed committee member may serve for no more than two (2) consecutive terms.

f.   This committee meets bi-weekly or as called by the Chair of the committee.

g.   Minutes shall consist of a statement of subjects covered and conclusions, if any, reached. No information shall identify the vote or remarks of any individual member or group of members, unless agreed to by the member or members and by the committee.

h.   Matters concerning programs and/or curricula shall be brought before this committee by full-time tenured or tenure-track faculty members and shall be submitted to the Secretary of the Senate after the appropriate School Dean has reviewed and commented on, in writing, the proposal. The Dean has fourteen (14) days to review and submit comments on a proposal or shall forfeit the right to submit comments. The Dean's review shall not alter the proposal unless the alterations are approved by the proposer(s). This includes any proposed Catalog changes affecting academic programs and curricular offerings that include, but is not limited to, course titles, credit hours, prerequisites, and course content. If the proposer is a member of the Undergraduate Program and Curriculum Committee, the proposer must be recused from voting on the submitted proposal. Guidelines for submission of proposals can be found on the University website. The Secretary of the Senate shall then submit them to the committee Chair and to the President of the Senate, and shall post them on the University website. All University stakeholders shall have fourteen (14) days to submit comments on all matters put before this committee. The committee shall then meet and discuss the issue and develop recommendations within thirty (30) days. Recommendations for new degree and non-degree programs can be forwarded to the Executive Board without approval of all necessary curricular changes. Approval of a new program does not guarantee the approval of individual curricular proposals that shall need to be made following program approval. No new individual course included in the approved program may be offered to students without approval from this committee and the Executive Board. The committee Chair shall carry any recommendations to the Executive Board.

i.   Recommendations concerning programs and curricula shall be decided by a majority vote of the committee in the presence of a two-thirds quorum of the Undergraduate Program and Curriculum Committee.

j.   This committee reports to the Executive Board of the University Senate.

### 1.6.2.4.4   *Graduate Academic Standards and Program Committee*

a.   The Graduate Academic Standards and Program Committee shall review proposals for changes in and additions to graduate academic standards, policies, programs, and curriculum. This committee shall also review all cases related to academic honesty.

b.   Any issues relating to academic standards and policies must be submitted to this committee for consideration within the allotted thirty (30) day time period.   All proposals related to changes in and/or additions to academic programs and curriculum must be reviewed, discussed, sent to the proposer for changes, and amended within the allotted thirty (30) day time period.   Approved proposals and curriculum must be consistent with the Mission, goals, and values of Saint Leo University.

c.   If this committee fails to act on an issue within thirty (30) days, the Executive Board shall make the decision.

d.   A full-time tenured faculty member who teaches in a graduate program shall chair this committee.   The Chair shall be elected by a majority vote of the Graduate Academic Standards and Program committee in the presence of a two-thirds quorum of the committee.

e.   This committee shall be made up of two (2) full-time faculty and two (2) adjunct/contract faculty all of whom teach graduate courses, two (2) graduate students, and two (2) Directors of Graduate Programs.   The Registrar shall serve as a standing, *ex-officio*, non-voting member.   The Vice President of Academic Affairs shall appoint all faculty members and directors to this committee prior to the first meeting of the University Senate in the fall semester.   The Vice President of Academic Affairs shall give preference to faculty who are Senate members.   Students interested in serving on this committee are to submit a letter of interest to the President of the Senate by the last day of classes in the spring semester.   The President of the Senate shall appoint the students to this committee.

f.   The Chair of this committee shall call all meetings.

g.   Minutes shall consist of a statement of subjects covered and conclusions, if any, reached.   No information shall be included that would identify the vote or remarks of any individual member or group of members, unless agreed to by the member or members and by the committee.

h.   Matters concerning graduate academic standards, policies, programs, and curricula shall be brought before this committee and shall be submitted by full-time tenured, tenure-track, or adjunct/contract faculty who teach in one of the graduate programs to the Secretary of the Senate after the appropriate Graduate Program Director has reviewed and commented on, in writing, the proposal.   The Director has fourteen (14) days to review and submit comments on a proposal or shall forfeit the right to submit comments.   The Director's review shall not alter the proposal unless the alterations are approved by the proposer(s).   This includes any proposed Catalog changes affecting academic programs and curricular offerings that include, but is not limited to, course titles, credit hours, prerequisites, and course content.   If the proposer is a member of the Graduate Academic Standards and Program Committee, the proposer must be recused from voting on the proposal.   Guidelines for submission of proposals can be found on the University website.   The Secretary of the Senate shall then submit them to the committee Chair and to the President of the Senate, and shall post them on the University website. All University stakeholders shall have fourteen (14) days to submit comments on all matters put before this committee.   The committee shall then meet and discuss the issue and develop recommendations within thirty (30) days. Recommendations for new degree and non-degree programs can be forwarded to the

Executive Board without approval of any necessary curricular changes. Approval of a new program does not guarantee the approval of individual curricular proposals that shall need to be made following program approval. No new individual course included in the approved program may be offered to students without approval from this committee and the Executive Board.

i.   Matters concerning academic honesty shall be brought to the committee Chair directly, who is then to conduct a hearing in a timely fashion. The committee shall use the guidelines on academic honesty set forth in Volume V and the Catalog. Decisions concerning academic honesty are to be confidential, and are to be dealt with within the committee itself. A student who wishes to appeal the decision of the committee may do so in writing to the Vice President of Academic Affairs as outlined in the Volume V and the Catalog.

j.   The recommendations made by this committee are to be decided by a majority vote in the presence of a two-thirds quorum of the committee.

k.   For matters concerning academic standards, policies, programs, and curricula, this committee reports to the Executive Board. For matters concerning academic honesty, this committee reports to the Vice President of Academic Affairs.

### 1.6.2.4.5    *Planning Budget and Review Committee*

a.   The Planning Budget and Review Committee reviews the long term strategic goals of the University, plans budgets and spending priorities each year, and assesses the impact of budget choices on the long term strategic goals.

b.   This committee shall review multi-year strategic plans and annual budgets including both income and expense assumptions, and shall send decisions to the Executive Board as soon as possible.

c.   The Planning Budget and Review Committee is expected to provide the University Senate with a coordinated budget for the next academic year as soon as possible. This committee reviews important proposals to change the strategic planning initiatives and monitors progress towards meeting the goals of the University's strategic planning efforts.

d.   The President of the University shall consult with the Planning Budget and Review Committee before making decisions on major budget and fiscal matters, particularly where the University has authority to determine or approve financial priorities, allocations of funds, and amounts of expenditures. Among the matters subject to consultation are the proposed University annual budget; the allocations of funds to Schools and Graduate Programs; any substantial changes, based on fiscal necessity, in enrollment, student-faculty ratio or faculty staffing or workload; and major budgetary and fiscal problems arising from federal and state legislative or administrative action which may require significant changes in University activities, programs, or procedures.

e.   The Chair of this committee shall be elected from the voting members of this committee by a majority vote in the presence of a two-thirds quorum.

f.   The Planning Budget and Review Committee shall be composed of three (3) full-time faculty, three (3) administrators/staff, and one (1) student. At least two (2) of the

committee members must be from areas other than University College.  Members are on a staggered term basis with one (1) new faculty representative elected each year and one (1) new administrator/staff representative elected each year.  Faculty and administrator/staff representatives shall serve three-year terms.  The student representative shall serve a one-year term.  Both faculty and administrator/staff representatives may serve no more than two (2) successive terms.  The VPBA shall serve as an *ex-officio* non-voting member of this committee.

g.  The Chair of this committee shall call all meetings.  The first meeting of each year shall be called before October 15th.

h.  Minutes shall consist of a statement of subjects covered and conclusions, if any, reached.  No information shall be included that would identify the vote or remarks of any individual member or group of members, unless agreed to by the member or members and by the committee.

i.  Matters concerning academic strategic planning and budgets brought before this committee shall be submitted to the Secretary of the Senate who shall submit them to the committee Chair and to the President of the Senate.  The committee shall then meet and discuss the issues and develop recommendations.  The committee Chair shall carry these recommendations to the Executive Board.

j.  The recommendations made by this committee are to be decided by a majority vote in the presence of a two-thirds quorum of the committee.

k.  This committee reports to the Executive Board of the University Senate.  Minutes of committee meetings are reported to the University Senate.

### *1.6.2.4.6    Assessment, Research, and Planning Committee (ARPC)*

a.  The ARPC is to act as the coordinating agency for both Academic and Administrative assessment.

b.  This committee shall produce an annual effectiveness assessment plan and report (EAPR) each year.  This committee shall also produce monitoring reports as requested by the IEC usually in the fall and spring semester prior to meetings of the Board of Trustees of Saint Leo University.  This committee shall use the IEC's Assessment Report and Planning Guidebook in constructing all reports.

c.  The ARPC is to produce an annual report that includes an introduction, assessment report and plan.  The introduction briefly describes the structure, purpose, relationship to the University's Mission and goals of each academic and administrative unit.  The assessment report shall include the current academic year's assessment results, a description of those results, and a summary of any relevant improvement to performance objectives. The assessment plan shall outline the performance objectives of all parts of the University for the next fiscal year.  It shall also include how those performance objectives are to be measured and attained.  The enhancement plan shall be based on the mission, values, and vision statements of each academic and administrative unit.

d. The ARPC is to coordinate with all academic departments to ensure that each department prepares and reports on specific majors' and/or specializations' learning outcomes and relevant student achievement.

e. This committee shall be composed of the Director of Institutional Research, the Director of Academic Assessment, the Registrar, the Assistant to the President, all Deans, and three full-time faculty members, and the Vice President of Academic Affairs.

f. The President or a Presidential designee shall serve as Chair of this Committee.

g. Minutes shall consist of a statement of subjects covered and conclusions, if any, reached. No information shall be included that would identify the vote or remarks of any individual member or group of members, unless agreed to by the member or members and by the committee.

h. This committee produces the annual effectiveness assessment plan and report for the University, and any monitoring reports requested by the President.

i. This committee reports to the Executive Board of the University Senate.

### 1.6.2.4.7   Faculty Promotion and Tenure Committee

a. The Faculty Promotion and Tenure Committee shall review the credentials of faculty that submit application for promotion and/or tenure.

b. The Faculty Promotion and Tenure Committee shall recommend those faculty members best qualified for promotion and tenure to the President of the University through the Vice President of Academic Affairs.

c. Faculty applying for tenure must submit their application to the Chair of the Faculty Promotion and Tenure Committee, through their respective Academic Chair and Dean, on or before October 15th of each year. The committee must then meet to discuss the application and make recommendation to the President of the University through the Vice President of Academic Affairs on or before December 15th of each year.

d. Faculty applying for promotion must submit their application to the Chair of the Faculty Promotion and Tenure Committee, through their respective Academic Chair and Dean, on or before than January 15th of each year. The committee must then meet to discuss the application and make recommendation to the President of the University through the Vice President of Academic Affairs on or before March 1st of each year.

e. The Chair of this committee shall be a full-time, tenured faculty Senator who holds the rank of Professor. The Chair shall be elected by the Senate at the first meeting in the fall semester. The Chair shall be a voting member only in the case of a tie vote.

f. This committee shall be composed of five (5) tenured faculty who hold the rank of Professor, and the elected Chair. The full-time faculty shall elect three (3) of the committee members, two (2) in even years and one (1) in odd years. The President of the University shall appoint two (2) members of the committee, one (1) in even years and one (1) in odd years. Faculty are elected and appointed to this committee for two-year terms prior to the first University Senate meeting in the appropriate fall semester. The Chair of this committee is elected in the first University Senate meeting of the fall semester. Faculty may serve no more than three (3) successive terms. No more than

two (2) members can be from any one department.  No more than three (3) members can be from any one school.

g.  The review process for all faculty shall be governed by the procedures set forth in the collective agreement between the University and the United Faculty of Saint Leo University/United Faculty of Florida.  See Volume IV of this Policy Manual.

h.  Minutes shall consist of a statement of subjects covered.  No information shall be included that would identify the vote or remarks of any individual member or group of members.

i.  The recommendations concerning faculty tenure and/or promotion shall be decided by a majority vote of the full committee.

j.  Recommendations of the Faculty Promotion and Tenure Committee shall be forwarded to the President of the University through the Vice President of Academic Affairs.

k.  Recommendations of this committee must be supported by the President of the University and the Board of Trustees of Saint Leo University who have final authority over selecting qualified faculty for tenure and/or promotion.

### 1.6.2.4.8     Collaborative Community Committee

a.  The Collaborative Community Committee shall review existing policy and/or propose new policies concerning student affairs, academic support services, and athletic policies that affect student life outside of the classroom.

b.  This committee shall ensure that the Saint Leo University community is one that supports growth in mind, body, and spirit in a manner that is consistent with the Mission, goals, and values of the University.

c.  The Collaborative Community Committee shall not mandate policy nor shall it do the work of the Student Affairs, Student Support Services, or Athletic Department offices.

d.  HELP:  The Collaborative Community Committee shall be composed of three (3) full-time faculty, two (2) student affairs administrator/staff, two (2) members of the coaching staff, one (1) academic support services administrator/staff, and three (3) students, (1) faculty or staff from COLL elected by senate, (1) off-campus full-time librarian appointed annually, (1) full-time faculty or advisor from off campus elected by senate.  At least one (1) of the committee members must be from an area other than University College.  Except for the students, each shall serve two (2) year terms. Students shall serve one (1) year terms.  The Director of University Ministry shall be a standing member of this committee.  The VPCESS, the Athletic Director, and one (1) Alumni relations administrator/staff shall be *ex-officio* non-voting members of this committee.  Two (2) of the faculty and one (1) of the students shall be Senators.  The Senate body in the first Senate meeting of the fall semester shall elect two (2) faculty and one (1) student.  The Student Government Union President shall appoint one (1) faculty, one (1) student affairs administrator/staff, one (1) coach, and two (2) students. The President of the Senate shall appoint one (1) academic support services administrator/staff.  The President of the University shall appoint one (1) student affairs administrator/staff and one (1) coach.  The Vice President for University Advancement shall appoint one (1) Alumni relations administrator/staff.

e.  The President of the University following committee elections and appointments shall appoint a member of the committee as Chair of the Collaborative Community Committee.

f.  Meetings shall be held monthly, and as called by the committee Chair.

g.  Minutes shall consist of a statement of subjects covered and conclusions, if any, reached.  No information included shall identify the vote or remarks of any individual members or group of members unless agreed to by the member or members and by the committee.

h.  The Collaborative Community Committee shall annually review current student affairs, academic support services, and/or athletic policies and standards to ensure that they are consistent with the Mission and values of Saint Leo University.  Matters concerning student affairs, academic support services, and/or athletic policies can be brought before the committee by submitting them to the Secretary of the Senate.  The Secretary of the Senate shall then submit them to the committee Chair and to the President of the Senate. Any issues related to student affairs, academic support services, and athletics standards and/or policies must be dealt with in the allotted thirty (30) day time period.

i.  If this committee fails to act within the thirty (30) days, the Executive Board shall make the decision.

j.  The Collaborative Community Committee shall make recommendations for standards and/or policy change to the Executive Board.

k.  Recommendations made by the Collaborative Community Committee are those decided by a majority vote in the presence of a two-thirds quorum of the committee.

l.  The Collaborative Community Committee reports to the Executive Board.

### 1.6.2.4.9    Technical Advisory Committee

a.  The Technology Advisory Committee (TAC) will provide the Associate Vice President for Information Technology with feedback and recommendations on the use and development of technologies at Saint Leo University.  Maintaining frequent contacts with students, faculty, and administration, the TAC will articulate the concerns of the University community, help provide focus to visions of the future environment, and suggest possible solutions to the challenges of developing and managing information technology at Saint Leo University.   The TAC's collective opinions on information technology issues are intended to assist with the development of  future information architectures, hardware and software standards, policies, and budgeting plans.

b.  The Committee will provide leadership to the Saint Leo Community in the pedagogical use of information, communications, and educational technology.  It will recommend policies and promote the use of technology throughout all academic programs and training functions administered by Saint Leo University.

c.  Meetings shall be called by the Chair as needed.  Additionally, the Chair must schedule a meeting at the request of any two (2) committee members.

d.  A simple majority of voting committee members is required to pass recommendations from the committee.

e.  Minutes from committee meetings shall be submitted to the Secretary of the Senate.

f.  The committee will be composed of six (6) full time faculty, two (2) of which shall be from centers other than University Campus, two (2) administrators/staff, one (1) instructional technologist, and one (1) student.  One academic Dean shall serve as a non-voting member of the committee.  The Associate VP for Information Technology shall be a non-voting member of this committee and shall serve as Chair of the committee.

### 1.6.2.5    Minutes

The minutes of all standing committee meetings shall be kept in the University Senate office. Minutes of the Planning Budget and Review Committee shall be reported to the Senate prior to discussion of Action Items under Section VI of the agenda.  Except for the Faculty Promotion and Tenure Committee, meetings of all standing committees are open to all members of the Senate, and normally open to the University community.  Advance notice of meetings shall be posted on the University website.  In their discretion, committees may authorize closed meetings in special circumstances.   Circumstances justifying closed committee meetings include proceedings involving evaluation of persons or programs or possible consideration of issues involving privacy or confidentiality.

### 1.6.2.6    Special Committees

1.  The University Senate shall establish and appoint such special committees as may be needed.

2.  Unless otherwise provided by the Senate, the Executive Board shall nominate members of special committees.

3.  Special committees shall report to the University Senate.

4.  The President of the University Senate shall appoint chairs of special committees.

### 1.6.2.7    Senate Procedures

1.  Robert's Rules of Order, most recent addition, shall apply unless superseded by the Constitution or Bylaws.

2.  Spectators at Senate meetings shall not take part in or attempt to influence the proceedings of the Senate, unless the President of the Senate has made exception.  Violators shall be excluded.  With discretion, the President of the Senate may recess the meeting.

3.  The University Senate shall be called into Executive Session by the President of the Senate upon approval of a majority of the members present.  Only regular University Senate members or guests invited by the President of the Senate may be present during Executive Sessions.  Only personnel or fiscal matters may be discussed in Executive Sessions, but final action on all matters shall be taken in regular University Senate meetings.

### 1.6.2.8      Approval of Policies

1.  Proposals adopted by the University Senate intended to have binding effect on the University generally or on persons or matters external to the Senate itself are policy recommendations and are submitted to the President of the University for approval.

2.  Proposals affecting only the rules, procedures, committees, or other internal affairs of the Senate, or expressing only the opinion of the Senate, are not policy recommendations and do not require approval of the President of the University.

### 1.6.2.9      Editorial Changes – Senate Documents

1.  When the title of a University official or of an agency or unit of the University appearing in University Senate documents is changed, but the functions and responsibilities of the office or agency remain the same, the Executive Board may approve replacement in the Senate documents of the old title or designation by the new one, as an editorial change.  Such changes shall be reported to the University Senate.

### 1.6.2.10      Form of the Agenda

1.  Outline of the Agenda:

    I.      Call to Order

    II.     Prayer

    III.    Roll Call

    IV.     Approval of Minutes

    V.      Communications and Questions from:

            A.   The President of the University

            B.   The President of the University Senate

    VI.     Executive Board Report

            A.   Minutes of Executive Board

            B.   Executive Board Action Items

    VII.    Unfinished Business

    VIII.   Policy Committee Action Items.  In rotation.
            (Information items to be submitted to the Secretary of the Senate in writing or by e-mail and included with the agenda.)

    IX.     Special Committee Reports

    X.      New Business

    XI.     State of the University Announcements.  Questions.  In rotation.
            (Detailed reports, if necessary, to be submitted in writing or by e-mail and included with the agenda.)

            A.   Vice President of Academic Affairs

            B.   Vice President for Business Affairs

    C.   Vice President for University Advancement

    D.   Vice President for Student Affairs

    E.   Vice President for Enrollment

    F.   Athletic Director

    G.   Student Government Union President

    H.   President of the United Faculty of Saint Leo University

    I.   Chief Information Officer

XII.    Adjournment

2.   System of Rotation:

For purposes of Bylaws subparagraph 1.6.2.10, Parts 1.VIII and 1.XI, above, "in rotation" shall be applied so that order shall be rotated for each meeting, so that whoever was last in order at one meeting shall be called on first in order at the next meeting. For purposes of Bylaw subparagraph 1.6.2.10, Part 1.VIII, above, each committee shall present only one (1) action item at a time. When each committee has been called on, the President of the Senate shall then call again on the committee first in the day's order for one (1) additional action item, and so on.

3.   Announcements about the State of the University, including the University President's announcements, are informational only. No resolutions calling for action may be presented at this point in the agenda.

### 1.6.2.11    Meetings

1.   For purposes of planning schedules, meetings shall normally be called for Thursdays.

2.   The meeting calendar for each semester shall be prepared by the Executive Board and shall be announced at the last meeting of the University Senate in the spring semester.

3.   Normally, regular meetings shall convene at 2 p.m. and adjourn automatically at 5 p.m. (unless adjourned earlier by majority vote). For any specific meeting, regular or special, the Executive Board may provide in advance for convening or adjourning meetings at other times. The time for adjournment of any meeting may be extended by majority vote on request of the President of the Senate or of any other member. When the Senate automatically adjourns at 5 p.m. or other specified time, the matter then under consideration shall be a special order of business for the next meeting and shall be placed on the agenda immediately following reports of the Executive Board.

4.   Persons not members of the University Senate who wish to address the Senate may be permitted to do so as follows:

   a.   University administrators, members of the Senate standing committees, chairs of Senate special committees, and a representative of the collective bargaining agent may be recognized by the President of the Senate, at the President's discretion, to speak on agenda items in their areas of responsibility or charge.

b. Any person may address the Senate on a particular agenda item by invitation of the Executive Board or by permission of the President of the Senate prior to the call to order.

### 1.6.2.12    Motions

1. Substantive motions are of three (3) kinds:

   a. Sense of the Senate Resolutions – motions that would express the sense or opinion of the Senate, but would not propose new or modified policy or procedure specifically for Saint Leo University.

   b. Senate Management Resolutions – motions (other than motions to amend the Bylaws) affecting only the rules, procedures, committees or other internal affairs of the Senate.

   c. Policy Resolutions – motions, which if approved by the Senate and the President of the University, would create or modify University policy or procedure.

2. Recommendations from standing committees, whether or not they affect any University policy, may be acted upon at the meeting of the University Senate at which they are introduced, provided they have been distributed to members of the Senate at least twenty-four (24) hours in advance of the meeting. However, a recommendation which a committee considers of unusual importance or complexity may be designated by the committee as a "first reading" item, for final action at the meeting following that at which it was first reported by the committee.

3. Motions from the floor not proposed by a standing committee:

   a. Sense of the Senate and Senate Management Resolutions may be introduced and acted on at any meeting under the appropriate agenda item.

   b. Policy Resolutions may either be acted upon at a meeting subsequent to the meeting at which it is introduced or at which notice is given to the University Senate of intention to introduce such a motion, or when the senate, by a 2/3 majority vote, agrees to fully consider and act on a policy motion. If only a notice is given, such notice shall include the general sense of the proposed motion, and may be given either orally or in writing. Upon giving of notice, the presiding officer shall enter the mover's name on the agenda for the next meeting and shall recognize the mover at the time for New Business for the purpose of introducing the motion. Any motion from the floor may be referred to a committee on the day when first introduced. Motions to change the Bylaws are governed by Article VI., Section 6.6 of the Constitution (paragraph 1.6.1.6, Part 6.6).

4. Any motion referred by the University Senate to a standing committee must be reported back to the Senate with the committee's recommendation.

### 1.6.2.13    Minutes

1. Minutes of the University Senate are available to anyone in the University community upon request and shall be posted on the University website.

2. Minutes and other papers of committees handling confidential matters shall be available only to committee members or such other personnel designated by Human Resource policies of the United Faculty of Saint Leo University.

#### 1.6.2.14    Quorum

1.  For all Senate committees and all Senate meetings, a quorum is at least two-thirds of all voting members (nearest round number).  For the purposes of calculating a quorum, committee members are not considered to be voting members until their first committee meeting in each academic year, and Senate members are not to be considering voting members until the first Senate meeting in each academic year.

#### 1.6.2.15    University Senate Executive Board - 2005-2006

**Officers of the University Senate**:

| | |
|---|---|
| Marilyn Mallue | President |
| Chris Miller | Vice President |
| Laurel Cobb | Secretary |

**Standing Committee Chairs**:

| | |
|---|---|
| Trish Parrish | Admissions and Financial Aid |
| Barry Glover | Undergraduate Academic Standards and Policy |
| Balbir Bal | Undergraduate Program and Curriculum |
| Tom Zimmerer | Graduate Academic Standards and Program |
| Barb Wilson | Planning Budget and Review |
| Rich Bryan | Assessment, Research, and Planning |
| Michael Moorman | Faculty Promotion and Tenure |
| Fran Reidy | Collaborative Community |
| Steve Burrell | Technology Advisory |

**Non-voting members:**

| | |
|---|---|
| Maribeth Durst | (Acting) Vice President of Academic Affairs |
| Ed Dadez | Vice President of Continuing Education and Student Services |
| Frank Mezannini | Vice President of Business Affairs |

#### 1.6.2.16    University Senate Standing Committees 2005 - 2006

FTF – full-time faculty
SB – School of Business
SCE – School of Continuing Education
ESS – Education and Social Services

SGU – Student Government Union
AS – Arts and Sciences
nonUC – not from University campus

##### *1.6.2.16.1    Faculty Promotion and Tenure Committee*

| | |
|---|---|
| Appointed | Jack McTague |
| Appointed | (continuing) Marilyn Mallue |
| Elected | (continuing) Terry Danner |
| Elected | (continuing) Mike Moorman |
| Elected | Mary Spoto |
| Chair | Michael Moorman |

##### *1.6.2.16.2    Admissions and Financial Aid Committee*

| | |
|---|---|
| FTF-AS | Siamack Bondari |

FTF-ESS ....................Trish Parrish
FTF-SB ......................Deborah Pendarvis
Admin/Staff...............John Walsh
Admin/Staff...............Beth Carter
Student Senator ..........Darius Lewis
Ex-officio ..................Gary Bracken
Chair..........................Trish Parrish

### 1.6.2.16.3    Graduate Academic Standards and Program Committee

| | |
|---|---|
| Program Director | Bobby Diemer |
| Program Director | John Smith |
| PTF | Tom Seiler (Grad. Bus) |
| PTF | Susan Foster (FTF-Bus) |
| FTF | Patrick Draves (Grad. Psych) |
| FTF | Tom Zimmerer (Grad Bus) |
| Student | Faith Grant |
| Student | Curtis Turney |
| Ex-officio | Karen Hatfield |
| Chair | Tom Zimmerer |

### 1.6.2.16.4    Curriculum Committee

| | |
|---|---|
| FTF-ESS | Valerie Wright |
| FTF-SB | Balbir Bal |
| FTF-AS | Jane Govoni |
| FTF-SCE | Michael McLaughlin |
| PTF | Kimberley Glover |
| Library | Brent Short |
| Student Senator | James Blade |
| Admissions | (Will remain open) |
| Business Affairs | Melinda McKendree |
| Ex-officio | Maribeth Durst |
| Ex-officio | Ed Dadez |
| Ex-officio | Karen Hatfield |
| Chair | Balbir Bal |

### 1.6.2.16.5    Academic Standards and Policy Committee

| | |
|---|---|
| FTF-AS | Mary Spoto |
| FTF-SB | Larry Mistor |
| FTF-ESS | Terry Danner |
| FTF-SCE | Michael Sciarini |
| SGU Judicial Chair | Chelsea Grant |
| Ex-officio | Karen Hatfield |
| Chair | Barry Glover |

### 1.6.2.16.6    Planning and Budget Review Committee

(2 nonUC)

| | |
|---|---|
| FTF | Senator  Monika Vo |
| FTF Senator | Jacci White |
| FTF | Laurel Cobb |
| Admin/Staff | John Cain |
| Admin/Staff | Barb Wilson |
| Admin/Staff | Susan Paulson |
| Student | Andrew Johnson |
| Ex-officio | Frank Mezzanini |
| Chair | Barb Wilson |

### 1.6.2.16.7    *Assessment, Research, and Planning Committee*

| | |
|---|---|
| VPAA | Maribeth Durst |
| OIR-Dir | Jeanne Roberts |
| AAP-Dir. | Jeffrey Anderson |
| Registrar | Karen Hatfield |
| ESS-Dean | Marguerite McInnis |
| AS-Dean | Rich Bryan |
| SB-Dean | Michael Nastanski |
| FTF | Kevin Kieffer |
| FTF | Stephen Baglione |
| FTF | Ernie Williams |
| Chair | Rich Bryan |

### 1.6.2.16.8    *Collaborative Community Committee*

| | |
|---|---|
| FTF | Sandy Hawes |
| FTF | Donald Pharr |
| FTF | Jerome Williams |
| Admin/Staff (student affairs) | Todd Justesen |
| Admin/Staff(student affairs) | Mark Stier |
| Coach | Kerri Reaves |
| Coach | Chanita Olds |
| Student | Judy Salinas |
| Student | Robert Dadez |
| Student | Kenrick Roberts |
| Dir. University Ministry | Michael Cooper |
| COL Representative | Sheryl Lay |
| FT Off Campus Librarian | Steve Weaver |
| Center Rep | Tanya Higgins (PTF-Eustis) |
| Ex-officio | Athletic Director – Fran Reidy |
| Ex-officio | VPCESS – Ed Dadez |
| Ex-officio | Alumni Relations – Susan Shoulet |
| Chair | Fran Reidy |

### 1.6.2.16.9    *Technology Advisory Committee*

| | |
|---|---|
| FTF | Randy Criss |
| FTF | Jerome Williams |

| FTF | Cindy Lee |
| FTF | Chris Miller |
| FTF-non UC | Yvette Ghormley |
| FTF-non UC | John Jeanguenat |
| A/P | Susan Boyd |
| A/P | Susan Paulson |
| Instructional Technologist | Caroline Cerveny |
| Student | Kirsten Welsh (COL) |
| Dean | Rich Bryan |
| Chair | Steve Burrell |

### 1.6.3    Saint Leo University Student Government Constitution and Bylaws

The name of the student governing organization shall be the Student Government Union, herein referred to as the SGU.  The SGU Constitution and Bylaws can be accessed on the University's website at www._____.

#### 1.6.3.1    Objectives

1. To foster high standards of integrity and conduct that promotes leadership, unity, loyalty, and morale among students.
2. To advocate student opinions and concerns to the faculty, staff, and administration of Saint Leo University.
3. To produce a balanced schedule of programs that enhances campus life and the surrounding communities.
4. To approve new organizations seeking recognition and support existing recognized organizations.

#### 1.6.3.2    Membership

All students who are registered and financially support the SGU through the required student activities fee shall be considered members of the SGU.

#### 1.6.3.3    Elections

The designated elected officers shall be elected in the spring semester of each academic year, with the exception of the freshman positions which will be elected in the fall semester of the academic year.  In all elections, procedures adopted by the SGU shall be followed.

#### 1.6.3.4    SGU Executive Board

The elected members of the SGU Executive Board shall consist of the following voting and non-voting members.  The term of service shall be one academic year.

1. Voting Members:
   a. President (may vote in case of a tie);
   b. Executive Vice President;

    c.  Vice President for Campus Activities;

    d.  Executive Treasurer;

    e.  Executive Secretary.

2.  Non-Voting Members:

    a.  Advisor

3.  The SGU President shall serve as chair of the SGU Executive Board ensuring its efficient operation.

4.  The Assistant Vice President for Student Services or a designee shall serve as the advisor to the SGU Executive Board.

### 1.6.3.5    Standing Committees

The following committees will be known as the SGU Standing Committees:

1.  Campus Activities Board chaired by the Vice President of Activities;

2.  Elections Committee chaired by the Executive Secretary;

3.  Finance Committee chaired by the Executive Treasurer;

4.  Food Committee chaired by the President or an appointed person by the President.

5.  Greek Council.

### 1.6.3.6    Appointed Members of SGU

To assist the SGU President, there are five student liaisons, appointed by the SGU Executive Board, that are responsible for representing the Student Government Union to specific areas of campus and student life.

