**Volume III**
**Employee Handbook**

## 3.0    Introduction

The information contained in the Employee Handbook applies to all Saint Leo University employees. If a conflict between a policy in the Faculty Collective Bargaining Agreement and any other volume of the Policy Manual occurs, the Faculty Collective Bargaining Agreement controls for members of the collective bargaining unit to interpret, change, modify, add, or delete all or part of the policies in the Employee Handbook at any time without prior notice to the employee, and to implement such changes prior to the publication of a new Employee Handbook. Whenever possible, the University will make an effort to inform employees of changes to the policies and procedures contained in both the Employee Handbook and Volume II of the Policy Manual prior to implementation of the changes.

Circumstances not specifically addressed in the Employee Handbook will be handled on a case by case basis, in accordance with established practice. Any questions regarding the information contained in the Employee Handbook shall be referred to Human Resources. An important effort has been made to recognize the differences present in the various campuses and areas of the University; however, these policies were developed by focusing on the rules and responsibilities our one organization has in common. If a campus or area of the University wishes to issue its own memoranda or other statements related to employment policies, they must be consistent with the Employee Handbook unless the Director of Human Resources grants approval. The Employee Handbook supersedes all inconsistent memoranda and statements as well as prior personnel policies and procedures.

To the extent that University policies have applied to Union employees before the issuance of these policies, whether by practice or by contract, these policies shall also apply to Union employees in the same regard in accordance with the collective bargaining agreement.

### 3.1    Definitions and Policies Pertaining to Employment Status

#### 3.1.1    At Will Employment

Employment at the University may be terminated at the will of the employee or the University at any time without notice or cause. Therefore, except as provided in Volume IV or in any individual administrative contract signed by the President of the University, none of the Saint Leo University's policies, procedures or practices, including those set forth in this Employee Handbook, are to be viewed as a contract or as creating any promises or contractual rights of any kind. Rather, they are guidelines that can be changed by the University at its discretion at any time and without prior notice or agreement. This version of the Employee Handbook supersedes and replaces all previous handbooks and other statements of Saint Leo University policy, rules, and procedures. No representative of the University has the authority to enter a contrary agreement except the President or a designee and the employee. Any such contrary agreement must be in writing and signed by the President or a designee and the employee.

### 3.1.2          *Employment Classification Definitions*

The University abides by and classifies employees in accordance with the Fair Labor Standards Act (FLSA) of 1938 as set forth by the Department of Labor.  Employees will fall into one of three classifications:

#### 3.1.2.1                    Non-Exempt

Employees paid on an hourly basis for hours worked in a standard 40-hour workweek.  Non-exempt employees are eligible to receive overtime payment at one and one-half their hourly rate of pay for all hours worked over 40 hours in a standard workweek.

#### 3.1.2.2                    Administrative Exempt

Employees paid on a salary basis for all worked performed in a standard 40-hour work week.  Administrative exempt employees are eligible to receive overtime payment at one and one-half their hourly rate of pay for all hours worked over 40 hours in a standard workweek.

#### 3.1.2.3                    Exempt

Employees paid on a salary basis for all hours worked.  Exempt employees are not eligible to receive overtime payment for hours worked beyond 40 hours in a standard workweek.  Exempt employees are expected to work the hours required to complete their responsibilities without additional compensation.

### 3.1.3          *Reclassification*

Employees, who feel that their job is more properly described by a classification which is different from the existing classification, should discuss this concern with their manager.  At the discretion of the manager, a formal, written request for reclassification shall be submitted to Human Resources.  Each request for reclassification will be reviewed by Human Resources.

### 3.1.4          *Continuous Service*

#### 3.1.4.1                    Consideration

Except in unusual circumstances, former University employees will be considered for employment in the same manner as other external job candidates.  The former employee's employment eligibility at the time of separation determines whether the individual will be considered for reemployment.

#### 3.1.4.2                    Start Date

Rehired former University employees (with at least two years prior service and less than six month's break in service) will be given an adjusted employment start date.  The date will be based on the individual's start date, brought forward for the period between termination and reemployment.  The adjusted start date determines length of service for leave accrual, tuition benefits, and other personnel actions.

#### 3.1.4.3      Retirees

Reemployment may affect Social Security and University retirement benefits. Retirees should contact Human Resource for further information before reemployment with the University.

#### 3.1.4.4      Evaluation Period

A former employee will serve an evaluation period in the position into which the individual is rehired in accordance with the Evaluation Period policy (see paragraph 3.2.1.4).

#### 3.1.4.5      Termination of Employment

Former employees (rehired under this policy), who again terminate employment, must have completed at least two years of service during the reemployment period to be eligible for prior service credit if rehired in the future.

Former employees who have been laid off may be reemployed as outlined in the Layoffs policy (see paragraph 3.10.1.1). Individuals who terminate for military duty may be reemployed in accordance with the Leave for Uniformed Services policy (see paragraph 3.5.4.1).

#### 3.1.4.6      Office Responsibility

Human Resources administers the University's reemployment policy and follows the procedures outlined above.

#### 3.1.4.7      Resource

Contact Human Resources with questions or if more information about this policy is needed.

### 3.1.5      Teaching Assignments

Employees who hold faculty rank but serve in non-faculty positions are subject to the terms and conditions of employment specified in the Employee Handbook with respect to their non-faculty appointment. Solely with regard to academic freedom matters, they have both the rights and responsibilities of faculty members set forth in Volumes IV and IV-A, including access to the faculty grievance procedure. Such persons do not accrue any rights to continuing employment or any greater rights than those specified in the Employee Handbook with respect to such non-faculty positions.

## 3.2      Employee Selection and Appointment Policies

### 3.2.1      Administrative and Staff Employee Selection and Assignment

#### 3.2.1.1      Administrative and Staff Employee Job Posting Policy

The University strives to enhance opportunities for qualified candidates to apply, and to be considered for job openings within the University.

The goal of the University's hiring policy is to recruit, hire, transfer, and promote using these guidelines:

1. To consider candidates without discrimination based on race, color, creed, national or ethnic origin, gender, religion, disability, age, genetic information, disabled veteran status, veteran of the Vietnam era status, or citizenship, marital status, family responsibilities matriculation, political affiliation, military service obligation or any other legally-protected category.

2. To use good faith efforts to achieve the University's affirmative action goals for minority persons and women.

3. To select the individual who best meets the needs of the hiring department and the University.

4. To enhance opportunities for mobility and promotion of qualified candidates who are current University employees.

A job notice for a vacant position will be posted for at least five working days before a department may make an employment offer to any candidate. All positions will be posted on the University's website under Employment Opportunities, on the posting board located outside Human Resources, or by some other method used by Human Resources.

Exceptions to the job-posting requirement may include situations such as reclassifications due to change in duties, reorganizations, or a reassignment to accommodate an individual with disabilities pursuant to the American with Disabilities Act. Human Resources reviews and approves any exceptions.

Selecting departments are responsible for following the procedures and spirit of this policy. Human Resources assists selecting departments to recruit, hire, transfer and promote candidates.

Contact Human Resources with questions or if more information about this policy is needed.

### 3.2.1.2   Administrative and Staff Employee Job Application and Selection Process

The University will recruit, hire, transfer, and promote according to Equal Employment Opportunity/Affirmative Action and Job Posting policies (see Volume II, Subsection 2.1.1. and Volume III, paragraph 3.3.1.4, respectively), as well as follow established guidelines outlined below to ensure that equitable selection practices are used throughout the University.

#### 3.2.1.2.1   *Administrative and Staff Employee Application Process*

All applications for employment are processed through Human Resources. This includes written expressions of interest, resumes, or employment applications for a specific position.

Internal candidates must submit a letter of interest and current resume to Human Resources in application for a position with the University. Employees may also discuss general employment opportunities by contacting the appropriate representatives in Human Resources.

#### 3.2.1.2.2   *Background Checks*

Prior to employment, a candidate for employment must satisfactorily complete a background check. See Subsection 3.3.1 for additional details.

### 3.2.1.2.3                *References - External Candidates*

Human Resources, or the selecting department, will check references of external finalists.

### 3.2.1.2.4                *References - Internal Candidates*

In the case of job candidates who are current employees of the University, Human Resources will provide a copy of the last annual evaluation to the selecting supervisor or search committee chair.   Additional information may be provided if the Human Resources representative determines it is relevant.

If an internal candidate becomes a finalist, the selecting department (or Human Resources) may contact the individual's current supervisor before an offer is extended.

### 3.2.1.2.5                *Employment Agencies*

A selecting department who chooses to retain a search firm must first submit a written request to the appropriate Vice President.   Upon approval by the Vice President, the request will be forwarded to the President for final approval.   Search firms or employment agencies must follow all applicable University hiring procedures in coordination with Human Resources.   Job offers, including salary and benefit commitments, must also be reviewed by Human Resources.

### 3.2.1.2.6                *Notice - Internal Candidates*

An internal candidate who applies for a position internally must notify the supervisor in the current department that an application has been made.

### 3.2.1.2.7                *Relocation Expenses*

The University does not generally pay moving and relocation expenses for newly hired individuals except within specific position categories at the director level or higher in the organization.   Exceptions may be made by departments with difficult to fill positions.   Refer to paragraph 3.5.7.2 or Human Resources for moving and relocation payment guidelines and procedures.

### 3.2.1.2.8                *Employment Eligibility Information*

Federal law requires all new hires to complete an Employment Eligibility Form (I-9) and provide documents that establish identity and employment eligibility, prior to or on the first day of employment.   See Subsection 3.3.10 for additional details.

### 3.2.1.2.9                *Responsibility*

Selecting departments are responsible for following the procedures and spirit of this policy. Human Resources assists departments to recruit, hire, transfer, and promote candidates.

### 3.2.1.2.10              *Resource*

Contact Human Resources with questions or if more information about this policy is needed.

**3.2.1.3**                    **Temporary Employee Selection and Assignment**

University departments may, with the appropriate Vice President approval, hire temporary employees to perform special projects, cover for extended absences of regular employees, or meet additional workloads.  Additional information is available in Human Resources.

### *3.2.1.3.1*                    *Recruitment*

Departments may hire a temporary employee and the use of outside employment agencies is strongly recommended.  The hiring of temporary employees directly is strongly discouraged.  To request recruitment assistance, contact Human Resources.

### *3.2.1.3.2*                    *Duration of Employment*

Temporary employment may not exceed 3 months in length.  Departments that require longer employment should contact Human Resources in advance to review term or regular employment.  No individual may be employed as a temporary worker longer than 6 months in any 12-month period.

### *3.2.1.3.3*                    *Salary*

Temporary employees hired through an outside employment agency shall be paid by the employment agency.  In the event that a temporary worker is hired directly by the University and appointed to an existing job classification, the temporary employee may not be paid more than the same pay level/grade as the existing classification.  Human Resources must review exceptions.

If the temporary employment includes duties that are not the same as an existing job classification, the department shall provide a brief description of the duties to Human Resources.  Human Resources will establish a pay rate consistent with the pay for regular employees performing similar work.

### *3.2.1.3.4*                    *Benefits*

Temporary employees hired directly by the University will receive only employment benefits required by law.  An example includes worker's compensation if the employee were injured on the job.

### *3.2.1.3.5*                    *Responsibility*

Supervisors are responsible for complying with this policy when hiring temporary employees.

### *3.2.1.3.6*                    *Resource*

For more information concerning casual labor payments or temporary employment issues, contact Human Resources.

**3.2.1.4**                    **Administrative and Staff Employee Evaluation Period**

Employees who are newly hired, re-hired, promoted, demoted, or laterally transferred will serve an evaluation period.  The evaluation period allows an employee time to become proficient in the

basic responsibilities of a new position and permits the supervisor to assess the individual's performance.  The employee and supervisor are encouraged to communicate frequently during the evaluation period.  Results of the evaluation period may be successful completion, extension of the period, or termination of employment.

### 3.2.1.4.1                          Length of Evaluation Period

Except in unusual circumstances, non-exempt positions have a three-month evaluation period and exempt positions have a six-month evaluation period.  The selecting department, subject to the approval of Human Resources, may extend or identify different evaluation periods related to training requirements.    An evaluation period may be extended as described below in subparagraph 3.2.1.4.3.2.  An evaluation period will not exceed twelve months.  This policy does not apply to senior executive positions.

If a position is reclassified, an evaluation period will be required even if the incumbent has satisfactorily performed the duties of the position for a period of time equal to, or greater than, the evaluation period.

### 3.2.1.4.2                          Termination of Employment during Evaluation Period

Except in unusual circumstances, an employee will be allowed to complete the evaluation period before any decision is made to continue or end employment.  However, the University operates under employment-at-will and has the right to terminate the employee at any time without notice or cause for any lawful reason.  If the department determines that performance indicates that the employee cannot accomplish the job or if the department determines that the individual's behavior is unacceptable, the University may terminate employment at any time during the evaluation period.  The selecting department must obtain the approval of Human Resources before the termination of the employee.

An employee may resign during an evaluation period.  Advance notice is not required but employees are encouraged to notify the department head in advance, when possible, to allow for a smooth transition.

### 3.2.1.4.3                          Coaching

If an employee's performance or conduct during the evaluation period is not satisfactory, the supervisor shall promptly couch the individual.  Documentation of the counseling shall be kept, including:

#### 3.2.1.4.3.1          Successful Completion

The individual has performed satisfactorily the duties assigned during the evaluation, and the evaluation period is complete.

#### 3.2.1.4.3.2          Extend Evaluation

The individual shall be placed on an extended evaluation period for up to three additional months.  An Evaluation Form must be completed, including the length of and reason for the extension.  Extensions beyond three months must be requested by the appropriate department head and forwarded in writing to Human Resources.

Reasons for extension of evaluation periods include:

1. The employee has not performed up to expectations, but there is reason to believe the employee may be able to do so if allowed additional time. Documentation of employee couching must be maintained and a copy forwarded to Human Resources to be included in the employee's personnel file.

2. The supervisor has not had sufficient opportunity to fully assess the employee's performance or the employee has not had adequate opportunity to demonstrate abilities. The reason for the delay must be stated in writing and a copy submitted to Human Resources to be included in the employee's personnel file.

3. The employee has not obtained a required license or certification, or has not met other specific time related requirements of the job.

#### 3.2.1.4.3.3 Termination

The individual's performance does not meet requirements for continued employment. The individual's employment will be terminated without notice. The department must obtain the approval of Human Resources before termination of an employee.

The Employment at Will Policy (see Subsection 3.1.1) remains in effect during and after the evaluation period.

#### *3.2.1.4.4 Responsibility*

All University departments are responsible for following the procedures outlined above.

#### *3.2.1.4.5 Resource*

Contact Human Resources with questions or if more information about this policy is needed.

### 3.2.2 Faculty Selection and Appointment Policies

See Article 10 of the Faculty Collective Bargaining Agreement (Volume IV-A, Subsection 4A.1.1.10) and Volume IV, Section 4.3.

## 3.3 General Employment Policies

### 3.3.1 Background Checks

A background check of a candidate is an important part of the selection process when hiring new employees and retaining employees hired after March 1, 2003. Background checks may also be required for current employees and student-workers whose jobs are defined as "security sensitive" (see definition below in paragraph 3.3.1.2).

A background check is conducted to promote a safe work environment and to protect the University's most important assets: the people the University serves.

A satisfactory background check is defined as the absence of a criminal history record which bears a significant relationship to the applicant's or employee's suitability to perform the required duties and responsibilities of the position. In the case of an individual that may function

within a financial capacity or have job duties that handle financial accounts, a background check related to their financial and credit history may also be required.

### 3.3.1.1      Employees Subject to Background Checks

Employees subject to pre-employment or concurrent employment background checks include the following:

1. All future regular (benefits-eligible) faculty and staff in all University locations;
2. All future employees (non-benefits-eligible), including part-time, temporary, seasonal and volunteer; and
3. Employees who are returning to employment after more than a twelve-month break in service or employees transferring within University jobs.

### 3.3.1.2      Security-Sensitive Positions

Vice Presidents are responsible for determining which positions in their areas shall be designated as security-sensitive based on the responsibilities of those positions. Persons being considered for employment in these areas will be required to authorize a credit check.

### 3.3.1.3      Recordkeeping

Human Resources will maintain a log of all background checks. The log will include the following: name, department, position title, hiring official, date of background check, and employment date. Copies of Background Check Consent Forms and Background Reports will be maintained in a separate and confidential file.

### 3.3.1.4      Job Postings/Recruitments

All recruitment information (job posting, flyers, external advertising) must state that employment is contingent upon obtaining and maintaining a satisfactory background check.

### 3.3.1.5      Job Applications

All applicants must complete and sign the appropriate Saint Leo University Background Check Consent Form. Falsification of information submitted on University application materials may be grounds for disqualification or separation. See Subsection 3.4.2 for additional information regarding the University's Personnel Data Accuracy Statement.

### 3.3.1.6      Final Interviews

During the final interview process, all candidates will be notified that any job offer is contingent upon successful completion of the background check. (e.g., "Successful completion of a background check is required for employment.")

### 3.3.1.7      Criminal Convictions

1. Only criminal convictions, guilty pleas, and pleas of no contest will be considered in determining an applicant's suitability for employment. Detention or arrest without

conviction or plea of no contest typically do not constitute valid grounds for employment decisions or play a part in the decision-making process.

2. In determining an applicant's suitability for employment where the applicant has criminal convictions on the applicant's record, consideration will be given to the specific duties of the position, the number of offenses and circumstances of each, the length of time since the conviction(s), and the accuracy of the explanation on the application.

3. In instances where information is obtained that may result in a release from employment, or if there has been falsification of information submitted on University application materials that may be grounds for disqualification or separation, Human Resources will provide guidance and a recommendation to the hiring department.

4. If a completed background check regarding a current University employee reveals adverse information that bears a significant relationship to the employee's suitability to perform the required duties and responsibilities of the employee's current position, or if there has been falsification of information submitted on University application materials that may be grounds for disqualification or separation, Human Resources will provide guidance and a recommendation to the appropriate managers.

5. If a current employee is terminated or resigns as a result of information obtained from the initial background check, and there has been no falsification of information submitted on University application materials, the employee will receive the employee's accrued, unused annual leave in accordance with University policy.

6. Human Resources will serve as the "office of record" for background checks.

### 3.3.1.8 Dispute Information

If a candidate or current employee disputes the accuracy of any information obtained in a background check (including criminal records), the employee shall be referred to the agency that provided the information.  Such dispute will not necessarily impact the hiring process.  A candidate disputing the accuracy of information will have three (3) business days to conclusively demonstrate the inaccuracy of the information obtained in a background check, after which time an employment decision may be made.

### 3.3.1.9 Subsequent Criminal Convictions

In the event that an employee subject to this policy receives a criminal conviction after successful completion of the initial background check, that employee must inform Human Resources.  Human Resources will then determine whether or not the conviction is relevant to the employee's job under this policy.  If the conviction is not relevant, no adverse action will be taken.  If the conviction is relevant, employment may be terminated or the employee may resign. In either case, the employee will receive accrued, unused annual leave in accordance with University Policy.  Employees who fail to notify Human Resources about a "subsequent criminal conviction" will be terminated for cause and will forfeit eligibility to receive payment for accrued, unused annual leave in accordance with University Policy.

### 3.3.2 *Campus Safety and Security Policies*

See Volume II, Section 2.3 for general safety and security policies applicable to all members of the campus community.

**3.3.2.1**        **General Campus Safety Department Policies**

See Volume II, paragraph 2.3.1.1.

**3.3.2.2**        **Clery Act**

See Volume II, Subsection 2.3.2.

**3.3.2.3**        **Emergency Response Policies**

See Volume II, Subsection 2.3.3.

**3.3.2.4**        **Sex Offender Registration Policy**

See Volume II, Subsection 2.3.4.

### 3.3.3 *Code of Ethics*

**3.3.3.1**        **Statement of Purpose**

It is the policy of the University to conduct itself with the highest degree of integrity and honesty in all of its transactions. As a University Community, this responsibility is shared. Each trustee, administrative or staff employee, student, or faculty member must agree to be bound by our common duty in the pursuit of individual responsibility to the objectives of the University.

We owe this duty not only to each other, but also to our community. Our ethical conduct and responsibilities are grounded in Saint Leo University's Core Values that include an obligation and duty to abide by the following:

**Excellence** - Saint Leo University is an educational enterprise. All of us, individually and collectively, work hard to ensure that our students develop the character, learn the skills and assimilate the knowledge essential to become morally responsible leaders. The success of our University depends upon a conscientious commitment to our mission, vision, and goals.

**Community** - Saint Leo University develops hospitable Christian learning communities everywhere we serve. We foster a spirit of belonging, unity and interdependence based on mutual trust and respect to create socially responsible environments that challenge all of us to listen, to learn, to change and to serve.

**Respect** - Animated in the spirit of Jesus Christ, we value all individuals' unique talents, respect their dignity and strive to foster their commitment to excellence in our work. Our community's strength depends on the unity and diversity of our people, on the free exchange of ideas and on learning, living and working harmoniously.

**Personal Development** - Saint Leo University stresses the development of every person's mind, spirit and body for a balanced life. All members of the Saint Leo University community must

demonstrate their commitment to personal development in order to strengthen the character of our community.

**Responsible Stewardship** - Our Creator blesses us with an abundance of resources. We foster a spirit of service to employ our resources to university and community development. We must be resourceful. We must optimize and apply all of the resources of our community to fulfill Saint Leo University's mission and goals.

**Integrity** - The commitment of Saint Leo University to excellence demands that its members live its mission and deliver on its promise. The faculty, staff, and students pledge to be honest, just and consistent in word and deed.

### 3.3.3.2　　　　　Applicability

#### 3.3.3.2.1　　　　　*Officers and Employees Covered by the Code of Ethics and Conduct*

1. Because of the sensitive nature of some positions and the high degree of trust placed in those people occupying such positions, this Code places special responsibilities on trustees and senior administrative personnel. For the purposes of this document, the term "senior administrative personnel" shall mean the President, all Vice Presidents, Associate and Assistant Vice Presidents, Deans, Directors, and the General Counsel. The provisions of this Code shall apply to all part-time and full-time employees of the University, without regard to the source of funding, including, but not limited to, the following:

   a. Members of the Board of Trustees of the University;

   b. President of the University;

   c. Vice Presidents of the University;

   d. Deans of the University;

   e. Managerial and Non-managerial employees;

   f. Members of the Staff; and

   g. Student employees.

   The Board of Trustees is responsible for the governance of Saint Leo University. In carrying out this public trust, conferred by the By-laws of the University Charter, trustees bring to the task their own varied backgrounds and expertise. Nevertheless, trustees are expected to put aside parochial interests and keep the welfare of the entire University, not a particular constituency, paramount at all times.

   University faculty members who are not part of the Union bargaining unit are not excluded from the compliance requirements of this Code of Ethics. Those faculty members must comply with both this Code and the American Association of University Professors Professional Ethics requirements. Union faculty members must continue to comply with the American Association of University Professors Professional Ethics requirements.

2. Each employee presently in service at the University shall receive and acknowledge in writing receipt of the Code of Ethics within 30 days after adoption by the Board of Trustees. Each employee hired after adoption of the respective *Code of Ethics and Conduct* shall

receive and acknowledge in writing receipt of the respective Code on the commencement of employment.

3. Each employee shall execute an acknowledgement of having read the *Code of Ethics and Conduct* Policy and in addition, if faculty, the *American Association of University Professors Professional Ethics* statement and indicate that they understand and agree to abide by the policies.

4. This document is not intended to be a procedural manual or an exacting account of prescribed conduct.   Guidance can be obtained from the Assistant to the President for inquiries requiring a greater degree of specificity.

### 3.3.3.3                      Responsibilities

Each employee agrees under the *Code of Ethics and Conduct* that they share in the following fundamental responsibilities:

*To Our Community* -- We must operate our facilities in a way that does not unjustly deprive any of our neighbors of a valid property right.  At all times, we must conduct ourselves in a manner that maintains the quality of our neighboring communities.

*To Our Students* -- We owe the right of fair access to all educational opportunities and benefits available at the University in an environment that is free of invidious harassment, discrimination, or intimidation.

*To Our Faculty* -- We must create an environment that supports a high level of academic freedom necessary to cultivate teaching ideas, methods and opportunities, scholarship and service to the community.

*To Our Administrative Staff* -- We must establish opportunities for staff to serve the institution to their fullest potential and in a work environment that is safe and free from illegal discrimination.

*To Our Trustees* -- We owe our honesty and prudent judgment in the exercise of our duties.  We must manage the University's assets prudently and fairly in accordance with the Trustees direction and within the constraints of the law.

### 3.3.3.4                      Required Conduct

All members of the University shall conform their conduct to the following standards and avoid any conduct that gives the appearance of a violation or an actual violation of these standards.

1. **Proper Use of University Resources** -- University resources shall not be used for other than their intended purpose.  These resources shall be prudently utilized and managed and shall not be improperly converted for any personal use or that of another.  University resources shall not be used in order to obtain unfair advantage or in any manner or under circumstances that would establish a violation of law or University Policy.

2. **Relationship With Vendors --** No member of the University may approve, recommend, or promote a business transaction in which that person has a direct personal interest, or otherwise cause the University to do business with a firm in which that person is an officer or senior management employee or in which that person (directly or indirectly) owns more than a 5 percent equity interest (hereinafter an "affiliated firm"), unless such person first discloses

the relationship and the relevant circumstances of the contemplated activity, in writing, to the President and the compliance officer of the University and:

a.  It is determined that the proposed activity is fair to the University and will not result in the University foregoing revenues, or incurring costs in excess of the costs that would be incurred for goods, property, or services of like quality if acquired from another source; and

b.  The compliance officer shall report to the board of trustees, audit committee, all disclosures made under this section and the circumstances of all related matters, for disposition as deemed appropriate.  Where practicable, reports to the committee shall take place before the proposed activity takes place, but in no event less than quarterly.  In exceptional circumstances, however, compelled by exigent time restraints, the compliance officer, with the concurrence of the President, may give tentative approval of an activity covered by this paragraph subject to subsequent ratification by the audit committee.  The secretary or the assistant secretary of the Board of Trustees shall maintain records and minutes of all disclosures and dispositions made under this paragraph.

Under no circumstances may a member of the University approve a relationship with, order or authorize purchases from, or approve or make payments to an affiliated firm or person on behalf of the University.  For the purposes of this paragraph the terms "person" and "affiliated person" includes an individual's immediate family members, close personal acquaintances, and others living within such individual's household.

3.  **Gratuities** -- No Trustee, member of the Faculty, or employee of the University shall receive or solicit anything of value in return for influencing or exercising their discretion in a particular way on a University matter.  In addition, trustees and senior administrative personnel are prohibited from accepting or soliciting any gratuity, favor, service, accommodation, or thing of value (for which a fair market price has not been paid) for or because of any official act performed or to be performed by the trustee or senior employee in their official capacity with the University under circumstances from which it might reasonably be inferred that such gift, service or other thing of value was given or offered for the purpose of influencing the trustee or senior employee in the discharge of official duties. A trustee may, however, accept complimentary tickets to University-sponsored events.  This provision does not prohibit the acceptance of an item having a nominal value or ceremonial gifts received by senior administrators or trustees of the University in their official capacity. Nominal value shall be determined by the current applicable IRS Code.

4.  **Confidentiality and Maintenance of Accurate Accounts and Records** -- The accounts and records of the University shall be maintained in a manner that provide an accurate and auditable record of all financial transactions in conformity with generally accepted accounting principles, established business practices, and all relevant provisions of controlling law and University policy.  No false or deceptive entries may be made and all entries must contain an appropriate description of the underlying transaction.  To the extent not needed for daily operating transactions, all University funds must be retained in the appropriate University accounts with appropriately designated financial institutions and no undisclosed or unrecorded fund or asset shall be established or maintained for any purpose. All reports, vouchers, bills, invoices, payroll information, personnel records, and other essential business records must be prepared with care and honesty.  Since the unauthorized

use of the records and accounts described in the preceding paragraph can cause the University harm, access to such data should be closely controlled. Members of the University who improperly convert these records and accounts for their own personal use or for the personal use of another, or who wrongfully discloses such records or accounts will be subject to appropriate legal sanctions by the University. To further the enforcement of this standard of conduct, the President may direct that certain employees who occupy sensitive or confidential positions execute confidentiality agreements with the University as a condition for employment or continued employment, or require a financial background check.

5. **Educational Benefits and Opportunities** -- No member of the University shall deny any member of the University fair access to the educational opportunities and benefits available at the University. Invidious harassment, discrimination, or intimidation of any University members that deny or impede their right of access to these benefits and opportunities will not be tolerated and will be subject to disciplinary action.

6. **Government Relations** -- All members of the University are expected to recognize the obligations associated with being an employee of the University and conform their actions to the requirements of the law. Whether or not an illegal act is committed, in a person's capacity as a member of the University, and regardless of whether a violation occurs on or off campus, if that violation of law reflects unfavorably on the University, it will be deemed a breach of this *Code of Ethics and Conduct*. No member of the University will withhold material information from the government, or engage in any other course of conduct that may be or appear to be deceptive or misleading. If the University is requesting government funding or grants, each member has an affirmative obligation to make full, accurate, and honest representations concerning all relevant information submitted to or requested by the government. The University record keeping and accounts must be in accord with generally accepted accounting principles and otherwise in compliance with all pertinent government directives and regulations.

7. **Employment Practices and University Communications** – No member of the University shall engage in any employment practice that is a violation of Federal law, the law of the State of Florida, or the law of any other state or local jurisdiction where the University may have employees. No one in a supervisory position, or in any position of higher authority in the University, is to use his or her position to intimidate subordinate employees or to exact personal favors or things of value (for which a fair-market price has not been paid) from employees of lesser rank within the University. Every member of the University is expected to treat each other and members of the public with respect, courtesy, professionalism and civility.

8. **Duty to Cooperate** -- Every member of the University has a duty to cooperate with the University's compliance officer in the initiation and defense of actual or contemplated litigation affecting the interests of the University and in the conduct of any investigation of a violation of this *Code of Ethics and Conduct*. Trustees and senior administrative personnel are under an affirmative obligation to report reasonably suspected violations of this *Code of Ethics and Conduct* to the University's compliance officer.

9. **Conflict of Interest** -- University members shall avoid favoritism and any potential conflict of interest or appearance of a conflict of interest through the following requirements:

   a. Trustees Duties:

i. Elements of a conflict. A trustee has a conflict of interest whenever the trustee or a family member or a business associated with a trustee or a family member (insofar as may be known to the trustee) has an existing or potential financial or other interest in a matter pending before the board of trustees that might reasonably be expected to impair the trustee's independence of judgment or objectivity in the discharge of governance responsibilities.

ii. "Family member" includes spouse; parents; siblings; children; aunts and uncles; grandparents; grandchildren; nieces and nephews; mothers- and fathers-in-law; daughters- and sons-in-law; sisters- and brothers-in-law; first cousins, whether in whole or half blood, by marriage, adoption or natural relationship and the spouse of any such person; domestic partner; and any person residing in the trustee's household.

iii. "Business associated with a trustee" means an organization, corporation, partnership, proprietorship or other business entity with respect to which either the trustee or (insofar as may be known to the trustee) a member of the trustee's family:

   a) Receives compensation in excess of $500 in any month or has any contractual right to future income in excess of $6,000 per year excluding compensation from the University, any governmental source, investment or savings income, retirement or insurance benefits or alimony.

   b) Serves as an officer, director, partner, or employee.

   c) Holds a financial interest valued in excess of $10,000.

iv. "Financial interest" means a foreseeable nontrivial financial effect that may result from a board action.

v. Incompatible employment or service. No trustee shall undertake any employment or service, whether compensated or not, that might reasonably be expected to impair the trustee's objectivity and independence of judgment in the exercise of official duties.

vi. Representation. No trustee, nor any partnership, business entity, or corporation in which the trustee has an interest, nor any partner, officer or employee of such partnership, business entity or corporation, shall appear for or negotiate on behalf of, any person or party other than the University in connection with any cause, proceeding, application or other matter pending before the board.

vii. No trustee, subsequent to termination of membership on the board, shall agree to or actually represent, appear for, negotiate on behalf of, or provide information not generally available to members of the public, whether personally or through any partnership, business entity, or corporation in which the trustee has an interest, to any person or party other than the University in connection with any cause, proceeding, application or other matter with respect to which such trustee shall have made any investigation, rendered any ruling, given any opinion, or otherwise been substantially and directly involved at any time during the course of the trustee's membership on the board.

b. Board Recusal:

i. Implications of recusal: Conflict of interest comes in many forms and cannot be avoided entirely. Recusal on a particular matter because of a conflict does not reflect adversely on the involved trustee. Rather, it is simply recognition that, in a complex

and interconnected society, conflicts will occur. When this happens, recusal is necessary to assure that a trustee's independence of judgment is not compromised, that the public's confidence in the integrity of the board of trustees is preserved, and that the University's public mission is protected.

ii. Trustee's authority: A trustee shall not use the authority, title or prestige of office to solicit or otherwise obtain a private financial, social or political benefit that in any manner would be inconsistent with the public interest or to secure unwarranted privileges or advantages for the trustee or others.

iii. Prohibited activities: A trustee shall not have any interest (financial or otherwise, direct or indirect) or engage in any business transaction or professional activity that is in substantial conflict with the proper discharge of the trustee's duties in the public interest and shall not act in the trustee's official capacity in any manner wherein the trustee has a direct or indirect personal financial interest that might reasonably be expected to impair the trustee's objectivity or independence of judgment.

iv. Use and disclosure of information: No trustee shall willfully disclose any information not generally available to members of the public that the trustee receives or acquires in connection with the trustee's official duties, nor shall the trustee use such information for the purpose of securing financial gain for the trustee or others with whom the trustee is associated.

v. Conduct: A trustee shall not knowingly act in any way that might reasonably be expected to create an appearance of suspicion or a suspicion among the public having knowledge of the trustee's acts that the trustee may be engaged in conduct violative of trust as a trustee.

c. Conflict of interest and recusal procedures:

i. Review of procedures: The Board of Trustees, with the assistance of the University counsel, shall review annually at a board meeting the requirements and procedures provided in this policy. Each trustee shall sign a receipt indicating the date the Code was received and acknowledging that they are responsible for reading the Code and is bound by it. Trustees can seek clarification of the Code's provisions from the University Compliance Officer.

ii. Recusal: A trustee must self recuse from a matter if the trustee has:

a) Any financial interest, direct or indirect, that is incompatible with the discharge of the trustee's public duties, or

b) Any personal interest, direct or indirect, that is incompatible with the discharge of the trustee's public duties.

iii. Acknowledgment of conflict: An actual or possible conflict of interest shall be called to the attention of the chair of the Board of Trustees at the earliest opportunity by the individual trustee or by any other person.

iv. Conflict of interest question: A trustee regarding whom a conflict-of-interest question arises is encouraged to consult with the chair, who may request a written opinion from the University compliance officer on whether a conflict of interest exists under this policy. If the existence of the conflict involves the Chair, the Chair shall consult with the Vice Chair who may request a written opinion from the University Compliance

Officer regarding the existence of a conflict. A trustee must seek the advice of the University Compliance Officer as to the propriety of participation in a matter if a person requests that trustee to self recuse from that matter.

v. Review of question of conflict: Any disputed issues relating to the existence of a conflict of interest requiring recusal shall be considered by the chair or vice chair, as the case may be, who, at the trustee's discretion, may refer the question to the executive committee of the board.

vi. Final authority on Conflict: The chair or the executive committee, as the case may be, shall make a recommendation regarding the conflict of interest issue to the board of trustees in executive session. The board shall decide the conflict of interest issue in executive session. The board is the final authority on all conflict questions.

vii. Participation in deliberations: A trustee with a possible conflict of interest shall not participate in the deliberations or vote of the executive committee or the board concerning the legitimacy of the conflict of interest.

viii. Deliberations and voting: A trustee who declares or has been found to have a conflict of interest shall be absent from any deliberations or vote on the matter determined to be a conflict, and the trustee shall not take any action to influence the outcome of the matter.

ix. Procedure following recusal: A trustee who has self recused shall not receive meeting materials including a matter from which the trustee has been recused. At the board meeting, the trustee must place the trustee's recusal and the reason for such recusal on the record prior to any discussion of the matter and must leave the room during any closed session held by the board to discuss the matter in question.

d. University Members Expected Behavior:

i. No employee shall have any interest, financial or otherwise, direct or indirect, or engage in any business transaction or professional activity, that is in substantial conflict with the proper discharge of the employee's duties.

ii. No employee shall use or attempt to use the employee's official position to secure unwarranted privileges or advantages for himself, herself or others.

iii. No employee shall act in the employee's official capacity in any manner in which the employee has a direct or indirect personal financial interest that might reasonably impair the employee's objectivity or independence of judgment.

iv. No employee shall undertake any employment or service, whether or not compensated, that might reasonably be expected to impair the employee's objectivity and independence of judgment in the exercise of the employee's official duties. In connection with this obligation, no employee may undertake to perform any personal services, whether or not compensated, for a subordinate employee. Additionally, the President, Vice Presidents and the Deans of the University are prohibited from having a personal contractual or business relationship with another employee of the University.

v. All employees shall report in writing to their divisional Vice President the names of any relatives, domestic partners or members of the same household over whom they have direct or indirect managerial or supervisory authority including, but not limited

to, any role in their personnel review.  Vice Presidents shall report in writing the names of such persons to the President of the University, and the President shall report in writing the names of such persons to the chair of the board of trustees.  Members of the board shall report the names of such persons to the full board.

vi. No employee shall act in the employee's official capacity in any University matter where the employee or an immediate family member or domestic partner of the employee has a direct or indirect interest that might be reasonably expected to impair the employee's objectivity or independence of judgment.

vii. Direct interest includes, but is not limited to, initial employment, retention, job classification, salary, performance appraisals and work assignments.  Therefore, no employee shall directly supervise a member of the employee's own family or domestic partner.  It is the intent of the University to avoid instances that could be influenced by the family relationship in hiring, performance evaluation, promotion, reclassification, discipline, grievance, or dismissal processes.

viii. No employee shall participate, directly or indirectly, in decisions involving a benefit or detriment to a member of the employee's family, domestic partner or member of the employee's household.  It shall be an exception to the requirements of this paragraph for an employee to directly provide academic or student support services to a member of the employee's family, domestic partner or member of the employee's household, provided however, that the employee shall describe the academic or student support services provided and the name of the recipient to the compliance officer.

ix. Use and disclosure of information.  No employee shall willfully disclose any information not generally available to members of the public that the employee receives or acquires in connection with the employee's official duties, nor shall the employee use such information for the purpose of securing financial gain for the employee or others with whom the employee is associated.

x. Abide by the laws and University Policies prohibiting discrimination, sexual harassment, age discrimination, Americans with Disability Act or any other state or federal laws or policies under which the University operates.

xi. Saint Leo University's mission recognizes the importance of establishing and enforcing acceptable community standards of behavior.  In doing so, all members of the University Community should know they will be held accountable for their off-campus actions and/or behaviors as they relate to federal, state and local agencies, laws and regulations, as well as University policies.

xii. In this connection, employees have a responsibility to represent themselves in a lawful and responsible manner at all times, both on and off the campus.  Further, the University reserves the right to take necessary and appropriate action to protect the safety and well-being of the campus community.

xiii. The University will not routinely invoke disciplinary action for individual misbehavior occurring on or off University premises.  Nonetheless, it will be necessary in order to protect the campus community when there are reasonable grounds to believe that an individual's behavior indicates that the employee poses a serious and substantial danger to others.  Normally, such "substantial danger" will be

manifested by a pending civil or criminal charge, including but not limited to, or relating to a crime of violence, sexual assault and/or predatory behavior, deviant behavior, any type of pornographic exposure including use of the University internet for such purposes, burglary, substantial theft or fraud, the distribution of illegal drugs, or the possession of substantial quantities of illegal drugs, or any other offense of similar kind.

### 3.3.3.5  Additional Obligations

Trustees and senior administrative personnel have a duty to the University to always act in good faith, with the care an ordinarily prudent person in a like position would exercise under similar circumstances, and in a manner reasonably believed to be in the best interests of the University. Persons occupying these positions of trust shall complete and submit, on at least an annual basis, a Conflict of Interest Disclosure Form ("form"). The form shall be amended more frequently, as needed, whenever there is a material change in the circumstances of the reporting person that would make the form then on file materially false or misleading. In addition, all Trustees must agree and sign a Statement of Responsibilities ("statement") that will provide some guidance on the special responsibilities attended to that office. The form and the statement may be changed from time to time by the Board.

### 3.3.3.6  University Compliance Officer

The University compliance officer shall be the assistant to the President of the University.

1. Information (University webpage). The compliance officer shall be responsible for placing on the University's webpage a copy of the Code, including forms. The compliance officer will keep the information updated on a current basis. The compliance officer may from time to time inform the University community on the website with regard to the substance of decisions rendered at the University-level, which may be of general interest.

2. Forms. Forms may be downloaded from the University webpage, printed out, signed, and filed with the compliance officer of the University.

### 3.3.3.7  Responsibility for Administration of the Code of Ethics and Conduct

1. Responsibility of the University Compliance Officer. The President shall appoint a manager to serve as University compliance officer who shall have daily responsibility for administration of the provisions of the *Code of Ethics and Conduct*. The compliance officer will advise the President and the appropriate Vice President with respect to all issues related to an employee's receipt of gifts and outside employment or activity as set forth above. In addition, the compliance officer will keep employees regularly informed as to requirements of the *Code of Ethics and Conduct* and any changes in the Conflicts of Interest Law or Regulations through communications and training sessions. The University compliance officer shall be available at reasonable times to discuss with employees matters related to the Code and to provide informal advice and counsel with regard to particular matters, and if appropriate, refer a particular matter to the Human Resources Director, campus hearing board or other University officer or body for appropriate resolution. Finally, the University compliance officer shall maintain complete and accurate records of all matters related to the

*Code of Ethics and Conduct* and coordinate Ethics issues with the Office of Audit and the University's "*Ethics HotLine*" employee accountability activity (whistle blower).

2. **Responsibility of the Employee and University Compliance Officer** (Gifts). Each employee shall have the responsibility to make full disclosure in writing to the University compliance officer of any gift, product, or service of value upon receipt from a person or business entity with whom or which the employee has had or may expect to have in the future contact in the employee's official capacity. The gift or thing of value, if tangible, also shall be delivered to the University compliance officer. The University compliance officer shall then determine whether the gift constitutes a conflict or interest. If the University compliance officer determines that the receipt of the gift violated the *Code of Ethics and Conduct*, the compliance officer shall direct the employee to return the gift forthwith.

3. **Responsibility of the Employee, Vice President and University Compliance Officer** (Outside Employment). Each employee shall report outside activity in writing and in advance to the University compliance officer, or the President as the case may be, who shall review the outside employment as being consistent with the *Code of Ethics and Conduct* and make a recommendation to the appropriate vice President or to the President. The Vice President or President, as the case maybe, shall then inform the employee of the determination of University compliance officer as to whether the outside employment or other activity constitutes a conflict of interest. If the employee disagrees with the determination of the University compliance officer, the matter will be referred to the President of the University, who shall make the final determination on the matter. All determinations shall be filed with the University compliance officer.

4. **Employee Self-Reporting to University Compliance Officer.** An employee may self-report directly to the University compliance officer any issue covered under the *Code of Ethics and Conduct* Policy may effect their employment. The University compliance officer will provide an opinion letter after review or where the ethics committee is convened after the committee makes a determination outlining whether there is a violation and recommended corrective behavior or action.

5. **Third Party Reporting to University Compliance Officer.** An individual who suspects a violation of the *Code of Ethics and Conduct* Policy may file a request for an ethics review directly with the University compliance officer. The University compliance officer will provide an opinion letter after review or where the ethics committee is convened after the committee makes a determination outlining whether there is a violation and recommended corrective behavior or action.

6. **Reporting Violations** "*Ethics HotLine*" **Procedures**:

   a. How an employee can report an issue: There will be two ways that an employee will be able to make a report. One way is by calling a toll free number. An operator will be available 24 hours a day. The second way is through our Saint Leo website. By using DataMart, the *Ethics HotLine* can be further restricted to employees only. An annual email will be sent to all employees in order to remind them of this service and to educate new hires.

   b. **Notification of a Report:** When a report has been made, a copy will be sent to the President and the internal auditor. The internal auditor will be expected to resolve the issue. The President's main role is to ensure that all reports are resolved in a timely manner. The President will not receive any reports naming the President. If a report

names the President, the report will go directly to the audit committee. The internal auditor will not receive any reports naming the internal auditor. If the internal auditor is named, the President would be expected to follow up on the report. Summary reports will be provided to the audit committee at a minimum during regularly scheduled meeting. Special interim reports will be scheduled if deemed necessary by the President or the designated compliance officer.

c. **Timing of Response:** All reports will be responded to within 24 hours. The response may be in the form of additional questions to the person who is reporting. The response may be to forward the report to a manager who is better equipped to research the incident. If the response is forwarded, it is the responsibility of internal audit to follow up on how the matter was resolved.

d. **Nature of Response**: Internal audit's function will be to determine if a report can be confirmed. If a report can be confirmed, it will be brought to the attention of management. It will then be management's responsibility to determine what action, if any, is appropriate.

### 3.3.3.8                    Violations and Sanctions

Any employee who violates the Code of Ethics may be subject to disciplinary action in accordance with the University's Progressive Disciplinary Rules. Discipline may include fines, suspension, removal, demotion, or other disciplinary action, including termination. The President shall appoint a campus

Ethics Policy Committee, to review issues pertaining to this document. For purposes of Board issues the Board shall designate a committee to review board ethics issues.

All employees shall sign a receipt indicating the date the *Code of Ethics and Conduct* was received and acknowledge that he or she is responsible for reading the Code and is bound by it. Receipts shall be maintained in the employee's personnel file.

To report a potential ethics violation or to seek advice, please contact:

The University Compliance Officer

Or, through the University "*Code of Ethics and Conduct HotLine*"

### 3.3.3.9                    Implementation

The President of the University shall issue such directives or instructions as may be need to implement this *Code of Ethics and Conduct*. The Board of Trustees Audit Committee shall be advised of such directives and instructions on, at least, a quarterly basis. At the request of the Committee the full board of trustees may consider the President's directives and instructions and take such action in response thereto as it may deem appropriate.

### 3.3.3.10                  Amendments

This *Code* is voluntarily adopted by the board of trustees and may be amended by the board of trustees at any time, with or without notice, and without the provision of consideration to any party.

### 3.3.4          *Confidential Information*

The University will safeguard confidential information concerning students, employees, University business and other matters. Unauthorized accessing and/or disclosure of confidential information by University employees are prohibited and may result in legal penalties. Access to and release of information must be in compliance with legal requirements and policy.

#### 3.3.4.1                    Types of Confidential Information

Confidential information includes, but is not limited to information concerning:

1. Prospective, current or former students;
2. Current, former and prospective employees (employment, pay, health, insurance data, and other personnel information);
3. Current, former and prospective faculty, and adjunct faculty (employment, pay, health, insurance data, and other personal information);
4. Verifications of employment;
5. University business, finances, or operations; and
6. Alumni and donors.

#### 3.3.4.2                    Restrictions and Violations

Specific laws, University policies, and guidelines govern the release of confidential information. Therefore, University employees may not obtain accesses to or provide confidential information unless their positions within the University authorize them to do so. Employees who receive requests for confidential information shall seek direction from a supervisor before responding.

Employees who violate the University's Confidential Information policy may be disciplined up to and including dismissal. Unauthorized accessing or disclosure of legally protected information may result in civil liability or criminal prosecution.

#### 3.3.4.3                    Employment and Income Verification

It is the policy of **Saint Leo University** to protect the privacy of each employee. Organizations who wish to verify the employment of a **Saint Leo University** current or past employee will use an automated external employment verification service designated by **Saint Leo University**. **Saint Leo University** uses The Work Number® to provide automated employment and income verifications on our employees.

Employment and income verifications may be required when applying for a mortgage or loan, for reference checking, leasing an apartment, establishing credit, or any other instance where proof of employment or income is needed. The individual employee is responsible for authorizing the release of this information to the verifying organization.

Information for Employees:

**Saint Leo University** Employer Code:   **13333**

| | |
|---|---|
| The Work Number Access Information: | www.theworknumber.com |
| | 1-866-604-6572 |
| The Work Number Customer Service: | 1-866-604-6572 |
| | 1-800-424-0253 (TTY-Deaf) |

Information for Verifiers:
**Saint Leo University** Employer Code: **13333**

| | |
|---|---|
| The Work Number Access Information: | www.theworknumber.com |
| | 1-800-367-5690 |
| The Work Number Customer Service: | 1-866-604-6572 |
| | 1-800-424-0253 (TTY-Deaf) |

Information for Social Services Agencies:
**Saint Leo University** Employer Code: **13333**

| | |
|---|---|
| The Work Number Access Information: | www.theworknumber.com |
| | 1-800-660-3399 |
| The Work Number Customer Service: | 1-866-604-6572 |
| | 1-800-424-0253 (TTY-Deaf) |

**All employment and income verification requests must use this automated service. Saint Leo University** will provide Federal, State, and local government agencies any employee information required by law.

As an employee of **Saint Leo University**, you may handle a variety of confidential matters regarding other employees, clients, and other information. When doing so, it is your responsibility to respect the highest level of privacy for your fellow employees. Employees are prohibited from releasing employment or income verification information. This policy is designed to protect the company and employee from any potential liability.

### 3.3.4.4        Media Contacts

Employees may not comment on University business to representatives of the press (radio, television, or print media) without authorization from the University Communications Office. Inquiries from campus or other media must be referred to the University Communications Office.

Employees may not represent themselves as spokesperson for the University unless authorized to do so by the University Communications Office.

### 3.3.4.5        Subpoenas

Subpoenas and any other request or demand for the release of information for legal proceeding must be referred to the Vice President of Business Affairs with the exception of subpoenas for copies of employment related documents which shall be submitted to the Director of Human Resources.

### 3.3.4.6           Responsibility

Supervisors are responsible for knowing the confidentiality laws, policies, and guidelines that pertain to their area. Supervisors are also responsible for informing employees about restrictions on confidential information. University employees must comply with this policy.

### 3.3.4.7           Resource

Contact Human Resources if questions or more information about this policy is needed. Contact the University Communications Office concerning media contacts or the Office of Business Affairs concerning subpoenas.

### *3.3.5         Controlled Substance and Alcohol Use Prohibition and Testing for Security Personnel and Motor Vehicle Operators*

To maintain a safe, healthy, and productive working environment, the University will act to eliminate substance abuse by employees who operate University motor vehicles or vehicles rented or leased by the University for the transportation of student and employees. This policy is in addition to the University's Drug-free Workplace policy (See Volume II, paragraph 2.2.1.1) and conforms to applicable federal and local laws.

### 3.3.5.1           Prohibited Use of Alcohol and Controlled Substances

Use of illegal drugs, prescription medications, or any other substance, including alcohol that can impair the ability of an employee who operates a University vehicle to perform job functions safely and effectively, is prohibited. The following additional specific rules are also in force for drivers of commercial vehicles:

1. No driver may drive or repair a University vehicle, or perform other safety-sensitive functions, within four hours after using alcohol;

2. No driver may report to duty or remain on duty while having an alcohol concentration of 0.04 or greater;

3. No driver may use alcohol while on duty;

4. No driver may be on duty or operate a commercial motor vehicle while the driver possesses alcohol;

5. No driver who is required to take a post-accident test under University regulations may use alcohol for eight hours following the accident, or until the driver undergoes a post-accident alcohol test, whichever occurs first;

6. No driver may report for duty or remain on duty if the driver uses any controlled substance, except when the use is pursuant to the instructions of a physician who has advised the driver that the substance does not adversely affect the driver's ability to safely operate a motor vehicle;

7. No driver shall report for duty or remain on duty if the driver tests positive for controlled substances; and

8. No driver may refuse to submit to any of the alcohol or controlled substances tests required under University rules.

### 3.3.5.2 Pre-employment Testing[4]

1. Prospective employees (whose responsibilities will include providing security for the University or operation of a University vehicle) will be informed of the Alcohol and Controlled Substance Use Testing policy. These individuals will be asked to sign a statement authorizing testing - persons who refuse to take such tests will not be hired.

2. The selecting department will schedule substance abuse testing for prospective employees.

3. Individuals who are determined to have a substance abuse condition (controlled substances or alcohol) will not be hired by the University.

4. An employee who provides security or operates a University provided motor vehicle and who has engaged in conduct prohibited by a University rule concerning controlled substances may not return to work until the employee undergoes a return-to-duty controlled substances use test with a result indicating a verified negative result for controlled substances.

5. Human Resources will schedule alcohol and controlled substance use testing for prospective employees with an approved health facility.

6. Individuals who do not receive a verified negative test result for controlled substances will not be hired by the University for security or motor vehicle operator positions.

7. Individuals whose alcohol tests indicate an alcohol concentration of 0.04 or greater will not be hired by the University security or motor vehicle operator positions.

8. Individuals whose alcohol tests indicate an alcohol content of 0.02 or greater but less than 0.04 may be hired by the University but a condition of their employment may be to undergo random alcohol and controlled substance testing during the first 12 months of their employment. A positive test result during this period will result in corrective action, up to and including dismissal.

### 3.3.5.3 Reasonable Suspicion Testing

If reasonable cause exists to suspect that security personnel or a driver is under the influence of or impaired by drugs or alcohol, or has violated the specific prohibitions stated above, the employee will be directed to report to an approved health facility for substance abuse testing.

Reasonable cause may be established by a supervisor or other individual observing indications of possible substance abuse. When practical, reasonable cause shall be supported by the observations of at least two individuals. The supervisor must document the behavior or symptoms observed and arrange for the employee to be escorted to the approved health facility.

The approved health facility will determine whether testing is warranted. Employees who refuse testing may not perform or continue to perform safety-sensitive functions, and are subject to corrective action, up to and including dismissal.

---

[4] This policy is not applicable to employees hired prior to May 31, 2002. University employees hired prior to May 31, 2002 who terminate their employment and then subsequently return to the University are required to undergo pre-employment testing pursuant to this policy.

### 3.3.5.4          Post-accident Testing

An employee who is involved in an accident while operating a motor vehicle must report to the appropriate supervisor immediately and be tested as described below if the accident involved the loss of human life or the driver receives a citation for a moving traffic violation arising from the accident. In all other cases the employee must report within 32 hours of the accident and may be tested. The supervisor arranges to have employees tested by an approved health facility.

Alcohol testing shall be administered within two hours following an accident, although such testing may be done up to eight hours after an accident. Controlled substances use testing must be administered within 32 hours following an accident.

This policy should not be construed to require the delay of necessary medical attention for injured people following an accident, or to prohibit a driver from leaving the scene of an accident for the period necessary to obtain assistance responding to the accident, or to obtain necessary emergency medical care.

The University may consider the results of breath or blood test for the use of alcohol, or a urine test for the use of controlled substances, conducted by federal, state or local officials having independent authority for the test, to meet the post-accident testing requirements, provided such tests conform to applicable federal, state or local requirements, and the results of the tests are obtained by the University.

### 3.3.5.5          Return-to-duty Testing

An employee who provides security or operates a University provided motor vehicle and who has engaged in conduct prohibited by a University rule concerning alcohol or drugs may not return to work until the employee undergoes a return-to-duty alcohol or drug test with negative results.

### 3.3.5.6          Follow-up Testing

Security personnel or vehicle operators who have violated the University alcohol or controlled substances use rules must be evaluated by a substance abuse professional. If the substance abuse professional determines that the driver is in need of assistance in resolving problems associated with alcohol misuse and/or use of controlled substances, the driver will be subject to at least six tests in the first 12 months following the employee's return to duty.

### 3.3.5.7          Responsibility

Security personnel and employees who provide security or operate a University provided motor vehicles, as well as appropriate supervisors, are responsible for understanding and adhering to this policy.

### 3.3.5.8          Resource

Contact Human Resources with questions or if more information about this policy is needed. Individuals with substance abuse problems may contact the Employee Assistance Program for assistance.

### 3.3.6          Dogs on Campus

See Volume II, Subsection 2.10.4.

### 3.3.7          Employees with Disabilities

Section 504 of the 1973 Federal Rehabilitation Act and the 1990 American with Disabilities Act (ADA) require that Saint Leo University makes reasonable modifications of policies and practices and provide certain individualized services to otherwise qualified employees with disabilities.  To have a covered disability under ADA, a person must have a condition that substantially limits a major life activity, have a history of such a condition, or be regarded as having such a condition.  To be qualified under ADA, a person with a disability must be able to perform the essential functions of a job or meet the essential eligibility requirements of the program or public accommodation, with or without an accommodation to the person's condition. Individuals with disabilities may include, but are not limited to, those with learning disabilities (including Attention Deficit Disorder), visual or auditory impairments, speech impairments, mobility impairments, emotional illness, head trauma or medical conditions that substantially limit one or more major life activities as specified in the law.  Specific accommodations will be decided on a case-by-case basis, in accordance with federal law, depending on the type and extent of the disability.  Contact Human Resources for additional information.  See Appendix 3.3.7.1 for the Employees with Disabilities Policies and Procedures Manual .

### 3.3.8          Employment of Family Members

Employment decisions at the University are based on individual merit.  The University, therefore, will consider employment of family members.  Individuals may not, however, directly supervise family members or participate in employment decisions concerning a family member.

#### 3.3.8.1          Definition and Application

For purposes of this policy, a family member is any person related by blood, adoption or marriage (i.e., a parent, child, brother, sister, spouse, any member of the same household, or any person whose relationship with the employee is similar to that of persons who are related by blood or marriage).  This policy applies to newly hired employees and to current employees who have changes in relationships (marrying another employee, for example), or changes in work assignments effective July 1, 2002.

#### 3.3.8.2          Supervisory Role

A University employee may not directly supervise a family member.

If a situation occurs where family members are employed in the same work area (but one does not supervise the other), each family member must arrange to be removed from processes concerning any other family member, such as:

1.  Evaluating the performance of the family member;

2.  Considering the family member for reappointment, promotion or salary adjustment;

3.  Approving a leave of absence for the family member; or

4. Participating in other decisions that present a possible conflict of interest or appearance of conflict of interest or impropriety (see Code of Ethics Policy, Subsection 3.3.3).

### 3.3.8.3               Grandfather Clause

Family members employed on or before July 1, 2002 by the University who work within the same department/division or center location are subject to the following provisions:

1. The family members will not be allowed promotion within the department/division or center location which would place them in a supervisory role over another family member.

2. All rules as outlined in "Supervisor Role" (above) will apply to the working relationships between family members.

### 3.3.8.4               Responsibility

An employee is responsible for complying with this policy when involved in employment decisions concerning a family member.  All potential or existing situations concerning employment of a family member must be reported to Human Resources by the employee(s) affected by this policy.

### 3.3.8.5               Resource

For more information concerning employment of family members, contact Human Resources. Refer to the University's policies on Sexual Harassment (Volume II, Subsection 2.1.2) and Code of Ethics Policy (Subsection 3.3.3) for other relationships not covered in this policy.

### *3.3.9          Employment of Minors*

Saint Leo University has established guidelines concerning the employment of any individuals under the age of 18.  The guidelines apply to student employees and to other minors under 18 years of age.  The law prohibits employment of minors under age 14.

### 3.3.9.1               Philosophy

The University will adhere to applicable laws concerning employment of minors.  Supervisors will ensure that:

1. Employment is not detrimental to the minor's health or welfare;

2. The minor will be adequately supervised; and

3. Employment does not interfere with the minor's education.

### 3.3.9.2               Laws and Regulations

This policy outlines legal requirements under federal, state or local law that generally apply to employment of minors in Florida, Virginia, Georgia, South Carolina, and Texas.  While federal law applies in all cases, the location of the job site determines which state laws may apply.

### 3.3.9.3                    Work Permit

Before employment, minors under the age of 18 (age 16 in Virginia) must obtain a work permit from the school district in which the job site is located.  Work permit procedures vary according to age:

16 or 17 Year Olds: The University department must complete an Intention to Employ Card, indicating the type of work the individual will perform, the work schedule, and the hours of work per week the individual will perform.  The individual must take the completed card, together with a birth certificate or other proof of age, to the appropriate school or work permit office (in the jurisdiction where the job site is located).

Departments employing a minor must submit the work permit along with other hiring documents to Human Resources.  Work permits will be kept on file by Human Resources and will be available for inspection by authorized individuals.

### 3.3.9.4                    Hours of Work

The following restrictions apply to the number of hours per day or week that a minor may work:

| School Schedule | Age(s) | State | Maximum hours per day or week |
|---|---|---|---|
| School/hrs Week Days | 14, 15 | Florida | Non school hours: 15 All non school hours/day: 3 18 hours/week |
| Non School Hours | 14, 15 | All | 8 hours/day 40 hours/week |
| All days | 16, 17 | | 12 hours/day (work plus school time) |

In addition, there are limitations on the work schedule starting and ending times for minors.

| Age(s) | State | Work Times |
|---|---|---|
| 14, 15 | Florida | 7:00 am to 7:00 pm during the school year 7:00 am to 9:00 pm from June 1 to the first day of classes for the school year in August |
| 14, 15 | All | 7:00 am to 7:00 pm |
| 16, 17 | Florida | 6:30 am to 11:00 pm |
| 16, 17 | All | 6:00 am to 10 pm |

### 3.3.9.5                    Lunch Periods

Florida requires that minors be given a one-half hour lunch period for every four hours of continuous work.

Virginia requires that minors be given a one-half hour lunch period for every five hours worked.

### 3.3.9.6　　　　　　Occupational Restrictions

Employers may not employ minors to perform certain job tasks. Restrictions vary by jurisdiction; however, examples of prohibited tasks include:

1. Working on scaffolding;

2. Using toxic chemicals or gases; and

3. Operating power machinery (except office equipment).

Due to the varying state, federal and local law compliance issues, the University minimizes and discourages the use of employing minors.

### 3.3.9.7　　　　　　Responsibility

Supervisors are responsible for complying with this policy when employing minors. Supervisors are responsible for verifying with local jurisdictions any limitations and/or restrictions in the work activities of minors.

### 3.3.9.8　　　　　　Resource

For more information concerning employment of minors, and for additional details concerning occupational restrictions, contact Human Resources.

### *3.3.10　　　　Immigration Law Compliance*

The University is committed to employing only United States citizens and aliens who are authorized to work in the United States and does not unlawfully discriminate on the basis of citizenship or national origin.

In compliance with the Immigration Reform and Control Act of 1986, each new employee, as a condition of employment, must complete the Employment Eligibility Verification Form I-9 and present documentation establishing identity and employment eligibility within 72 hours of being hired. Any employee who is returning to the University after a break in service of one year or more must also renew their paperwork in Human Resources before they begin work. Employees without the necessary paperwork will not be allowed to continue work.

It is essential that all international students, scholars and staff ensure that current INS paperwork is on file in Human Resources. If an employee renews a Visa, I-20, I-90, or any other such paperwork, the employee must also renew their records of that paperwork in Human Resources.

Employees with questions or seeking more information on immigration law issues are encouraged to contact Human Resources. Employees may raise questions or complaints about immigration law compliance without fear of reprisal.

### *3.3.11　　　　Inclement Weather Related Shutdown*

In view of the fact that many services provided by the University are required seven days a week on a twenty-four hour basis, the University will make every effort to remain open at all times. In order to remain open at all times, the University has designated certain employees as "emergency employees." Regardless of weather conditions, these employees must report to work as scheduled. When conditions dictate, the University may modify the normal work schedule of

employees not designated as emergency employees by permitting early departures from work, by excusing late arrivals to work, by permitting the discretionary use of paid leave, or by closing a part of the University.

The University recognizes that transportation problems can result from severe weather conditions and will modify normal work schedules of employees not designated "emergency employees" as appropriate. Saint Leo will use the area Emergency Management recommendations as a general guideline when considering whether to open or close all or part of the University during hurricanes and extremely severe weather conditions, including snow and ice storms. A decision may vary between center locations and will depend on the University's ability to provide for the on-campus safety of students, faculty, and staff and on the ability to maintain adequate utilities in University buildings. In addition, there can be specific instances when local facilities or military installations request that local businesses delay opening or close early to conserve power or to respond to another community emergency.

When an employee is hired, transferred, promoted, or changes status, it is important that the employee be advised of the employee's status as it relates to this policy. Each fall, department heads shall review the Inclement Weather and Shutdown Policy with their employees and ensure that each employee knows and understands the employee's status as it relates to the term "designated emergency employee."

### 3.3.11.1 Notification of Change in Schedule

When parts of the University are to be closed or the work schedule modified with respect to employees not designated as emergency employees, the Department of University Communications will contact television and radio stations and post information on the website.

A telephone weather line is set up with a recorded message for employees to call that will outline the University's plan related to the inclement weather or shutdown situations. The message on the telephone line is the official University status.

The main number for the University is: (352) 588-8200

For main contact numbers at Center locations, please contact the appropriate Center Director or a supervisor.

### 3.3.11.2 Plan

The University's Plan related to the inclement weather or shutdown situations will include one of the following options:

1. Remain Open: The weather line and media announcement will state: "Saint Leo University is open."

2. Liberal Leave: The weather line will state: "Liberal leave is in effect. Day classes will begin at their normal time." Designated emergency employees must report to work on time. All other employees may report up to two hours after their normal scheduled start time or may choose not to report to work. Employees who do not report to work may use their accrued paid leave for the time. Employees who report within two hours of their normal start time will be paid for those hours.

3. Delayed Arrival: Should it be necessary to delay the start of classes or work due to weather conditions or other situations beyond our control, the weather line will state: "Saint Leo

University is open.  Classes will begin at [time designated].  Non emergency employees should report to work at [time designated], but they are expected to report to work.  All designated emergency employees must report to work on time."  If needed, the weather line will contain more detailed information about scheduling of classes on individual campuses.

4. Closure: The weather line will state, "Saint Leo University is closed and classes are canceled. Designated emergency employees must report to work."  Employees who are excused from work due to the closing will receive their regular compensation for the time lost due to the closing.

### 3.3.11.3                    Early Departure

When a decision is made to permit early departures, employees will be paid for the authorized excused hours.

### 3.3.11.4                    Employees on Scheduled/Unscheduled Leave

Employees who are off work due to scheduled/unscheduled sick leave or vacation will not be compensated or have their leave adjusted due to early departure or closure of the University.

### 3.3.11.5                    Evening Classes

The decision to cancel evening classes will be made by the Vice President of Academic Affairs in conjunction with other University personnel.  A decision shall be made at the earliest possible time and will be communicated to the Department of University Communications for appropriate dissemination.

### 3.3.11.6                    Responsibility

Each department must identify and notify its designated emergency employees.  Announcement of the decision to modify the work schedule or to close all or a part of the University with respect to employees not designated as emergency will be made by the President, and/or a designated representative(s).

It will be the responsibility of each employee to secure information regarding the University's posture during an individual inclement weather or shutdown situation.

### 3.3.11.7                    Resource

Human Resources, University Communications Department, or Security.

### *3.3.12          Information Technology Policies*

See Volume II, Section 2.4.

### *3.3.13          Physical Examinations*

A physical examination, in addition to pre-employment testing (see paragraph 3.3.5.2), may be required of a new employee once an offer of employment has been made, especially for positions requiring greater than minimal physical activity.   Incumbent employees selected for new

positions with significantly different demands may also be required to have a physical examination based on the new position's requirements.

Arrangements will be made by Human Resources for a physical examination to be conducted at a medical facility designated by the University. The medical examination will be provided at no cost to the candidate, and may include examination, testing and/or immunizations deemed by the University to be appropriate for the particular employment position. At the discretion of the University, additional periodic exams or testing may be requested, especially on the occasion of an employee injury in the workplace (see paragraph 3.3.5.4 for additional information regarding post accident testing).

### 3.3.14    Professional Conduct

Saint Leo University employees are expected to behave in a professional, business-like manner at work, on University premises, and whenever representing the University. Employees are accountable for behavior outside of work that has a negative impact on the individual's ability to perform the employee's responsibilities at work.

To avoid damage to the integrity of Saint Leo University or its employees and to protect the rights of employees and the public, the University has established guidelines concerning professional conduct of employees. Areas of conduct covered by this policy and standards of conduct include, but are not limited to, the following:

#### 3.3.14.1                Misconduct (rev 5/28/2009)

The University reserves the right to discipline employees for misconduct including, but not limited to, termination of employment. "Misconduct" includes: (1) an on-the-job activity performed by a University employee that violates state and/or federal laws or regulations, local ordinances, or University policy; (2) willful failure to perform duties, paying or receiving money for hours not worked, falsification of documents, theft of University property, or personal use of University resources; and (3) any willful action that subjects the University to liability.

#### 3.3.14.2                University Resources

The unauthorized use of University Resources is prohibited. Misuse of University Resources includes, but is not limited to the unauthorized use of telephones, copiers, fax machines, computers, courier services, postage, office supplies, and other business equipment and supplies.

#### 3.3.14.3                Personal Business

Employees are requested not to conduct personal business during work hours or use University resources for personal business.

#### 3.3.14.4                Professional Organizations

Employees who belong to outside professional organizations should ensure that association with the organization, its conduct or membership, does not negatively impact on the individual's ability to perform job duties. Employees shall not represent themselves as official spokespersons for Saint Leo University unless authorized by the University.

### 3.3.14.5                         Firearms, Dangerous Weapons, Explosives, Lethal Materials

See Volume II, subparagraph 2.3.1.1.6.

### 3.3.14.6                         Alcohol and Other Drugs

Being under the influence of alcohol or illegal or controlled substances when reporting to work, while on the job, or in connection with carrying out University responsibilities or on University premises is prohibited. In addition, processing or selling illegal or controlled substances while on the job, in connection with carrying out University responsibilities or on University premises is also prohibited. This procedure is in addition to other University policies, including those concerning a drug free workplace, and substance abuse by vehicle operators (see Volume II, paragraph 2.2.1.1 and Subsection 3.3.5, respectively).

### 3.3.14.7                         Dress Code

An employee's dress and appearance shall be appropriate at all times to give a positive impression of the University. All employees are required to practice good grooming and personal hygiene. Employees, in conjunction with their supervisors, may use their judgment regarding appropriate dress as determined by their schedule of activities and duties. University expectations will not conflict with applicable federal or local statutes, including those prohibiting discrimination based on national origins or religious belief.

Appropriate Dress: The University wants Saint Leo administrators and staff to feel comfortably dressed at work, yet appropriate for an office environment. Greeting important visitors often requires suit jackets and ties, dress suits or dresses for women. Examples of appropriate dress include slacks, blouses/shirts, skirts, shirts with collars, khakis, dresses, polo and cotton shirts. Clothing that is not appropriate for a professional office environment include jeans (may be allowed when short term manual work is being performed), tee shirts, beach sandals, any sandal resembling a "flip flop," beach wear, halter tops, shorts, and athletic attire (Coaches and trainers in Athletics are asked to adhere to this policy when outside of performing their playing/training duties). On Fridays and when appropriate, more casual professional attire is fine. All supervisors shall inform current employees and orient new staff members to specific departmental guidelines for dress.

### 3.3.14.8                         Responsibility

All University employees must follow the procedures outlined above, as well as other University policies concerning employee conduct, and specific departmental guidelines.

### 3.3.14.9                         Resource

Contact Human Resources with questions or if more information about this policy is needed.

## 3.3.15          *Orientation, Training, and Development*

The University strives to assimilate new employees into the organization through an active orientation program. Further, the University supports continued training and development for employees; however, the University recognizes there are organizational limits, such as budget, time, and staffing that dictate the extent of resources available.

As an academic organization, Saint Leo University is committed to the orientation, growth, and development of the individual and supports targeting resources to accomplish that end. Recognizing that the organization is only as effective as its members and work teams, Saint Leo University supports orientation and ongoing training and development efforts designed to:

1. Provide practical information in a timely manner;

2. Educate employees about relevant legal and regulatory issues;

3. Enhance the skills an employee uses in the current position;

4. Expand an employee's existing knowledge and skills to prepare for a modification or change in the current position;

5. Broaden an employee's existing knowledge and skills to prepare for future needs of the organization;

6. Encourage, respect and foster an appreciation of individual differences; and

7. Encourage an employee to pursue personal educational goals.

### 3.3.15.1          Orientation

University orientation occurs at two levels: Organizational orientation and department orientation.  Human Resources will arrange for new employees to attend the University's Orientation Program during the first month of employment.  The supervisor or department head should arrange department orientations.

### 3.3.15.2          Computer Training

Department supervisors will evaluate and schedule for Datatel and User Interface or other computer training all newly hired, transferred or promoted employees.

User Interface training is required for all employees who will work with the Datatel system prior to their being enrolled in other Datatel training programs.

Department Specific Datatel Training includes, but is not limited to:

1. CORE;

2. Admission module;

3. Student module;

4. Financial Aid module;

5. Accounting and Finance module;

6. Requisition and Purchasing module;

7. Budgeting modules;

8. Human Resources module; and

9. Faculty module.

All employees will be required to sign the University's Password policy (See Volume II, Subsection 2.4.2) and complete training before passwords will be issued by University

Technology Services.  Failure to abide by the University's Password policy will result in disciplinary action up to and including termination.

### 3.3.15.3             Training and Development Program Costs

The department, depending on the nature of the program and the financial resources available, may pay training and development costs for programs offered outside the University.  In some cases, the cost of a course may be paid through the University tuition benefit program.

#### *3.3.15.3.1             Time Away From Work*

Time away from work for attending a class or training program may be considered work time and paid accordingly if the following conditions are met:

1. The training program or class is approved and related to the employee's current job or an approved career development program; and

2. The employee's attendance is required by an immediate supervisor

All other requests for time away from work to attend training programs or classes must be processed in accordance with the current leave policies.

### 3.3.15.4             Resources

#### *3.3.15.4.1             Internal Educational Programs*

A variety of on-campus and on-site training and development resources are available at Saint Leo University, including:

1. Training and Organizational Development;

2. School Continuing Education;

3. Saint Leo degree programs;

4. University-sponsored seminars and programs;

5. Academic Computer Center; and

6. Continuing Professional Education.

Contact the school or center directly for information about courses and enrollment.

### 3.3.15.5             Responsibility

The employee and the supervisor share the responsibility for departmental and individual training including, but not limited to Datatel modules, work-related skill development and career growth development.

The Training Department will be responsible for coordinating with the supervisor for the scheduling of employee training.

Human Resources and the Financial Aid Department are responsible for administering the tuition remission program.

Each department is responsible for approving and communicating the policy for departmentally funded training and development programs.

### 3.3.15.6    Resource

Contact Human Resources with questions about this policy or for additional information. Contact Human Resources for information about the Tuition Benefit Program.

### 3.3.16    Security Inspections

The University wishes to maintain a work environment that is free of illegal drugs, misuse of alcohol, firearms, explosives, or other improper materials.  To this end, the University prohibits the possession, transfer, sale, or use of such materials on its premises.  The University requires the cooperation of all employees in administering this policy.

Desks, lockers, bookshelves, file cabinets and other storage devices may be provided for the convenience of employees, but remain the sole property of the University.  Accordingly, any agent or representative of the University can inspect them, as well as any articles found within them, at any time, either with or without prior notice. (See Volume II, Campus Community Policies for Drug and Alcohol and other policies related to health and safety).

### 3.3.17    Union Organizing Activities

University employees (except for supervisors, managerial employees and confidential employees, as those terms are defined under federal labor law) have the right to freely vote for or against joining a union.  Accordingly, the University will strive to respect the rights of employees to vote for or against union representation without intimidation, unjust pressure, or hindrance in accordance with applicable law.

### 3.3.17.1    Organizing Activity

The University will follow procedures established by the National Labor Relations Board concerning union organizing activities in the workplace.  The University will exercise its right as an employer to assist employees to obtain adequate information upon which to base a decision to accept or reject union representation.

Supervisors who are aware of union organizing activities must contact Human Resources.

### 3.3.17.2    Solicitation and/or Distribution Activities

University employees may solicit and/or distribute written material for the purpose of supporting or organizing in accordance with the National Labor Relations Act without obtaining prior approval as follows: Solicitation activities, unaccompanied by distribution of written materials, may be conducted on non-working time (periods when an employee is not properly engaged in performing work tasks such as break periods or mealtimes) in areas that are not immediate work areas.  Immediate work areas include, but are not limited to, University offices, corridors and sitting areas adjoining University offices.

Distribution of written materials may be conducted on non-working time in non-working areas. Distribution of written materials in work areas is prohibited at all times unless otherwise approved in advance.

### 3.3.17.3              Responsibility

University employees, supervisors, and managers must comply with this policy.

### 3.3.17.4              Resource

Contact Human Resources with questions or if additional information about this policy is needed.

## 3.3.18        University-Sponsored Memberships in Career-Related Organizations

Saint Leo University has established guidelines concerning support of employee memberships in career-related organizations.

The University will support employees who wish to join and participate in career-related organizations when:

1.  The affiliation is consistent with the mission and values of the University;
2.  Membership will benefit the employee and the University; and
3.  Adequate funding is available to sponsor the membership.

An employee may request the University to sponsor membership in an appropriate organization by submitting a request to the immediate supervisor.  The request shall include:

1.  A description of the organization;
2.  An explanation of how the membership would benefit the University and the employee;
3.  The complete cost of membership; and
4.  An estimate of the amount of University work time the employee will spend participating in the organization(s).

The supervisor will review the request and forward it with a recommendation to the department head.  The department head will promptly approve or disapprove the request and inform the employee and supervisor.

A department head (or higher level employee) who wishes to join a career-related organization shall send a request to the appropriate supervisor.

Membership payments must be processed according to the University's fiscal procedures.

Participation in some membership organizations may be qualified by the Internal Revenue Service as a taxable fringe benefit.  Taxes are the responsibility of the employee and will be handled through payroll.

### 3.3.18.1              Responsibility

Department heads are responsible for approving or disapproving requests for University-sponsored memberships in career-related organizations.  A copy is to be forwarded to the Human Resources inclusion in the employee's personnel file.

3.3.18.2                          **Resource**

For more information concerning this policy, contact Human Resources.

### *3.3.19        Volunteer Policy*

University volunteers are considered unpaid impendent individuals and are not entitled to salary, employee benefits, or unemployment compensation.

The University encourages community members to donate their time and expertise as volunteers with the University. Departments and divisions are also encouraged to explore all avenues of community involvement through the use of volunteers.

An employee cannot "volunteer" to perform duties after hours without compensation, if those duties are the same type duties that the individual is employed to perform.  An employee may, however, volunteer to perform duties for the University that are outside of the scope of their job duties.

Students may not be considered volunteers if the service to be performed is required as part of their course work.

Volunteers are not subject to any provisions of laws relating to state or public employment, collective bargaining agreements, hours of work, leave time, or benefits, except as described below.

Volunteers are covered by Workers' Compensation and state liability protection in accordance with the definition of a volunteer and the provisions of Section 768.28, Florida Statutes. Volunteers are not entitled to replacement of lost wages under Workers' Compensation for their University volunteer work because they receive no wages.

Volunteers acting in the course and scope of their duties are also covered by Section 768.1355 of the Florida Volunteer Protection Act, provided they behave as a reasonably prudent person would under the circumstances and they do not willfully or wantonly cause any personal injury or property damage.

3.3.19.1                          **Delegation of Authority**

Authority is delegated to supervisors for the selection, appropriate use of, and termination of volunteers.

3.3.19.2                          **Selecting a Volunteer**

Departments may contact Human Resources to make it aware that the department is interested in volunteer workers.  Human Resources will keep a listing of such departments.  Individuals who inquire about volunteer work at the University will be referred directly to the departments on the listing.

When selected for volunteer work, a volunteer is to complete the Application for volunteer Services and authorization for background check.  These forms are to be submitted to Human Resources upon completion approval of background check the department requesting will be notified, the volunteer is authorized.  The applicant is authorized to begin volunteering.

Supervisors shall inform volunteers of their rights and benefits to comply with University policies and procedures, including those related to safety. Volunteers who have access to documents or systems containing confidential records must be made aware of the expectation for maintaining confidentiality. If confidentiality is applicable, the volunteer must sign a statement of confidentiality.

Any equipment, keys, etc. issued to the volunteer will be recorded on an equipment acknowledgement form and sent to Office of Human Resources.

Volunteers with a valid driver's license may use University vehicles when performing University duties as determined by the supervisor, Director of Campus Safety, and in accordance with University policies. A commercial driver's license and a substance abuse test are required by federal law when operating a vehicle transporting 16 or more passengers, transporting hazardous materials, or utilizing with a gross weight of 26,001 or more pounds.

### 3.3.19.3 Volunteer Benefits and Length of Service

All volunteers are required to obtain an identification card with the volunteer Registration. The authorization for the ID card must be obtained through Human Resources. Volunteers are not eligible for University benefits. Authorization and/or access for Library Card, Dining Services, Email, Parking Permit or other University equipment or programs must be requested by the department supervisor. The length of volunteer services should be mutually agreed upon by the supervisor and volunteer. There is no limit on the length of the volunteer service provided the supervisor is satisfied with the volunteer's work.

Once voluntary services end, the department must notify Human Resources of the volunteer's last day of service and obtain any keys, equipment, parking permit and ID card. The ID card will be sent to Human Resources to be deactivated along with equipment return acknowledgement form.

### 3.3.19.4 Recordkeeping Requirements

Upon termination, the volunteer's records are to be retained in Human Resources for three years and are to be destroyed in accordance with the department's record retention schedule for such files. These are the only records of the volunteer's service Human Resources is to be contacted by potential supervisors who wish to confirm the experience or obtain a recommendation or evaluation of the volunteer's services. Such records may also be required to support a Worker's Compensation claim.

## 3.4 Employee/Student Use of University Vehicles and Golf Carts

### 3.4.1 Driver Approval Process for University Vehicles

### 3.4.1.1 Student Employee Driver Approval Process

Only students who are employed by a department at Saint Leo University or are active in an organization on campus are eligible to become a certified driver of University vehicles. In order to request a student be certified as a driver the department/organization must first notify Human Resources (HR) and the Director of Campus Safety of their intent to have a student certified as a

driver. The student at that time must take his/her Driver's License to HR to have a Motor Vehicle Report (MVR) run.  In addition to having a satisfactory MVR, students will also be required to submit to and pass a on the road Driver Certification Test. Upon completion of the MVR, HR will notify the Director of Campus Safety of the results. Provided the student has a satisfactory MVR, the Director will notify the Driver Certification Test (DCT) Administer. The DCT Administer will contact the student for a list of convenient times to conduct the driver certification test.

The DCT Administer will contact Campus Safety to arrange the time and vehicle for the certification.

The student will meet the DCT Administer at Campus Safety at the agreed upon time. The student will be <u>required</u> to bring his/her Driver's License and a current copy of their personal vehicle insurance. The DCT administer will be required to bring the DCT Test Sheet.

The DCT Administer will take the student out in a University 12 passenger van. During the test, the Administer will grade the student on a number of different objective tasks. If the student is successful, the DCT Administer will turn in the Dated DCT Results to Campus Safety. The student will then be provided with copy of his/her DCT results. Campus safety will then make a copy of the student's driver's license and insurance card. Also, the student must sign an Annual Driver License and Record Update form. All of these documents will be filed in Campus Safety in a secured cabinet. Also, Campus Safety will be required to complete and maintain an excel spreadsheet with the following information.

- Last and First Name
- DL Number
- State of DL
- Name of Ins. Carrier
- Date of Certification
- Date of the MVR
- Preferred Email Address
- Date of Graduation
- Dept/Org Association

The list of drivers must be reviewed in May every year by a Campus Safety Staff member. If a student is believed to have graduated, their record should be verified. For the remaining students a list of names should be sent to respective departments/organizations to verify the student is still needed as a driver. Those students who are still needed must have an MVR check done again. Those students who are not needed must be removed from the list.

Students with a MVR more than a year old are not permitted to drive any University vehicle until a more recent MVR is on record.

### 3.4.1.1.1                    *Student Driver Certification Requirements*

- Must have a Satisfactory MVR
- Must have at least 3 years of driving experience
- Must successfully complete Driver Certification Test
- Must turn in a copy of Driver's License and Insurance Card to Campus Safety
- Complete and Sign Saint Leo University Annual Driver's License and Record Update (see Annual Driver Agreement on the Intranet under the Human Resources Tab)

### 3.4.1.2                    **Staff/Faculty Driver Approval Process**

In order to become a certified driver an employee at Saint Leo University must have a satisfactory MVR. The process for approval begins by an employee's supervisor or department head requesting he/she is certified as a driver. A faculty/staff member can also be elected if they serve as an advisor to an organization or club on campus and can provide documentation they advise to a club/organization. The request for an employee to become a certified driver should be sent directly to Human Resources and copied to Campus Safety.

If HR receives satisfactory results from the MVR, HR will notify the employee and send a copy of the MVR to the Director of Campus Safety. Campus Safety at that point will request the employee come by to provide a copy of his/her driver's license and personal vehicle insurance. An employee will not be permitted to drive until this information is provided.

This information is to be kept on record. Once all the information is obtain Campus Safety will enter in the information in the Master Driving List spreadsheet for the respective year. Information on the worksheet should contain the following:

- Last and First Name
- DL Number
- State of DL
- Name of Ins. Carrier
- Date of Certification
- Date of the MVR
- Preferred Email Address
- Dept/Org Association

### 4.1.1.1.1      *Staff/Faculty Certification Requirements*

- Must have a Satisfactory MVR
- Must have at least 2 years of driving experience
- Must successfully complete Driver Certification Test (if requested to do so)
- Must turn in a copy of Driver's License and Vehicle Insurance Card to Campus Safety
- Complete and Sign Saint Leo University Annual Driver's License and Record Update(see Annual Driver Agreement on the Intranet under the Human Resources Tab)

### 3.4.1.3                        Motor Vehicles Reports

Persons with serious driving violations are prohibited from driving University Vehicles. Such violations include but are not limited to a suspended/restricted license, any drug or alcohol related violation, or multiple driving offenses. Saint Leo reserves the right to review the past five (5) years. It is the responsibility of the employee or student to notify Campus Safety and HR immediately if a change in driving status occurs. Failure to comply with this provision may result in disciplinary action including dismissal.

### 3.4.1.4                        Driver Certification Test

This is test administered by the elected University Driver Certification Test Administer. The Department of Campus Safety reserves the right to have any employee/student submit to a Driver Certification Test. Refusal will result refusal of motor-pool driving privileges.

### 3.4.1.5                        Accident Reporting Procedures

In the event that an individual is in an accident while driving a University vehicle or there is physical damage done to a vehicle, the driver is required to report the incident to a dispatcher or officer on duty at the earliest possible time.

Materials for the driver to take down details of an accident when it occurs are located in the binders of each motor pool vehicles.

The dispatcher/officer receiving information regarding an incident is required to complete an Incident Report. The report must have a log entry number and as much completed information as possible. If the incident is reported via telephone the individual reporting the incident must be interviewed upon his/her return to campus. If the vehicle is able to be driven back to campus it must be checked by a mechanic to ensure there are no mechanical or operational defects.

Upon completion a copy of the Incident Report and any related documents must be promptly submitted to the Risk Management Coordinator.

Any vehicle that has been in an accident or has any physical damage must be inspected by a mechanic for mechanical and operational integrity. The vehicle cannot be released for use until this inspection is completed.

### 3.4.1.6                        Mechanical or Operational Reporting Procedures

All drivers are required to notify the Office of Campus Safety of any mechanical or operational defects that occur while using a motor pool vehicle.

The Officer or Dispatcher on duty must have the individual fill out completely a Motor Pool Mechanical or Operational Defect Report.
A copy of this form must be submitted to the Risk Management Coordinator promptly after its completion.

Any vehicle that is reported to have a mechanical or operational defect may not be released for use until it has been inspected by a mechanic and released as free from defect.

The Officer/Dispatcher who took in the report is responsible for notifying the Director of Campus Safety of the vehicle in need of inspection, for completing the "For Official Use Only" section of the Motor Pool Mechanical or Operational defect report, and promptly notifying the Risk Management Coordinator of the reported defect and the inspection of said defect.

### 3.4.2        *University Golf Cart Policies*

This policy establishes the safety measures to be followed by Saint Leo employees, including student employees and guests who operate golf carts/utility vehicles on campus. The intent of this policy is to prevent injuries to pedestrians, golf cart/utility vehicle operators, and reduce the risk of property damage.

The Saint Leo University Golf Cart/Utility Vehicle Policy applies to four-wheeled, low-speed vehicles whose top speed is not greater than 25 mph. Specific examples, of vehicles covered by this policy include, but are not limited to, gas powered and electric golf carts.

### 3.4.2.1        Operator Requirements

All employees, including student employees, must meet the following requirements to operate a University golf cart or utility vehicle:

- Read the Saint Leo University Golf Cart/Utility Vehicle Policy
- Sign the Golf Cart Training Verification Form (see Golf Cart Form on the Intranet under the Human Resources tab)
- Receive hands-on instruction from their immediate supervisor
- Possess a valid driver's license

Individuals who do not meet these requirements are not permitted to operate golf carts/utility vehicles on campus. Student owned golf carts/utility vehicles may not be driven or parked on campus.

### 3.4.2.2        Responsibilities

Supervisors and operators have special responsibilities for ensuring these carts/vehicles are operated in a safe manner and maintained in accordance with the manufacturer's specifications.

### 3.4.2.3        Department Responsibilities

The departments assigned golf carts and/or utility vehicles are responsible for:

- All repairs and maintenance costs
- All preventative maintenance and repair records for their carts/vehicles
- Keeping all original equipment and safety features in good working order

### 3.4.2.4        Supervisor Responsibilities

Supervisors are responsible for:

- Ensuring that employee drivers and students are properly licensed and that they have completed the required safety training prior to operating a golf cart/utility vehicle
- Ensuring that a training verification form has been signed by the employee and a copy sent to the Office of Risk Management
- Ensuring that operators review the manufacturer's manual

- Taking timely action to correct operator misuse of a golf cart/utility vehicle
- Ensuring that all equipment on the golf cart/utility vehicle is working properly and that the cart/utility vehicle is taken out of service when there are deficiencies that could contribute to an unsafe condition

### 3.4.2.5          Authorized Operator Responsibilities

Operators are responsible for:

1. Inspecting the golf cart/utility vehicle before operation and documenting any deficiencies
2. Completing Golf Cart/Utility Vehicle safety training prior to operating a cart/utility vehicle
3. Signing a Golf Cart/Utility Vehicle Training Verification Form and returning it to his/her supervisor
4. Operating the cart/vehicle in a safe manner
5. Reporting accidents to his/her immediate supervisor and Campus Safety

### 3.4.2.6          Safe Operating Procedures

1. An operator should conduct a safety check on the cart/utility vehicle prior to operation.
2. Operators are to use extreme caution at all times.
3. Golf carts should be operated on campus roadways. Sidewalks should be used only where roadways and/or parking lots are not available, and then only to the nearest adjacent street or parking lot.
4. When approaching a blind corner, such as a building or wall, slow down and use caution.
5. Golf carts can turn corners very sharply, go slow and keep all four wheels on the ground.
6. Operators are responsible for ignition keys for the period of time in which they are using the vehicle. **Keys shall not be left in golf carts/utility vehicles**.
7. In the State of Florida, pedestrians always have the right of way. Operators will permit this right of way.
8. Never back up without making sure there is no person or obstructions behind the cart
9. Never shift gears while the vehicle is in motion
10. The parking brake must be set when not in transit.
11. Use of cell phones and pagers are prohibited while driving a cart/utility vehicle. Operator must pull over and stop to make or receive calls.
12. Operators must account for conditions that may make driving surfaces slippery.
13. Golf carts/utility vehicles shall not block exits, entrances, stairs, sidewalks, fire hydrants, fire lanes or handicap ramps.
14. **Do not carry more passengers than the golf cart/utility vehicle is designed to hold**. Do not permit passengers to ride in the bed of a golf cart/utility vehicle.
15. Occupants are to remain seated until the golf cart/utility vehicle comes to a complete stop, no jumping on or off a moving cart is allowed.
16. Operators and passengers must keep their bodies inside the cab of the golf cart/utility vehicle (except when using hand signals).
17. Do not overload the golf cart/utility vehicle by exceeding the recommended carrying or load capacity.

18. Loads shall not extend more than one foot from either side or front of the vehicle. Loads that extend more than three feet from the rear of the golf cart/utility vehicle must be flagged.
19. A golf cart/utility vehicle should be operated on campus at a speed equivalent to a well-paced walk and should not exceed 15 mph. Reduce speed to compensate for inclines, pedestrians, and weather conditions.
20. Golf cart operators shall possess a valid driver's license and observe all Florida vehicle traffic laws such as lane travel, stop signs, legal passing of other vehicles, etc.

### 3.4.2.7        Pedestrian Considerations

1. The golf cart/utility vehicle must come to a complete stop before proceeding through intersecting sidewalks or other areas that have blind spots.
2. Operators must yield to pedestrians at all times.
3. Operators must account for the fact that a pedestrian may be physically impaired (unable to move quickly) or unable to hear or see the golf cart/utility vehicle.
4. Operators must reduce speed in heavy pedestrian traffic or stop until the traffic has lessened.
5. Operators must never attempt to get pedestrians out of their way by intimidating them.
6. Whenever an operator feels he/she cannot predict the actions of a pedestrian or other vehicle operator, he/she must come to a complete stop.

### 3.4.2.8        Enforcement

All operators will be expected to perform their job in conformance with safe operating procedures. Violations of safe operating procedures will be treated under the University's existing disciplinary procedures. The privilege of operating a golf cart/utility vehicle may be revoked at any time. Violations of this policy involving Saint Leo University Campus Safety and Security will be immediately addressed with the operator and his/her supervisor.

## 3.5        Personnel Records

### 3.5.1        Personal Data, Records, and Changes

The University complies with all laws that govern personnel records, their review, and their dissemination. Official personnel records of staff are maintained in Human Resource. Only information relevant to University personnel decisions or necessary to meet legal requirements is kept. Only authorized personnel may handle confidential personal data. All medical records, including any genetic information, are kept separate from personnel records and are treated as confidential.

Employees may review their personnel file at reasonable intervals by making an appointment with Human Resources.

### 3.5.2        Personal Data Accuracy Statement

Every employee is responsible for providing current information regarding name, address, telephone number, marital status and/or information regarding dependents and beneficiaries for group insurance purposes. All changes must be submitted to Human Resources. The University relies upon the accuracy of information contained in the employment application, as well as the

accuracy of other data presented throughout the hiring process and employment. Any misrepresentations, falsifications, or material omissions in any of this information or data may result in the exclusion of the individual from further consideration for employment or, if the person has been hired, termination of employment.

### 3.5.3        *Faculty Personnel Records*

In addition to the above policies, faculty personnel records are governed by the provisions of Article 5 of the Faculty Collective Bargaining Agreement (Volume IV-A, Subsection 4A.1.1.5).

## 3.6        Employee Holiday, Vacation, Leave, and Benefit Policies

Eligible employees at the University are provided a wide range of benefits. A number of the programs (such as Social Security, worker' compensation, disability, and unemployment insurance) cover all employees in the manner prescribed by law.

### 3.6.1        *Holiday Policy*

Saint Leo University, recognizing the value of time off for employees to celebrate religious and national holidays, grants holiday pay to employees. Holiday pay for any scheduled holiday is equal to an employee's regular compensation and the number of hours the employee is normally scheduled to work. Employees may request holiday leave for other religious observances that are not part of the Holiday Schedule.

Scheduled Holidays are determined on an annual basis and approved by the President. Additional holidays may be scheduled at the discretion of the President.

The current Holiday Schedule is posted annually in Data Mart. When a holiday falls on a weekend, another day may be scheduled.

Employees who work at facilities with holiday schedules that are different than the published Holiday Schedule will only receive holiday pay compensation for those days granted by the University. All other time will be reported as vacation leave. If a holiday falls on a full time employee's regularly scheduled day off, the employee will normally receive the next workday off. If departmental needs preclude allowing the next work day to be the employee's "holiday", then the employee shall receive another day off within 30 days following the scheduled holiday.

### 3.6.1.1        Holidays for Three-Quarter Time Employees

Three-Quarter time employees filling a 12-month regular employment position will receive ¾ time for holidays.

### 3.6.1.2        Nine (9) and Ten (10) Month Full-Time Employees

Nine (9) and Ten (10) Month regular full-time employees are eligible for Holiday pay for those holidays that fall within their regularly scheduled nine or ten month work schedule.

### 3.6.1.3        Holidays for Part-Time Employees

Part-time employees are not eligible for eligible for holiday pay.

#### 3.6.1.4　　　　　　　　Nonscheduled Religious Holidays

Employees may request time off for religious observances that are not part of the published Holiday Schedule. Employees shall provide supervisors with adequate notice regarding the need for time off for these religious holidays. Employees may use paid leave for a nonscheduled religious holiday; or, the employee may be permitted to work outside of the employee's regularly scheduled hours to make up for the time off.

#### 3.6.1.5　　　　　　　　Scheduled to Work

Many departments do not close on scheduled holidays and consequently not all employees can be off on the same day. In these departments, the supervisor will schedule holidays equitably consistent with department needs.

Exempt employees who work on a scheduled holiday are not entitled to additional compensation but should be provided time off when the work load permits for the hours worked up to 8 hours.

Non-exempt employees who work on a holiday are paid at their regular hourly rate for the hours worked, and may be given another day off from work with pay, which must be used within the following 30 day period.

At the department's discretion, exempt or non-exempt employees may be paid straight time for the holiday hours worked up to eight hours in lieu of another day off.

#### 3.6.1.6　　　　　　　　Responsibility

Each department must inform its employees about the department's holiday schedule and holiday leave policy.

#### 3.6.1.7　　　　　　　　Resource

Contact Human Resources with questions or if additional information about this policy is needed.

### *3.6.2　　　　　Vacation Policy*

The University recognizes the importance and value of vacation leave so that employees may have paid time away from work for a variety of reasons. Accordingly, Saint Leo University grants to eligible administrative and staff employees vacation leave for rest and recreation; personal reasons; health maintenance; illness, injury or disability; family and medical leave; religious observances; or emergencies.

#### 3.6.2.1　　　　　　　　Eligibility

Vacation leave is available to all administrative and staff employees who are regularly scheduled to work at least 30 hours each week. Refer to the Vacation Leave Schedules in the chart below to determine individual accrual rates.

### 3.6.2.2 Accrual and Accrual Rate

All eligible administrative and staff employees accrue vacation leave according to the designated leave schedule based on position and length of service. Vacation Leave begins accruing in the first full month following the completion of 90 days of employment.

Paid leave is accrued on a semi-monthly basis on the 15th and the last day of each month for all staff.

### 3.6.2.3 Paid Leave Accrual Schedule

| | Semi-Monthly Accrual (hours) | First        Year Accrual | Sixth       Year Accrual | Eleventh Year Accrual |
|---|---|---|---|---|
| **Full-time Regular Employees** | | | | |
| Senior Executive | 6.75 | 4 weeks/160 hours | No Change | No Change |
| Senior Professional | 6.75 | 4 weeks/160 hours | No Change | No Change |
| Professional | 5.0 | 3 weeks/120 hours | 6.75 (4weeks/160 hours) | No Change |
| Staff | 3.5 | 2 weeks/80 hours | 5.0 (3 weeks 120/hours) | 6.75 (4 weeks/160 hours) |
| **Three Quarter Time (30 house/week) Regular Employees** | | | | |
| Professional | 3.75 | 3 weeks/90 hours | 5.0 (4 weeks/120 hours) | No Change |
| Staff | 2.75 | 2 weeks/66 hours | 3.75 (3 weeks/90 hours | 5.0 (4 weeks/120 hours |
| **Term Full-time Regular Employees** | | | | |
| 10-Month Full-time | | 40 (1 week) | No Change | No Change |

*10-Month-Full-Time employees are provided an annual leave of allowance of 40 hours for the 10-Month Full-time term. Leave must be used during the 10 month employment period and will not carry forward from year-to-year. Use of leave shall be reported in accordance with the guidelines as set forth below.

Employees not covered by one of the schedules above are not eligible for vacation leave.

### 3.6.2.4 Grandfather Clause

The Vacation Leave schedule represents a change from prior practice. Employees hired prior to May 1, 2002, will continue to accrue vacation leave at their current rates and classification.

### 3.6.2.5        Use of Vacation Leave

#### 3.6.2.5.1        *Scheduled Vacation Leave*

Vacation leave is paid leave and must be requested and approved in advance. Supervisors must schedule paid leave according to the operating requirements of the department, with attention to length of service and other relevant factors and when possible, to accommodate the employee's request. Vacation leave may not be used in advance.

#### 3.6.2.5.2        *Leave for Religious Observances*

Employees may request the use of vacation leave for religious observances that are not part of the holiday schedule. Vacation leave for religious observances is paid leave and must be requested in writing and approved in advance. Employees shall provide managers with adequate notice of such a request.

#### 3.6.2.5.3        *Unscheduled Leave*

Unscheduled leave is not approved in advance and is normally for a short period of time. For example, unexpected illness, or a personal emergency would require use of unscheduled paid leave. To qualify for unscheduled paid leave, an employee must follow the department's established call-in procedure. If an employee fails to follow the established procedure, the absence is treated as unauthorized and unpaid leave.

Managers will monitor unscheduled leave use to identify possible abuse of leave. Abusive use of unscheduled leave may result in corrective action.

#### 3.6.2.5.4        *Monitoring Leave*

In order to meet the business needs of the department, managers may establish more specific regulations related to paid leave usage.

Employees may be required to present documentation for certain absences.

1. If the employee uses more than three, consecutive days of leave related to medical reasons; the employee may be required to present a physician's certificate.

2. If a supervisor identifies a pattern of leave use related to medical reasons, a physician's certificate may be required for absences of less than three days.

3. When a physician's certificate is required and the employee fails to provide the certificate, the employee will not be paid for leave or may be subject to further discipline.

4. Appropriate documentation for absences due to other reasons may also be required.

5. Availability of leave does not justify excessive absence.

#### 3.6.2.5.5        *Vacation Leave Accrual*

Vacation leave is calculated according to the employee's base rate and is exclusive of overtime premiums.

### 3.6.2.5.6 *Maximum Leave Accrual*

The maximum accrual that may be carried over as of July 1st of each year is 264 hours. Any accrued vacation leave over 264 hours as of June 30th of each year will be lost.

### 3.6.2.5.7 *Restrictions*

1. Vacation leave will not accrue during any month for which an employee is not paid.

2. Vacation leave will not be paid in advance of accrual.

3. Vacation leave will be applied against accruals current with the time period that the leave was taken.

4. Vacation leave will not be allowed to fall into a negative balance. Time off outside of available accrued balances will be considered Leave without Pay.

5. Vacation leave will accrue when an employee is receiving University Short-Term Disability in accordance with Family and Medical Leave Act policy (see paragraph 3.6.6.2).

6. Vacation Leave will not accrue when an employee is receiving Long-Term Disability benefits (see paragraph 3.6.5.2).

7. To allow for proper orientation, an employee will not be eligible to begin accruing paid leave until the employee has successfully completed the applicable evaluation period for the position (see paragraph 3.2.1.4).

### 3.6.2.6 Payment of Leave

### 3.6.2.6.1 *With Regular Earnings*

Vacation leave is paid with the employee's regular earnings. The University will not pay leave in advance.

### 3.6.2.6.2 *At Termination*

Upon termination of employment, unused accrued vacation leave, up to a maximum of 264 hours, will be paid in a lump sum in the pay period following the employee's last regular pay period.

### 3.6.2.7 Responsibility

Employees are responsible for completing and submitting all leave in accordance with University procedures. Department heads are responsible for ensuring proper administration of paid leave and leave scheduling and the proper reporting and submission of Leave Request Forms to Human Resources.

### 3.6.2.8 Resource

Contact Human Resources with questions or if more information about this policy is needed.

### *3.6.3*          *Paid Leave Policies*

3.6.3.1                    **Sick Leave**

*3.6.3.1.1*                    *Employee Sick Leave*

Saint Leo University grants paid sick leave to eligible employees to use for personal illness, health maintenance appointments or personal injury or the personal illness, health maintenance appointments or personal injury of an immediate family member residing in the employee's household.  In certain instances, accrued sick leave may also be used to care for an ill or injured family member.

For the purpose of this policy, immediate family is defined as the employee's spouse, parents, legal guardian, children, grandparents, siblings, or any person who stands in the same relationship.

3.6.3.1.1.1                    Eligibility

Employees, who have completed the evaluation period, will begin accruing sick leave benefits at the following rates:

1. Full-Time Regular employees: 4 hours per pay period;

2. Three-Quarter Time Regular employees: 3.0 hours per pay period.

   Accruals will begin in the first payroll period following the completion of the 90 days of employment.  Leave requests/use are submitted on a Leave Request Form to the Human Resources Office.  Absences for periods longer than available benefits will be considered leave without pay or unpaid leave.

   The maximum accrual for sick leave is 96.0 hours.

3.6.3.1.1.2                    Use of Sick Leave

Eligible employees who have retained accrued sick leave hours may use such hours for:

1. Absence due to personal illness, injury, or disability, including:

   a. Absence covered by the Family and Medical Leave policy (see paragraph 3.5.6.2); and

   b. Health maintenance.

2. Absence due to the illness, injury or health maintenance of an employee's immediate family member, including absence covered by the Family and Medical Leave policy.

3. The first seven days absence related to a workers' compensation injury.

To use sick leave, an employee must follow the departments' established call-in procedure or scheduling procedure for health maintenance appointments.

Employees out sick may be required by their manager to bring in a doctors note after 3 days of absence upon returning to work. Employees out sick for 5 days *must* bring in doctors note upon returning.

Sick leave may not be used while an employee is on other approved paid leave or on an approved, unpaid leave of absence for education or personal reasons.

Sick leave is not available in advance of when the actual leave time is accrued.

### 3.6.3.1.1.3        Documentation

Departments will monitor leave records to prevent abuse of the Sick Leave policy.

If the employee uses more than three consecutive days of sick leave, the employee may be required to present a physician's certificate.  If a supervisor identifies a pattern of sick leave use, a physician's certificate may be required for absences of less than three days.   When a physician's certificate is required and the employee fails to provide the certificate, the employee will not be paid for sick leave.

### 3.6.3.1.1.4        Transfer, Termination, and Reinstatement

When an employee transfers positions within the organization, all unused sick leave transfers to the new department.

Sick leave is not a termination benefit and no payment for unused sick leave will be made upon termination of employment or retirement.

Following termination, if an employee returns to work within six months to an employment status other than temporary worker, any unused sick leave will be reinstated.

### 3.6.3.1.1.5        Responsibility

Department heads are responsible for ensuring proper administration of the Sick Leave policy and sick leave scheduling.

Employees are responsible for following established department scheduling and call-in procedures.

Supervisors and employees are responsible for the appropriate use of sick leave and the proper submission of Leave Request Forms in a timely manner.

### 3.6.3.1.1.6        Resource

`Contact Human Resources with questions or if additional information about this policy is needed.`

### 3.6.3.1.2        *Collective Bargaining Unit Faculty Sick Leave*

See Article 15, Section 6 of the Faculty Collective Bargaining Agreement (Volume IV-A, paragraph 4A.1.1.15.6).

### 3.6.3.1.3        *Collective Bargaining Unit Librarian Sick Leave*

See Article 15, Section 4 of the Faculty Collective Bargaining Agreement (Volume IV-A, paragraph 4A.1.1.15.4).

### 3.6.3.2        Compassion and Bereavement Leave

Saint Leo University grants paid compassion leave to eligible employees when a death occurs in an employee's immediate family.  The University also allows eligible employees to use paid

leave or unpaid leave to attend observances or conduct personal business related to the death of friends or family members who are not in the employee's immediate family.

For the purpose of this policy, immediate family is defined as the employee's spouse, parents, legal guardian, children, grand parents, siblings, or any person who stands in the same relationship.  Additionally included are parents, legal guardian, grand parents, and siblings of the employee's spouse.

### 3.6.3.2.1            *Eligibility*

All employees who are not currently on any form of unpaid leave are eligible to use compassion leave.

### 3.6.3.2.2            *Notification*

An administrative and staff employee must promptly notify the manager regarding the use of compassion leave so that adequate job coverage can be arranged during the employee's absence.

### 3.6.3.2.3            *Length of Leave*

Full-time employees are granted up to five working days of compassion leave (paid administrative leave) for a death-related occurrence.  Days off may be intermittent or consecutive.

If additional time is required, the employee may use paid leave or request leave without pay subject to the provisions of that policy.

#### 3.6.3.2.3.1          Responsibility

Employees who need to use compassion leave must promptly notify the department and the supervisor about departure and return dates.  The department must administer this policy reasonably and equitably.

#### 3.6.3.2.3.2          Resource

Contact Human Resources with questions or if additional information about this policy is needed.

### 3.6.3.2.4            *Faculty Compassion and Bereavement Leave*

See Article 15, Section 10 of the Faculty Collective Bargaining Agreement (Volume IV-A, paragraph 4A.1.1.15.10).

### 3.6.3.3            **Domestic Violence Leave**

SLU is committed to providing a workplace environment in which domestic violence is not tolerated or excused.  The workplace should be a safe environment.  This policy is intended to help respond to the needs of employees who are domestic violence victims.

*3.6.3.3.1*                          ***Definition of Domestic Violence***

For purposes of this policy, domestic violence is an act, threat, tactic, or statement that results is physical, emotional, sexual, or economic harm and emotional abuse to an employee.  Domestic violence is perpetrated by one person against a family or household member with the intent of establishing or maintaining power and control over the victim.

*3.6.3.3.2*                          ***Performance Management***

Saint Leo University recognizes that employees who are working through the challenges associated with domestic violence may experience difficulties in carrying out their job duties. Saint Leo University is committed to providing accommodations to employees so that they may satisfactorily fulfill their job duties during these difficulties.  This necessitates a partnership between employee, supervisor, and Human Resources that is specific to each employee's situation.

*3.6.3.3.3*                          ***Leave Options***

Saint Leo University will make reasonable efforts to help employees experiencing a domestic violence situation who need time off for medical and legal assistance, court appearances, counseling, relocation, or to make other safety-related arrangements.  Where employees do not have sufficient paid leave time, other alternatives may exist depending on each employee's particular situation.  Utilization of any alternative, such as a leave of absence, necessitates a partnership between employee, supervisor, and Human Resources that is specific to each employee's situation.

*3.6.3.3.4*                          ***Confidentiality***

Employees who disclose that they are or have been experiencing a domestic violence situation can expect that their disclosure will be kept confidential.  The employee's supervisor and Human Resources are obligated to uphold the employee's right of confidentiality and will not disclose such information to any other parties without written authorization from the employee.

*3.6.3.3.5*                          ***Anti-Discrimination***

Saint Leo University will not discriminate against a victim of domestic violence in hiring, staffing, or other terms, conditions, or privileges of employment.

**3.6.3.4**                          **Jury Duty and Court Appearances**

The University grants paid administrative leave when employees are summoned to serve jury duty or appear in court as a state witness (to testify on behalf of the federal, state or local government in a criminal case.)  Employees who are summoned to appear in court for other reasons may request to use paid leave or leave without pay.

The University supports employees who are fulfilling their civil and legal obligations as jurors and witnesses.

#### 3.6.3.4.1                          *Jury Duty*

1. Notification: When an employee receives a summons to serve as a juror, the individual shall promptly inform the immediate manager.  The employee must provide the supervisor with a copy of the notification.

   In some jurisdictions, an employee may be summoned to serve jury duty on a standby or call-in basis.  In this situation, the employee is expected to report for work every day that the employee is not needed for jury duty.  When an employee on standby is advised to report for jury duty, the employee must notify the supervisor using the notice of absence procedures established in the employee's department.

2. Service as a Juror: When an employee is released by the courts for a half day or more, the employee must notify the supervisor and be prepared to report for work.

   During extended periods of jury duty, the employee is expected to stay in contact with the manager on a regular basis, and assist in coordinating work during the employee's absence.

3. Payment: While on approved jury duty, the employee is paid administrative leave at the individual's normal salary rate.  In addition to the employee's normal salary, the employee may be required to submit any expense money or compensation paid by the jurisdiction in which the employee is serving on jury duty back to the University.

#### 3.6.3.4.2                       *Other Court Appearances*

1. Notification: When an employee is summoned or subpoenaed to appear in court, the employee must inform the immediate supervisor as soon as possible regarding the anticipated absence from work.  A copy of the summons must be provided by the employee to the manager.

2. Payment/Leave: When an employee is summoned or subpoenaed to appear in court as a state witness (to testify on behalf of the federal, state or local government in a criminal case), the employee is paid administrative leave at the individual's normal salary rate.

   An employee who receives a summons or a subpoena to appear in court for any other reason may request to use accrued paid leave or leave without pay for the period of time spent in court.

#### 3.6.3.4.3                          *Responsibility*

Employees must promptly notify their supervisors and departments regarding absences related to jury duty or other court appearances.  Employees must stay in regular contact with their manager during jury duty assignments and court appearances.

Managers must secure a copy of the summons when an employee is unable to report for work due to jury duty or court appearance.

#### 3.6.3.4.4                            *Resource*

Contact Human Resources with questions or if additional information about this policy is needed.

**3.6.3.5**                                 **Voting Time**

Saint Leo University encourages eligible employees to register and vote in national, state, and local elections.  In cases where unusual working hours or distant travel is involved, the University will permit an employee to arrive late or to depart early from work to exercise the right to vote.

*3.6.3.5.1*                                 *Advance Notice*

If an employee is unable to vote before or after work hours due to an extended work schedule, the employee must inform the immediate supervisor and arrange for time off to vote.

*3.6.3.5.2*                                 *Leave Used*

Time off from work for voting must be recorded as administrative leave with pay.

*3.6.3.5.3*                                 *Responsibility*

Each department is responsible for providing time away from work for an employee to vote if the employee's work schedule does not permit sufficient time to vote before or after work.

*3.6.3.5.4*                                 *Resource*

For more information concerning voting time, contact Human Resources.

### 3.6.4       Leaves of Absence without Pay

**3.6.4.1**                                 **Leave for Uniformed Services (Military) Duty**

Saint Leo University, in compliance with the Uniformed Services Employment and Re-employment Rights Act (USERRA), and other applicable state and local laws, grants leaves of absence for military duty to employees who are members of the uniformed services.

The University encourages individuals to fulfill military obligations by providing equitable treatment to employees who have military obligations.

*3.6.4.1.1*                                 *Administrative and Staff Employee Military Leave*

3.6.4.1.1.1        Leave of Absence for Training in the National Guard or Military Reserves

1. Notification: An administrative or staff employee who has been called for active duty training shall submit an application to the department for a leave of absence before the report for service or training date.  Employees who are called upon to perform training (other than initial active duty training for 12 weeks or more) must request leave to be entitled reinstatement.  A copy of the military orders shall accompany the application.  After receipt, the application will be processed for approval.

2. Compensation: An employee returning from military leave for training will not be compensated during the period of military leave.

During the leave period, the employee is not entitled to receive compensation from the University (including holiday pay), unless the employee has voluntarily elected to use paid leave during the period of military duty. The paid leave amount may not exceed the difference between the employee's military compensation and their normal rate of compensation collectively. The employee will be required to provide documentation verifying military compensation for the periods in order to be provided paid leave supplements.

3. Reinstatement: Reservists and National Guard members returning from initial active duty training for 12 weeks or more must apply for reinstatement within 31 days of release from such duty or of being discharged from hospitalization incident to such duty that does not exceed one year. Those who are returning from all other training must report to work on the first scheduled working day following return from training or hospitalization incident to the training.

Employees (other than temporary employees) who satisfy all legal requirements for reinstatement after the leave will be reinstated.

### 3.6.4.1.1.2 Leave of Absence for Active Duty from Guard or Reserve Status

1. Notification: An employee who has been called for active duty military service from the National Guard or Reserves shall notify the supervisor and the department head promptly.

2. Compensation: An employee will not be compensated during this leave period.

During the leave period, the employee is not entitled to receive other compensation from the University (including holiday pay).

3. Reemployment Rights after Active Duty: The University will reinstate employees (except those in temporary positions) who satisfactorily complete their military service without reduction in seniority, status, or pay, if all the other conditions required by law are met including a timely application for reinstatement.

4. Retention after Reinstatement: A veteran returning from a call to active duty is protected by federal law against discharge without cause for a period of one year. A Reservist or National Guard member returning from a period of initial active duty for training of not less than 12 weeks has similar statutory protection, but only for six months. There is no comparable period of immunity for Reservists and National Guard members who perform weekly or weekend drills, annual tours of training duty, and other types of military training.

A Reservist or National Guard member cannot be discharged from employment or denied any promotions or other employment benefits or advantages because of any obligations arising out of the employee's service or because of any absence from work that result from such military obligation.

### 3.6.4.1.1.3 Leave of Absence for Other Military Service

Military leave will also be provided for other types of military service in accordance with federal or other applicable law. Employees on such leave will be reinstated if all legal requirements are met.

### 3.6.4.1.1.4          Responsibility

Employees called to military service or training are responsible for providing all requested documentation in a timely manner.

The department will process each request in a timely manner and must comply with all federal reemployment rights.

### 3.6.4.1.1.5          Resource

All questions about leaves of absence for military duty and related reemployment rights shall be directed to Human Resources.

#### *3.6.4.1.2*          *Faculty Military Leave*

See Article 15, Section 7 of the Faculty Collective Bargaining Agreement (Volume IV-A, paragraph 4A.1.1.15.70).

## 3.6.4.2          Leave without Pay

### *3.6.4.2.1*          *Administrative and Staff Employees Leave without Pay*

The University may provide leave without pay under certain circumstances and at the discretion of the supervisor or department head.  Reasons for leave may include but are not limited to education pursuits, civic activities, or personal situations.

The University recognizes the importance and value of unpaid leave so that employees may have unpaid time away from work for a variety of reasons.

### 3.6.4.2.1.1          Eligibility

Individuals who have been employed by the University as a full-time employee for at least 24 months are eligible to request an unpaid leave of absence.  All unpaid leave is granted at the discretion of the supervisor or department head.

### 3.6.4.2.1.2          Leave Reasons and Length

Except in unusual circumstances, leaves of absence are granted for 7 to 120 calendar days for personal reasons; or for 7 to 270 calendar days (or one academic year) for educational reasons.

Usually, leaves of absence maybe granted for:

1. Education Pursuits: To continue full time undergraduate or graduate studies at an accredited college or university;

2. Public Service: To participate in a civic, community, or governmental program on a full-time basis;

3. Personal Emergencies: To take care of matters such as serious personal or family problems; or

4. Personal Convenience: To take an extended trip or to participate in cultural or athletic events.

A request for unpaid leave that qualifies under the Family and Medical Leave Policy (see paragraph 3.5.6.2) will be governed by the terms of that policy.

### 3.6.4.2.1.3          Return to Work Following Leave

Failure to return to work immediately after an unpaid leave will result in termination of employment.

An employee returning from an approved leave is returned to the same position if the leave is 30 calendar days or less.  If the leave is longer than 30 calendar days, the employee may be returned to a comparable paid position within the University.  If circumstances prevent the department from returning the employee, the employee will be notified.

### 3.6.4.2.1.4          Benefits While on Leave

Individuals who wish to continue benefit coverage while on leave without pay must continue their benefits under COBRA (see paragraph 3.5.6.1) and will be responsible for paying the entire (employee and the employer share) cost of health, dental and other insured benefits.

Individuals do not accrue paid leave during periods of unpaid leave lasting longer than one pay period nor are they eligible for increases during the leave period.

### 3.6.4.2.1.5          Responsibility

Managers are responsible for administration of leave without pay and filing the proper documentation with Human Resources prior to the employee's departure and upon the employee's return to work at the end of the leave period.  Decisions about granting unpaid leave may be based on the work needs of the department balanced against the needs of the employee.

Employees on leave without pay are responsible for returning from leave on the date agreed upon with the supervisor.  Failure to return from an unpaid leave on the agreed upon date may result in termination of employment.

### 3.6.4.2.1.6          Resource

Contact Human Resources with questions or if additional information about this policy is needed.

## 3.6.4.3          Faculty Leave without Pay

See Article 15, Section 9 of the Faculty Collective Bargaining Agreement (Volume IV-A, paragraph 4A.1.1.15.9).

### 3.6.5          Insurance Benefits

## 3.6.5.1          Health and Life Insurance Benefits

The University offers several employee benefit programs that are not detailed in this volume and that may be changed from time to time.  They include insurance benefits such as health care, disability benefits, and life insurance.  Please note that carrier and other third party benefits are subject to change pursuant to alterations in the terms of agreement entered into with those

carriers or other third party providers. For details about the University's insurance programs, refer to summary plan descriptions or contact Human Resources. The Human Resources staff can answer specific questions about the University's benefit programs.

### 3.6.5.2 Short and Long-Term Disability Benefits

#### 3.6.5.2.1 *Administrative and Staff Employee Short and Long-Term Disability Benefits*

The University provides short-and long-term disability benefits for eligible employees. The eligibility terms and conditions of disability benefits are contained in the summary plan descriptions available through Human Resources. Please note that carrier and other third party benefits are subject to change pursuant to alterations in the terms of agreement entered into with those carriers or other third party providers. The period of time an employee is absent and receiving benefits is considered short-and/or long-term disability leave.

Short-and long-term disability benefits are intended to provide continuation of income for periods of time an employee is medically disabled and unable to work.

##### 3.6.5.2.1.1 Application for Benefits

Employees must contact Human Resources to apply for short-and/or long-term disability benefits. There is a separate application process for short-term and long-term disability benefits.

##### 3.6.5.2.1.2 Eligibility for Coverage- Short and Long Term Disability

An employee must meet the grace period requirement of one full year of continuous employment in order to be eligible for short term or long term disability coverage.

##### 3.6.5.2.1.3 Notification to Department

An employee must notify the department when applying for short-and/or long-term disability benefits. Human Resources will inform the employee and the department when an application for benefits has been approved. In addition, Human Resources will inform the employee's department when the benefit has expired.

##### 3.6.5.2.1.4 Waiting Period-Short Term Disability

A fourteen day grace period is required to be met prior to receipt of benefits under the short-term disability program. An employee is eligible to use accrued paid leave hours during the waiting period for short-term disability benefits. If an employee does not have sufficient accrued leave, then the waiting period will be Leave without Pay or unpaid leave. An employee is also eligible to use accrued leave benefits upon the expiration of short-term disability benefits while waiting for a determination on an application for long-term disability benefits.

##### 3.6.5.2.1.5 Coordination with Family and Medical Leave

1. An eligible employee who is medically disabled and unable to work will be required to apply for the medical leave under the Family and Medical Leave Policy (see paragraph 3.5.6.2) and

apply for disability benefits.  Approval of a medical leave does not guarantee that disability benefits will be paid.

2. Leave covered by short-or long-term disability benefits that also qualifies as medical leave under the Family and Medical Leave Policy: The time is counted against the employee's 12-week leave entitlement for Family and Medical Leave.

### 3.6.5.2.1.6        Resignation of Employment during Short Term Disability

An employee who intends to resign during or after a short-term disability leave shall promptly inform an immediate supervisor or the Director of Human Resources of the employee's intent to not return.  This notice allows for proper staffing.  Employees who provide notice of intent not to return at the completion of a short term disability period will continue to be eligible to receive previously approved short term disability benefits for the approved short term disability period.

### 3.6.5.2.1.7        Termination of Employment

An employee who is covered by short-disability benefits may be terminated if the employee fails to return from leave at the end of the approved leave period.  All employees, who are approved for long-term disability, will be terminated from employment at the beginning of the long-term disability period.  Reasonable accommodations to enable the employee to return to work within a year will be considered when relevant.  Any termination decision must be in accordance with any applicable federal, state, and local law.

An employee who is in the evaluation period may be terminated at any time in accordance with the Evaluation Period Policy (see paragraph 3.2.1.4).

Termination of employment will result in the termination of short-term disability benefits.  Termination of employment, in itself, will not result in the termination of long-term disability benefits.

### 3.6.5.2.1.8        Responsibility

It is the responsibility of an employee to follow the application and notification procedures outlined in this policy.  It is the responsibility of a supervisor to inform Human Resources that an employee may be eligible for disability benefits in the event of the employee's disability.

### 3.6.5.2.1.9        Resource

Questions concerning short-and/or long-term disability benefits, as well as the application of this policy, should be directed to Human Resources.

### *3.6.5.2.2*                *Faculty Short and Long-Term Disability Benefits*

See Article 15, Section 8 of the Faculty Collective Bargaining Agreement (Volume IV-A, paragraph 4A.1.1.15.8).

### 3.6.6        *Legislated Benefits*

**3.6.6.1                  Continuation Coverage Rights**

The University complies with the Consolidated Omnibus Budget Act (COBRA) and the Heath Insurance Portability and Accountability Act (HIPAA). These laws insure that employees are given an opportunity to continue medical and dental insurance coverage under group plans when certain qualifying events occur. The employee (or eligible dependent) is responsible for the entire premium cost, plus a 2% administrative fee. The qualifying events are termination of employment for any reason except gross misconduct; loss of eligibility due to reduction in work hours; death of employee; divorce or legal separation; or dependent child ceasing to be dependent because of age or loss of full-time student status.

Employees should consult with Human Resources for further details regarding their rights and obligations.

**3.6.6.2                  Family and Medical Leave (rev 01/09)**

Saint Leo University provides family and medical leave to eligible employees according to the Family and Medical Leave Act of 1993 and its subsequent amendments. The University also recognizes the Family and Medical Leave laws of any local jurisdiction covering University employees. Applicable federal, state, or local law will be applied.

*3.6.6.2.1                           Administrative and Staff Employee Family and Medical Leave*

3.6.6.2.1.1        Definitions

For definitions related to this policy, please review the definitions portions of FMLA at http://www.dol.gov/esa/whd/regs/statutes/fmla.htm.

3.6.6.2.1.2        Eligibility

An employee is eligible for family and medical leave after completing one year of employment without a break in service except for holidays or other paid leave. The employee must have worked at least 1,250 hours during the 12 months preceding the request for family or medical leave.

3.6.6.2.1.3        Federal Family and Medical Leave Law

The federal Family and Medical Leave Act provides eligible employees entitlement to a total of 12 work weeks of family and medical leave combined during any 12-month period when leave is taken for one or more of the following reasons:

1. The birth of a son or daughter of an employee and to care for the child. (Entitlement expires 12 months after birth.)

2. The placement of a son or daughter with an employee for adoption or foster care. (Entitlement expires 12 months after placement.)

3. To care for the spouse, son, daughter, or parent of an employee, if the family member has a serious health condition.

4.  An employee is unable to perform the functions of the employee's position because of the employee's own serious health condition.

5.  Employees may use federal family and medical leave to care for a seriously ill family member or because of the employee's own serious health condition whenever medically necessary.

6.  Leave may be used on an intermittent or a reduced leave schedule if certified as medically necessary by the attending health care provider.  If the employee is performing light duty hours, those hours are not considered part of the employee's leave.

### 3.6.6.2.1.4       Military Caregiver Leave

Eligible employees who are family members of covered service members will be able to take up to 26 workweeks of leave in a single 12 month period to provide care for a covered service member with a serious illness or injury received in the line of duty on active duty.

### 3.6.6.2.1.5       Qualifying Exigency Leave

Eligible employees with family members in the National Guard and Reserves may take time under FMLA for any qualifying exigency arising out of the fact that the covered military member is on active duty or called to active duty status in support of contingency operation. Qualifying leave is as follows:

1.  short-notice deployment

2.  military events and related activities

3.  childcare and school activities

4.  financial and legal arrangements

5.  counseling

6.  rest and recuperations

7.  post-deployment activities

8.  additional activities not encompassed in the other categories but agreed on by the employee and Saint Leo University.

### 3.6.6.2.1.6       Substitution of Paid Leave

All family and medical leave (federal, state, or local) is unpaid, although an employee may also be eligible for paid vacation leave (see paragraph 3.6.2), paid sick leave (see paragraph 3.6.3.1),may apply for short- and/or long-term disability benefits (see paragraph 3.5.5.2), or may be eligible for workers' compensation benefits (see paragraph 3.5.6.5).  The University requires employees to take any accrued paid leave concurrently with any FMLA leave.

### 3.6.6.2.1.7       Calculation of the Leave Period

The leave period begins on the first work day of the employee's first qualifying leave within the past 12-month period, as applicable.

### 3.6.6.2.1.8          Continuation of Benefits

During an approved family/medical leave, the University will maintain the employee's health and other insurance benefits as if the employee continued to be actively employed. Employees on paid leave will continue to have the contributory portion of the premium deducted from the paycheck. If the employee is on unpaid leave, the employee is responsible for paying the employee contribution directly to Human Resources for the remainder of the leave period.

If the employee elects not to return to work at the end of a leave that is covered under the Federal Family and Medical Leave Act only, the employee will be required to reimburse the University for the cost of the premiums paid by the University for maintaining coverage during the leave; however, this payment will be waived if the employee cannot return to work because of a serious health condition or other circumstances beyond the individual's control.

An employee on family/medical leave is not eligible for COBRA coverage during the leave. If the employee does not return from the leave and terminates employment, the employee is eligible for COBRA coverage on the last day of FMLA leave or when the employee fails to return to work.

### 3.6.6.2.1.9          Notice of Leave

If the need for family/medical leave is foreseeable, the employee must give the University 30 day's prior written notice. Where the need for leave is not foreseeable, the employee must notify the supervisor within 72 hours. The employee must notify the University of unexpected leave must follow the University's typical call-in procedure.

### 3.6.6.2.1.10          Medical Certification/Military Family Certification

When an employee requests family/medical leave because of the employee's own serious health condition, or the serious health condition of a covered relative, the employee must provide appropriate medical certification (as requested by the University) in a timely manner. Failure to timely provide satisfactory medical certification will result in denial of leave until appropriate medical certification is provided. The University will notify the employee of an incomplete or insufficient medical certification in writing. The employee then has seven (7) days to remedy the deficiency.

When leave is foreseeable and the employee provides the University with at least 30 days' notice, medical certification should be submitted prior to the commencement of the leave. When this is not possible, the employee must provide medication certification within 15 days of the University's request. When the employee provides the University with less than 30 days' notice, medical certification must be submitted within 15 days of the University's request.

When an employee requests military family leave, the employee must provide certification to the Human Resources.

The University may request a new medical certification each leave year for medical conditions that last longer than one year and may request certification of an ongoing condition every six months in conjunction with an absence.

### 3.6.6.2.1.11        Additional Documentation

Second or third medical opinions and periodic recertification at the University's expense may also be required.

### 3.6.6.2.1.12        Returning from Leave

An employee returning from a medical leave due to the employee's own serious health condition must supply satisfactory medical certification from the health care provider addressing the employee's ability to perform the essential functions of his or her job or, where safety is a concern, the University may require "fitness for duty" certification before an employee may return to work when the employee has taken intermittent leave. The documentation must be provided to Human Resources prior to or on the first day returning to work before reporting to their work area.

An employee returning from an approved family/medical leave will be restored to the same position that the employee held when the leave started, or to an equivalent position, with equivalent benefits, pay and other terms and conditions of employment.

An employee who exceeds the 12-week FMLA entitlement may be subject to termination of employment.

The duration of leave, availability of benefits, opportunity for job restoration, and other rights and privileges associated with FMLA leave are limited by the requirements of applicable state and federal law. No express or implied contractual rights should be inferred from this policy. The University reserves the right to modify this or any other policy as necessary, in its sole discretion.

### 3.6.6.2.1.13        Outside Employment during FMLA

Outside employment during approved FMLA leave is strictly prohibited and is subject to disciplinary action up to and including termination of employment.

### 3.6.6.2.1.14        Responsibility

Managers are responsible for notifying Human Resources when a request for leave is made to determine if such leave is covered by this policy and if so, Human Resources will promptly inform the employee.

In addition, managers are responsible generally for complying with the terms and conditions of this policy and the applicable federal, state, and local laws.

Employees shall inform supervisors whenever their need for leave may be covered by the Family and Medical Leave Act or other local jurisdiction's laws.

### 3.6.6.2.1.15        Resource

Contact Human Resources with questions or if additional information about this policy is needed.

*3.6.6.2.2*                              ***Faculty Family and Medical Leave***

See Article 15, Section 8 of the Faculty Collective Bargaining Agreement (Volume IV-A, paragraph 4A.1.1.15.8).

**3.6.6.3**                              **Social Security and Medicare**

The University pays Social Security taxes on the employee's earnings. Each employee also pays a social security tax, which is withheld from the employee's paycheck. These taxes contribute to the employee's Social Security benefit at retirement or upon total disability.

**3.6.6.4**                              **Unemployment Compensation**

Employees are covered by Unemployment Insurance. This is a State insurance which provides monetary benefits for a defined period of time for those who are unemployed generally through no fault or choice of their own. Decisions regarding eligibility and amount of benefits are made by the State of Florida.

**3.6.6.5**                              **Workers' Compensation**

Employees of Saint Leo University may be eligible for coverage of medical expenses and loss of income resulting from work-related accidents.

The University strives to provide a safe work environment for all employees. In the event of a work-related accident or occupational disease, employees may be eligible for coverage of medical expenses and loss of income in accordance with the Worker's Compensation Act of the jurisdiction in which they work.

*3.6.6.5.1*                              ***Notification***

An employee shall immediately notify an immediate supervisor of a work-related accident. The supervisor shall immediately notify Human Resources.

The employee must visit an approved workers' compensation medical provider within three days of the accident to complete a report of the injury. If the employee is located at an off-campus site, the supervisor shall contact Human Resources or the Workers' Compensation Carrier at the number listed on the required posting on the employee bulletin board.

*3.6.6.5.2*                              ***Medical Treatment***

If the nature of the injury is serious or causes severe bleeding, the employee shall report or be transported to the closest medical facility emergency room or to the nearest hospital emergency room, for treatment.

If the injury is minor, the employee shall contact the workers' compensation provider for a referral to a medical facility. If the workers' compensation medical facility is closed, the employee shall report or be transported to the emergency room or the hospital.

The emergency room shall be informed that this is a worker's compensation claim.

### 3.6.6.5.3                         *Absence from Work*

An employee who is unable to work must keep an immediate supervisor informed of the employee's status.  An employee must be cleared through the workers' compensation assigned physician prior to returning to work if they have been absent for more than five consecutive days.

### 3.6.6.5.4                         *Continuation of Salary and Benefits*

An employee who is unable to work will receive two-thirds of average weekly pay up to a maximum benefit established by law.  The first seven (7) calendar days (in Texas, compensation must begin promptly) of an absence will not be paid by worker's compensation unless total lost time for a specific injury exceeds 21 days (14 days in South Carolina; seven days in Texas).  If an employee wishes to continue income during this initial period, the employee may use accrued leave.  If the employee is subsequently paid for these days by the worker's compensation insurance carrier, the employee will be restored the leave charged and will pay back the difference between the amount of the worker's compensation payment and the normal salary.

Paid leave and retirement credits will continue to accrue while an employee is absent from work until the employee returns to work or is terminated.  The employee is not eligible for holiday pay.

### 3.6.6.5.5                         *Coordination with Family and Medical Leave Policy*

An employee who is absent from work and is receiving worker's compensation benefits shall also be placed on medical leave under the Family and Medical Leave policy.  Leave that qualifies as worker's compensation benefits that also qualifies as medical leave under the Family and Medical Leave Policy (see paragraph 3.5.6.2) is counted against the employee's Family and Medical Leave entitlement.  Approval of medical leave does not guarantee that worker's compensation benefits will be paid.

### 3.6.6.5.6                         *Termination of Administrative and Staff Employment*

An employee covered by worker's compensation may be terminated if the employee has been absent from the job for a period of one year.

Reasonable accommodation to enable the employee to return to work within a year will be considered when relevant.  Change in employment status or termination of an employee receiving worker's compensation must be reviewed with the appropriate Office of Human Resources.  Any termination decision must be in accordance with applicable federal, state or local law.

### 3.6.6.5.7                         *Responsibility*

It is the responsibility of each employee to report any injury on the job or occupational disease to an immediate supervisor.  If the employee is unable to work, the employee must follow all the reporting provisions of the policy and keep the supervisor informed of the individual's status.  It is the responsibility of the supervisor to ensure that each injury or occupational disease is reported to Human Resources.

*3.6.6.5.8*                            ***Resource***

Questions concerning reporting of injuries or length of an employee's absence should be directed to Human Resources.  Questions concerning payment of a claim should be directed to Human Resources.  Questions concerning termination of employment or other change in an employee's status should be directed to Human Resources.  Issues surrounding unsafe working conditions should be directed to the Safety Officer in the Vice President of Business Affairs Office.

### 3.6.7          Additional University Benefits

**3.6.7.1**                    **Employee Assistance Program**

Saint Leo University is sincerely interested in the well being of all its employees.  As a result, Saint Leo University has established a program to assist employees who may have personal problems that would benefit from professional attention.  Personal problems that the Employee Assistance Program deals with include but are not limited to marital or family difficulties, financial concerns, alcohol or drug use, and emotional or medical conditions.

*3.6.7.1.1*                        ***Referral***

The Employee Assistance Program is designed to assist employees who may be experiencing personal problems.  Employee Assistance Program services include screening of employees, referrals to potential sources of treatment, or, in some cases, direct counseling.

Employees may be referred to the program by a supervisor or may directly contact an Employee Assistance Program counselor for an appointment.  Use of the Employee Assistance Program is voluntary.

A supervisor will refer an employee to the Employee Assistance Program when there is a decline in job performance or a specific on-the-job incident the supervisor believes may indicate a personal problem.  Depending on the nature of the suspected problem, the supervisor may:

1. Contact the Employee Assistance Program counselor and make an appointment for the employee; or
2. Suggest that the employee contact the Employee Assistance Program counselor.
3. Supervisors may also contact the Employee Assistance Program counselor for advice in handling employee referrals.
4. If the supervisor believes the employee may have a disability that may need reasonable accommodation, the supervisor shall contact Human Resources.

*3.6.7.1.2*                        ***Corrective Action***

The appropriate corrective action for a performance, time and attendance, or conduct problem will, except in unusual circumstances, be imposed whether or not the employee is referred to the Employee Assistance Program.  However, if the referral is related to a corrective action situation, the supervisor shall document that the employee was offered assistance through referral to the Employee Assistance Program.  Refusal to accept a referral or to participate in the Employee Assistance Program is not a basis for corrective or other adverse action.

If the employee accepts the referral, the Employee Assistance Program counselor will advise the supervisor whether the employee:

1.  Keeps the appointment,

2.  Will need time away from work (and provide the expected date of return).

Whether or not an employee accepts a referral to the Employee Assistance Program, if the individual's job performance, time and attendance or behavior does not improve, the supervisor shall consult with Human Resources.   Based on the performance, conduct or time and attendance, the supervisor may take further corrective action, if warranted.

### 3.6.7.1.3            *Time Off for Participation*

Employees who are referred to the Employee Assistance Program by a supervisor will be granted release time to attend one or more initial assessment appointments with an Employee Assistance Program counselor.

Employees who contact the Employee Assistance Program directly must arrange release time, leave, or administrative leave.  Employees may also schedule appointments outside of normal work hours.  Except for initial assessments, employees participating in the Employee Assistance Program must arrange time off from work according to Saint Leo University's leave policies.

### 3.6.7.1.4            *Costs*

There is no charge to the employee for the assessment and referral services provided by an Employee Assistance Program counselor.  If the employee is referred to other services by the Employee Assistance Program, the cost will be paid by the employee (unless covered by health insurance).

### 3.6.7.1.5            *Confidentiality*

Records kept by Employee Assistance Program counselors will not become part of an employee's permanent personnel file.

The Employee Assistance Program will obtain written approval from the employee before making a referral that identifies the individual and the nature of the health or personal issues. The Employee Assistance Program counselor may contact the appropriate University official if the counselor is aware that:

1.  The employee has committed an illegal act; and/or

2.  The employee's problem is serious and could jeopardize the health and safety of the employee, coworkers, students, or others, or could seriously jeopardize University operations.

### 3.6.7.1.6            *Responsibility*

Supervisors are responsible for identifying and referring employees with apparent health or personal issues that affect job performance.

*3.6.7.1.7*                          ***Resource***

For more information, contact Human Resources for assistance.

**3.6.7.2**                          **Moving Expenses**

The University, at its discretion, will pay for certain costs directly related to relocation when providing a moving allowance is necessary for an individual to accept employment with the University.

Moving expense reimbursements are subject to the terms consistent with the provisions outlined in this policy.  Payment of qualified moving expenses, as defined by the IRS, Publication 521, will be limited to no more than 10% of the employee's annual base pay.

If a moving expense allowance is not contained in the employment offer letter, a letter of justification and approval must be obtained from the responsible Vice President.

Expenses and allowances as provided in this policy shall not be allowed unless and until the employee agrees in writing to remain in the service of the institution for a period of twelve (12) months following the effective date of the move unless the employee is separated for reasons beyond the employee's control and such circumstances are acceptable to the University.

Non-taxable, qualified moving expense reimbursements will not be included as taxable wages, but will be included on the employee's W-2 in box 13.  The University is not required to report any qualified moving expenses paid directly to a third party (i.e. van lines).

Moving expenses can be paid by either of two methods:

1.  Direct payment to vendor (preferred method) and not to exceed the approved amount.

2.  Reimbursement directly to the new employee (receipts documenting moving expenses must be attached to the expense reimbursement form to qualify as a non-taxable reimbursement. Otherwise, the reimbursement amount is taxable to the employee and subject to immediate tax withholding and Form W-2 reporting).

*3.6.7.2.1*                          ***Eligible Moving Expenses***

Expenses associated with the transportation of household goods and personal effects from prior residence to a new residence are eligible as moving expenses, including costs of packing, shipping, and unloading.  Note that special, optional, "unpacking services" offered by some moving companies do not qualify as reimbursable expenses.  Storage of household goods for the first 30 days only is a qualified reimbursable expense.

*3.6.7.2.2*                          ***Eligible Travel Expenses***

Expenses of traveling from the former residence to the first new place of residence are reimbursable as moving expenses.  The actual costs of transportation and lodging for employee and immediate family members residing in the household incurred in route are eligible.  Mileage reimbursements will be made based on the IRS guidelines.

Helpful Hints for the New Employee in determining qualified moving expenses:

1.  Meals are always taxable and not qualified;

2.  House hunting expenses are always taxable and not qualified;

3. Storage of household goods beyond 30 days of move is not qualified;

4. Lodging beyond the first night at destination is not qualified;

5. Temporary living expenses are taxable and not qualified;

6. Tape, boxes, and packaging materials are qualified; and

7. Costs of shipping car and household pets are qualified.

Internal Revenue Service (IRS) guidelines for the actual moving trip for household members are specific to one (one-way) trip per household member, including the employee. The trip must also be taken in the most direct route to qualify for non-taxable, qualified reimbursement.

All moving payments and reimbursements shall be accomplished as soon as possible. All payments or reimbursement must be made within the fiscal year of the date employment begins for new employees.

The University shall assume no liability whatsoever for personal injuries, property damages or other losses which may be sustained in connection with any move undertaken pursuant to these regulations.

### 3.6.7.3 Retirement Benefits

The University offers several employee benefit programs, including a retirement benefit program, that are not detailed in this volume and that may be changed from time to time. For details about the retirement benefit program, contact Office of Human Resources. The Human Resources staff can answer specific questions about the University's benefit programs.

#### *3.6.7.3.1 Faculty Retirement Funds*

See Article 15, Section 5 of Faculty Collective Bargaining Agreement (Volume IV-A, paragraph 4A1.1.15.5).

### 3.6.7.4 Flexible Spending Account

The University offers several employee benefit programs, including a flexible spending account program, that are not detailed in this volume and that may be changed from time to time. For details about the flexible spending account program, contact Human Resources. The Human Resources staff can answer specific questions about the University's benefit programs.

### 3.6.7.5 Tuition Remission (rev 02/15/2010)

It is the policy of the University to provide tuition remission benefits to employees and their qualifying dependents where its use would not result in a decrease in revenue to the University. Accordingly, full-time or three-quarter time regular employees are eligible for 100% tuition remission at the undergraduate or graduate level if the employee or qualifying dependents enrollment does not exclude a paying student from taking any course. Tuition remission is not available where it would result in any out-of-pocket costs to the University. Room, board, other non-instructional fees and books, as listed in the University Catalog are excluded from tuition remission. Overseas programs are also excluded, as is, private instruction. Minimum requirements for admittance, satisfactory academic progress, student conduct and financial aid eligibility as determined by the University must be maintained.

Employees may receive Tuition Remission for a maximum of:

1. Six (6) credit hours (2-class equivalency) per standard 15 week term;

2. Three (3) credit hours (1 class equivalency) per standard 8-9 week term;

3. Three (3) credit hours (1 class equivalency) per Distance Learning term; and

An employee may choose to take more classes than the designated maximum for tuition remission.  The cost of tuition for the additional classes will be the responsibility of the employee.

Tuition remission forms must be completed, approved by supervisor, and submitted to the Office of Human Resources at least two weeks prior to the start of the term.

Eligibility for Full-Time Faculty and Staff Tuition Remission

1. Employee must work at least 30 hours per week and be classified as a full-time regular employee.

2. Employee has completed the 90-day evaluation period for their position.

3. Employee is required to apply for all external financial aid for which they may be eligible through the Office of Financial Aid.  The Director of Financial Aid shall be responsible for determining whether or not a formal application will be forwarded to an external agency.

4. An employee may request approval to attend class during the regular work schedule only if both of the following conditions are met:

   a. The supervisor approves the employee's request to attend class during the regular work week schedule;

   b. Only one three-credit hour course may be taken during the regular work week schedule; and

   c. An alternative work schedule must be submitted and approved by the supervisor.  The alternative work schedule must be attached to the tuition remission application.

The spouses and dependent children of full-time or three-quarter time regular employees are eligible for 100% tuition remission at the undergraduate and graduate level.  Tuition remission is available on a space available basis only.  Space available is defined as a course, which meets the minimum enrollment requirements prior to the employee's spouse or dependent being enrolled in the class.  Room, board, other non-instructional fees and books, as listed in the university catalog, will not be included in tuition remission.  Minimum requirements for admittance, satisfactory academic progress, student conduct and financial aid eligibility as determined by the University must be maintained.  Spouses and dependents may take up to a full-time equivalent class load, currently 12 to 17 credit hours per semester for traditional students or as defined in the University Catalog.

### *3.6.7.5.1*   *Eligibility for Spouse and Dependent Tuition Remission*

1. The eligible full-time employee must have completed one full year of continuous employment with the university prior to the beginning of the spouse or dependents enrollment in the first eligible term.

2. Eligibility requirements:

a.  Spouse shall be defined as follows (all must apply):

   i) A person of the opposite sex who is legally married to the employee (documentation may be required to establish eligibility); and

   ii) Living in the employee's household.

b.  Dependents for employees who are not active members of a Roman Catholic religious order shall be defined as follows (all must apply):

   i) Unmarried children of the employee or employee's spouse;

   ii) Must be under 24 years of age;

   iii) Children must be living in the same household as the employee while enrolled as a student, unless living in campus housing;

   iv) Children must meet the definition of a dependent as defined by IRS guidelines;

   v) Children must be claimed as a dependent on the employee's prior and current year tax form or employee must be legally responsible for the child's education (documentation may be required to establish eligibility); and

   vi) Must maintain academic and student conduct standards of the University.

c.  Dependents for employees who are active members of a Roman Catholic religious order shall be defined as follows (all must apply):

   i) Unmarried niece or nephew of employee, up to a cumulative maximum of two per employee over the employee's total service with the University;

   ii) Must be under 24 years of age;

   iii) Must meet the definition of a dependent of their parent/s as defined by IRS guidelines; and

   iv) Must maintain academic and student conduct standards of the University.

d.

### 3.6.7.5.2                         *Eligibility for Part-Time Regular Staff*

Part-Time regular employees who work a 20-hour a week regular schedule are eligible for 100% tuition remission at the undergraduate or graduate level. Tuition remission is available on a space available basis only. Space available is defined as a course, which meets the minimum enrollment requirements prior to the employee being enrolled in the class. Non instructional Fees as listed in the university catalog will not be included in tuition remission. Minimum requirements for admittance, satisfactory academic progress, student conduct and financial aid eligibility as determined by the University must be maintained.

Part-time regular employees may receive Tuition Remission for a maximum of:

1. Six (6) credit hours (2 class equivalency) per standard 15 week term;

2. Three (3) credit hours (1 class equivalency) per standard 8-9 week term;

3. Three (3) credit hours (1 class equivalency) per distance learning term; and

4. Courses offered through the Center for On-Line Learning are not eligible for tuition remission benefits.

Classes may not be taken during their regularly scheduled work hours. Part-time regular employees must have completed their 90-day evaluation period prior to being eligible for tuition remission.

### 3.6.7.5.3                    *Contract Adjunct Faculty Tuition Remission*

Contract Adjunct Faculty are eligible for 100% tuition remission at the undergraduate or graduate level. Tuition remission is available on a space available basis only. Space available is defined as a course, which meets the minimum enrollment requirements prior to the employee being enrolled in the class. Non instructional Fees as listed in the university catalog will not be included in tuition remission. Minimum requirements for admittance, satisfactory academic progress, student conduct and financial aid eligibility as determined by the University must be maintained. Contract Adjunct Faculty may receive a one for one exchange in tuition remission. For each course taught by the faculty member, they will receive eligibility for one three- (3) credit hour class through tuition remission. Tuition remission exchange classes must be used within one term of when the qualifying class was taught.

Contract Adjunct Faculty may receive Tuition Remission for a maximum of:

1. Six (6) credit hours (2 class equivalency) per standard 15 week term;
2. Three (3) credit hours (1 class equivalency) per standard 8-9 week term;
3. Three (3) credit hours (1 class equivalency) per distance learning term; and
4. Courses offered through the center for on-line learning are not eligible for tuition remission benefits.

### 3.6.7.5.4              *Contract Adjunct Faculty Spouse or Dependent(s) Eligibility*

The Contract Adjunct may allow the Contract Adjunct's spouse or dependent(s) to use the tuition remission exchange credit in the Contract Adjunct's place. The exchange will be at the one for one rate; one tuition remission exchange credit for each class taught in accordance with the maximums as defined above. Tuition exchange classes for spouse or dependent must be used in the term in which the classes are taught.

The eligible Contract Adjunct Faculty must have successfully completed two terms and a minimum of four (4)-teaching assignments with the University prior to being eligible for tuition remission. Spouse and dependents will be eligible for tuition remission following the completion of the contract adjunct's first full-year of employment (based on initial hire anniversary date or rehire date).

### 3.6.7.5.5                   *Eligibility for Adjunct Faculty Tuition Remission*

Adjunct faculty with 20 years of cumulative service with the University are eligible for 100% tuition remission at the undergraduate or graduate level. Tuition remission is available on a space available basis only. Space available is defined as a course, which meets the minimum enrollment requirements prior to the employee being enrolled in the class. Non instructional Fees as listed in the university catalog will not be included in tuition remission. Minimum requirements for admittance, satisfactory academic progress, student conduct and financial aid eligibility as determined by the University must be maintained.

Adjunct Faculty may receive a one for one exchange in Tuition Remission to a maximum of:

1. Six (6) credit hours (2 class equivalency) per standard 15 week term;

2. Three (3) credit hours (1 class equivalency) per standard 8-9 week term;

3. Three (3) credit hours (1 class equivalency) per distance learning term; and

4. Courses offered through the Center for On-Line Learning are not eligible for tuition remission benefits

Tuition remission exchange classes must be used in the term in which the adjunct faculty is currently teaching.

### 3.6.7.5.6                           *Adjunct Faculty Spouse or Dependent(s) Eligibility*

An eligible adjunct may allow adjunct's spouse or dependent(s) to use the tuition remission exchange credit in the adjunct's place. The exchange will be at the one for one rate; one tuition remission exchange credit for each class taught in accordance with the maximums as defined above. Tuition exchange classes must be used in the term in which the classes are taught.

### 3.6.7.5.7                           *Financial Obligation for Employee, Spouse and Dependents*

1. All financial obligations incurred by an employee or dependent, which are not covered by tuition remission, will be the responsibility of the employee. The University reserves the right to deduct any unpaid obligations from the employee's pay.

2. If an employee or dependent is suspended from the University for disciplinary reasons, tuition remission will be withdrawn for the term and the employee will be responsible for the amount of remission withdrawn.

3. Tuition remission for graduate courses is taxable and subject to IRS reporting. The employee is responsible for the taxable portion of a spouse and/or dependent's tuition remission benefit. Reporting and withholding will be against the employee's payroll and charged during the term in which the student is enrolled.

4. Tuition remission granted to certain individuals as outlined in Section 117(d) of the Internal Revenue Code requires the University to report the value of the tuition remission benefit on Form 1099 to the IRS. The recipient of the remission, whether employee or qualifying dependent, is responsible for any tax arising from the tuition remission benefit.

5. Financial Aid may be deducted from tuition remission granted by the University. Please contact the Financial Aid Office for details pertaining to this deduction.

#### 3.6.7.5.7.1          Employees

An employee will be able to retain 100% of any Federal Pell Grant or Federal Stafford Loan funds for which the employee is entitled. In compliance with Florida Resident Access Grant (FRAG) regulations, the amount of tuition remission will be reduced by the FRAG award, if an employee attends full time and meets FRAG eligibility requirements.

#### 3.6.7.5.7.2          Spouses and Dependents

1. Pell Grant: A percentage of the Pell Grant will reduce the tuition remission amount.

2. Florida Resident Access Grant: In compliance with Florida Resident Access Grant (FRAG) regulations, the amount of tuition remission will be reduced by the Florida Resident Access Grant award if the student attends full time and meets Florida Resident Access Grant eligibility requirements.

3. Bright Future:

   a. For University College students residing on campus: A percentage of the Bright Futures Scholarships award.

   b. For all students not residing on campus: A book and supply allowance will be subtracted from the Bright Futures Scholarship award.

   c. The remaining amount will be applied toward tuition costs.

### 3.6.7.5.8 *Adoption Reimbursement Policy*

Saint Leo University offers eligible employees adoption assistance that reimburses up to $5,000 per adoption for "qualified adoption expenses." Any expenses incurred on or after the employee's first day of Saint Leo University employment, but not before July 1, 2010, are eligible for reimbursement consideration.

### 3.6.7.5.8.1 *Eligibility*

All full time employees regularly scheduled to work at least 30 hours per week and are qualified to apply for reimbursement under the Adoption Assistance Program.

### 3.6.7.5.8.2 *Eligible Child*

The adopted child must be under the age of 18 at the time a "qualified adoption expense" is paid or incurred and may not be the child of the employee's spouse or live-in partner.

### 3.6.7.5.8.3 *Benefit Amount*

Documented "qualified adoption expenses" for an eligible child will be reimbursed to a maximum of $5,000 per adoption and up to two adoptions per family. In the case of the simultaneous adoption of two eligible children, the maximum reimbursement will be $5,000 for all combined "qualified adoption expenses" and counts as one adoption.

If the employee and his/her spouse receive adoption assistance from any source other than the Saint Leo University Adoption Assistance Program for "qualified adoption expenses," those same expenses will not be eligible for reimbursement under the Saint Leo University Adoption Assistance Program.

### 3.6.7.5.8.4 *Qualified Adoption Expenses*

"Qualified adoption expenses" are reasonable and necessary adoption fees, court costs, attorneys' fees, and other expenses directly related to, and whose principal purpose is for, the legal adoption of an eligible child, such as:

- Reasonable and customary public and private adoption agency fees permitted or required under the law of the state having jurisdiction over the adoption.

- Reasonable and customary legal and court fees.

- Reasonable and customary fees for medical and hospital services provided to the child (not otherwise covered by insurance).

- Travelling expenses associated with the adoption, including transportation, meals, and lodging.

- Immigration, child's immunization, and translation fees.

- Temporary foster care charges provided before placement of the eligible child in the employee's home.

### 3.6.7.5.8.5          *Non Qualified Expenses*

Saint Leo University will not reimburse nonqualified adoption expenses, which include expenses:

- That violate state or federal law.

- For carrying out any surrogate parenting arrangement.

- For the adoption of your spouse's child.

- Paid using funds received from any federal, state, or local program.

- Allowed as a credit or deduction under any other federal income tax rule.

### 3.6.7.5.8.6          *Tax Treatment of Reimbursement*

For more information concerning the tax implications of adoption expense reimbursement, see the IRS Web site at: http://www.irs.gov.

### 3.6.7.5.8.7          *Reimbursement Procedures*

Eligible employees may apply for reimbursement of "qualified adoption expenses" upon placement of the eligible child in the employee's home by contacting the Human Resources Office and completing the Adoption Expense Reimbursement Form.   Applications for reimbursement must be made within six (6) months following the finalization of the adoption.

In the case of an unsuccessful adoption, qualified adoption expenses may be reimbursed with authorizing documentation. The reimbursement will be considered part of the maximum amount allowed per employee.

### 3.6.7.5.9          *Policy Review*

This policy may be reviewed periodically to determine its effectiveness.  The University reserves the right to revise tuition remission policies, including eligibility standards, or to discontinue tuition remission benefits altogether.  In the event of policy revisions, the revisions will be

effective at the start of the next academic term. In the event of tuition remission discontinuance, discontinuance will be effective at the end of the academic year. The University will publish notice of tuition remission discontinuance as soon as practically possible.

## 3.7    Employee Performance Evaluations Policies

### 3.7.1    Administrative and Staff Employee Performance Evaluation Policies

The University has established guidelines for the completion of performance evaluations for all administrative and staff employees of the University. The evaluation period allows an employee and the supervisor to assess the individual's performance. The employee and supervisor are encouraged to communicate frequently during the evaluation period.

#### 3.7.1.1    Annual Performance Review

The University has a program to evaluate employee job performance annually. The focus of the review is whether the employee met, exceeded, or did not meet the principal objectives or standards for the position. The performance review allows the manager and the employee to examine the employee's job performance during the year.

#### 3.7.1.2    Review Timeframes

Departments will conduct annual employee performance evaluations throughout the year. The specific time frame will be determined by the Vice President of each division in coordination with each director. A 30-day time frame for completion of performance evaluations will be designated on a department basis.

#### 3.7.1.3    Filing of Evaluations

Annual and intermittent employee evaluations will be filed with Human Resources and placed in the employee's personnel file upon completion of the evaluation process.

#### 3.7.1.4    Responsibility

Human Resources is responsible for the administration of the Performance Evaluation process.

Each department manager will be responsible for conducting the annual performance evaluation on the approved Performance Evaluation Form in accordance with the approved schedule. Completed Evaluation Forms will be submitted to Human Resources for inclusion in the employee's personnel file.

#### 3.7.1.5    Resource

Contact Human Resources with any questions or if more information about this policy is needed.

### 3.7.2    Faculty Performance Evaluation Policies

See Article 11 of the Faculty Collective Bargaining Agreement (Volume IV-A, Subsection 4A1.1.11) and Section 4.5 of Volume IV.

## 3.8 Promotion, Lateral Transfer, and Demotion Policies

### 3.8.1 Promotion, Lateral Transfer, and Demotion of Administrative and Staff Employees

The University has established definitions concerning employee promotions, lateral transfers, and demotions.

1. Promotion: A promotion is any movement of an employee from one position to another position that is assigned a higher position classification or a higher rate of pay.

2. Demotion: A demotion is any movement of an employee from one position to another position that is assigned a lower classification or lower rate of pay.

   In the case of promotion or demotion, the amount of salary change will be determined by the department's budgeted salary line for the position in conjunction with the employee's expected performance in the new position and the employee's positions in the salary range. However, if the employee's salary exceeds the maximum of the range for the new position, the Vice President and the Director of Human Resources must approve the salary for the new position.

3. Lateral Transfer: A lateral transfer is any movement between jobs other than a promotion or demotion. The receiving department will determine any salary change based on guidance from Human Resources.

#### 3.8.1.1 Eligibility for Promotion or Lateral Transfer

An employee will be eligible to make application for promotion or lateral transfer if the following conditions are met:

1. The employee has been employed in the current position for at least six months of continuous service;

2. The employee meets all the minimum requirements of the promotion or lateral transfer position; and

3. The employee has not been under any type of corrective action plan for at least six months.

### 3.8.2 Promotion of Faculty

See Article 11 of the Faculty Collective Bargaining Agreement (Volume IV-A, Subsection 4A1.1.11) and Section 4.6 of Volume IV.

## 3.9 Employee Rights and Responsibilities

### 3.9.1 Administrative and Staff Employee Rights and Responsibilities

#### 3.9.1.1 Attendance and Punctuality

To accomplish its business objectives, the University depends on employees to report to work regularly and on time. Accordingly, Saint Leo University requires employees to be punctual and maintain satisfactory attendance. Employees must notify their immediate supervisor in advance,

and obtain approval for anticipated absences.  Frequent or unscheduled absences and repeated lateness may result in disciplinary action including up to termination.

Alternative workweek schedules may be assigned by the supervisor based on business requirements.

### 3.9.1.1.1                     Absence Notification

Employees are required to notify immediate supervisors of absences:

#### 3.9.1.1.1.1          Scheduled Absences

An employee must notify in writing the immediate supervisor to request approval in advance when an absence is expected for a full day or part of a day.

#### 3.9.1.1.1.2          Unscheduled Absences

When advance notice is not possible (because of sudden illness or emergency), the employee must call the immediate supervisor within the first two hours on the first day of absence.  The employee should provide the reason for the absence, the expected return date, and respond to any reasonable questions asked by the supervisor.  Departmental call-in procedures shall be followed. If the employee is physically unable to contact the supervisor, because of illness or other unforeseen circumstances, the employee must have someone else call the supervisor and provide the information outlined above.

#### 3.9.1.1.1.3          Subsequent Notification

An employee who is absent (without prior approval) for more than one day must contact the immediate supervisor daily to report the status of the absence.  The supervisor may waive this requirement or designate another contact person for absence reporting.

### 3.9.1.1.2                     Absence without Notification

Employees who do not notify their supervisors of unscheduled absences may be disciplined up to and including termination.  More than three consecutive workdays' absence without notice is considered job abandonment.  The department may terminate the employee at the close of business on the third day.  Job abandonment is a voluntary termination.

### 3.9.1.1.3                     Lateness Notification

Employees must follow department call-in procedures to notify the department of the reason for lateness and expected arrival time.  Repeated violations of this policy may subject the employee to discipline up to and including termination.  Employees who are late may be disciplined.

#### 3.9.1.1.3.1          Recording Absences for Non-exempt Employees

All absences must be recorded daily on the University Employee Time and Attendance Sheet:

1.  Scheduled paid leave will be used for all approved and planned paid leave (vacations, scheduled medical procedures, health maintenance, etc.).

2. Unscheduled paid leave will be used when prior notification of an approved paid leave is not possible. Scheduled leave may be used after the unscheduled event, if it is related.

3. Leave without Pay will be used when an employee has no paid leave available to cover an absence or when an employee's request for unscheduled paid leave is not approved.

### 3.9.1.1.4                    Recording Lateness for Non-exempt Employees

Departments may allow non-exempt employees to make up time, permit the employee to use available paid leave, or deduct pay for time missed due to lateness. The Employee Time and Attendance Sheet will be completed as follows:

1. Employees who are allowed to make the time up will record actual hours worked.

2. Employees who are allowed to use available paid leave will charge the time as unscheduled leave for the time that the employee is late or unavailable for work. Deduction for time lost should be indicated on the Time and Attendance Sheet. When pay is deducted for lateness the employee will not be permitted to make up the time over the lunch period or at the end of the workday.

### 3.9.1.1.5              Recording Absences and Lateness for Exempt Employees

Leave for exempt employees shall be reported in all instances of absence. Exempt employees should follow the above procedures regarding notification and approval of absence or lateness.

### 3.9.1.1.6                              Responsibility

All University departments follow the guidelines outlined above. Departments may establish specific procedures concerning absences and lateness to meet operational needs, however the specific procedure must be equal to or greater than the University procedure and documented in writing to the employee and Human Resources.

### 3.9.1.1.7                                Resource

Contact Human Resources with questions or if more information about this policy is needed.

### 3.9.1.2                    Meal Period, Rest Breaks, and Break Time for Nursing Mothers

Non-exempt employees who work a full day are allowed an unpaid meal period and two breaks. A full day is considered eight or more hours, exclusive of the unpaid meal period.

Non-exempt employees scheduled to work less than a full day are entitled to one 15-minute rest period for every four hours worked.

The standard University meal period is one (1) hour. Break periods are 15 minutes each.

### 3.9.1.2.1                      Use of Meal Periods and Rest Breaks

Non-exempt employees may not skip meal or rest periods in order to shorten the workday, or to earn extra paid leave. Rest periods may not be saved for later use, accumulated, or used to compute additional pay.

Except in unusual circumstance, breaks should be taken, but they may be omitted occasionally if required by the workload.  Extra compensation is not provided if breaks are missed.

### 3.9.1.2.2                              *Use of Break Time for Nursing Mothers*

Women who are nursing an infant less than one year of age may take reasonable unpaid breaks to express milk for their infants. Individuals utilizing these break periods will still be expected to complete all work as usual.

Women planning to take advantage of these break periods must provide advance notification to Human Resources of their intent to do so. Nursing mothers are eligible to take break periods to express milk until the infant is one year of age.

### 3.9.1.2.3                              *Scheduling*

Break practices may be set by individual departments, within the framework of this policy, and must be communicated to affected employees.

Department heads shall schedule meal and rest periods to avoid disrupting normal operations. Department heads may extend the meal period by reducing or eliminating rest periods.

### 3.9.1.2.4                              *Responsibility*

Departments must administer the University's policy on meal and rest breaks and follow the procedures outlined above.  Departments may adjust meal and rest breaks to meet operational needs.

### 3.9.1.2.5                              *Resource*

Contact Human Resources with questions about this policy or if more information is needed.

### 3.9.1.3                              **Outside Employment**

Staff and administrative employees may hold outside jobs as long as they meet the performance standards of their job with the University.  All staff and administrative employees will be judged by the same performance standards and will be subject to the University's scheduling demands, regardless of any existing outside work requirements.

If the University determines that an employee's outside work interferes with performance or the ability to meet the requirements of the University as they are modified from time to time, the employee may be asked to terminate the outside employment if the employee wishes to remain with the University.

Outside employment that constitutes a conflict of interest is prohibited.  The receipt of income derived from work partially or completely developed/performed within the University, utilizing substantial resources such as secretarial services and/or equipment belonging to the University, and/or developed/performed by the employee during time reimbursed for by the University is governed by the University's Ownership of Copyrightable Intellectual Property Policy (see Volume II, Subsection 2.7.2).

**3.9.1.4**                        **Work Week, Work Day, and Work Shift Changes**

Each department of the University establishes the normal workdays and work shifts for positions within the department.

The official work weeks shall be defined as Sunday at 12:00 a.m. (midnight) to Saturday at 11:59 p.m.

The traditional work day shall be 8:00 a.m. – 5:00 p.m., Monday through Friday, with one hour for a meal break.

Staff employees shall be advised of their normal work days and work shifts before they are hired; however, department heads may change the established workday or shift according to the business needs of the business unit.

An employee's workday and work shift are determined based on the needs of the University. Once an employee's schedule is established, the employee's work shift should remain constant where this meets the needs of the department. During an individual's employment, the scheduling needs of the department and/or the employee may change. When such changes occur, the University has the right to establish a new schedule for an employee; also, an employee may request a schedule change.

**3.9.1.4.1**                        *Emergencies, Staffing Shortages, or Temporary Scheduling*

During emergencies, staffing shortages, or other temporary situations, a supervisor may require an employee to work different workdays or a different shift without advance notice. Although no formal notice is required for such short-term changes, supervisors shall give employees as much notice as possible.

If an employee cannot comply with a short-term change in schedule, the employee should discuss the situation with the supervisors. If the employee has a valid reason for not complying, the supervisors should consider other means to meet the temporary requirement. Unresolved problems will be referred to the department head.

**3.9.1.4.2**                        *Changes in Normal Schedule*

Managers may change an employee's normal work day and work shift to meet the needs of the department. The employee will be given at least two weeks written notice of any changes. The change in schedule shall be documented and a copy forwarded to Human Resources for inclusion in the employee's personnel file. Supervisors are encouraged to be sensitive to an employee's personal situation (childcare arrangements, transportation, family life, etc.) when making changes to established schedules.

If an employee requests a change to the employee's normal schedule, the supervisors shall consider the individual's request based on the operational needs of the department.

**3.9.1.4.3**                        *Responsibility*

Departments must administer the University's policy on work day and work shift and follow the procedures outlined above. The appropriate University administrative units and Human Resources must approve changes to these procedures.

#### 3.9.1.4.4                    *Resource*

Contact the Office of Office of Human Resources with questions about this policy or if more information is needed.

### 3.9.2          **Faculty Rights and Responsibilities**

See Articles 5 and 14 of the Faculty Collective Bargaining Agreement (Volume IV-A, Subsections 4A1.1.5 and 4A.1.1.14) and Section 4.8 of Volume IV.

## 3.10          **Wage and Payroll Policies**

### 3.10.1          **Employment Categories**

The University uses the following employment categories for vacation and sick accrual:

#### 3.10.1.1          **Senior Executive**

An individual who is hired into a position of: Vice President, Associate Vice President, Assistant Vice President.

#### 3.10.1.2          **Senior Professional**

An individual who is hired into a professional position, exclusive of those at the executive level, and the position directs a function of substantial magnitude and impact on the institution as a whole or on a significant unit thereof (such as a center).

#### 3.10.1.3          **Professional**

An individual, who is hired into a position that deals directly with the intellectual substance of the curricular and research functions of the University, advises on academic matters or is responsible for other aspects of student life that support students' academic success or supplement their curricular activities.

#### 3.10.1.4          **Staff Employee**

An individual who is hired into a University position that is responsible for administrative support and is expected to be ongoing.

#### 3.10.1.5          **Temporary Employee**

An individual hired as a temporary replacement for a regular employee, for a special project or to meet additional workloads. Temporary employees are employed for three months or less, unless an exception is requested and authorized by the Director of Human Resources. Temporary employees should be hired through a Temporary Employment Agency.

### 3.10.1.6          Term Employee

An individual hired into a University position that is expected to be for a fixed period greater than three months, but less than six months.  Term status does not guarantee employment for the period in question.

### 3.10.1.7          10 Month Employee

An individual hired into a University position, generally for the academic year.  10-Month status does not guarantee employment for the entire period in question.

### 3.10.1.8          Part-time Employee

A part-time employee may work a maximum of 20 hours a week and is not eligible to perform other work for the University outside of the part-time employment responsibilities.

### 3.10.1.9          Hours of Work

Within employment categories, employees are identified by hours of work (hours of work do not include unpaid meal time):

#### *3.10.1.9.1          Full-Time*

An individual with a regularly scheduled 40-hour work week (or alternate full-time equivalent schedule as designated by the University).

#### *3.10.1.9.2          Three-Quarter Time*

An individual with a regularly scheduled 30-hour workweek.

#### *3.10.1.9.3          Part-time*

An individual regularly scheduled to work less than 20 hours per week.

### 3.10.1.10          Work Year

The standard work year for functions performed by regular, term, senior level executive and a senior level professional employee is twelve months.  Where needed for proper functioning, departments may establish a work year of ten to twelve months (or the academic year).

### 3.10.1.11          Academic Year

The standard academic year is August 16th through August 15th of the following year.

Paid leave benefits will be under a separate schedule for individuals who work less than twelve months per year.

### 3.10.1.12          Change in Status

The following guidelines govern changes in employee status:

1. Individuals, who switch between staff, term, professional, senior professional or senior executive will have no break in service for the purpose of University employment benefits.

2. Individuals who move to a new employment category will continue to receive the University benefits, if eligible, unless the new category is one in which benefits are not offered to regular employees.

3. Individuals, who switch from full-time employment to part-time employment, will not be eligible for University provided benefit coverage. COBRA coverage will be available for continuation of benefits, when applicable.

4. An Evaluation Period will be required for all newly hired employees or changes in employment position or status for current employees.  Refer to Evaluation Employment Period in paragraph 3.2.1.4 for a complete definition of the evaluation period guidelines.

### 3.10.1.13          Office of Responsibility

Human Resources is responsible for administering the University's employment categories policy.

### 3.10.1.14          Resource

For more information concerning employment categories, contact Human Resources.  For additional specific information, refer to the University's policies on temporary and special employment.

### *3.10.2          Employee Compensation*

Saint Leo University's compensation policy is grounded in the University's mission, values, vision and business and market realities.  The principles for the University to compensate its employees include:

1. Everyone who works for or at the University as a full-time permanent employee should earn a base wage and receive benefits adequate to provide a decent life for themselves and their families.

2. The University seeks to establish salaries, and pay rates and benefits that contribute to excellence and employee retention.

3. The University seeks to reward performance commensurate to the individual's contributions to the University's success.  Consequently with the exception of the collectively bargained agreement with faculty, annual increases are awarded differentially based on merit.

4. The University's Catholic mission and values motivate the University to provide higher percentage increase pools for those earning lower incomes (defined as under $40,000 in annual base earnings 2009).

5.   The University grants additional merit bonuses when resources allow to the top 10% to 20% of non-faculty performers including contract workers.

6.   The University seeks to establish salaries, pay rates and benefits levels competitive in national and local markets and that attract superior candidates.

Vice presidents and the president's direct reports will make recommendations for salary and wage increases to the President in December based on the budgeted salary pool for January implementation.  Bonus recommendations are made by the vice presidents to the President in August for September implementation.

The president makes recommendations of salary increases and bonuses for vice presidents, deans and other highly compensated officers to the Board of Trustees' Compensation Committee.  The president consults national comparative salary data when making recommendations.

This policy applies to all University employees, provided that the compensation of executive employees shall also be governed by the Saint Leo University Executive Compensation Policy. In the event of any variance between this policy and the Executive Compensation Policy, the latter shall control.

### 3.10.3      Deductions

Payroll processes all mandatory deductions from an employee's paycheck in compliance with government regulations, and processes voluntary deductions in accordance with employee election.  As required by law, the University will deduct all legal wage assignments, attachments, and levies.

**3.10.3.1                        Collective Bargaining Unit Faculty Payroll Deduction for NEA
Benefits**

See Articles 15 of the Faculty Collective Bargaining Agreement (Volume IV-A, paragraph 4A1.1.15.1)

### 3.10.4      Direct Deposit of Paycheck

Employees are encouraged to have their paychecks transmitted to their bank account(s) via direct deposit.  Contact Human Resource for more information.

### 3.10.5      Overtime

Saint Leo University conforms with the Fair Labor Standards Act (FLSA) of 1938 (as amended) and state and local overtime laws in calculating and paying overtime to employees.

Non-exempt employees are entitled to overtime pay. Overtime is paid for all hours worked over 40 hours in one workweek. Overtime pay equals one and one half times the employee's regular rate of pay. For an individual employed in more than one job, the overtime rate is based on the weighted average rate of pay for all positions.

For overtime calculation purposes the work week is defined as Sunday at 12:00 a.m. (midnight) through Saturday at 11:59 p.m.

Exempt employees are not entitled to overtime pay.

### 3.10.5.1          Compensatory Time Off

The Fair Labor Standards Act (FLSA) does not allow for compensatory time off for employees who work for private institutions.

### 3.10.5.2          Philosophy

The University is required to pay overtime in compliance with the Federal Fair Labor Standards Act of 1938 (as amended), similar state, and local laws. The University's overtime policy reflects the provisions of these laws.

### 3.10.5.3          Approval for Overtime

Since overtime is a variance from a non-exempt employee's normal work schedule, the employees' supervisor must approve all overtime by non- exempt employees before the hours are worked. An employee who works overtime without supervisory approval is in violation of this policy.

A supervisor may require an employee to work overtime. When possible, the supervisor shall provide advance notice to the employee concerning the date and amount of overtime required. However, an employee may be required to work overtime without prior notice. In either case, employees are expected to work overtime as directed.

An employee may request overtime to complete an assignment; however, the employee must obtain the supervisor's approval in advance.

### 3.10.5.4          Flexible Scheduling in Lieu of Overtime during the Same Pay Week

A non-exempt employee who works in excess of the employee's normal daily schedule may be permitted to take up to the equivalent amount of time off during the same workweek as flexible scheduling.

Flexible scheduling may only be given when the supervisor and the employee have agreed, before the extra hours are worked, that flexible scheduling off will be provided instead of overtime pay.

Flexible scheduling will not exceed the actual extra time worked and must be recorded as such on the appropriate Time Recordkeeping Form submitted to payroll.

#### 3.10.5.5            Computing Overtime

For the purpose of computing whether more than 40 hours were worked only actually worked hours will be counted. Excluded are any paid leave, unpaid leave, scheduled or unscheduled leaves. The only exception is time away from work for approved training as outlined in subparagraph 3.3.15.3.1.

When calculating overtime, the University includes all hours worked by an employee, even when the hours are worked in more than one job and/or department of the University. The overtime rate for an individual employed in more than one job at the University is based on the weighted average rate of pay for all positions.

#### 3.10.5.6            Compliance

Any employee violating this policy is subject to corrective action up to and including termination of employment.

#### 3.10.5.7            Responsibility

Each supervisor is responsible for assuring compliance with this policy. Supervisors are responsible for scheduling and recording overtime correctly. Each employee is responsible for working overtime hours when required and securing supervisory approval, in advance, for overtime work.

#### 3.10.5.8            Resource

Contact Human Resources with questions about this policy or if more information is needed.

### 3.10.6        Special Recognition Awards and Other Salary Increases

The University seeks to recognize through special compensation employees whose work or working conditions are exceptional. Accordingly, additional pay may be granted to employees in certain cases where job performance greatly exceeds normal levels. The University also recognizes the importance of adjusting pay to resolve inequities. Thus, other salary adjustments may also be made to resolve salary inequities, meet market conditions, or for other reasons.

#### 3.10.6.1            Special Recognition Awards

When employees distinguish themselves, their departments, or the University, by exceptional job performance, special bonus pay may be awarded. In such cases, a lump-sum award may be made in an appropriate amount recommended by the department head and approved by the appropriate Vice President and President.

The special recognition award does not affect the employee's base salary.

#### 3.10.6.2            Special Situations for Exempt Employees

In certain circumstances, additional pay may be awarded to an exempt employee whose workload has significantly deviated from the job's normal expectations. Examples of special situations include:

1. Long-term special projects;

2. Significant accomplishments;

3. Assigned work in another department; and

4. Performing a specific job or function that is significantly different from the position for which the employee was originally hired.

Supervisors who wish to recognize these special situations shall consult with Human Resources for direction and guidance before arranging for additional pay.

### 3.10.6.3                    Other Salary Increases

Occasionally, a department may adjust specific salaries to resolve inequities or meet job market conditions.  These adjustments do not include normal merit increases, promotions, transfers, general wage adjustments, or job reevaluations.  This mechanism can be used to reward employees who have salaries that are at or near the maximum of their pay range.

Department heads may make such salary adjustments if funds are available (other than funds budgeted for merit increases).  Such salary adjustments must be coordinated with Human Resources and approved by the appropriate Vice President and the President.

### 3.10.6.4                    Responsibility

Human Resources administers the University's Special Recognition Awards and Other Salary Increases Policy.  Human Resources and other University departments follow the procedures outlined above.

### 3.10.6.5                    Resource

Contact Human Resources with questions or if more information about this policy is needed.

### 3.10.7          Wage Assignments (Garnishments)

The University hopes that employees will manage their financial affairs so that the University will not be obligated to execute any court-ordered wage assignment or garnishment against an employee's wages.  However, whenever court-ordered deductions are to be taken from an employee's paycheck, the employee will be notified.  According to the Federal Wage Garnishment Act, three (3) or more garnishments may be cause for dismissal.

## 3.11          Separation from Employment and Disciplinary Measures Policies

### 3.11.1          Administrative and Staff Employee Separation from Employment and Disciplinary Measures Policies

#### 3.11.1.1                    Layoffs

If layoffs are required, Saint Leo University will follow the layoff procedures outlined in this policy.  The procedures are designed to administer layoffs in an equitable manner and in conformance with applicable laws and regulations.

Reasons for layoffs may include, but are not limited to, shortage of funds, shortage of work, reallocation of resources, the elimination of one or more positions, or other material changes in duties within a position or within the organizational structure of a department, program, or other administrative unit.

If regular employee positions are eliminated in a department or unit as a result of outsourcing and a regular employee whose position is eliminated is offered a comparable position with the University, then that employee shall not be deemed to have been laid off and the provisions of this layoff policy shall not be applicable. If the employee is offered a comparable position at the University but does not accept it, then the employee will be considered to have voluntarily separated from University service. If the employee is not offered a comparable position by the University, then the employee will be considered to have been laid off and the provisions of this layoff policy shall be applicable. As used in this paragraph, the term "comparable position" means a position that:

1. Offers a salary that is not less than ninety percent of the employee's final salary as a University employee.

2. Offers weekly or monthly hours of employment that are equivalent to the employee's final hours as a University employee (in other words, represent a full-time position if the employee held a full-time position).

3. Qualifies the employee for employee benefits if:

    a. The employee qualified for health and welfare benefits at the University; and

    b. The University offers a health and welfare benefit plan.

4. Entails the performance of job duties that are similar to or at the same classification level as the duties the employee performed in the employee's current position at the University.

Departments are responsible for management decisions about what work needs to be done and how best to carry out that work. Each department must administer the policy on layoffs in accordance with the procedures outlined below.

### 3.11.1.1.1  *Definitions*

As used in this policy, the following definitions apply:

Layoff Unit: A department or other programmatic unit in which one or more layoffs occur. A layoff unit may be a department or a programmatic unit that is larger or smaller than a department. Where the layoff unit is different from a department, the layoff unit must represent a discrete, coherent, programmatically justifiable grouping of people.

Department Head: The person designated by the Vice President of an area to be immediately responsible for the administration of a layoff unit.

Vice President: The President, Vice President or Dean in whose area one or more layoffs occur.

Human Resources: Human Resources for layoffs occurring at the Saint Leo University Campus or Regional Centers or Offices.

Outsourcing: The process, embodied in a formal, written contract executed by the Vice President of Business Affairs or designee, by which the function or functions performed by a department or other unit are assigned on a permanent basis to a company or organization external to the

University, with the resulting elimination of one or more regular employee positions at the University.

### 3.11.1.1.2 *Layoff Plan*

The President shall make the determination that layoffs are necessary at the University. The President will then notify the Vice Presidents of this decision and assign them the responsibility of presenting a plan that meets the outlined goals. The department head will work with the Vice President to be responsible for:

1. The decision that one or more employees should be laid off;

2. Designating the layoff unit or units in which layoffs will occur; and

3. Applying the criteria set forth below for the selection of the individuals to be laid off.

If new positions must be defined or old positions reclassified to carry out the work after layoffs are affected, the department head must provide the rationale for the reorganization in writing and submit such to Human Resources for review before the individual employees are selected for layoff.

Any layoff of employees at any one time within a single Vice Presidential area requires the concurrence of the Vice President and must be discussed with and approved in concept in advance by the President.

### 3.11.1.1.3 *Order of Layoff*

The selection of employees for layoff within a designated layoff unit and within a particular job classification and grade level will be made in the following sequence and in accordance with the following criteria:

1. Temporary employees will be eliminated first. Other sections of this policy do not apply to this employee group.

2. Newly hired regular employees who have not completed their evaluation periods will be laid off before employees who have completed their evaluation periods.

3. Regular employees who have completed their evaluation periods will be selected for layoff in accordance with the following criteria:

   a. Qualifications (knowledge, skills, and abilities needed to staff the positions remaining);

   b. Level of performance, as determined on the basis of documented performance evaluations and complete personnel files;

   c. Presence or absence of documentation of poor job performance or unsatisfactory conduct; and

   d. If all other factors are equal, seniority will govern (least senior employees will be selected for layoff first, with seniority measured by years of continuous University service).

   The department must provide a written justification of the application of these criteria, including documentation for each individual layoff decision when selecting among employees who are in the same classification and grade level.

4. In determining the order of layoff, there will be no presumption that an employee is entitled to be retained if the employee is not qualified for or does not possess the ability to perform the duties of the position in which the employee would be retained.

5. Layoff of senior-level executives and managers may occur based on operational needs and without regard to job classification or level.

### 3.11.1.1.4                   *Internal Review of the Layoff Plan Prior to Implementation*

The layoff plan must be submitted to the Vice Presidents/Deans and then to the President prior to implementation. Human Resources will work in conjunction with the Vice Presidents/Deans and President to assure the plan meets University and legal guidelines, including sufficient supporting documentation to define the layoff decisions. In the case of the layoff of 25 employees or more from a single Vice Presidential area, the layoff plan must also be submitted to the University assigned legal counsel. Human Resources will be responsible for coordinating the review process. The pertinent reviewing offices will review the layoff plan to ensure that the plan:

1. Is consistent with Equal Employment Opportunity policies;

2. Provides adequate and appropriately documented programmatic justification for the identification of layoff units; and

3. Provides appropriate documented justification for the selection of particular employees for layoff within a classification and grade level.

A layoff plan cannot be implemented until it has received the approval of the appropriate reviewing offices.

### 3.11.1.1.5                   *Implementation*

#### 3.11.1.1.5.1        Notice to Affected Employees

Written notification of layoff must be given to affected employees at least two weeks before the effective date of the layoff. A department may, however, provide two weeks pay in lieu of this notice. The notification must include:

1. The effective date of the layoff;

2. A summary of the reasons for the layoff;

3. An explanation of the amount of severance pay and accrued paid leave for which the employee qualifies; and

An explanation of the employee's appeals process, if otherwise eligible.

#### 3.11.1.1.5.2        Severance Pay

Severance pay will be awarded in addition to pay for the notice period. The amount of severance pay will be requested by the appropriate Vice President and approved by the President. Payment shall be made in a lump sum.

### 3.11.1.1.5.3        Tuition Benefits

An employee who is laid off and who is receiving tuition benefits is eligible to receive tuition benefits during the semester in which the layoff occurs. An employee who is laid off is eligible to receive tuition benefits for dependent children for the remainder of the academic year in which the layoff occurs. An employee shall consult with the Payroll Department about taxes for which the employee may be liable.

### 3.11.1.1.5.4        Competitive Placement

At any time during the layoff notice period or after the effective date of layoff, an employee has the right to apply and compete, without prejudice, with other internal applicants (and, where appropriate, external applicants) for any open posted position for which the employee is qualified.

### 3.11.1.1.5.5        Recall

Following layoff, a regular employee will be recalled if a position in the same classification and grade level and in the same department or layoff unit becomes available. An individual will be eligible for recall for up to 12 months after the effective date of layoff, or a period of time equivalent to the employee's length of continuous employment with the University, whichever is less. If more than one employee is on layoff status in that classification and grade level, the same criteria used in determining order of layoff will be used in determining order of recall. A regular employee with documented less-than-satisfactory performance on the last annual review and/or an active formal administrative action prior to the effective date of lay off is not eligible for recall. It is the responsibility of each employee to provide Human Resources with current contact information during the recall period. Notification will be made to the last known address and telephone number on file with Human Resources.

### 3.11.1.1.5.6        Re-employment Rights

A former regular employee, who is recalled or re-employed within 12 months of the date of layoff, or within a period of time equivalent to the employee's length of continuous employment with the University, whichever is less, will be given the employee's original start date and the period of layoff will be treated as a non-paid leave of absence. This will not effect the terms and conditions of benefits plans unless inconsistent with benefit plans.

### 3.11.1.1.5.7        Paid Leave

An employee who is laid off will be paid for unused accrued vacation leave in accordance with the Vacation policy (see Subsection 3.5.2).

### *3.11.1.1.6*            *Evaluation Period*

An employee who is laid off and subsequently re-employed will serve an evaluation period unless the employee is recalled to the same position in the same layoff unit from which the employee was laid off.

### 3.11.1.1.7      *Waiving rights*

If during the period of eligibility for recall or the period described in the re-employment rights section of this policy the individual rejects the offer of an equivalent or higher-level position for which the individual is qualified, the individual waives the individual's right to recall. The University will have fulfilled its responsibility to recall and the individual will not receive any further notification.

### 3.11.1.1.8      *Right to Invoke the Dispute Resolution Process*

An employee who is otherwise eligible to seek formal dispute resolution under the Dispute Resolution Policy is entitled to submit the dispute under the policy contesting the employee's layoff. The issue to be appealed is limited to factors in part three of the "Order of Layoff" section of this policy.

### 3.11.1.1.9      *Consolidation of Disputes*

Disputes from employees in the same layoff unit may be consolidated and treated as a single dispute as provided in the Dispute Resolution policy.

### 3.11.1.1.10      *Responsibility*

All University departments must follow the procedures outlined above.

### 3.11.1.1.11      *Resource*

Contact Human Resources with questions or if more information about this policy is needed.

### 3.11.1.2      Progressive Discipline Policy

Saint Leo University recognizes the need to assist employees improve poor, declining job performance, time and attendance problems, or policy violations. The University ordinarily follows a progressive discipline plan to correct these problems.

Violations that are sufficiently serious may result in the suspension of the normal progressive disciplinary process. In these instances, any step in the progressive disciplinary process may be used, including dismissal.

In normal circumstances, the employee's immediate supervisor will administer the disciplinary action. Appropriate actions will be determined based on the seriousness of the offense, the circumstances under which it occurred, prior problems, duties of the employee, and the employee's overall work history with Saint Leo. This policy does not limit the University from taking actions other those provided in this section.

The forms of disciplinary action are:

1. Verbal counseling
2. Verbal warning
3. Written warning
4. Disciplinary suspension (optional at the discretion of the supervisor and upon prior approval by the Human Resources department).

5. Dismissal

The Human Resource department should be consulted when the supervisor determines that disciplinary action with an employee is necessary.

### 3.11.1.2.1 Verbal Counseling

Verbal counseling is used to offer direction and encouragement in situations that are deemed less serious in nature. The goal is for a positive conversation aimed at accomplishing goals. The conversation between supervisor and employee needs to be documented and maintained by the supervisor for future reference.

### 3.11.1.2.2 Verbal Warning

A verbal warning is issued when repeated violations have occurred or an action has occurred that impacts departmental or University priorities or objectives. This could include, but is not limited to, attendance and tardiness problems, poor job performance, or misconduct. A formal meeting occurs between the employee and the supervisor where the employee is told the behavior is unacceptable.

The meeting is followed up with written documentation prepared immediately after the meeting (Disciplinary Form). A copy of the form is submitted to Human Resources for the personnel file.

### 3.11.1.2.3 Written Warning (Suspension Optional)

If the supervisor determines that a written warning is appropriate, it is recommended to have a representative from the Human Resources department present. The purpose of this meeting is to clearly convey to the employee that his or her job is at risk until the issue is resolved. The supervisor prepares and presents to the employee a disciplinary form with a follow up schedule. The plan will provide any direction or training needed to improve the situation. The documentation will include: the reason for the action, any previous counseling regarding the problem, the steps the employee must take to correct the situation, and the next step if the problem is not resolved within the specified time.

Employees may be suspended pending investigations and/or where circumstances warrant. Employee suspension may be with pay or without pay depending on the circumstances. Suspension notices must include the reason for the suspension, the inclusive dates of the suspension, and whether the suspension is with pay or without pay. Human Resources approval must be obtained before an employee may be suspended.

A copy of the written warning and any notice of suspension must be submitted to Human Resources for the personnel file. All written warnings will become inactive if no subsequent action is issued within 12 months of the date of the completion of the plan.

### 3.11.1.2.4 Dismissal

An employee's employment may be terminated in the event previous disciplinary measures have failed, or when other circumstances warrant. If an employee has received a written warning within the past 12 months, the employee may be terminated without any further disciplinary action upon the occurrence of the same issue giving rise to the written warning.

### 3.11.1.2.5          Approval Must be Obtained from Human Resources before the dismissal of an employee.

The use of progressive discipline before dismissal is left to the discretion of University administrations based on all relevant factors. In some cases, the University may decide demotion is appropriate. Any or all of the steps listed above may be omitted, as the University considers appropriate. By establishing these procedures for administrative actions and dismissals, the University does not waive or limit its right to discharge employees with or without notice or cause or under the Employment at Will Policy

### *3.11.1.2.6          Resource*

Contact Human Resources with questions or if more information about this policy is needed.

### 3.11.1.3          Termination of Employment

Individuals who leave employment with the University are expected to provide adequate notice, return University property, and satisfy outstanding financial or other obligations before the last workday. The University will pay employees for unused, accumulated vacation leave according to this policy. Unused, accumulated sick leave will not be paid upon termination of employment. Separation from employment, whether voluntary or involuntary, must be handled in a responsible manner by all individuals involved.

### *3.11.1.3.1          Notice of Separation*

Employees who voluntarily leave the University are expected to provide written advance notice. Minimum requested notice is two weeks for regular employees and 10-month employees and one week for part-time employees.

### *3.11.1.3.2          Return of University Property and Satisfying Financial Obligations*

Individuals who terminate employment must return all University property. These items are to be returned to the appropriate supervisor or Human Resources. The individual is also responsible for satisfying all financial obligations on or before the last workday. Examples include, but are not limited to:

1. Identification cards, keys to buildings, vehicles, and equipment;

2. Beepers, pagers, cellular telephones, and other communications equipment;

3. Policy manuals, handbooks, and other confidential material;

4. Books and other materials owned by the University, library books, computers, software, documentation, supplies, and other computer-related materials;

5. Uniforms and tools issued by the University;

6. Credit, telephone, and other cards; and

7. Tuition grants, outstanding advances, library and parking fines.

Supervisors and managers are responsible for ensuring that all University property is obtained from terminating employees and financial obligations are satisfied.

### 3.11.1.3.3                                  *Access to Computerized Information Systems*

Upon notice of termination, supervisors must make appropriate arrangements to discontinue an employee's password and/or access to all University information systems. This may include but is not limited to financial, employee, departmental local area networks and student information systems.

### 3.11.1.3.4                                  *Payment of Leave*

Employees will be paid for unused, accumulated vacation leave, when terminating employment with the University in accordance with applicable federal, state or local laws. Hours paid cannot exceed the maximum leave accrual of 264 hours. No payment will be made for unused sick leave.

### 3.11.1.3.5                                  *Termination Paperwork Deadlines*

#### 3.11.1.3.5.1          Involuntary Termination

Departments must hand deliver termination paperwork to Human Resources prior to the end of the affected employee's final day of employment.

#### 3.11.1.3.5.2          Voluntary Termination

Departments must deliver completed paperwork to Human Resources within three days of the date the notice of termination is received.

#### 3.11.1.3.5.3          Deceased Employees

Departments should complete and forward termination paperwork to Human Resources within 24 hours after being notified of the death of an employee.

### 3.11.1.3.6                                  *Responsibility*

All departments shall follow the University's Termination of Employment policy and the procedures outlined above. Employees are responsible for providing advance notice of voluntary termination and for settling outstanding financial obligations and returning University property before leaving employment.

### 3.11.1.3.7                                  *Resource*

Contact Human Resources with questions or if more information about this policy is needed. Refer to the policy on Progressive Discipline for information on involuntary terminations.

### 3.11.1.4                        **References Following Separation of Employment**

Former employees of the University seeking to have personnel records or employment references from University personnel forwarded to prospective employers or schools must first submit a written request for release of the information or documents to Human Resources.

Supervisors should not respond to verbal requests for references and should refer such requests to Human Resources.

### 3.11.2        *Faculty Separation and Disciplinary Measures Policies*

See Article 10 of the Faculty Collective Bargaining Agreement (Volume IV-A, Subsection 4A1.1.10) and Section 4.7 of Volume IV.

#### 3.11.2.1                **Collective Bargaining Unit Faculty Employment Phase-Out**

See Article 15, Section 11 of the Faculty Collective Bargaining Agreement (Volume IV-A, paragraph 4A1.1.15.11).

## 3.12        Grievance Policies

### 3.12.1        *Administrative and Staff Employee Dispute Resolution Policy*

The University's dispute resolution policy provides employees with a systematic review process to help resolve complaints about inappropriate treatment or actions that have not been resolved.

Every employee should discuss and attempt to solve disputes with the immediate supervisor or department head. If the issue cannot be resolved within the department, the employee may contact Human Resources.

#### 3.12.1.1                **Eligibility**

All University administrative and staff employees are eligible to seek formal dispute resolution, except the following:

1. Newly hired, evaluation period employees;
2. Senior executives;
3. Faculty; and
4. Temporary employees.

Employees who believe they have been discriminated against or harassed in violation of University equal employment, affirmative action or sexual harassment policies should contact the Equity Officer or the Director of Human Resources. The University maintains a separate dispute resolution process for discrimination and sexual harassment cases in accordance with the University's Equal Employment and Sexual Harassment Policies.

#### 3.12.1.2                **Timing**

Human Resources must receive written notice of a dispute within 30 calendar days of the disputed event.

#### 3.12.1.3                **Departmental Problem Resolution**

An employee will first seek informal problem resolution with the supervisor. If the dispute specifically involves the supervisor, the employee will discuss the problem with the next level of management.

The supervisor or higher level manager in consultation with Human Resources will investigate the complaint and take steps to resolve the problem. Supervisors and managers are strongly

encouraged to resolve disputes within the department.  The supervisor or higher level manager will document the issue, steps taken to attempt to resolve the problem, and the outcome.  A written response will be presented to the employee.

If the employee believes the problem has not been resolved within the department, the next level of dispute resolution is available.

### 3.12.1.4 Human Resources Level Dispute Resolution

All dispute resolution must be initiated within 30 calendar days of the event with the Human Resources representative designated to hear disputes.  The representative will notify the employee's department that a dispute has been filed. Employees who notify the Director of Human Resources will no be subjected to any reprisal for good faith reporting of any disputes.

The Human Resources representative will facilitate communication about the dispute between the employee and the department.  The representative and the department will investigate the problem and take steps to attempt to resolve the complaint.

A written response to the dispute will be given to the employee by the appropriate Human Resources representative within 30 working days of the date the dispute was filed, unless additional time is needed in which case the employee will be informed of the expected date of response.

### 3.12.1.5 Responsibility

Employees, supervisors, department heads, Human Resources, the Dispute Resolution committees and hearing boards, hearing officers, the Vice President and President are responsible for performing the tasks and duties outlined in this policy.  Any dispute concerning proper procedures or standards under this policy is to be resolved by the Vice President or President in consultation with the Director of Human Resources.

### 3.12.1.6 Resource

Contact Human Resources if with questions about this policy or if more information is needed.

### 3.12.2 Faculty Grievance Policy

See Article 8 of the Faculty Collective Bargaining Agreement (Volume IV-A, Subsection 4A.1.1.8.

**2.12      Appendix 3.3.7.1: Employees with Disabilities Policies and Procedures Manual**

### Formal Procedures to Request Accommodations

Saint Leo University recognizes that the decision to self-identify any disability is a personal one and we respect an individual's decision not to do so. The University does, however, encourage all individuals with disabilities to self-identify and provide supporting documentation. It is, however, the responsibility of the applicant or employee with a disability to inform the employer that an accommodation is needed to participate in the application process, to perform essential job functions, or to receive equal benefits and privileges of employment. An employee with disabilities should tell one of the following: an immediate supervisor, Human Resources personnel, or the Director of Disability Services. The individual will be referred to this manual or the Director of Disability Services.

To be eligible for reasonable accommodations, an employee must complete the Identification of Disability Form and turn in appropriate documentation that explains the functional limitations of the individual. Once the documentation is reviewed, the Director will meet with the employee to clarify what the individual needs and together will agree on appropriate accommodations. For information about job accommodations for employees with disabilities, an excellent resource is Job Accommodation Network (http://janweb.lcdi.wvu.edu).

Once accommodations are approved, a confidential letter is sent to the appropriate supervisor informing the supervisor of the approved accommodations. It is the responsibility of the supervisor to ensure that the accommodation is implemented.

**Required Documentation:**

The Office of Disability Services provides reasonable accommodations for individuals with documented disabilities. Individuals must provide sufficient documentation of disability before services or accommodations can be provided. Documentation must contain a diagnosis of the specific disability, an explanation of the functional limitations, and a rationale for requested accommodations. Testing must be current. Therefore, we strongly encourage individuals to include documentation that has been completed within the last three years, especially for disabilities that fluctuate throughout an individual's life. Older documentation may not be acceptable. Because the provision of all accommodations and services is based on an assessment of the impact of the individual's disabilities on the individual's performance, it is in the individual's best interest to provide recent and appropriate documentation.

1. Employee with a Physical, Visual, Speech or Medical Disability: Documentation shall include a copy of medical reports and/or a letter from a physician stating specific diagnosis, prognosis, medications, if applicable, and the functional limitations for the individual.

2. Employee with a Hearing Loss: Documentation must include an audiogram showing the extent of the loss and the functional limitations to the individual.

3.  Employee with a Mental Impairment:[5] Documentation shall include a statement from a licensed mental health practitioner and a statement of medication from the prescribing psychiatrist. The report shall include summaries of the following:

    a.  Diagnostic interview;

    b.  Assessment of mental status including test results;

    c.  DSM IV diagnosis; and

    d.  Functional limitations.

4.  Employee with a Learning Disability or an Attention Deficit Disorder: Documentation must be provided by a professional experienced in diagnosing learning disabilities, preferably a licensed psychologist who will provide a psycho-educational evaluation. In addition, so that the Office of Disability Services can best meet an individual's needs, it is important that documentation include the following information:

    a.  A standardized measure of general intelligence, preferable the WAIS-R;

    b.  Results of academic achievement tests;

    c.  Results of specialized testing in perceptual, processing, and motor skills (as appropriate);

    d.  A case history including parent, teacher, and student input;

    e.  Functional limitations; and

    f.  A description of recommended accommodations.

Saint Leo University has the right to review documentation and determine individual accommodations and services. The Director of Disability Services reserves the right to require additional information from the individual, at the individual's cost, if documentation is not sufficient. Previous provision of service, or lack of it, does not guarantee or preclude university services.

### Reasonable Accommodations Available to Employees with Disabilities

A reasonable accommodation is a modification or adjustment to the job, the work environment, or the way things are done that enables a qualified individual with a disability to enjoy an equal employment opportunity. The ADA requires reasonable accommodation in three aspects of employment:

1.  To ensure equal opportunity in the application process;

2.  To enable a qualified individual with a disability to perform the essential functions of a job; and

3.  To enable an employee with a disability to enjoy equal benefits and privileges of employment (EEOC Technical Assistance Manual).

Determination of reasonable accommodations will be made on a case by case basis. Individuals may appeal the decision of the Director of Disability Services (see the Appeal Process).

---

[5] E.g., Emotional/Psychological Disorder.

## Appeal Process

If an individual follows proper procedures and is still denied an accommodation, the individual may wish to appeal the decision.  The appeals process follows:

1. The individual must submit an appeal, in writing, to the Human Resource Director within 10 working days of when the accommodation was denied.  The appeal shall include a statement of the requested accommodation and an explanation of why the accommodation is needed.

2. The Human Resources Director will assemble a panel to review the appeal within 10 working days of its filing.  The review panel will include the individual's immediate supervisor and the appropriate dean or director.

3. The panel will review the individual's appeal and the explanation for denial and make a decision to uphold or reverse the decision.

4. To appeal the panel's decision, the individual must send a letter of appeal to the appropriate Vice President within 10 working days of receiving the decision.  The Vice President will examine the appeal and the procedure and communicate the final decision.

5. For further action, the individual should contact the Regional Office of Civil Rights.

## Confidentiality

The Office of Disability Services recognizes and honors the importance of the confidentiality of documents containing disability- related information.   Section 504 of the 1973 Federal Rehabilitation Act guarantees this confidentiality, but recognizes that there are situations where releasing partial information to appropriate individuals is in the best interest of the individual. Information may be released at the discretion of the Director of Disability Services when there is a compelling reason that the information is necessary to best accommodate the needs of an individual.

The Office of Disability Services will send a confidential letter to the immediate supervisor concerning the approved accommodation(s) for the employee or applicant.  A copy of the letter will become part of the confidential file housed in the Office of Disability Services.  It will not become part of the personnel file.

## Availability of Services Contract

I, _____, have read the Saint Leo University Policies and Procedures Manual for Employees with Disabilities, including the section entitled Formal Procedures to request accommodations. I understand the accommodations and services offered at Saint Leo University as well as the documentation required to receive services. I am also aware of the proper procedures I must follow to request and receive accommodations. I realize that if I do not follow these policies and procedures in the required timeframe, services and accommodations may not be provided.

Signed _____ Date _____

**Identification of Disability Form**
**Office of Disability Services**
**Employee Request for Accommodations**

Name: _ _____ Current Employee or Applicant (circle one)
Location: _____
Supervisor _____
Job Title: _____
Date of Request _____

Reported Disabilities: _____

Requested Accommodations: _____

What evidence of disability has bee or will be provided?

| Service Provider: | Type of records: | Date received: |
|---|---|---|
| 1. | 1. | 1. |
| 2. | 2. | 2. |
| 3. | 3. | 3. |

**Employee:  do not write below this line**

Eligibility Determination _____

Is there a disability present? _____

**NO**  Date employee notified: _____

**YES**  Disability _____

Is the person "otherwise qualified" for the job in question?          YES    NO

If NO, on what basis was the rejection made? _____
_____

If YES, what accommodations will be provided? _____
_____

**Signatures indicate agreement:**

Requesting individual: _____ Date _____

Director of Disability Services _____ Date _____

Director of Human Resources _____ Date _____

Please submit form to:

Director of Disability Services
Lewis Hall, Room 125
P.O. Box 6665, MC 2010
Saint Leo, FL 33574

## Disability Verification Forms

**TO THE DIAGNOSTICIAN: The Office of Disability Services at Saint Leo University requires that a psychological disorder be documented by a psychiatrists, licensed psychologists, or neurologists who have had training and experience in the diagnosis of such disorders. Medical disabilities must be diagnosed by the appropriate specialist.**

1. Patient: _____

2. Diagnosis _____

3. Date of Diagnosis:_____ Date of last patient contact: _____

4. Assessment Procedures Used: _____

5. Describe the impact of the disability on a major life activity (e.g. Learning/ test taking)

_____

_____

6. Co-existing Disability Diagnosis: _____

(If Learning Disability, please enclose a psycho-educational evaluation report.)

7. Prescribed medication(s) _____

8. Please list functional limitations and SUGGESTED accommodations appropriate for the work environment of this individual. Each accommodation must be explicitly supported by the diagnostic information.    FINAL DECISIONS REGARDING AN INDIVIDUAL'S ELIGIBILITY FOR ACCOMMODATIONS WILL BE DETERMINED BY THE DIRECTOR OF DISABILITY SERVICES.

_____

_____

Please attach an interpretive summary containing any information that would assist the Director of Disability Services in making decisions about accommodations.    The summary should include, but is not limited to, information that will help the patient become eligible for accommodations.

Diagnostician Information

Print Name:_____ Date _____

Signature _____ License # _____

Address _____

Phone _____ Fax _____

Please return form to:

Director of Disability Services

**Attention Deficit/Hyperactivity Attention Disorder Verification Form**

TO THE DIAGNOSTICIAN: The Office of Disability Services at Saint Leo University requires that Attention Deficit/Hyperactivity Disorder be documented by psychiatrists, licensed psychologists, neurologists, family practice or general physicians who have had training and experience in the diagnosis of ADHD.

1. Name of patient: _____

2. Diagnosis: _____

3. Date of Diagnosis: _____ Date of last patient contact: _____

4. Assessment Procedures Used:_____

5. Assessment used to eliminate other primary causes of ADHD symptoms: _____
_____

6. Co-existing Disability Diagnosis: _____

(If Learning Disability, please enclose a psycho-educational evaluation report.)

7. Prescribed medication(s): _____

8. Please list functional limitations and SUGGESTED accommodations appropriate for the work environment of the patient. Each accommodation must be explicitly supported by the diagnostic information. FINAL DECISIONS REGARDING AN INDIVIDUAL'S ELIGIBILITY FOR ACCOMMODATIONS WILL BE DETERMINED BY THE DIRECTOR OF DISABILITY SERVICES.

_____
_____

Please attach an interpretive summary containing any information that would assist the Director of Disability Services in making decisions about accommodations. The summary should include, but is not limited to, information that will help the patient become eligible for accommodations.
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Diagnostician Information

Print Name and Title _____ Date: _____

Signature _____ License _____

Address _____

Phone _____ Fax _____

Please return form to:
Director of Disability Services
Phone: 352-588-8464   Fax: 352-588-8605

**Learning Disabilities Documentation Checklist**

Please use this checklist to insure that your documentation meets the following criteria.

Learning Disabilities:

\_\_\_ Testing must be comprehensive.

   \_\_\_Aptitude

   \_\_\_Achievement

   \_\_\_Information Processing

\_\_\_ Testing must be current (within 3 years).

\_\_\_There must be clear and specific evidence of a learning disability.

   \_\_\_ Split between performance IQ and Verbal IQ

   \_\_\_ One standard deviation between achievement and IQ/process and IQ

\_\_\_ Test scores/ data must be included (preferably standard scores)

\_\_\_ Testing must be performed by a qualified professional.

\_\_\_ The assessment instruments must be appropriate for the population.

\_\_\_ Diagnostic report must include a summary based on a  comprehensive evaluation:

   \_\_\_ Evaluator has rules out alternative explanations for academic problems.

   \_\_\_ Indication of how patterns of cognitive ability , achievement,

   information processing reflect the presence of a learning disability.

   \_\_\_ The degree to which the learning disability impacts the individual in the learning context.

   \_\_\_ Indication as to why specific accommodations are needed and how the effects of the disability are accommodated.

**Attention Deficit Disorder Documentation Checklist**

Please use this checklist to insure that your documentation meets the following criteria.

Attention Deficit Disorder:

___ Assessment must be current (within 3 years).

___ Assessment must include:

___ List of questionnaires, interviews and observations used to identify the ADD behaviors.

___ Summary should include information regarding onset, longevity, and severity of the symptoms.

___ Complete psycho-educational or neuropsychological evaluation, including a cognitive assessment with a report of data and interpretation of data (standard scores).

___ Information concerning the impact of ADD on the educational setting, including functional limitations.

___ Medication history and current recommendations regarding medication.

___ The exact DSM-IV diagnosis and identification of the DSM-IV criteria.

___ List of appropriate accommodations and how the effects of disability are accommodated.

___ Information concerning co-morbidity.

___ Qualified professional must conduct the evaluation.

**Tests for Assessing Adults**

When selecting a battery of tests, it is critical to consider the technical adequacy of instruments, including their reliability, validity, and standardization on an appropriate norm group. The professional judgment of an evaluator in choosing tests is important. The following list is recommended as a resource but is not intended to be definitive or exhaustive.

1. Aptitude/Cognitive Ability:

    a. Wechsler Adult Intelligence Scale-III (WAIS-III);

    b. Woodcock-Johnson-III- Test of Cognitive Ability;

    c. Kaufman Adolescent and Adult Intelligence Test;

    d. Stanford-Binet IV.

2. Academic Achievement:

    a. Scholastic Abilities Test for Adults (SATA);

    b. Stanford Test of Academic Skills (TASK);

    c. Woodcock-Johnson-III-Tests of Achievement;

    d. Weschler Individual Achievement Test (WIAT).

3. Specific Achievement Test:

    a. Nelson-Denny Reading Test;

    b. Stanford Diagnostic Mathematics Test;

    c. Test of Written Language-3 (TOWL);

    d. Woodcock Reading Mastery Tests-Revised.

4. Information Processing:

    a. Detroit Tests of Learning Aptitude-3 (DTLA);

    b. Detroit Test of Learning Aptitude- Adult (DTLA-A);

    c. Information from subtests on WAIS-R or Woodcock-Johnson-III;

    d. Test of Cognitive Ability.

**Volume IV**
**Faculty Personnel Policies**

## 4.0        Introduction

Volume IV contain general policies and procedures relating to faculty members and faculty status which are intended to guarantee for the institution a faculty of as high a quality as possible and for the individual faculty member a maximum degree of fairness.   Volume IV is incorporated by reference into the appointment contracts of each faculty member.   Where the terms and provisions of an individual appointment contract of a faculty member are inconsistent with the general policies contained in the volumes, the provisions of the individual appointment contract shall control.   Should there be any misapplication, misinterpretation, or violation of specific provisions in this Volume, the faculty member involved shall report the circumstance to the Vice President of Academic Affairs.   The administrative or staff responsibilities of faculty members with administrative or staff duties are specified in the individual appointment contracts of such faculty members.

### 4.1  Definition of Faculty Status, Faculty Rank, and Criteria for Promotion in Rank

#### 4.1.1    Faculty Status

##### 4.1.1.1    Full-time Faculty

A full-time faculty member is an employee of Saint Leo University who is qualified for appointment to one of the academic ranks listed in Subsection 4.1.2.  Full-time faculty members ordinarily have full-time teaching duties or have teaching and other duties (e.g., research, academic administration, counseling, library duties) equivalent to a full-time teaching load and fulfill the duties and responsibilities of a faculty member.  Tenured Assistant, Associate, and Professors are eligible to apply for sabbaticals (see Subsection 4.9.3).   They are full voting members of the faculty.   A Full-time faculty member may be appointed pursuant to a term, tenure track, non-tenure track, or tenure contract (see Subsection 4.2.1).  A doctorate degree is required for all tenure and tenure-track positions.

##### 4.1.1.2    Adjunct/Per Unit/Per Course Faculty Members

An Adjunct, Per Unit, and Per Course faculty member is employed pursuant to a term appointment (see paragraph 4.2.1.1) and carries the rank of Lecturer.  The adjunct and annual contract faculty member's (15-16 week) workload is 10 courses per year maximum.  No more than 4 courses may be taught by an adjunct in any semester.  The adjunct and annual contract faculty (8 week, 5 or 6 term) load is 10 courses per year maximum with no more than 2 courses taught in any term.   Such faculty usually have no other faculty duties or responsibilities (i.e., committee obligations, advisement), except for those specified by their department.  They do not accrue time towards sabbatical.

### 4.1.1.3    Administrators with Faculty Rank

Administrators with faculty rank are those full or part-time personnel who function in an instructional capacity outside the classroom), or those who perform a combination of faculty, staff, and professional duties. They are subject to all responsibilities and standards of teaching performance that apply to other full-time or part-time faculty and receive the same academic freedom as other faculty members. With regard to the non-academic aspects of their duties, they are governed by the provisions of Volume V (Personnel Policies for Administrators and Staff) of the Policy Manual.

### 4.1.1.4    Special Appointment Faculty

#### *4.1.1.4.1  Artist/Writer/Scholar-in-Residence Faculty*

Saint Leo University may appoint artists, writers, scholars, and other distinguished individuals to the special faculty status of Artist/Writer/Scholar-in-Residence faculty. Such appointments are awarded for a specific period of time and may be full-time or part-time depending upon the needs of Saint Leo University. They are appointed by the Vice President of Academic Affairs after consultation with the appropriate department chair and dean and approved by the President. All such faculty are hired on term appointments for a limited period of time with no intent of on-going employment. Such appointments may be full-time, part-time, or per-course based on the needs of Saint Leo University.

#### *4.1.1.4.2  Professor Emeritus*

The rank of Professor Emeritus may be assigned to Assistant, Associate, or Full Professors who have retired from their teaching responsibilities at the University after ten or more years of service to the University. A Professor Emeritus is so designated and appointed by the President upon the recommendation of the Vice President of Academic Affairs. A Professor Emeritus will continue to have full use of the library and the library loan activities. A Professor Emeritus shall continue to have access to tickets for concerts, theatrical productions, athletic events, and other discounted services at the same cost as normally charged to active faculty members. No compensation accrues by virtue of this rank, unless the Professor Emeritus accepts a pro-rata or temporary full-time teaching contract. In such instances, supplementary benefits, if any, will be set forth in the contract.

#### *4.1.1.4.3  Visiting Faculty*

See Article 10, Section 3 and Article 2, Section 4 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

### 4.1.2    Faculty Rank and Criteria for Promotion in Rank

Saint Leo University appoints and retains faculty members with the ranks of Instructor, Assistant Professor, Associate Professor, and Professor. Each faculty member must fulfill the rights and responsibilities outlined Section 4.8. New faculty members are appointed by the Vice President of Academic Affairs after consultation with the appropriate department chair and dean and approved by the President. All tenure-track and non-tenure-track full-time faculty appointments

[Back To Table of Contents]

require a search in compliance with the University's Equal Employment Opportunity policies (see Volume II, Subsection 2.1.1); however, as stated above, the search committee and dean recommendations are not binding on the Vice President of Academic Affairs.

Faculty members may be pro-rata or full-time employees of the University. Except in unusual circumstances, a full-time faculty member teaching at the University College location shall teach 12 hours per semester and 24 hours per year. Except in unusual circumstances, full-time continuing education faculty shall teach 15 credit hours per year and advise students up to 25 hours per week. In some cases, the Vice President of Academic Affairs, in consultation with the school dean and appropriate department and with the mutual consent of the faculty member, may reassign a full-time faculty member from teaching responsibilities to administrative or other appropriate activities equivalent to some part or all of the teaching load.

#### 4.1.2.1   Instructor

Instructors may serve on full-time or part-time contracts. Instructors must hold a minimum of an appropriate master's degree from a recognized accredited graduate institution or its equivalent (e.g., professional recognition) in the field being taught. Instructors may be hired on term contracts of varying lengths. Instructors may teach part-time or full-time loads. Service as an instructor does not count in years of service toward tenure at Saint Leo University.

#### 4.1.2.2   Assistant Professor

Faculty appointed to the rank of Assistant Professor must hold a doctorate from a regionally accredited institution of higher education. Assistant Professors may hold full-time or part-time teaching contracts. Faculty appointed at this rank may be appointed to tenure track or non-tenure track contracts. All years of full-time teaching at this rank count toward years of service towards tenure or other full-time longer term contracts.

#### 4.1.2.3   Associate Professor

An Associate Professor must hold a doctorate degree from a regionally accredited institution of higher education; must provide evidence of sustained, outstanding teaching; must show evidence of developed scholarship or professional development activities (such as publication in refereed professional journals, significant successful curriculum development or noteworthy performance in the creative arts); and must show evidence of documented and evaluated community service activities consistent with the mission and values of Saint Leo University.

Except in unusual circumstances, a minimum of five years teaching experience at the rank of Assistant Professor is required for faculty promoted to or appointed to this rank. Faculty promoted to this rank, except in unusual circumstances, will have a record of no less than four years teaching at Saint Leo University at the Assistant Professor level. Any exceptions to the normal time in rank qualification shall be recommended to the Vice President of Academic Affairs by the appropriate dean prior to the initial contract offer. The Vice President of Academic Affairs shall review such a request and forward it to the President with a recommendation. Only the President shall grant an exception should the President deem it appropriate. Faculty appointed at this rank may be appointed to tenure track or non-tenure track contracts.

#### 4.1.2.4    Professor

A Professor must possess an earned doctorate degree from a regionally accredited institution of higher education and must provide:

1. Evidence of and record of sustained, documented exemplary teaching; and

2. Evidence of mature sustained scholarship or widely acclaimed professional development that has been recognized by the appropriate professional bodies outside of the University; and

3. Evidence of distinguished faculty leadership and service to the students and the Saint Leo community in a manner consistent with the goals and values of Saint Leo University.

Except in unusual circumstances, full professors shall have a minimum of ten (10) years accumulated teaching experience with no fewer than five (5) years teaching experience at Saint Leo University at the rank of Associate Professor before being considered for promotion to this rank.

Any exceptions to this normal time in rank/experience requirement shall be recommended to the Vice President of Academic Affairs by the appropriate school dean.  The Vice President of Academic Affairs shall review such a request and forward it with Vice President of Academic Affairs' recommendation to the President who is responsible for making the final decision.

Faculty appointed to or promoted to this rank may serve on tenure or non-tenure contracts.

### 4.2  Policies Pertaining to Faculty Appointments

#### 4.2.1    *Types of Appointment Agreements*

##### 4.2.1.1    Term Appointments

Term appointments are issued for a clearly defined, limited period to part-time, adjunct, per-course, visiting, and special appointment faculty members.  There is no right or expectation of appointment renewal.  Term appointment agreements may also be issued to full-time faculty members in special circumstances with the approval of the Vice President of Academic Affairs for short-term curricular needs of the University.  Term appointment agreements are also used for summer term teaching if not a part of the academic year load.

##### 4.2.1.2    Tenure Track Appointments

See Article 10, Section 1 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

##### 4.2.1.3    Non-Tenure Track Appointments

Faculty members hired in non-tenure track lines are hired for initial terms of one year; but, after four successive one year terms, shall be reappointed for three year terms of teaching service.

#### *4.2.1.3.1 Moving to Tenure Track*

See Article 10, Section 3 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

#### 4.2.1.4  Tenure Appointments

See Article 10, Section 2 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

### *4.2.2*  *Locus of Appointments*

All faculty appointment agreements have as the locus of their appointment the Department of Saint Leo University that is stated in the appointment.

## 4.3 Guidelines for the Appointment and Orientation of Faculty and Department Chairs

### *4.3.1*  *New Faculty Appointment Guidelines*

The Vice President of Academic Affairs will consult with the appropriate School Dean, Department Chair, and School Faculty in the appointment of new faculty to the University; but the Vice President of Academic Affairs will not, in any respect, be bound by any recommendation of a School Dean or faculty committee. Appointments to the faculty of the University will be made by the Vice President of Academic Affairs in consultation with the President of the University. The normal full time faculty appointment is for nine months or the conclusion of the academic year for which the appointment is made. For purposes of tenure and promotion, faculty members hired after the start of the academic year and who begin their duties no later than the beginning of the second semester, will count that entire academic year as service. Criteria for initial rank will be the same as those outlined in Subsection 4.1.2.

Faculty may be appointed to term, tenure track, or non-tenure tract faculty positions. The process for review of teaching is the same in both cases. Non-tenure track and term faculty members are protected by the same academic freedom regulations as tenure track faculty. Faculty members hired in non-tenure track lines are hired for initial terms of one year; but, after four successive one year terms, shall be reappointed for three year terms of teaching service.

#### 4.3.1.1  Hiring and Clearance Procedures

Saint Leo University is committed to finding and hiring the most qualified faculty members to fill vacant positions. To ensure that this occurs, the guidelines below are used for requesting, advertising, interviewing, clearing, and hiring new full-time faculty members. Certain principles govern this process:

1. The addition of any new faculty line, rather than a replacement position, will mean budgetary approval of the new faculty line to justify the need for the position.
2. Except in extraordinary circumstances, all searches will be authorized only at the Assistant Professor entry level.

3. Every search request will be examined against the statement of Vision and Goals for the department and the University.

4. Consideration of search requests will take into account a variety of factors, including enrollment patterns and teaching needs, programmatic impact within the department, the relationship of the position to other departments and programs in the University, and the potential to obtain external support for curricular development if such curricular development is anticipated by the additional post.

### 4.3.1.1.1 Position Requests

Position requests shall present a comprehensive analysis that takes into account both the qualitative dimensions of the academic programs and the quantitative dimensions related to enrollment trends in curricular offerings. Each request for a new or replacement position shall address the following items, and a copy of a departmental annual report and goal oriented unit plan shall be attached. Both the department chair and dean must address these and below items.

1. What is the vision in the department for its program and faculty for the coming year? What short term and long-term goals does the department have for its own development?

2. How does the position relate to other positions in the department and to the department's curriculum and/or professional development agenda? What contribution does the department anticipate a new faculty member will make in teaching and in professional development? If appropriate to the position, what potential exists for the new faculty member to obtain external support? A clear presentation of the size of the faculty in the areas of specialization within the school shall be included here.

3. Are there any anticipated changes, such as retirement, projected in the department over the next three years?

4. What are the departmental recent (past three years), current, and projected enrollments? What are teaching and advising needs in this department?

5. What is the assessment of the quality of teaching, curriculum, and research in the department making the request? How will this new person enhance each of those areas?

6. What explicit plan does the department and school have for providing professional development and mentoring in both teaching and professional development for the new faculty member?

7. What are the existing and potential links of this position with other faculty and programs in the University? What would be the impact of not filling this position on other departments and programs? It would be useful and informative here to include statements from those departments whose programs would be affected by a new faculty member.

8. What special costs and needs will be associated with filling this position? Will filling this position entail additional space, library, or computing needs?

9. What process was used in the school to develop the position request? What consultation occurred across disciplines within the school?

### *4.3.1.1.2  Hiring Procedures*

Following the review established above:

1. The Vice President of Academic Affairs will notify the Human Resources Office and the appropriate dean once approval for a full-time faculty position is obtained from the President.

2. The dean will then contact the Human Resources Office to place the advertisement. The draft of the advertisement is forwarded to the appropriate dean and the Vice President of Academic Affairs for review and final approval.

3. A search committee will be selected by the dean in conjunction with the Department Chair. They are to ensure that at least one member of the search committee is from outside the school. In cases where the position is at a center, center personnel must be on the search committee.

4. Human Resources will forward full-time faculty candidate résumé packages to the appropriate search committee chair along with the approved salary range for the position. After phone interviews, the search committee will determine a final group of candidates to be considered for on-site interviews.

5. It is the responsibility of the search committee chair to coordinate with Human Resources to make sure that final candidate résumé packages are complete. The résumé packages must include the following:

   a. Verbal Offer Request Form;

   b. Résumé;

   c. References;

   d. New Faculty Clearance Form (completed). The Faculty Teaching Clearance Form is completed and approved by the appropriate department chair and dean. The Faculty Teaching Clearance Form includes the teaching discipline and must include the graduate coursework listed on the form along with cleared courses.

   e. Official transcripts;

   f. Authorization for the background investigation;

   g. Values essay.

6. The search committee will schedule on-site interviews for all final candidates. Interviews will be scheduled with the search committee, dean of the school, Vice President of Academic Affairs, President, and other appropriate individuals. Candidates must also give at least one formal presentation to the committee and, where possible, to students and others invited by the committee. During the interview process, all final candidates will be notified that any job offer is contingent upon successful completion of the background check. See Volume III, Subsection 3.1.1 for additional information.

7. Upon the completion of on-site interviews, the search committee will submit the final recommendation on a Verbal Offer Request Form along with the completed résumé package to the Dean for approval/signature. The Dean will then submit the Verbal Offer Request Form and completed résumé package to the Vice President of Academic Affairs for approval.

8. The Vice President of Academic Affairs will obtain a Human Resources review. Upon completion of the Human Resources review, the Vice President of Academic Affairs or designee will extend a verbal offer to the final candidate.

9. Upon acceptance of the verbal offer, a formal offer/confirmation letter will be issued to the candidate by the Vice President of Academic Affairs.

10. The new hire official package (signed offer letter, résumé, official transcripts, and faculty clearance form) will be forwarded to the Personnel Coordinator for entry into the Datatel faculty module.

11. The official faculty file will be set up and maintained in the Office of Academic Affairs.

### 4.3.2   Department Chairs Appointment Guidelines

The dean will consult with the faculty in the appointment of department chairs, but the dean will not, in any respect, be bound by any recommendation. The dean shall recommend faculty as department chairs to the Vice President of Academic Affairs, who has the final authority and responsibility to name the Department Chair. Department Chairs are, except in unusual circumstances, appointed for three-year terms. Ideally, all members of a department should have an opportunity to serve as Department Chair on a rotational basis.

The chair reports directly to the dean of the respective school. The chair provides the academic leadership and supervision for the department and is responsible for all administrative activities necessary to its efficient operation. Specific responsibilities are as follows:

1. Prepare, submit, and supervise annual department budget.

2. Review and submit all department course schedules after consultation with chair colleagues and with dean.

3. Review and submit all department-related catalog materials.

4. Assist in the development of marketing and recruiting materials related to the department.

5. Conduct department meetings as needed.

6. Mentor and supervise probationary faculty.

7. Identify and recommend appointment of adjunct faculty in the department at all on- and off-campus locations.

8. Participate in the annual evaluation of faculty within the department, as defined in the Faculty Agreement, and of all off-campus faculty.

9. Monitor and ensure compliance with SACS criteria and other external agency criteria, as applicable to the department.

10. Supervise preparation of curriculum guides and sample syllabi and update yearly on website.

11. Maintain a course syllabus file for all courses offered in the department.

12. Review and approve all graduation applications of students in the department.

13. Ensure that library holdings are appropriate to the needs of students and faculty in the department.

14. Periodically review all courses taught in the department at all sites (on campus and off campus), providing coordination of course offerings across the University.

15. Coordinate activities of all students interning through the department.

16. Shepherd any curricular changes through the Saint Leo University process for changing or adopting new courses or programs.

17. Coordinate, develop, conduct, and report annual Institutional Effectiveness Plans (IEPs) and outcome evaluation of the department's goals and objectives, with input and assistance from other department faculty.

18. Encourage faculty development and improvement of instruction.

19. Encourage intra-departmental, inter-departmental, and intra-University communication and activities.

20. Work with the University's Office of Admissions in the recruitment and retention of FTIC and transfer students.

21. Undertake other reasonable, professional, and academically related duties as requested by the dean.

22. Participate in the hiring of full-time faculty in the department.

23. Approve faculty teaching clearances.

Compensation of chairs in terms of course reductions and additional stipends depends upon the number of faculty in the department, the number of students taught, and majors and special department needs.   Compensation is set by the Vice President of Academic Affairs in consultation with the dean and chair.

### 4.3.3    Orientation Process

Orientation for new faculty is conducted at the beginning of the fall semester.  The program focuses on the history and mission of the University and provides an opportunity for touring the campus, meeting appropriate administrators, faculty, and staff, and being introduced to procedures and policies of the University, including detailed information about promotion and tenure policies and procedures.

Newly hired faculty members at the University receive the following packet of information before they begin work as part of the orientation process:

1. Appointment letter from the President of the University that contains important information and instructions, together with a signed copy of the faculty member's contract.

2. I-9 Employment Eligibility Verification Form.

3. W-4 Tax Form.

4. Emergency Notification Form.

5. Background check consent forms and background reports (See Volume III, Subsection 3.1.1).

**6.** The University may request pre-employment medical testing where necessary or required by law.

No later that the first day of work, the faculty member will meet with Human Resources to complete the employment paperwork and to review eligibility for benefits.

### 4.4 Faculty Personnel Records

See Article 5, Section 1 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

### 4.5 Annual Review Policies

#### 4.5.1 Introduction

Saint Leo University's preeminent criterion for faculty is teaching excellence. Indeed, one of the conditions of employment at Saint Leo is that each new faculty person is asked to commit to constantly work toward that goal.

In addition, scholarly endeavors and professional development are encouraged and are critical to developing excellence in teaching.

Also, given that community is one of the University's core values, emphasis is also placed on service to students, to the department, and to the University; however, service may also include service to the larger community that enhances the University's image in ways consistent with its values.

In turn, Saint Leo regularly evaluates teaching performance, professional development, and community service, and ultimately uses those evaluations to determine whether new faculty should be retained on a continuing contract and/or promoted.

The best method of presenting evidence of the faculty member's performance in each of the three areas to be evaluated is a performance portfolio.

#### 4.5.2 Formal Annual Review Process

The formal review process includes the following steps:

1. In the spring term, but no later than April 30, faculty members *must* meet personally with their respective dean to review drafts of their portfolios and make necessary changes or additions as suggested. Prior to that, meetings with the respective department chairs are strongly recommended.

2. On or before May 15, faculty members submit to their dean the final drafts of their portfolios.

3. During that time, but no later than May 30, the dean and the department chair meet to evaluate each faculty member's work in the areas of teaching, professional and scholarly growth, and institutional and community service. Together they will give the faculty member a rating of "outstanding," "good," "needs improvement," or "unsatisfactory."

4. On or before June 1, the dean will provide an evaluation to the faculty member and will forward to the Vice President of Academic Affairs:

   a. A copy of the faculty member's evaluation of those faculty members under review;

   b. A recommendation for re-appointment or termination; and

   c. The faculty members' portfolios.

### 4.5.3    Contents of the Portfolio

The portfolio must contain the following items:

1. The first item that shall go into the portfolio is the faculty member's *personal evaluation* of the faculty member's own performance as a faculty member in terms of teaching, professional, and scholarly growth, and institutional and community service.

   In other words, the *very first* entry is the faculty member's own *personal evaluation* of the faculty member's teaching performance. This shall include goals set, and the extent to which the faculty member achieved these goals.

   *It must also include the faculty member's own objective assessment of the areas in which the faculty member needs to improve, and an itemized list of steps the person intends to take to achieve those improvements.*

   As documentation, the faculty member shall include an updated copy of the faculty member's curriculum vitae.

2. Second, the portfolio shall include narrative describing the faculty member's *teaching*, followed by appropriate documentation. The narrative shall include reference to all aspects of the faculty member's teaching, but the documentation shall be select and limited, highlighting key components.

   Documentation shall include copies of student evaluations (a representative sample is sufficient); a copy of the department chair's in-class evaluation(s) of the faculty member; a copy of the dean's or center director's in-class evaluation(s); and, if the faculty member so chooses, a copy of a peer's evaluation(s) of the faculty member's teaching performance. ("Peer" is here understood to mean a colleague.)

3. Third, the portfolio shall include narrative describing all aspects of the faculty member's *professional development and scholarly growth* for the current academic year, followed by appropriate documentation.

   (For example, if the faculty member presented at a conference, a copy of *only* the program page on which the presentation is listed shall be included. Do not include the entire program. If a faculty member published an article in a referred journal, *only a copy of the article itself*, not the entire journal issue, should be included.)

4. Fourth, the portfolio shall include narrative describing the faculty member's *community service*, followed by appropriate documentation.

5. Finally, a copy of the department chair's letter of evaluation and a copy of the dean's letter of evaluation must be inserted into the portfolio, either right inside the front cover or behind a separate tab.

### 4.5.4 Portfolio Format

The portfolio shall "look" as follows:

1. Everything shall be placed into a single 3-ring binder, with the faculty member's name and date of submission on the spine. Remember to keep everything succinct and to the point. The faculty member shall not include more than what is absolutely necessary to make the faculty member's case because doing so could be interpreted as "padding."

2. Separate each of the four main categories of items with labeled tabs: "Personal Evaluation," "Teaching Performance," "Professional and Scholarly Development," and "Community Service."

3. The rest of the contents shall follow in the order outlined above under Content (see Subsection 4.5.3).

## 4.6 Promotion and Tenure Policies

### 4.6.1 Promotion and Tenure Review Policies and Procedures

Faculty members at Saint Leo University are evaluated for promotion in rank and tenure in accordance with the policies and procedures outlined in Article 11 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement.

#### 4.6.1.1 Guidelines for Promotion in Rank and Tenure Applications

Promotion and tenure decisions at Saint Leo University are made on the basis of documented and evaluated performance in three areas: teaching; professional development, research, and scholarly growth; and institutional and community service. For teaching faculty, excellence in teaching and demonstrated student learning are essential to tenure and promotion. As well, either professional development, research, and scholarly growth or institutional and community service must be judged excellent for tenure. For library faculty, professional library service contributing to the educational function of the University is the primary area of faculty performance and of evaluation. For faculty with no teaching assignments, professional responsibilities that are directly related to their assignments are the primary area of faculty performance. The faculty member who is applying for promotion and tenure has the responsibility of presenting an application package that documents the faculty member's performance in each of the above areas.

To aid faculty members in developing an application package that provides such evidence in a clear, complete, and concise manner, the following guidelines are offered. The guidelines are not meant to act as restraints or to make faculty members conform to a strict set of rules as they present evidence regarding their contributions to the University. The guidelines are based in part on the information provided in an American Association for Higher Education (AAHE) publication, copies of which are available in the Office of the Vice President of Academic Affairs, in the library, and which can be made available for reference in the Center Director's offices.

Application for promotion and tenure should be thought of as a process that begins the day the candidate is hired; thus, faculty members must begin, as soon as they join the University, to

develop their portfolios (see below). To facilitate this process, new faculty orientations include detailed information about promotion and tenure policies and procedures. In addition, new faculty will be matched with faculty mentors who are familiar with the promotion and tenure guidelines and can make the new faculty members aware of the evidence of performance that they should be collecting during each year of their employment with the University. These policies apply to all full-time faculty at all locations.

### 4.6.1.2    Application Packages

1. The application packages, bound in a single 3" wide 3-ring binder, consist of the following:

   a. An up-to-date curriculum vitae.

   b. Letters of recommendation.

   c. A performance portfolio which includes:

      i) A personal statement evaluation of the applicant's performance in the areas of teaching, professional development, and community service.

      ii) Formal evaluations of teaching, including all student, department chair, and dean evaluations, or library service.

      iii) Evidence of performance in each of the following three areas:

         a) Teaching or library service (or other assignments);

         b) Professional and scholarly growth; and

         c) Institutional and community service.

   d. Evaluations by the appropriate dean and chair.

2. Documentation may not be added after the initial submission of the application package except by prior agreement between the applicant and the Chair of the Promotion and Tenure Committee or if either of the following conditions exist:

   a. If any member of the committee believes that documentation submitted is inadequate, the applicant will be given a written request to supply additional documentation within one week.

   b. If any member of the committee does not understand the documentation submitted, the applicant will be given a written request to submit additional clarifying materials within one week of the request.

3. Only material pertaining to the faculty member's activities since the faculty member's last promotion (or initial appointment) may be included in the application package, except in those cases as stipulated in the Faculty Agreement.

The committee will review and consider all course and teaching evaluations, the complete personnel file, and recommendations of other faculty and staff.

### 4.6.2   Faculty Development Review

The participating faculty member will create a summary of accomplishments (similar to materials compiled for promotion).

A minimum of two other faculty will observe the participating faculty member's teaching and provide feedback.

The participating faculty member will compose a personal narrative or reflection.

The Dean will review materials (accomplishments and personal narrative) and meet with the faculty member to discuss strengths, opportunities for greater contribution, and to develop a plan that focuses on development and contribution.

## 4.7  Separation Policies

At times Saint Leo University or individual faculty members may find it necessary to sever their contractual relationship.  To protect the interests of both parties, categories of separation are here defined, and the policies and procedures related to each are set forth.

### 4.7.1   Resignation

Resignation is a severance action by which a faculty member voluntarily seeks to be released from an appointment with the University.  The effective date of a resignation shall coincide with the concluding date of the semester or the academic year, so as to avoid disruption of the work of the University, provided that the faculty member gives at least 60 calendar days notice in writing to the Vice President of Academic Affairs and the President.  Alternatively, an effective date may be mutually agreed upon by the faculty member and the President.

### 4.7.2   Retirement

There is no mandatory retirement age for faculty at the University.  Some benefits upon retirement, however, do have contract and service limits.  Individuals who are planning to retire are requested to notify the Vice President of Academic Affairs, the Department Chair, and the Human Resources Director at least six months prior to the planned retirement date.  The Human Resources Director will provide the individual with information about employee benefits upon retirement.

See also Article 15, Section 11 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document for information on Faculty Employment Phase-out for full-time, tenure track faculty.

### 4.7.3   Expiration of Term/Non-Renewal

#### 4.7.3.1   Tenure Track Faculty

See Article 10, Section 1 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

### 4.7.4    Layoffs

See Article 10, Section 2(b) of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document for the policy pertaining to represented faculty.

### 4.7.5    Dismissal for Cause

See Article 10, Section 2(a) of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

## 4.8  Faculty Rights and Responsibilities

See Article 14 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

### 4.8.1    Academic Freedom

See Article 4 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

### 4.8.2    Outside Employment

See Article 5, Section 2 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

### 4.8.3    Copyright and Patents

See Article 5, Section 3 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

### 4.8.4    Overload Teaching

See Article 5, Section 4 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

### 4.8.5    Professional Relationships

Saint Leo University's educational mission is promoted by professionalism in faculty-student and faculty-faculty relationships.  Professionalism is fostered by an atmosphere of mutual trust and respect.   Actions  of  faculty  and  students  that  harm  this  atmosphere  undermine professionalism and hinder fulfillment of Saint Leo University's educational mission.  Trust and respect are diminished when those in position of authority abuse, or appear to abuse, their power. Those who abuse their power in such context violate their duty to the Saint Leo University community.

### 4.8.6    Research Activities Policy

The following statement of policy on research activities at Saint Leo University is intended to conform to the University's purpose values and objectives.  As such, it emphasizes the need for

all research programs to maintain the highest ethical standards of scholarship and research. This policy shall be implemented in ways that encourage and guarantee academic freedom.

At the undergraduate level, effective teaching and advising are the primary goals of the University. As graduate programs develop at Saint Leo University, the importance of research in these programs will grow. However, opportunities for achievement in creative and scholarly areas other than research must continue to be made available to faculty. This must be encouraged through support comparable to that given to academic research (i.e., released time, funding). Other creative and scholarly activities include the results of innovate work in the fine arts, innovative interpretations in the performing arts, theoretical or historical writing, textbook production, development of educational tools, and other similar endeavors.

### 4.8.6.1    Administration of Research

#### *4.8.6.1.1  Conformity with Institutional Purposes*

Whenever possible, Saint Leo University's commitment to teaching and to its social, ethical, and spiritual values will be reflected in research activity.

Institutional purposes are reflected in the University's divisional and departmental structure and by the degrees offered.

Research undertaken shall be compatible with this structure, thus encouraging maximum student and faculty involvement, interdisciplinary work, teaching enhancement, and positive external visibility for Saint Leo University's programs based on the dissemination of high quality research reports.

#### *4.8.6.1.2  Contractual Research Responsibility*

Deans, directors, and chairs will provide guidance support and approval for the design and implementation of research projects, whether externally funded or not. It is assumed that staff supervision and ongoing project management, as well as the details of research design and implementation, will be the responsibility of the appropriate researcher(s).

Administrative leadership shall include the following:

1. Dissemination of research opportunities;

2. Specific workload adjustments for proposal preparation;

3. Clerical and other support for proposal preparation;

4. Assertive seeking of resources for faculty to communicate research reports at professional and scholarly meetings and through publications; and

5. Periodic dissemination of information about new, ongoing, and completed research.

### 4.8.6.1.3 Division of Responsibility between Research and Other Activities

For grant and contract research, as well as for institutional University sponsored research, faculty research assignments may vary from small portions to full-time. Ideally, however, research assignments should allow some continued teaching involvement.

Whenever faculty members engage in research as individuals (either as pro-bono or paid consultants) outside the aegis of the University, it is expected that they will continue to meet their University obligations. Faculty will seek authorization from their deans, directors, or chairs with respect to external research commitments.

### 4.8.6.1.4 Salary Issues

Salaries for research projects shall be determined on a case-by-case basis by the Vice President of Academic Affairs within the guidelines of normal University practice and requirements of granting agencies. Salary supplements during the year will be available if released time from teaching cannot be granted and research must be conducted simultaneously. As a practical matter, it is suggested in such cases that the teaching be defined as the overload and reimbursed at the standard overload rate. Individuals' salaries included in grant budgets shall, except in unusual circumstances, be equivalent to their existing University salaries.

### 4.8.6.2   Institutional Control

There is the need to balance:

1. The individual faculty member's freedom to do research with outside funding; and

2. The University's need to fit such research into its overall plans and values (financial, hiring, resources).

The University must not become overly dependent on outside funding for research, but must have a continuing financial commitment to the research program. That is, some research funds shall be routinely included in the University budget within the limits of available resources.

### 4.8.6.2.1 Primacy of Teaching

Saint Leo University faculty members are expected to meet all of their obligations, including teaching, advising, service to the University and community, and research and its dissemination through presentation and publication.

Research and professional development both funded and unfunded, increases the quality of education and the knowledge of the faculty, and neither type of professional development activities and research should be considered more important or useful than the other. It should, therefore be recognized as an asset when promotions and continuing contracts are being considered. However, professional development research shall not supersede teaching effectiveness as the single most important criterion for promotions and continuing contracts.

### 4.8.6.2.2 *Expenditure of Research Funds*

Grant funds are supervised by the Office of the Vice President of Academic Affairs of Saint Leo University. They shall be disbursed in accordance with existing University policies, practices, and customs. These funds shall be made available to the investigator-researcher as quickly and as easily as possible.

The University's Business Affairs Office makes budgeting assistance available to researchers preparing grant proposals. In administering these funds, care should be taken that the research project receive all support for budgetary items submitted in the grant application and for reasonable exigencies.

Other items which might be needed, but which were not budgeted, should be made available within the policies, practices and customs of the University, but on an expedited basis. Any funds which remain unspent at the conclusion of the project shall be disposed of in accordance with the directions of the granting agency.

### 4.8.6.3    Freedom of Investigation

Freedom of investigation rests upon four understandings:

1. The University reserves the right to accept only contracts or grants which permit it to disclose:

   a. The existence of the grant or contract;

   b. The identity of the sponsor (or prime sponsor of a subcontract); and

   c. The objectives or purpose of the proposed project.

2. The University will not enter into any contract or grant which explicitly or implicitly interferes with the disclosure of independent recommendations or objective conclusions, nor which allows any external bias of valid results.

3. The University will not enter into any contract or grant which specifically prevents the free exchange of ideas or prohibits the free publication of results, except as indicated in paragraph 4 below.

4. It is recognized that contracts or grants may legitimately vest proprietary rights in products or by-products, such as patentable inventions, in the sponsor of the contract or grant, and that the investigator may be required to protect these proprietary rights against disclosure. It is also recognized that contracts or grants may legitimately require preliminary or interim reports which are proprietary communications between the investigator or project director and the sponsor.

   a. Moreover, the practice of many funding agencies to require that results and reports be submitted to the sponsor for information and review before publication is viewed as normal and legitimate.

   b. The provisions stated in paragraphs 1 through 3 above may be waived by the President of the University after consultation with all appropriate bodies. The President shall inform all appropriate bodies of such waivers, except in time of national emergency officially

declared by the President or the Congress of the United States, when this policy will be rescinded.

#### 4.8.6.4    Implementation

The research policy is implemented as follows:

1. The Office of Institutional Advancement encourages greater research activity by members of the Saint Leo University faculty and professional staff.  This office assists the faculty and professional staff in identifying programs and grant funds for sponsored research.  It also coordinates research plans and projects with all proposals routed through this office and signed by its director and by the Vice President of Academic Affairs.  The office compiles current annual reports of research results and disseminates them where appropriate.

2. When feasible, a University Research and Professional Development Fund administered by the appropriate committee provides University funds for some of the projects which are not funded by external sources and provides seed money for projects which may be funded later by external sources.  Initially, research facilities and capital expenditures for research may have to be provided by the University.  As the research progresses, other sources may be found to support it.

3. The library provides adequate research related resources, such as research books, periodicals, and electronic search, and retrieval systems.

### 4.8.7    Protection of Human Subjects in Research

#### 4.8.7.1    Background

Scientific and Social Science Research has produced substantial benefits to society through expansion of knowledge about the world and application of this knowledge toward improving the conditions of life for its inhabitants.  It has also posed some troubling ethical questions, especially where human beings serve as human subjects in research.

Human beings comprise a varied and desirable pool of subjects for many types of research.  Over the years in which research using human subjects has been conducted there have been times when the rights of these subjects have been compromised.  In addition, there has been concern for the physical health, psychological and social well-being, and safety of subjects. As a result, rules and regulations have been instituted by governmental agencies and professional societies in order to safeguard the rights of humans in research.

Prior to the 1940's, research involving human subjects was conducted without formal guidelines to insure adherence to ethical principles.  During the Nuremberg Trials following World War II experimental atrocities conducted by the Nazi regime were exposed to worldview. These studies frequently violated rights of human research subjects, inflicting permanent damage and death on selected groups of people.  In 1947 the Nuremberg code was developed as a set of standards for judging  physicians  and  scientists  on  trial  for  conducting  biomedical  experiments  on concentration camp prisoners.  The World Medical Association set forth moral and scientific principles for the conduct of medical research in 1964, the Declaration of Helsinki.  These two

codes became the prototype for many later professional and governmental codes intended to provide standards for the conduct of ethical research.

Although the Declaration of Helsinki was adopted by many institutions sponsoring clinical research, violation of human subjects' rights continued to occur (Jewish Chronic Disease Hospital Study – 1960's; US Public Health Service's Tuskegee Syphilis Study - 1932-1972). Public outrage was influential in stimulating governmental action to control the performance of human research sponsored by the government.

In 1973, the Department of Health, Education and Welfare published strict regulations requiring all research involving human subjects to undergo institutional review. In order to clarify ethical issues involved in biomedical and behavioral research involving human subjects, and to establish guidelines based on these principles, the National Commission for the Protection of Human Subjects of Biomedical and Behavioral Research was formed. In the Belmont Report, 1979, the Commission published guidelines for research based on three ethical principles relevant to human subjects in research: the principles of respect for persons, beneficence, and justice.

In response to the Belmont Report, the Department of Health, Education and Welfare promulgated a new set of regulations which now serve as basic policy for the protection of human subjects in all research activities conducted by the Department as well as research conducted by individuals or institutions receiving Departmental funding. These rules and regulations are contained in Part 46 of Title 45 of the Code of Federal Regulations (45 CFR 46). All changes in the code are published in the Federal Register.

The Human Subjects Policy of Saint Leo University is based on an appreciation of historical antecedents which demonstrate the need for continued vigilance to keep research ethical. The need to support the research endeavor in the never-ending quest for knowledge must be guided by ethical principles which safeguard human rights.

### 4.8.7.1.1 Introduction

The intent and mission of Saint Leo University requires the pursuit of exemplary educational practices guided by basic ethical principles and Catholic values. The same high moral standards which characterize the teaching that is so highly prized within this University must be applied also to all research conducted under the auspices of this institution. Accordingly, the philosophy of Saint Leo University affirms that such research must conform to the moral, scientific, and ethical principles which justify its conduct.

Research must be conducted by qualified and responsible professionals who assume an ethical responsibility for their research. Research shall be preceded by careful assessment of the inherent risks in comparison to the foreseeable benefits to the subjects and to others. According to documents prepared by the federal government and professional societies, this means that participants may not be exposed to risks greater than those normally entailed in day-to-day life, without their prior knowledge and consent.

Exposure to such potential harm, whether physical or psychological, has been termed being "at risk." The research shall not be carried out unless the importance of the research project is in proportion to any inherent risks to the subjects. Professional care and concern for the individual must be hallmarks of any research project before the findings can be considered by the scientific community. This means that extreme caution must be exercised when research is performed in

which the personality, beliefs, or values of the subjects are vulnerable to alteration or manipulation. This also means that full and fair disclosure will be provided to subjects or their legal guardians of all known and hypothesized risks and the probability of their occurring, if that probability is known. Subjects or their legal guardians must give informed consent to participate in research, and they must be free to withdraw from such participation at any time without adverse consequences.

Any research involving human subjects which is conducted under the auspices of Saint Leo University must meet the requirements of Saint Leo University for the protection of human subjects. In some instances, compliance with the human subjects policies of the federal government and other agencies may be required. Accepting funds or utilizing subjects and/or other resources from an outside agency obligates the researcher to abide by the policies of that agency in addition to those of Saint Leo University. This includes human subjects protocols.

The purpose of the policy described in this document is to protect the rights of the persons who serve as subjects in behavioral research. It is based on the ethical principles embodied in the Belmont Report, (on reserve at the Cannon Memorial Library), and accords with the requirements of the USA Department of Health and Human Services (on reserve at the Cannon Memorial Library). It establishes the administrative structure and operational procedures for review of research protocols and record keeping.

Although the primary concern of the Human Subjects Policy described in this document is to protect human rights, there is sensitivity to the problems faced by researchers. Though the policy and review system may sometimes appear cumbersome, the efforts to articulate and enforce standards are worthwhile because they not only protect the rights of the individual, but maintains public acceptance of researchers' endeavors.

### 4.8.7.1.2 *Ethical Principles*

The philosophy of Saint Leo University, as a Catholic institution, is grounded in Judeo-Christian traditions. Respect for these traditions provides a foundation for the Human Subjects Policy. In addition, three basic ethical principles are particularly relevant to the ethics of research involving human subjects. These are the principles of respect for persons, beneficence, and justice (Belmont Report, 1979). Based on these principles, four basic rights have been formulated which comprise the guidelines for the protection of research subjects. These rights include the right not to be harmed, either physically, mentally, emotionally, legally, financially, or socially; the right to full disclosure; the right of self determination without constraint, coercion, or undue influence; and the right to privacy, anonymity, and confidentiality (Wilson, 1985). Assurance that these rights have been safeguarded is reflected in the contents of an appropriate consent form that will be developed for each individual project (that is non-exempt according to 45 CFR 46.101.b).

### 4.8.7.2   Definitions

1. Anonymity: Anonymity is the protection of the participant in a study such that even the researcher cannot link the participant with the information provided.

2. Assurance: Assurance is a written document which states compliance with the requirements set forth in specific rules and regulations generated by the Department of Health and Human Services or other organizations for the conducting of research.

3. Blanket Consent: Blanket Consent is a statement that covers multiple research studies and is issued when the subjects are in a setting where experimentation is the rule rather than the exception (i.e., laboratory school)

4. Confidentiality: Confidentiality is the protection of participants in a study such that their individual identities will not be linked to the information they provided and publicly divulged.

5. Debriefing: Debriefing refers to informing the subjects about the nature of the deception in the experimental session of which they were a part.  This occurs immediately after the session.  The researcher communicates the nature of the deception, the rationale for it, and opportunity to discuss the research and the subjects' feelings.

6. Deception of Subjects: Deception of subjects refers to research which is conducted without the subjects' full knowledge of what the research entails or research which is described as something other than what it really is.  Such research may or may not place the subjects at risk.

7. Exempt Research: Exempt research refers to categories exempted from IRB review and informed consent requirements by 45 CFR 46.101.b.  Such research includes several forms of educational research; anonymous or non-sensitive social survey research, observational research, and archival research; study of public records; study of programs under the Social Security Act or other public benefits or service programs.

8. Human Subject: Human subject means a living individual about whom an investigator (whether professional or student) conducting research obtains:

   a. Data through intervention or interaction with the individual; or

   b. Identifiable private information.

9. Informed Consent: Informed consent refers to the subject's agreeing to a written statement of what the subject's role in the research is, expected benefits to subjects and society, and including a full and fair disclosure of the events to which a subject will be exposed and any known, probable, or possible inherent risks.  Nothing contained in the statement may be deceptive.  The subject's participation is voluntary and the subject has the right to withdraw from the experiment at any time.

10. Intervention: Intervention includes both physical procedures by which data are gathered (for example, venipuncture) and manipulations of the subject or the subject's environment that are performed for research purposes.

11. Interaction: Interaction includes communication or interpersonal contact between investigator and subject.

12. Minimal Risk: Minimal risk means that risks of harm anticipated in the proposed research:

    a. Involve consequences that are not of great and devastating magnitude (such as death, life-threatening illness, suicide, etc.); and,

b. Considering probability, are not greater than those ordinarily encountered in daily life or during the performance of routine physical or psychological examinations or tests.

Regardless of the probability of occurrence, and even if that probability is remote, consequences of great and potentially devastating magnitude rule out the possibility that risk is minimal.

13. Participation of Minors: Participation of minors refers to the subjects in a research study who are under the age of eighteen. Written consent of parents or guardians is required. The minor's assent to participate shall also be obtained for minors between the ages of seven and eighteen.

14. Private Information: Private information includes information about behavior that occurs in a context in which an individual can reasonably expect that no observation or recording is taking place, and information which has been provided for specific purposes by an individual and which the individual can reasonably expect will not be made public (i.e. a medical record). Private information must be individually identifiable (i.e. the identity of the subject is or may readily be ascertained by the investigator or associated with the information) in order for the obtaining of this information to constitute research involving human subjects.

15. Research: Research means a systematic investigation designed to develop or contribute to generalizable knowledge. Activities in demonstration and service programs which meet this definition constitute research.

16. Risk: Risk refers to exposure which may be potentially harmful, either physically or psychologically, to the subject.

17. Voluntary Participation: Voluntary Participation refers to a subject's participation in the research by choice after a full and fair disclosure of all potential risks and the subject's acknowledgment that the nature and quality of those risks are understood and appreciated. This includes the option for the subject to withdraw from the study at any point in time.

18. Vulnerable Subjects: Vulnerable subjects are categories of subjects such as children, fetuses, the mentally disabled, the elderly, captives, the sedated, and the unconscious who may not be able to evaluate the risks of participating in a study by virtue of diminished capacity to give free and informed consent.

### 4.8.7.3   University Policy and Statement of Compliance

#### 4.8.7.3.1 The Institution

Saint Leo University, hereinafter referred to as "Institution," accepts responsibility for protection of the rights and welfare of human research subjects of all research at this institution involving human subjects. Research activities covered by this policy include the following:

1. The research that is sponsored by this institution, or research that is conducted by or under the direction of any employee or agent of this institution in connection with the individual's institutional responsibilities, or in which the employee or agent has authorization to list this institution as the individual's university affiliation; or

2. Research that is conducted by or under the direction of any employee or agent of this

institution using any property or facility of this institution; or

3. Research that involves the use of this institution's non-public information to identify or contact human research subjects or prospective subjects.

4. Excepted from this policy is research specified as exempt for 45 CFR 46.101.b and/or research conducted by students as exercises in courses designed to teach research methodology, provided that the research is not to be disseminated beyond that class, external funding is not involved, and the appropriate School or Department ensures human subject protection through its own internal review processes and informed consent procedures consistent with 45 CFR 46.

The institution will comply with the U.S. Department of Health and Human Services regulations on Protection of Human Subjects set forth in 45 CFR 46 when participating in projects and activities supported directly or indirectly by grants, contracts or awards for research, development and related activities, from the Department of Health and Human Services.

This institution will establish and maintain an institutional review board (IRB) competent to review projects and activities that involve human subjects regardless of the source of funding. The IRB will be assigned responsibility to determine for each project and activity as planned and conducted whether:

1. The rights and welfare of subjects are adequately protected and risks minimized, consistent with 45 CFR 46 and the Belmont Report;

2. The risks to the subject are so outweighed by the sum of the benefit to the subject and the importance of the knowledge to be gained as to warrant a decision to allow the subject to accept these risks;

3. Legally effective informed consent will be obtained and documented by adequate and appropriate methods in accordance with the regulations of the Department of Health and Human Services (45 CFR 46.116 and 46.117);

4. The conduct of the activity will be reviewed at timely intervals, but at least annually after initial approval.

The institution will provide for committee reviews to be conducted objectively and in a manner to ensure the exercise of independent judgment of the members. Members will be excluded from review of projects or activities in which they have an active role or a conflict of interest.

The institution will encourage continuing constructive communication between the committee and the project directors as a means of safeguarding the rights and welfare of subjects.

The institution acknowledges that it will bear full responsibility for the proper performance of all work and services including the use of human subjects under any grant or contract covered by this policy, including continuing compliance with pertinent state or local laws, particularly those concerned with informed consent.

The institution will also provide whatever professional attention or facilities are required to safeguard the rights and welfare of human subjects involved in research.

The institution will provide each individual at the institution conducting or reviewing human subject research (i.e., the principal investigators, department head, research administrators, IRB members) with a copy of this institutional assurance of compliance and copies of any future

modification which may be made to this assurance, with the exception of changes in IRB membership.

The institution will maintain appropriate and informative records of committee review of applications and active projects of documentation of informed consent, and other documentation that may pertain to the selection, participation and protection of subjects, and to reviews of circumstances that adversely affect the rights or welfare of individual subjects.

The institution will at least annually assure through appropriate administrative overview that the practices and procedures designed for the protection of the rights and welfare of subjects are being effectively applied in research under the institution's purview and are consistent with the policies of the Department of Health and Human Services of the U.S. Government.

### *4.8.7.3.2  The Institutional Review Board*

All applicable research will be reviewed by an Institutional Review Board (IRB) to insure human subject protection.

The IRB has the responsibility and authority to review, approve, disapprove, or require changes as appropriate in research activities involving human subjects.

When research covered by this policy is conducted at or in cooperation with another entity, all research policies of this institution remain in effect. This institution may accept the review of an IRB established at another entity in compliance with provisions of 45 CFR 46. Such acceptance must be in writing, approved, and signed (by the Vice President of Academic Affairs or designee) of this institution, and approved and signed by correlative officials of the other cooperating institution(s).

### *4.8.7.3.3  Human Subjects in Research*

The involvement of human subjects in research covered by this policy will not be permitted unless:

1. The research falls in a category specifically exempted by 45 CFR 46.101; or

2. The IRB has reviewed and approved the research protocol; or

3. An expedited review procedure has been followed in lieu of full committee review (see 45 CFR 46.110 and the University's adaptation of that guideline in this document.

If informed consent is required in accordance with 45 CFR 46.116, no research investigator shall involve any human being as a subject in research without obtaining legally effective informed consent of the subject or the subjects' legally authorized representative. This consent shall be augmented, as the research progresses, if new risks are determined.

1. The institution will also comply with the policies set forth in 45 CFR 46, subpart B, which prescribe additional protections to research, development, and related activities involving fetuses, pregnant women, and in vitro fertilization of human ova.

2. The institution will comply with the policies set forth in 45 CFR 46, subpart C, which provide additional protections for prisoners involved in research.

The institution will assume additional safeguards in research involving children (45 CFR 46, subpart D) and other groups determined by the IRB to be vulnerable.

### 4.9  Professional Development Policies

#### 4.9.1    Professional Development Fund

See Article 12, Section 1 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

#### 4.9.2    Reassigned Time

See Article 12, Section 3 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

#### 4.9.3    Sabbatical Leave

See Article 12, Section 2 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

#### 4.9.4    Professional Dues and Meetings

All faculty members are encouraged to join appropriate learned and professional societies, to attend their meetings, and to participate in their activities.  Requests for absence to attend meetings or conventions shall be presented to the Department Chair.  If such meetings interfere with classes or other University duties, faculty are expected to make satisfactory provision to take care of the classes or other duties.

### 4.10 Faculty Work Load and Working Conditions Policies

#### 4.10.1   Instructional Work Load

Full-time, non-Center based faculty shall adhere to the work load policies outlined in Article 14, Section 3 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

Full-time Center based faculty teach 9 or 10 courses per year as designated by contract and conduct ten office hours per week, six of which must be scheduled.  Center based faculty may conduct office hours live or via Internet.  In addition, 3 courses per year may be taught as an overload for a total of no more than 12 courses per year without the explicit written permission from the appropriate School Dean.

The adjunct and annual contract faculty (15-16 week) load is 10 courses per year maximum.  No more than 4 courses may be taught by an adjunct in any semester.

The adjunct and annual contract faculty (8 week, 6 term) load is 10 courses per year maximum with no more than 2 courses taught in any term.

Full-time faculty with an academic advising appointment teach 5 courses per year as a regularly scheduled part of their duties and may teach up to 5 courses per year on an overload basis. These faculty members must maintain up to a maximum of twenty-five office hours per week as scheduled by their Center Director.

Full-time staff without a visiting faculty appointment may teach a maximum of 6 courses per year, but no more than one per term/semester/session.

Any exceptions to this policy must be recommended by the appropriate Department Chair to the Academic Dean responsible for the faculty member's teaching area.  All exceptions must be approved by the Vice President for Academic Affairs.

### 4.10.2   Non-Instructional Work Load Duties

See Article 14 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

#### 4.10.2.1  Advising/Office Hours

See Article 14, Section 6 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

#### 4.10.2.2  University Functions

See Article 14, Section 7 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

### 4.10.3   Classroom Instruction and Related Responsibilities

See Article 14, Section 2 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

### 4.10.4   Political Activity

Faculty members, as citizens, are free to engage in political activities.  Any member of the faculty who wishes to engage in direct political activity which will involve a substantial amount of time away from the performance of Saint Leo University responsibilities (e.g., holding or running for political office, managing a campaign, directing group action on behalf of a political candidate or issue) is expected to work out a mutual agreement for leave of absence with the Vice President of Academic Affairs before undertaking such activity.  The terms of such leave of absence will be set forth in writing.

### 4.10.5   Plagiarism

Plagiarism is not limited to the academic community, but the taking over of the ideas, methods or written words of another individual, including those of students, without acknowledgment and with the intention that they be taken as the work of the deceiver is not unknown at institutions of higher learning.  Plagiarizing the work of another, particularly the work of one's students, is the

antithesis of the honest labor that characterizes true scholarship and without which mutual trust and respect among scholars is impossible.

Accordingly, every faculty member should scrupulously recognize all intellectual debts owed, be they in the form of ideas, methods or expressions, by means of an appropriate form of communication and acknowledgment. Any discovery of suspected plagiarism should be reported to the appropriate Department Chair who will bring the matter to the attention of the affected parties, the Vice President of Academic Affairs, and, as appropriate, to the community at large – typically through reviews in or communications to relevant scholarly journals.

Scholars must make clear the respective contributions of colleagues on a collaborative project, and professors who have the guidance of students as their responsibility must exercise the greatest care not to appropriate a student's ideas, research, or presentation to the professor's benefit; to do so is to abuse power and trust.

### 4.11 Faculty Compensation and Benefit Policies

#### 4.11.1   Faculty Compensation

See Article 13 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

#### 4.11.2   Faculty Benefit Policies

See Article 15 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document.

### 1.8 Faculty Grievance Policy

See Article 8 of the August 16, 2005 – September 26, 2008 Faculty Collective Bargaining Agreement document for the policy applicable to represented faculty.

**Volume IV-A**
**Faculty Collective Bargaining Agreement**

## 4A.0    Faculty Collective Bargaining Agreement

### 4A.1    Preamble

This Agreement is entered into by and between Saint Leo University Incorporated, the Employer, and the United Faculty of Saint Leo University, United Faculty of Florida, hereinafter referred to as UFSLU, which had been defined as the appropriate unit in Certification of Representative issued by the National Labor Relations Board in Case No. 12-RC-4999 on May 26, 1976, affiliated with the National Education Association, Florida Education Association, American Federation of Teachers, American Federation of Labor and Congress of Industrial Organization.   This Agreement is applicable only to "Faculty" at the Saint Leo University Campus in Saint Leo, Florida.

The Agreement is entered into with the acceptance of the Mission of Saint Leo University.  The Mission Statement is:

"Saint Leo University is a Catholic, liberal arts-based university serving people of all faiths. Rooted in the 1,500-year-old Benedictine tradition, the University seeks balanced growth in mind, body and spirit for all members of its community.  On its home campus and many regional continuing education centers, Saint Leo University offers a practical, effective model for life and leadership in a challenging world, a model based on a steadfast moral consciousness that recognized the dignity, value and gifts of all people."

To accomplish its mission, the University community creates a student-centered environment in which love of learning is of prime importance.   Members of the community are expected to examine and express their own values, listen respectfully to and respond to the opinions of others, serve the community in which they live, welcome others into their lives and care for all of God's creations.

### *4A.1.1    Articles*

#### 4A.1.1.1    ARTICLE I – RECOGNITION

##### *4A.1.1.1.1    Section 1.  Faculty Contract Negotiations*

For the purposes of this agreement, the Employer, Saint Leo University, Incorporated, recognizes UFSLU as the bargaining agent for the purpose of collective bargaining with respect to wages, rates of pay, hours, and other terms and conditions of employment for only Faculty employees actually located at The Saint Leo University Campus in Saint Leo, Florida.  Those included in the bargaining unit are:

All full time Faculty members employed by Saint Leo University at Saint Leo, Florida, only, including Faculty Librarians; but excluding Visiting Faculty members, part-time Faculty members, School Nurse, Director of Physical Education and Athletics, Graduate Program Directors, Director of Library Services and other Directors, Faculty Department Chairs, Academic Deans and all other employees, guards, managers, and supervisors.

Inasmuch as Florida is a right-to-work state, any Faculty member shall have the right to join or assist UFSLU, or engage in other concerted activities or other mutual aid or protection, or shall have the right to refrain from any or all of such activities.

### 4A.1.1.1.2 Section 2. Meetings

It is understood that nothing contained in this Agreement shall be construed to prevent the Board of Trustees of the University or any member thereof or any official of the University Administration from meeting with any individual or organization to hear views on any matters; provided, however, that in the event of such meeting taking place that no agreement may be made without negotiating with UFSLU where such meeting is contrary to this Agreement or is a proper subject of collective bargaining.

## 4A.1.1.2 ARTICLE 2 – DEFINITIONS

### 4A.1.1.2.1 Section 1. University

The term "University" as used in this Agreement shall mean Saint Leo University, Incorporated, governed by its Board of Trustees, or the University's duly authorized representative.

### 4A.1.1.2.2 Section 2. UFSLU

The term "UFSLU" as used in this Agreement shall mean the United Faculty of Saint Leo University, United Faculty of Florida, affiliated with the National Education Association, Florida Education Association, American Federation of Teachers, American Federation of Labor and Congress of Industrial Organization or its duly authorized representative.

### 4A.1.1.2.3 Section 3. Faculty

The term "Faculty" as used in this Agreement shall mean all full time Faculty members employed by Saint Leo University at Saint Leo, Florida, only, including Faculty Librarians; but excluding Visiting Faculty members, part-time Faculty members, School Nurse, Director of Physical Education and Athletics, Graduate Program Directors, Director of Library Services and other Directors, Faculty Department Chairs, Academic Deans and all other employees, guards, managers, and supervisors.

### 4A.1.1.2.4 Section 4. Visiting Faculty

"Visiting Faculty" as used in this agreement shall mean a person hired in order to replace a Faculty member on leave or to add a specialty to the academic program for no more than five years.

### *4A.1.1.2.5    Section 5.  Department Chair*

The term "Department Chair" as used in this Agreement shall mean a Faculty member who has accepted Academic Administrative duties in exchange for course reduction as determined appropriate by the Vice President of Academic Affairs (VPAA) in consultation with the dean and the chair.   The Department Chair is responsible for the management and supervision of an academic department(s) within the University.  See Article 5, Section 5 for status of bargaining unit Faculty serving as Chair.

### *4A.1.1.2.6    Section 6.  Graduate Program Director*

"Graduate Program Directors" as used in this Agreement shall mean an Academic Administrative appointment, responsible for the management and supervision of graduate programs of the University.

### *4A.1.1.2.7    Section 7.  Director of Library Services and other Directors*

The term "Director of Library Services" as used in this Agreement shall mean an administrator appointed by the Vice President for Academic Affairs (VPAA) and approved by the President, to manage the Library.  Other academic program directors shall include those appointed by the VPAA and approved by the President.

### *4A.1.1.2.8    Section 8.  Academic Dean*

The term "Academic Dean" as used in this Agreement shall mean an Academic Administrative appointment, appointed by the VPAA and approved by the President, to manage an academic school within the University**.**

### *4A.1.1.2.9    Section 9.  Vice President of Academic Affairs*

The term "Vice President of Academic Affairs" as used in this Agreement shall mean an administrator appointed by the President to manage the academic program of the University.

### *4A.1.1.2.10   Section 10.  President*

The term "President" as used in this Agreement shall mean the chief executive officer of Saint Leo University.

### *4A.1.1.2.11   Section 11.  Board*

The term "Board" as used in this Agreement shall mean the full Board of Trustees of Saint Leo University or its duly authorized representative.

#### 4A.1.1.3 ARTICLE 3 – UNION RIGHTS AND RESPONSIBILITIES

##### *4A.1.1.3.1 Section 1. Board of Trustee*

Along with the President and the Board of Trustees, UFSLU, a major Saint Leo stakeholder agrees with the goal of promoting a one-university culture.

##### *4A.1.1.3.2 Section 2. Bulletin Boards*

UFSLU may post official notices relating to UFSLU activities in the Faculty mailrooms.  The boards shall be purchased and maintained by UFSLU.

##### *4A.1.1.3.3 Section 3. Communication with Members*

UFSLU shall have the right to communicate with members of the bargaining unit by use of the University's established mail system(s).  Officers of UFSLU -- President, Vice President, Secretary, Treasurer, and Grievance Officers -- may use University copying facilities as available during normal University business hours and shall pay the standard rate.

#### 4A.1.1.4 ARTICLE 4 – ACADEMIC FREEDOM

##### *4A.1.1.4.1 Section 1. General Statement*

Saint Leo University Incorporated is a Catholic institution that recognizes the teachings of the Roman Catholic Church as morally binding.  While the University does not require that members of the Faculty practice or profess the Catholic faith, nor accept the teachings of the Roman Catholic Church as personally binding, the University does require that all Faculty members recognize, understand, and support the institution's mission, which is established through Roman Catholic Doctrine.

Saint Leo University stands committed to the American Association of University Professors (AAUP) principles articulated in the 1940 AAUP statement and in more recent adoptions of AAUP policy and has endorsed the guidelines of the AAUP on this subject.

College and university teachers are citizens, members of a learned profession, and officers of an educational institution.  When they speak or write as citizens, they should be free from institutional censorship or discipline, but their special position in the community imposes special obligations.  As scholars and educational officers, they should remember that the public may judge their profession and their institution by their utterances.  Hence they should at all times be accurate, should exercise appropriate restraint, should show respect for the opinions of others, and should make every effort to indicate that they are not speaking for the institution.

##### *4A.1.1.4.2 Section 2. Teaching*

Teachers are entitled to freedom in the classroom in discussing their subject, but they should be careful not to introduce into their teaching controversial material that has no relation to their subject.  The distinction between education and advocacy is instructive in this regard.  It is appropriate for Faculty to engage in discussions of controversial matters that are relevant to their

disciplines while engaging in the education of students. It is not appropriate in the classroom to serve as advocates for positions that are contrary to the teachings of the Catholic Church outside of their disciplinary and educational boundaries. This article will not be construed as limiting the Faculty member's right to determine what materials are relevant to the objectives of a course.

The University supports the full freedom of all Faculty to teach in the classroom. The faculty is subject to the strictures associated with usual academic custom, usage, and case law as well as to those requirements specified in the University's curriculum guides. Such freedom customarily includes the right to select those materials and teaching methods consistent with the relevant curriculum guides approved by departmental Faculty and Deans, and provided by the University.

### 4A.1.1.4.3    Section 3.  Research and Publication

All Faculty members are entitled to full freedom to conduct professional or scientific research. Teachers are entitled to full freedom in research and in the publication of the results, subject to the adequate performance of their other academic duties; but research for pecuniary return should be based upon an understanding with the authorities of the institution.

## 4A.1.1.5    ARTICLE 5 – FACULTY RIGHTS

### 4A.1.1.5.1    Section 1.  Personnel Records

The University will maintain two official sets of personnel records for full-time Faculty. Personnel records are maintained in two locations to meet both SACS and legal regulations. The record maintained in the Human Resources Office contains some privileged materials that are not maintained in the Academic Affairs Office. The record in the Academic Affairs Office contains all materials relating to the Faculty members' teaching and professional duties including all evaluations of those professional activities. Students are not given access to the faculty records at any time. Personnel records are maintained by or can be accessed by only the following University personnel:

Human Resources Record: Director of Human Resources, Payroll Manager, Recruitment Coordinator, Benefits Coordinator, Assistant Payroll Clerk, Director of Academic Support Services, Human Resources Secretary/Coordinator or University legal representatives.

Academic Affairs Record: VPAA, Deans, Department Chairs, Executive Assistant to the VPAA, Director of Academic Support Services, Continuing Education Senior Coordinator, Continuing Education Personnel Coordinator, Continuing Education Assistant Personnel Coordinator, Director of Human Resources.

The files in each location will contain the following documentation:

Academic Affairs: Official faculty academic personnel file that will include current vita, official transcripts, teaching/faculty evaluations and annual appointment letters.

Human Resources: Official university personnel file that will include, but not limited to, a copy of the employee's vita, a copy of official transcripts, annual appointment letters, overload teaching contracts, benefit enrollment applications forms, change forms and all other documentation pertaining to personnel related issues and correspondence.

Upon written request, Faculty members may review and copy at the standard rate any material in their official personnel file. This review shall take place in the presence of a designated University official during regular business hours and normally within two workdays of the request.

Faculty members shall be provided a copy of any evaluative material at the time it is placed in their official personnel files. Such documents shall be marked "cc: Personnel File." Faculty members shall have thirty (30) working days from the time they become aware of such material to place a rebuttal of such material in their personnel files, if they so desire.

No evaluation material may be used in any action against any Faculty members subject to this Agreement, unless the material has been made available to the affected Faculty member at least ten (10) working days prior to said action, except in cases where a delay would endanger self or others or would violate the law or provisions of the faculty Agreement.

#### 4A.1.1.5.2    Section 2. Outside Employment

The UFSLU faculty contract obligates the Faculty member to devote his or her professional energies to meeting faculty responsibilities described in this agreement.

During the contract period, a Faculty member wishing to engage in any outside employment may, at their own discretion teach up to three academic-credits per semester for another institution.

A Faculty member wishing to teach two courses per semester, to work between eleven (11) and twenty (20) hours per week for another institution or firm, or to teach one course per semester and work up to ten (10) hours per week for another institution or firm, will provide the Dean of their school in writing, with the non-financial details of the employment. Normally, such a request must be made no less than one month before the proposed date the external employment will commence and no less than two week prior to the beginning of an academic semester. The Dean, after consulting with the appropriate Department Chair, will grant or refuse approval for the employment in writing prior to the start of the semester. In either case, a response normally shall be mailed within ten (10) business days of the date of the receipt of the request. If the request is refused, the reasons for the refusal must be given.

A Faculty member wishing to engage in outside employment that exceeds any of the provisions specified in the previous paragraph will provide the VPAA, in writing, with the non-financial details of the employment. Normally, such a request must be made no less than one month before the proposed date the external employment will commence and no less than one week prior to the beginning of an academic semester. The VPAA, after consulting with the appropriate Department Chair and Dean, will grant or refuse approval for the employment in writing prior to the start of the semester. In either case, a response normally shall be mailed within ten (10) business days of the date of the receipt of the request. If the request is refused, the reasons for the refusal must be given.

Approvals will be for a specified set time period not to exceed one year. Renewal of the approval will require a written reapplication by the Faculty member and review by the Dean or the VPAA.

As a courtesy, during the non-contract period, Faculty pursuing summer teaching assignments with other institutions should always disclose their planned activities with their Dean and Department Chair.

### 4A.1.1.5.3    Section 3.  Copyrights and Patents

Within the tradition of academic freedom as promulgated in the AAUP's 1940 Statement of Principles on Academic Freedom and Tenure, as revised "…it is the prevailing academic practice to treat the faculty member as the copyright owners of works that are created independently and at the faculty member's own initiative for traditional academic purposes.  Examples include class notes, syllabi, books and articles, works of fiction and nonfiction, poems and dramatic works, musical…works, pictorial, graphic and sculptural works, and educational software, commonly known as "courseware."  Faculty are free to enter into contractual agreements with the administration in which faculty may sell some or all of their intellectual property rights in a given work.

### 4A.1.1.5.4    Section 4.  Overload Teaching

The University shall give preference in hiring to full-time Faculty members who wish to teach for COL, Distance Learning or the School of Continuing Education as an overload.  Information regarding upcoming class schedules will be made available on the University's website.  No more than one overload per semester is allowed, unless approved by the appropriate Dean, whose decision not to approve can be appealed to the VPAA.  Overloads of three or more per semester may only be approved by the VPAA.

### 4A.1.1.5.5    Section 5.  Status while Serving as Department Chair or Graduate Department Director

A Faculty member who chooses to accept Administrative duties as a Chair or Graduate Department Director shall for that period as Chair or Graduate Department Director retain all the rights, privileges, and benefits of their academic rank as contained in this agreement.  Further they shall also be protected and governed by all other terms and conditions of this agreement except as limited in Article 16 of this agreement.  Serving as Chair shall be at the pleasure of the University.  The Department Chair may not be terminated from the faculty except as provided in this agreement.  When relieved of administrative duties, the incumbent shall continue in his/her faculty position.

### 4A.1.1.6    ARTICLE 6 – NON-DISCRIMINATION AND DISABILITIES

The University and UFSLU recognize their responsibilities under federal, state, and local laws relating to fair employment practices and the principles involved in the area of civil rights.  They hereby reaffirm their joint commitment not to discriminate because of race, color, religion, sex, national origin, age, disabilities, creed and any other protected classes provided by federal, state or local laws.  For resolution of needed assistance or possible violations, including sexual harassment, grievance processes available to University employees will apply, in lieu of the grievance procedure outlined in this Agreement.

**4A.1.1.7    ARTICLE 7 – NO STRIKE**

UFSLU and the University subscribe to the principle that any and all differences shall be resolved by peaceful and appropriate means without interruption of the University academic program.  The University and UFSLU further agree that disputes which may arise between them shall be settled without resort to strike or lockout.  UFSLU, therefore, agrees that it shall not instigate and will actively discourage any work stoppage, strike, or suspension of work during the term of this Agreement.  Any violation of this clause invalidates the terms of the Agreement, which shall terminate immediately upon any such violation.

**4A.1.1.8    ARTICLE 8 – GRIEVANCE PROCEDURES**

*4A.1.1.8.1    Section 1.  Definition*

The University and UFSLU agree that they shall use their best efforts to encourage the informal and prompt settlement of all grievances, which may arise out of the interpretation of this agreement.  However, it is understood that nothing in this Agreement shall deny an individual Faculty members or a group of Faculty members the right to present an informal grievance individually or as a group to the University and have such informal grievances resolved without the intervention of UFSLU, so long as the resolution is consistent with the terms of this Agreement.  UFSLU shall be given the opportunity to be present at any proceedings pertaining to the resolution of such informal grievances.

A grievance is defined as a formal allegation by either a bargaining unit Faculty member, a group of Faculty members, or the UFSLU individually or on behalf of its members (herein after known as the grievant) that there is a dispute or disagreement with the University over the interpretation, application, performance, or terms of this Agreement.  No other matters shall be subject to the grievance procedure here in described.

*4A.1.1.8.2    Section 2.  Procedure*

4A.1.1.8.2.1    Step One

Within ten (10) working days of the date the grievant becomes aware that he or she has been aggrieved, shall request in writing an informal meeting with the appropriate Department Chair, or Academic Director, and the appropriate Academic Dean to present the grievance.  The Academic Dean shall schedule a meeting within ten (10) working days of such a request to discuss the grievance with the grievant(s).  The Academic Dean shall notify the Human Resources Officer of the University and UFSLU President of the request for a meeting and the scheduled date of the meeting.  The Human Resources Officer and the Grievance Officer shall serve as the timekeepers for the grievance procedure to insure that the meeting occurs within the prescribed ten (10) day period.

4A.1.1.8.2.2    Step Two

If the grievance is not resolved to the grievant' satisfaction at the informal meeting in Step One, then within ten (10) working days after the date of the meeting, the grievant shall present the grievance in written form to the VPAA and the UFSLU Grievance Officer, with a copy to the

Human Resource Officer (see form attached, Appendix A). The VPAA shall provide the grievant, the UFSLU Grievance Officer and the Human Resource Officer with a written answer within fifteen (15) working days of receipt of the formal grievance. If the VPAA is not able to meet this deadline, s/he will appoint a substitute within five (5) working days with the understanding that said individual shall respond to the grievant within the aforementioned fifteen (15) working days time period. The written grievance at this step and all steps thereafter shall contain the information shown in the original written grievance.

### 4A.1.1.8.2.3    Step Three

If the grievance is not resolved to the satisfaction of the grievant in Step Two, then within ten (10) working days after receipt of the VPAA response, the grievant may submit a request for review of the decision to the President. The President shall review the grievance and render a written decision to grievant(s) within ten (10) working days of receipt of the request for review of decision.

### 4A.1.1.8.2.4    Step Four

If the grievance is not resolved to the satisfaction of the grievant in Step Four, then within thirty working days after receipt of the President's response, the grievant may elect to follow the procedures and conditions of Article 9.

### *4A.1.1.8.3    Section 3.  Abandonment*

Failure of the University to observe any of the stated time limits in Steps One through Four shall allow the grievant to proceed to the next step in the grievance procedure. Failure of the grievant to appeal within the time limits set forth above shall terminate the grievance process with implementation of the decision rendered at the prior step. Any time limits established in the grievance process at any level may be extended by mutual consent of the parties upon written notice to the UFSLU Grievance Officer and the Human Resources Officer.

### *4A.1.1.8.4    Section 4.  Settlement*

The parties may settle the grievance at any step of the procedure set forth above. Said agreement shall be reduced to writing and signed by all parties with copies provided to the VPAA, the grievant, the President of UFSLU, and the Human Resources Officer.

### *4A.1.1.8.5    Section 5.  Grievance Investigations*

At the beginning of each academic year, UFSLU shall appoint two Faculty members who shall serve as Grievance Officers and submit their names, in writing, to the VPAA no later than September 10 of each academic year. The VPAA, the President, or the grievant may request a written report of the Grievance Officer's investigation.

### *4A.1.1.8.6    Section 6.  Representation*

The grievant in these proceedings shall have the right to representation by UFSLU at any step in these proceedings. The grievant shall not be required to discuss any grievance if the Grievance

Officer assigned is not present.  The University may likewise invite any member of management to attend any proceedings set forth in this Article.  The grievant and the University may invite witnesses at any point in the process.

#### *4A.1.1.8.7   Section 7.  No Reprisal*

No reprisal or recrimination of any kind shall be taken by the University against anyone because of participation in the procedures set forth in this Article.

### 4A.1.1.9     ARTICLE 9 – ARBITRATION

#### *4A.1.1.9.1   Section 1.  Conditions*

Only grievances which satisfy each of the following conditions and have been accepted by UFSLU for arbitration shall be subject to arbitration:

(a) The grievance was filed in writing as specified in Article 8 and processed in the manner and within the time limits prescribed in the Grievance Procedure.

(b) The written grievance and the written demand for arbitration clearly identified the Article, section, paragraph, and page of this Agreement which was allegedly violated.

(c) The demand for arbitration was made in writing to the President of the University within thirty (30) working days from the date the decision was rendered at the last step in the grievance procedure or failure of the University to observe any of the stated time limits in Steps One through Four.

#### *4A.1.1.9.2   Section 2.  Demand for Arbitration*

(a) The demand for arbitration shall state the specific provision or provisions of the contract alleged to be violated, the nature of the dispute, and the remedy requested.  Upon receipt of the demand for arbitration, the parties shall request the names of five (5) arbitrators from the American Arbitration Association which the location of any arbitration arising out of this Agreement shall be within the State of Florida.  If the parties are unable to agree on an arbitrator from the list, then the parties shall alternately strike one name from the list and the remaining name shall be the arbitrator.

(b) The parties may, at their option, agree in advance on the issues to be presented to the arbitrator.

(c) The decision of the arbitrator shall be final and binding on both parties, and it will be rendered in writing within thirty (30) days following the conclusion of the hearing.  The parties shall each bear the cost of preparing and conducting their own presentation, including payment of witnesses attending the hearing at their request.  The party ruled against shall pay the cost of the arbitrator, including fees, hearing room and the cost of the transcriber, if any.  The cost of the transcript and any associated copies shall be paid by the ordering party.

### 4A.1.1.9.3    Section 3.  Power of Arbitration

The arbitrator shall only have jurisdiction to determine whether or not the alleged violation of the Agreement occurred as described in the written demand for arbitration.  The arbitrator may consider, to the extent applicable, the entire contract in reaching such a decision.

However, the arbitrator shall have no power to add to, subtract from, modify, or alter terms of this Agreement, nor will the arbitrator have the power to arbitrate any matter, expressly or implicitly, excluded from arbitration.

### 4A.1.1.9.4    Section 4.  Resolution

Notwithstanding the expiration of this Agreement, any claim or grievance arising hereunder shall be processed through the grievance procedure and this Article until resolution.

### 4A.1.1.9.5    Section 5.  Reasons

The University shall not submit any reasons for its actions against the grievant that were not presented during the grievance procedure prior to arbitration.  Normally, the grievant change or modify the issues of his/her grievance prior to arbitration.

### 4A.1.1.9.6    Section 6.  Abandonment

Failure of the University to observe any of the stated time limits in Steps One or Two shall allow the grievant to proceed to the next step in the grievance procedure.  Failure of the grievant to appeal within the time limits set forth above shall terminate the grievance process with implementation of the decision rendered at the prior step.  Any time limits established in the grievance process at any level may be extended by consent of the parties upon written notice to the UFSLU Grievance Officer and the Human Resources Officer.

## 4A.1.1.10    ARTICLE 10 – FACULTY APPOINTMENTS

### 4A.1.1.10.1    Section 1.  Probationary Faculty Appointments

The VPAA shall consult with the appropriate Academic Director, Department Chair, Academic Dean and departmental and appropriate school Faculty in the appointment of new Faculty, hereinafter referred to as probationary Faculty, to the University.  The Vice President shall not, in any respect, be bound by any recommendation of an Academic Director, Department Chair, Academic Dean, or Faculty member.  Appointments to the Faculty of the University shall be made by the VPAA after consultation with the President of the University.  For purposes of tenure and promotion, Faculty who begin their duties after the start of the academic year and no later than the beginning of the second semester, shall count that entire academic year as service. The initial rank of probationary faculty shall be determined by the Vice President for Academic Affairs.  In addition, conditions for promotion and/or tenure must be stated in the initial appointment contract.

The probationary period for full-time tenure-track Faculty shall be a maximum of seven (7) years in length.  Appointments shall be of the following length in order from the first year:

The first year appointment is for one year;

The second year appointment is for one year;

The third year appointment is for two years;

The fifth year appointment is for two years; and

The seventh year appointment is for one year.

At the Faculty member's request, the probationary period may be extended for disability and for the purposes of child bearing or rearing if the Faculty member (male or female) is a primary or coequal caregiver of newborn or newly adopted children. This extension shall be granted only if the faculty requests and is granted full or partial leave of absence. The Faculty member shall be granted an extension of the probationary period for up to one year for each child not to exceed more than two one-year extensions.

The University may elect not to renew said Faculty member's employment upon any expiration date thereof during the probationary period for any reason whatsoever. If the University elects to exercise its rights under this section during any year of the probationary period, the following notification provisions shall apply:

Year 1 – Feburary1;

Year 2 – February 1;

Year 4 – November 15;

Year 6 – February 1;

Year 7 – March 1 or within five (5) working days of the conclusion of the Spring;

Board of Trustees Meeting, whichever is later.

All Tenure decisions must be ratified by the Board of Trustees. Tenure, if granted, will take effect on August 15 of the academic year immediately following the decision of the Board of Trustees. Promotion, if granted, will take effect on August 15 of the following academic year.

### 4A.1.1.10.2  Section 2.  Non-Renewal/Termination

Once tenure has become effective, a Faculty member will receive continuous employment for each successive year until retirement or until the Faculty member is terminated for just cause or reduction in force.

(a) Termination of Employment. A tenured Faculty member will be terminated from the university, only for Just Cause, which is defined as follows: academic incompetence, neglect of duties, incapacity to perform assigned faculty duties, misconduct, or moral turpitude. It is expressly understood by and agreed to among the parties that a full-time, tenured Faculty member who is also serving as the coach of an intercollegiate athletic team either may be suspended for a period of time without pay, or the coach's employment may be terminated if found to be involved in a deliberate and serious violation as defined by the NCAA regulations. Coaches are hired, evaluated, retained and dismissed by the Athletic Director. A Faculty member who no longer coaches returns to her/his full time faculty responsibilities.

(b) <u>Reduction in Force</u>.  Should the University foresee the need for a reduction in force during the terms of this agreement, the VPAA will notify UFSLU President in writing of the University's intent.  The notice will include the rationale for, and anticipated extent of, the reduction and the effective date of the reduction.  The rationale for a reduction in force may include man-made and natural disasters, acts of God, program termination or financial exigency.  The effective date of reductions in force will normally occur at the end of the current annual contract period of the affected Faculty members.  Notice of reduction in force to affected persons will provide a minimum notice of one academic term.  Contracts for less than a full academic year may be issued to provide the required minimum notice.  Written notice to UFSLU President, including the names of the faculty affected will be provided a minimum of thirty (30) calendar days prior to the anticipated notice date to affected persons.  In all cases of termination of appointment because of financial exigency, the place of the faculty member shall not be filled by a replacement within a period of three (3) years unless the released Faculty member has been offered reinstatement and a reasonable time in which to accept or decline it.  The University and UFSLU will negotiate any differences in the order of reduction and the order of recall.  Should negotiations not be concluded within twenty-six (26) calendar days of notice to UFSLU, the University will have the right to proceed with the notice requirement to the person(s).

#### 4A.1.1.10.3  Section 3.  Visiting Faculty

Years of service as a visiting or non tenure track Faculty member shall count toward the probationary period for a tenure-track position if the Faculty member is hired for a tenure-track position, and if the Faculty member decides to count some or all of these years toward the probationary period.  Visiting Faculty members may serve in a full time capacity for no more than five (5) years.

### 4A.1.1.11     ARTICLE 11 – PROMOTION AND TENURE

#### 4A.1.1.11.1  Section 1.  General Policy Regarding Promotion and Tenure

Saint Leo University, a Roman Catholic teaching university, commits to excellence as one of its six core values.  Promotion and Tenure are the means by which the University recognizes individual Faculty for excellence in their faculty role.  Tenure may be applied for and considered no sooner than the fifth year and must be applied for and considered in the sixth year.  Faculty denied tenure in the fifth year have the right to re-apply for tenure in the sixth year.  Faculty denied promotion may re-apply in any subsequent year.

The only exception to the above outlined tenure schedule can occur when the University wishes to hire faculty who have held a tenured position at the rank of Associate or Full Professor, at another baccalaureate degree granting college or university.  The University may hire this person with the contractual stipulation that this faculty member may apply for tenure in January of the second year.  The application will be evaluated by the Committee, the Vice President for Academic Affairs and the President following the annual promotion calendar.  If granted, tenure will take effect in the fall of the next academic year.

Promotion and Tenure Committee deliberations shall be taped and sealed.  The sealed tape shall be kept for seven years following the decision of the Board of Trustees.  The University attorney shall keep the sealed tape for seven years.  After the seventh year the tape shall be destroyed.

In the case of a disputed decision of the Board of Trustees regarding promotion and/or tenure, the sealed tape may be opened in the presence of appropriate persons as described in the Grievance process if requested by either administration or the grieving faculty member.

### 4A.1.1.11.2   Section 2.  Policy Particular to Tenure, Promotion, Graduate Faculty and Non-Teaching Faculty

Promotion and tenure decisions at Saint Leo University are made on the basis of documented and evaluated performance in three areas: (1) teaching; (2) scholarly growth (3) institutional and community service.

(a) Tenure and Promotion: The primary criteria for decisions regarding reappointment, tenure and promotion are excellence in classroom teaching and in facilitating student learning. Teaching Faculty must demonstrate excellence in teaching, a part of which is academic advising. Teaching Faculty must also demonstrate excellence in either (1) scholarly growth or (2) institutional and community service.

Scholarly growth may be demonstrated through professional development and/or research.  The definition of professional development and scholarly research will be determined by the relevant School.   The University will recognize both traditional and non-traditional means of demonstrating professional development and/or research.

(b) For library Faculty, professional library service contributing to the educational function of the University is the primary area of faculty performance and of evaluation.

(c) For Faculty with no teaching assignments, professional responsibilities that are directly related to their assignments are the primary area of faculty performance.

(d) For Graduate Faculty, traditional research as recognized by their discipline leading to publication in appropriate formats is expected.  This provision does not obligate the University to fund the research.

### 4A.1.1.11.3   Section 3.  Promotion and Tenure Committee

The purpose of the Promotion and Tenure Committee is to give to the administration the recommendations of the faculty regarding the suitability of applicants to be promoted or tenured. Therefore, the members of the Promotion and Tenure Committee will be elected by the full-time faculty at the last faculty meeting of the academic year.

This committee shall be composed of five (5) tenured faculty members, holding the rank of Professor.  Faculty members are elected to this committee for two-year terms.  Three members' terms begin on even years and two members' terms begin on odd years.  Faculty may serve no more than two (2) successive terms.  No more than one (1) member can be from any one department.  No more than two (2) members can be from any one school.  One member of the Promotion and Tenure Committee shall come from non-University campus faculty.

The three positions on the Promotion and Tenure Committee shall be selected in the following manner:

1.  The top five vote getters will be submitted to the President.  They will be submitted in alphabetic order.

2. The President selects one as his/her appointee to the Promotion and Tenure Committee.

3. The next top two will also serve on the Committee.

In alternative years when only two positions are open the top two vote getters will be elected to the Committee.

The Chair shall be elected from and by the members of the Promotion and Tenure Committee.

The Faculty Promotion and Tenure Committee shall review the credentials of faculty that submit application for promotion and/or tenure. The Faculty Promotion and Tenure Committee shall recommend those faculty members qualified for promotion and tenure to the Vice President of Academic Affairs. Upon consultation with the Promotion and Tenure Committee and with the VPAA, the President recommends promotion and/or tenure of faculty to the Board.

The Promotion and Tenure Committee, Vice President of Academic Affairs and the President shall make these recommendations in accordance with the General Policy Regarding Promotion and Tenure listed at Article 11 Section 1 and 2.

### 4A.1.1.11.4  Section 4.  Procedures for Promotion and Tenure Applications

The Faculty member who is applying for promotion and tenure has the responsibility of presenting an application package that documents his or her performance in each of the above areas in an appropriate and complete manner. A Faculty member may consult with the Faculty Handbook. However, the Handbook is not a part of this contract and other formats, if approved by the Dean and faculty of the relevant school, are equally acceptable.

Department Chairs and Directors or Deans provide the Promotion and Tenure Committee with written evaluations and recommendations for promotion and tenure as appropriate.

### 4A.1.1.11.5  Section 5.  Beginning of the Promotion and Tenure Calendar

Before September 30, the Committee shall meet together with the President of the University, the Vice President of Academic Affairs, and the president of UFSLU to review the criteria and procedures outlined in the Saint Leo University Collective Bargaining Agreement. Following that meeting, the Committee Chair shall meet with School Deans to review these criteria and procedures.

By September 15, the VPAA shall inform all Faculty of the annual tenure and promotion schedule.

### 4A.1.1.11.6  Section 6.  Tenure Calendar

(a) By September 30th of each year, probationary Faculty who meet all qualifications and who wish to apply for tenure must submit a letter of intent to apply for tenure to the VPAA who in turn informs the Committee Chair.

(b) On or before October 31st of the current year, the formal application for tenure is simultaneously submitted to the Chair of the Promotion and Tenure Committee and to the VPAA.

(c) On or before December 15th of the current year the Chair of the P&T Committee must submit the Committee's recommendations and rationale to the VPAA.

(e) Written minutes of the meetings shall consist of a statement of subjects covered. No information shall be included that would identify the vote or remarks of any individual member or group of members. The recommendations concerning faculty tenure and/or promotion shall be decided by a majority vote of the full committee.

(f) On or before January 10th of the current year the VPAA submits his or her recommendations along with those of the Committee to the President.

(g) Following the February Board of Trustees meeting, the President will communicate in writing his/her final decision to the candidate, VPAA and to the Chair of the Promotion and Tenure Committee within two weeks of the Board of Trustees' decision. If the President disagrees with the recommendations of the Faculty Promotion and Tenure Committee, the President shall meet with the committee to discuss his/her rationale prior to sending out the letter to the faculty.

(h) Tenure if granted, will take effect at the beginning of the next academic year, starting August 16th.

### 4A.1.1.11.7  Section 7.  Promotion Calendar

(a) Faculty members who wish to be considered for promotion must notify the VPAA and Committee Chair in writing prior to December 1st of the current year.

(b) A candidate for promotion must submit a complete application to the appropriate Dean or the Director of Library Services with a copy of his or her Department Chair for review prior to February 1st of the current year. The Dean and Department Chair shall notify the VPAA and the Chair of the Promotion and Tenure Committee of receipt of the application materials and provide them with the candidate's dossier along with supporting materials.

(c) The Dean and Department Chair shall forward the application with their recommendation to the Committee Chair prior to February 15th of the current year. The Chair of the Committee will convene the Committee to begin review of the applications prior to February 15th of the current year. Should they choose, candidates may also submit supporting documents from professional colleagues with direct knowledge of the applicants teaching service, scholarship, professional development, and committee work.

(d) The Committee will submit its recommendations to the VPAA in writing prior to March 15th of the current year.

(e) Minutes of the meetings shall consist of a statement of subjects covered. No information shall be included that would identify the vote or remarks of any individual member or group of members. The recommendations concerning faculty tenure and/or promotion shall be decided by a majority vote of the full committee.

(f) The VPAA will submit his/her written recommendations along with those of the Committee to the President on or before April 1 of the current year.

(g) Following the May Board of Trustee meeting, the President will communicate in writing his/her final decision to the candidate, VPAA and to the Chair of the Promotion and Tenure

Committee within two weeks of the Board of Trustees' decision.  In the event the President's decisions do not agree with the Faculty Promotion and Tenure Committee, s/he shall meet and discuss his/her decisions with the Committee.  Promotion, if granted, will take effect on August 16th which begins the next academic year.

(h) Any changes in the specific listed dates such as those created by calendar variances are circulated by the Office of the VPAA on or before September 15th of each academic year.

### 4A.1.1.12    ARTICLE 12 – PROFESSIONAL DEVELOPMENT

#### *4A.1.1.12.1  Section 1. Professional Development Fund*

The University shall establish an annual professional development fund of no less than $75,000.  The fund shall be placed in a separate budget in Academic Affairs.  Disbursement of funds will be made by a committee comprised of two academic administrators appointed by the VPAA and two faculty appointed by the President of the Union.

Fulltime faculty will apply for professional development funds by submitting a standardized form supplied by the University indicating the purpose of the activity and the impact funding will have on the faculty members teaching and professional development.  A final report will be required that document the use of the funds and attest that all University financial policy and procedures have been followed.

#### *4A.1.1.12.2  Section 2. Sabbatical*

(a) Sabbatical – <u>Definition and Eligibility</u>.  Sabbatical Leave shall be considered a reassignment from normal teaching responsibilities for a specific period of time and for a specified academic purpose from which both the Faculty member and the University shall benefit.  A sabbatical may be taken for one full academic year or for one full regular semester (a regular semester is the fall or spring semester).  A Faculty member is eligible for sabbatical leave during and after the seventh year of service dating back to the initial appointment or to the prior sabbatical leave.

(b) <u>Application for Sabbatical</u>.  The application for sabbatical shall be submitted by September 15th one year prior to the current academic contract year in which the Faculty member wishes to start the sabbatical leave.  She/he must submit to the Department Chair and Dean a written notice of intent to file for sabbatical leave.  In no event shall the actual application for sabbatical leave be filed less than six (6) months prior to the academic semester when the sabbatical is proposed.  The sabbatical project shall be outlined in details in the application.  As a part of the sabbatical application the Faculty member applying for a sabbatical must provide clear and measurable goals for the sabbatical.  The sabbatical project must be of a significant scholarly nature and should enhance Faculty member's professional development and his/her teaching effectiveness.

(c) <u>Approval Process</u>.  The application shall be submitted to the Faculty member's Department Chair.  Within thirty days, the Chair shall make a recommendation to the appropriate School Dean.  The Department Chair's recommendation shall assess the validity of the proposed project; comment on the effect the project may have on teaching and learning, and shall detail the courses that will not be taught or a plan for teaching courses in the absence of the faculty member who shall be on sabbatical.  The Dean will recommend an action to the VPAA within fifteen (15) days of receipt of the Chair's recommendation and forward that recommendation to the VPAA.

The VPAA shall decide to grant or refuse the request for sabbatical leave within thirty (30) days. The VPAA may defer a sabbatical leave for programmatic and/or financial reasons. Generally, no more than one faculty member per school shall be granted a sabbatical in the same semester or year.

(d) Required Report and Commitment. Within three (3) months after the conclusion of a sabbatical, the Faculty member must file a written report on the sabbatical project to the VPAA detailing how the sabbatical project was completed. This report shall provide the Faculty member's assessment of how the clear and measurable goals of the sabbatical were met and shall provide appropriates supporting documentation. The VPAA will share the report with the Dean, Department Chair and with the faculty as a whole. The report shall be placed on reserve in the Library for review. Upon request the Faculty member also agrees to make a presentation to the faculty or Board of Trustees. By accepting a sabbatical leave, the Faculty member commits himself/herself to one (1) year of full-time service to the University immediately following the expiration of the sabbatical. In the event the Faculty member does not comply with the terms of the Sabbatical or this Section the Faculty member agrees to compensate the University in an amount equal to their salary.

(e) Compensation during Sabbatical. A Faculty member on sabbatical for an academic year (fall and spring semesters) will receive one half of his/her annual salary. A Faculty member on sabbatical leave for one semester (fall or spring) will receive the full salary during the sabbatical period. All benefit plans which are operative during the full-time employment will continue during sabbatical with the same contribution schedule from the University and individual participants; benefits related to salary levels are determined in accordance with the salary actually paid.

### 4A.1.1.12.3   Section 3. Reassigned Time

Faculty members may be granted a reassignment of time from teaching for professional development purposes or for administrative duties. Normally, this reassignment of time is granted for no more than one (1) year. A Faculty member who wishes to have reassigned time for purposes of professional development must make application through his/her Department Chair and Dean to the VPAA. The procedure for requesting a reassignment of time is as follows:

(a) For the fall semester, a Faculty member should make written application to his/her Department Chair before April 1st of the preceding academic year. The request and application for reassignment of time, for the spring semester, must be submitted no later than October 1st to the Department Chair.

(b) The Faculty member's application must include a complete description of the work that is proposed and estimates of the time required to complete the work.

(c) The Department Chair, in reviewing the application, must comment on both the scope of the work its relevance to department needs and goals and on the reasonableness of the request. The Department Chair will in turn, forward her/his recommendation to the Dean within ten (10) business days of receipt of the request. The Department Chair's written recommendation must include a description of how the Department Chair proposes to replace the Faculty member for the course/courses that will be reassigned.

(d) The Dean in turn will review the application for reassignment of time for professional development and will forward her/his written recommendation to the VPAA within five (5) days. The Dean's analysis must include commentary on the impact of any courses not taught on the curriculum and on students.

(e) The VPAA, in turn, will make the final decision regarding the reassignment of time and will respond in writing within ten (10) business days of the receipt of the Dean's recommendation.

### 4A.1.1.13    ARTICLE 13 – SALARY

#### *4A.1.1.13.1   Section 1. Salary Applications*

Assistant, Associate and Full Professor salaries will be minimally increased as set forth below:

| | |
|---|---|
| Academic Year 2005-06 | a minimum of 5.0% salary increase |
| Academic Year 2006-07 | a minimum of 5.0% salary increase |
| Academic Year 2007-08 | a minimum of 4.50% salary increase |

#### *4A.1.1.13.2   Section 2. Increases for Faculty Promoted or Completing Doctorates*

Current Faculty pursuing a doctorate, who complete their doctorate in a regionally accredited university, in a discipline that is offered at University Campus or a discipline related to the teaching responsibilities of a Faculty member and that will meet SACS clearance criteria for that discipline, shall have their salary increased 10% (see current University catalog for disciplines offered at University campus). If completion is after the start of an academic year, the salary will be prorated from the completion date for the remainder of the academic year.

Faculty promoted with an effective rank change will be granted a salary increase. The salary increase will be at least $5,000 and shall be sufficient to bring them to at least the 25th percentile of the internal reference group for their rank.

#### *4A.1.1.13.3   Section 3. Directed Studies and Course Overloads*

(a) Faculty who teach courses as an overload, except in the cases of forced overload as outlined in Article 14, Section 3e and f, shall be paid not less than $1,800.

(b) Faculty who teach directed studies shall be paid $300 per student per course.

### 4A.1.1.14    ARTICLE 14 – FACULTY RESPONSIBILITIES

#### *4A.1.1.14.1   Section 1. General*

Saint Leo University, Incorporated, is a Roman Catholic institution, which recognizes the teachings of the Roman Catholic Church. While the University does not require that Faculty practice or profess the Roman Catholic faith, nor accept the teachings of the Roman Catholic Church, the University does require that all Faculty members recognize, understand, and support

the University's mission.  It is a part of the professional responsibility of Faculty to carry out their duties in an appropriate manner and place.

### 4A.1.1.14.2   Section 2.  Classroom Instruction and Related Responsibilities

At the first class of each semester or term, Faculty members shall distribute or post on an approved University web site, a syllabus to each student and submit to the School Dean a copy of the syllabus for each course they teach.  The syllabus shall include the following:

Course prefix, number, section, title, term, credit hours, instructor's name, prerequisites (from catalog), text(s) required and recommended, attendance policy, academic honesty policy (including the definition of plagiarism), methods of evaluating student performance (including grade weights and percentages), course objectives, course content and schedule, instructor's office hours, office phone number and location, and ADA Statement.

Faculty members shall meet all classes as outlined in their syllabus within the academic calendar including the scheduled final examination period.  The course meeting day and time, as listed in the official University course schedule, shall not be changed without the approval of the appropriate School Dean and the University Registrar.

Faculty members shall apply the University's grading system as set forth in the current catalog and shall determine the academic proficiency and understanding of the students in accordance with the standards of the University.  All courses are expected to include a final examination given at the scheduled final examination period or a final project due at the scheduled time for the final examination.  Final examinations are not to be given at the last class meeting time.

Faculty members shall enforce the University's policy on academic honesty.

Faculty members shall submit mid-term grades and final grades to the Registrar's Office by the date specified by the University.  Faculty shall assign final grades based on the criteria outlined in their course syllabi.  There shall be no change in a final grade except for a computational error and at the direction of the Faculty member and with the approval of the appropriate School Dean and the VPAA.

Faculty members shall administer student ratings of teaching based on the instrument determined by the Institutional Assessment Committee of the University Senate and shall administer said evaluation in every course, every semester.

University may request a Faculty member to develop and deliver an electronic platform course outside of the normal responsibilities with in this agreement.  University shall offer tenured track faculty the right of first refusal for the development of any electronic platform course.  Faculty members individually are not restricted under the terms of this Agreement from contracting with the University for all or part of the development of these courses.

### 4A.1.1.14.3   Section 3.  Workload

Each semester, full time Faculty teaching assignments will require one of the following:

1.   12 credit hours per semester;

2.   9 undergraduate credit hours + 3 graduate credits;

3.  3 undergraduate credit hours + 6 graduate credit hours + regularly assigned graduate student advising;

4.  6 undergraduate credit hours + 6 graduate credit hours;

5.  9 graduate credit hours + regularly assigned graduate student advising.

Any work exceeding the above patterns is considered Overload.

In pattern 2, the Faculty member shall receive an additional payment of $750.  In pattern 4, the Faculty member shall receive an additional payment of $1500.

(a) In order to achieve the University's goals of (1) excellence in teaching and (2) small, intimate classes that promote retention, class sizes will generally be limited.

Unless the instructor agrees to lift the cap, the class cap size cannot exceed 25 students per class, excepting (1) Freshman English Composition courses, the caps for which are 18 students and (2) remedial English and Math courses, the caps for which are 15 students.  This applies to all courses taught at all locations whether face to face or any other mode of instruction, excepting any arrangements with Bisk Publishing.  If the instructor agrees to lift the cap, for each student over 25, the instructor will be compensated at $100 per student.  This does not preclude the option for the administration and an individual faculty member to enter into a voluntary agreement in which a class size over 48 may count as six or more credit teaching hours.  In such cases, the $100 additional compensation rate will not apply.

(b) Professional duties may be assigned in lieu of normal teaching workload by the VPAA in consultation with the School Dean and the appropriate Department Chair and with the mutual consent of the Faculty member.

(c) As a part of their full time workload, faculty may be required to teach a course delivered partially or completely online.  Faculty must be given sufficient time to be trained in the course platform used.  In addition, in cases where SACS mandates as part of a Faculty members fulltime workload can be met or in cases where a Faculty member does not have a sufficient course load on campus meet their fulltime obligations through an assignment by the VPAA or Dean to teach a campus-based Weekend and Evening course.  The Faculty may be assigned to teach at another School of Continuing Education Center by mutual consent.

(d) A Faculty member who begins his/her Saint Leo University fulltime faculty appointment after August 15, 2003 may be assigned to teach at Mac Dill, St. Petersburg, Weekend and Evening, COL, DL or in another Continuing Education Center program.  The University shall compensate a Faculty member assigned to teach at an off campus location for travel in keeping with University travel policy.

(e) Except in cases of University need the University will not require the overload teaching assignment, if the Faculty member does not desire it.  Cases of need include:

i. To meet SACS mandated requirements regarding the 25 percent rule.

ii. To meet SACS mandated requirements regarding faculty credentials.

iii. Where the administration demonstrates that an unexpected increase in enrollment occurred after August 1st or after January 5th of each academic year, that prevent the Department Chair, School Dean or VPAA from hiring a SACS qualified adjunct Faculty members.

In those cases above where SACS related mandates and/or unexpected enrollment require the administration to add a section, the assigned fulltime Faculty member shall be compensated at the rate of $2,000 above the set overload rate.

The administration shall make every effort to find qualified Faculty who will volunteer to teach these courses; however, the university must affirm its obligation to meet student academic needs with integrity.  In a case where an assignment will cause an undo hardship to a Faculty member, the assignment shall be considered a basis for a grievance.

(f) Except by mutual consent, Faculty shall not be assigned to more than two committees at the same time.  Faculty members are expected to serve on at least one committee regularly.

(g) Directed studies and Independent studies shall be assigned with the mutual consent of the Faculty member and the School Dean.  Directed studies are not normally a part of the teaching load.

### 4A.1.1.14.4   Section 4.  Internships, Applied Music, and Coaching Duties

(a) Internships - All Departments: Faculty members will be credited with one three (3) credit hour course per the number of interns as delineated below.  Supervision of 5-9 interns is considered a normal load to be counted as one course, except for teacher education where the number is 3-5.  The maximum number of interns shall be supervised by one Faculty member whenever possible.

(b) Department of Fine Arts: Applied music courses, MUS 120, 220, 320, 420, shall not be considered in calculating faculty workload.  Faculty members offering these courses are paid from student fees collected.  Art studio courses will be credited to the Faculty member as one (1) credit for each two (2) studio hours.

### 4A.1.1.14.5   Section 5.  Tutoring, Librarians and Lab Courses

(a) Tutoring: Tutoring is not a faculty member function except as a necessary extension of teacher/student contact in teaching academic courses.  Should a Faculty member be assigned tutoring duties, six tutoring hours shall be the equivalent of one three-credit hour course.

(b) Librarians: Librarians are normally paid for a 40-hour week, of which thirty-five (35) hours are assigned for library duties.  The additional five (5) hours are to be spent pursuing professional development activities at the librarian's discretion.  Librarians are appointed for at least nine (9), ten (10) or twelve (12) month annual contract.

(c) Department of Mathematics and Science:  One lecture hour per week shall equal one credit hour; each hour of laboratory per week shall be credited as 1 credit hour.

### 4A.1.1.14.6   Section 6.  Advising/Office Hours

(a) The School Deans shall assign School Faculty members duties as academic advisors.

(b) Faculty members shall maintain a minimum of ten (10) office hours, six (6) of which shall be posted.  The non-posted hours may be used for class preparation, professional and scholarly growth, and institutional and community service.  When necessary, Faculty shall be available to meet with students during non-posted office hours.

(c) Faculty members perform two primary kinds of advising. First, they work with students to help them better understand specific course and/or curricular requirements. In addition, faculty members advise students regarding the professions and professional schools (law, business, health professions, graduate programs of all types) and employment and life goals.

### 4A.1.1.14.7  Section 7.  University Functions

(a) All Faculty members shall attend all general faculty meetings and be given reasonable notice of same.

(b) Faculty members shall participate in graduation ceremonies and other officially designated University functions not to exceed three, including graduation, in number during any academic year. Faculty members shall wear full academic regalia for these functions.

(c) Faculty members shall attend all scheduled School and Department meetings, provided reasonable notice is given by the School Dean or Department Chairs, or the Director of Library Services.

(d) Faculty members may submit a written request to the School Dean or the Director of Library Services to be excused from participation in functions outlined in (a), (b) and (c) above. Permission shall be granted by the School Deans or the Director of Library Services only in cases of emergencies, illness, or in cases of conflict with other University activities.

### 4A.1.1.14.8  Section 8.  Academic Year, Academic Calendar, and School Year

The term "school year" refers to a student obligation and consists of two academic semesters as determined by the University. The term "academic year" applies to Faculty members and consists of (9) calendar months beginning August 16th ending May 15th .

The University shall not require the Faculty members to carry out work assignments on days described as University holidays. University holidays are defined as days when the University Campus Offices are closed.

The academic calendar includes the following breaks when classes will not be held: Fall Break, Thanksgiving Student Break, Christmas Break beginning after final grades are due and ending five (5) working days prior to the first day of class in the Spring semester, Spring Break as defined by the University Student Calendar, and Good Friday. The University shall not require Faculty to carry out work assignments during said breaks except in highly unusual circumstances.

## 4A.1.1.15    ARTICLE 15 – FRINGE BENEFITS AND LEAVES

### 4A.1.1.15.1  Section 1.  Payroll Deduction for NEA Benefits

The University shall provide payroll deduction service for participation in NEA benefits for those Faculty members who desire to participate. Faculty members shall submit the proper payroll deduction authorization forms. UFSLU shall hold harmless, indemnify, and defend the University from all claims arising from the University's compliance with this Section.

### 4A.1.1.15.2 Section 2. Health Benefits

The University shall contribute a minimum of $363 a month (including HRA contributions) toward the total premium charged by the carrier of each of the academic years through 2007-08. The University and faculty members shall equally share any applicable premium increases through duration of this agreement. Faculty contribution shall be capped at up to a maximum of $40.00 for premium increases per month during the first year. Thereafter, faculty contributions toward any applicable premium increases shall be capped during the second and third year at $45.00 and $50.00 per month respectively.

The University may offer other coverage, which will be paid by the Faculty member as a payroll deduction if such coverage is elected by the member during the normal enrollment periods.

The Health Reimbursement Account (HRA) dollars provide to faculty by the University shall not decrease below the 2005-06 level at anytime during the duration of this agreement. The 2005-06 HRA contributions are as follows:

PPO/80-$33

PPO/70-$75

Risk/Reward- $115

### 4A.1.1.15.3 Section 3. Other Fringe Benefits

The University shall continue to maintain the following additional fringe benefits that are currently in effect: life insurance, disability, tuition remission, workers' compensation, and other benefits commonly available to University employees, except where expressly modified or limited by this Agreement.

### 4A.1.1.15.4 Section 4. Leave Benefits for Librarians

Librarians are full time Faculty members who work nine (9), ten (10), or twelve (12) month contracts. Leave shall accrue according to the following schedule:

Nine (9) month contracts: Forty (40) hours personal leave will be accrued at the beginning of each academic year on August 16th, for use during the academic year exclusive of summer unless Faculty is engaged in teaching under this Agreement during that period. Sick leave shall accrue at the rate of four (4) hours per pay period for the nine (9) month contract period. Days off for personal or sick leave shall be reported by the submission of an Employee Leave Authorization Form to Human Resources prior to the leave being taken or immediately upon return from leave period. Unused personal leave at the end of the contract work period will not be allowed to be carried over to the next academic year. Sick leave will continue to accrue to a maximum of ninety-six (96) hours. The eligibility period for Personal and Sick Leave shall be limited to the nine (9) month work period.

Ten (10) month contracts: Forty (40) hours personal leave will be accrued at the beginning of each academic year on August 16th, for use during the academic year exclusive of summer term unless Faculty is engaged in teaching under this Agreement during that period. Sick leave shall accrue at the rate of four (4) hours per pay period for the ten (10) month contract period. Days off for personal or sick leave shall be reported by the submission of an Employee Leave

Authorization Form to Human Resources prior to the leave being taken or immediately upon return from leave period. Unused leave at the end of the contract work period will not be allowed to be carried over to the next academic year. Sick leave will continue to accrue to a maximum of ninety-six (96) hours. Personal and Sick Leave must be used during the ten (10) month work period.

Twelve (12) month contracts: Leave will be accrued at the rate of eight (8) hours per pay period for vacation leave and four (4) hours per pay period for sick leave beginning upon the completion of ninety (90) days of continuous employment. Sick leave will continue to accrue to a maximum of ninety-six (96) hours. Leave shall be reported by the submission of an Employee Leave Authorization Form to Human Resources prior to the leave being taken or immediately upon return from leave period. Vacation leave will accrue on a semi monthly basis. The maximum allowable carryover for each fiscal year will be 264 hours. Excess beyond the 264-hour maximum limit as of June 30th of each year will be lost.

### 4A.1.1.15.5   Section 5.  Retirement Funds

The University will continue to contribute an amount equal to a percentage of each Faculty member's salary to a retirement fund. Conditioned upon the Faculty member's written agreement to contribute, the University will match the contribution as follows:

| Faculty Contribution | University Contribution |
|---|---|
| 1% | 3% |
| 2% | 4% |
| 3% | 5% |
| 4% | 6% |
| 5% | 7% |
| 8% | 8% |
| 8.5% | 8.5% |

The Faculty member may make changes to the retirement contribution amounts twice per year, in the months of September and January, subject to IRS regulations and the Saint Leo University Defined Contribution Retirement Plan.

### 4A.1.1.15.6   Section 6.  Sick Leave

Members of the bargaining unit shall be provided sick leave at the accrual rate of four (4) hours per pay period. Sick leave will begin accruing in the first pay period upon completion of ninety (90) days of continuous employment and will accrue to a maximum of ninety-six (96) hours. Sick leave should be reported on an Employee Leave Authorization form and submitted to the appropriate academic Dean for submission to the Department of Human Resources with the department's payroll records.

### 4A.1.1.15.7   Section 7.  Military Leave

Short-term Scheduled Military Leave.  Faculty members with scheduled Armed Forces Reserve or National Guard obligations are expected to meet those obligations outside of regular University duty hours.   Any Faculty involuntarily called to military duty during regular University assignments shall be granted paid short-term military leave not to exceed ten (10) working days.

Long-term Military Leave.  Long-term military leave is leave without pay.  Any Faculty member who is inducted or called to active duty in the armed forces of the United State for training or service is assured of re-employment with the University if the Faculty member:

1.  Was not filling a temporary position;

2.  Has a certificate of satisfactory completion of military service;

3.  Makes application for re-employment with the University within ninety (90) calendar days after being relieved from training and service; and

4.  Is still qualified to perform the duties of the position left.

If a Faculty member is continuously hospitalized at the time of separation from the military, and the hospitalization does not continue for more than one year after separation, the requirement of Step 3 is extended up to ninety (90) days after the end of hospitalization.

Faculty members who are not qualified to perform the duties of their former position because of disabilities sustained during military service shall be offered employment in other positions for which they are both qualified and capable of performing provided such a position exists and is vacant.  To the extent possible, these positions shall offer like seniority, status and pay.

These same provisions are extended to any Faculty member who is similarly called into the National Guard, or a reserve component of the Armed Forces of the United States.

Faculty members who are restored to employment at the University under this section shall:

1.  Be credited with unpaid leave of absence during the period of training or service;

2.  Be re-employed without loss of seniority;

3.  Be entitled to participate in insurance or other benefits offered by the University at the time the employee was inducted, and if such benefits remain available to members of the bargaining unit; and

4.  Not be discharged from the position in which they are re-employed, except for cause, for a period of one year after the effective date of re-employment.

The provisions of this section do not apply to Faculty members who volunteer for active military service.

### 4A.1.1.15.8   Section 8.  Disability, Parental, and Family Leave

(a) Disability Leave: The University provides short-term disability (STD) and long-term disability (LTD) coverage for Faculty who have a medical illness, injury or condition which requires and extended disability leave.  STD and LTD programs are operated in accordance with the guidelines set forth in the Non-Occupational Short Term Disability Plan for STD coverage

and the Group Long Term Disability Plan for LTD coverage. Any reduction in the present level of benefits would be subject to negotiation between the University and UFSLU.

Short term disability coverage (STD) is provided through a University program for only one twelve week period per year based on the determination of a qualified medical provider. A one year eligibility period must be completed prior to becoming eligible for use of STD coverage. An employee is not eligible again for short term disability until one year (12 months) from the end date of the prior disability period.

Prior to eligibility for STD, faculty members must utilize all available sick leave. After all sick leave has been exhausted the faculty member must request STD coverage. Requests for STD coverage requires the submission of a short term disability application to the Department of Human Resources in advance of a known leave period or immediately following (within one week) the beginning of the leave period in the case of an emergency.

In the case of STD, the faculty member's individual contract shall be honored as it relates to salary and benefits which shall be offset by any University insurance reimbursement toward faculty members STD salary coverage.

Long term disability coverage is provided by a fully insured LTD insurance carrier. A one-year eligibility period must be completed prior to becoming eligible for use of LTD coverage. LTD starts upon the completion of the STD period. Request for LTD coverage requires the submission of a long-term disability application with the applicable insurance carrier. Application packages are available through the Department of Human Resources. The LTD insurance carrier is the sole responsible party for qualification and approval of LTD benefits. In order to receive benefits under LTD any existing University Faculty employment contracts must be terminated prior to eligibility for LTD.

(b) Parental Leave: One full semester of unpaid parental leave will be granted upon request for birth or adoption of a child. The Faculty member must request this leave in advance of the beginning of the term/semester to the Division Dean through the Department Chair so that Faculty responsibilities will be adequately covered. Parental leave must be completed within one year of the birth or adoption. If this occurs at mid-semester, the Faculty member will be assigned non-teaching duties, or at her/his option, be placed on leave without pay until the end of the semester.

(c) Family Leave: Family leave as provided by federal law will be provided for other conditions not covered under disability or parental leave. Nothing in this section is intended to limit or reduce the benefits provided under applicable federal law. If this occurs at mid-semester the Faculty member will be assigned non-teaching duties, or at her/his option, be placed on leave without pay until the end of the semester.

### 4A.1.1.15.9   Section 9.  Leave Without Pay

A leave of absence without pay may be granted by the VPAA with the approval of the President of the University upon a favorable recommendation by the appropriate Dean or Director of Library Services. A leave of absence without pay may be granted for formal study, research, scholarly pursuit, family leave, parental leave, extended illness, or other reasons the University deems to be in the best interest of the University and of the Faculty member.

Ordinarily, permission for a leave without pay shall be requested one semester before the semester when it is to begin.  Permission shall normally be granted for only one year.

During the time of the leave, the Faculty member shall, within the limits of the carrier's contracts with the University be eligible for group insurance (to be paid by the individual).  Tenure status shall not be affected by a leave without pay.  Leave time shall not be counted as time served in consideration of sabbatical leave eligibility, nor shall it be considered for tenure or promotion unless the Faculty member has performed professional activities and would like to count it toward tenure or promotion eligibility.

The Faculty member shall give ninety (90) days notice of their intent to return or not to return to the University.  Failure to give notice may result in the loss of severance pay.  Upon return, the Faculty member shall be reinstated to the same or similar position.  The Faculty member's salary may be adjusted at the discretion of the University to reflect increases distributed during the period of leave.

### 4A.1.1.15.10 Section 10.  Emergency Leave

Faculty members shall, at the discretion of the University, be granted leave for personal reasons, including bereavement.  Such leave shall not be unreasonably denied.

Bereavement leave shall be granted for up to five (5) business days for the death of a member of the Faculty member's immediate family.  Immediate family shall be defined to include spouse, child, brother, sister, parent, grandparent, grandchild, and other permanent household residents.

The Faculty member shall notify the Department Chair or Director and the appropriate Dean of the need for such leave as soon as practical.

### 4A.1.1.15.11 Section 11.  Faculty Employment Phase-Out

Full-time, tenure-tracked faculty may select to retire from University service through a two year Phase-Out plan.  The requirements for eligibility are:

1. The faculty member must reach at least age 62 within the academic year prior to taking Phase-Out;

2. The faculty member must not have reached age 70 within the academic year prior to taking Phase-Out;

3. The faculty member must have 20 years of combined full-time service at Saint Leo University;

4. The faculty member must notify his/her department chair or Dean in writing by January 15 of their intention to utilize the Phase-Out.

The Phase-Out plan provides that eligible faculty shall get a two course semester relief during the first year of Phase-Out and remain responsible for all other duties required of faculty.  In the second year of Phase-Out, faculty will have a two course semester relief and remain responsible for all other duties required of faculty except for the requirement to serve on committees.  In year two of Phase-Out, faculty may serve on committees, if he/she chooses.

### *4A.1.1.15.12 Section 12. Required Changes*

The University reserves the right, based on its continuing analysis of applicable laws and regulations, and after negotiation with UFSLU to make appropriate adjustments in the benefits provided in this Article.

## 4A.1.1.16    ARTICLE 16 – MANAGEMENT RIGHTS

### *4A.1.1.16.1   Section 1.  University Rights*

By this Agreement, the University and UFSLU have agreed to certain limitations to the management prerogatives of the University.  However, it is the intention of the parties that the University shall retain all of its legal rights and privileges except those, which it has agreed to limit by the express and specific terms of this Agreement.

Nothing in this Agreement shall be construed to limit or impair the rights of the University to exercise its own exclusive discretion on all of the following matters without prior negotiation with UFSLU and without being subject to the grievance and arbitration procedures of this Agreement except as specifically and expressly provided for elsewhere in this Agreement:

(a) To manage the University and exercise sole, exclusive control and discretion over the organization of the University and its operations thereof;

(b) To determine the goals, purposes, and functions of the University;

(c) To perform those duties and exercise those responsibilities which are assigned to it by law.

(d) To determine and adopt such policies and standards, rules, and regulations as are deemed by it necessary for the efficient operation and general improvement of the University system;

(e) To select management, supervisory, administrative, instructional, and other personnel;

(f) To appoint, terminate, define workload, compensate, establish standards of performance, and otherwise direct the performance of a department chair or graduate Program director in those roles;

(g) To determine the University curriculum in accordance with the Criteria for accreditation of the Southern Association of Colleges and Schools Commission on Colleges and as set forth by any applicable state or federal regulatory agencies and the by-laws, policies and procedures to be established by the Governance Committee;

(h) To direct the workforce, and in accordance with the provisions of this Agreement to hire, promote, reappoint, grant leaves, and terminate or take other disciplinary action against a Faculty member for just cause; and

(i) All other rights to manage the University which are not recited in or expressly limited by this Agreement are reserved by the University.

### *4A.1.1.16.2   Section 2.  Interpreting Agreement*

In interpreting this Agreement, there shall be absolute and complete regard for the rights, the responsibilities, and prerogatives of management, and this Article shall be so construed that there

shall be no interference with or restrictions on such rights, responsibilities and prerogatives except as it may be expressly limited in this Agreement.

The University acknowledges that with respect to salaries, benefits and working conditions that this Agreement is superior to any other governance or policy document.  Both parties to this agreement acknowledge and mutually agree to open and negotiate modifications to this agreement as may be required by University governance process.  It is further expressly understood that any such reopening shall be strictly limited to matter directly resulting from the University's governance process.

**[Signature page follows]**

IN WITNESS WHEREOF, the parties hereto, by their duly authorized representatives, have entered into this Agreement as of the date and year first above written.

### SAINT LEO UNIVERSITY, INC.

By: _____

   Name: Arthur F. Kirk, Jr.
   Title: President, Saint Leo University

Witness:

_____

THE UNITED FACULTY OF SAINT LEO UNIVERSITY UNITED FACULTY OF FLORIDA, AFFILIATED WITH THE NATIONAL EDUCATION ASSOCIATION

By: _____

Name: Father Anthony Kissel
Title: President, United Faculty of Saint Leo University

Witness:

_____

**Volume V**
**Academic Policies**

## 5.0    Academic Policies

The Saint Leo University Academic Catalog has been written and designed to answer most of the questions that might be asked about undergraduate and graduate academic, admission, and registration policies at Saint Leo University.

The University hereby gives notice that it reserves the right to expand or delete or otherwise modify its degree programs or courses of study, to change its rules affecting the admission and retention of students or the granting of credit or degrees, to change the academic calendar, course offerings, course content, or to alter its fees and other charges, whenever such changes are adjudged by it to be desirable or necessary. In any such case, the University will give appropriate notice as reasonably practicable under the circumstances.

Students enrolled at Saint Leo University are responsible for adhering to all regulations, schedules, and deadlines outlined in the Catalog and in any volume, handbooks, contracts, or guideline sheets pertinent to their program. Students have the further responsibility of ensuring that all graduation requirements are met. Questions on these matters should be directed to the student's faculty advisor.

To view the Saint Leo University Undergraduate Academic Catalog, please select the following link:

http://www.saintleo.edu/resources/docs/stdnt_acad_catalog.pdf

To view the Saint Leo University Graduate Academic Catalog, please select the following link:

http://www.saintleo.edu/resources/docs/grad_stdnt_acad_catalog.pdf

**Volume VI**
**Student Life and Development Policies**

## 4.0    Introduction

This Volume VI contains current information regarding Saint Leo University policies, regulations, student rights and responsibilities, due process, and other student life information. Academic policies appear in Volume V of the Policy Manual. Saint Leo University reserves the right in its sole judgment to promulgate and change rules and regulations and to make any changes of any kind to its student life policies whenever it is deemed necessary or desirable.

## 4.1    General Student Information

For general student information including policies and procedures for housing, conduct, academics, athletics and other student related topics please visit one of the items below:

Saint Leo University Undergraduate Academic Catalog

http://www.saintleo.edu/resources/docs/stdnt_acad_catalog.pdf

Saint Leo University Graduate Academic Catalog
http://www.saintleo.edu/resources/docs/grad_stdnt_acad_catalog.pdf

Student Services

http://www.saintleo.edu/SaintLeo/Templates/Inner.aspx?pid=193

Residence Life

http://www.saintleo.edu/SaintLeo/Templates/Inner.aspx?pid=176

Saint Leo Athletics

http://saintleolions.athleticsite.com/page.asp?articleID=3