The terms of service will be one academic year.

1.  The student liaisons are:

    a.  Academic Liaison;

    b.  Athletic Liaison;

    c.  Greek Liaison;

    d.  Student Discipline Liaison;

    e.  Residence Hall Liaison.

## 1.6.4    *Saint Leo University Alumni Association Constitution*

### 1.6.4.1    Article I - Name

The name of the organization is THE SAINT LEO UNIVERSITY ALUMNI ASSOCIATION.

### 1.6.4.2      Article II - Purpose

The purpose of The Saint Leo University Alumni Association is to further the mission, vision, and values of Saint Leo University by assisting with fundraising efforts, recruiting of new students, providing appropriate feedback to the University; connecting and networking among and between alumni, faculty, and students; and maintaining traditions, thus preserving our past and supporting our future.

### 1.6.4.3      Article III - Membership

Members of the Alumni Association are defined as follows:

Active

Persons who have matriculated to at least one of the following Saint Leo institutions:  Saint Leo University, Saint Leo College, Saint Leo College Preparatory School, or Holy Name Academy shall be members of this Association.

Honorary

Honorary members may include present and former faculty, friends, and benefactors of the University whom the Alumni Association Board of Directors wishes to recognize and who are duly elected to honorary membership by a majority of the Board.  Honorary members may participate in Association activities, but shall not vote at Association meetings or serve on the Alumni Association Board of Directors.

Ex Officio

Ex Officio members of the Association shall include recipients of honorary degrees from the University, the Director of Alumni Relations or its successor office, or others as confirmed by the Alumni Association Board of Directors.  Ex officio members may participate in Association activities but shall not vote at Association meetings.

### 1.6.4.4      Article IV - Term

The term for this Association is perpetuity**.**

### 1.6.4.5      Article V - Officers

The elected officers of the Alumni Association shall be a president, a vice president, a secretary, and a treasurer.  Officer's terms and guidelines are set forth in the Bylaws.

### 1.6.4.6      Article VI - Management

An Alumni Association Board of Directors whose members shall be selected in accordance with the Bylaws shall manage the affairs of the Alumni Association.  An Executive Committee shall be composed of the president, vice president, secretary, treasurer, and other Board of Directors or Association members who the Executive Committee deems shall be necessary in the furtherance of the Association's business.  Additional members of the Executive Committee shall be nominated by the president of the Alumni Association, confirmed by the Alumni Association Board of Directors and serve for a fixed time frame of one year or less.  The immediate past president of the Alumni Association and the Director of Alumni Relations or its successor office shall serve as ex-officio.

### 1.6.4.7        Article VII – Bylaws

The carrying out of the purpose of this Association is set forth in the Bylaws of the Saint Leo University Alumni Association. The Bylaws may be amended at any properly notified regular or special meeting by two-thirds of the Alumni Association Board of Directors voting, provided that notice and a statement of the proposed change(s) is given by electronic mail or post at least 30 days before such meeting.  Every member of the Board of Directors shall have the right to cast one vote in person or by mailed proxy vote, by faxed proxy vote, or by electronically submitted proxy vote.  Voting by means other than in person shall be addressed to the Director of Alumni Relations.  These votes must be received in the Saint Leo University Office of Alumni Relations by 3:00 p.m. Florida time, the day before the date of the meeting.  A Representative of the Office of Alumni Relations shall deliver these votes, to the president of the Board of Directors at the scheduled time and place of the meeting.

### 1.6.4.8        Article VIII – Amendments to the Constitution

This constitution may be amended by a two-thirds vote of the members of the Association present at any general membership meeting.  The proposed amendment(s) or amended form of the constitution shall have been sent to all members of the Association whose addresses are on file in the Association Office.  The proposed amendment(s) or amended form is to be given by electronic mail or post at least 30 days prior to the meeting at which the amendment(s) is to be considered.

### 1.6.4.9        Article IX - Other

All matters not specifically addressed by this constitution shall be dealt with on a case-by-case basis as deemed reasonable by the Association's Board of Directors and in the interest of the Association.

## 1.6.5    Saint Leo University Alumni Association Bylaws

### 1.6.5.1        Article I – Name, Purpose and Mission

#### 1.6.5.1.1        Section I – Name

The name of the organization is the Saint Leo Alumni Association.

#### 1.6.5.1.2        Section II – Purpose

The purposes of the Saint Leo Alumni Association are to assist and support the University as it fulfills its Catholic Benedictine mission to provide a high quality, student-centered liberal arts education in an environment that encompasses values of excellence, community, respect, personal development, responsible stewardship, and integrity; to be a vehicle for alumni to share in the life of the University through cooperative efforts coordinated by the Office of Alumni Relations in a mutually rewarding relationship; and, in cooperation with the Office of Alumni Relations, to be self-sustaining and self-perpetuating with regard to the Association's leadership, role, and function.

### 1.6.5.1.3    Section III – Mission

The mission of the Saint Leo Alumni Association is to foster a mutually beneficial relationship between Saint Leo University and its alumni by: promoting active alumni participation and involvement through on-campus and regional programs; by serving as an advocate for the University's mission, plans and purpose; by identifying and encouraging the enrollment of quality and diverse students; by assisting in gathering philanthropic support; and by recognizing University alumni and friends who are distinguished by their loyalty, professional achievement, and community service.  In fulfilling this mission, the Saint Leo Alumni Association will insure that all of its efforts and activities are consistent with the University's mission, values, strategic objectives, policies, and procedures.

#### 1.6.5.2    Article II – Membership

Individuals who meet the criteria set forth in the association's constitution shall be entitled to membership.  Member categories are active, honorary, and ex-officio.  Members have the right to participate in activities sponsored by Saint Leo University and its alumni association; to participate in committee and volunteer opportunities as outlined in Article III, Section I of these Bylaws, and to receive all association publications and notice of general meetings held under the auspices of the association.

#### 1.6.5.3    Article III – Management of the Association

### 1.6.5.3.1    Section I – Saint Leo Alumni Association Board of Directors

The management of the association is vested in its Board of Directors which shall have a minimum of 15 and a maximum of 30 elected members, one-third of whom are elected annually. No member can serve more than two consecutive three-year terms.  Partial terms are excluded when considering two consecutive terms.  The Executive Committee may fill vacancies on the board or in the offices of the association arising from unexpired terms, and the President of the association appoints a nominating committee to nominate candidates for election to the Board and to offices of the association in accordance with the provisions of these bylaws.  Composition of the Board of Directors will represent the University's diverse alumni populations.  The Board of Directors shall be responsible for oversight of the organization's mission, vision and planning, for monitoring and assessing its programs, and for interpreting the University to the alumni community and the alumni community to the University.  The Director of Alumni Relations, employed by Saint Leo University, shall serve as an ex-officio member of the Board of Directors.  The Director serves as the primary liaison between the alumni association and the Saint Leo University administration.

### 1.6.5.3.2    Section II – Officers

The officers of the association shall be President, Vice President, Secretary, and Treasurer, who shall be elected by the Board of Directors from its membership for one year terms, unless otherwise provided here, and shall hold office until their successors are elected and have been qualified.  The immediate past President shall serve as an officer ex-officio.  Officers shall not be eligible for election for more than two consecutive one-year terms.  Partial terms are excluded when considering two consecutive terms.  The Executive Committee may fill vacancies on the Board or in the offices of the association arising from unexpired terms.  The President of the

association shall call upon the association development committee to nominate candidates for election to the Board and to offices of the association in accordance with provisions of these Bylaws.

The officers and their respective duties are as follows:

    A.  The President shall provide general supervision and leadership for all organizational programs and policies.  The President shall preside at all meetings of the association, the Board of Directors, and the Executive Committee.  The President shall be an ex-officio member of all standing committees of the association.

    B.  The Vice President shall oversee the following standing committees of the Association:

- Committee for Association Activities and Programs,
- Committee for Association and Board Development,
- Committee for Association Communication and Advancement.

    C.  The immediate past President shall provide counsel to the President and the Board of Directors and shall serve as an ex-officio member of the association development committee.

    D.  The Secretary shall keep the minutes of meetings of the association, the Board, and the Executive Committee, and submit them to the Board within 15 days of each recorded meeting.  The Secretary may audit from time to time the official records of the alumni association as housed in the office of Alumni Relations.

    E.  The Treasurer shall oversee the financial activities of the association and make appropriate reports as required.   Expenditures of association funds will be recommended by the association Treasurer and managed by the Director of Alumni Relations in accordance with University policy.

### *1.6.5.3.3     Section III – Records*

Official records of meetings of the association, its Board of Directors and Executive Committee, as well as association-sponsored activities, shall be maintained in the office of Alumni Relations and made available to Board of Directors and committee members on request.  A packet of the preceding year's association records shall be conveyed to new officers at the time of their election or appointment.

### *1.6.5.3.4     Section IV – Executive Committee*

The Executive Committee is authorized by the Board of Directors to manage all business and affairs of the association and the Board between regular and special meetings.  The Executive Committee may not alter or rescind the constitution, bylaws, strategic plan, or remove any officer from office.

The Executive Committee shall be comprised of the elected officers of the association, which include the President, Vice President, Secretary, and Treasurer.  The President shall serve as Chair of the Executive Committee.  The immediate past President and the Director of Alumni Relations serve as ex-officio members.

#### 1.6.5.4        Article IV – Election and Appointments

##### *1.6.5.4.1     Section I – Election of Officers*

The President, Vice President, Secretary, and Treasurer shall be elected by members of the Board of Directors.  A slate of officer candidates shall be compiled by a nominating committee consisting of the immediate past President, the chairman of the association development committee, and three at-large Board members, preferably with expiring terms.  The Director of Alumni Relations shall serve as an ex-officio member of the nominating committee.  The candidate receiving a majority of votes for each office shall be elected.

##### *1.6.5.4.2     Section II – Term of Office and Vacancies*

A.  The President, Vice President, Secretary and Treasurer shall each serve a one-year term of office commencing on July 1, or as otherwise determined by the Board of Directors.

B.  The immediate past President shall serve as an ex-officio member of the Board for a one-year term immediately following the term as President.

C.  All officers shall continue to serve until their successors are qualified to serve.

##### *1.6.5.4.3     Section III – Appointments*

The Executive Committee may fill vacancies on the Board or in the offices of the association arising from unexpired terms.

#### 1.6.5.5        Article V – Association Committees

Alumni Association Committees provide opportunities for members of the association and elected Board members to share their time, talent, and spirit on behalf of Saint Leo University. Volunteers from the association are always welcome and a volunteer list will be maintained in the office of Alumni Relations.  Board members will be assigned annually to serve on committees by the association President in consultation with the Director of Alumni Relations.

##### *1.6.5.5.1     Section I – Standing Committees of the Association*

There shall be a minimum of three standing committees of the association.  The committees are:

A.  Committee for Association Activities and Programs
    The Committee for Association Activities and Programs is responsible for planning and supporting activities that reconnect, engage, and benefit Saint Leo University alumni. Association activities should be designed to engage alumni, encourage volunteerism, promote leadership, and periodically recognize outstanding alumni accomplishments and commitment to the mission, vision and values of Saint Leo University.  Sub-committees may be designated as needed.

B.  Committee for Association and Board Development
    The Committee for Association and Board Development is charged with ensuring clarity of purpose for the association and its Board of Directors.  The committee also serves as the Board's nominating committee, and is responsible for the identification, nomination, and election of its members and officers.  This Committee is responsible

for ongoing Board development and periodic self-assessment.  Sub-committees may be designated as needed.

C.  The Committee for Association Communication and Advancement
The Committee for Association Communication and Advancement shall work with the office of Alumni Relations to ensure that the alumni association has an effective communication plan ensuring periodic, ongoing, appropriate communication with the University and its alumni stakeholders.  The committee is charged with providing leadership and assistance to the University in its fund-raising activities.  Sub-committees may be designated as necessary.

### 1.6.5.5.2    Section II – Committee Membership

Committee chairs, appointed by the President, shall select committee members, referring to the list of volunteers maintained by the office of Alumni Relations.  Each committee shall have a minimum of three members chosen from the Board.  The President and Director of Alumni Relations and/or a designated University representative shall serve as ex-officio, non-voting members on all committees.

### 1.6.5.5.3    Section III – Ad Hoc Committees

Other committees may be created and members appointed as the Executive Committee, Board, or Director of Alumni Relations may from time to time deem necessary or advisable.

## 1.6.5.6    Article VI – Meetings

### 1.6.5.6.1    Section I – Meetings of the Association

A.  Annual Meeting
The annual meeting of the association shall be held in Florida, at a time and place designated by the Board.

B.  Special Meetings of the Association
Special meetings may be held at the call of the President of the association or upon written request of a majority of the members of the Board of Directors.

C.  Notice of Meetings of the Association
Notice of all meetings of the association, whether annual or special, shall be given by the President or the Director of Alumni Relations by letter or prominent notice in an alumni publication not less than 20 days prior to the date of the meeting.  Notice of any special meeting shall state the purposes of the meeting.  No business shall be transacted at a special meeting that does not relate to the purposes stated in the notice.

D.  Quorum
A quorum at any meeting of the association shall consist of a majority of the members at the meeting in person or by proxy.

E.  Voting
Every member of the association shall have the right to cast one vote in person, by proxy, by mailed vote, or by electronically submitted vote, provided these votes are

received in the office of Alumni Relations by 8:00 a.m. (Eastern Time) on the date of the meeting.

### 1.6.5.6.2    Section II – Meetings of the Board of Directors

A.   Regular Meetings of the Board of Directors
     Regular meetings of the Board of Directors shall be held at a time and place determined by the President of the association.

B.   Special Meetings of the Board of Directors
     Special meetings of the Board of Directors may be called at any time by any two members of the Executive Committee or upon the request of one-third of the Directors. The objectives of the meeting must be set forth in both the call for and the notice of the meeting.   No business is transacted at a special meeting that does not relate to the purposes for which it was convened.

C.   Notice of Meetings of the Board
     Notice of all meetings of the Board, whether annual or special, shall be given by the President or the Director of Alumni Relations by letter or electronic means not less than 20 days prior to the date of the meeting.  The Executive Committee, by majority vote, may waive the advance notice provision in case of emergency.

D.   Quorum
     A quorum at any meeting of the Board of Directors shall consist of a majority of the voting members of the board present at the meeting.

E.   Meeting Attendance
     Any member of the Board who is absent from two consecutive regular meetings of the Board, except for reasons accepted as sufficient by the Executive Committee, or who ceases to be an active member of the association, ceases to be a member of the Board, and the Board may elect a member to the vacancy for the unexpired term.

### 1.6.5.6.3    Section III – Meetings of the Executive Committee

A.   Regular Meetings of the Executive Committee
     The Executive Committee of the Board of Directors shall meet at least quarterly and/or within 30 days of each Board of Directors meeting.  Members may participate in meetings by conference call, if necessary.

B.   Special Meetings of the Executive Committee
     Special meetings may be held at the call of the President of the association or Director of Alumni Relations, as necessary.

C.   Quorum
     A majority of the voting members of the Executive Committee shall constitute a quorum for the transaction of business at all meetings.

### 1.6.5.7        Article VII – Rules of Procedure

#### *1.6.5.7.1      Section I – Official Year*

The official year of the association begins on the first day of July and ends on the last day of June.

#### *1.6.5.7.2      Section II – Rules*

Robert's Rules of Order, Revised shall govern all meetings.

### 1.6.5.8        Article VIII – Conflict of Interest

A Board member shall be considered to have a conflict of interest if the Board member has existing or potential financial or other interests that impair or appear to impair the Board member's independent, unbiased judgment in the discharge of the Board member's responsibilities to the association; or if that Board member is aware that a member of that Board member's family has financial or other interests that would impair or appear to impair the member's independent judgment in the discharge of the Board member's responsibilities to the association.

For the purposes of this provision, a family member is defined as a spouse, parent, sibling, child, or any other relative residing in the same household as the Board member.

All Board members shall disclose to the President and the Director of Alumni Relations any possible conflict of interest at the earliest practical time.  Further, the Board member shall absent oneself from discussions of, and abstain from voting on, such matters under consideration by the Board of Directors or its committees.  The minutes of such meeting shall reflect that a disclosure was made and that the member with a conflict or possible conflict abstained from voting.  Any Board member who is uncertain as to whether a conflict of interest may exist in any matter may request that the Board or committee resolve the question in that Board member's absence by majority vote.  Each Board member shall complete and sign a disclosure form provided annually by the Director of Alumni Relations.

### 1.6.5.9        Article IX – Periodic Board and Board Member Assessment

#### *1.6.5.9.1      Section I – Purpose*

The Board of Directors shall conduct a self-study of its stewardship at least every three or four years.  The purposes of the self-assessment are to:

A.  Help the Board strengthen its performance;

B.  Strengthen Board leadership;

C.  Clarify strategic goals and objectives for the Board;

D.  Ensure that the Board has a clear grasp of its responsibilities;

E.  Strengthen relationships among Board members, the association, and the University; and

F. Clarify expectations among Board members, office of Alumni Relations staff, and the University.

#### 1.6.5.9.2    Section II – Responsibilities

The Director of Alumni Relations will work closely with the President and Executive Committee of the Board to design a process to periodically review the Board's work.  The President of the association and the Director of Alumni Relations shall be responsible for ensuring appropriate follow up.  The Board shall conduct annual individual Board member self-assessments through surveys or other appropriate instruments.

### 1.6.5.10    Article X – Review and Amendment of Bylaws

#### 1.6.5.10.1    Section I – Bylaws Revision

These Bylaws shall supersede all other bylaws and shall become effective immediately upon ratification by (a) a two-thirds majority vote of the Board of Directors as outlined in Article VII, Section II; (b) review by University legal counsel; and (c) approval by the advancement committee of the University on behalf of its Board of Trustees.

#### 1.6.5.10.2    Section II – Amendments

The bylaws may be amended by a two-thirds majority vote of the Board of Directors at any properly notified regular or special meeting, provided that notice of the proposed change(s) is made available 20 days before such meeting.

#### 1.6.5.10.3    Section III – Bylaws Review

These Bylaws shall be reviewed periodically by the Secretary of the Board of Directors and the Executive Committee.  The Secretary and the Executive Committee shall recommend any necessary changes to the Board of Directors who may ratify, alter or rescind them by a two thirds vote as outlined in Article X, Section II.

## 1.7    Committees of the University

Except for Subsections 1.7.3, 1.7.5 and 1.7.6 that have been taken from the Bylaws of the University Senate, the Student Government, and the Alumni Association Bylaws respectively, the committee structure below is generic and inclusive in nature.  It is meant for use as a guideline to assist with the identification and description of the committees that are in place at the University.

### 1.7.1    Administrative Committees

#### 1.7.1.1    President's Staff

The President's Staff is comprised of the following individuals:

1. Vice President of Academic Affairs;
2. Vice President of Continuing Education & Student Service;

3. Vice President of Enrollment;

4. Vice President of Business Affairs;

5. Vice President of University Advancement; and

6. Assistant to the President.

The President's Staff meets weekly or as requested by the President.

### *1.7.2   Institutional Committees*

Institutional Committees address matters that cut across various segments of the University and typically have representation from administration, faculty, staff, and students. Where applicable, these committees may also include alumni and other outside individuals as members who can bring expertise to specific issues.

#### 1.7.2.1      Campus Safety Committee

The Campus Safety Committee has been established to identify and suggest solutions to a variety of campus safety concerns and/or issues. The committee meets several times each semester. Committee members include the following: Vice President for Continuing Education and Student Services, Assistant Vice President of Student Services, Director of Residence Life, Director of Campus Safety, and a Board of Trustee Member.

#### 1.7.2.2      Commencement Committee

The Commencement Committee is chaired by the Registrar and is comprised of representatives from those administrative areas of the University that have some responsibility for the planning and coordination of the commencement activities including baccalaureate mass and college ceremonies. The committee meets monthly from September through February, meets bi-weekly in March and meets weekly in April and as needed in the week prior to the actual commencement ceremony. Each Center is responsible for planning their individual commencement ceremonies.

#### 1.7.2.3      First Alert (Early Intervention Committee)

The First Alert committee will meet to discuss students that have been identified as having academic and/or behavioral difficulties. Committee members will then provide the student(s) with resources and advisement that encourage student success. Members include the following: Assistant Vice President of Student Services, Director of Residence Life, Administrator of Academic Advising, and the Director of Counseling and Career Services and a faculty member.

#### 1.7.2.4      Institutional Review Board

The University Institutional Review Board (IRB) reviews requests from faculty, students and/or employees of the University who plan to use human or animal subjects in their research or classroom demonstrations. The IRB review is required to protect the rights of the subjects and to demonstrate the researcher's diligence in protecting the welfare of research participants and to ensure compliance with Federal regulations. The IRB is an objective third party that examines

the benefits of all proposed projects against the potential for risk to participants in the research/demonstration projects.

### 1.7.2.5      Student-Athlete Advisor Committee

The Student-Athlete Advisor Committee (SAAC) serves as a liaison between the athletic teams and the Athletic Department at Saint Leo University.  The SAAC is comprised of representatives from all sponsored intercollegiate sports at Saint Leo and meets on a regular basis to discuss and review issues and concerns of student athletes at Saint Leo University.

## *1.7.3   University Senate Committees*

See paragraphs 1.6.2.4 - 1.6.2.6 above.

### 1.7.3.1      Executive Board of the University Senate

See paragraphs 1.6.1.5 and 1.6.2.3.

### 1.7.3.2      Admissions and Financial Aid Committee

See subparagraph 1.6.2.4.1.

### 1.7.3.3      Undergraduate Academic Standards and Policy Committee

See subparagraph 1.6.2.4.2.

### 1.7.3.4      Undergraduate Program and Curriculum Committee

See subparagraph 1.6.2.4.3.

### 1.7.3.5      Graduate Academic Standards and Policy Committee

See subparagraph 1.6.2.4.4.

### 1.7.3.6      Planning Budget and Review Committee

See subparagraph 1.6.2.4.5.

### 1.7.3.7      Assessment, Research, and Planning Committee

See subparagraph 1.6.2.4.6.

### 1.7.3.8      Faculty Promotion and Tenure Committee

See subparagraph 1.6.2.4.7 and Volume IV-A, paragraph 1.1.11.3.

### 1.7.3.9      Collaborative Community Committee

See subparagraph 1.6.2.4.8.

### 1.7.3.10    Technical Advisory Committee

See subparagraph 1.6.2.4.9.

## *1.7.4    Collective Bargaining Agreement Committees*

### 1.7.4.1    Faculty Promotion and Tenure Committee

See Volume IV-A, paragraph 4.A1.1.11.3.

### 1.7.4.2    Faculty Development Fund Committee

See Volume IV-A, subparagraph 4A.1.1.1.12.1.

## *1.7.5    Student Government Union Committees*

### 1.7.5.1    Campus Activities Board

See the current SGU Constitution at www._____.

### 1.7.5.2    Elections Committee

See the current SGU Constitution at www._____.

### 1.7.5.3    Finance Committee

See the current SGU Constitution at www._____.

### 1.7.5.4    Greek Council

It shall be the duty of the Greek Council to administer all business related to the welfare of the Saint Leo University Greek community and to develop and enforce rules governing the Greek community.  IFC, PHC, or NPHC organizations are expected to abide by accreditation policy and Greek Council bylaws and constitution.

## *1.7.6    Alumni Association Committees*

### 1.7.6.1    Executive Committee

See paragraph 1.6.4.6.

### 1.7.6.2    Committee for Association Activities and Programs

See subparagraph 1.6.5.5.1.

### 1.7.6.3    Committee for Association and Board Development

See subparagraph 1.6.5.5.1.

#### 1.7.6.4        Committee for Association Communication and Advancement

See subparagraph 1.6.5.5.1.

### *1.7.7    Judicial Committees*

#### 1.7.7.1        Faculty Promotion and Tenure Committee

See Volume IV-A, paragraph 4.A1.1.11.3.

#### 1.7.7.2        Student Conduct Board

Students accused of a violation of the Code of Conduct will be given the option of having the case resolved immediately by a Hearing Officer or the Student Conduct Board.  The Student Conduct Board shall be composed of no less than three faculty/staff and three students. Members are appointed by the Student Services Division and will include two student services staff members, one faculty member, and three students.

### *1.7.8    Review of Standing Committees (Sunset Provisions)*

Administrative and Institutional committees are reviewed in the spring of each year and a decision is made by the President's Staff to continue, modify, or eliminate (sunset) each council or committee.

The University Senate will review all faculty committees and a similar decision on each one will be made in the spring of each year.  The Faculty Collective Bargaining Agreement may contain committees by contract.  These committees may not be modified or eliminated during the period of the agreement (unless the University and the Faculty Bargaining Unit agree to modify or eliminate a committee in accordance with the provisions of the agreement).

The Student Government Union and Alumni Association will review their respective committees in the spring of each year and decide whether to continue, modify, or eliminate (sunset) them

**Volume II**
**University Community Policies**

## 2.0    Introduction

The policies provided in Volume II of the Policy Manual pertain to all members of the Saint Leo University community and outline their responsibilities, as well as the policies and programs applicable to them.

The policies set forth in Volume II provide general information only and are not intended to be comprehensive or address all possible issues.  The University reserves the right to interpret, change, modify, add, or delete all or part of the policies at any time without prior notice. Circumstances not specifically addressed in Volume II will be handled on a case by case basis, in accordance with established practice.

An important effort has been made to recognize the differences present in the various campuses and areas of the University; however, these policies were developed by focusing on the rules and responsibilities our one organization has in common.  If a campus or area of the University wishes to issue its own memoranda or other statements related to University community policies, they must be consistent with this volume unless an appropriate senior administrative officer grants approval.  This volume supersedes all inconsistent memoranda and statements, as well as prior policies and procedures.

To the extent that University policies have applied to Union employees before the issuance of these policies, whether by practice or by contract, these policies shall also apply to Union employees in the same regard in accordance with the collective bargaining agreement.

A copy of Volume II of the Policy Manual is maintained in every department, location, center or major organizational entity of the University.  A copy of the volume will be maintained on the Saint Leo University website in Data Mart.  The master copy of the Policy Manual, including Volume II, will be maintained in the University Human Resources Office.

### 2.1    General Institutional Policies

#### 2.1.1    *Policy Amendments (rev. 5/27/2009)*

All substantial amendments, deletions, or additions to the Saint Leo University Policy Manual shall be approved by the President's Staff. Unless otherwise provided, policy changes shall be effective on the date of approval.

#### 2.1.2    *Institutional Policies on Affirmative Action and Equal Opportunity*

##### 2.1.2.1    Statement of Equal Employment Opportunity and Affirmative Action

Saint Leo University is an Equal Employment Opportunity-Affirmative Action employer.  The University seeks to provide equal opportunity in employment for all persons.  Saint Leo does not discriminate in all aspects of employment on the basis of race, color, creed, national or ethnic origin, gender, religion, disability, genetic information, age, disabled veteran status, veteran of the Vietnam era status, or citizenship, marital status, family responsibilities matriculation,

political affiliation, except in those special circumstances permitted or mandated by law. Additionally, the University will use good faith efforts to achieve ethnic and gender diversity throughout the workforce. The University emphasizes recruitment of women, minority group members, disabled individuals, and Vietnam era veterans.

The University reserves the right to designate specific positions within the University structure that require or prefer candidates to be members of the Roman Catholic Church as permitted by law.

**Philosophy**

To achieve its mission, the University strives to develop a community that is appropriately representative of the diversity of society. This commitment to affirmative action evidences the University's fundamental tenets and its dedication to an ongoing process of change and renewal.

**Procedures**

The goal of the University's hiring policy is to recruit, hire, transfer, promote and make other employment decisions using these guidelines:

1. To consider individuals without discrimination based on race, color, creed, national or ethnic origin, gender, religion, disability, genetic information, age, disabled veteran status, veteran of the Vietnam era status, or citizenship, marital status, family responsibilities matriculation, political affiliation, military service obligations or any other legally-protected category.

2. To use good faith efforts to achieve the University's affirmative action goals for minority persons and women.

3. To select the individual who best meets the needs of the selecting department and the University.

4. To enhance opportunities for mobility and promotion of qualified candidates who are current University employees.

5. To consider individuals who demonstrate a commitment to the University's mission and values.

All employment decisions, including hiring, compensation, benefits, transfers, training and termination will be made without regard to any legally-protected category as defined above.

It is part of the University's policy to comply with the Americans with Disability Act. Under this Act a qualified individual with a disability who can perform the essential functions of the position with or without a reasonable accommodation is protected from discrimination due to the individual's disability.

**Responsibility**

All selecting departments shall follow the procedures and the spirit of the University's Equal Opportunity - Affirmative Action policy. The Human Resources department assists selecting departments to recruit and hire candidates.

**Resource**

Contact the Human Resources department if you have questions or you would like more information about this policy. Employees who believe they have been discriminated against should contact the Director of Human Resources, who maintains a procedure for investigation and resolution of complaints.

### 2.1.2.2      Statement of Equal Educational Opportunity

It is Saint Leo University's policy to administer all educational programs and related supporting services and benefits in a manner which does not discriminate because of a student's or prospective student's age, citizenship, color, disability, genetic information, marital status, national origin, race, religion, political affiliation, sex, creed or veteran status, military service obligation or any other legally protected category by federal or state law.

## *2.1.3   Institutional Policy on Discrimination and Sexual Harassment*

The University is committed to upholding standards that promote respect and human dignity in an environment fostering learning and professionalism.  It is the policy of the University to maintain an educational and work environment free from all types of discrimination and harassment, an open environment that values and protects individual dignity and the integrity of human relationships.  Accordingly, all forms of discrimination and harassment by or against any member of the University community are prohibited.

The educational process at the University is based on mutual trust, freedom of inquiry, freedom of expression, and the absence of intimidation and exploitation.  Such an atmosphere of respect and regard for individual dignity among members of the academic community is essential if the University is to function as a center of academic freedom and intellectual advancement.  In addition, the University has a compelling interest in assuring the provision of an environment in which learning and work may thrive.  Such an environment requires free and unfettered discussion of the widest possible nature, one which encourages expression of all points of view.  The University recognizes that the academic setting is distinct from the workplace in that wide latitude is required for professional judgment in determining the appropriate content and presentation of academic material.  Assertions regarding any of the characteristics listed above, however, shall be directly related to the exchange of ideas, ideologies, or philosophies.  Any such assertions in the teaching context that are persistent, pervasive, and not germane to the subject matter may constitute discrimination or sexual harassment and will not be tolerated.

### 2.1.3.1      Discrimination

It is the policy of the University to recruit, employ, retain, promote, and provide benefits to employees and to admit and provide services for students without regard to race, color, religion, creed, sex, national origin, age, disability, genetic information, military status, or veteran status.  Discrimination based upon race, color, religion, creed, sex, national origin, age, disability, genetic information, military status, or veteran status, is prohibited by federal and state law and will not be tolerated at Saint Leo University.

Saint Leo University will respond promptly to all complaints of discrimination, including retaliation and harassment. Violation of this policy can result in serious disciplinary action, up to and including expulsion for students or discharge for employees.

#### *2.1.3.1.1    Definition of "Discrimination"*

Discrimination is the adverse treatment of an individual in employment or academic decisions based on race, color, religion, credit, sex, national origin, age, disability, genetic information, military status, or veteran status.

### 2.1.3.1.2    Definition of "Retaliation"

Retaliation is a form of discrimination.  Retaliation is conduct causing any interference, coercion, restraint, or reprisal against a person complaining of discrimination or participating in the resolution of a discrimination complaint.

### 2.1.3.1.3    Definition of "Harassment"

Harassment is also a form of discrimination.  Harassment is the creation of a hostile or intimidating environment, in which verbal or physical conduct, because of its severity and/or persistence, is likely to interfere significantly with an individual's work or education, or affect adversely an individual's living conditions.

## 2.1.3.2    Sexual Harassment

Sexual harassment of any type is prohibited by federal law and will not be tolerated at Saint Leo University.  Retaliation against an individual making an informal or formal allegation of sexual harassment will be considered a separate incident of sexual harassment.  All complaints, whether formal or informal, will be evaluated and investigated as appropriate.

All faculty, staff and students have a right to be free from any form of sexual harassment.  Sexual harassment in any situation is unjustifiable.  It is particularly reprehensible when it exploits the trust desired in education and employment relationships.  When the authority and power inherent in faculty relationships with their students, in supervisors with their employees, or in one peer over another is abused by sexual harassment of any type, there is a potential for great damage to the students, to employees, and to the educational and moral climate of the University.  Individuals in positions of authority must be sensitive to the potential conflicts between personal relationships and professional responsibilities.

Academic freedom should not be abridged by this policy.  For example, when a faculty member lectures or leads a discussion on sexually related topics relevant (meaning both germane and pedagogically related to course and topic) to the course material, this is not subject to claims of sexual harassment.  At the same time, academic freedom does not include the freedom to discriminate against or sexually harass an individual.

### 2.1.3.2.1    Definition of "Sexual Harassment"

Sexual harassment is defined as unwelcome sexual contact of any nature, communication (either verbal or pictorial) of a sexual or gender-based nature, or solicitation of sexual contact of any nature, when any of the above contacts or communications is not mutually agreeable to both parties and any of the following conditions apply:

1.    The submission to such contact, communication, or solicitation is made explicitly or implicitly a term or condition of an individual's employment or academic process;

2.    Submission to or rejection of such contact, communication, or solicitation by an individual is used or threatened as a basis for employment or academic decisions affecting such individual;

3.    Such contact, communication, or solicitation has the purpose or effect of being sufficiently severe, pervasive/persistent and objectively offensive that it could alter the conditions of education or employment, by interfering with an individual's work, academic performance, living conditions, or status.

### *2.1.3.2.2    Definition of "Hostile Environment"*

A hostile environment can constitute sexual harassment. The determination of whether an environment is "hostile" must be based on all of the relevant circumstances. These circumstances could include:

1.   The frequency of the conduct;

2.   The nature and severity of the conduct;

3.   Whether the conduct was physically threatening;

4.   Whether the conduct was humiliating;

5.   The effect of the conduct on the alleged victim's mental or emotional state;

6.   Whether the conduct was directed at more than one person;

7.   Whether the conduct arose in the context of other discriminatory conduct;

8.   Whether the conduct unreasonably interfered with the alleged victim's educational or work performance;

9.   Whether the statement is a mere utterance of an epithet which engenders offense in an employee or student, or offends by mere discourtesy or rudeness; and/or

10.   Whether the speech or conduct deserves the protections of academic freedom.

### *2.1.3.2.3    Definition of "Retaliatory Harassment"*

Retaliatory harassment is defined as situations where any person retaliates using, for example, intimidation, threats, actual violence, ridicule, taunting, bullying, or ostracism against a person or their property, as a result of that person's decision to object and/or report sexual harassment.

### *2.1.3.2.4    Examples of Sexual Harassment*

1.   A professor suggests or insists that a student have sex with the professor in exchange for a good grade. This is what is known as "quid pro quo," i.e., an action taken in exchange for a perceived benefit.

2.   An employee repeatedly sends sexually oriented jokes on an email list the employee created, even when asked to stop, causing one recipient to avoid the sender on campus and in the residence hall in which they both live.

3.   Explicit sexual pictures are displayed in a professor's office, on the exterior of a residence hall door, or on a computer monitor in public space.

4.   Two supervisors frequently "rate" several employees' bodies and sex appeal, commenting suggestively about their clothing and appearance.

5.   A professor engages students in discussions in class about their past sexual experiences, yet the conversation is not in any way germane to the subject matter of the class. The professor probes for explicit details, and demands that students answer, though they are clearly uncomfortable and hesitant.

### 2.1.3.3        Redress of Discrimination and Sexual Harassment Complaints

Saint Leo University has established informal and formal procedures to resolve complaints involving discrimination and sexual harassment.  It is the intent of the University to seek resolution by informal means whenever reasonably possible.  Any complaint is best addressed as soon as possible.  A demonstrable effort will be made to resolve complaints quickly and with an appropriate sensitivity to the privacy of those involved.

Faculty, staff, or administration seeking information about these procedures should see the Director of Human Resources or the Equity Officer of the University, both of whom serve as resources to any person who has a discrimination or sexual harassment complaint or inquiry. Students seeking information about these procedures in regards to another student should see the Director of Residence Life.  A student seeking information about these procedures in regards to an employee of Saint Leo University should contact the Director of Human Resources or the Equity Officer.

The Equity Officer or Director of Human Resources can provide information on the informal and formal procedures for a discrimination or sexual harassment claim.  Once a complaint is brought to the attention of these resources, one or both will act to investigate the allegations and issue a report.  If an employee or student desires private consultation rather than institutional action, the employee or student is encouraged to seek out counselors or clergy, who may maintain confidentiality and have no legal mandate to investigate and remedy instances of discrimination or sexual harassment.

1.   All employees have a responsibility to report instances of discrimination or sexual harassment about which they have information to their supervisors or to the resources named above.

2.   Members of the University community who feel they have experienced discrimination or sexual harassment will usually be encouraged to first follow the informal procedure outlined below in subparagraph 2.1.2.3.1.  If that procedure fails to provide satisfactory resolution of the complaint, and the complainant chooses to pursue the matter, the complainant may then follow the formal procedure as outlined in subparagraph 2.1.2.3.2.  At any time that a complainant insists on a formal procedure as a first step, or when sexual harassment is physical, such as sexual assault, informal procedures should not be utilized.

3.   Contact information for the Equity Officer can be found in the Human Resource Office.

### 2.1.3.3.1      *Informal Procedure*

1.   Informal consultations or complaints are, except in unusual circumstances, initiated with the Equity Officer.  Such initial contact will be confidential and options will be discussed.  In the event that the Equity Officer is the subject of the complaint, the consultation or complaint shall be addressed directly with the Human Resources Office.  The Director of Human Resources will then act in place of the Equity Officer throughout the proceedings.

2.   The complainant may be informed that several techniques exist to resolve the issue directly. Effective techniques include, but may not be limited to:

        a.   Confronting the alleged harasser or discriminator to communicate feelings about the conduct at issue.

      b.   Writing a letter or memo to the alleged harasser or discriminator, indicating clearly what behaviors is in question, that those behaviors are unwelcome, and that they are expected to cease.

      c.   General sensitivity training sessions for reminders targeting the department of the accused.

3.   If the complaint does not involve physical assault, the complainant may be offered the option of mediation.

4.   If the complainant chooses assistance to pursue informal resolution, the Equity Officer will attempt immediately to resolve the complaint through investigation, and if appropriate, a meeting with the accused.  If the complainant and the Equity Officer agree that such a meeting would not be effective or advisable under the circumstances, then they may immediately initiate the formal procedure.

### 2.1.3.3.2    Formal Procedure

1.   The complainant who chooses to initiate formal procedures must file with the Equity Officer or the Director of Human Resources a written signed complaint specifying the name(s) of the accused, the date(s) of the incident(s) in question, and a description of the offending conduct. This formal complaint must be filed within 180 days of the alleged discrimination or harassment, or of the termination of the Informal Procedure (see subparagraph 2.1.2.3.1), though extensions may be permitted upon request upon a showing of good cause.

2.   Except in unusual circumstances, within fourteen calendar days of the receipt of a formal complaint, the Equity Officer will review the complaint and determine whether it has merit on its face.  If the complaint is without merit, it will be dismissed without further investigation, and the Equity Officer will promptly inform the complainant of this finding. The Equity Officer will keep a record of the complaint and his/her reason(s) for dismissal. A complainant may appeal a decision to dismiss the complaint by writing to the Assistant to the President.  The Assistant to the President will review the record and either affirm or overrule the decision of the Equity Officer to dismiss.  If the Assistant to the President affirms the Equity Officer's dismissal of the complaint, the decision is final and the matter shall be concluded.  If the Assistant to the President overrules the Equity Officer and finds the complaint has merit, he/she will refer the complaint back to the Equity Officer for investigation.

3.   If the complaint is meritorious on its face, the Equity Officer will conduct an investigation and prepare a report.  The report will summarize (1) the allegations of discrimination or sexual harassment against the accused, (2) the evidence supporting or refuting the charge, (3) the Equity Officer's interviews with the complainant and the accused (including any admissions), (4) and the Equity Officer's findings.  The written report will be provided to the complainant, the accused, the appropriate supervisor (as determined in consultation with the Human Resources Office), and the Human Resources Office.  The findings of the Equity Officer are not subject to appeal except as hereinafter provided.

4.   The supervisor and the Director of Human Resources will review the report prepared by the Equity Officer and, in the event of a finding of guilt, recommend appropriate sanctions against the accused to the proper Vice President.  The Vice President will then take appropriate action to remedy the violation of policy, which shall include the institution of appropriate sanctions against the accused as set forth in subparagraph 2.1.2.3.3.

5.    The accused may file an appeal to the President within ten days of the issuance of sanctions by the Vice President.  The grounds for appeal shall be limited to (1) alleged violations of the procedures set forth in this policy and (2) the appropriateness of the sanctions imposed on the accused.  The President shall review the Equity Officer's report and other appropriate records and, in the event of substantial procedural irregularities, will remand the matter back to the Equity Officer for reconsideration.  If there are no substantial procedural irregularities, the President shall accept or modify the sanctions imposed by the Vice President.  The President's decision is final and shall not be subject to further review or grievance.

6.    Minor deviations from these prescribed procedures shall not render a decision invalid. These procedures are available only so long as neither party has filed or initiated a proceeding with a court or agency outside of the University, unless both parties mutually agree to continue the internal procedures set forth in this policy.

### 2.1.3.3.3    *Sanctions and Remedies*

If the Equity Officer finds that the accused has violated the University's discrimination or sexual harassment policy, the violator will be subject to reasonable disciplinary or corrective action depending on the severity of the offense.  Sanctions and remedies may include, but are not limited to, a letter of reprimand, a formal warning, suspension or termination of employment, or dismissal from the University in the case of a student violator.

If the Equity Officer determines that inappropriate actions or behaviors have taken place, but not to the extent of discrimination or sexual harassment as defined in this policy, the University reserves the right to require that either or both parties undergo training, counseling, monitoring, or other such remedy that is determined to be appropriate to the findings.

### 2.1.3.4    Confidentiality

The University will strive to protect, to the greatest extent possible, the confidentiality of persons reporting discrimination or sexual harassment, and of those accused of discrimination or sexual harassment.  Because the University has an obligation to address discrimination and sexual harassment, the University cannot guarantee complete confidentiality where it would conflict with the University's obligation to investigate meaningfully or, where warranted, take corrective action.  Even when some disclosure of the University's information or sources is necessary, it will be limited in scope to the extent possible.  The University will, to the extent permitted by law, keep confidential all records of complaints, responses and investigations.  The records maintained by the Equity Officer shall be available only to the Equity Officer and, to the extent necessary, to administrators and other supervisors charged with responding to allegations of discrimination or sexual harassment.  Allegations of discrimination or sexual harassment shall not be placed in student records or personnel files unless, after appropriate investigation, such allegations have been sustained.  Records of allegations maintained by the Equity Officer which do not lead to formal hearings or personnel actions will be discarded after five years unless there are additional, more recent complaints against the same person.  Any records maintained by the Equity Officer concerning an allegation about which an accused person was not given reasonably timely notice and an opportunity to respond shall not be used to justify or enhance a sanction, other than an oral or written warning, imposed for a different instance of harassment.

### 2.1.3.5    Non-Reprisal Clause

Neither the Equity Office, the Director of Human Resources, nor any members of the University community involved in the investigation of a discrimination or sexual harassment complaint shall be subject to interference or reprisal in their classes or jobs. Disciplinary action may be taken against any employee who retaliates against the complainant for filing a complaint.

### 2.1.3.6    Hostile Environment in Absence of Complaint

If the University has credible notice, either direct or indirect, of possible discrimination or sexual harassment of a member of its community, or notice of a hostile environment, then it will take immediate and appropriate steps to investigate or otherwise determine what occurred and take steps reasonably calculated to end any sexual harassment or discrimination, eliminate a hostile environment if one has been created, and prevent sexual harassment or discrimination from occurring again.

### 2.1.4    Consensual Relations Policy (rev. 5/27/2009)

Because of the potential for abuse or the appearance of abuse and the inherent differential in authority, Saint Leo University prohibits the following romantic and/or sexual relationships:

1.  A relationship between university employee and a student currently enrolled as an undergraduate at Saint Leo University.

2.  A relationship between any university employee and a graduate student, whom the employee advises, evaluates, educates, counsels, coaches or supervises in any way.

3.  A relationship between any university employee and any employee whom the employee supervises, evaluates, directs, manages, has hiring/firing or salary authority over.

This prohibition does not apply to pre-existing relationships. Exceptions to this prohibition will be considered by the Office of Human Resources on a case by case basis. If an employee has had or has a consensual relationship with someone who may be hired or moved into his/her line of authority, he/she must give advance notice to the appropriate supervisor.

### 2.1.5    Family Education Rights and Privacy Act

In accordance with FERPA, Saint Leo University allows access to a student's educational records to all University officials who have a legitimate educational interest in the student's records. The University does not disclose or allow access to any information from a student's educational record to anyone outside the University except:

1. To officials of another institution in which the student intends to enroll;

2. To authorized representatives of the Comptroller General of the United States, the Secretary of the United States, or state educational authorities;

3. To determine eligibility or for enforcement of financial aid programs;

4. To state agencies which require disclosure under state laws existing before November 19, 1974;

5. To organizations conducting certain studies for or on behalf of the University;

6. To accrediting organizations to carry out their functions;

7. To parents of a dependent student, as defined in Section 152 of the Internal Revenue Code of 1954;

8. To comply with a judicial order or lawful subpoena;

9. To appropriate parties in a health or safety emergency;

10. Directory information as designated by the University;

11. As otherwise allowed by law; or

12. When the student has provided written consent.

For all outside disclosures of information which are made without the written consent of the student, the University maintains a record in the student's file of the name of the party who obtained the information and the legitimate interest which the person had in obtaining the information.

The University has designated the following as directory information: student name, address, telephone number, date and place of birth, major, minor, dates of attendance, degrees, awards and honors received, the most recent educational institution attended, participation in recognized activities, and height and weight of members of athletic teams. As stated above, directory information may be released without the student's prior written consent unless the student has requested that directory information be withheld by completing a Request to Withhold Directory Information Form which may be obtained in the Office of the Registrar or in the Regional Continuing Education Center Office. The request will remain on file until withdrawn by the student.

Students are annually notified of their rights under the act by publication in the class schedules. Students have the right to inspect and review information contained in their educational records, to challenge the contents of their educational records, to have a hearing if the outcome of the challenge is not satisfactory, and to submit explanatory statements for inclusion in their files if the decision of the hearing is unsatisfactory. Students wishing to review their educational records must make written requests to the Registrar listing the items of interest. The records will be provided within 30 days of the request. Students may request that copies be made of their records with charges being assessed at the prevailing rate set by the Registrar.

Educational records do not include records of instructional, administrative, and staff personnel which are the sole possession of the maker and are not accessible or revealed to any individual; records of the security department as they pertain to law enforcement; student health or psychological records; employment records; or alumni records which do not relate to the person as a student. A licensed physician selected by the student may review health records. In addition, students do not have the right to inspect or review the financial information submitted by their parents; confidential letters and recommendations to which the right of inspection has been waived; and educational records containing information about more than one student, in which case students will be permitted access only to the parts of the record that pertain to them.

Students who believe that their educational records as maintained by the University contain information that is inaccurate or misleading, or is otherwise in violation of their privacy or other rights may request that the Registrar amend the records. The Registrar will review the request and render a written decision within 30 days of the request. If the student's request is denied, the student may request a formal hearing in writing. The hearing panel will be designated by the Vice President for Academic Affairs and will schedule a hearing within 30 days of the student's

request.  The student will be provided with a reasonable notice of the date, place, and time of the hearing.  At the hearing, the student may present evidence relevant to the issues and may be assisted by persons of their choice, including attorneys, but at their own expense.  The decision of the hearing panel is final and will be based solely on the evidence presented at the hearing. The decision will include a summary of the evidence and the reasons for the decision and will be forwarded to the student and all interested parties.  If the decision requires that the student's record be amended, the appropriate University official responsible for maintaining the record will correct the record.  If the student is dissatisfied with the decision of the panel, the student may place a statement in the student's educational record commenting on the information in the record.  Such statement will be released whenever the record is disclosed.

### 2.1.5.1      Student Record Release under the Solomon Amendment

The Solomon Amendment is a federal law that mandates colleges and universities receiving federal financial aid funding to provide student recruiting information upon request by military recruiting organizations.  The records and information released by the University is limited to military recruiting purposes only.  The request for information must be in writing on letterhead that clearly identifies the military recruiting organization.  Military recruiters must be from one of the following military organizations:

1. Air Force;

2. Air Force Reserve;

3. Air Force National Guard;

4. Army;

5. Army Reserve;

6. Army National Guard;

7. Coast Guard;

8. Coast Guard Reserve;

9. Navy;

10. Navy Reserve;

11. Marine Corps; and

12. Marine Corps Reserve.

The release of student recruiting information follows the FERPA guidelines defining student directory information (see above).  Students are not permitted under federal law to restrict the release of this information specifically to military organizations, but if students withhold the release of directory information generally, then the University may not release this information to military organizations.  The directory information released is limited to the current semester or the previous semester.  If the request is received between semesters, the requestor must specify previous semester or upcoming semester.  Further, students must be in an enrolled status (this includes both students with incomplete and complete registration status).

### 2.1.6    Institutional Policies on Disabilities

The primary mission of Human Resources is to assist individuals with disabilities in receiving reasonable accommodations as employees or applicants.  The office is committed to equal employment opportunity.   The office is also committed to increasing the awareness and responsiveness of the University community to students with disabilities.  Each member of the University community contributes to the diversity and wealth of the whole.

#### 2.1.6.1        Employees with Disabilities

See Volume III, Subsection 3.3.7.

#### 2.1.6.2        Students with Disabilities

Section 504 of the 1973 Federal Rehabilitation Act and the 1990 American with Disabilities Act (ADA) require that Saint Leo University makes reasonable modifications of policies and practices and provide certain individualized services to otherwise qualified students with disabilities.  In the spirit of these federal mandates and because of a commitment to education, Saint Leo University assists those who, although disabled in some way, are potentially capable of the successful completion of a degree program.  Individuals with disabilities may include, but are not limited to, those with learning disabilities (including Attention Deficit Disorder), visual or auditory impairments, speech impairments, mobility impairments, emotional illness, head trauma or medical conditions that substantially limit one or more major life activities as specified in the law.  Specific accommodations will be decided on a case-by-case basis, in accordance with federal law, depending on the type and extent of the disability.  Please refer to Appendix 2.1.5.2 for specific policies and procedures addressing student with disabilities.

#### 2.1.6.3        Service Animal Policy

Service animals are animals trained to assist people with disabilities in the activities of normal living.  The Americans with Disabilities Act (ADA) defines service animals as "any animal individually trained to do work or perform tasks for the benefit of an individual with a disability, including, but not limited to, guiding individuals with impaired vision, alerting individuals who are hearing impaired to intruders or sounds, providing minimal protection or rescue work, pulling a wheelchair or fetching dropped items."  If an animal meets this definition, it is considered a service animal regardless of whether it has been licensed or certified by a state or local government or a training program.  Saint Leo University complies with the ADA in allowing use of service animals.  However, because of health and safety concerns, use of such animals is regulated by Human Resources.

##### 2.1.6.3.1     Definitions

1. Pet: A domestic animal kept for pleasure or companionship.  Pets are not permitted in University facilities.

2. Service Animal: Any animal individually trained to do work or perform tasks for the benefit of a person with a disability.  Service animals are usually dogs, but may be monkeys.  A few other animals have been presented as service animals.  A service animal is sometimes called an assistance animal.  If there is a question about whether an animal is a service animal, contact Human Resources.

3. Types of Service Dogs:

  a. A Guide Dog is a carefully trained dog that serves as a travel tool for persons with severe visual impairments or who are blind.

  b. A Hearing Dog is a dog that has been trained to alert a person with significant hearing loss, or who is deaf, when a sound, e.g., knock on the door, occurs.

  c. A Service Dog is a dog that has been trained to assist a person who has a mobility or health impairment.  Types of duties the dog may perform include: carrying, fetching, opening doors, ringing doorbells, activating elevator buttons, steadying a person while walking, helping a person up after the person falls, etc.  Service dogs are sometimes called assistance dogs.

  d. A SSigDog is a "Social Signal" dog trained to assist a person with autism.  The dog may alert the partner to distracting repetitive movements common among those with autism, allowing the person to stop the movement (e.g., hand flapping).  Recognizing familiar persons in a crowd, steering around a mud puddle, or responding to others' social signals are possible roles for a SSigDog.  A person with autism may have problems with sensory input and need the same support services from a dog that a dog might give to a person who is blind or deaf.

  e. Seizure Response Dog is a dog trained to assist a person with a seizure disorder.  How the dog serves the person depends on the person's needs.  The dog may stand guard over the person during a seizure or the dog may go for help.  A few dogs have somehow learned to predict a seizure and warn the person in advance.

### 2.1.6.3.2    Requirements for Faculty, Staff, and Students

1. Allow a service animal to accompany the partner at all times and everywhere on campus, except where service animals are specifically prohibited.  The courts have upheld the rights of service animal owners to take animals into food-service locations.

2. Do not pet a service animal; petting a service animal when the animal is working distracts the animal from required tasks.

3. Do not feed a service animal.  The service animal may have specific dietary requirements. Unusual food or food at an unexpected time may cause the animal to become ill.

4. Do not deliberately startle a service animal.

5. Do not separate or attempt to separate a partner/handler from the service animal.

### 2.1.6.3.3    Requirements of Service Animals and Their Partners/Handlers

1. Identification and Other Tags: The animal must have tags or some other method of indicating ownership and rabies clearances.  It is suggested that service animals be fitted with some identifying equipment such as a harness, cape or backpack as appropriate.  Minimal equipment is a leash by which the animal is kept under control.

2. Health and Vaccinations: The animal must be clean and in good health.  Animals to be housed in campus housing must have an annual clean bill of health from a licensed veterinarian. Dogs must have had a general maintenance vaccination series against rabies, distemper, and parvo virus.  Other animals must have had the appropriate vaccination series

for the type of animal.  All vaccinations must be current.  Dogs must wear a rabies vaccination tag.  Proof of vaccination must be filed with Human Resources.

3. Leash: The animal must be on a leash at all times when outside of a residential room.

4. Under Control of Partner/Handler: The partner/handler must be in full control of the animal at all times.  The care and supervision of a service animal is the sole responsibility of its partner/handler.  The animal must be maintained and used at all times in ways that do not create safety hazards for other persons.

5. Cleanup Rules:

   a. Always carry equipment and bags sufficient to clean up the animal's feces.

   b. Properly dispose of the feces.

   c. Persons who are not physically able to pick up and dispose of feces are responsible for making all necessary arrangements for assistance.  The University is not responsible for these services.

6. Training Certification: If an animal is certified by a training program stating that the animal has successfully completed training, a copy of the certificate must be filed with Human Resources.

### 2.1.6.3.4    Conditions for Keeping a Service Animal

1. Disruption: The partner of an animal that is unruly or disruptive (e.g., barking, running around, aggressiveness toward others, bringing attention to itself) may be asked to remove the animal from University facilities.  If the improper behavior happens repeatedly, the partner may be told not to bring the animal into any University facility until the partner takes significant steps to mitigate the behavior.  Mitigation may include muzzling a barking animal or refresher training for both the animal and the partner.

2. Ill Health: Service animals who are ill shall not be taken into public areas.  A person with an ill animal may be asked to leave University facilities.

3. Registration Required: All service animals must be registered with the Human Resources.  Failure to register or maintain a service animal as required above may subject the owner/partner to fines or refusal by the University for the animal to remain on campus.

## 2.2    Health Policies

### 2.2.1    Alcohol and Drug Policies

#### 2.2.1.1    Drug Free Workplace Policy

Drug abuse in the workplace endangers the health and safety of the public and of University employees and students.  Saint Leo University strives to maintain a drug-free workplace - unlawfully possessing, dispensing, manufacturing, or using illegal or controlled substances is prohibited on University property, in University vehicles, or while conducting University business.  Appropriate corrective action up to and including termination of employment, will be taken against any employee who violates the University's Drug Free Workplace policy.

As a condition of continued employment, employees must be drug-free in the workplace, and comply with the terms of this policy. The University will provide notification, education, assistance, and training as required by law.

This policy is in addition to the University's policy on substance abuse testing for security personnel and vehicle operators. See Volume III, Subsection 3.3.5.

The University reserves the right to suspend and/or terminate an employee arrested, charged and/or convicted of unlawful possession, dispensing, manufacturing, sale or use of an illegal or controlled substances.

### 2.2.1.1.1    Drug Statute Convictions

An employee who is convicted of violating a drug law in the workplace must report the conviction to the appropriate department head within five days. Failure to report a conviction will be subject to corrective action up to and including termination of employment.

If the employee is working on a federal government grant or contract, the department head must inform the appropriate Vice President, who will in turn report the conviction to the Human Resources Department and the President.

The report of the conviction, when applicable, will be made to the federal government within ten days of notification.

### 2.2.1.1.2    Corrective Action

1. Distributing Illegal Drugs: The University will terminate the employment of any individual who is convicted of unlawful manufacture, distribution, dispensation, or possession with intent to distribute or dispense an illegal and/or controlled drug in the workplace within 30 days of receiving notice of the employee's conviction.

2. Using Illegal Drugs: The University will take corrective action against any individuals convicted of possession with intent to use an illegal and/or controlled drug in the workplace within 30 days of receiving notice of the employee's conviction. Corrective actions may include the termination of employment - lesser sanctions may require the employee to satisfactorily participate in an approved drug abuse assistance or rehabilitation program.

   In either case (using or distributing illegal drugs), the University may conduct an inquiry and impose a sanction using the procedures outlined below under Administrative Review.

3. Administrative Review: When a conviction is reversed for procedural irregularity, the University may conduct an inquiry and take appropriate corrective action. Inquiries concerning faculty members will be conducted in accordance with the guidelines as set forth in the Collective Bargaining Agreement and Volume IV, whichever is applicable.

   The University may also conduct inquiries and impose corrective action sanctions including termination in cases of drug-related activities in the workplace for which an employee has not been criminally convicted. The University will follow normal procedures governing faculty and staff misconduct and may take corrective action up to and including termination of employment.

For more information concerning the University's Drug-free Workplace policy, contact the Human Resources.

### 2.2.1.2      Student Alcohol and Drug Policies

See Volume VI, Subsection 6.2.1.

## *2.2.2    Exposure to Blood Borne Pathogens*

Saint Leo University in compliance with 29 CFR 1910.1030 monitors the occupational exposure of each employee to blood or other potentially infectious materials (OPIM). Occupational exposure is defined by OSHA as the "reasonably anticipated skin, eye, mucous membrane, or parenteral contact with blood or other potentially infectious materials that may result from the performance of an employee's duties."

### 2.2.2.1      Review/Update

This plan is reviewed annually and updated accordingly with regards to University policy changes and changes in OSHA regulations.

### 2.2.2.2      Exposure Determination

The occupational exposure of each position is reviewed by the Office of Risk Management. All exposure determinations are made without regard for personal protective equipment (PPE).

All employees belonging to the following job classifications can anticipate occupational exposure to blood or OPIM.
- Athletic Trainers
- Athletic Coaches
- Fitness Center Staff
- Pool Staff/Lifeguards
- Campus Security and Safety
- Health Center

Some employees belonging to the following classification can anticipate an occupational exposure to blood or OPIM.
- Campus Life Staff
- Staff certified through Saint Leo Professional Development in AED/CPR and First Training

The following tasks/procedures or groups of tasks and procedures provide occupational exposure:
- Responding to accidents on campus
- Responding to emergency events on campus

### 2.2.2.3      Engineering and Work Practice Controls

Engineering and work practice controls are utilized to eliminate or minimize exposure to employees.  Where occupational exposure remains after institution of these controls, personal protective equipment must also be used.  The following engineering controls are used at Saint Leo University:

- sharps containers, splash guards, biosafety cabinets, mechanical pipetting devices, safety equipment for centrifuges, needleless devices
- Hand washing facilities are located throughout the campus. Each restroom is equipped with sinks, soap, and towels or electric dyers.
- In areas of very high likelihood of exposure, antiseptic hand sanitizer and/or antiseptic towelettes will be available. However, this does not substitute hand washing. Employees exposed to blood or OPIM should wash hands and other areas of contact as soon as possible.
- Additionally, mucous membranes that have come in contact with blood or OPIM must be flushed with water as soon as possible. Laboratories are equipped with sinks. Eyewash stations and showers can be found at the following locations:
  - DeChantal Hall 125
  - Lewis Hall 208 (eye wash only)
  - Lewis Hall 217
  - Lewis Hall 224 (eye wash only)
  - Lewis Hall 308
  - Lewis Hall 320

#### 2.2.2.4      Sharps

Contaminated needles and other contaminated sharps must be discarded as soon as possible. They cannot be recapped, bent, removed, sheared or purposely broken.  Do not remove needles from the syringe.  Needles and other contaminated sharps may only be recapped, bent or removed unless there is no alternative or the action is required for a specific medical or dental procedure. Contaminated sharps must be placed directly into a red sharps container as soon as possible.

Sharps containers provided by Saint Leo University are closable, puncture resistant, colored fluorescent orange-red with a biohazard label. The sharps containers are leakproof on the sides and bottom. Sharps containers are located
at the following locations:
- Student Health Center, DeChantal Hall room 125
- Lewis Hall Room 208
- Lewis Hall Rome 217
- Athletic Training Room in Bowman Center

Additional sharps containers can be requested through Student Health Center in the event they are needed in other locations.

When a sharps container is close to becoming full please contact the Student Health Center to schedule a pick up. Close the container to prevent overflowing and replace with a clean, decontaminated sharps container in the upright position. All sharps containers will remain closed during removal, transport, or shipment. If the primary storage container is contaminated, the container must be placed in a secondary container which must be colored fluorescent orange-red and labeled with the biohazard symbol. If the primary storage container may leak, the container must be placed in a secondary container which must be colored fluorescent orange-red and labeled with the biohazard symbol.

Contaminated sharps that are reusable shall be placed in appropriate containers until they can be properly decontaminated. However, Saint Leo University does not and will not require employees to reach by hand into containers storing reusable contaminated sharps. The University will provide tongs and or forceps.

Place all needles and sharps in properly labeled sharps disposal containers. These must be easily accessible to personnel, replaced before getting too full, puncture resistant, leak-proof, and closeable to assure containment.

- **DO NOT** throw sharps in wastebaskets, leave on work surfaces, or pockets of lab coats. Laundry, housekeeping, custod

ial, and waste hauling personnel are at risk of acquiring a needle-stick due to carelessness on the part of others.

### 2.2.2.5    Sharps Injury Log

Any employee who is injured as a result of coming in contact with sharp that penetrates the skin must be reported to Human Resources All information regarding the injury will be recorded and maintained by Human Resources. The log will contain the following information:

- Type and brand of device involved
- Department or work area where exposure incident occurred
- Explanation of how it occurred

Please see Appendix B for the Sharps Injury Log and Sharps Injury Form.

### 2.2.2.6    Work Area Restrictions

Food and drink are prohibited in any area where there is a reasonable likelihood of occupational exposure. In addition, all food and drink is prohibited from being stored in any refrigerators, freezers, shelves, cabinets or on countertops or benchtops where blood or OPMI are present.

Additionally, it is prohibited to apply cosmetics or lip balm, handle contact lenses, or smoke in work areas where there is a reasonable likelihood of occupational exposure.

### 2.2.2.7    Mouth Pipetting/Suctioning of Blood or OPIM

All procedures will be conducted in a manner that will minimize splashing, spraying, splattering, and generation of droplets of blood or other potentially infectious materials. Due to this fact, mouth pipetting or suctioning of blood or OPIM is prohibited.

### 2.2.2.8    Blood or OPIM specimens

Specimens of blood or OPMI will be placed in a container which prevents leakage during collection, handling, processing, storage, transport or shipping. The container must be closed prior to storage, transport or shipping. The container will be colored fluorescent orange-red and labeled with the biohazard symbol.

If the primary storage container is contaminated, the container must be placed in a secondary container which must be colored fluorescent orange-red and labeled with the biohazard symbol. If the primary storage container can be punctured, the container must be placed in a secondary container which must be colored fluorescent orange-red and labeled with the biohazard symbol.

### 2.2.2.9    Contaminated Equipment

Equipment that has become contaminated with blood or other potentially infectious materials shall be examined prior to servicing or shipping and shall be decontaminated as necessary unless decontamination of the equipment is not feasible. Equipment that cannot be wholly decontaminated will be labeled with a fluorescent orange-red label with a biohazard label and list the portions that were not decontaminated. Any individual who becomes aware of contaminated equipment must report the contamination to his/her supervisor. The supervisor is responsible for coordinating with Housekeeping or other designated staff to have the equipment decontaminated.

### 2.2.2.10    Personal Protective Equipment

Saint Leo University provides personal protective equipment (PPE) to meet the exposure needs of its employees. All PPE will be provided free of cost to the employee. The University will only provide equipment that does not permit blood or OPIM to pass through to or reach the employee's skin or mucous membranes under normal conditions of use and for the duration of time for which the protective equipment will be used.

If an employee declines the use of PPE, under extraordinary circumstances, and it was the employee's professional judgment in the specific instance it use would have prevented the delivery of health care of public safety services or would have posed an increased hazard to the safety of the worker or co-worker, the Office of Risk Management will investigate and document the event in order to determine what, if any changes, can be made to prevent future similar occurrences.

Personal protective equipment will be stored in the following areas:
- Campus Security and Safety
- Health and Wellness Center
- Athletic Training Room
- Fitness Center
- Pool Office

### 2.2.2.11    Cleaning, Laundering, and Disposal of Personal Protective Equipment

All personal protective equipment will be cleaned, laundered, repaired, replaced and/or disposed of by the employer at no cost to employees. Immediately (or as soon as feasible) remove garments penetrated by blood. All personal protective equipment will be removed prior to leaving the work area. The following protocol has been developed to facilitate leaving the equipment at the work area:

- Clothing of assorted sizes will be stored at campus safety
- Biohazard bags will be stored at campus safety
- Employees who have come in contact with blood or OPIM
    - Remove PPE and place in small biohazard bag
    - Remove affected clothing and place in dissolvable laundry bag. The laundry bag containing clothing should then be placed in a large biohazard bag
- Biohazard bags (other than those containing clothing) will be collected by the Student Health Center and disposed of properly.
- Laundry will be cleaned by trained personnel using Saint Leo washing facilities in the Bowman Center in the method prescribed by the Center for Disease Control by the Athletic Training department.

### 2.2.2.12    Gloves

Gloves shall be worn where it is reasonable to anticipate employees will have hand contact with blood, other potentially infectious materials, non-intact skin, and mucous membranes. Disposable gloves are not to be washed or decontaminated for re-use and are to be replaced as soon as practical when they become contaminated.  If they are torn, punctured, or when their ability to function as a barrier is compromised, they need to be replaced as soon as feasible. Utility gloves may be decontaminated for re-use provided that the integrity of the glove is not compromised. Utility gloves are to be discarded if they are cracked, peeling, torn, punctured, or exhibit other signs of deterioration or when their ability to function as a barrier is compromised.

### 2.2.2.13    Eye and Face Protection

Masks in combination with eye protection devices, such as goggles or glasses with solid side shields, or chin length face shields, are required to be worn whenever splashes, spray, splatter, or droplets of blood or other potentially infectious materials may be generated and eye, nose, or mouth contamination can be reasonably anticipated.

### 2.2.2.14    Protective Clothing

Appropriate protective clothing such as, but not limited to, gowns, aprons, lab coats, clinic jackets or similar outer garments shall be worn in occupational exposure situations. The type and characteristics will depend on the task and degree of exposure anticipated. In addition surgical caps or hoods and/or shoe covers of boots shall be worn in instances when gross contamination can reasonably be anticipated.

### 2.2.2.15    Housekeeping

Saint Leo University outsources its housekeeping duties to a third party to ensure worksites are maintained in a clean and sanitary condition. Housekeepers are scheduled daily to clean all areas of campus. However, in the event occupational exposure occurs it must be reported immediately to ensure speedy decontamination.

All equipment, working, and environmental surfaces will be decontaminated appropriately once housekeeping or other appropriate designated person is notified the surface has come in contact with blood or OPIM or at the end of the working day.

Protective coverings over equipment, working, or environmental surfaces will be removed, replaced, and disposed of properly when they become overtly contaminated or it is likely they became contaminated during the working shift.

All bins, pails, cans, and other similar receptacles are inspected and decontaminated on a regular scheduled basis. Furthermore, these items are decontaminated as soon as feasible upon visible contamination.

### 2.2.2.16    Laundry Procedures

Laundry contaminated with blood or other potentially infectious materials must be handled as little as possible. Such laundry must not be sorted or rinsed in the area of use, but placed directly into laundry bags.

All employees who handle contaminated laundry will utilize personal protective equipment to prevent contact with blood or other potentially infectious materials. If laundry is wet with contaminated fluids, make sure the laundry bag will contain the fluid. If the bag leaks, place it inside another plastic bag.

Laundry will be cleaned at the Bowman Center using the method prescribed by the Center for Disease Control by the Athletic Trainer department. Those individuals cleaning contaminated laundry will wear protective gloves and fluid resistant aprons or gowns while handling and sorting soiled linen.

### 2.2.2.17    Hepatitis B Vaccination

All employees who have potential exposure to blood or other potentially infectious materials will be offered the hepatitis B vaccine, at no cost. The vaccine will be offered within 10 working days of their initial assignment to work involving the potential for occupational exposure to blood or other potentially infectious materials. If the employee has previously received a hepatitis B or the vaccine is contraindicated for medical reasons, then the employee will not be provided the hepatitis B vaccine.

Though, some individuals naturally carry immunity to hepatitis B, Saint Leo University will not ask an employee to submit to prescreening before providing the vaccination.

Those employees who decline the vaccination must sign the waiver in Appendix A. Any employee who has previously declined the vaccination will still be eligible for the shot free of charge provided the employee still holds a position with occupational exposure.

Additionally, if at any time a booster shot is deemed necessary for the hepatitis vaccination serious, Saint Leo University will provide this at no cost to the employee as well.

### 2.2.2.18      Post Exposure Evaluation and Follow Up

Employees exposed to blood or OPIM must notify the Human Resource department as soon as feasible. Any employee exposed to blood or OPIM during the course of work, will received medical evaluations, follow up monitoring, and prophylaxis at no cost to the employee. This will be monitored by a licensed healthcare professional and will be provided following the recommendations of the US Public Health Services. The University will also ensure that all tests are conducted at an accredited laboratory at no cost to the employee.

Upon notification of an exposure of an exposure incident, the University shall immediately make available to the exposed employee a confidential medical evaluation and follow up including documentation of the route(s) of expose, and the circumstances under which the exposure occurred, identification and documentation of the source individual, unless it is infeasible or prohibited by state or local law to do so.

The sources blood shall be tested as soon as feasible after consent is obtained in order to determine HBV or HIV infectivity. If legally required consent cannot be obtained, the University will provide this information to the employee. However, if legal consent is not required, and the sources blood is available it shall be tested and the result documented. If the source is already known to be infected with HIV or HBV testing is not required.

Results of the test will be provided to the impacted employee. The employee will be informed of applicable laws and regulations concerning disclosure of the identity and infectious status of the source individual. The employee's blood will be collected for testing as soon a possible after consent is obtained. The blood will be held for baseline HIV serologic testing for a maximum of 90 days. The employee can elect for that sample to be tested during those 90 days.

Employees will also be provided free of charge any post-exposure prophylaxis when recommended by the US Public Health Service, Counseling, and evaluation of reported illnesses.

### 2.2.2.19      Information provide to Healthcare Professional

The healthcare professional responsible for the employee's hepatitis B vaccination will be provided:
- a copy of 29 CFR 1910.1030
- description of the exposed employee's duties as they relate to the exposure incident
- documentation of route(s) of exposure and circumstance under which exposure occurred
- results of source individual's blood testing, if available
- all medical records relevant to the appropriate treatment of the employee including vaccination status

Healthcare Professional Written Opinion
The University shall obtain and provide the employee with a copy of the evaluating healthcare professional's written opinion within 15 days of the completion of the evaluation.

For Hepatitis B vaccination:

The opinion shall be limited to whether the Hepatitis B vaccination is indicated for an employee and if the employee has received such vaccination.

For Post Exposure Evaluation:
The opinion shall be limited to the following:
- Employee informed of results
- Employee has been told about medical conditions resulting from exposure to blood or OPIM which require further evaluation or treatment

**All other information shall remain confidential and will not be included in the written report.

### 2.2.2.20    Training

All employees with occupational exposure will be required to participate in an annual training program at no cost. Employees will be trained upon assignment to position with occupational exposure and will then be trained once annually thereafter by a knowledgeable individual.

During the training session employees will:
- Be provided an accessible copy of 29 CFR 1910.1030,
- Background information on blood borne pathogens and their symptoms
- Modes of transmission
- Brief explanation of the exposure control plan and how to obtain a copy
- Appropriate methods for recognizing task and other activities that may involve exposure to blood or OPIM
- Explanations of use and limitations of methods to prevent and reduce exposure
- Types, proper use, location, removal, handling, decontamination and disposal of personal protective equipment
- Reason for selection of personal protective equipment
- Hepatitis B vaccination information, including its efficacy, safety, method of administration, benefits of being vaccinated, and it will be offered free of charge
- Appropriate actions to take and persons to contact in an emergency involving blood or OPIM
- Procedure to follow if an exposure incident occurs, including the method of reporting the incident and the medical follow up that will be made available
- Information on the post exposure evaluation and follow up that the University is required to provide for the employee following an exposure incident
- Explain signs and labels
- Question and Answer session

### 2.2.2.21    Record Keeping

For information on maintain health records and training records pertaining to the plan please see the Document Retention and Destruction Policy in the Policy Manual.

### 2.2.3    Health Insurance Portability and Accountability Act (HIPAA)

The University complies with the Health Insurance Portability and Accountability Act (HIPAA) which governs employee and students' medical records, their review, and their dissemination. For a copy of the University's entire HIPAA policy, please contact Human Resources or the Health Center.

### 2.2.4    Hepatitis B Vaccine (HBV)

This policy is currently under consideration.

### 2.2.5    Serious Disease Policy

It is the policy of Saint Leo University to allow each student or employee to participate as a member of the University community as fully as possible.    Cases of AIDS or other communicable diseases will be handled by weighing the individual's right to privacy, ability to function normally, the potential risk to other members of the University community, and the most current medical and legal information.    A demonstrable effort will be made to protect a person's confidentially, except where required by law or deemed strictly necessary for the protection of other individuals.

Any person with AIDS or other communicable diseases shall report the condition immediately to the Health Center.  Individuals who believe they may have been exposed to the virus or is at risk should seek immediate assistance from the Health Center.  It is the desire of Saint Leo University to assist all members of its community fairly and supportively.  For more information about AIDS, other communicable diseases, or this policy, contact the Health Center, Human Resources, or Student Services.

### 2.2.6    Smoking Policy (rev 5/27/2009)

To promote the health and safety of employees, students, and visitors, the University maintains an environment that is reasonably free from tobacco smoke.  To this end, the University adheres to applicable laws concerning smoking and has established smoking regulations to help protect the health of employees, students, and visitors. This includes the restrictions on smoking contained in the Florida Clean Indoor Air Act, Florida Statutes Chapter 386.

The following rules apply to smoking:

1.  Smoking is prohibited in all enclosed workplace locations. An "enclosed indoor workplace" includes any place, including hallways, where one or more people work and which is bounded by physical barriers as follows:

    a.   More than 50% of the space is covered from above by a physical barrier that excludes ran, and

    b.   More than 50% of the space's sides are covered by closed physical barriers.

    Under this requirement of the Florida Clean Indoor Air Act, the first and second floor hallways of St. Francis Hall are "enclosed indoor workplaces."

2.  Smoking is allowed in outdoor locations, except those designated as no-smoking areas.

3.  Smokers may not smoke within 25 feet of any entrance to any campus building.

The University adheres to laws concerning posting of signs designating no smoking areas. Adequate signs are visible at entrances and inside of buildings and elevators to inform the public of applicable smoking regulations.

University managers and supervisors must ensure that employees and students alike adhere to this policy. Faculty, staff, and students are responsible for informing visitors of this policy and directing smokers to designated smoking areas.

## 2.3    Campus Safety and Security Policies

### 2.3.1    *Department of Campus Safety*

A University's campus is an important part of the local community that it serves. As in any neighborhood, it is important that the students, faculty, and staff realize they should take every possible precaution to prevent assault and crime against themselves or others.

The Campus Safety staff of Saint Leo University recognizes that the University campus is part of the community and experiences the risks and threats of society as a whole. Saint Leo University has established programs and systems involving personnel, procedural methods, and physical means to provide as safe and secure an environment on campus as possible.

The departments of Student Affairs, Residence Life, and Campus Safety provide information and assistance on self-protection to employees, students, and residents. However, each person also must take action to self-protect.

Lack of vulnerability is the key to protection. A criminal, and especially the sexual assaulter, looks for and exploits perceived weaknesses. The less vulnerable the person, residence, or vehicle appears, the less chance of assault, loss, theft, or robbery is to occur. The information provided in this subsection is designed to inform, advise, and alert campus occupants about Saint Leo University policies and procedures on crime awareness and reporting. Also, crime methodology and crime prevention techniques are provided to assist in self-protection.

#### 2.3.1.1    General Campus Safety Department Policies

The Saint Leo University Campus Safety Department is open 24 hours a day, seven days a week for the protection and service of the students, faculty, staff, and visitors. It also is an information center for visitors. Campus Safety officers patrol the campus by foot and also in a marked vehicle. Campus Safety has an emergency telephone extension (8333) for all individuals living and working on campus. This is a 24-hour telephone service always staffed for immediate response. Those students living off campus do not have this service. They should always utilize the 911 service for law enforcement, rescue, ambulance, and fire.

The Saint Leo University Campus Safety Department personnel are not police officers and are not empowered as such, but they do work closely with local law enforcement in the event they are needed.

The Campus Safety Department must be contacted as soon as possible in all instances of criminal occurrences, such as loss of property, threats, assaults, injury, or attempted crimes. Campus Safety, in turn, immediately contacts the local police to assist. The Assistant Vice President for Student Affairs is notified after the police are called.

Quick response and good communication with Campus Safety help eliminate threats and hazards. Therefore, all Saint Leo University students, employees, faculty, and staff members should contact Campus Safety with any and all concerns for safety and security at:

352-588-8333 Emergency;
352-588-8432 Non-emergency; or
352-588-8432 Information.

### 2.3.1.1.1    ALERTNOW Notification System

The safety of the students, faculty, and staff at Saint Leo University is a top priority. For that reason, the University has chosen to adopt the Saf-T-Net ALERTNOW Notification Service. This service allows the University to quickly send a message to members of the campus community by either phone or email to alert them to emergency situations at Saint Leo University.

The message will impart important information concerning urgent topics including hurricane related announcements. It may be used to give emergency instructions or delivery of other vital information concerning the University.

Members of the campus community may choose to be notified by either phone and/or email, including text messages to a cell phone. The delivery success of the message is only as accurate as the contact information provided to the University. So, if this information changes throughout the year, please return to the ALERTNOW web page and update contact information.

### 2.3.1.1.2    Arson, False Fire Alarm, or Endangering the Safety of Others

Setting a fire or attempting to do so, setting of a false alarm or discharging or misusing fire fighting or fire safety equipment endangers the safety of others and cannot be tolerated. The unauthorized use of fire fighting or safety equipment will result in severe disciplinary action. Behavior that results in an endangerment to the safety of others will result in swift and severe action.

### 2.3.1.1.3    Dishonesty

Any dishonesty, cheating, forgery, lying, and willfully taking advantage of another person will result in disciplinary action. It is a violation to falsify records, documents, I.D. cards, or driver's licenses.

### 2.3.1.1.4    Disorderly Conduct

Academic enrichment must take place in an environment which respects the rights of others and the institution, even when individuals may have different personal views or standards.

Behavior which disrupts the normal functioning of events or activities or infringes on the privacy, privileges, or rights of others is prohibited. This includes, but is not limited to, interfering with the freedom of movement of others; interfering or impeding the rights of others to enter, use, or leave a facility or activity; exhibiting conduct which is unbecoming of a Saint Leo University student or employee; interference with academic freedom or freedom of speech; and/or use of abusive, degrading or demeaning language, especially pertaining to race, color,

religion, ethnic or national origin, age, disability, genetic information, gender, or sexual orientation.

### 2.3.1.1.5    Escort Services

Campus Safety provides escorts (rides) from their main campus office as scheduled below (and 10 minutes before each listed time from the Library) to the residence hall at the west side of campus:

**8 pm – 10 pm – 12 Midnight – 2 am Sunday thru Saturday**

This is another step Saint Leo University takes in providing better safety.

### 2.3.1.1.6    Firearms, Dangerous Weapons, Explosives, Lethal Materials

Unauthorized use, possession, or storage of these or other potentially dangerous items on University premises or at University-sponsored activities, whether or not a federal or local license to possess the same has been issued, is strictly prohibited.

### 2.3.1.1.7    Personal Safety Measures

Listed below are some reminders of how to ensure better security:

1.  Keep doors locked at all times (residence and vehicle.)
2.  Do not prop doors open.
3.  Walk, jog or travel with a friend.
4.  Notice and be aware of suspicious persons and conditions.
5.  Stay in well-lit areas (on and off campus).
6.  Call Campus Safety (Ext 8333) to report any suspicious incident/crime.  Note: If off campus, call local law enforcement (911).
7.  Avoid giving out personal information or making appointments with strangers over the phone.
8.  To help deter theft of personal property, engrave or mark all valuable property.  Engravers are available at Campus Safety.
9.  Don't offer rides to strangers.
10. If room or office keys are lost, report it immediately to Residence Life or Campus Safety.
11. When using a personal vehicle, keep the doors locked at all times.  Before entering a vehicle, always look under the vehicle and in the back seat.

Special student programs and information are provided by the Departments of Student Affairs and Residence Life in the following forms:

1.  Personal contact;
2.  Student orientation;
3.  Information booklets; and
4.  Lectures by Residence Life and Security.

### 2.3.2   Clery Act

The Federal Student Right-to-Know and Crime Awareness and Campus Security Act of 1990, is federal legislation requiring colleges and universities to disclose certain timely and annual information about campus crime and security policies.  All public and private institutions of post-secondary education participating in federal student aid programs are subject to it and required to provide this information.

Annual Campus Criminal Statistical Information is available from the Department of Campus Safety.  The report can also be viewed on the University's Web Site.

### 2.3.3   Emergency Response Policies

#### 2.3.3.1     Emergency or Disaster Procedures

##### 2.3.3.1.1     Medical Emergency Procedure

1.  Protect the victim from further injury by removing any persistent threat to the victim.  Do not move the victim unnecessarily.  Do not delay in obtaining trained medical assistance.

2.  Seek medical response by calling 9-911 and then notify Campus Safety of the location, nature, and extent of the injury by calling ext 8333.  Always call from a safe location.

3.  Provide first aid until help arrives if appropriate training and equipment is available and it is safe to do so.

4.  Send someone outside to escort emergency responders to the appropriate location, if possible.

##### 2.3.3.1.2     Fire or Explosion Emergency Procedure

1.  In the event of an explosion:
    a.  Take shelter against a desk or a sturdy table.
    b.  Exit the building as soon as possible.
    c.  Do not use elevators.
    d.  Check for fire and other hazards.

2.  If trapped in debris:
    a.  If possible, use a flashlight or whistle to signal a location to rescuers.
    b.  Avoid unnecessary movement so dust is not kicked up.
    c.  Cover nose and mouth with anything at hand.
    d.  Tap on a pipe or wall so that rescuers can hear the proper location.
    e.  Shout out only as a last resort.  Shouting can cause a person to inhale dangerous amounts of dust.

##### 2.3.3.1.3     Hurricane Procedure

See Volume VI, Subsection 6.3.2.4.65.

### 2.3.3.1.4    Tornado/Severe Weather Procedure

1. Alert people to move to the lowest floor available in the building.

2. Select the safest and most structurally sound parts of the building for safety (Interior Hallways or Interior Stairwells) which are away from glass if possible.

3. After reaching the designated shelter, remain calm, be ready to shelter and protect vital areas of the body by kneeling down and covering the head if possible.

4. Do not leave buildings until all clear has been announced.

5. Remind people to stay away from all windows and glass cases.

6. Give special assistance to disabled students and staff.

### 2.3.3.1.5    Hazardous Materials, Biological, or Chemical Threat Emergency Procedure

A Hazardous Materials, Biological or Chemical Threat Emergency exists when:

1. A spill of hazardous materials creates a situation that is immediately dangerous to the life and health of persons in the spill area or facility; or

2. A deliberate release of germs or other biological substances occurs; or

3. A deliberate release of a toxic gas, liquid or solid that can poison people and the environment occurs; or

4. Cleanup of a spill of a hazardous material is beyond the level of knowledge, training or ability of the staff in the immediate area.

In the event of a hazardous material spill or a biological or chemical threat:

1. Alert people in the immediate area and evacuate the room or area. If an explosion hazard is present, take care not to create sparks by turning on or off electrical equipment.

2. Confine the hazard by closing doors and windows as you leave the room. Do not lock them.

3. Use eyewash or safety showers as needed to rinse spilled chemicals off people. Cover mouth and nose with layers of fabric that can filter the air but still allow breathing.

4. Evacuate any nearby rooms/areas that may be affected. If the hazard will affect the entire building evacuate the entire building. If there is a chance of explosion from the chemical spill do not activate the building fire alarm. Evacuate the building manually by alerting others by voice. Take care not to turn electrical equipment on or off or otherwise cause sparks. If there is no chance of explosion, activate the building fire alarm system by pulling the handle on a local fire alarm box.

5. Contact the fire department by calling 9-911 if using a campus line or 911 if using a non campus line and then notify Campus Safety of the hazardous material, location, and size of the spill calling ext (8333). Always call from a safe location.

6. If building evacuation is required, evacuate the building using the Emergency Evacuation Procedure presented in this guide. Once outside, notify emergency responders of the location, nature, and size of the spill.

7. Isolate contaminated persons. Avoid contamination or chemical exposure.

8. If possible, remove clothing from contaminated persons and wash exposed areas with soap and water. Seek medical attention.

9. A biological attack may also occur through the mail. See "Suspicious Package Procedures" in subparagraph 2.3.3.1.9 below for suggested handling procedures.

### 2.3.3.1.6    Power Outage Procedure

1. Assess the extent of the outage in the department's area. The University has a main generator that supplies power to the main campus. Marmion Synder residence halls are too far from the generator to transmit power. During times when the generator is supplying power some areas of air conditioning will be off to insure power is available for critical services.

2. Report the outage to Campus Safety at ext. 8333.

3. Should areas of the main campus be without power:

    a. Assist other building occupants to move to safe locations. Loss of power to fume hoods may require the evacuation of laboratories and surrounding areas.

    b. Implement the department's power outage plan. Evaluate the department's work areas for hazards created by power outage. Secure hazardous materials. Take actions to preserve safety and health. Take actions to preserve research.

    c. Turn off and/or unplug non-essential electrical equipment, computer equipment, and appliances. Keep refrigerators and freezers closed throughout the outage to help keep them cold.

    d. If needed, open windows for additional light and ventilation.

    e. Release of faculty, staff, and students during an extended power outage is decided on by the President.

### 2.3.3.1.7    Criminal Activity, Civil Disobedience, or Violence Emergency Procedure

1. Attempt to leave the area of danger.

2. Notify Campus Safety by calling ext (8333). Try to call from a safe location, if possible.

3. If possible, provide the following information:

    a. Location of crime;

    b. Nature of crime and specifics (number of people involved, any weapons, etc.);

    c. Any injuries;

    d. Description of suspect(s) (height, weight, sex, race, clothing, hair color etc.);

    e. Direction of travel of suspect(s); and

    f. Description of any vehicles involved in the crime.

4. Do not pursue or attempt to detain suspects.

### 2.3.3.1.8    Bomb Threat Procedure

Remain calm and obtain as much information as possible from the caller.  Try to write down the caller's exact words.  Ask for and try to obtain the following information:

1.  When is the bomb going to explode?

2.  Where is the bomb located right now?

3.  What does the bomb look like?

4.  What kind of bomb is it?

5.  What will cause the bomb to explode?

6.  Who placed the bomb?

7.  Why?

8.  Attempt to identify the individual's address?

9.  Attempt to identify the individual's name?

10. Also record the following information:

    a.  Exact time the call is received

    b.  Information about caller including:

        i.  Sex;

        ii.  Age;

        iii. Education;

        iv.  Accent;

        v.  Location of caller;

        vi. Background noise;

        vii.   Speech impediments or traits; and

        viii.   The caller's attitude.

If possible, have someone else contact Campus Safety while the caller is still on the phone; if not possible, notify Campus Safety immediately upon the conclusion of the call at ext (8333). Always call from a safe location.  Provide them with the context of the threat, telephone number on which it was received, your name, room number, and a telephone number.  Take no other action unless directed to by Campus Safety.

### 2.3.3.1.9    Suspicious Package Procedure

If a suspicious letter or package is received or observed that is unexpected or unknown with the following characteristics:

1.  Excessive postage;

2.  Misspellings of common words;

3.  Excessive weight;

4.  Rigid envelope;

5.  Foreign mail, air mail or special delivery;

6.  Hand written or poorly typed address;

7.  Restrictive markings such as confidential, personal, etc.;

8.  An excessive amount of securing material used, such as masking tape, string, etc.;

9.  Incorrect titles;

10. Oily stains, discoloration, powdery discharge, or odor;

11. Visual distractions or ticking sound;

12. Lopsided or uneven;

13. Titles but no names;

14. No return address; and/or

15. Protruding wires or tinfoil.

Immediately:

1.  Notify Campus Safety immediately by calling ext, (8333).  Always call from a safe location.

2.  Move people away from the package.

3.  Do not move or open the package.

4.  Do not investigate too closely.

5.  Do not cover, insulate, or place the package into a cabinet or drawer.

### *2.3.3.1.10    Nuclear Blast or Radiation Threat Procedure*

A nuclear blast is an explosion with intense light and heat, a damaging pressure wave, and widespread radioactive material that can contaminate the air, water, and ground surfaces for miles around.  A radiation threat or "dirty bomb" is the use of common explosives to spread radioactive materials over a targeted area.  It is not a nuclear blast.  The force of the explosion and radioactive contamination will be more localized.  If there is a nuclear blast or radiation threat:

1.  Limit the amount of radiation exposure.

2.  Take cover immediately, below ground if possible, though any shield or shelter will help protect someone from the immediate effects of the blast and the pressure wave.

3.  Quickly assess the situation.

4.  Consider if the area can be evacuated or if it would be better to "shelter-in-place."

#### 2.3.3.1.10.1 Sheltering-in-Place Procedure

Sheltering-in-Place is the use of any classroom, office, or building for the purpose of providing temporary shelter.  If a shelter in place announcement is issued:

1.  Immediately move indoors.  Go into an interior room with few windows, if possible.

2. Close all windows and doors to the shelter and seal the room, using towels, clothes, or paper. Turn off fans, air conditioning, and forced air heating systems.

3. If there appears to be air contamination within the shelter, place a paper mask, wet handkerchief, or wet paper towel over the nose and mouth for temporary respiratory protection.

4. Continue to follow the instructions given by the response authorities.

### 2.3.3.2     Student Specific Emergency Procedures

See Volume VI, Subsection 6.4.1.

### 2.3.4    Sexual Offender Registration Policy

The Campus Sex Crimes Prevention Act ("Act") is a Federal law enacted in October 2002 that provides for the tracking of convicted, registered sex offenders who are either enrolled as students or working at institutions of higher education. The Act amended the Jacob Wetterling Crimes against Children and Sexually Violent Offender Registration Act. Under the provisions of the Act, any person who is required to register under a State sex offender registration program must notify the State when the registrant enrolls at an institution of higher education or is employed at such an institution. Additionally, the sex offender registrant must notify the State of any change in enrollment or employment at an institution of higher learning. The State will provide a list of registered sex offenders who have indicated they are either enrolled or employed at the University to the University's Office of Campus Safety.

In accordance with the Jacob Wetterling Crimes against Children and Sexually Violent Offender Registration Act (as amended by the Campus Sex Crimes Prevention Act), the University shall publish a statement where the list of registered sex offenders can be found.

The University encourages members of the campus community who wish to be informed of the identities of registered sex offenders residing in the surrounding area to contact [list the name of the local law enforcement agency responsible for maintaining registry list] at [provide agency's web site, telephone number, and address].

## 2.4     Information Technology Policies

### 2.4.1    Computer Use Guidelines

Insert hotlink to the Computer Use Guidelines outlined in Section 1 of the 2007-2008 Catalog.

### 2.4.2    Password Policy

Saint Leo University issues passwords (e.g. Datatel, File Services, e-mail, my Saint Leo portal, etc.) to each user dependent on the user's position and/or affiliation with the University. Passwords are issued under the strictest confidence and are not to be shared, either directly or indirectly, with anyone. Failure to abide by this policy will result in disciplinary action up to and including termination or expulsion for both the holder of the password and the individual using it. Users shall take necessary steps to protect their passwords and to use passwords that are difficult to guess. The following guidelines shall be followed:

1. Passwords shall contain a combination of letters and numbers and shall be at least 6 characters in length.

2. Passwords shall be changed every 6 months - sooner if the system or information accessed with the password is of a sensitive nature (e.g. Financial Information).

3. Passwords shall not contain familiar items associated with the user such as their name, pet name, address, car type.

4. Do not write down passwords in an accessible location. If a username and passwords does need to be recorded, use pass-phrases as a reminder of what the password is instead of the actual password.

5. Never provide *a* username and password to anyone via email. The University Technology Services will never request such information via email.

See Appendix 2.4.2.1 for a copy of the Password Policy Form.

### 2.4.3    Internet Access Policy

Resident and commuter students, faculty, and staff may access the University's wireless network from most buildings and areas on the University Campus. Resident students may also access the Internet from their residence hall room.

In general, access to Internet resources is not censored. However, University Technology Services manages network utilization to ensure good stewardship and fair use of Internet resources. As such, the University reserves the right to restrict access to some sites that cause network problems or are sources of viruses. For access assistance, contact University Technology Services Help Desk at extension 4357 (Help).

### 2.4.4    Email and Electronic Communications

This policy serves to provide a guiding reference to members of the Saint Leo University community on the appropriate use, privacy, and access of electronic communications. This policy will apply to all University electronic communication services, including stored files and other electronic means. Such services include but are not limited to e-mail, voice-mail, web portals, bulletin boards, and chat rooms operated by the University.

Members of the University community who are given access to the University's electronic communication systems will be informed of the policies in this document and will be required to agree to applicable policies. Violations of this policy may result in loss of E-mail privileges at the University, disciplinary action, or legal action where applicable.

#### 2.4.4.1    University Electronic Mail Accounts

1. The University uses E-mail to conduct official business and, therefore, every member of the University community shall be issued an electronic mail account available for use in executing their role and responsibilities.

2. The University has a responsibility to protect students' and staff rights as well as ensure the accuracy of its business processes based on E-mail correspondence. Therefore, E-mail containing official business of the University shall be addressed to the person's official University E-mail address and shall not be addressed to alternative addresses. Users may

choose to forward their e-mail to alternate accounts (e.g. Hotmail, Yahoo, AOL, etc…). University Technology Services will provide documentation and support on how this can be accomplished.

a. E-mail name addresses are generated from the user's legal name and must be unique. E-mail addresses take the form: firstname.lastnameNN@saintleo.edu where NN represents a numerical addition to resolve duplicate names. In certain cases, and at the discretion of the Chief Information Officer or *a* designee, duplicate names may also be resolved based on an alternate name selected by the affected user(s). In situations where long names or duplicate names exist, provisions will be made to establish an appropriate alias that closely approximates the user's legal name.

b. E-mail addresses may be used to represent functional process. These addresses will take the form: *location.function@saintleo.edu.* For example, macdill.applications@saintleo.edu or saintleo.applications@saintleo.edu. These accounts may forward to a personal University account or alternatively, the password for these process accounts may be shared with responsible Universities employees. Any transactional system which employs such e-mail address will also blind copy a message to the form all.applications@saintleo.edu to ensure a backup copy of all e-mail based transactions exist.

c. E-mail distribution lists will be maintained by University Technology Services for certain constituency groups, organizations and committees to facilitate communication among the campus community for official business purposes. The inclusion of faculty and staff in these distribution lists is mandatory.

To distinguish between accounts and lists, distribution lists will take the form **institution/Org-function-location@listserv.saintleo.edu** using the dash "-" separator instead of the period to clearly denote a list. Example: SLU-Employees-MacDill@listserv.saintleo.edu.

3. On termination, resignation or withdrawal, the University may terminate an individual's E-mail account, and all information not retained by the University will be deleted.

a. The University, at its discretion, may retain an archived version of the information indefinitely.

b. As a matter of good security practice, accounts not active for a six month period are considered expired and will be made inactive or deleted at the discretion of the University. There may be situations where faculty sabbaticals or teaching schedules warrant longer grace periods. Arrangements for extending account expiration must be approved by the Chief Information Officer.

c. It is important that the University maintain relationships with members of the community. Therefore, students completing a degree program, staff who obtain retirement, and faculty who retire or obtain emeritus status shall be eligible to have their account remain active indefinitely. The University will determine the best location where this account is maintained. E.g. username@alumni.saintleo.edu.

### 2.4.4.2    Access to E-mail

#### 2.4.4.2.1    General Statements

1. The University retains ownership of the records resident on the technological resources covered by this policy.  The University retains the right to maintain ultimate control and authority over its technology resources, including E-mail, and to take appropriate actions to further institutional interests.

2. E-mail communications may be subject to public access under Florida Law, when relevant to discovery in civil or criminal litigation.  Any such disclosure of E-mail under these conditions will be approved by the President of the University or a designee.

#### 2.4.4.2.2    Privacy Statements

1. It is the intent of the University to respect and preserve the privacy of E-mail communications within the University's policies and local, state, and federal laws.  Given that the University places high value on open communication of ideas, including those new and controversial, the intention of the University is to maximize freedom of communication for the purposes that further the goals of the University.

2. The University cannot guard the privacy of E-mail delivered to or through systems not managed by the institution.  When sending e-mail to non-official University addresses, refrain from sending any non-public student information via e-mail unless that information is somehow encrypted.  For information concerning secure transmissions, contact University Technology Services.

#### 2.4.4.2.3    Individual Expectations

1. E-mail messages must be in compliance with University policies and the University's Style & Graphic Standards Manual.  Individuals can expect the University to follow its policies when seeking access to E-mail communications.

2. Individually addressed E-mail communications may not be intercepted (read) by any third party except as noted below.  Any access of individual E-mail communications other than that noted below is in violation of University policy and appropriate action will be taken as defined in paragraph 2.4.4.6 of this policy.

#### 2.4.4.2.4    University Requirements

1. University officials and supervisors shall have the right to read any E-mail when explicit permission for such access has been given by the individual.

2. University officials shall have the right to access any E-mail to preserve life and ensure the safety of the University community.  The President shall be notified of the access when conditions have warranted such action.

3. Under certain circumstances, the Postmaster or System Administrator may, in the course of their professional duties, access an individual's E-mail for legitimate management or maintenance purposes (e.g. virus removal, backup, delivery resolution, etc…).  The individual will be notified about the nature of the work performed under such circumstances.

If at all possible, the individual will be notified prior to the work being done or otherwise as soon as possible after the work is completed.

4. The University reserves the right to inspect and remove e-mail that might contain viruses or other harmful content or otherwise interfere with the delivery of E-mail or normal operation of computer systems.  It also reserves the right to filter known or suspected virus attachments in mass prior to delivery.  In such cases, University Technology Services will notify the University as to the specific filtering being applied.

5. The University reserves the right to inspect and remove e-mail that is considered an unsolicited offer otherwise known as "SPAM."

6. If an occasion arises when a University officer or supervisor believes that access to an individual's E-mail account is required for the conduct of urgent University business, the University individual is not available, and a system administrator is required to access the individual's E-mail account, the following procedure shall be followed:

   a. The University official or supervisor shall secure permission to access the E-mail account from the supervising Vice President or President of the University.

   b. An appropriate written order of the Vice President or President shall be presented to the system administrator allowing the system administrator to proceed to access the E-mail account.

   c. The individual whose E-mail account has been accessed will be notified as soon as possible by copy of the above referenced order.

7. All E-mail communications and files on campus computers, accounts, and databases are University property.  Upon employee termination, resignation, or withdrawal, these materials remain the property of the University.

### 2.4.4.3    Use of E-mail

#### 2.4.4.3.1    Business Use

As with other University resources, e-mail is appropriately used for purposes that further the mission and goals of the University.  Persons are encouraged to be good stewards of this resource and refrain from excessive participation in the use of E-mail that is not related to the business of the University.  Examples of such discouraged uses include but are not limited to:

1. For personal commercial gain or solicitation except in cases of officially sanctioned University activities;

2. For self-promotion in political campaigns; and

3. Participation in chain-letters.

#### 2.4.4.3.2    Unlawful Use

Persons may not use e-mail in violation of Saint Leo University policies, local, state, or federal laws.  Such policies or laws may include but are not limited to:

1. Stalking, harassment, hate speech or other unlawful activity.

2. Fraudulent acts, including the use of a deceptive alias to disguise one's true identity.

3. Intentional distribution of viruses (real or simulated) and other destructive or intrusive software using E-mail.

Applicable Federal laws include, but are not limited to, the CAN-SPAM Act of 2003 and Computer Fraud and Abuse Act (18 U.S.C. 1030 et seq.).

### *2.4.4.3.3    Authentic Use*

All materials sent by campus e-mail must be attributed to the individual, office, or organization sending the material.

### *2.4.4.3.4    Official University Use*

The University will regard the Saint Leo University address as the official e-mail address for members of the Saint Leo University community. Official University business among faculty, staff, and students will only be directed to Saint Leo University email addresses. Saint Leo University cannot ensure appropriate use, privacy practices, or availability of 3rd party email systems.

### 2.4.4.4    Information Privacy

Information protected by the Federal Education Rights of Privacy Act (FERPA) shall not be distributed to a non-University e-mail account.

It is appropriate to direct students to eLion to retrieve grades, financial status, and other information that is sensitive or private rather than distribute information via email.

There is a growing concern about the privacy of information and identity theft. It is important to respect individual's privacy and help guard against the misuse of such information. Hence, information that is sensitive or private to the individual should not be transmitted via email. This includes, but is not limited to:

1. Social security numbers;

2. Birth date;

3. Drivers license number; and

4. Financial account numbers.

### 2.4.4.5    Violations and Sanctions

1. Community members shall report violations of this policy to the Associate Vice President of Information Technology, Director of Human Resources, or the appropriate Vice President.

2. Violation of this policy will be assessed by the appropriate Vice President in accordance with established University procedures as defined in Volume IV (Faculty Personnel Policies), Volume IV-A (Faculty Collective Bargaining Agreement), Volume III (Employee Handbook), and Volume VI (Student Life and Development Policies) of the University Policy Manual.

### 2.4.4.6        Email Lists and Web Discussion Forums

#### *2.4.4.6.1      Listserv Description and Definitions*

A listserv is an electronic mailing list which offers an efficient way to disseminate information to large numbers of people and hold long-distance discussions among many people.  A discussion forum is similar to a listserv, except that the participants interact online using a web application. Mailing lists and forums are an easy way to communicate with large audiences quickly, by automating the distribution of e-mail to all those who subscribe to the mailing list.  Mailing lists have become a critical component of scholarly collaboration.  Many colleges and universities are also using them to facilitate and enhance classroom education as well as conducting the day to day administration of the University.

An official listserv or web forum is a list that is established by academic and administrative offices to which members are pre-subscribed to by virtue of their positions and responsibilities at the institution, e.g. faculty@saintleo.edu.

An Unofficial listserv or forum is a subset of the campus community which members of the list are not pre-subscribed and maintained by the requestor as outlined below.  At the present time, course listservs are considered unofficial in that they are maintained by the faculty member and not populated automatically or otherwise managed by University Technology Services.

Listserv™ is University Technology Services's supported listserv management software. The University operates several web discussion forums including those by Listerv™, uPortal, WebCT, and Estrada.

For the purposes of this policy, *listserv* will generically refer to server-based e-mail or web-based discussion lists.  It does not include personal e-mail distribution lists that may be maintained by individuals.  Members of the University community are expected to use their personal list with consideration of the institutional values and the appropriate use of computing and technology resources.

#### *2.4.4.6.2      Purpose*

The purpose of listservs at Saint Leo University is to facilitate and disseminate information to eligible members and affiliates of the University.  Listserv services are available to current faculty, staff, student and alumni organizations.  The person responsible for managing a list is known as the list owner.  If the list owner leaves the University, then the current list owner must find a new list owner and identify that new person to the listserv manager.  If no new list owner can be identified, University Technology Services reserves the right to disable the list or to request that the list be moved to a non-Saint Leo University server.

#### *2.4.4.6.3      Requesting a List*

To request a list, complete the List Application Form.  Applicants with questions about the form can request assistance by contacting the listservmanager.  Not all requests will be honored with a list.  The listserv manager may ask for additional documentation regarding the granting of a list. The listserv manager may recommend other electronic conferencing technology that would better serve the purpose of the request.  Other considerations that will determine the status of a list request include the relevance of the list to the mission and values of the University and the

capacity of available resources within University Technology Services, including how the size of the proposed list will affect university electronic mail systems.

Listserv requests initially rejected by University Technology Services may be appealed through the requestors respective Vice President.

### 2.4.4.6.4    *Policies*

If there is reason to believe that the list will be or is being used for illegal purposes, that list will not be established.  If it is operational, it will be disabled after consultation with proper campus officials.

Lists are subject to all University e-mail policies.  List members should not be pre-subscribed to an unofficial list without their knowledge or permission.  Subscribers who request to be unsubscribed from an unofficial list should be removed.  Official lists are pre-subscribed lists maintained by Saint Leo University for administrative purposes.

The distribution of large binary documents via listserv is discouraged.  The Listserv host will refuse to send messages which are greater than 256K.  Large binary files should be made available from either FTP or HTTP server.

Unofficial lists will not be created by University Technology Services from the University databases.  The list owner(s) or membership of the list are responsible for subscribing or unsubscribing members to the list.

#### 2.4.4.6.4.1   Official List Names

Official List Names will follow a standard convention:

1. For institution-wide official lists the convention, *SLU-Listname* will be used. e.g. SLU-FACULTY

2. For campus-based official lists the convention *Campus-Listname* will be used where campus will be an abbreviated, 2 letter campus acronym: e.g., SL-STUDENTS would refer to students on the University Campus in Saint Leo and SLU-STUDENTS-GAINESVILLE for Gainesville students.

#### 2.4.4.6.4.2   Un-Official List Names

Un-Official List Names will follow a simple naming convention that describes the list.  E.g. FCA@listserv.saintleo.edu would refer to the Fellowship for Christian Athletes or University Technology Services could be used for University Technology Services staff purposes.

#### 2.4.4.6.4.3   List Owners

List owners are responsible for properly managing their list.  The responsibilities of the list owner include:

1. Advising individuals who will be presubscribed to the list of the list's purpose and how to unsubscribe themselves;

2. Responding to subscribers' request for removal from the list;

3. Assisting subscribers with subscribing or unsubscribing to the list;

4.  Correcting subscriptions that are made incorrectly or in error;

5.  Creating and maintaining current and relevant information such as the subscribers or welcome messages;

6.  Responding to errors related to their list such as delivery and remove errors;

7.  Responding to requests made by the listserv manager;

8.  Staying informed about current listserv policy; and

9.  Attending list owner training or otherwise staying informed about list management.

Membership to a list is not a right of the individual.  List owners have the right and are responsible for unsubscribing list members who abuse a list by sending off-topic mail to the list, misuse or abuse the resource or are abusive of other list members.  The list owner is responsible for determining what constitutes off-topic or abusive mailings.

The listserv owner and University Technology Services are responsible for determining if a mailing is abusive of resources.

Escalation procedures for disagreements regarding the interpretation and application of this policy shall be escalated through appropriate University channels, i.e., Student Affairs or department director/chair or Vice President.  Abuse of a list should be brought to the attention of the listserv manager and/or other University authorities.

Based on the information provided within the listserv application and Saint Leo University's naming conventions, University Technology Services will develop a listname.

Lists will be periodically reviewed for activity and continued conformance to the current listserv policies.  Lists that are inactive or fail to conform to policy will be removed.  Lists will be reviewed for activity on annual basis.  List with no activity for an extended period of time will be removed.  Lists associated with courses will be removed at the end of each semester or at the conclusion of the course.  List owners will be contacted by the listserv manager prior to removal of the list.

To assist the list owner in performing these tasks the listserv manager will maintain on-line documentation for these and other functions.

### 2.4.5   Virtual Private Network

The purpose of this policy is to provide guidelines for Remote Access IPSec or L2TP Virtual Private Network (VPN) connections to the Saint Leo University network.  This policy applies to all Saint Leo University employees, contractors, consultants, temporaries, and other workers including all personnel affiliated with third parties utilizing Virtual Private Networks to access the Saint Leo University network.

Approved Saint Leo University employees and authorized third parties (customers, vendors, etc.) may utilize the benefits of Virtual Private Networks, which are a "user managed" service.  This means that the user is responsible for selecting an Internet Service Provider (ISP), coordinating installation, installing any required software, and paying associated fees.

1.  It is the responsibility of employees with Virtual Private Network privileges to ensure that unauthorized users are not allowed access to Saint Leo University internal networks.

2.  Virtual Private Network use is to be controlled using either a username/password

authentication or a public/private key system with a strong pass phrase.

3.  When actively connected to the corporate network, Virtual Private Networks will force all traffic to and from the PC over the Virtual Private Network tunnel: all other traffic will be dropped.

4.  Virtual Private Network gateways are established and managed by Saint Leo University Technology Services.

5.  All computers connected to Saint Leo University internal networks via Virtual Private Network or any other technology must use the most up-to-date University approved anti-virus software.

6.  Virtual Private Network users will be automatically disconnected from Saint Leo University's network after thirty minutes of inactivity.  The user must then logon again to reconnect to the network.  Pings or other artificial network processes are not to be used to keep the connection open.

7.  The Virtual Private Network concentrator is limited to an absolute connection time of 24 hours.

8.  Users of computers that are not Saint Leo University-owned equipment must configure the equipment to comply with Saint Leo University's Virtual Private Network and Network policies.

9.  Only Cisco-approved Virtual Private Network clients may be used.

10. By using Virtual Private Network technology with personal equipment, users must understand that their machines are a de facto extension of Saint Leo University's network, and as such are subject to the same rules and regulations that apply to Saint Leo University-owned equipment.

For the protection of all Saint Leo University computer users, an individual's Virtual Private Network use privileges may be suspended or restricted upon the discovery of a possible violation of this policy.  This policy is an extension of the existing computer usage guidelines.

### 2.4.5.1    Username/Password

University Technology Services will provide the user with a username and password.  This authentication information is not to be shared with other employees, contractors or users.

### 2.4.5.2    Blocked Applications

University Technology Services blocks the use of some applications that are known to use spyware, adware, viruses, or otherwise interfere with the University's information systems and network.  Questions concerning these applications should be directed to University Technology Services's help desk.

### 2.4.5.3     Reporting Spam, Viruses and Blacklistings

#### 2.4.5.3.1     *Reporting Blacklist Complaints*

On receiving inquiries from non-Saint Leo University accounts about blacklist rejections, forwarded the bounce message to blacklist@saintleo.edu.

#### 2.4.5.3.2     *Reporting Spam and Viruses*

Spam and viruses received, apparently from Saint Leo University email addresses, should be forwarded to spam@saintleo.edu and virus@saintleo.edu, respectively.

#### 2.4.5.3.3     *How to Send Email with Full Headers*

In order to determine the actual source of the email, University Technology Services must examine the full header of the email message.  Follow the instructions below for obtaining the full headers and forwarding via email.

#### 2.4.5.3.4     *Instructions for Outlook*

1.  Highlight the email (don't open it);
2.  Right click and select options;
3.  Highlight and copy the Internet headers: Click on the start of the text and drag the mouse to the end of the text, right click and select copy;
4.  Click the close button;
5.  Click the email Forward button;
6.  Right click and paste the internet headers: at the top of the email; and
7.  Send it to spam@saintleo.edu

### 2.4.5.4     Security

The Gramm-Leach Bliley Act (GLBA) requires financial institutions, including colleges and universities, to develop, implement, and maintain a comprehensive written information security program that contains administrative, technical, and physical safeguards appropriate to the size and complexity of the institution, the nature and scope of its activities, and the sensitivity of any customer-information issue.  The scope of this act covers primarily financial institutions but also organizations containing financial functions such as colleges and universities.

### 2.4.6   World Wide Web Policies

Saint Leo University's World Wide Web server exists to provide significant, timely, and accurate information about the University to the campus community, University alumni, and to the general public.  In addition, the Website supports those activities that contribute to the overall mission and purpose of the University, including intellectual, professional, social, and personal growth.

The Website enriches the instruction and research experiences of Saint Leo University students and faculty by providing paths to relevant internet resources and academic materials. The continuing development of Website materials by staff and faculty working together will in itself provide models for studying the intersection of communications and technology.

### 2.4.6.1    General Guidelines

The official portion of the Website is a public representation of the University and has a status comparable to that of the University Catalog and other traditional publications. Because it is an official communication of information about Saint Leo University, it is vital that any and all information presented be accurate, up-to-date, consistent, and meet the highest standards for organization, content, and design. While recognizing the importance of allowing for freedom of expression, the University must first ensure that both official and unofficial pages which are a part of the Saint Leo Website enhance the University's identity and mission. The University must strive to achieve the same editorial consistency and accuracy that govern the University's printed materials.

The World Wide Web server, like all Saint Leo computing resources, is to be used for educational purposes only, including administrative, instructional, and professional activities integral to the educational mission of the institution. All pages published on the server must support the academic or administrative activities of the University.

No material will be published that is in violation of any licensing or contractual agreement, law, or University regulation or policy.

### 2.4.6.2    Official Pages

A document that is official is one that purports to speak for the University and its official programs, academic departments, administrative offices, and recognized organizations. Such pages may be intended for distribution to both internal and external audiences. The principal goals are to provide information of importance to viewers, establish accuracy and consistency in University publications, and to provide an identity for Saint Leo University publications. Official pages must comply with the University's appropriate design template.

Access to some subsidiary pages (i.e., below top-level) may be limited to local viewing, through password protection. Faculty, staff, or club pages will be classified as unofficial, and may be required to contain a disclaimer, such as, "Saint Leo University is not responsible for the content of personal home pages. The views and opinions expressed are strictly those of the page authors." Even in such instances the University reserves the right to suspend publishing privileges and/or to remove pages that are considered inconsistent with University policies and standards.

### 2.4.6.3    Publishing Privileges

Subject to these policies and guidelines, officially constituted academic departments, programs, administrative offices, student organizations and clubs, and individual faculty and staff may create Web pages accessed from the Saint Leo Website.

Each administrative office and academic division has its own home page, linked to as many pages as that office deems necessary for providing all important information. The Director of

each office or division, or anyone designated by the Director, may create pages in support of that office's activities within the framework of the design template.

Student organizations and clubs may create pages under the guidance of University Technology Services and are exempt from design constraints, though they are subject to content review before going live.  Once a student organization or club is live, the site will not be monitored – it is the student club or organization's responsibility to ensure that the content on the site is appropriate.  If there is any problem or complaint about student club or organization Websites, University Technology Services may revoke a student organization's right to publish on the Web.  This does not require any notification be sent to the club Website editor(s).

The University reserves the right to suspend publishing privileges and/or to remove pages that are considered inconsistent with official University policies and standards.

### 2.4.6.4      Procedural Guidelines and Responsibility

Because many of Saint Leo University's Web pages will be viewed by external audiences, academic and administrative offices should create their Web pages working within the framework of the official design.  The chair/administrator for each department is responsible for ensuring that all pages fit within the framework of the design template, that there is no unnecessary duplication of information, and that all links are active.

### 2.4.6.5      First-time Postings

Persons or departments proposing first-time postings will submit material to, or consult with, University Technology Services.  University Technology Services will review submissions and note any problems of content or design conformity.  Following any necessary changes, the postings will go live.

### 2.4.6.6      Subsequent Postings and Updates

Since much of the information published on the Web is of a dynamic, rapidly changing nature, there is no review process for departments on the web beyond what the department uses internally.

However, new pages and major changes to the style, structure, or substance of pages must be reviewed according to the process outlined above.

Information on department home pages must be kept up-to-date as appropriate.  Outdated information shall be replaced as needed.  All official home pages should carry a stamp indicating when they were last updated and the e-mail address for the person responsible for the page.  Each person creating pages on the Web is responsible for ensuring that their pages comply with all applicable U.S. laws and Saint Leo University policies, including, but not limited to, U.S. and International copyright law, and the Saint Leo University Information Technology Policies. When in doubt, Web publishers should contact University Technology Services with questions about applicable laws and policies.

## 2.5      University Communications Policies

### *2.5.1      Office of University Communications*

The Office of University Communications supports Saint Leo University by communicating its achievements, strategic goals, and long-term needs to its many audiences and core constituency groups.  These include campus and regional centers, alumni, local, regional, and national media.

The Office of University Communications serves Saint Leo University by producing communication vehicles for high profile University initiatives, while also serving the communication needs of the University's various departments.

The Office of University Communications is responsible for:

1.  Disseminating information about the University to the public through the press, radio television, magazines, special interest publications, and community agencies;

2.  Answering queries from the news media;

3.  Participating in community and public affairs affecting the University;

4.  Coordinating, planning, and producing University publications and printed materials; and

5.  Assisting in planning, promoting, and publicizing institutional programs and special events.

For purposes of this policy, University publications are defined as magazines, bulletins, newsletters, brochures, flyers, handbooks, posters, stationery, audiovisual materials, the Website, and other types of published materials published in the name of Saint Leo University and intended for public distribution, with the exception of official forms and materials produced for classroom or student use.  All University publications for off-campus distribution, including all bulk mail pieces, but excluding publications prepared and distributed by the Office of Admissions, must be approved by the Office of University Communications.

#### 2.5.1.1      University Logo

The Saint Leo University logo consists of the nomenclature ("Saint Leo University" in the school's specialized type) and the symbol (a stylized lion's head), in the design and format adopted by the University.  The logo may be used only as prescribed by the *Style and Graphic Standards Manual* established by the Office of University Communications.   Any items displaying a logo inconsistent with the guidelines may be removed from public display or circulation at the request of the President, Vice President for University Advancement, or the Director of University Communications.

#### 2.5.1.2      University Spokesperson

It is the policy of Saint Leo University that when one is speaking on behalf of the institution, all official contact with news media representatives shall be initiated and approved by the Director of University Communications, the President, or the President's designee.  The President and/or designee will serve as official spokesperson in all matters pertaining to media contact.

### *2.5.2    Media Relations Policy*

The Office of University Communications has primary responsibility for media relations at Saint Leo University.  The responsibility includes finding the appropriate administrator or faculty member to comment on behalf of the institution or as an expert resource as needed.  In the case of faculty experts, the Office of University Communications' responsibility is to connect the news media (radio, newspaper, television, magazine, Web, etc.) with knowledgeable faculty sources.  Key faculty members and administrators serve as resource persons for a variety of institutional issues.

#### 2.5.2.1      Faculty and Staff Response to Media Calls

When a member of the news media contacts a faculty or staff member to comment on a topic that is within the employee's area of expertise (e.g., about a faculty member's academic research or area of academic specialization), the employee may answer questions immediately.  However, if the faculty or staff member prefers to give some thought to the questions before answering, or if she/he has questions about the interview and how to respond, the Office of University Communications recommends the employee take the reporter's telephone number, inquire about the reporter's deadline and return the call at a later agreed-upon time.  Faculty or staff may then contact the Director of University Communications at (352) 588-8121.  A University Communications staff member will be glad to share information about the reporter, and any other background information that may be helpful in advance of the interview.  While media representatives often work under deadlines, they sometimes can fax or e-mail questions in advance, and a few may be willing to read direct quotes back to those quoted before they go to press.

While it is optional for a faculty or staff member to contact the Office of University Communications prior to talking with a reporter about the employee's area of expertise, it is very important that the University Communications Office be notified immediately after the faculty or staff member has spoken with a reporter.  The University Communications staff monitors the progress of all Saint Leo University related stories in order to help reporters find sources and gather facts.  Knowing whom a reporter has spoken with will assist in the tracking process.  An archive of published news stories about the Saint Leo University is maintained by the Office of University Communications, and news articles are sent to members of President's staff, daily.

When faculty and staff members are asked to comment or provide information on an institutional question or an issue that relates to the entire institution, the reporter should be referred to the Office of University Communications.    The Director of University Communications, in cooperation with the Vice President of University Advancement and/or the President, will determine the appropriate spokesperson on behalf of the University.  The Director will refer the reporter to the appropriate source for comment.

#### 2.5.2.2      Responding to Questions

As an institution of higher education, Saint Leo University is governed by federal and state laws that limit the type of information that can be divulged about students and employees.  The University does not allow its employees to release information concerning current or former students without the student's express permission.

### 2.5.2.3      News Releases

News releases are prepared for all public events held on campus.  Information and photos should be submitted at least three weeks prior to the event in order to meet print media deadlines.  In addition, a calendar of events is sent to the news media several times during the academic year to announce upcoming public events.  Information for the calendar of events or for news releases may    be    sent    the    Office    of    University    Communications    by    e-mail    to public.relations@saintleo.edu.

### 2.5.2.4      University Crisis Communication Plan

A crisis is any event that can have a major impact on the image and long-term reputation of Saint Leo University, if not handled promptly and correctly with the best interests of the University's community and the larger neighboring community at heart.  A crisis can involve either one or a combination of people, programs, policies and/or property.  Crises can take many different forms, ranging in severity from death, injury, assault, riot or property damage to ecological problems, controversial speakers, false accusations, personnel matters, loud music, parking problems, litter, and matters of poor taste.

The University has developed an institutional crisis plan and a permanent committee has been established to implement it.  In the event of a crisis, the committee will comprise the core members of a crisis management team to which other administrators or University personnel may be added, depending on the nature of the crisis.  This group will then determine the institution's response to the crisis and formulate a course of action in the particular situation.  At the conclusion of any crisis meeting of this committee, it will evaluate the response that was made and make recommendations to the President for improvements in both prevention and response.

### 2.5.2.5      Website News and Information

The University Communications staff maintains the University's external Website and the section that features news and events at Saint Leo University.  The "News" page features photos and news releases about events on campus that are of interest to the public as well as the University community, including lectures, workshops, music programs and theater productions.  From the first page of the "News" section, users are linked to the current calendar of events that lists campus programs open to the public, and a news release archive.  In addition, online versions of several important University publications are available.  Current issues of the Annual Report, *Spirit* magazine, and *SLU News* are available.  Past issues of these publications also can be accessed through the online archive.  The University's official Style and Graphic Standards Manual, which helps ensure that that the University maintains a unified graphic image, are available on the Intranet for use by University constituents for creating brochures, flyers, posters, etc.

## 2.6      Scientific Research Policies

### 2.6.1      Research Activities Policy

See Volume IV, Subsection 4.8.6.

## 2.7     Copyright, Patent, and Invention Policies

### *2.7.1     Copyright Guidelines*

It is Saint Leo University's policy to comply with United States copyright law, including the Digital Millennium Copyright Act (DMCA) and the Technology, Education and Copyright Harmonization Act (TEACH).  The University further acknowledges that copyright law applies to digital resources and that any unauthorized distribution or redistribution of music, movies, text, software, or other protected media may be a violation of the law.  The University's values encourage all members of the University community to exercise individual stewardship in understanding and upholding the provisions of the copyright law and respecting the copyrights of others.

#### 2.7.1.1     The TEACH Act

The Technology, Education, and Copyright Harmonization Act (TEACH) was signed into law on November 2, 2002.  The Act updates copyright law in the area of digital distance education and, if numerous requirements are met, facilitates the use of copyrighted materials in digital distance education efforts without having to obtain prior permission from the copyright owner.  It is an effort to simulate fair use as allowed by copyright law.

However, TEACH imposes certain requirements on the use of copyrighted materials in distance education.  TEACH is more restrictive than the law allowing face-to-face instructional use of copyrighted materials.  For uses that fall outside the scope of TEACH, the user should seek permission or evaluate the use under the fair use exemption of the copyright law.

TEACH is a compromise between the needs of academe to make free use of copyrighted materials as an efficient and effective teaching tool, and the needs of copyright holders to protect the value of their work effort.  Most of the TEACH requirements are designed to allow transmission of copyrighted works (or parts thereof) to a legitimate student audience for a limited time, without permission or license fees, while preventing dissemination that could undermine the market for the works.

In general, faculty who want to incorporate works into digital transmissions for instructional purposes pursuant to TEACH must:

1. Not use unlicensed commercial works that are sold or licensed for purposes of digital distance education.

2. Not use pirated works or works where the faculty member otherwise has reason to know the copy was not lawfully made.

3. Limit the use of works to an amount and duration comparable to what would be displayed or performed in a live physical classroom setting.  TEACH does not authorize the digital transmission of textbooks or course packs to students.

4. Faculty should interactively use the copyrighted work as part of a class assignment in the distance education course.  It should not be an entertainment add-on or passive background/optional reading.

5. Use software tools provided by the University to limit access to the works to students enrolled in the course, to prevent downstream copying by those students, and to prevent the students from retaining the works for longer than a "class session."

6.  Notify the students that the works may be subject to copyright protection and that they may not violate the legal rights of the copyright holder.

Use the Teach Checklist (See Appendix 2.7.1.1) to make sure all requirements have been met.

### 2.7.1.2        Fair Use

The University seeks to encourage the fair use of copyrighted materials, balancing the research needs of faculty, students, and staff while respecting the intellectual property rights of copyright holders and abiding by the pertinent laws governing usage of copyrighted materials.  According to Title 17, Chapter 1, Section 107 of the U.S Copyright law:

In determining whether the use made of a work in any particular case is a fair use the factors to be considered shall include:

1.  The purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;

2.  The nature of the copyrighted work;

3.  The amount and substantiality of the portion used in relation to the copyrighted work as a whole; and

4.  The effect of the use upon the potential market for or value of the copyrighted work. The fact that a work is unpublished shall not itself bar a finding of fair use if such finding is made upon consideration of all the above factors.

For a more complete set of guidelines, see Fair Use Guidelines for Educational Multimedia developed by The Consortium of College and University Media Centers.

### 2.7.1.3        Peer to Peer Filing Sharing

Campus computer networks are often used to reproduce and distribute copyrighted music, movies, television shows, pictures, and software through the use of peer-to-peer (P2P) networks. P2P file sharing applications allow a computer to connect to a P2P network, and once connected, make it possible to download and share files with other users on the network. When Saint Leo University receives a complaint from a copyright holder, the University notifies the individual involved and passes along any information received from the copyright holder to that individual. The University does not supply any information to the copyright holder about the individual involved unless a valid subpoena is presented.

#### 2.7.1.3.1       *Legality of Peer-to-Peer Filing Sharing*

P2P technologies have many legitimate uses. For this reason, Saint Leo does not ban "P2P" programs from its network. The University believes, however, that the primary use of P2P technology has been copying of commercial music and video files, without the copyright holder's permission, for personal enjoyment. It is that type of activity that generally violates the Copyright Law.

### *2.7.1.3.2    Penalties for Violation of Copyright*

University Disciplinary Action: Copyright infringement can subject a student to disciplinary action under the Student Code of Conduct, since violation of law or University policy is grounds for discipline. First offenses will result in a notice from Computing Services to cease illegal activity. Failure to comply or further incidents of infringement may result in further disciplinary action including by not limited to suspension and loss of network access for the infringing computer. Sanctions may include suspension of network access (meaning loss of access to Saint Leo email account and course web site access) and formal University disciplinary action.

Civil Liability: Persons found to have infringed may be held liable for substantial damages and attorneys' fees. The law entitles a plaintiff to seek statutory damages of $150,000 for each act of willful infringement.

Criminal Liability: Copyright infringement also carries criminal penalties under the federal No Electronic Theft Act. Depending on the number and value of the products exchanged, penalties for a first offense may be as high as three years in prison and a fine of $250,000. Saint Leo is not the police; however, Saint Leo will cooperate with the law enforcement agencies when required.

### *2.7.1.3.3    Obtaining Digital Music and Movie Files Legally*

Some music, movies and television shows can be legally obtained through online subscription services or from sites officially permitted by the copyright holders to offer certain downloads. Some of the "pay for play" services from which these files can be legally obtained are listed below.

Music

- Apple iTunes Music Store
- Rhapsody
- eMusic
- MP3.com

Movies/TV

- AtomFilms
- CinemaNow
- MovieFlix
- Movielink
- NetFlix

### 2.7.1.4    Resources

For additional reading on intellectual property issues, and copyright in particular, see these online resources.

1. The American Library Association;
2. Bitlaw on technology law;

3.  Digital Millennium Copyright Act at EDUCAUSE;

4.  Intellectual property law at www.intelproplaw.com; and

5.  U.S. Copyright Office.

1.

### 2.7.1.5    Guidelines for Off-Air Recordings

In March 1979, a congressionally appointed committee determined the following guidelines concerning the application of "fair use" to the recording, retention, and use of television broadcast programs for educational purposes. They specify periods of retention and use of such off-air recordings in classrooms and similar places devoted to instruction and for homebound instruction. The purpose of establishing these guidelines is to provide standards for both owners and users of copyrighted television programs.

The guidelines were developed to apply only to off-air recording by nonprofit educational institutions.

A broadcast program may be recorded off-air simultaneously with broadcast transmission (including simultaneous cable retransmission) and retained by a nonprofit educational institution for a period not to exceed the first forty-five (45) consecutive calendar days after date of recording. Upon conclusion of such retention period, all off-air recordings must be erased or destroyed immediately. "Broadcast programs" are television programs transmitted by television stations for reception by the general public without charge.

Off-air recordings may be used once by individual teachers in the course of relevant teaching activities, and repeated once only when instructional reinforcement is necessary, in classrooms and similar places devoted to instruction within a single building, cluster or campus, as well as in the homes of students receiving formalized home instruction, during the first ten (10) consecutive school days in the forty-five (45) day calendar day retention period. "School days" are school session days – not counting weekends, holidays, vacations, examination periods, and other scheduled interruptions - within the forty-five (45) calendar day retention period. Off-air recordings may be made only at the request of and used by individual teachers, and may not be regularly recorded in anticipation of requests. No broadcast program may be recorded off-air more than once at the request of the same teacher, regardless of the number of times the program may be broadcasted.

A limited number of copies may be reproduced from each off-air recording to meet the legitimate needs of teachers under these guidelines. Each such additional copy shall be subject to all provisions governing the original recording.

### 2.7.1.6    Copyright in Face-to-Face Instruction

#### 2.7.1.6.1    Exemption to Copyright

17 U.S.C. 110 (1) of the copyright law creates an exception to the copyright holder's exclusive right of performance. The "face-to-face" exemption allows an educator to perform a work (including home use video) in class, as long as the following criteria are met:

1.  Applies only to non-profit educational institutions;

2. Applies only to instructional activities in the classroom where the teacher and students are in the same location;

3. Covers performances of copyrighted works by teachers, students, and guest lecturers;

4. The audience must be composed of members of one class only;

5. The performance must be part of "systematic instruction," which does not include recreational or cultural programs;

6. The performance must take place in a classroom or similar place devoted to instruction (i.e., not a gymnasium, auditorium, class play, graduation, athletic event, etc.); and

7. Must use a lawfully made copy of the film or video. When a professor has taken parts of copyrighted materials to make the copy, whether or not the copy was lawfully made depends upon an analysis of the four "fair use" factors. The face-to-face exemption itself does not authorize any copying.

There are no exceptions to the above requirements. Further, the relationship between the film or video and the course must be explicit. Films or videos, even in a "face-to-face" classroom setting, may not be used for entertainment or recreation, whatever the work's intellectual content.

### 2.7.2    Ownership of Copyrightable Materials and Intellectual Property

This document describes Saint Leo University's policies and associated administrative procedures for ownership of copyrightable materials and other intellectual property. Its objectives are:

1. To enable the University to foster the free and creative expression and exchange of ideas and comment;

2. To preserve traditional University practices and privileges with respect to the publication of scholarly works;

3. To establish principles and procedures for sharing income derived from copyrightable material produced at the University; and

4. To protect the University's assets and imprimatur.

#### 2.7.2.1    Overview

Faculty at the University must be free to choose and pursue areas of study and concentration without interference, to share the results of their intellectual efforts with colleagues and students, to use and disseminate their own creations, and to take their created works with them should they leave the University.

This copyright policy is intended to maintain those traditional norms and values that foster, in various ways, the open and free exchange of ideas and opinions. In this regard the policy formulated here is guided by a basic tenet of the 1940 Statement of Principles on Academic Freedom and Tenure of the American Association of University Professors:

Institutions of higher education are conducted for the common good and not to further the interest of either the individual teacher or the institution as a whole. The common good depends upon the free search for truth and its free expression.

The ongoing revolution in the use of information technology for the production and dissemination of knowledge enables members of the University community to create new forms or types of scholarly works, to communicate with current audiences with new types of materials, and to reach new audiences. The dramatic changes in information technologies and the ways in which they are employed provide an occasion to examine and clarify policy for copyright of works of scholarship produced at the University. This copyright policy statement delineates the rights and responsibilities of the University and its faculty, employees, students, and other members of the community.

By longstanding custom, faculty members hold copyright for books, monographs, articles, and similar works as delineated in the policy statement, whether distributed in print or electronically. This pattern will not change. This copyright policy retains and reasserts those rights.

### 2.7.2.2    Copyright Ownership Policy

Copyright is the ownership and control of the intellectual property in original works of authorship that are subject to copyright law. It is the policy of the University that all rights in copyright shall remain with the creator unless the work is a work-for-hire (and copyright vests in the University under copyright law), is supported by a direct allocation of funds through the University for the pursuit of a specific project, is commissioned by the University, makes significant use of University resources or personnel, or is otherwise subject to contractual obligations.

1. Books, Articles, and Similar Works Including Unpatentable Software: In accord with academic tradition, except to the extent set forth in this policy, Saint Leo University does not claim ownership to pedagogical, scholarly, or artistic works, regardless of their form of expression. Such works include those of students created in the course of their education, such as dissertations, papers and articles. The University claims no ownership of popular nonfiction, novels, textbooks, poems, musical compositions, unpatentable software, or other works of artistic imagination that are not institutional works and did not make significant use of University resources or the services of University non-faculty employees working within the scope of their employment.

2. Institutional Works: The University shall retain ownership of works created as institutional works. Institutional works include works that are supported by a specific allocation of University funds or that are created at the direction of the University for a specific University purpose. Institutional works also include works whose authorship cannot be attributed to one or a discrete number of authors but rather result from simultaneous or sequential contributions over time by multiple faculty and students. For example, software tools developed and improved over time by multiple faculty and students where authorship is not appropriately attributed to a single or defined group of authors would constitute an institutional work. The mere fact that multiple individuals have contributed to the creation of a work shall not cause the work to constitute an institutional work.

3. Patent and Copyright Agreement: All faculty, staff, student employees, and students who participate or intend to participate in teaching and/or research or scholarship projects at Saint Leo University are bound by this policy. Except as described in #1 above, this agreement assigns rights to copyrightable works resulting from University projects to Saint Leo University. This policy applies, and those subject to this policy are deemed to assign their rights to copyrightable works, whether or not an Agreement is signed and is on file.

4. Works of Non-Employees: Under the Copyright Act, works of non-employees such as consultants, independent contractors, etc. generally are owned by the creator and not by the University, unless there is a written agreement to the contrary.  As it is Saint Leo University's policy that the University shall retain ownership of such works (created as institutional rather than personal efforts, as described in #2 above), Saint Leo University will generally require a written agreement from non-employees that ownership of such works will be assigned to the University.  Examples of works which the University may retain non-employees to prepare are:

    a. Reports by consultants or subcontractors;

    b. Computer software;

    c. Architectural or engineering drawings;

    d. Illustrations or designs; and

    e. Artistic works.

5. Videotaping and Related Classroom Technology: Courses taught and coursewares developed for teaching at Saint Leo University belong to the University.  Any courses which are videotaped or recorded using any other media are Saint Leo University property, and may not be further distributed without permission from the appropriate academic dean.  Blanket permission is provided for the use of students, or for other University purposes.  Prior to videotaping, permission should be obtained from anyone who will appear in the final program.

6. Contractual Obligations of the University: This Copyright Ownership Policy shall not be interpreted to limit the University's ability to meet its obligations for deliverables under any contract, grant, or other arrangement with third parties, including sponsored research agreements, license agreements and the like.  Copyrightable works that are subject to sponsored research agreements or other contractual obligations of the University shall be owned by the University, so that the University may satisfy its contractual obligations.

7. Use of University Resources: Saint Leo University resources are to be used solely for University purposes and not for personal gain or personal commercial advantage, nor for any other non-University purposes.  Therefore, if the creator of a copyrightable work makes significant use of the services of University non-faculty employees or University resources to create the work, the creator shall disclose the work to the Vice President of Academic Affairs and assign title to the University.  Examples of non-significant use include ordinary use of desktop computers, the Library, and limited secretarial or administrative resources.  Questions about what constitutes significant use shall be directed to the appropriate dean or the Vice President of Academic Affairs.

8. Reconveyance of Copyright to the Creator: When copyright is assigned to the Saint Leo University because of the provisions of this policy, the creator of the copyrighted material may make a request to the Vice President of Academic Affairs that ownership be reconveyed back to the creator.  Such a request can, at the discretion of the Vice President of Academic Affairs, be granted if it does not:

    a. Violate any legal obligations of or to the University,

    b. Limit appropriate University uses of the materials,

c. Create a real or potential conflict of interest for the creator, or

d. Otherwise conflict with University goals or principles.

### 2.7.2.3    Administration of Policy

1. Determination of Ownership and Policy: The Vice President of Academic Affairs will resolve any questions of ownership or other matters pertaining to materials covered by this policy.

2. Licensing and Income Sharing:

   a. Licensing: The Vice President of Academic Affairs seeks the most effective means of technology transfer for public use and benefit and, toward that end, handles the evaluation, marketing, negotiations and licensing of University-owned inventions or copyrightable materials with commercial potential.  Computer databases, software and firmware, and other copyrightable works owned by the University, are licensed through the Vice President of Academic Affairs.  The Vice President of Academic Affairs must approve in advance exceptions to this procedure.

   b. Royalty Distribution: The Vice President of Academic Affairs will allocate royalties assigned to the University.  If copyright protection alone is claimed, royalties normally will be allocated in a similar manner, with the "inventor's share" allocated among individuals identified by the investigator (or department head if not under a sponsored agreement), based on their relative contributions to the work.  Where royalty distribution to individuals would be impracticable or inequitable (for example, when the copyrightable material has been developed as a laboratory project, or where individual royalty distribution could distort academic priorities), the "inventor's share" may be allocated to a research or educational account in the laboratory where the copyrightable material was developed.

3. Assignments: No assignment, license or other agreement may be entered into or will be considered valid with respect to copyrighted works owned by the University except by an official specifically authorized to do so.

4. Use of the University Name in Copyright Notices: The following notice should be placed on University-owned materials in order to protect the copyright:  Copyright © [year]. The Board of Trustees of Saint Leo University. All Rights Reserved.

   No other institutional or departmental name is to be used in the copyright notice, although the name and address of the department to which readers can direct inquiries may be listed below the copyright notice.  The date in the notice should be the year in which the work is first published, i.e. distributed to the public or any sizable audience.

   Additionally, works may be registered with the United States Copyright Office using its official forms.

5. Copying of Works Owned by Others: Members of the University community are cautioned to observe the rights of other copyright owners.  Contact the Vice President of Academic Affairs' Office for University policies pertaining to copying for classroom use.  Policies regarding copying for library purposes may be obtained from the Director of the Library.

6. Sponsored Agreements: Contracts and grants frequently contain complex provisions relating to copyright, rights in data, royalties, publication and various categories of material including

proprietary data, computer software, licenses, etc. Questions regarding the specific terms and conditions of individual contracts and grants, or regarding rules, regulations and statutes applicable to the various government agencies, shall be addressed to the Vice President of Academic Affairs.

### 2.7.2.4    Other Intellectual Property

1. Trade and Service Marks: Trade and service marks are distinctive words or graphic symbols identifying the sources, product, producer, or distributor of goods or services. Trade or service marks relating to goods or services distributed by the University shall be owned by the University. Examples include names and symbols used in conjunction with computer programs or University activities and events. Consult the Vice President of Academic Affairs for information about registration, protection, and use of marks.

2. Proprietary Information: Proprietary information arising out of University work (e.g., actual and proposed terms of research agreements, financial arrangements, or confidential business information) shall be owned by the University. "Trade secret" is a legal term referring to any information, whether or not copyrightable or patentable, which is not generally known or accessible, and which gives competitive advantage to its owner. Trade secrets are proprietary information.

### 2.7.2.5    Explanation of Terms

1. Copyrightable Works: Under the federal copyright law, copyright subsists in "original works of authorship" which have been fixed in any tangible medium of expression from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device. These works include:

   a. Literary works such as books, journal articles, poems, manuals, memoranda, tests, computer programs, instructional material, databases, bibliographies;

   b. Musical works including any accompanying words;

   c. Dramatic works, including any accompanying music;

   d. Pantomimes and choreographic works (if fixed, as in notation or videotape);

   e. Pictorial, graphic and sculptural works, including photographs, diagrams, sketches and integrated circuit masks;

   f. Motion pictures and other audiovisual works such as videotapes; and

   g. Sound recordings.

2. Scope of Copyright Protection: Copyright protection does not extend to any idea, process, concept, discovery or the like, but only to the work in which it may be embodied, illustrated, or explained. For example, a written description of a manufacturing process is copyrightable, but the copyright only prevents unauthorized copying of the description; the process described could be freely copied unless it enjoys some other protection, such as patent.

   Subject to various exceptions and limitations provided for in the copyright law, the copyright owner has the exclusive right to reproduce the work, prepare derivative works, distribute copies by sale or otherwise, and display or perform the work publicly. Ownership of copyright is distinct from the ownership of any material object in which the work may be

embodied. For example, if one purchases a videotape, one does not necessarily obtain the right to make a public showing for profit.

The term of copyright in works created on or after January 1, 1978, is the life of the author plus seventy years. Copyright in works-for-hire is for ninety-five years from the date of first publication or one hundred twenty years from creation, whichever period first expires.

3. Works for Hire: "Work for hire" is a legal term defined in the Copyright Act as "a work prepared by an employee within the scope of employment." This definition includes works prepared by employees in satisfaction of sponsored agreements between the University and outside agencies. Certain commissioned works also are works for hire if the parties so agree in writing.

The employer (i.e., the University) by law is the "author," and hence the owner, of works for hire for copyright purposes. Works for hire subject to this principle include works that are developed, in whole or in part, by University employees. Where a work is jointly developed by University employees and a non-University third-party, the copyright in the resulting work typically will be jointly owned by the University and the third party. In such instances, both the University and the other party would have nonexclusive rights to exploit the work, subject to the duty to account to each other. Whether the University claims ownership of a work will be determined in accordance with the provisions of this policy, and not solely based upon whether the work constitutes a work-for-hire under the copyright law. For example, copyright in pedagogical, scholarly or artistic works to which the University disclaims ownership under this policy shall be held by the creators regardless of whether the work constitutes a work-for-hire under copyright law. Only the Vice President of Academic Affairs may relinquish University ownership in a work for hire.

## 2.8    Institutional Advancement Policies

The purpose of these policies is to specify procedures necessary for the solicitation, review, and acceptance of gifts and bequests to the University.

### 2.8.1    Background and Authority

The objective of the development program at the University is to encourage, accept, and hold gifts made to the University in the form of any and all types of real or personal property for the purpose of advancing the welfare and development of the University and to aid it in carrying out its commitment to provide educational opportunities.

The Board of Trustees has authority over policies and procedures for all fund raising activities and acceptance of all gifts and grants from non-governmental sources. With certain exceptions provided for herein, such authority has been delegated to the University's President or the President's designees. The Board of Trustees retains the power of final approval of the policies and procedures that govern all fund raising activities and for such special Board decisions as are required by these policies and procedures.

Members of the University community who may be involved in fund raising activities should be aware of development policies and procedures. This statement has been prepared as an aid to the approved policies and procedures.

The Vice President for University Advancement will provide information regarding the interpretation and clarification of these policies and procedures.

### 2.8.2   Soliciting Charitable Contributions

In soliciting charitable contributions, no staff member or representative of the University is authorized to commit the University to an agreement which is in conflict with established policies and procedures, or which compromises, in any manner, the position of any office or department in the performance of its assigned responsibilities.

Any member of the campus community who wishes to seek a grant or other contribution of money, real and personal property, or gift-in-kind from an individual, corporation, foundation, or other non-governmental agency for the purpose of continuing, enlarging, or imitating an approved program, project or activity, will coordinate such solicitation effort from its inception with the Vice President for University Advancement.   The Vice President for University Advancement will ensure that, in the solicitation of support from such sources, University priorities are observed and plans for such programs, projects or activities have been reviewed and approved in advance of solicitation by academic, financial, and other appropriate administrative officers.

### 2.8.3   Acceptance of Charitable Contributions

As a general rule, a solicitation for a gift or bequest should stress the advantages of an unrestricted gift.  Prior to acceptance, a bequest or restricted gift must be appraised to assure that it does not place unreasonable constraints on the University.  The language used in establishing restricted and endowed funds should be such that the terms can be modified to permit suitable use in the future as conditions require in the light of changed circumstances.

While the University will accept gifts which are restricted so as to affirmatively assist particular individual or group efforts, it is the policy of the University to seek to persuade the donor, when appropriate, to allow language in the deed of gift permitting use of the funds for general purposes.

Scholarship gifts may not be accepted by the University if they are offered on the condition, or with the understanding, that the award will be made to a student of the donor's choice.

### 2.8.4   Gift Valuation

Before acceptance, gifts will be assessed by the Vice President for University Advancement in coordination with appropriate department heads to assure that such gifts do not impose unreasonable constraints or conditions upon the University, and are in accord with capacity to provide the appropriate care for such property.  No payment for the expense involved in accepting such a gift will be made without the express authorization of the Vice President for University Advancement.  Whenever the acceptance commits the University to a major or extraordinary obligation not already provided herein, the acceptance must be approved by the Board of Trustees.

In setting up or reviewing the terms of any gift with a donor, a representative of the University may suggest wording or terms that will assist the University in complying with the donor's wishes.  The representative will not, however, give tax or legal advice.  All prospective donors should be advised to seek the counsel of their attorneys and/or their tax and estate-planning advisors concerning all aspects of their proposed gift.  If the donor refuses to employ that person's own counsel, the University's counsel should be contacted for procedural guidance.

Gifts will be valued by the University on the date the donor relinquishes control of the assets in favor of the University.  The amount reported should be arrived at without regard to the donor's estimation of the gift's value, the worth and date of the gift as reported by the donor to the IRS, or the value placed on it by the IRS in reference to the donor's tax liability.

In cases where gifts are made in cash, the valuation does not pose a problem.  In cases where gifts are made with securities real and personal property, or bearing some real or implied obligation on the part of the University, the following guidelines will be observed:

### 2.8.4.1    Securities

The University will report gifts of securities at market value on the date the donor relinquishes assets in favor of the University.  Neither losses nor gains realized by the University's sale of securities nor brokerage fees or other expenses associated with the transaction will affect the value reported.

### 2.8.4.2    Real and Personal Property

Major gifts of real and personal property — such as land, vehicles and works of art — will be reported at the fair market value placed on them by an independent, expert appraiser.  Small gifts of real and personal property with apparent value of less than $2,500 may be valued by a member of the University's staff, and that informal valuation will be used for reporting purposes.

### 2.8.5    Recording and Acknowledging Charitable Contributions

The Vice President for University Advancement is responsible for the processing, recording, acknowledging and maintenance of records and files and related correspondence and documents for all gifts of cash, securities, gifts-in-kind, pledges, and grants from private sources including individuals, corporations and private foundations.  Any member of the faculty or administrative staff reviewing such a gift or grant will promptly forward it and all pertinent correspondence to the Vice President for University Advancement for deposit, accounting and acknowledgment.  After the recording of such gifts, securities and original documents (such as wills, trusts, deeds, annuity agreements, contracts and correspondence) establishing restrictions on such gifts will be deposited into the custody of the Treasurer of the Board of Trustees.

All personal gift records identifying a donor will be treated with professional discretion and will be subject to the normal listings and uses of the University.  Gift records of donors requesting confidentiality or anonymity will be accorded such.  However, the Vice President for University Advancement may disclose such information or documentation as authorized by such a donor or as may be required by law.

### 2.8.6    Use of University Name, Seal, and Logo

Members of the University community, either individually or collectively, shall not officially use the name, seal or logo of Saint Leo University in any activity outside of the regular work of the University.  Violation of this rule is regarded as sufficient cause for dismissal or expulsion.  Saint Leo University's name, seal, and logo are the exclusive property of the University and, consequently, may not be used in connection with goods or services offered by any outside organization without the prior permission of the Vice President for University Advancement. Members of the campus community publish a considerable number of reports in the form of

bulletins, circulars, scientific articles, monographs, and books, some of which are copyrighted and others of which are not. Material from such recognized publications is, of course, quotable, and proper recognition should be given to both the individual author and to the University in connection with such quotations.

Official stationery may not be used in connection with "outside activities" except with respect to those academic and scholarly activities described above. No report or statement relating to outside activities may have the name of the University attributed to it. The use of official University titles for personal gain or publicity is prohibited without the written approval of the Vice President for University Advancement.

## 2.9 Purchasing and Financial Policies

### 2.9.1 Record Retention and Destruction Policy (Rev 12/2008)

The purpose of this Record Retention and Destruction Policy is to ensure that necessary records and documents are adequately protected and maintained and to ensure that records that are no longer needed or of no value are discarded at the appropriate time.

Each department head is responsible for comparing its retained documents that are used and maintained by the department with the documents listed in the Record Retention and Destruction Policy. The department head will annually review currently-used records and forms to determine the adequacy and appropriate of the department's records and forms. Each department head will refer to the University's Educational Records Policy to ensure departmental compliance with the Family Educational Rights and Privacy Act (FERPA).

The Record Retention and Destruction Policy will periodically be reviewed by Business Affairs in consultation with each department head to determine any special circumstances that necessitate changes in the retention periods. Requests for changes in retention periods or deviations from specified retention periods shall be made to the Vice President of Business Affairs, and may be implemented only after approval by the University General Counsel.

The General Counsel or the Vice President of Business Affairs may suspend record disposal in the event of a governmental audit, investigation, or pending litigation. In addition, the General Counsel should be notified of any situation related to University records that might give rise to legal action as soon as possible.

#### 2.9.1.1 Electronic Documents

The provision of this policy shall apply to all documents, regardless of form. Electronic documents will be retained as if they were paper documents. Therefore, any electronic documents (including emails) that fall into one of the document types on the retention schedule set forth below will be maintained for the scheduled length of time.

#### 2.9.1.2 Document Storage

Confidential paper documents shall be retained in a secure storage area. Where practical, boxes and file cabinets containing documents shall be labeled with a description of the documents and the date of destruction. Confidential electronic documents should be password protected in accordance with the University's password policy.

### 2.9.1.3 Document Destruction

Absent a duty to the contrary arising under this policy or the law, the University shall destroy documents after expiration of the applicable retention periods. Departments are responsible for the destruction of their own records, with the oversight of the applicable Vice President. The University will, from time to time, coordinate and facilitate document destruction by engaging appropriate shredding and/or recycling services.

Records can be destroyed in one of the following ways:

1. Non-confidential paper records—Recycle
2. Confidential paper records—Shred
3. Electronically Stored Data—Erase or destroy. (University Technology Services (UTS) can assist you in effectively disposing of this data.)

### 2.9.1.4 Email Retention

Emails that fit into any category listed in the Retention Periods section of this policy shall be treated as such a document and shall be retained accordingly. Otherwise, all emails stored on desktop and laptops through Microsoft Outlook or other similar email software should ordinarily be deleted within 90 days unless relevant to an ongoing project or subject to a legal hold. Emails are backed up on the University's mail server for a period of 30 days, and cannot be accessed thereafter from the mail server.

### 2.9.1.5 Retention Periods

ACT = while active or employed

ENR = while enrolled

LIFE = life of the affected employee

PERM = permanent

FISOP = June 30 of the year the related FISOP/FISAP was submitted

The retention schedule below indicates the minimum (**MIN**) retention period per law/regulation. Please note that in many cases the University has defined its retention period (**SLU**) in excess of a minimum requirement. Saint Leo University personnel should follow the **SLU** retention period.

| Document | Retention Period |
|---|---|
| **INSTITUTIONAL AND LEGAL RECORDS** | |
| Articles of Incorporation | PERM |
| Charter | PERM |
| By-Laws | PERM |
| Minutes of Trustee Meetings | PERM |
| Minutes of Trustee Committee Meetings | PERM |

| | |
|---|---|
| Licenses | ACT + 6 years |
| Deeds and Titles | PERM |
| Attorney Opinion Letters (Property) | ACT + 4 years |
| Leases | ACT + 6 years |
| Policy Statements | 10 years |
| Campus Crime Reports (Annual) | 4 years |
| Campus Crime Reports (Interim) | 2 years |
| Campus Fire Reports | 5 years |
| Contracts and Agreements | ACT + 6 years |
| Patent and Trademark Records | ACT + 6 years |
| Employee Directories (Maintained by Mail Services Dept.) | 5 years |
| **INDIVIDUAL STUDENT RECORDS** | |
| Name Change Authorization | ENR + 6 years |
| Tuition & Fee Charges (In Student A/R files) | ENR + 6 years |
| Medical Records | 7 years |
| **FINANCIAL AID RECORDS** | |
| **Student Files** | |
| Applications | 5 years |
| Financial Aid Awards including Federal or State Aid | ENR + 6 years |
| Financial Aid Awards consisting of only SLU sponsored Aid | ACT +1 |
| Financial Aid Transcripts | ENR + 6 years |
| Lenders Name and Address | ENR + 6 years |
| FFEL Student or Parent Borrowers Records | ENR + 3 years |
| Florida State Loan Records | 5 years |
| Perkins Promissory Notes (Cancellations due to Bankruptcy Discharge or Permanent Disability) | PERM |
| Perkins Promissory Notes (Paid-in-full) | ACT + 3 years |
| Repayment History | ACT + 5 years |
| **Student Employment** | |
| Student Employment Agreements | 6 years |
| Student Employment Job Descriptions | 6 years |
| Timesheets | 6 years |

| Employment Eligibility Verification (I9 Form) | the later of ACT + 1 year OR 3 years after hired |
|---|---|
| **FAO Departmental Reports and Records** | |
| Administrative records related to State of Florida Aid (Including manuals & Unit Record data) | 6 years |
| Administrative records for Perkins, FWS, FSEOG & Pell | Award year + 3 yrs |
| FFEL Institution Participation Records | Award year + 3 yrs |
| FISOP/FISAP | FISOP + 3 years |
| DOE Cash/GAPS Reports & Reconciliations | Award year + 3 yrs |
| IPEDS(Integrated Postsecondary Education Data System) | 3 years |
| IPEDS (if charge of discrimination filed by EEOC) | until disposition of charge/claim |
| **EMPLOYMENT APPLICATIONS/EMPLOYMENT LISTINGS** | |
| Job Announcements and Advertisements | 1 year |
| **Individual Applicants Who Are Not Hired** | |
| Employment Applications | 1 year |
| Background Investigation Results | 1 year |
| Resumes | 1 year |
| Letters of Recommendation | 1 year |
| Correspondence with Applicants | |
| **Individual Applicants Who Are Hires** | |
| Employment Applications | ACT + 1 year |
| Background Investigation Results | ACT + 1 year |
| Resumes | ACT + 1 year |
| Medical Examinations | ACT + 1 year |
| Letters of Recommendation | ACT + 6 years |
| Offer Letters | ACT+ 1 year |
| **PAYROLL RECORDS** | |
| **General Information** | |
| Wage Rate Tables | 3 years |

| | |
|---|---|
| Cost of Living Tables | 1 year |
| **Individual Employee Files** | |
| Wage or Salary History | 6 years |
| Salary or Current Rate of Pay | 6 years |
| Payroll Deductions | 6 years |
| Time Cards or Sheets | 5 years |
| W-2 Form | 6 years |
| W-4 Form | 6 years |
| Garnishments | ACT |
| Payroll Register | 6 years |
| State of Florida Employment Security Form 5208 | 4 years |
| Notices of Employment Security Claims | 4 years |
| Form 941 | 4 years |
| Form 945 | 4 years |
| **PERSONNEL FILES** | |
| **Individual Employee Files** | |
| Employment Application or Resume | ACT |
| Employment History | ACT |
| Beneficiary Designation | ACT |
| Emergency Contacts | ACT |
| Medical Records | ACT |
| Promotions | ACT |
| Attendance Records | 3 years |
| Employee Evaluations | 3 years |
| Transfers | 3 years |
| Personnel Actions | 3 years |
| Disciplinary Warnings and Actions | 3 years |
| Layoff or Termination | 3 years |
| Employment Eligibility Verification (I9 Form) | the later of ACT + 1 year or 3 years after hired |
| **General Files** | |
| EEO-6 Reports (Now part of IPEDS) | 3 years |
| Superseded Employee Manuals | 10 years |

| Superseded Job Descriptions | 10 years |
|---|---|
| **EMPLOYEE MEDICAL, HEALTH AND SAFETY RECORDS** | |
| Accident Reports | 6 years |
| Employee Exposure Records | 30 years |
| Exposed Employee Medical Records | 30 years |
| Safety Records | 6 years |
| Employee Medical Complaints | 6 years |
| Employee Injury Records | 6 years |
| **BENEFIT RECORDS** | |
| Individual Employee Files | LIFE |
| Education Assistance | LIFE |
| Vesting | 6 years |
| Sick Leave Benefits | LIFE |
| Retirement Benefits Accrued | LIFE |
| 403B Benefits Accrued | LIFE |
| Disability Records | LIFE |
| **General Files** | |
| Actuarial Records | 6 years |
| Incentive Plans (after expiration) | 6 years |
| Pension Plans (after expiration) | 6 years |
| Retirement Plans (after expiration) | 6 years |
| **FEDERAL TAX RECORDS** | |
| Form 990 and Support | 3 years |
| Form 990-T and Support | 3 years |
| Antitrust Tax Returns and Support | 3 years |
| **STATE AND LOCAL TAX RECORDS** | |
| City & State Excise Tax Reports (Includes support documentation) | 5 years |
| Unclaimed Property Filings (Includes support documentation) | 6 years |
| **REVENUE RECORDS** | |
| Accounts Receivable (Includes Deposit and NCT Summaries) | 6 years |
| Accounts Receivable Subsidiary Ledgers | 6 years |

| | |
|---|---|
| A/R Fiscal Year End Report | |
| Receipts (for all gifts and sales from all sources on campus - Retained by the Department which effected the sale/gift) | 6 years |
| Each Department which processes Recharge or Cash Sales/Gift transactions must keep a record/ledger of all transactions | ACT + 5 years |
| Uncollected Accounts (Includes Charge Off files) | ACT + 6 years |
| **ACCOUNTS PAYABLE RECORDS (Maintained in the A/P Office)** | |
| **Accounts Payable Vendor Files** | |
| Processed/Paid Purchase Orders | 5 years |
| Original Invoices (Includes those records maintained by the Bookstore, Dining Services & Human Resources) | 5 years |
| Expense Reports | 5 years |
| | |
| Accounts Payable Subsidiary Reports | 5 years |
| Accounts Payable Post Reports | 5 years |
| Accounts Payable Check Prep Reports | End of Annual Audit |
| 1099 and 1042 Reports | 7 years |
| A/P Check Registers | 5 years |
| **BANK RECORDS** | |
| Wire Transfer Records (Kept in the JV files) | 5 years |
| Bank Statements | 5 years |
| Deposit Records | 5 years |
| Bank Reconciliations & Support | 5 years |
| Canceled Checks | 5 years |
| **GRANT AND GIFT RECORDS** | |
| Government Grant Files | ACT + 3 years |
| Private Grant Files | ACT + 6 years |
| Deeds and Titles for Donated Real Property subsequently sold | PERM |
| Life Income Agreements (May need to retain as Endowment records) | ACT+6 |
| **ENDOWMENT RECORDS (And other Permanently Restricted Net Asset Records)** | |
| **CAPITAL PROPERTY RECORDS** | |
| Property Records | ACT + 5 years |

| Inventory | ACT + 5 years |
|---|---|
| Depreciation Schedules | ACT + 5 years |
| Mortgage, Bonds and Other Long-Term Debt Records | ACT + 5 years |
| Property Improvement Records | ACT + 5 years |
| Sales | 5 years |
| Property Tax Exemption Records | PERM |
| **FINANCIAL RECORDS** | |
| Description of Accounting System | ACT |
| General Ledgers and Operating Ledgers | ACT + 5 years |
| Subsidiary Ledgers | ACT + 5 years |
| Journal Vouchers and backup (including budget entries) | |
| Account Reconciliations | |
| Annual Financial Report (audited) | ACT + 5 years |
| Audit Reports and Work papers in support of the Annual Financial Report | ACT + 5 years |
| Unclaimed Property Records | |
| **BUDGET RECORDS** | |
| Annual Budget (and support) | ACT + 15 years |
| Budget Reports | ACT + 10 years |
| **FACILITIES RECORDS** | |
| Building Permits | |
| Building Plans and Specifications | ACT + 5 years |
| Office Layouts | PERM |
| Zoning Permits | ACT |
| Operating Permits | ACT |
| Maintenance Records | ACT |
| Motor Vehicle Records | ACT |
| Air or Water Waste Emissions | ACT |
| Hazardous Chemical Waste Records | 3 years |
| Laboratory Practices | 5 years |
| **LITIGATION RECORDS** | ACT |
| Claims | |

| Court Documents and Records | ACT |
|---|---|
| Deposition Transcripts | ACT |
| Discovery Materials | ACT |
| Litigation Files | ACT |
| **INSURANCE RECORDS** | ACT + 2 years |
| Property Insurance Policies | PERM |
| Liability Insurance Policies | PERM |
| Insurance Claim Documents | PERM |
| **BOND DOCUMENTS** | PERM |
| Form 1023 | |
| 501(c)(3) Determination Letter | Bond Life + 3 years |
| Bond Transcripts, official Statements and other offering documents | PERM |
| Minutes and Resolutions authorizing issuance | Bond Life + 3 years |
| Formal Elections for Bond Financings | Bond Life + 3 years |
| Appraisals, demand surveys, or feasibility studies for bond-financed property | Bond Life + 3 years |
| Documents related to government grants associated with construction, renovation or purchase of bond financed facilities | Bond Life + 3 years |
| Publications, brochures, and newspaper articles for bond financing | Bond Life + 3 years |
| Trustee Statements | Bond Life + 3 years |
| Correspondence (letters, e-mails, faxes, etc.) | Bond Life + 3 years |
| Reports of any prior IRS examinations of Saint Leo or its bond financings | Bond Life + 3  years |
| Documents related to investments of bond financing proceeds | PERM |
| Copies of Arbitrage-Related Documents | Bond Life + 3 years |
| | Bond Life + 3 years |

### 2.9.2   *Fixed (Capital) Asset Capitalization, Depreciation, and Disposition Policy*

#### 2.9.2.1   Overview

All fixed (capital) assets obtained by the University are to be capitalized, depreciated, and disposed of in accordance with applicable laws or regulations, generally accepted accounting principles, and this policy.  If this policy is ever inconsistent with the requirements of applicable laws or regulations or generally accepted accounting principles, the applicable laws or

regulations or generally accepted accounting principles, in that order, will take precedence over this policy.

Capital assets obtained by the University include those that are purchased with University, gift, or grant funds, or acquired by other means.

Tangible or intangible property acquired by the University that does not meet the definition of a fixed (capital) asset is to be expensed as incurred. Capital asset repair and maintenance costs that do not meet the definition of improvements to land, buildings, or leaseholds are to be expensed as incurred.

Title to or ownership of all University property is deemed to be vested in Saint Leo University unless stipulated by the funding source. Title does not rest with any department, faculty, student, or staff member, regardless of the source of funds or donations associated with the acquisition.

### 2.9.2.2    Purpose

The purpose of this policy is to establish guidelines for the control of capital assets owned by the University. The purposes of the controls are to safeguard and preserve the life expectancy of fixed (capital) assets. The purpose of this policy is also to provide guidelines to ensure accurate and complete financial reporting for the acquisition of tangible and intangible property, and the depreciation and disposition of capital assets, in accordance with applicable laws and regulations and generally accepted accounting principles.

### 2.9.2.3    Capitalization of Fixed (Capital) Assets

Capital Asset Definition: A capital asset, for the purposes of this policy, is defined as tangible or intangible property owned by the University and property leased from others that qualify as a capital lease or leasehold improvement with a useful life that extends beyond the year it is placed in service and meets the definition and minimum dollar amount for capitalization per asset category as follows:

Land: Land is real property that is purchased or acquired by gift or bequest for operating purposes. Land is accounted for and controlled by parcels that are identified by their legal description. All land costs are capitalized but not depreciated.

All expenditures made to acquire land and to ready it for use are considered part of the land cost. Land costs typically include the purchase price; closing costs, such as title to the land, attorney and appraiser fees, and recording fees; and costs incurred to prepare the land for its intended use, such as grading, filling, draining, and clearing.

When land is acquired with a building erected thereon, total cost is allocated between land and building in reasonable proportion at the date of acquisition. If the transfer document does not show the allocation other sources of information may be used, such as an expert appraisal or the real estate tax assessment record.

Land Improvements: Land improvements include exhaustible modifications made to land and infrastructure to add to its value, enhance its functionality, or adapt it to new use. Land improvements with a total cost of $1,000.00 or more are capitalized.

Land improvements typically include landscaping, roads, sidewalks, fences, curbs, bridges, irrigation and drainage systems, parking lots, lighting, sewer and electrical utility infrastructures, and athletic fields, tracks, and courts.

<u>Buildings</u>: Buildings are permanent, enclosed structures that house persons or personal property. Buildings are accounted for and controlled as individual buildings or structures. Buildings with a total cost of $1,000.00 or more are capitalized.

The cost of buildings should include all expenditures related directly to their acquisition or construction. In addition to the purchase or construction costs directly identifiable with the building project, this would include legal and title fees, professional fees (e.g. attorneys, architects, engineers, etc.), surveying and appraisal fees, site preparation costs, broker's fees, closing costs, costs related to the demolition of unwanted structures, overhead and interest costs if new construction and any other costs necessary to place a building or structure into its intended location and condition for use.

When land is acquired with a building erected thereon, total cost is allocated between land and building in reasonable proportion at the date of acquisition.  If the transfer document does not show the allocation, other sources of information may be used, such as an expert appraisal or the real estate tax assessment record.

<u>Building Improvements</u>: Building improvements include alterations, renovations, and repairs to existing structures that increase the value of the building or structure, make it more useful (i.e. increase its performance, capacity, or future service potential), or significantly increase the normal service life of the building or structure. Building improvements with a total cost of $1,000.00 or more are capitalized.

Building improvements typically include the **major** replacement or upgrading of building systems or components necessitated by obsolescence, change in use, code requirements, deterioration, and/or related space modifications and aesthetic improvements. Building systems and components include all permanently attached fixtures, machinery, and other components that cannot be removed without damage to the building. Examples include boilers, furnaces, HVAC systems, elevators, plumbing, electrical wiring, telecommunication/data wiring, fire alarm and sprinkler systems, and lighting fixtures.

<u>Leasehold Improvements</u>: Leasehold improvements include alterations, renovations, and repairs to leased facilities that increase the value of the leased facility, make it more useful (i.e. increase its performance, capacity, or future service potential), or significantly increase the normal service life of the facility. Leasehold improvements with a total cost of $1,000.00 or more are capitalized and amortized over the life of the lease.

<u>Additional guidance for building or leasehold improvements</u>: Many times improvements and replacements result from a general policy to modernize or rehabilitate an older building, structure, or facility.  Good judgment shall be used to differentiate these types of expenditures from normal repairs; i.e. does the expenditure increase the future service potential of the building, structure, or facility, enhance its efficiency, or prolong its service life, or does it merely maintain the existing level of service?

Expenditures that maintain the existing level of service should be expensed as incurred. Expenditures that increase the future service potential of the asset should be capitalized.

Examples of expenditures that should be capitalized (if the $1,000.00 capitalization threshold is met):

1. Significant structural changes that increase the building's usefulness, efficiency, or useful life such as reinforcement of floors or walls, installation or replacement of beams, rafters, joists, steel grids, or other interior framing.

2.  Improvements involving the removal of a major part or component of a building and the substitution of a different part or component with better or superior operating capability such as the replacement of single pane windows with thermal windows or the upgrading of plumbing and electrical wiring to meet new code requirements.

3.  Improvement costs to restore or improve buildings, such as the total or partial upgrade of a facility to higher standards of quality or efficiency than originally existed. Examples would include the complete interior renovation of a residence hall or the reconfiguration of an existing space to serve a new or different purpose. All costs associated with such renovation efforts should be capitalized as part of the building, including expenses like painting or re-carpeting that typically would be expensed.

4.  The installation or complete replacement of siding, roofing, masonry, etc.:

5.  Examples of expenditures that should be expensed as incurred (unless associated with a major renovation project, in which case all expenses, including those below would be capitalized as part of the total project cost):

    a.  Work to maintain buildings and building improvements in existing condition, such as repainting, touch-up plastering, and any other maintenance-related expenditure that does not increase the value of the building.

    b.  Repair or partial replacement of deteriorated siding, roofing, or masonry sections.

    c.  Replacement of a part or component of a building with a new part of the same type and performance capabilities, such as the replacement of old windows with the same type or grade of windows.

    d.  Replacement floor, window and wall coverings, such as linoleum, tile, carpeting, blinds, drapes, wallpaper, or paneling.

    e.  Expenditures incurred to maintain assets in good operating condition.

Construction in Progress: The costs of buildings or other real property assets under construction at a balance sheet date that meet or exceed the capitalization thresholds identified above will be capitalized and included on the University's balance sheet as "Construction in Progress". When the constructed asset is substantially complete and put into use, accumulated construction-in-progress costs are capitalized and depreciated within their respective fixed (capital) asset category in accordance with this policy.

Furniture and Equipment: Furniture and equipment is tangible personal property purchased or acquired by gift to be used for operating purposes with a total cost (fair value if donated) of $1,000 or more unless computer related when it is $500.00 or more, such as desks, filing cabinets, computer hardware, automobiles, musical instruments, and laboratory equipment. Personal property acquired for resale is not to be recorded as furniture or equipment but as merchandise inventory.

The cost is net of any purchase discounts and includes all non-refundable purchase taxes, freight or transportation charges, and any costs necessary to place the asset in its intended location and condition for use. This includes costs paid to the vendor for installation and testing. Labor costs incurred by University personnel for installation and testing are not includable as part of the cost.

Pieces of furniture with an individual cost of less than $1,000.00 that are purchased as a "set" or "group" that will be used together and have a combined cost of $1,000.00 or more should be

capitalized. Examples include tables and chairs for a meeting room, classroom desks, or bedroom sets for residence halls.

Include the cost of extended maintenance or warranty contracts in the asset cost if the contract is purchased at the same time as the furniture or equipment.

Property Leased From Others Under Capital Leases: A capital lease is a lease that is treated in a manner similar to a fixed (capital) asset purchase with a minimum capitalization cost of $1,000.00 per item. If the lease is non-cancelable and has at least one of the following characteristics, the leased asset is recorded on the books as a fixed (capital) asset of the University:

1. It passes title to the lessee;
2. It contains a bargain purchase option;
3. Its lease term is at least 75% of the asset's estimated economic life;
4. The present value of the minimum lease payments (discounted at the lower of the implicit interest rate or the incremental borrowing rate) equals or exceeds 90% of the asset's fair value.

Similar consideration should be given to "sets" or "groups" of items as noted above.

Computer Software: Computer Software is intangible property that is designed to cause a computer to perform a desired function. Computer software that is acquired from a third party shall be capitalized if the cost or fair value, if donated, is $500.00 or more.

Library Resources: Library resources purchased for the Cannon Memorial Library are capitalized at their purchase price, net of any purchase discounts and including all non-refundable purchase taxes, freight or transportation charges, and any incidental costs.

Library resources donated to the University to be used in the Cannon Memorial Library are recorded at fair value as of the date of the gift.

Expenditures for library book binding, document delivery, electronic media disks and tapes, and electronic media online (Banner Finance system accounts 7052X) are expensed as incurred.

Collections: Collection items may be acquired by either donation or purchase. Collections include works of art, rare books and documents, animal, botanical, or mineral specimens, and other items held for display or study. All collection items are capitalized, but are not depreciated. Collections are items that meet all of the following criteria:

1. The collection is held for exhibition to the public or for educational purposes or research, and not for financial gain.
2. The collection is protected, cared for, and preserved.
3. At the time of acquisition, it is understood that should the collection item(s) ever be sold that the proceeds from the sale of the collection item(s) be reinvested in other collection items.

Other Assets: Other assets include works of art, historical treasures, and similar assets with a cost of $1,000.00 or more that do not meet the definition of a collection.

Exception to the above definition of fixed (capital) assets: If assets are purchased with federal funds, the institution will need to follow the applicable cost circular from the Office of Management and Budget for the capitalization threshold.

### 2.9.2.4    Acquisition of Fixed (Capital) Assets

Purchases: Except Cannon Memorial Library resources, purchases are to be made using either a University purchase order created and approved using the Datatel online purchase order system or a contract between the University and the vendor.  Purchases of Cannon Memorial Library resources are to be made using the University's library resources acquisition system.

Donations: Fixed (capital) assets, donated to the University, will be recorded at the fair value of the property as of the date of the donation. The Office of University Relations will be notified of all donations of fixed (capital) assets prior to acceptance so that donations are accepted, documented, and acknowledged in accordance with Internal Revenue Service (IRS) regulations and the University's Gift Acceptance Policy.  The Office of University Relations will coordinate with Financial Services to ensure that donations of fixed (capital) assets are recorded in the University's accounting records in accordance with generally accepted accounting principles, the University's gift acceptance policies, and this policy.

Acquisition of land and buildings: For all land and building acquisitions, the Vice President for Business Affairs or the President will ensure that legal title to the land and/or building is appropriately transferred to the University.  The Vice President for Business Affairs or the President will also coordinate with Financial Services to ensure the land or building is properly recorded in the University's accounting records.

Acquisition of land, building, and leasehold improvements: All improvements made to University owned or leased land and buildings are to be managed and/or coordinated by a Facilities Services manager, as designated by the Associate Vice President for Business Affairs. The responsible Facilities Services project manager will ensure that purchases and expenditures related to the repair, maintenance, or improvement of land and buildings are coded in accordance with the coding procedures included in this policy.

Acquisition of furniture, equipment, and computer software: University budget administrators and University department administrative support staff will ensure that purchases of and expenditures for furniture, equipment, and computer software are coded in accordance with the coding procedures in this policy.  In the case of internally developed or implemented software, the responsible manager will coordinate with Financial Services to ensure that transactions are recorded and supporting records are maintained in accordance with generally accepted accounting principles.

If a vehicle is purchased, the Controller has the responsibility to ensure that title to the vehicle is properly transferred and registered in the University's name in accordance with applicable laws and regulations. Facilities Services will add the vehicle to the University's list of fleet vehicles.

Acquisition of library resources: The Budget Administrator for Cannon Memorial Library staff will ensure that purchases of and expenditures for library resources are coded in accordance with the coding procedures in this policy.

Acquisition of collections, works of art, historical treasures, and other similar assets: The responsible University officer or manager will coordinate with Financial Services to ensure that purchases of and expenditures for collections, additions to collections, works of art, historical treasures, or other similar assets are coded in such a way to ensure they are accounted for in accordance with generally accepted accounting principles.

### 2.9.2.5 Coding Fixed (Capital) Asset Purchases and Expenditures

Acquisitions of tangible or intangible personal property and real property are to be coded to the appropriate accounting system account code, to ensure accurate and complete financial reporting. Questions about appropriate account codes to use should be directed to the individuals identified at the end of this policy document.

### 2.9.2.6 Disposition of Fixed (Capital) Assets

When a University owned or leased fixed (capital) asset is sold or otherwise disposed (e.g. the asset has become obsolete, impaired, no longer has value, and/or is to be discarded), the responsible department manager will coordinate with Financial Services to ensure that sales or other tax, if applicable, is collected, and the proceeds from the sale or disposition, including sales tax are deposited and recorded to ensure accurate and timely financial and tax reporting. The responsible department manager will also ensure that legal title to the fixed (capital) asset is appropriately transferred to the purchaser, as applicable.

If the asset sold or disposed of is 1) land, 2) a building, or 3) furniture, or equipment, whose cost at the time of acquisition was equal to or greater than $1,000.00, or software whose cost at the time of acquisition was equal to or greater than $500.00, Financial Services will make the accounting entries needed to remove the property and accumulated depreciation, if applicable, from the University's accounting records and record any gain or loss on the sale or disposition. Financial Services will also, if applicable, notify the appropriate government office and request that the University's name be removed from the property tax rolls as the owner of the property.

When a vehicle is sold, the Associate Vice President of Business Affairs, or designee, has the responsibility to ensure that seller's reports and title and registration transfers are filed in accordance with applicable laws and regulations.

### 2.9.2.7 Reporting Theft or Loss of Fixed (Capital) Assets

When it is believed that furniture or equipment has been lost or stolen, it should be reported to both Security Services and the responsible department immediately.

### 2.9.2.8 Responsibilities

1. University Officers, Managers, Budget Administrators, Department Administrative Support Staff, and Facilities Services and Financial Services staff shall:

   a. Comply with this policy to capitalize, acquire, code, depreciate, and dispose of tangible and intangible personal and real property.

2. Additional responsibilities of Financial Services staff, to be conducted in accordance with applicable laws and regulations, generally accepted accounting principles and this policy, include:

   a. Creating and maintaining the University's fixed (capital) asset acquisition, capitalization, depreciation, and disposition records, including required financial and tax reporting.

b. Conducting a periodic review of fixed (capital) asset expense accounts, including expense accounts for furniture, equipment, and computer acquisitions with a cost of less than $500.00, to ensure that the transactions recorded in those accounts are materially correct.

c. Conducting periodic reconciliation of fixed (capital) asset and accumulated depreciation balance sheet accounts.

d. Preparing capitalization and depreciation accounting entries at least annually and in conjunction with the close of the University's fiscal year.

e. Preparation of fixed (capital) asset and depreciation analytical reviews, audit schedules, and financial statement and footnote disclosures.

### 2.9.2.9      Regulatory or Authoritative References

1. Financial Accounting Standards Board (FASB), Accounting Standards Current Text.

2. FASB, Statement of Financial Accounting Standard (SFAS) No. 93.

3. American Institute of Certified Public Accountants (AICPA), Accounting and Audit Guide for Not-for-Profit Organizations, with confirming changes as of May 1, 2002, Chapter 9.

4. AICPA, Statement of Position 98-1: Accounting for Costs of Computer Software Developed for Internal Use.

5. National Association of College and University Business Officers (NACUBO), Financial Reporting and Accounting Manual (FARM), ¶407.

6. United States Office of Management and Budget (OMB), Cost Circulars, (as appropriate, if federal funding (grants or contracts) are involved.)

### 2.9.3   *Petty Cash and Cash Advance Policies*

#### 2.9.3.1      Petty Cash

In order to request petty cash funds or change petty cash officer, the budget officer or director shall e-mail the Dean or appropriate Vice President who will approve and forward approval to the Staff Accountant in charge of petty cash reconciliation.  While a petty cash officer is assigned, the director or manager is ultimately responsible for the administration of petty cash funds.

Petty cash funds may be set up in amounts ranging from $100.00 to $200.00.  The purpose of a petty cash fund is to provide cash to departments/centers to cover minor expenditures, not to exceed $50.00, such as postage and office supplies when use of Office Depot is impossible. Petty cash must not be used as an operating fund (i.e. to pay invoices, goods or services), or to make advances or loans.  The misuse of petty cash funds will result in fund termination.

All departments/centers with approved petty cash funds must have an assigned petty cash officer to account for and administer such funds.  The director or manager must ensure that the cash is kept in a secure/locked area in the center.  Receipts for expenditures must be logged in the petty cash record and kept with remaining cash.  The total of receipts, with cash on hand, must equal the total petty cash fund at all times, and is subject to unannounced audit.

Petty cash funds must be reconciled on a monthly basis and submitted to accounts payable, regardless of the amount spent.  The petty cash reconciliation submitted to accounts payable must include original receipts attached to the Saint Leo University petty cash record, signed by the petty cash officer and the director or manager.  When petty cash reconciliation is submitted, the total of receipts must not exceed the total value of the fund.  If no petty cash is used in a given month, the petty cash reconciliation must be signed by the petty cash officer and director or manager and sent to Accounts Payable.

Petty cash assigned to a center, department, or officer may not be reassigned to another department or employee.  When a petty cash officer is no longer employed at the University, the director or immediate supervisor must reconcile funds and deposit funds separately from payment activity into Saint Leo University depository account.  The director or immediate supervisor must forward petty cash record with expenditure receipts and bank cash deposit receipt to accounts payable.  In order to assign a new petty cash officer, the appropriate request must be done through the Staff Accountant.

### 2.9.3.2    Cash Advances

Trane Stop at the University Campus is authorized to handle cash advance requests for $50 and under.  Cash Advance Forms are available from Trane Stop and must be signed by the department manager.  Cash advances will be given out to employees only, with the only exception being students who work in an official University capacity and have Vice President or Vice President designee approval.

Unexpended cash and/or receipts must be returned to Trane Stop for reconciliation within 24 hours of the advance.  No additional cash advance requests will be accepted until all previous transactions are reconciled.  All transactions will be charged to the requesting department's budget.

For cash advances greater than $50, employees must follow the following steps:

1. Complete an on-line requisition on Datatel:

   a. List the employee as the vendor (the check will be made payable to the employee).

   b. The vendor payment terms on the REQM screen will default to "UR-Upon Receipt." Change the payment terms to "CA-Cash Advance."

   c. For the item description, list the item as a cash advance and include the business purpose, event, and dates.

   d. GL number should be Travel Administrative 54814.

2. Within 10 days of the event/trip, the employee must account for the advance with a Travel and Expense (T&E) Report, which can be found on Data Mart under Procurement Resources.

   a. Any excess cash shall be deposited at Trane Stop for employees located at University Campus, at which time Trane Stop will give you a receipt.

   b. For employees located at a Center; any excess cash shall be deposited in the daily session, charged to account number 1-0-000000-12321-0000, and a receipt printed out for the employee.

   c. The T&E Report must have all original receipts attached and be signed by the employee and supervisor, then forwarded to Accounts Payable.

If any cash advance is outstanding, no additional cash advances or expense reimbursements will be processed.

### 2.9.4    Travel and Reimbursement Policies

It is the responsibility of all employees to make their own travel arrangements.  If an employee needs guidance, the Purchasing Department (ext 8520) can provide assistance.  University credit cards can be used to pay for travel arrangements, otherwise contact the Purchasing Department to determine the best method of payment.

#### 2.9.4.1      University Credit Cards

A request for a University credit card shall be made by the department head and approved by a Vice President.  The University provides credit cards for those employees who, because of the nature of their position, must travel extensively on University business.  Once an employee has been approved for a credit card, the Purchasing Department will send the employee the University Card Agreement that must be signed before a card is issued.  The University Card Agreement outlines the employee's responsibility in regards to the credit card.  The monthly statement will be forwarded to the employee's home address.  The employee must make the monthly payments on time and in full directly to the credit card company.  The University receives a copy of the billing sent to the employee's home.  Should the credit card be misused in any way, including but not limited to, charging of personal items to the University or not paying in a timely manner, the University will have no choice but to cancel the credit card.  The University does not reimburse any finance or late charges.  The procedure for reimbursement of charges on the credit card is the same as the procedures for travel reimbursement.  Specifically, receipts from credit card charges shall be attached to a reimbursement form and submitted to Accounts Payable for payment.

Once an employee gives notice or is no longer employed, the credit card will be cancelled.

#### 2.9.4.2      Air Travel

Travelers are expected to book the lowest-priced airfare available.  Greater savings can be achieved by allowing maximum flexibility in travel planning.  Most airlines have eliminated the discount for stay over a Saturday night.  In those cases where a lower airline rate can be obtained by staying over a Saturday night, these savings must be weighed against the additional cost of meals and lodging associated with a longer stay.

Tickets purchased with frequent flyer miles will not be reimbursed because it is difficult to determine the dollar value of these tickets.  Frequent flyer memberships shall not influence travelers in flight selection.

##### 2.9.4.2.1      Dues for Airline Club Membership

Dues for membership in an airline club are generally not reimbursable.  Exceptions may be made for those employees whose duties require them to travel abroad.

### 2.9.4.2.2    Lost Baggage

The airlines are responsible for compensating the owners of lost baggage. The University will not reimburse travelers for personal items lost while traveling on business.

### 2.9.4.2.3    Excess Baggage

Employees will be reimbursed for excess baggage charges only when traveling with heavy or bulky materials or equipment necessary for business or when traveling for more than fourteen days.

### 2.9.4.2.4    Cancellations

When a trip is canceled after the ticket has been issued, the traveler shall inquire about using the same ticket for future travel. Travelers can reuse airline tickets if airfare eligibility requirements are met. These requirements shall be verified with the issuing agency. In some cases, airlines will credit a portion of the ticket price as a credit to be used within a specified time period. The "ownership" of the credit depends upon if the employee received reimbursement for it. If the cancellation was not caused by the employee's direction, but rather a necessity of business, the lost fare will be reimbursable to the employee.

### 2.9.4.2.5    Unused/Voided Airline Tickets

Unused airline tickets or flight coupons have a cash value and therefore must not be discarded or destroyed. For a change fee, many non-refundable tickets can be used for future travel. The Purchasing Department shall be contacted if an airline ticket cannot be used. In some cases, airlines will credit a portion of the ticket price as a credit to be used within a specified time period. The "ownership" of the credit depends upon if the employee received reimbursement for it. If the cancellation was not caused by the employee's direction, but rather a necessity of business, the lost fare will be reimbursable to the employee.

### 2.9.4.3    Lodging

Travelers may stay in a standard room at a non-luxury hotel. It is the traveler's responsibility to notify either the hotel or the agency with whom the reservation was made to cancel a room reservation. Travelers shall request and record the cancellation number in case of billing disputes. Travelers will not be reimbursed for "no show" charges.

### 2.9.4.3.1    Conference Reservations

If there are several conference hotels, travelers shall stay at a non-luxury property. Many times discounts can be received when booking a conference hotel by using a code provided in the conference information.

### 2.9.4.3.2    Hotel Personal Expenses

Personal expenses incurred while traveling will not be reimbursed. Please refer to the list of Non-Reimbursable Expenses in paragraph 2.9.4.7.

### 2.9.4.3.3   Lodging in a Private Residence

If a traveler decides to stay at a private residence, travelers will be reimbursed for meals when receipts are provided. The University will reimburse the traveler for one "thank you" dinner for a host family. The cost of this "thank you" meal shall not exceed the cost of a hotel for one night which would have been utilized.

### 2.9.4.3.4   Hotel Frequent Guest Programs

Many hotels have frequent guest programs that reward travelers with free accommodations in exchange for a specified number of paid room nights at the hotel. Reimbursement will not be given to travelers for the value of the free accommodations used for business travel. Membership fees associated with joining these programs are not reimbursable.

### 2.9.4.4   Automobiles[3]

Persons with serious driving violations are prohibited from driving University vehicles. Serious violations are defined as a suspended or restricted license or any drug or alcohol related violation in the past five (5) years. The University reserves the right to do periodic driving record checks for any person driving on University business. It is the employee's responsibility to notify the University immediately if a change in driving status occurs. Failure to comply with this provision may result in disciplinary action including dismissal.

### 2.9.4.4.1   Motor Pool Guidelines

After deciding that traveling by car is the best option, travelers (main campus) are encouraged to reserve a Motor Pool car through Campus Safety. Gasoline credit cards are available for the Motor Pool cars.

### 2.9.4.4.2   Private Auto

Travel by auto is reimbursable at a rate periodically determined by the University, provided such total reimbursement does not exceed equivalent coach fare or other reasonable available transportation. Reimbursable mileage shall be calculated as the lesser of the actual mileage from the University Center and back or from the place of departure if other than the University. Non-reimbursable costs include, but are not limited to, car maintenance or repair charges, tickets, fines, and traffic violations. Employees operating any personal or rental vehicle on University business are required to maintain insurance on their vehicle in the amount required by law. Employee insurance is primary, even on University business, when driving a personal or rental vehicle.

### 2.9.4.4.3   Rental Car

Travelers may rent up to and including a full size vehicle. Car insurance shall be declined within the U.S. and accepted outside the U.S. Travelers may book a class of service above a full size vehicle:

---

[3] Rental, motor pool and private vehicles.

1. When cars in the authorized category are not available;

2. When additional space is required for transporting materials;

3. For pre-approved medical reasons; and

4. When the traveler can be upgraded at no extra cost to the University.

### 2.9.4.4.3.1   Rental Car Program

The University may from time to time have an agreement with a major rental car provider.  In some cases, this provider may extend discounts to Saint Leo University employees.  Please check with the Purchasing Department to get current information.  In some markets the agreement may not provide the lowest rate.  As such, an employee should still consider checking prices to obtain the lower available rate.

### 2.9.4.4.3.2   Rental Car Costs

Reimbursable costs include the daily rental fee, mileage fee, gasoline charges and tolls.  Non-reimbursable costs include, but are not limited to, car repairs, tickets, fines, and traffic violations.

### 2.9.4.4.3.3   Rental Car Insurance

Saint Leo University self-insures for liability arising from an employee's use of an automobile in the course and scope of his or her employment.

Therefore employees traveling exclusively on University business in the United States will not be reimbursed for the purchase of insurance, including collision damage waiver and liability. The University's self-insurance will not apply to any personal trip taken in a rental car.

### 2.9.4.4.3.4   Rental Car Cancellation

Travelers are responsible for canceling rental car reservations and must contact either the travel agency or the rental car company.  Travelers shall request and record the cancellation number in case of billing disputes.  No show billings will not be reimbursed.

### 2.9.4.4.3.5   Rental Car Pick Up

Travelers shall check with the rental car agent for any last-minute specials or free upgrades.  At the time of rental, the car shall be inspected with a rental agent; any damage found shall be noted on the contract before the vehicle is accepted.

### 2.9.4.4.3.6   Authorized Rental Car Drivers

All individuals who intend to drive the rented vehicle must be listed with the rental agency for insurance.  Only Saint Leo employees are covered under the University's insurance plan. Spouses, friends, and other non-employees listed as drivers are covered only under insurance provided by the rental company or under the driver's personal automobile insurance.

### 2.9.4.4.3.7   Student Drivers

If renting a car, students are expected to meet the rental company's minimum age requirement. If a student drives a Motor Pool car, the student must be cleared by Campus Safety as an acceptable driver.

### *2.9.4.4.4   Commuting Expenses*

Travel from an employee's residence to a normal place of business is treated as a commuting expense and is not reimbursable. Any request for reimbursement of commuting expenses must be approved by the department head. This type of commuting expense will be treated as income to the recipient and reported to the IRS. Commuting trips are not covered by the University for collision damage or accidental death and dismemberment nor covered as Workers Compensation. The University frowns on reimbursing for commuting travel to an employee's primary work place.

### 2.9.4.5   Meals

Actual expenses for meals and tips are reimbursable. When on local travel, check with the department head to see if the noon meal will be reimbursed. Receipts from meal charges shall be attached to a reimbursement form and submitted to Accounts Payable for payment. If a meal receipt is lost, employees may still be reimbursed. The employee shall estimate the cost of the meal (including tip), however, the cost shall not exceed the following scale:

1. Breakfast............$5.50 if departure before 6 a.m.

2. Lunch.............. $7.50

3. Dinner............. $12.00 if return after 7 p.m.

As a guideline for meals, typical reimbursement shall not exceed twice the above scale. Exceptions may be approved at the Director level.

### 2.9.4.6   Miscellaneous Reimbursable Expenses

The following is a list of miscellaneous expenses that will be reimbursed if incurred while traveling on University business:

1. Business office expenses (fax, copy services, telegrams/telexes, etc.);

2. Business phone calls;

3. Conference fees (include registration form with expense report);

4. Currency conversion fees;

5. Ground transportation (taxi, bus, subway, etc.);

6. Laundry/dry cleaning/suit pressing for trips exceeding five days;

7. Overnight delivery/postage;

8. Parking and tolls;

9. Tips; and

10. Visa/passport consulate fees.

### 2.9.4.7        Non-Reimbursable Miscellaneous Expenses

The following is a list of miscellaneous expenses that do not qualify for reimbursement.

1.  Airline club membership dues;

2.  Air phone usage;

3.  Annual fees for personal credit cards;

4.  Auto repairs;

5.  Baby-sitting;

6.  Barbers and hairdressers;

7.  Clothing or toiletry items;

8.  Corporate card delinquency fees or finance charges;

9.  Country club dues while traveling;

10. Expenses related to vacation or personal days taken before, during, or after a business trip;

11. Personal golf fees;

12. Frequent flyer tickets;

13. Laundry or valet services for travel of fewer than five days;

14. Loss or theft of cash advance money or airline tickets;

15. Loss or theft of personal funds or property;

16. Lost baggage;

17. Luggage, briefcases;

18. Magazines, books, newspapers, personal reading materials;

19. Medical expenses while traveling;

20. Mini-bar alcoholic refreshments;

21. Hotel in-house movies;

22. "No show" charges for hotel or car service;

23. Optional travel or baggage insurance;

24. Parking tickets or traffic violations;

25. Personal accident insurance;

26. Personal automobile routine maintenance/tune-ups;

27. Personal entertainment, including sporting events;

28. Personal property insurance;

29. Personal telegrams;

30. Personal telephone calls in excess of reasonable calls home;

31. Pet care;

32. Rental car upgrades;

33. Saunas, massages;

34. Shoe shine;

35. Souvenirs or personal gifts; and

36. U.S. traveler's check fees.

If an employee has any questions concerning whether an expense is reimbursable or not, it is best to check with the employee's department head before the expense is incurred.

## 2.10    Identify Theft Prevention Policies

### 2.10.1    Purpose

The purpose of this policy is to establish an Identity Theft Prevention Program designed to detect, prevent, and mitigate identity theft to comply with Part 681 of Title 16 of the Code of Federal Regulations, which implement Sections 114 and 315 of the Fair and Accurate Credit Transactions Act (FACTA) of 2003.

### 2.10.2    Definitions

**Identify theft** means fraud committed or attempted using the identifying information of another person without authority.

**A covered account** means:

1. An account that a financial institution or creditor offers or maintains, primarily for personal, family, or household purposes that involves or is designed to permit multiple payments or transactions. Covered accounts include credit card accounts, mortgage loans, automobile loans, margin accounts, cell phone accounts, utility accounts, checking accounts and savings accounts; and

2. Any other account that the financial institution or creditor offers or maintains for which there is a reasonably foreseeable risk to students or to the safety and soundness of the financial institution or creditor from identity theft, including financial, operational, compliance, reputation or litigation risks.

**A red flag** means a pattern, practice or specific activity that indicates the possible existence of identity theft.

### 2.10.3    Program Details

Saint Leo University establishes this Identity Theft Prevention Program to detect, prevent, and mitigate identity theft. The Program shall include reasonable policies and procedures to:

1. Identify relevant red flags for covered accounts it offers or maintains and incorporate those red flags into the program;

2.      Detect red flags that have been incorporated into the Program;

3.      Respond appropriately to any red flags that are detected to prevent and mitigate identity theft; and

4.      Ensure the Program is updated periodically to reflect changes in risks to students and the soundness of the University's program to protect against identity theft.

The program shall, as appropriate, incorporate existing policies and procedures that control reasonably foreseeable risks.

### 2.10.4    Administration of Program

1.      The Vice President of Business Affairs, the Associate Vice President of Student Services, and the Associate Vice President/Chief Information Officer shall be jointly responsible for the development, implementation, oversight,   and continued administration of the Program.

2.      The Program shall train staff, as necessary, to effectively implement the   Program; and

3.      The Program shall exercise appropriate and effective oversight of service provider arrangements.

### 2.10.5    Identification of Relevant Red Flags

1.      The Program shall include relevant red flags from the following categories as appropriate:

   a.     Alerts, notifications, or other warnings received from consumer reporting agencies or service providers, such as fraud detection services;
   b.     The presentation of suspicious documents;
   c.     The presentation of suspicious personal identifying information;
   d.     The unusual use of, or other suspicious activity related to, a covered account; and
   e.     Notice from students, victims of identity theft, law enforcement  authorities, or other persons regarding possible identity theft in connection  with covered accounts.

2.      The Program shall consider the following risk factors in identifying relevant     red flags for covered accounts as appropriate:

   a.     The types of covered accounts offered or maintained;
   b.     The methods provided to open covered accounts;
   c.     The methods provided to access covered accounts; and
   d.     Its previous experience with identity theft.

3.      The Program shall incorporate relevant red flags from sources such as:

   a.     Incidents of identity theft previously experienced;
   b.     Methods of identity theft that reflect changes in risk; and

    c.    Applicable supervisory guidance.

### 2.10.6    Detection of Red Flags

The Program shall address the detection of red flags in connection with the opening of covered accounts and existing covered accounts, such as by:

1. Obtaining identifying information about, and verifying the identity of, a person opening a covered account; and

2. Authenticating students, monitoring transactions, and verifying the validity of change of address requests in the case of existing covered accounts.

### 2.10.7    Response

The Program shall provide for appropriate responses to detected red flags to prevent and mitigate identity theft.   The response shall be commensurate with the degree of risk posed. Appropriate responses may include:

1.    Monitoring a covered account for evidence of identity theft;

2.    Contacting the student;

3.    Changing passwords, security codes, or other security devices that permit access to a covered account;

4.    Reopening a covered account with a new account number;

5.    Not opening a new covered account;

6.    Closing an existing covered account;

7.    Notifying law enforcement; or

8.    Determining no response is warranted under the particular circumstances.

### 2.10.8    Updating the Program

The Program shall be updated periodically to reflect changes in risks to students or to the soundness of the University's program to protect against identity theft based on factors such as:

1. The experiences of the University with identity theft;

2. Changes in methods of identity theft;

3. Changes in methods to detect, prevent and mitigate identity theft;

4. Changes in the types of accounts that the University offers or maintains;

5. Changes in the business arrangements of the University, including mergers, acquisitions, alliances, joint ventures, and service provider arrangements.

### 2.10.9   Oversight of the Program

1. Oversight of the Program shall include:

    a.    Assignment of specific responsibility for implementation of the Program;
    b.    Review of reports prepared by staff regarding compliance; and
    c.    Approval of material changes to the Program as necessary to address changing risks of identity theft.

2. Reports shall be prepared as follows:

    a.    Staff responsible for development, implementation and administration of the Program shall report to the Vice President of Business Affairs at least annually on compliance by the University with the Program.

    b.    The report shall address material matters related to the Program and evaluate issues such as:

        i.    The effectiveness of the policies and procedures in addressing the risk of identity theft in connection with the opening of covered accounts and with respect to existing covered accounts;
        ii.    Service provider agreements;
        iii.    Significant incidents involving identity theft and management's response; and
        iv.    Recommendations for material changes to the Program.

### 2.10.10   Oversight of Service Provider Arrangements

The University shall take steps to ensure that the activity of a service provider is conducted in accordance with reasonable policies and procedures designed to detect, prevent, and mitigate the risk of identity theft whenever the University engages a service provider to perform an activity in connection with one or more covered accounts.

### 2.10.11   Duties Regarding Address Discrepancies

The University shall develop policies and procedures designed to enable the University to form a reasonable belief that a credit report relates to the consumer for whom it was requested if the University receives a notice of address discrepancy from a nationwide consumer reporting agency indicating the address given by the consumer/student differs from the address contained in the consumer report.

The University may reasonably confirm that an address is accurate by any of the following means:

1. Verification of the address with the consumer/student;

2. Review of the University's records;

3. Verification of the address through third-party sources; or

4. Other reasonable means.

If an accurate address is confirmed, the University shall furnish the student's address to the nationwide consumer reporting agency from which it received the notice of address discrepancy if:

1.    The University establishes a continuing relationship with the consumer/student; and

2.    The University, regularly and in the ordinary course of business, furnishes information to the consumer reporting agency.

## 2.11    Miscellaneous Policies

### 2.11.1    University Services

#### 2.11.1.1    Library

For information regarding the Saint Leo University Library, please visit the following link: http://www.saintleo.edu/SaintLeo/Templates/Inner.aspx?pid=6388

#### 2.11.1.2    Office of University Ministry

For information regarding the Office of University Ministry, please see the following link: http://www.saintleo.edu/SaintLeo/Templates/Inner.aspx?pid=190

### 2.11.2    Children Unattended on Campus

The University has an obligation to its students, faculty, staff, and visitors to conduct its operations and maintain its facilities in a manner consistent with its mission as an institution of higher education.  There may be occasions when brief visits by children under the age of 17 of faculty, staff, and students may be necessary.  Minor children may visit University offices and facilities, other than classrooms, for limited periods of time at the discretion of the supervisor of the office or facility which is the destination of the parents or child.  On such occasions children will be subject to the same conditions as any other visitor to the University.  Regular, repeated visits by children are not permitted.  It is a parent's responsibility to supervise children at all times they are present on University premises.  Children are not to be left unattended on campus. If children are unattended, Campus Safety shall be notified immediately.

### 2.11.3    Demonstrations

Saint Leo University recognizes the right of members of its campus community to dissent as long as it does not limit the freedom of others, cause a disruption to the well-being of the University community, damage the physical plant, or delay the opportunity of the student body to proceed regularly with its academic work.  Public areas may be used for assembly so long as they do not restrict the movements of traffic.  When a rally or other such gathering requires building space and public areas, clearance must be obtained in advance from the Assistant Vice President for Student Affairs.  The University reserves the right to moderate the time, place, manner, and consent of orderly demonstration.

### *2.11.4    Dogs on Campus*

There are significant health and safety hazards and nuisances created by unrestrained dogs on campus.  Accordingly, the following guidelines shall be enforced:

1. Dogs shall not be brought on campus unless they are under the complete control of the owner and present no hazard to people.  Its owner shall not regard the wearing of a muzzle by a dog as control.

2. Dogs are not permitted in any campus building even though leashed except for guide dogs serving their owners.

3. Dogs may not be brought onto the campus except when they are secured to a leash, cord, chain, or similar direct physical control of a maximum length of six (6) feet, the other end of which is retained by a person; or securely confined in a vehicle, cage or similar restrictive conveyance.

4. Dogs may not be tethered on campus.

5. Dogs must have a valid license and tags as evidence of current rabies vaccinations.

6. Trained helping animals (sometimes referred to as service animals) such as guide dogs for the blind, as well as animals being trained as such, are permitted on the University campus and in University buildings for use by those employees and students with registered disabilities.  See paragraph 2.1.5.3 for the University's Service Animals policy.

7. Animals used for approved research projects are permitted on the University campus and in certain University buildings.

### *2.11.5    Electronic Devices*

Cellular phones, pages, and other electronic devices shall not be used in a manner that causes disruption in the classroom, library, or within any University owned or University operated facility.  Abuse of cellular devices with photographic capabilities, use of devices for purposes of photographing test questions or other notes, and materials is prohibited.    Photographing individuals in secured areas such as bathrooms, locker rooms or other areas where there is a reasonable expectation of privacy, and/or taking photographs of an individual against their will is strictly prohibited.   Electronic transmission of photographs of any person without express permission is strictly prohibited.

### *2.11.6    Legal Liability of the University*

The University is not legally liable for damages or loss of personal property or failure or interruption of services due to weather or acts of God.

The University does not assume responsibility for lost, stolen, or damaged property.  This policy covers not only personal possessions, but also those items in an individual's charge (e.g. keys to the residence hall room, residence hall furniture), as well as damage or theft of parked cars, motorcycles, and bicycles on the University's campuses.   See the University's Parking Handbook for additional information regarding liability issues pertaining to vehicles parked on campus.

Students are strongly encouraged to provide their own personal and property loss insurance.

### *2.11.7   Lost and Found*

All lost articles, found anywhere on campus, shall be given to the Campus Safety officer on duty. Individuals are encouraged to put their names on all personal articles.

### *2.11.8   Political Activities Policy*

Saint Leo University, as an institution of higher education, supports open dialogue on political issues.   The University reserves the right to support or oppose issues that affect its values, welfare, the University itself, and/or values and welfare of higher education.   The University encourages its faculty, staff, trustees, students, and recognized campus organizations to participate actively in political activities on an individual basis.   The policies of Saint Leo University do not restrict the rights and privileges of faculty, staff, students, and recognized campus organizations to express their opinions freely.   The University is committed to preserving and encouraging a diversity of point of view and political opinion.

Political activities on campus must be conducted in a neutral and nonpartisan manner, and in furtherance of the organization's legitimate exempt function (education).

To preserve the integrity of Saint Leo University and to protect the neutrality of the University in political contests, the following guidelines shall apply.   The Vice President of Academic Affairs is responsible for monitoring the guidelines.

#### 2.11.8.1   Guidelines

1. In order to preserve not for profit (501C-3) status, the law requires that the University not participate in or intervene in any political campaign on behalf of any candidate for public office.

2. The University shall not endorse any candidate for political office.

3. All address lists used by the University are considered confidential and shall not be shared with candidates or parties.   Individuals may personally deliver campaign literature, but mail room facilities are not to be used for addressing or distributing political materials.

4. No campaign posters shall be posted in or on any of the Saint Leo University buildings or on campus grounds prior to or during election times, with the exception of those used for historical displays or educational purposes.

5. University buildings and grounds shall not be rented or used for political fund raising. Further, University facilities and services may not be used by or on behalf of an outside organization or outside individual whose purpose is to further the cause of a particular candidate or political party.   For example, a meeting on campus with an organizer for a specific candidate that is focused on recruiting campaign workers from the student population would be a violation of these guidelines. On the other hand, a Saint Leo University graduate now working for a particular candidate speaking on campus to a group of students about what it has been like to be in the political arena, and what the candidate's particular experience has been, would be allowable.   The fact that this person casually offers an invitation at the end of the speech to join in on the campaign would not negate the overall educational focus of the event.

6. Campus organizations may use campus communications to announce political forums and discussions sponsored by officially constituted campus groups.

7.  No campus political activities, including services and materials, may be paid for with University funds.

8.  Use of University properties is subject to University scheduling policy.

9.  Funds or contributions for political candidates or campaigns may not under any circumstances be solicited in the name of Saint Leo University or on a Saint Leo University campus or center, and University resources may not be used in soliciting such funds. If Saint Leo University students, faculty, or staff make political contributions, they must do so as individuals and not on behalf of Saint Leo University.

10. Campus communications, including those provided by the University's postal service, phone system, or its computer network, shall not be used in support of one particular candidate.

11. Students of the University are free to express their individual and collective political views provided they understand and make clear they are not speaking for or in the name of Saint Leo University. Endorsement of a particular candidate by a registered student group is not permissible.

12. The Saint Leo University name and insignia may not appear on stationery or any other material used or intended for support of a particular candidate. This prohibition also applies to any Saint Leo University entities supported in whole or part by University funds, such as registered student organizations.

13. Appearance of a candidate for public office on campus must be for an educational or informational talk to the University community and must be sponsored by a registered student, faculty or staff organization. Appearances must be coordinated with Saint Leo University, who will ensure that opportunities to appear on campus are extended to all viable candidates running for a particular public office. The event shall not be conducted as a campaign rally, and the moderator shall make it clear that the institution does not support or oppose the candidate.

### 2.11.9   Postings Policy

The University encourages organizations to creatively advertise events and meetings. The following policy exists to manage and mitigate damage caused by improper posting and to maintain equal access to the University population.

1.  All advertisements must be approved in advance and must display the "Approved" stamp received from the Office of Student Involvement.

2.  All postings must be placed on bulletin boards that are designated for all campus posting. Posting in other areas will be removed.

3.  Stuffing flyers in student mailboxes is not permitted. Flyers can only be put in the plastic holders mounted on the walls in the student lounge or on the bulletin boards located at the student mailboxes.

4.  Posting on glass/painted surfaces is strictly prohibited.

5.  Advertisements may not conceal/obscure other items.

6.  Advertisements may not indicate the sale or service of alcohol and may not depict alcohol use.

7. Staplers are the recommended method of posting.

8. Posting must be removed by the sponsoring organization within 24 hours of the end of the event.

9. Sidewalk chalking must be approved in advance by the Office of Student Involvement and must be cleaned by the sponsoring organization within 24 hours of the end of the event.

10. Banners may be hung across painted surfaces with advance permission.  The sponsoring organization may be held responsible for the costs associated with returning the surface its original condition.

11. Posting in the Residence Halls must conform to the Residence Life posting policy.

12. Failure to abide by the Posting Policy may result in holding the sponsoring organization responsible for the costs associated with returning any damaged surface to its original condition or loss of posting rights to be determined by the Office of Student Involvement.

### 2.11.9.1    Posting Policy for Residence Halls

Flyers posted in the residence halls for programs sponsored by Residence Hall Association, Residence Hall Councils, or Residence Life do not need to be approved by Student Involvement. If such flyers are to be distributed outside the residence halls, they must follow the campus posting policy, and be approved by the Student Involvement Office in deChantal Hall.  Student organizations that wish to post advertisements in the residence halls need to follow campus-posting policy.

### 2.11.9.2    Postings for Off-campus Groups or Individuals

1. Advertisements for babysitters or off-campus apartments must be submitted to the Office of Student Involvement.  One copy of each approved flyer will be posted in a designated location on campus by the Office of Student Involvement staff.

2. Non-babysitting job and internship-related postings are handled through the Career Center Office.

3. Off-campus organizations advertising lectures or workshops must receive prior approval through the Office of Student Involvement.

Please note that there are specific locations on the University campus and centers for postings. See the Office of Student Involvement for more information.

### 2.11.10  Scheduling of Facilities

[TBA]

### 2.11.11  Seat Belt Policy

Saint Leo University recognizes that seat belts are extremely effective in preventing injuries and loss of life.  We care about our employees and students, and want to make sure that no one is injured or killed in a tragedy that could have been prevented by the use of seat belts.  Therefore, all employees and students of Saint Leo University must wear seat belts when operating a company-owned vehicle, or any vehicle on company premises or on company business; and all

occupants must wear seat belts or, where appropriate, child restraints when riding in a company-owned vehicle, or in a personal vehicle being used for company business.  All employees, students, and their families are strongly encouraged to always use seat belts and the proper child restraints whenever they are driving or riding in any vehicle.

### 2.11.12  Solicitation Policy

The purpose of the Solicitation Policy is to ensure that the Saint Leo University community:

1. Lives by the core values of Respect and Responsible Stewardship in regard to solicitation activity;

2. Conducts solicitations for all contributions in consistent, excellent manner;

3. Properly recognizes all contributors;

4. Properly administers private dollars and gifts in kind;

5. Does not over-solicit current and prospective contributors (internal and external); and

6. Adheres to all standards and regulations in regard to philanthropic and marketing support.

#### 2.11.12.1    Definition

Solicitations include but are not limited to the following activities that seek contributions of funding or specific items through:

1. Personal visits, telephone, mail and e-mail communication;

2. Sponsorships, underwriting, memberships;

3. Events (including dinners, golf tournaments, etc.);

4. Raffles and sales (including car washes, tee shirts, etc.).

#### 2.11.12.2    Review of Proposed Activities

Activities to solicit monetary support or gift items from students, faculty, staff, alumni, friends, businesses, corporations, foundations, or other groups must be approved by the Division of University Advancement prior to solicitation.

In consultation with appropriate individuals, the vice president of University Advancement will review each solicitation proposal that is to summarize: the amount to be raised, fund-raising costs, listing of individuals and/or groups to be solicited, solicitation materials, timeline, and the benefits (including benefit costs) to be received by the donor.  Approval decisions will be based on factors to include timing of solicitation, audience, thoroughness of plan, program budget, etc.

#### 2.11.12.3    Deposit and receipt of revenue

The University's policy is to process all gifts within 48 hours of receipt.  Proceeds of activities are to be deposited and acknowledged as follows:

1. Philanthropic Contributions: All private gifts (including gifts-in-kind and marketing support) are to be processed through the Division of University Advancement.  Proceeds of event

tickets that include a philanthropic gift as a portion of the admission cost are processed through University Advancement.

2. Raffles, Sales, Events (with no philanthropic contribution): Proceeds from raffles, sales, and revenues from events that do not include a gift as part of ticket price are not philanthropic contributions as defined by the IRS and are to be processed through Trane Stop.

### 2.11.12.4    Resources Accessed in Datamart

1. Gift Acceptance and Stewardship Policies Statement;

2. Gift Transmittal Form;

3. Solicitation Proposal.

### 2.11.12.5    Scope of Policy

All Saint Leo University organizations and programs are to adhere to this policy. University recognized student organizations are to work through the Director of Student Involvement who will coordinate with the Vice President of University Advancement. See Volume VI for specific student guidelines.

### *2.11.13  Unclaimed Property Policy*

States require that all unclaimed property (checks not cashed, credit balances, etc) be turned over to the state of residence (last known address) of the owner of the property. Property becomes unclaimed if it has been held for a specified period of time without any action or attention by the owner.

The holder of the property has the obligation to perform due diligence, file a report with the state, and remit the property to the state. Until the property is transferred it is necessary to ensure that proper internal controls are in place. The implementation of these controls and procedures will help reduce the property that must be reported to the state.

The following procedures have been established for the performance of due diligence and the disposition of property determined to be abandoned.

### 2.11.13.1    Unclaimed Payroll Checks

Payroll checks are required by Florida Statutes to be reported and turned over to the state after a one year dormancy period. This means that any check dated from January 1 to December 31 of 2001 would be reported and remitted to the state by May 1st of 2003. Checks dated January 1 to December 31 of 2002 would be reported on or before May 1st of 2004, and so forth. Because payroll checks have the shortest period of dormancy, due diligence for these checks should begin sooner than other abandoned items. If a check has not been cashed by the end of the month following the month in which the check was written, documentation should show that the owner was contacted by phone or mail and the owner's response recorded. For checks in the amount of $100 or less, at least two attempts should be made to contact the owner, with follow up if necessary. For checks over $100, due diligence should include a minimum of three attempts to contact the owner, with follow up if necessary. One attempt should be by first class mail. The

payroll coordinator is responsible for supervising the performance of due diligence on payroll checks.

### 2.11.13.2    Accounts Payable Checks

Payments to vendors are required to be reported and turned over to the state after a five year dormancy period.  Any check dated from January 1 to December 31 of 2001 would be reported and remitted to the state on or before May 1st of 2007.  Checks dated January 1 to December 31 of 2002 would be reported on or before May 1st of 2008.  Due diligence for these checks should begin in the quarter following the quarter in which the check was written.  It should first be determined that the check is truly outstanding by checking bank records to verify that the check was not cashed.  The vendor file should be checked to ensure that the payment was not included in a subsequent check and that the amount is a valid payment to the vendor.  Any and all contact with the owner should be documented.  Contact can be made by email, mail and/or phone.  For all checks under $100, a least two attempts should be made to contact the owner, with follow up when necessary.  For all checks over $100, a minimum of three attempts should be made, with follow up when necessary.  Accounts payable is responsible for initiating and/or performing due diligence on vendor AP checks.

### 2.11.13.3    Student Refund Checks

Payments of student refunds are required to be reported and turned over to the state after a five year dormancy period, with the same rules applying as those for vendor checks.  Due diligence should begin in the quarter following the quarter in which the check was written. It should first be determined that the check is truly outstanding by checking bank records to verify that the check was not cashed.  The student's account should be checked to ensure that the payment is valid and has not been duplicated.  Any and all contact with the owner should be documented.  Contact can be made by email, mail and/or phone.  For all checks under $100, a least two attempts should be made to contact the owner, with follow up when necessary.  For all checks over $100, a minimum of three attempts should be made, with follow up when necessary.  The Bursar is responsible for initiating and supervising the performance of due diligence on student refund checks.

### 2.11.13.4    Credit Balances

Credit balances in accounts with no action or attention by the owner for a five year period are to be reported and turned over to the state.  Statements should be sent on a regular basis so that students will be aware of credit balances and can request a refund.  After a six month period with no activity and no request for payment, the balance should be refunded to the student.  If the refund is unclaimed (check returned or not cashed) the same due diligence should apply as with other student refund checks.

### 2.11.13.5    Performance of Due Diligence

The steps that shall be taken in performing due diligence, include:

1.  Ensure that the payment is outstanding by checking bank records and cancelled checks.

2.  Ensure that the payment was not duplicated.

3.  Contact the owner.

4.  Resolve, if possible, or include in list of unclaimed items to be reported.

### 2.11.14  Catering Policy (Rev. 5/27/2009)

This policy applies to any event hosted by Saint Leo University where any vendor is hired to provide catering services.

Catering services for the purpose of this policy are defined as "as the preparation and delivery of food for a party of more than 10 people using University funds." This policy is not intended to impact potluck lunches or order and pay for yourself meals from vendors.

Departments/organizations/campus groups wishing to hire an outside party to provide catering services at an event must do the following:

- Contact the Director of Dining Services for caterer approval
- Department/organization/campus group is responsible for negotiating and coordinating event and catering services

Director of Dining services will make the ultimate decision using the criteria set forth below.

Cater must:

- Hold all licenses as required by law
- Provide proof of general liability insurance including premises, products, food borne illness and contamination coverage in limits designated by the University
- Provide proof of auto liability
- Provide proof of workers compensation
- Be compliant with local, federal and state law
- Have all employees trained in safe food handling
- Sign *Saint Leo University Catering Agreement*

### 2.11.15  Vehicle Policies

#### 2.11.15.1    Parking

See the University's Parking Handbook.

#### 2.11.15.2    Unlocking Locked Vehicles

Unlocking locked cars is not a service provided by Campus Safety.  They do not have the equipment to do this.  It may be advisable to have an extra set of car keys in the safe at Campus Safety in the event such a situation should occur.  If assistance is needed in the regard, Campus Safety will provide telephone numbers for AAA or local locksmiths.

**Appendix 2.4.2.1: Password Policy Form**

Saint Leo University issues passwords (Datatel, Novell and email) to each system user dependent on the individual's position within the University.

**Passwords are issued under the strictest confidence and are not to be shared, either directly or indirectly, with anyone.**

Failure to abide by this policy will result in disciplinary action up to and including termination or dismissal for both the holder of the password and the individual using it.

I am fully aware of and understand the University password policy and accept full responsibility for the proper use of all passwords issued to me by Saint Leo University.

_____        _____
Signature                                                Date

_____
Print Name

**Appendix 2.7.1.1: TEACH Act Checklist**

## Generally

1. Is the work a digital educational work, i.e., a work produced or marketed primarily for performance/display as part of mediated instructional activities transmitted via digital networks?

   No: Proceed

   Yes: evaluate Fair Use, Permissions, or pursue Licensing

2. Is the work <u>lawfully</u> made and acquired?

   Yes: Proceed

   No: Stop

Don't Know: Would a reasonable evaluation indicate the origin of the work to be questionable? If so, stop.

3. Is the work

   An integral part of the class session?

   Part of <u>systematic mediated instructional activities</u>?

   Directly related and of material assistance to the teaching content?

   Yes: Proceed

   No: Reevaluate use of the work or evaluate Fair Use, Permissions, or pursue Licensing.

## Specifically

Amounts allowed:

   Nondramatic literary works: All

   Nondramatic musical works: All

Any other works:

   Performances – Reasonable portions in an amount comparable to that performed in live classroom

   Displays – Amount comparable to that performed in live classroom

   Yes: Proceed

   No: Stop; go evaluate Fair Use, Permissions, or pursue Licensing

## Authentication

Is transmission of the work limited, as technically feasible, to students enrolled in the course?

   Yes: Proceed

   No: Stop; evaluate Fair Use, Permissions, or pursue Licensing

## Downstream Controls

Have you implemented reasonable measures to prevent retention of the works for longer than the class session?

Have you implemented reasonable measure to prevent unauthorized further dissemination in accessible form by the recipients?

> Yes: Proceed

> No: Stop; evaluate Fair Use ,Permissions, or pursue Licensing

## Conversion: Analog to Digital

Is there a digital version of the work available to the institution?

> No: Conversion of analog to digital permitted

> Yes: Is the digital version technologically protected to prevent TEACH uses?

> Yes: Conversion of analog to digital permitted

> No: Conversion of analog to digital *not* permitted

## Notice to Students

Is there a notice accompanying the work notifying students that the work may be protected by copyright?

> Yes: Proceed

> No: Provide a statement.

### Appendix 2.9.1.1: Asset Capitalization and Depreciation Thresholds

#### Schedule A:  Asset Capitalization Thresholds

The thresholds represent the dollar value at which an asset is capitalized. Purchases less than the dollar value thresholds should be treated as an expense.

**Note:**   Threshold dollar values do not apply to "Land" assets. All "Land" acquisitions are capitalized.

| Asset Category | Capital Threshold |
|---|---|
| Land | $0 |
| Land Improvements | $10,000 |
| Buildings | $25,000 |
| Tangible Personal Property | $1,000 |
| Building Improvements | $10,000 |
| Leasehold Improvements | $10.000 |
| Software | $5,000 |

#### Schedule B:  Asset Depreciation Methods

With the exception of land, the historical cost of all capitalized assets should be depreciated using the straight-line method over the useful life of the asset class. An asset's useful life is the period of time over which services are expected to be rendered by the asset. The calculation of depreciation should be based on historical cost. Salvage value should generally not be utilized in calculating depreciation, unless the salvage value is specifically known.

| Asset Category | Depreciation Method | Useful life | Yearly Rate |
|---|---|---|---|
| Buildings | Straight Line | 40 yrs. | 2.5% |
| Building Improvements | Straight Line | 40 yrs. | 2.5% |
| Leasehold Improvements | Straight Line | 40 yrs * | 2.5% |
| Land Improvements | Straight Line | 15 yrs | 6.7% |
| Minor Equipment | Straight Line | 5 yrs | 20.0% |
| Major Equipment | Straight Line | 20 yrs | 5% |
| Computer equipment | Straight Line | 5 yrs | 33.3% |
| Furnishings & Fixtures Residential | Straight Line | 4 yrs | 25.0% |
| Furnishings & Fixtures Office | Straight Line | 10 yrs | 10.0% |

| Vehicles | Straight Line | 5 yrs | 20.0% |
| Software | Straight Line | 7 yrs | 14.3% |
| Library Books | Straight Line | 7 yrs | 14.3% |

\*   Lease hold improvements should be depreciated over 40 years or the term of the lease, whichever is shorter.