

## FACULTY

## COLLECTIVE BARGAINING AGREEMENT

RATIFICATION AND BOT APPROVAL TO AUGUST 15, 2016

EXHIBIT D

# FACULTY COLLECTIVE BARGAINING AGREEMENT

## 6-6-13  TO 8-15-2016 CONTRACT

## TABLE OF CONTENTS

PREAMBLE ........................................................................................................................5

ARTICLE 1 ........................................................................................................................6

RECOGNITION ................................................................................................................6

1    SECTION 1. FACULTY CONTRACT NEGOTIATIONS ................................................ 6
2    SECTION 2. MEETINGS ........................................................................................... 7

ARTICLE 2 ........................................................................................................................7

DEFINITIONS ...................................................................................................................7

3    SECTION 1. UNIVERSITY ........................................................................................ 7
4    SECTION 2. UFSLU ................................................................................................ 7
5    SECTION 3. FACULTY .............................................................................................. 8
6    SECTION 4. VISITING FACULTY .............................................................................. 8
7    SECTION 5. DEPARTMENT CHAIR ........................................................................... 8
8    SECTION 6. GRADUATE PROGRAM DIRECTOR ........................................................ 9
9    SECTION 7. DIRECTOR OF LIBRARY SERVICES AND OTHER DIRECTORS ................ 9
10    SECTION 8. ACADEMIC DEAN ............................................................................... 9
11    SECTION 9. VICE PRESIDENT OF ACADEMIC AFFAIRS ........................................... 9
12    SECTION 10. PRESIDENT ........................................................................................ 9
13    SECTION 11. BOARD .............................................................................................. 10
14    SECTION 12. OVERLOAD ....................................................................................... 10
15    SECTION 13. LEAD FACULTY ................................................................................ 10
16    SECTION 14. ASSISTANT AND ASSOCIATE CHAIR ................................................ 10
17    SECTION 15. SEMESTER AND SCHOOL YEAR ........................................................ 11
18    SECTION 16. ACADEMIC YEAR ............................................................................. 11

ARTICLE 3 ......................................................................................................................11

UNION RIGHTS AND RESPONSIBILITIES ...............................................................11

19    SECTION 1. BOARD OF TRUSTEES ......................................................................... 11
20    SECTION 2. BULLETIN BOARDS ............................................................................ 12
21    SECTION 3. COMMUNICATION WITH MEMBERS .................................................... 12
22    SECTION 4. UNION DUES ...................................................................................... 12
23    SECTION 5. UNION REPRESENTATIVES .................................................................. 13
24    SECTION 6. CONTRACT ADMINISTRATION ............................................................ 14
25    SECTION 7. ACCESS TO INFORMATION .................................................................. 14
26    SECTION 8. CONSULTATION .................................................................................. 14

ARTICLE 4 ......................................................................................................................15

ACADEMIC FREEDOM .................................................................................................15

27    SECTION 1. GENERAL STATEMENT ....................................................................... 15
28    SECTION 2. TEACHING .......................................................................................... 16
29    SECTION 3. RESEARCH AND PUBLICATION ............................................................ 17

ARTICLE 5 ......................................................................................................................17

FACULTY RIGHTS ........................................................................................................17

30    SECTION 1. PERSONNEL RECORDS ........................................................................ 17

31    SECTION 2. OUTSIDE EMPLOYMENT ..................................................................19
32    SECTION 3. COPYRIGHTS AND PATENTS ............................................................22
33    SECTION 4. PREFERENCE FOR ALTERNATE FORMATS ........................................23
34    SECTION 5. STATUS WHILE SERVING AS DEPARTMENT CHAIR OR GRADUATE DEPARTMENT DIRECTOR ..24

   **ARTICLE 6** ...........................................................................................**24**

   **NON-DISCRIMINATION & DISABILITIES** ......................................................**24**

   **ARTICLE 7** ...........................................................................................**25**

   **NO STRIKE** .........................................................................................**25**

   **ARTICLE 8** ...........................................................................................**25**

   **GRIEVANCE PROCEDURES** .....................................................................**25**

35    SECTION 1. INTRODUCTION, DEFINITION AND TERMS..........................................25
36    SECTION 2. PROCEDURE ..................................................................................28
37    SECTION 3. ABANDONMENT ...........................................................................29
38    SECTION 4. SETTLEMENT ...............................................................................30
39    SECTION 5. GRIEVANCE INVESTIGATIONS ........................................................30
40    SECTION 6. NO REPRISAL ..............................................................................30
41    SECTION 7. RETROACTIVITY OF GRIEVANCE PROCESS ......................................30

   **ARTICLE 9** ...........................................................................................**31**

   **ARBITRATION** .....................................................................................**31**

42    SECTION 1. CONDITIONS ................................................................................31
43    SECTION 2. DEMAND FOR ARBITRATION ..........................................................31
44    SECTION 3. POWER OF ARBITRATION ...............................................................32
45    SECTION 4. RESOLUTION ...............................................................................33
46    SECTION 5. REASONS ....................................................................................33

   **ARTICLE 10** .........................................................................................**33**

   **FACULTY APPOINTMENT** .......................................................................**33**

47    SECTION 1. PROBATIONARY FACULTY APPOINTMENTS .......................................33
48    SECTION 2. NON-RENEWAL/ TERMINATION .....................................................36
49    SECTION 3. VISITING FACULTY ......................................................................38
50    SECTION 4. OTHER FACULTY APPOINTMENTS ...................................................38

   **ARTICLE 11** .........................................................................................**39**

   **PROMOTION AND TENURE** .....................................................................**39**

51    SECTION 1. GENERAL POLICY REGARDING PROMOTION AND TENURE ...................39
52    SECTION 2. POLICY PARTICULAR TO TENURE, PROMOTION, GRADUATE FACULTY AND NON-TEACHING
53    FACULTY .....................................................................................................40
54    SECTION 3. PROMOTION AND TENURE COMMITTEE ..........................................42
55    SECTION 4. PROCEDURES FOR PROMOTION AND TENURE APPLICATIONS ..............44
56    SECTION 5. BEGINNING OF THE PROMOTION AND TENURE CALENDAR ................45
57    SECTION 6. TENURE CALENDAR .....................................................................45
58    SECTION 7. PROMOTION CALENDAR ...............................................................47

   **ARTICLE 12** .........................................................................................**49**

   **PROFESSIONAL DEVELOPMENT** ..............................................................**49**

59    SECTION 1. PROFESSIONAL DEVELOPMENT FUND .............................................49
60    SECTION 2. SABBATICAL ...............................................................................49
61    SECTION 3. REASSIGNED TIME .......................................................................52
62    SECTION 4. POST-TENURE FACULTY DEVELOPMENT REVIEW ............................53

   **ARTICLE 13** .........................................................................................**56**

|  | SALARY | 56 |
| 63 | SECTION 1. SALARY INCREASES | 56 |
| 64 | SECTION 2. PROFESSIONAL DEVELOPMENT FUND | 57 |
| 65 | SECTION 3. INCREASES FOR FACULTY PROMOTED OR COMPLETING DOCTORATES | 57 |
| 66 | SECTION 4. DIRECTED STUDIES, SENIOR HONOR PROJECTS, AND COURSE OVERLOADS | 58 |
| 67 | SECTION 5. INTERNSHIPS/FIELD PLACEMENTS/APPRENTICESHIPS/PRACTICUM | 58 |
| 68 | SECTION 6. CLASS CAP SIZES | 60 |
| 69 | SECTION 7. WORKLOAD | 60 |
| 70 | SECTION 8. COMPENSATION DURING SABBATICAL | 60 |
| 71 | SECTION 9. EQUITY ADJUSTMENTS | 61 |
|  | **ARTICLE 14** | **61** |
|  | **FACULTY RESPONSIBILITY** | **61** |
| 72 | SECTION 1. GENERAL | 61 |
| 73 | SECTION 2. CLASSROOM INSTRUCTION AND RELATED RESPONSIBILITIES | 61 |
| 74 | SECTION 3. WORKLOAD. | 63 |
| 75 | SECTION 4 INTERNSHIPS, APPLIED MUSIC, AND ART STUDIO COURSES | 67 |
| 76 | SECTION 5. TUTORING AND LAB COURSES | 67 |
| 77 | SECTION 6. ADVISING/OFFICE HOURS | 68 |
| 78 | SECTION 7. UNIVERSITY FUNCTIONS. | 68 |
| 79 | SECTION 8. ACADEMIC YEAR, ACADEMIC CALENDAR, AND SCHOOL YEAR | 69 |
|  | **ARTICLE 15** | **70** |
|  | **FRINGE BENEFITS AND LEAVES** | **70** |
| 80 | SECTION 1. PAYROLL DEDUCTION FOR DUES | 70 |
| 81 | SECTION 2. HEALTH BENEFITS | 70 |
| 82 | SECTION 3. OTHER FRINGE BENEFITS | 70 |
| 83 | SECTION 5. RETIREMENT FUNDS | 72 |
| 84 | SECTION 6. SICK LEAVE | 73 |
| 85 | SECTION 7. MILITARY LEAVE | 74 |
| 86 | SECTION 8. DISABILITY, PARENTAL, FAMILY, AND MILITARY LEAVE | 74 |
| 87 | SECTION 9. LEAVE WITHOUT PAY | 75 |
| 88 | SECTION 10. EMERGENCY LEAVE | 76 |
| 89 | SECTION 11. FACULTY EMPLOYMENT PHASE-OUT | 77 |
| 90 | SECTION 12. REQUIRED CHANGES | 78 |
|  | **ARTICLE 16** | **78** |
|  | **MANAGEMENT RIGHTS** | **78** |
| 91 | SECTION 1. UNIVERSITY RIGHTS | 78 |
| 92 | SECTION 2. INTERPRETING AGREEMENT | 79 |

# PREAMBLE

93

94   This Agreement is entered into by and between Saint Leo University Incorporated, the

95   Employer, and the United Faculty of Saint Leo University, United Faculty of Florida,

96   hereinafter referred to as UFSLU, which had been defined as the appropriate unit in

97   Certification of Representative issued by the National Labor Relations Board in Case No.

98   12-RC-4999 on May 26, 1976, affiliated with the National Education Association,

99   Florida Education Association, American Federation of Teachers, American Federation

100  of Labor and Congress of Industrial Organization.  This Agreement is applicable only to

101  "Faculty" at the Saint Leo University Campus in Saint Leo, Florida.

102

103  The Agreement is entered into with the acceptance of the Mission of Saint Leo

104  University.  The Mission Statement is:

105

106      Saint Leo University is a Catholic, liberal arts-based university serving people of

107      all faiths.  Rooted in the 1,500-year-old Benedictine tradition, the University

108      seeks balanced growth in mind, body and spirit for all members of its community.

109      On its home campus and many regional continuing education centers, Saint Leo

110      University offers a practical, effective model for life and leadership in a

111      challenging world, a model based on a steadfast moral consciousness that

112      recognized the dignity, value and gifts of all people.

113

114      To accomplish its mission, the University community creates a student-centered

115      environment in which love of learning is of prime importance.  Members of the

116    community are expected to examine and express their own values, listen

117    respectfully to and respond to the opinions of others, serve the community in

118    which they live, welcome others into their lives and care for all of God's

119    creations.

120

121

122                              **ARTICLE 1**

123                              <u>**RECOGNITION**</u>

124

125    <u>Section 1.  Faculty Contract Negotiations</u>

126    For the purposes of this agreement, the Employer, Saint Leo University, Incorporated,

127    recognizes UFSLU as the bargaining agent for the purpose of collective bargaining with

128    respect to wages, rates of pay, hours, and other terms and conditions of employment for

129    only Faculty employees actually located at the Saint Leo University Campus in Saint

130    Leo, Florida.  Those included in the bargaining unit are:

131

132    All full time Faculty members employed by Saint Leo University at Saint Leo, Florida,

133    only, including Faculty Librarians; but excluding Visiting Faculty members, part-time

134    Faculty members, School Nurse, Director of Physical Education and Athletics, Graduate

135    Program Directors, Director of Library Services and other Directors, Faculty Department

136    Chairs, Academic Deans and all other employees, guards, managers, and supervisors.

137

138  Inasmuch as Florida is a right-to-work state, any Faculty member shall have the right to

139  join or assist UFSLU, or engage in other concerted activities or other mutual aid or

140  protection, or shall have the right to refrain from any or all of such activities.

141

142  Section 2.  Meetings

143  It is understood that nothing contained in this Agreement shall be construed to prevent

144  the Board of Trustees of the University or any member thereof or any official of the

145  University Administration from meeting with any individual or organization to hear

146  views on any matters; provided, however, that in the event of such meeting taking place

147  that no agreement may be made without negotiating with UFSLU where such meeting is

148  contrary to this Agreement or is a proper subject of collective bargaining.

149

150

151  **ARTICLE 2**

152  **DEFINITIONS**

153

154  Section 1.  University

155  The term "University" as used in this Agreement shall mean Saint Leo University,

156  Incorporated, governed by its Board of Trustees, or the University's duly authorized

157  representative.

158

159  Section 2.  UFSLU

160  The term "UFSLU" as used in this Agreement shall mean the United Faculty of Saint Leo

161  University, United Faculty of Florida, affiliated with the National Education Association,

162 Florida Education Association, American Federation of Teachers, American Federation

163 of Labor and Congress of Industrial Organization or its duly authorized representative.

164

165 Section 3.  Faculty

166 The term "Faculty" as used in this Agreement shall mean all full time Faculty members

167 employed by Saint Leo University at Saint Leo, Florida, only, including Faculty

168 Librarians; but excluding Visiting Faculty members, part-time Faculty members, School

169 Nurse, Director of Physical Education and Athletics, Graduate Program Directors,

170 Director of Library Services and other Directors, Faculty Department Chairs, Academic

171 Deans and all other employees, guards, managers, and supervisors.

172

173 Section 4.  Visiting Faculty

174 "Visiting Faculty" as used in this agreement shall mean a person hired in order to replace

175 a Faculty member on leave or to add a specialty to the academic program for no more

176 than five years.

177

178 Section 5.  Department Chair

179 The term "Department Chair" as used in this Agreement shall mean a Faculty member

180 who has accepted Academic Administrative appointment in exchange for course

181 reduction as determined appropriate by the Vice President of Academic Affairs (VPAA)

182 in consultation with the dean and the chair.  The Department Chair is responsible for the

183 management and supervision of an academic department(s) within the University.  See

184 Article 5, Section 5 for status of bargaining unit Faculty serving as Chair.

185

186

187   Section 6.  Graduate Program Director

188   "Graduate Program Directors" as used in this Agreement shall mean an Academic

189   Administrative appointment, responsible for the management and supervision of graduate

190   programs of the University.

191

192   Section 7.  Director of Library Services and other Directors

193   The term "Director of Library Services" as used in this Agreement shall mean an

194   administrator appointed by the Vice President for Academic Affairs (VPAA) and

195   approved by the President, to manage the Library.  Other academic program directors

196   shall include those appointed by the VPAA and approved by the President.

197

198   Section 8.  Academic Dean

199   The term "Academic Dean" as used in this Agreement shall mean an Academic

200   Administrative appointment, appointed by the VPAA and approved by the President, to

201   manage an academic school within the University.

202

203   Section 9.  Vice President of Academic Affairs

204   The term "Vice President of Academic Affairs" ("VPAA") as used in this Agreement

205   shall mean an administrator appointed by the President to manage the academic program

206   of the University.

207

208   Section 10.  President

209   The term "President" as used in this Agreement shall mean the chief executive officer of

210   Saint Leo University.

211

212 ###### Section 11.  Board

213 The term "Board" as used in this Agreement shall mean the full Board of Trustees of

214 Saint Leo University or its duly authorized representative.

215

216 ###### Section 12.  Overload

217 The term "Overload" means an additional course for full-time faculty of a type counted

218 toward faculty workload during a semester (15 weeks) that exceeds the contract workload

219 as provided in Article 14, Section 3.  By way of example, certain course types are not

220 considered in determining workload (see, e.g., Article 14, Section 4) and various faculty

221 work assignments paid on a flat rate (such as CD ROM courses, directed studies, and

222 senior honors projects under Article 13, Section 4).  These latter items may or may not

223 have sufficient enrollment to constitute a course.

224

225 ###### Section 13.  Lead Faculty

226 Faculty members selected at the discretion of the Department Chair to assist with class

227 observations, peer collaboration or other duties as determined by the Department Chair

228 and Dean.

229

230 ###### Section 14.  Assistant and Associate Chair

231 Faculty members appointed at the discretion of the Department Chair to perform

232 administrative duties as determined by the VPAA.  When a University campus-based

233 opportunity for an Assistant or Associate Chair appointment becomes available, the

234     Department Chair will announce the opportunity to the Department faculty and allow

235     those interested to submit written requests for consideration.

236

237     <u>Section 15.  Semester and School Year</u>

238     A semester is one of two academic terms (Fall and Spring) that are 15 weeks each in

239     length.  The term "school year" refers to a student obligation and consists of two

240     academic semesters as determined by the University.

241

242     <u>Section 16.  Academic Year</u>

243     The term "academic year" applies to Faculty members and consists of (9) calendar

244     months beginning by August 9 and ending no later than May 8.  The exact dates may

245     vary within this framework each year, but the University will publish the dates in the

246     academic calendar by no later than May 1 each year.

247

248

249                     **ARTICLE 3**

250         **<u>UNION RIGHTS AND RESPONSIBILITIES</u>**

251

252     <u>Section 1.  Board of Trustees</u>

253     Along with the President and the Board of Trustees, UFSLU, a major Saint Leo

254     stakeholder agrees with the goal of promoting a one-university culture.

255

256

257

258    Section 2.  Bulletin Boards

259    UFSLU may post official notices relating to UFSLU activities in the Faculty mailrooms.

260    The boards shall be purchased and maintained by UFSLU.

261

262    Section 3.  Communication with Members

263    UFSLU shall have the right to communicate with members of the bargaining unit by use

264    of the University's established mail system(s).  Officers of UFSLU -- President, Vice

265    President, Secretary, Treasurer, and Grievance Officers -- may use University copying

266    facilities as available during normal University business hours and shall pay the standard

267    rate.

268

269    Section 4.  Union Dues

270    (a)  Dues Deduction.  So long as the UFSLU is recognized as the exclusive bargaining

271    agent for the bargaining unit, the University agrees to deduct UFSLU membership dues

272    in an amount established by the UFSLU from the pay of any bargaining unit employees

273    who individually and voluntarily makes such a request on a written authorization form.

274    The authorization form will, at a minimum, specify the name of the employee and the

275    exact amount to be deducted.  Changes to the amount to be deducted will also be in

276    writing and approved by the individual employee before deduction.  Deductions will be

277    made twice per month based on the regular University pay schedule, and will

278    begin/change with the first full-pay period commencing at least seven (7) days following

279    receipt of proper authorization by the University Payroll Office.  Dues will be remitted by

280    check within one week following the end of the month.  At the time of each remittance, a

281    list of the employees from whose salaries such deductions were made will be provided to

12

282   the UFSLU office where the funds are sent Termination of Deduction. The University's

283   responsibility for deducting dues and other authorized deductions from an employee's

284   salary terminates automatically upon either (1) written notice from the employee to the

285   University revoking that employee's prior deduction authorization, or (2) the transfer or

286   reassignment of the authorizing employee out of the bargaining unit.  The University

287   agrees to process a dues revocation form within a reasonable period of time following

288   receipt.  Employees are expected to copy the UFSLU on any revocation of dues

289   deduction.

290

291   (c)  Indemnification. The UFSLU assumes complete responsibility for and holds the

292   University harmless for any and all claims against the University, including (1) the cost

293   of defending such actions, arising from the University's compliance with this Section,

294   and for (2) all monies deducted under this Section and remitted to the UFSLU.  The

295   UFSLU shall promptly refund to the University excess monies received under this

296   Section not attributable to specified individuals.  The UFSLU will promptly refund

297   directly to bargaining unit members any excess monies received under this Section.  The

298   University is not obligated to provide more than one payroll deduction field for the

299   purpose of making the deductions described in this Section.

300

301   Section 5.  Union Representatives

302   The UFSLU will provide the VPAA with a current list of UFSLU officers and

303   representatives under this Agreement.  Updates or changes will be provided within ten

304   business days of the change.

305

306     Section 6.  Contract Administration

307     Within reason and with the advance approval of the representative's supervisor, UFSLU

308     will be allowed time off with no loss of pay or charge to leave to participate in collective

309     bargaining, meetings with administration, or meetings with employees when UFSLU

310     representation has been requested and is required.  All other activities relating to contract

311     administration or enforcement will not be on University time unless specifically approved

312     by Dean or Director, as applicable, in advance.  It is agreed that such approval is at the

313     University's sole discretion and that the University has no obligation to approve such

314     additional time.  But when additional time is not approved, the University agrees to work

315     collaboratively with the UFSLU to make the time available through an individual's use of

316     leave, through leave without pay, or through some sort of UFSLU-funded leave if the

317     activities cannot be accomplished during non-University time.

318

319     Section 7.  Access to Information

320     The UFSLU agrees to pay, if requested, the amount of .10 per page for any information

321     requested by the UFSLU and provided by the University.  The costs will be automatically

322     waived if the requested information is less than ten pages in total.

323

324     Section 8.  Consultation

325     The President or his designee will meet with the UFSLU representatives to discuss

326     matters pertinent to the implementation or administration of this Agreement, University

327     actions affecting terms and conditions of employment, or any other mutually agreeable

328     matters.  Such meetings will typically occur once per semester in the academic year,

329     unless the parties agree to meet more or less frequently.  The party requesting

330    consultation will submit a written list of agenda items no less than one week in advance

331    of the meeting.  The other party will also submit a written list of agenda items in advance

332    of the meeting if it wishes to discuss specific issues.  The parties understand and agree

333    that such meetings are intended for collaboration and problem-solving regarding this

334    Agreement's implementation and administration and not collective bargaining.

335

336

337    **ARTICLE 4**

338    **ACADEMIC FREEDOM**

339

340    Section 1.  General Statement

341    Saint Leo University Incorporated is a Catholic institution that recognizes the teachings

342    of the Roman Catholic Church as morally binding.  While the University does not require

343    that members of the Faculty practice or profess the Catholic faith, nor accept the

344    teachings of the Roman Catholic Church as personally binding, the University does

345    require that all Faculty members act professionally, respect, understand, and support the

346    institution's mission and values, which are founded and based on Roman Catholic belief

347    and tradition.

348

349    Saint Leo University stands committed to the American Association of University

350    Professors (AAUP) principles articulated in the 1940 AAUP statement and in more recent

351    adoptions of AAUP policy and has endorsed the guidelines of the AAUP on this subject.

352

353    College and university teachers are citizens, members of a learned profession, and

354    officers of an educational institution.  When they speak or write as citizens, they should

355    be free from institutional censorship or discipline, but their special position in the

356    community imposes special obligations.  As scholars and educational officers, they

357    should remember that the public may judge their profession and their institution by their

358    utterances.  Hence they should at all times be accurate, should exercise appropriate

359    restraint, should show respect for the opinions of others, and should make every effort to

360    indicate that they are not speaking for the institution.

361

362    <u>Section 2.  Teaching</u>

363    Teachers are entitled to freedom in the classroom in discussing their subject, but they

364    should be careful not to introduce into their teaching controversial material that has no

365    relation to their subject. The distinction between education and advocacy is instructive in

366    this regard.  It is appropriate for Faculty to engage in discussions of controversial matters

367    that are relevant to their disciplines while engaging in the education of students.  It is not

368    appropriate in the classroom to serve as advocates for positions that are contrary to the

369    teachings of the Catholic Church outside of their disciplinary and educational boundaries.

370    This article will not be construed as limiting the Faculty member's right to determine

371    what materials are relevant to the objectives of a course.

372

373    The University supports the full freedom of all Faculty to teach in the classroom. The

374    faculty is subject to the strictures associated with usual academic custom, usage, and case

375    law as well as to those requirements specified in the University's Master Syllabus.  Such

376    freedom customarily includes the right to select those materials and teaching methods

377     consistent with the relevant Master Syllabus developed collaboratively by the Faculty,

378     approved by departmental Faculty and Deans, and distributed by the University.

379

380     <u>Section 3.  Research and Publication</u>

381     All Faculty members are entitled to full freedom to conduct professional or scientific

382     research.  Teachers are entitled to full freedom in research and in the publication of the

383     results, subject to the adequate performance of their other academic duties; but research

384     for pecuniary return should be based upon an understanding with the authorities of the

385     institution.

386

387

388     **ARTICLE 5**

389     <u>**FACULTY RIGHTS**</u>

390

391     <u>Section 1.  Personnel Records</u>

392     The University will maintain one official set of personnel records housed in two parts for

393     full-time Faculty.  Personnel records are maintained in two locations to meet both SACS

394     and legal regulations.  The record maintained in the Human Resources Office contains

395     some privileged materials that are not maintained in the Academic Affairs office.  The

396     record in the Academic Affairs office contains all materials relating to the Faculty

397     members' teaching and professional duties including all evaluations of those professional

398     activities.  Students are not given access to the faculty records at any time.  Subject to

399     applicable federal and state law, personnel records are maintained by or can be accessed

400     by only the following University personnel:

401

402       <u>Human Resources Record</u>: All Human Resources personnel (excluding students),

403       VPAA, and University legal representatives.

404

405       <u>Academic Affairs Record</u>: VPAA, Director of Academic Administration, Deans,

406       Department Chairs, Executive Assistant to the VPAA, Continuing Education

407       Personnel Coordinator, Director of Human Resources, and University legal

408       representatives.

409

410 The files in each location will contain the following documentation:

411

412       <u>Academic Affairs</u>: Official faculty academic personnel file that will include

413       current vita, official transcripts, teaching/faculty evaluations, annual appointment

414       letters, and originals of any personnel documents provided by Academic Affairs

415       to Human Resources for file.

416

417       <u>Human Resources</u>: Official University personnel file that will include, but not

418       limited to, a copy of the employee's vita, a copy of official transcripts, annual

419       appointment letters, overload teaching contracts, benefit enrollment applications

420       forms, change forms and all other documentation pertaining to personnel-related

421       issues and correspondence.

422

423 Upon written request, Faculty members may review and copy at the standard rate (.10 per

424 page) any material in their official personnel file.  This review shall take place in the

425  presence of a designated University official during regular business hours and normally

426  within two workdays of the request.

427

428  Faculty members shall be provided a copy of any evaluative material at the time it is

429  placed in their official personnel files.  Such documents shall be marked "cc: Personnel

430  File."  Faculty members shall have thirty (30) working days from the time they become

431  aware of such material to place a rebuttal of such material in their personnel files, if they

432  so desire.

433

434  No evaluation material may be used in any action against any Faculty members subject to

435  this Agreement, unless the material has been made available to the affected Faculty

436  member at least ten (10) working days prior to said action, except in cases where a delay

437  would endanger self or others or would violate the law or provisions of this Agreement.

438

439  Section 2.  Outside Employment

440  The UFSLU faculty contract obligates the Faculty member to devote his or her

441  professional energies to meeting faculty responsibilities described in this Agreement.

442

443  During the contract period, a Faculty member wishing to engage in any outside

444  employment may, at his/her own discretion and after having given prior notice, engage in

445  the following:

446      a.  teach up to two (2) academic courses per semester for any non-competing

447          institution as defined in this Agreement (subject to a base load plus two (2) course

448          cap on combined internal and external teaching), or

449      b.  work up to twenty (20) hours per week in non-teaching academic consulting or

450         non-academic related self or outside employment that is not a conflict of interest.

451  No outside employment in any form for competing institutions is permitted.

452

453  Outside the restrictions contained in this Article, the above options are available with

454  notice only as long as the Faculty member has not already declined to do paid

455  supplemental work for the University.  In this instance, a Faculty member will provide

456  the Dean of his/her school in writing, prior notice of the non-financial details of the

457  employment no less than two weeks prior to the beginning of an academic semester.  The

458  two-week notice period can be waived when the opportunity is not available to the

459  Faculty member until after the deadline has passed.

460

461  A Faculty member wishing to teach more than two (2) academic courses per semester, or

462  to work more than  twenty (20) hours per week in self or outside employment will

463  provide the VPAA of his/her school in writing, with the non-financial details of the

464  employment.  Normally, such a request must be made no less than one month before the

465  proposed date the external employment will commence and no less than two weeks prior

466  to the beginning of an academic semester.  The VPAA, after consulting with the

467  appropriate Dean, will grant or refuse approval for the employment in writing prior to the

468  start of the semester.  In either case, a response  shall be mailed within ten (10) business

469  days of the date of the receipt of the request.  If the request is refused, the reasons for the

470  refusal will be given.

471

472

473

474  An institution is considered a competing institution for purposes of this Article if the

475  institution is a for-profit educational institution, or if the faculty member is teaching or

476  rendering services to or through a consortium or third party provider arrangement (such

477  as but not limited to Coursera or edX).  The following are also considered competing

478  institutions for purposes of applying this Article:  Western Governors University, Drexel

479  University, Park University, Liberty University, Troy University, Grand Canyon

480  University, Nova Southeastern University,  Southern New Hampshire University,

481  University of Maryland, Keiser University, Florida Southern College, and for online

482  courses only, any of the twelve (12) universities in the State University System in

483  Florida.

484

485  Faculty members will also refrain from any outside employment that either involves any

486  use of University resources, or involves engaging in business dealings or transactions

487  with the University that cause personal financial benefit for Faculty members or financial

488  benefit for their family members.

489

490  Approvals for outside employment beyond the two courses per semester or the twenty (2)

491  hours per semester will be for a specified set time period stated in writing not to exceed

492  one year.  Renewal of the approval will require a written reapplication by the Faculty

493  member and review by the Dean or the VPAA.

494

495  Effective with the start of the Fall 2013 semester, Faculty members will bring themselves

496  into compliance with all necessary approvals.  Teaching contracts or outside employment

497   engagements occurring during Fall 2013 and that were accepted in writing prior to the

498   sooner of the Union's ratification of this Agreement or July 1, 2013, will be

499   "grandfathered in" and considered under the prior CBA language, but only for that

500   semester.

501

502   During the non-contract period, Faculty pursuing summer teaching and academic work

503   assignments with other institutions are expected to disclose their planned activities with

504   their Dean and Department Chair.  If a Faculty member is pursuing a summer opportunity

505   that would briefly overlap with the Faculty member's academic year commitment (i.e.,

506   no more than two weeks), the Faculty member may seek approval from his or her Dean to

507   accept the assignment.  Such approval will ordinarily be granted if the Faculty member

508   has or will fully complete all of his or her academic year commitments and

509   responsibilities.

510

511   Section 3.  Copyrights and Patents

512   Within the tradition of academic freedom as promulgated in the AAUP's 1940 Statement

513   of Principles on Academic Freedom and Tenure, and the AAUP's Statement on

514   Copyright (1999), the parties to this agreement believe that "the public interest is best

515   served by creating an intellectual environment in which creativity, scholarship, and

516   innovation can be encouraged, and rewarded, while still retaining for the university

517   reasonable access to the intellectual property of the faculty for whose creation the

518   university has provided assistance."  Furthermore, "…it is the prevailing academic

519   practice to treat the faculty member as the copyright owners of works that are created

520   independently of support from the University and at the faculty member's own initiative

521  for traditional academic purposes.  Faculty created works may not be treated as 'made for
522  hire' merely because it is created with the use of university resources, facilities, or
523  materials of the sort traditionally and commonly made available to faculty members."
524  (AAUP Statement of Copyright, 1999)
525
526  Faculty are free to enter into contractual agreements with the administration in which
527  faculty may sell some or all of their intellectual property rights in a given work, which
528  will establish the percentage of ownership of such rights.  The modification of ownership
529  rights may occur if the parties involved enter into an agreement before the intellectual
530  property is developed.  The agreement will include who will provide funding, who will
531  provide the work, what facilities may be used, deadlines for materials, as well as details
532  relating to who will own and control what percentage of the work, including any
533  royalties.
534
535  <u>Section 4.  Preference for Alternate Formats</u>
536  The University shall give preference in hiring to full-time Faculty members who wish to
537  teach for COL, Distance Learning or the Division of Continuing Education and Student
538  Services or Graduate Education.  Full-time Faculty must be qualified to be granted
539  privileges under this Section, including meeting academic credits, experience and
540  training and a significant record of publication and documented contribution to the field
541  that satisfy graduate teaching requirements governed by the Southern Association of
542  Colleges.  Information regarding upcoming class schedules will be made available on the
543  University's website.
544

545    Section 5.  Status while Serving as Department Chair or Graduate Department Director

546    A Faculty member who chooses to accept administrative duties as a Chair or Graduate

547    Department Director shall for that period retain all the rights, privileges, and benefits of

548    their academic rank as contained in this Agreement.      Serving as Chair or Graduate

549    Program Director shall be at the pleasure of the University.  The Department Chair may

550    not be terminated from the faculty except as provided in this Agreement.  When relieved

551    of administrative duties, such individuals resume their faculty position and the terms

552    applicable to it.

553

554

555                                **ARTICLE 6**

556                    **NON-DISCRIMINATION & DISABILITIES**

557

558    The University and UFSLU recognize their responsibilities under federal, state, and local

559    laws relating to fair employment practices and the principles involved in the area of civil

560    rights.  They hereby reaffirm their joint commitment not to discriminate because of race,

561    color, religion, sex, national origin, age, disabilities, creed and any other protected classes

562    provided by federal, state or local laws.  For resolution, needed assistance or possible

563    violations, including sexual harassment, grievance processes available to University

564    employees will apply, in lieu of the grievance procedure outlined in this Agreement.

565

566

567

568

569                                         **ARTICLE 7**

570                                           **NO STRIKE**

571

572   UFSLU and the University subscribe to the principle that any and all differences shall be

573   resolved by peaceful and appropriate means without interruption of the University

574   academic program.  The University and UFSLU further agree that disputes which may

575   arise between them shall be settled without resort to strike or lockout.  UFSLU, therefore,

576   agrees that it shall not instigate and will actively discourage any work stoppage, strike, or

577   suspension of work during the term of this Agreement. Any violation of this clause

578   invalidates the terms of the Agreement, which shall terminate immediately upon any such

579   violation.

580

581                                           **ARTICLE 8**

582                                 **GRIEVANCE PROCEDURES**

583

584   Section 1.  Introduction, Definition and Terms

585   (a)  Informal Resolution.  The University and UFSLU agree that they shall use their best

586   efforts to encourage the informal and prompt settlement of all grievances, which may

587   arise out of the interpretation of this agreement.  However, it is understood that nothing in

588   this Agreement shall deny an individual Faculty member or a group of Faculty members

589   the right to present an informal grievance individually or as a group to the University and

590   have such informal grievances resolved without the intervention of UFSLU, so long as

591   the resolution is consistent with the terms of this Agreement.  UFSLU shall be given the

592    opportunity to be present at any proceedings pertaining to the resolution of such informal

593    grievances.

594

595    (b) Grievance Definition.  A grievance is defined as a formal allegation by either a

596    bargaining unit Faculty member, a group of Faculty members, or the UFSLU individually

597    or on behalf of its members (herein after known as the grievant) that there is a dispute or

598    disagreement with the University over the interpretation, application, performance, or

599    terms of this Agreement.  No other matters shall be subject to the grievance procedure

600    here in described.

601

602    (c) Initiation at Step 2.  A grievance filed by the UFSLU which alleges a violation of its

603    rights by the University or that alleges a violation affecting multiple individual Faculty

604    members across more than one School may be initiated at Step 2.  A grievance of a

605    decision made by the President or the VPAA is to be initiated at Step 2.  Each grievance,

606    request for review, and notice of arbitration must be submitted in writing, which may

607    include fax, United States mail, email, or other recognized means of delivery.

608

609    (d) Burden of Proof.  In all grievances alleging any contractual violation, denial of

610    promotion, or denial of tenure, the burden of proof is on the Faculty member and/or the

611    UFSLU.  In disciplinary grievances, the burden of proof is on the University.

612

613    (e) Representation.  The UFSLU has the exclusive right to represent any Faculty member

614    in a grievance filed under this Agreement.  At each step in the process, the University and

615    the UFSLU each agree to provide the other with reasonable advance notice regarding

616     who will be present at grievance meetings. The grievant in these proceedings shall have

617     the right to representation by UFSLU at any step in these proceedings. The grievant shall

618     not be required to discuss any grievance if the Grievance Officer assigned is not present.

619     The University may likewise invite any member of management to attend any

620     proceedings set forth in this Article. The grievant and the University may invite

621     witnesses at any point in the process.

622

623     A Faculty member, with the agreement of UFSLU, may elect self-representation, but the

624     University in such a circumstance has no obligation to recognize or deal with any

625     representative under this Agreement other than UFSLU. No resolution of any

626     individually processed grievance will be inconsistent with the terms of this Agreement

627     unless approved by UFSLU. For this purpose, UFSLU has the right to have an observer

628     present at all meetings called for the purpose of discussing such grievance. The UFSLU

629     President will be informed of the dates and times of any such meetings at the same time

630     as the grievant. The UFSLU President will also be sent copies of all correspondence

631     related to the grievance, including grievance decisions at the same time as they are sent to

632     the grievant.

633

634     Any time limits established in the grievance process at any level may be extended by

635     mutual consent of the parties upon written notice to the UFSLU President and the Human

636     Resources representative.

637

638  Once a grievance has been filed, the grievance procedure set forth in this Article shall be

639  the exclusive process for resolving the grievance.  None of the parties involved may

640  attempt to resolve the grievance by any other formal or informal means.

641

642  Section 2.  Procedure

643  Step One: By 5:00 p.m. on the 30th day (not including the first day) after the grievant

644  becomes aware that he or she has been aggrieved, the grievant shall request in writing an

645  informal meeting with the appropriate Department Chair or Academic Director, and the

646  appropriate Academic Dean to present the grievance.  Such requests shall contain a

647  general description of the potential dispute, including dates, times, and locations, along

648  with copies of relevant documentation.  Upon receipt of a request for the informal Step

649  One meeting, the Academic Dean shall schedule a meeting within ten (10) working days

650  of such a request to discuss the grievance with the grievant(s).  The Academic Dean shall

651  notify the head of Human Resources of the University and UFSLU President of the

652  request for a meeting and the scheduled date of the meeting.  The Human Resources

653  representative and the Grievance Officer shall serve as the timekeepers for the grievance

654  procedure to insure that the meeting occurs within the prescribed ten (10) day period.  A

655  written response will be issued within ten (10) working days by the appropriate

656  Department Chair, Academic Director or Dean.  Copies of the response will be provided

657  to the grievant and the UFSLU President.

658

659  Step Two: If the grievance is not resolved to the grievant's satisfaction at the informal

660  meeting in Step One, then within ten (10) working days after the date of the meeting, the

661  grievant shall present the grievance in written form to the VPAA and the UFSLU

28

662 President, with a copy to the Human Resources representative. The VPAA shall provide

663 the grievant, the UFSLU President and the Human Resources representative with a

664 written answer within fifteen (15) working days of receipt of the formal grievance. If the

665 VPAA is not able to meet this deadline, s/he will appoint a substitute within five (5)

666 working days with the understanding that said individual shall respond to the grievant

667 within the aforementioned fifteen (15) working days' time period. The written grievance

668 shall thereafter be included in the official grievance record in all subsequent steps in the

669 grievance process.

670

671 Step Three: If the grievance is not resolved to the satisfaction of the grievant in Step

672 Two, then within ten (10) working days after receipt of the VPAA response, the grievant

673 may submit a request for review of the decision to the President. The President shall

674 review the grievance and render a written decision to grievant(s) within ten (10) working

675 days of receipt of the request for review of the VPAA's decision.

676

677 Step Four: If the grievance is not resolved to the satisfaction of the grievant in Step

678 Three, then within thirty (30) working days after receipt of the President's response, the

679 grievant may elect to follow the procedures and conditions of Article 9.

680

681 Section 3. Abandonment

682 Failure of the University to observe any of the stated time limits in Steps One through

683 Four shall allow the grievant to proceed to the next step in the grievance procedure.

684 Failure of the grievant to appeal within the time limits set forth above shall terminate the

685 grievance process with implementation of the decision rendered at the prior step.

686

### Section 4. Settlement

The parties may settle the grievance at any step of the procedure set forth above. Said agreement shall be reduced to writing and signed by all parties with copies provided to the VPAA, the grievant, the President of UFSLU, and the head of Human Resources.

691

### Section 5. Grievance Investigations

At the beginning of each academic year, UFSLU shall appoint two Faculty members who shall serve as Grievance Officers and submit their names, in writing, to the VPAA no later than September 10 of each academic year. The VPAA, the President, or the grievant may request a written report of the Grievance Officer's investigation.

697

### Section 6. No Reprisal

No reprisal or recrimination of any kind shall be taken by the University against anyone because of participation in the procedures set forth in this Article.

701

### Section 7. Retroactivity of Grievance Process

A grievance filed during the term of this Agreement shall be governed by this Article at all steps of the grievance process, regardless of whether any subsequent collective bargaining agreement takes effect during the time the grievance is pending.

706

707

708

709

# ARTICLE 9

## ARBITRATION

Section 1.  Conditions

Only grievances which satisfy each of the following conditions and have been accepted by UFSLU for arbitration shall be subject to arbitration:

(a)  The grievance was filed in writing as specified in Article 8 and processed in the manner and within the time limits prescribed in the Grievance Procedure.

(b)  The written grievance and the written demand for arbitration clearly identified the Article, section, paragraph, and page of this Agreement which was allegedly violated.

(c)  The demand for arbitration was made in writing to the President of the University within thirty (30) working days from the date the decision was rendered at the last step in the grievance procedure or failure of the University to observe the stated time limit in Step Four.

(d)  The grievance may be withdrawn at any time by the grievant or by the designated UFSLU representative.

Section 2.  Demand for Arbitration

(a)  The demand for arbitration shall state the specific provision or provisions of the contract alleged to be violated, the nature of the dispute, and the remedy requested.  Upon

734   receipt of the demand for arbitration, the parties shall request the names of seven (7)

735   arbitrators from FMCS, all of whom shall have Florida addresses for purposes of travel

736   expenses.  The location of any arbitration arising out of this Agreement shall be within

737   the greater Tampa Bay metropolitan area.  If the parties are unable to agree on an

738   arbitrator from the list, then the parties shall alternately strike one name from the list and

739   the remaining name shall be the arbitrator.  The first choice to strike from the list will be

740   determined by the flip of a coin.  The UFSLU will call Heads or Tails.

741

742   (b)  The parties may, at their option, agree in advance on the issues to be presented to the

743   arbitrator.

744

745   (c)  The decision of the arbitrator shall be final and binding on both parties, and it will be

746   rendered in writing within thirty (30) days following the conclusion of the hearing or

747   submission of briefs, whichever is later.  The parties shall each bear the cost of preparing

748   and conducting their own presentation, including payment of witnesses attending the

749   hearing at their request. The parties will share equally in the cost of the arbitrator,

750   including fees, hearing room and the cost of the transcriber, if any.  The cost of the

751   transcript and any associated copies shall be paid by the ordering party.

752

753   <u>Section 3.  Power of Arbitration</u>

754   The arbitrator shall only have jurisdiction to determine whether or not the alleged

755   violation of the Agreement occurred as described in the written demand for arbitration.

756   The arbitrator may consider, to the extent applicable, the entire contract in reaching such

757   a decision.

758

759 However, the arbitrator shall have no power to add to, subtract from, modify, or alter

760 terms of this Agreement, nor will the arbitrator have the power to arbitrate any matter,

761 expressly or implicitly, not arising from the interpretation, construction, or enforcement

762 of this Agreement.

763

764 <u>Section 4.  Resolution</u>

765 Notwithstanding the expiration of this Agreement, any claim or grievance arising

766 hereunder shall be processed through the grievance procedure and this Article until

767 resolution.

768

769 <u>Section 5.  Reasons</u>

770 The University shall not submit any reasons for its actions against the grievant that were

771 not presented during the grievance procedure prior to arbitration. Nor may the grievant

772 change or modify the issues of his/her grievance prior to arbitration.

773

774

775 **ARTICLE 10**

776 **<u>FACULTY APPOINTMENTS</u>**

777

778 <u>Section 1.  Probationary Faculty Appointments</u>

779 The VPAA shall consult with the appropriate Academic Director, Department Chair,

780 Academic Dean and departmental and appropriate school Faculty in the appointment of

781 new Faculty, hereinafter referred to as probationary Faculty, to the University.  In

782   general, after the approval for a faculty search, the Dean or Academic Director, working

783   with the Chair and department faculty, will determine the qualifications and criteria to be

784   used to fill faculty vacancies that the VPAA has determined will be filled externally.

785   Faculty vacancies to be filled externally will be advertised, and the hiring committee will

786   include at least Faculty members from the department and school, and at least one

787   Faculty member from a different school.  The VPAA shall not, in any respect, be bound

788   by any recommendation of an Academic Director, Department Chair, Academic Dean, or

789   Faculty member.  Appointments to the Faculty of the University shall be made by the

790   VPAA after consultation with the President of the University.  All new appointments to

791   the Faculty will be in writing, and will reflect any special terms agreed upon as a

792   condition of hire.  For purposes of tenure and promotion, Faculty who begin their duties

793   after the start of the academic year and no later than the beginning of the second

794   semester, shall count that entire academic year as service.  The initial rank of

795   probationary faculty shall be determined by the VPAA.  In addition, conditions for

796   promotion and/or tenure (when applicable) must be stated in the initial appointment

797   contract.

798

799   The probationary period for full-time tenure-track Faculty shall be a maximum of seven

800   (7) years in length. Appointments shall be of the following length in order from the first

801   year:

802

803        The first year appointment is for one year;

804        The second year appointment is for one year;

805        The third year appointment is for one year;

34

806        The fourth year appointment is for one year;

807        The fifth year appointment is for two years; and

808        The seventh year appointment (terminal year) is for one year.

809

810   At the Faculty member's request, the probationary period may be extended one time for

811   up to one year for Faculty members who take a leave of absence for serious health

812   condition of self or a covered relative under the FMLA.  At the Faculty member's

813   request, the probationary period may also be extended for the purposes of child bearing

814   or rearing if the Faculty member (male or female) is a primary or coequal caregiver of

815   newborn or newly adopted children. This extension shall be granted only if the faculty

816   requests and is granted full or partial leave of absence.  The Faculty member shall be

817   granted an extension of the probationary period for up to one year for each child not to

818   exceed more than two one-year extensions.  If the probationary period is extended, that

819   extension will be confirmed to the Faculty member in writing by the VPAA.

820

821   The University may elect not to renew said Faculty member's employment upon any

822   expiration date thereof during the probationary period for any reason whatsoever. If the

823   University elects to exercise its rights under this section during any year of the

824   probationary period, the following notification provisions shall apply:

825

826        Year 1 – March 1;

827        Year 2 – March 1;

828        Year 3 – November 15;

829        Year 4 – November 15;

830     Year 6 – March 1 of year prior to terminal year;

831

832   The VPAA will appoint a faculty mentor for each new tenure track Faculty member in

833   their first year.

834

835   The offer of a conversion of a Faculty member from a tenure track to a non-tenure track

836   appointment will be presented in writing and the Faculty member will have five (5)

837   business days to accept or reject the offer.  The change will be effective after it is signed

838   by both the VPAA and the affected Faculty member.

839

840   All grants of Tenure decisions and promotion decisions are recommended by the

841   President must be ratified by the Board of Trustees.  Tenure and/or promotion, if granted,

842   will take effect on August 16 of the academic year immediately following the decision of

843   the Board of Trustees.

844

845   <u>Section 2.  Non-Renewal/ Termination</u>

846   Once tenure has become effective, a Faculty member will receive continuous

847   employment for each successive year until retirement or until the Faculty member is

848   terminated for just cause or reduction in force.

849

850   (a)  <u>Termination of Employment.</u>  A tenured Faculty member will be terminated from the

851   University, only for Just Cause, which is defined as follows: academic incompetence,

852   neglect of duties, inability to perform assigned faculty duties due to a physical or mental

853   disability even with reasonable accommodation, misconduct, or moral turpitude.  It is

854     expressly understood by and agreed to among the parties that a full-time, tenured Faculty

855     member who is also serving as the coach of an intercollegiate athletic team either may be

856     suspended for a period of time without pay, or the coach's employment may be

857     terminated if found to be involved in a deliberate and serious violation as defined by the

858     NCAA regulations.  Coaches are hired, evaluated, retained and dismissed by the Athletic

859     Director.  A Faculty member who no longer coaches returns to her/his full time faculty

860     responsibilities.

861

862     (b)  <u>Reduction in Force.</u>  Should the University foresee the need for a reduction in force

863     during the terms of this agreement, the VPAA will notify UFSLU President in writing of

864     the University's intent in writing as soon as possible but not less than sixty (60) calendar

865     days prior to notification to affected Faculty members.  The notice will include the

866     rationale for, and anticipated extent of, the reduction and the effective date of the

867     reduction.  The rationale for a reduction in force may include man-made and natural

868     disasters, acts of God, program termination or financial exigency.

869

870     The effective date of reductions in force will normally occur at the end of the current

871     annual contract period of the affected Faculty members.  Notice of reduction in force to

872     affected persons will provide a minimum notice of one academic term. Contracts for less

873     than a full academic year may be issued to provide the required minimum notice.  In all

874     cases of termination of appointment because of the above conditions, the place of the

875     faculty member shall not be filled by a replacement within a period of three (3) years

876     unless the released Faculty member has been offered reinstatement and a reasonable time

877     in which to accept or decline it.  The University and UFSLU will negotiate any

878 differences in the order of reduction and the order of recall during the 60-day notice

879 period.  Should negotiations not be concluded within the notice period, the University

880 will have the right to proceed with the notice requirement to the person(s).  Tenured

881 faculty will be granted preference in retention over non-tenured faculty if the tenured

882 faculty member's qualifications are judged by the University to be more aligned with

883 program needs.

884

885 Section 3.  Visiting Faculty

886 Years of service as a visiting or non-tenure track Faculty member shall count toward the

887 probationary period for a tenure-track position if the Faculty member is hired for a

888 tenure-track position, and if the Faculty member decides to count some or all of these

889 years toward the probationary period.  Visiting Faculty members may serve in a full-time

890 capacity for no more than five (5) years.

891

892 Section 4.  Other Faculty Appointments

893 The University also employs within the bargaining unit Faculty members in non-tenure

894 track appointments in the classification of Instructor and in all faculty ranks.  Such

895 Faculty members are employed on fixed term appointments (typically by academic year).

896 Faculty members meeting applicable plan criteria are eligible for benefits like insurance

897 and retirement, but no right of tenure or renewal of appointment at expiration is

898 guaranteed.  Faculty members in these appointments who accept appointment to a tenure

899 track position will be granted credit toward tenure for prior service only if specified in

900 writing by the VPAA at the time of the tenure track appointment.

901

902

903 **ARTICLE 11**

904 **PROMOTION AND TENURE**

905

906 Section 1.  General Policy Regarding Promotion and Tenure

907 Saint Leo University, a Roman Catholic teaching university, commits to excellence as

908 one of its six core values.  Promotion and Tenure are the means by which the University

909 recognizes individual Faculty for excellence in their faculty role. Tenure-track faculty

910 may apply for and be considered no sooner than the fifth year and must apply for and be

911 considered in the sixth year.  Faculty denied tenure in the fifth year have the right to re-

912 apply for tenure in the sixth year.  Faculty may apply for promotion in any year but must

913 have at least five years of experience at SLU since their last promotion or date of hire

914 before applying.  Faculty denied promotion may re-apply in any subsequent year.

915

916 The only exception to the above outlined promotion and tenure schedule can occur when

917 the University wishes to hire faculty who have held a tenured position at the rank of

918 Associate or Full Professor at another baccalaureate degree granting college or university.

919 The University may hire this person with the individual written contractual stipulation

920 that this faculty member may apply for tenure in October of the third year.  For hires at

921 less than Full Professor, the University may hire this person with the individual written

922 contractual stipulation that they may seek promotion earlier than five years.

923

924     Applications for promotion and tenure will be evaluated by the Committee, the VPAA

925     and the President following the annual promotion and tenure calendar.  If granted,

926     promotion and/or tenure will take effect on August 16th of the next academic year.

927

928     Promotion and Tenure Committee deliberations shall be electronically recorded and

929     sealed.  The sealed recording shall be kept for seven years following the decision on

930     promotion or tenure.  The Chair of the Promotion and Tenure Committee shall keep the

931     sealed recording stored in a secure fashion for the first month; the VPAA shall keep the

932     sealed recording stored in a secure fashion for the remaining six years and eleven months.

933     After the seventh year the sealed recording shall be destroyed.

934

935     Denials of promotion and/or tenure are made by the President.  Recommendations for

936     promotion or tenure are made by the President but must also be approved or may be

937     denied by the Board of Trustees.  In the case of a disputed decision regarding promotion

938     and/or tenure, the sealed recording may be opened in the presence of appropriate persons

939     as described in the Grievance process if requested by either administration or the grieving

940     faculty member.

941

942     Section 2.  Policy Particular to Tenure, Promotion, Graduate Faculty and Non-Teaching

943     Faculty

944     Promotion and tenure decisions at Saint Leo University are made on the basis of

945     documented and evaluated performance in three areas: (1) teaching; (2) scholarly growth

946     (3) institutional and community service.

947

40

948   (a) <u>Tenure and Promotion</u>: The primary criteria for decisions regarding reappointment,

949   tenure and promotion are excellence in classroom teaching and in facilitating student

950   learning. Teaching Faculty must demonstrate excellence in teaching, a part of which is

951   academic advising.  Teaching Faculty must also demonstrate excellence in either (1)

952   scholarly growth or (2) institutional and community service.

953

954   Scholarly growth may be demonstrated through professional development and/or

955   research. The definition of professional development and scholarly research will be

956   determined by the relevant School.  The University will recognize both traditional and

957   non-traditional means of demonstrating professional development and/or research.

958

959   (b) <u>For library Faculty</u>, professional library service contributing to the educational

960   function of the University is the primary area of faculty performance and of evaluation.

961

962   (c) <u>For Faculty with no teaching assignments</u>, professional responsibilities that are

963   directly related to their assignments are the primary area of faculty performance.

964

965   (d) <u>For Graduate Faculty</u>, traditional research as recognized by their discipline leading to

966   publication in appropriate formats is expected.  This provision does not obligate the

967   University to fund the research.

968

969

970

971

972     <u>Section 3.  Promotion and Tenure Committee</u>

973     The purpose of the promotion and tenure committee is to give to the administration the

974     recommendations of the faculty regarding the suitability of applicants to be promoted or

975     tenured.

976

977     This committee shall be composed of five (5) tenured faculty members, holding the rank

978     of Professor.  Faculty members are elected to this committee for two-year terms.  Three

979     members' terms begin on even years and two members' terms begin on odd years.

980     Faculty members elected by the faculty may serve no more than two (2) successive terms,

981     following which the Faculty member must have at least a four-year hiatus.   No more

982     than one (1) member can be from any one department.  At least three (3) members will be

983     bargaining unit Faculty.  If there is only one person with this rank in a particular

984     department, then an alternative person holding the rank of Professor can be elected from

985     another department to prevent members from serving multiple consecutive terms.   No

986     more than two (2) members can be from any one school.  If for any reason P&T

987     membership cannot be achieved using this composition framework, the VPAA and the

988     Union will meet and agree on a temporary change in membership composition to fill the

989     vacancy.

990

991     In even years, the three positions on the P&T Committee shall be selected in the

992     following manner:

993

994     The President will appoint one member to the committee.  The President's appointment

995     to the Promotion and Tenure Committee may come from non-University campus faculty.

996   The full-time faculty will elect two members to the Promotion and Tenure committee at

997   the last faculty meeting of the academic year.

998

999   In odd years, the two positions on the P&T Committee shall be selected in the following

1000  manner:

1001  The full-time faculty will elect two members to the Promotion and Tenure committee at

1002  the last faculty meeting of the academic year.

1003

1004  In anticipation of elections conducted under this Section, the following procedure will be

1005  used:

1006  • The VPAA or designee will provide the Union President with a list of faculty

1007  eligible to serve of the P&T Committee.  The Union will have 15 calendar days to

1008  check the list for accuracy.

1009  • Once the list is finalized, the eligible faculty members will be solicited regarding

1010  their willingness to serve.  Eligible faculty members willing to serve will be

1011  placed on the ballot.

1012  • The election will then be conducted at the last faculty meeting of the academic

1013  year.

1014  • The ballots will be counted in the Union's presence following the election.  The

1015  tally of ballots will be announced after being counted.

1016

1017  Only bargaining unit faculty, non-University campus faculty, and faculty in

1018  administrative appointments below the level of Dean are eligible to vote and serve on

1019  P&T.  The VPAA and Deans are not eligible to vote in P&T Committee elections.

1020

1021   In both even and odd years, elections will take place at the last faculty meeting of the

1022   academic year.  In even years, the Presidential appointment will be made following the

1023   elections, and that selection will be communicated following the faculty meeting.

1024

1025   The President will appoint the chair of the committee each year from the five

1026   appointed/elected members.

1027

1028   The Faculty P&T Committee shall review the credentials of faculty that submit

1029   application for promotion and/or tenure.  The Faculty P&T Committee shall recommend

1030   those faculty members qualified for promotion and/or tenure to the Vice President of

1031   Academic Affairs.  Upon consultation with the P&T committee and with the VPAA, the

1032   President recommends promotion and/or tenure of faculty to the Board.

1033

1034   The Promotion and Tenure Committee, Vice President of Academic Affairs and the

1035   President shall make these recommendations in accordance with the General Policy

1036   Regarding Promotion and Tenure listed at Article 11 Section 1 and 2.

1037

1038   Section 4.  Procedures for Promotion and Tenure Applications

1039   The Faculty member who is applying for promotion and tenure has the responsibility of

1040   presenting an application package that documents his or her performance in each of the

1041   above areas in an appropriate and complete manner.  A Faculty member may consult with

1042   the Faculty Handbook.  However, the Handbook is not a part of this contract and other

1043   formats, if approved by the Dean and faculty of the relevant school, are equally

1044   acceptable.

1045

1046   Department Chairs and Directors or Deans provide the Promotion and Tenure Committee

1047   with written evaluations and recommendations for promotion and tenure as appropriate.

1048

1049   Section 5.  Beginning of the Promotion and Tenure Calendar

1050   Before September 30, the Committee shall meet together with the President of the

1051   University, the Vice President of Academic Affairs, and the president of UFSLU to

1052   review the criteria and procedures outlined in the Saint Leo University Collective

1053   Bargaining Agreement.  Following that meeting, the Committee Chair shall meet with

1054   School Deans to review these criteria and procedures.

1055

1056   By September 15, the VPAA shall inform all Faculty of the annual tenure and promotion

1057   schedule.

1058

1059   Section 6.  Tenure Calendar

1060   (a)  By September 30th of each year, probationary Faculty who meet all qualifications

1061   and who wish to apply for tenure must submit a letter of intent to apply for tenure to the

1062   VPAA who in turn informs the Committee Chair.

1063

1064   (b)  On or before October 15st of the current year, applications for tenure must be

1065   submitted to the Department Chair or Library Director, as appropriate, who will review

1066   the application and attach a letter of comment to the application.  The Department Chair

45

1067   must then forward the application to the School Dean for review prior to November 1st.

1068   The School Dean will also review the application and attach a letter of comment to the

1069   application.  The School Dean or Library Director must forward the application for tenure

1070   to the VPAA and Chair of the P & T Committee prior to November 15th.

1071

1072   (c)  On or before December 15th of the current year the Chair of the P&T Committee

1073   must submit the Committee's recommendations and rationale to the VPAA.

1074

1075   (d)  Written minutes of the meetings shall consist of a statement of subjects covered.  No

1076   information shall be included that would identify the vote or remarks of any individual

1077   member or group of members.  The recommendations concerning faculty tenure and/or

1078   promotion shall be decided by a majority vote of the full committee.

1079

1080   (e)  On or before January 10th of the current year the VPAA submits his or her

1081   recommendations along with those of the Committee to the President.

1082

1083   (f)  As stated above, denial of tenure decisions are made by the President.

1084   Recommendations for tenure are made by the President but must also be approved or may

1085   be denied by the Board of Trustees.  Following the February Board of Trustees meeting,

1086   the President will communicate in writing his/her final decision to the candidate, VPAA

1087   and to the Chair of the Promotion and Tenure Committee within two weeks of the Board

1088   of Trustees' decision.  If the President disagrees with the recommendations of the Faculty

1089   Promotion and Tenure Committee, the President shall meet with the committee to discuss

1090   his/her rationale prior to sending out the letter to the faculty.

1091

Section 7.  Promotion Calendar

(a)  Faculty members who wish to be considered for promotion must notify the VPAA
and Committee Chair in writing prior to December 1st of the current year.

(b)  On or before January 15th of the current year, a candidate for promotion must submit
a complete application for promotion to the Department Chair or Library Director, as
appropriate, who will review the application and attach a letter of comment to the
application.  The Department Chair must then forward the promotion application to the
School Dean, who will review the application and attach a letter of comment to the
application, for review prior to February 1st of the current year.

(c)  The School Dean or the Library Director shall forward the application with their
recommendation to the Committee Chair prior to February 15th of the current year.  The
Chair of the Committee will convene the Committee to begin review of the applications
prior to February 15th of the current year.  Should they choose, candidates may also
submit supporting documents from professional colleagues with direct knowledge of the
applicants teaching service, scholarship, professional development, and committee work.

(d)  The Committee will submit its recommendations to the VPAA in writing prior to
March 15th of the current year.

(e)  Minutes of the meetings shall consist of a statement of subjects covered.  No
information shall be included that would identify the vote or remarks of any individual

47

1115   member or group of members.  The recommendations concerning faculty tenure and/or

1116   promotion shall be decided by a majority vote of the full Committee.

1117

1118   (f) The VPAA will submit his/her written recommendations along with those of the

1119   Committee to the President on or before April 1 of the current year.

1120

1121   (g)  As stated above, denial of promotion decisions are made by the President.

1122   Recommendations for promotion are made by the President but must also be approved or

1123   may be denied by the Board of Trustees.  Following the May Board of Trustee meeting,

1124   the President will communicate in writing his/her final decision to the candidate, VPAA

1125   and to the Chair of the Promotion and Tenure Committee within two weeks of the Board

1126   of Trustees' decision.  In the event the President's decisions do not agree with the Faculty

1127   Promotion and Tenure Committee, s/he shall meet and discuss his/her decisions with the

1128   Committee. Promotion, if granted, will take effect at the beginning of the next academic

1129   year.  For pay purposes, promotion is effective on August 16th.

1130

1131   (h)  Any changes in the specific listed dates such as those created by calendar variances

1132   are circulated by the Office of the VPAA on or before September 15th of each academic

1133   year.

1134

1135

1136

1137

1138

1139

**ARTICLE 12**

1140

**PROFESSIONAL DEVELOPMENT**

1141

1142   Section 1.  Professional Development Fund

1143   The University will maintain the annual professional development fund currently in place

1144   and funded in accordance with Article 13, Section 2 of no less than the applicable amount

1145   per fulltime Faculty member employed by the University on August 16 of each year.  The

1146   fund shall be placed in a separate budget in Academic Affairs.  Disbursement of funds

1147   will be made by a committee comprised of two academic administrators appointed by the

1148   VPAA and two Faculty appointed by the President of the Union.

1149

1150   Full time Faculty will apply for professional development funds by submitting a

1151   standardized form supplied by the University indicating the purpose of the activity and

1152   the impact funding will have on the Faculty member's teaching and professional

1153   development.  A final expense report will be required from the Faculty member using the

1154   professional development funds that documents the use of the funds and reconciles all

1155   advances with expenses.  All expenses will be documented by *original* receipts as

1156   required by University financial policy, and the final expense report will comply with

1157   IRS regulations.

1158

1159   Section 2.  Sabbatical

1160

1161   (a)  Sabbatical Definition and Eligibility.  Sabbatical Leave shall be considered a

1162   reassignment from normal teaching responsibilities for a specific period of time and for a

49

1163   specified academic purpose from which both the Faculty member and the University shall

1164   benefit.  A sabbatical may be taken for one full academic year or for one full regular

1165   semester (a regular semester is the fall or spring semester).  A Faculty member is eligible

1166   for sabbatical leave during and after the seventh year of service dating back to the initial

1167   appointment or to the prior sabbatical leave.

1168

1169   (b)  Application for Sabbatical.  The notice of intent for sabbatical shall be submitted by

1170   September 15th one year prior to the  academic contract year in which the Faculty

1171   member wishes to start a fall sabbatical leave or by January 15 one year prior to the

1172   academic year in which the faculty member wishes to start a Spring sabbatical leave.

1173   She/he must submit to the Department Chair or Director and Dean a written notice of

1174   intent to file for sabbatical leave.  The notice of intent to file for sabbatical leave will be

1175   followed by the actual application.  In no event shall the actual application for sabbatical

1176   leave be filed less than six (6) months prior to the academic semester for when the

1177   sabbatical is proposed.  The sabbatical project shall be outlined with details in the

1178   application.  As a part of the sabbatical application the Faculty member applying for a

1179   sabbatical must provide clear and measurable goals for the sabbatical.  The sabbatical

1180   project must be of a significant scholarly nature and should enhance Faculty member's

1181   professional development and/or his/her teaching effectiveness.

1182

1183   (c)  Approval Process.   The application shall be submitted to the Faculty member's

1184   Department Chair, or in the case of faculty librarians, to the Library Director.  Within

1185   thirty days, the Chair or Library Director shall make a recommendation to the appropriate

1186   School Dean or VPAA, as applicable.  The Department Chair's recommendation shall

1187    address the value of the proposed project, comment on the effect the project may have on

1188    teaching, learning, and professional development, and shall detail the courses that will

1189    not be taught or a plan for teaching courses in the absence of the faculty member who

1190    shall be on sabbatical.  The Dean will recommend an action to the VPAA within fifteen

1191    (15) days of receipt of the Chair's recommendation and forward that recommendation to

1192    the VPAA.  The VPAA shall decide to grant or refuse the request for sabbatical leave

1193    within thirty (30) days.  The VPAA may defer a sabbatical leave for programmatic and/or

1194    financial reasons.  Generally, no more than one faculty member per department shall be

1195    granted a sabbatical in the same academic year.

1196

1197    (d)  Required Report and Commitment.  Within three (3) months after the conclusion of a

1198    sabbatical, the Faculty member must file a written report on the sabbatical project to the

1199    VPAA detailing how the sabbatical project was completed.  This report shall provide the

1200    Faculty member's assessment of how the clear and measurable goals of the sabbatical

1201    were met and shall provide appropriates supporting documentation.  The VPAA will

1202    share the report with the Dean, Department Chair and with the faculty as a whole.  The

1203    report shall be placed on reserve in the Library for review.  Upon request the Faculty

1204    member also agrees to make a presentation to the faculty or Board of Trustees.  By

1205    accepting a sabbatical leave, the Faculty member commits himself/herself to one (1) year

1206    of full-time service to the University immediately following the expiration of the

1207    sabbatical.  In the event the Faculty member does not comply with the terms of the

1208    Sabbatical or this Section the Faculty member agrees to compensate the University in an

1209    amount equal to the amount of salary paid to the faculty member during his or her

1210    sabbatical.

1211   Section 3.  Reassigned Time

1212   Faculty members may be granted a reassignment of time from teaching for professional

1213   development purposes or for administrative duties.  Normally, this reassignment of time

1214   is granted for no more than one (1) year.  A Faculty member who wishes to have

1215   reassigned time for purposes of professional development must make application through

1216   his/her Department Chair and Dean to the VPAA. The procedure for requesting a

1217   reassignment of time is as follows:

1218

1219   (a)  For the fall semester, a Faculty member should make written application to his/her

1220   Department Chair before April 1st of the preceding academic year.  The request and

1221   application for reassignment of time, for the spring semester, must be submitted no later

1222   than October 1st to the Department Chair.

1223

1224   (b)  The Faculty member's application must include a complete description of the work

1225   that is proposed and estimates of the time required to complete the work.

1226

1227   (c)  The Department Chair, in reviewing the application, must comment on both the scope

1228   of the work, its relevance to department needs and goals and on the reasonableness of the

1229   request.  The Department Chair will in turn forward her/his recommendation to the Dean

1230   within ten (10) business days of receipt of the request.  The Department Chair's written

1231   recommendation must include a description of how the Department Chair proposes to

1232   replace the Faculty member for the course/courses that will be reassigned.

1233

1234   (d)  The Dean in turn will review the application for reassignment of time for

1235   professional development and will forward her/his written recommendation to the VPAA

1236   within five (5) days.  The Dean's analysis must include commentary on the impact of any

1237   courses not taught on the curriculum and on students.

1238

1239   (e)  The VPAA, in turn, will make the final decision regarding the reassignment of time

1240   and will respond in writing within ten (10) business days of the receipt of the Dean's

1241   recommendation.

1242

1243   <u>Section 4.  Post-Tenure Faculty Development Review</u>

1244

1245   Purpose

1246   The Post-Tenure Faculty Development Review process (FDR) is designed to ensure that

1247   faculty members continue to grow professionally after having received tenure and to

1248   provide a process for evaluation of that growth.   To accomplish this, the University will

1249   use an annual review process to document a faculty member's post-tenure performance

1250   and to assess his or her contributions and professional development. When necessary, a

1251   more formal performance development plan will be implemented to support growth and

1252   development.

1253

1254   Process

1255   Step 1: Faculty members will be evaluated annually by their Department Chairs relative

1256   to an individual's assigned duties and accomplishments for the previous year, including:

1257        a.   end-of-class student evaluations

1258       b. Department Chair and at least one peer class observations selected by the faculty

1259          member from Associate and Full Professors

1260       c. Department, School, and/or University-wide committee work, and

1261       d. Scholarly and/or other professional development activities.

1262

1263   As part of the process, faculty members will be given the opportunity to submit annual

1264   plans for development and year-end accomplishment summaries.  During the review

1265   conference, faculty members will receive feedback and have the opportunity to discuss

1266   the review with their Department Chair.  The faculty member may also receive

1267   counseling if their performance is less than satisfactory.   A written review will be

1268   provided to the faculty member following the review conference.

1269

1270   Step 2: A tenured faculty member whose performance is judged to be less than

1271   satisfactory for two of the past five years (beginning with the 2013-2014 academic year)

1272   and for whom counseling has not adequately improved the situation will be given a

1273   formal Performance Development Plan (PDP), the details of which will be discussed with

1274   the faculty member. At the faculty member's election, he or she can accept the PDP as

1275   written, or the faculty member can seek review under Step 3 before implementation.

1276

1277   Step 3: Performance Development Plan

1278       a. The PDP review process begins with the Department Chair preparing a summary

1279          of faculty member's annual performance reviews for the period encompassing the

1280          two years of unsatisfactory performance, the proposed PDP, and any additional

1281          material pertaining to performance.

1282      b.  The faculty member prepares and provides whatever material he or she thinks will

1283          support their position.

1284      c.  The performance review summary and PDP, and the faculty member's materials

1285          are forwarded to a Faculty Development Review Committee made up of an

1286          administrator appointed by the President and two tenured Associate or Full

1287          faculty members elected by the faculty every two years.  The election procedure

1288          to be used will be consistent with the process detailed for P&T Committee

1289          elections.

1290      d.  The Faculty Development Review Committee will review the materials submitted

1291          and provide a recommendation to the VPAA with a copy to the Department Chair

1292          and affected faculty member on whether the PDP should be implemented as

1293          written, implemented with revisions, or not implemented at all.  If either the

1294          Department Chair or the affected faculty member is dissatisfied with the

1295          Committee's recommendation, he or she may seek review by the VPAA.  The

1296          VPAA will promptly provide the faculty member, the Department Chair, and the

1297          Committee with his or her final decision.  If the Committee recommended and the

1298          VPAA concurs that a PDP is not necessary, the faculty member will return to the

1299          annual performance review status.

1300

1301    Step 4: PDP Implementation

1302    If it is determined by the VPAA that the PDP is necessary, the Department Chair will

1303    meet with the faculty member regularly to review and support the faculty member's

1304    progress toward meeting the PDP targets.  When the faculty member meets all PDP

1305    expectations, the Department Chair will notify the faculty member, the Faculty

1306     Development Committee, and the VPAA in writing.  The faculty member will then be

1307     returned to the annual review process.

1308

1309

1310 **ARTICLE 13**

1311 **SALARY**

1312

1313 Section 1.  Salary Increases

1314 The salaries of all Faculty, regardless of rank, will be increased as follows:

1315

1316 A minimum salary increase of 3.25% for the entire bargaining unit effective for six

1317 months of Academic Year 2012-2013 (i.e., effective February 16, 2013).

1318

1319 Academic Year 2013-2014:  A minimum salary increase of 3.0% for the entire bargaining

1320 unit effective August 16, 2013.  The University may also award additional individual

1321 salary increases effective that same date based on performance as determined by the

1322 Dean and approved by the VPAA.  Although the individual Faculty selected to receive

1323 these raises may receive more than .40% on a per-person basis, the total pool of dollars

1324 available to award these increases will not exceed .40% of the bargaining unit base pay.

1325

1326 Academic Year 2014-2015:  A minimum salary increase of 3.0% for the entire bargaining

1327 unit effective August 16, 2014.  The University may also award additional individual

1328 salary increases effective that same date based on performance as determined by the

1329 Dean and approved by the VPAA.  Although the individual Faculty selected to receive

1330 these raises may receive more than .50% on a per-person basis, the total pool of dollars

1331 available to award these increases will not exceed .50% of the bargaining unit base pay.

1332

1333 Academic Year 2015-2016:  A minimum salary increase of 3.0% for the entire bargaining

1334 unit effective August 16, 2014.  The University may also award additional individual

1335 salary increases effective that same date based on performance as determined by the

1336 Dean and approved by the VPAA.  Although the individual Faculty selected to receive

1337 these raises may receive more than .60% on a per-person basis, the total pool of dollars

1338 available to award these increases will not exceed .60% of the bargaining unit base pay.

1339

1340 <u>Section 2.  Professional Development Fund</u>

1341 The University Professional Development Fund established under Article 12, Section 1

1342 will be funded each year at the level of $1,250 per full time Faculty member employed by

1343 the University on August 15 of the applicable year.

1344

1345 <u>Section 3.  Increases for Faculty Promoted or Completing Doctorates</u>

1346 Current Faculty pursuing a doctorate, who complete their doctorate in a regionally

1347 accredited university, in a discipline that is offered at University Campus or a discipline

1348 related to the teaching responsibilities of a Faculty member and that will meet SACS

1349 clearance criteria for that discipline, shall have their salary increased 10% (see current

1350 University catalog for disciplines offered at University campus).  If completion is after

1351 the start of an academic year, the salary will be prorated from the completion date for the

1352 remainder of the academic year.

1353     Faculty promoted with an effective rank change will be granted a salary increase.  The

1354     salary increase will be at least $5,000 and shall be sufficient to bring them to at least the

1355     25th percentile of the internal reference group for their rank.

1356

1357     <u>Section 4.  Directed Studies, Senior Honor Projects, and Course Overloads</u>

1358     Faculty who teach courses as an overload, except in the cases of forced overload as

1359     outlined in Article 14, Section 3f, shall be paid not less than $2,350.  In those cases where

1360     SACS related mandates and/or unexpected enrollment require the administration to add a

1361     section in accordance with Article 14, Section 3(f), the assigned fulltime Faculty member

1362     shall be compensated at the rate of $2,000 above the set overload rate.

1363

1364     Faculty who teach directed studies shall be paid $400 per student per course.  Faculty

1365     shall be compensated $250 per student for each senior honors project they supervise.

1366

1367     <u>Section 5.  Internships/Field Placements/Apprenticeships/Practicum</u>

1368     (a)  Internships/ <u>Field Placements/Apprenticeships/Practicum</u> (field work) - All

1369        Departments: Normal class size for different credit hours of field work is shown

1370        in the second column of the table below. The maximum number of interns shall

1371        be supervised by one faculty member whenever possible. If there are sufficient

1372        enrollments to make a normal class for a given number of credit hours of field

1373        work the faculty member will be credited as one three (3) credit hour course

1374        irrespective of the total number of credit hours in the field work and may be

1375        counted as part of the faculty members' normal teaching load or paid as an

1376        overload at the applicable overload rate per course.  If there are an insufficient

1377    number of enrollments to make a normal class, the course will be treated similar

1378    to the directed study and stipend will be paid according to the third column in the

1379    table below:

| Number of credit hours of Field Work | Normal class size for Field Work (undergraduate) | Stipend/student ($) if class size is not reached |
|---|---|---|
| 1 | 7-10 | $250 |
| 3 | 6-8 | $350 |
| 6 | 5-7 | $450 |
| 9 | 4-6 | $500 |
| 12 | 3-5 | $600 |

1380

1381  For graduate level courses, the normal class size will be between 7 and 9. If the

1382  enrollment does not make a full class (i.e., less than 7), the stipend will be paid as

1383  directed study at a rate of $500.00 per student.

1384

1385  For all field work courses students must be observed at least once by the instructor if the

1386  distance of the placement is within fifty miles of the campus/center. If the distance is

1387  greater than fifty miles, observation may be accomplished through the use of technology

1388  (e.g. VTT, Skype, etc.) or by proxy. Faculty travel to observe student(s) requiring

1389  distance greater than fifty (50) miles must be preapproved by the Dean of the respective

1390  school. The method of observation of field work must be included in the initial field work

1391  approval paperwork.

1392

1393    (b) Department of Fine Arts: Applied music courses, MUS 120, 220, 320, 420, shall not

1394    be considered in calculating faculty workload.  Faculty members offering these courses

1395    are paid from student fees collected, if students are enrolled for credit.

1396

1397    Section 6.  Class Cap Sizes

1398    When specific class cap sizes have been established under Article 14, Section 3(a) of the

1399    Agreement and the administration lift the caps, the instructor will be compensated at

1400    $110 per student for each student over the applicable cap as of the drop-add date.  The

1401    cap will not be lifted without instructor consent unless additional faculty members

1402    qualified and approved to teach the course are not reasonably available.

1403

1404    Section 7.  Workload

1405    In pattern 2 of Article 14, Section 3 on Workload, the Faculty member shall receive an

1406    additional payment of $825.  In pattern 4 of Article 14, Section 3 on Workload, the

1407    Faculty member shall receive an additional payment of $1,650.

1408

1409    Section 8.  Compensation during Sabbatical

1410    A Faculty member on sabbatical for an academic year (fall and spring semesters) will

1411    receive one half of his/her annual salary.  A Faculty member on sabbatical leave for one

1412    semester (fall or spring) will receive the full salary during the sabbatical period.  All

1413    benefit plans which are operative during the full-time employment will continue during

1414    sabbatical with the same contribution schedule from the University and individual

1415    participants; benefits related to salary levels are determined in accordance with the salary

1416    actually paid.

60

1417

1418 <u>Section 9.  Equity Adjustments</u>

1419 If/when the administration, in its sole discretion, identifies a salary equity issue among

1420 Faculty that it desires to address, the VPAA will notify the Union in writing of the

1421 amount it proposes to adjust the Faculty member's salary.  Unless the Union objects in

1422 writing within ten (10) business days after notification, the salary can be so increased.

1423

1424

1425                                    **ARTICLE 14**

1426                        **FACULTY RESPONSIBILITIES**

1427 <u>Section 1.  General</u>

1428 Saint Leo University, Incorporated, is a Roman Catholic institution, which recognizes the

1429 teachings of the Roman Catholic Church.  While the University does not require that

1430 Faculty practice or profess the Roman Catholic faith, nor accept the teachings of the

1431 Roman Catholic Church, the University does require that all Faculty members recognize,

1432 understand, and support the University's mission.  It is a part of the professional

1433 responsibility of Faculty to carry out their duties in an appropriate manner and place.

1434

1435 <u>Section 2.  Classroom Instruction and Related Responsibilities</u>

1436 At the first class of each semester or term, Faculty members shall distribute or post on an

1437 approved University web site, a syllabus to each student and submit to the School Dean a

1438 copy of the syllabus for each course they teach.  The syllabus shall include the following:

1439

1440    Course prefix, number, section, title, term, credit hours, instructor's name, prerequisites

1441    (from catalog), text(s) required and recommended, attendance policy, academic honesty

1442    policy (including the definition of plagiarism), methods of evaluating student

1443    performance (including grade weights and percentages), course objectives, course content

1444    and schedule, instructor's office hours, office phone number and location, and ADA

1445    Statement.

1446

1447    Faculty members shall meet all classes as outlined in their syllabus within the academic

1448    calendar including the scheduled final examination period.  The course meeting day and

1449    time, as listed in the official University course schedule, shall not be changed without the

1450    approval of the appropriate School Dean and the University Registrar.

1451

1452    Faculty members shall apply the University's grading system as set forth in the current

1453    catalog and shall determine the academic proficiency and understanding of the students in

1454    accordance with the standards of the University.   All courses are expected to include a

1455    final examination given at the scheduled final examination period or a final project due at

1456    the scheduled time for the final examination.  Final examinations are not to be given at

1457    the last class meeting time.

1458

1459    Faculty members shall enforce the University's policy on academic honesty.

1460    Faculty members shall submit mid-term grades and final grades to the Registrar's Office

1461    by the date specified by the University.  Faculty shall assign final grades based on the

1462    criteria outlined in their course syllabi.  There shall be no change in a final grade except

1463    for a computational error and at the direction of the Faculty member and with the

1464    approval of the appropriate School Dean and the VPAA.

1465

1466    Faculty members shall administer student ratings of teaching based on the instrument

1467    determined by the Institutional Assessment Committee of the University Senate and shall

1468    administer said evaluation in every course, every semester.

1469

1470    The University may request a Faculty member to develop an electronic platform course

1471    as a part of his or her teaching load, on terms mutually agreeable to both parties.  In such

1472    cases, the University and Faculty member shall enter into a course development contract

1473    that specifies the release time assigned to the Faculty member for the course development

1474    project.  The University may also request a Faculty member to develop and subsequently

1475    teach an electronic platform course outside of the normal responsibilities within this

1476    agreement. (See Article 5, section 3, Copyrights and Patents.) The University shall offer

1477    tenure track faculty the right of first refusal for the development of any electronic

1478    platform course. Faculty members will be given preference to teach courses they develop

1479    unless, in the judgment of the Department chair, it would interfere with the University's

1480    interests in having the Faculty member teach other courses.

1481

1482    <u>Section 3.  Workload</u>

1483    Each semester, full time Faculty teaching assignments will require one of the following:

1484    1.  12 credit hours per semester

1485    2.  9 undergraduate credit hours + 3 graduate credits

1486  3.  3 undergraduate credit hours + 6 graduate credit hours + regularly assigned graduate

1487  student advising.

1488  4.  6 undergraduate credit hours + 6 graduate credit hours.

1489  5.  9 graduate credit hours + regularly assigned graduate student advising.

1490

1491  Any work exceeding the above patterns is considered Overload.  No more than one

1492  overload per semester is allowed, unless approved by the appropriate Dean, whose

1493  decision not to approve can be appealed to the VPAA.  Overloads of three or more per

1494  semester may only be approved by the VPAA.

1495

1496  Credit hours may be online or on-ground, as assigned.

1497

1498  (a)  In order to achieve the University's goals of (1) excellence in teaching and (2) small,

1499  intimate classes that promote retention, class sizes will generally be limited.

1500

1501  The class cap size cannot exceed 25 students per class, excepting (1) Freshman English

1502  Composition courses, the caps for which are 18 students and (2) remedial English and

1503  Math courses, the caps for which are 15 students.  This applies to all courses taught at all

1504  locations whether face to face or any other mode of instruction.

1505

1506  (b)  Professional duties may be assigned in lieu of normal teaching workload or

1507  professional library duties by the VPAA in consultation with the School Dean and the

1508  appropriate Department Chair or Library Director and with the consent of the Faculty

1509  member.

1510

1511   (c)  As a part of their full time workload, faculty may be required to teach a course

1512   delivered partially or completely online.  Faculty must be given sufficient time to be

1513   trained in the course platform used. In addition, in cases where SACS mandates as part of

1514   a Faculty member's fulltime workload can be met, or in cases where a Faculty member

1515   does not have a sufficient course load on campus to meet his or her fulltime obligations

1516   through an assignment by the VPAA or Dean, the Faculty Member may be asked to teach

1517   a campus-based Weekend and Evening course.  The Faculty may be assigned to teach at

1518   another School or Continuing Education Center by mutual consent.

1519

1520   (d)  A Faculty member who began his/her Saint Leo University fulltime faculty

1521   appointment after August 15, 2003 may be assigned to teach at Mac Dill, St. Petersburg,

1522   Weekend and Evening, COL, DL or in another Continuing Education Center program.

1523   The University shall compensate a Faculty member assigned to teach at an off campus

1524   location for travel in keeping with University travel policy.

1525

1526   (e)  A Faculty member assigned to teach at a location more than 50 miles from the

1527   University campus will be compensated at a rate of $1,000 per course.

1528

1529   (f)  Except in cases of University need, the University will not require the overload

1530   teaching assignment, if the Faculty member does not desire it.  Cases of need include:

1531   i. To meet SACS mandated requirements regarding the 25 percent rule.

1532   ii. To meet SACS mandated requirements regarding faculty credentials.

1533  iii. Where the administration demonstrates that an unexpected increase in enrollment

1534  occurred after August 1st or after January 5th of each academic year, that prevent the

1535  Department Chair, School Dean or VPAA from hiring a SACS qualified adjunct Faculty

1536  members.

1537

1538  The administration shall make every effort to find qualified Faculty who will volunteer to

1539  teach these courses; however, the University must affirm its obligation to meet student

1540  academic needs with integrity. In a case where an assignment will cause an undue

1541  hardship to a Faculty member, the assignment shall be considered a basis for a grievance.

1542

1543  (g)  Except by mutual consent, Faculty shall not be assigned to more than two committees

1544  at the same time. Faculty members are expected to serve on at least one University

1545  committee regularly.

1546

1547  (h)  Directed studies and Independent studies shall be assigned with the mutual consent of

1548  the Faculty member and the School Dean.  Directed studies are not normally a part of the

1549  teaching load.

1550

1551  (i)  <u>Librarians</u>:  Librarians are normally paid for a 40-hour week, of which thirty-five (35)

1552  hours are assigned for library duties. The additional five (5) hours are to be spent

1553  pursuing professional development activities at the librarian's discretion.  Librarians are

1554  appointed for at least nine (9), ten (10) or twelve (12) month annual contract.

1555

1556    With their approval, Faculty Librarians may be assigned to teach up to three (3) academic

1557    credits per semester.  Faculty Librarians may also request a teaching assignment of up to

1558    three (3) academic credits per semester, subject to the approval of the Library Director.

1559    In all cases, each credit hour taught will be in lieu of 3.33 hours of normal professional

1560    responsibilities.

1561

1562    <u>Section 4Internships, Applied Music, and Art Studio Courses</u>

1563    (a) Internships and Applied Music are addressed in Article 13..

1564

1565    (b) Art Studio Courses: Art studio courses will be credited to the Faculty member as one

1566    (1) credit for each two (2) studio hours.

1567

1568    <u>Section 5.  Tutoring and Lab Courses</u>

1569    (a)  <u>Tutoring</u>: Tutoring is not a faculty member function except as a necessary extension

1570    of teacher/student contact in teaching academic courses.  Should a Faculty member be

1571    assigned tutoring duties, six tutoring hours shall be the equivalent of one three-credit hour

1572    course.

1573

1574    (b)  <u>Department of Mathematics and Science</u>:  One lecture hour per week shall equal one

1575    credit hour; each hour of laboratory per week shall be credited as 1 credit hour.

1576

1577

1578

1579

1580   Section 6.  Advising/Office Hours

1581   (a)  The School Deans shall assign School Faculty members duties as academic advisors.

1582   Assignments will be made on a reasonable and equitable basis, taking into account the

1583   needs and the interests of the School, department, students, and Faculty member.

1584

1585   (b)  Faculty members shall maintain a minimum of ten (10) office hours, six (6) of which

1586   shall be posted.  The non-posted hours may be used for class preparation, professional

1587   and scholarly growth, and institutional and community service.  When necessary, Faculty

1588   shall be available to meet with students during non-posted office hours.

1589

1590   (c)  Faculty members perform two primary kinds of advising. First, they work with

1591   students to help them better understand specific course and/or curricular requirements.  In

1592   addition, faculty members advise students regarding the professions and professional

1593   schools (law, business, health professions, graduate programs of all types) and

1594   employment and life goals.

1595

1596   Section 7.  University Functions

1597   (a)  All Faculty members shall attend all general faculty meetings and be given

1598   reasonable notice of same.

1599

1600   (b)  Faculty members shall participate in graduation ceremonies and other officially

1601   designated University functions not to exceed three, including graduation, in number

1602   during any academic year. Faculty members shall wear full academic regalia for these

1603   functions.

68

1604

1605    (c)  Faculty members shall attend all scheduled School and Department meetings,

1606    provided reasonable notice is given by the School Dean or Department Chairs, or the

1607    Director of Library Services.

1608

1609    (d)  Faculty members may submit a written request to the School Dean or the Director of

1610    Library Services to be excused from participation in functions outlined in (a), (b) and (c)

1611    above.  Permission shall be granted by the School Deans or the Director of Library

1612    Services only in cases of emergencies, illness, or in cases of conflict with other

1613    University activities.

1614

1615    Section 8.  Academic Year, Academic Calendar, and School Year

1616    The University shall not require the Faculty members to carry out work assignments on

1617    days described as University holidays. University holidays are defined as days when the

1618    University Campus Offices are closed.

1619

1620    The academic calendar includes the following breaks when classes will not be held: Fall

1621    Break, Thanksgiving Student Break, Christmas Break beginning after final grades are due

1622    and ending five (5) working days prior to the first day of class in the Spring semester,

1623    Spring Break as defined by the University Student Calendar, and Good Friday.  The

1624    University shall not require Faculty to carry out work assignments during said breaks

1625    except in highly unusual circumstances.

1626

1627

1628

**ARTICLE 15**

1629

**<u>FRINGE BENEFITS AND LEAVES</u>**

1630

1631    <u>Section 1.  Payroll Deduction for Dues</u>

1632    The University shall provide payroll deduction service for UFSLU dues in accordance

1633    with Article 3.

1634

1635    <u>Section 2.  Health Benefits</u>

1636    The University shall contribute a minimum of $550 a month (including HRA

1637    contributions) towards the total premium charged for each individual Faculty member's

1638    health insurance during the term of this Agreement.  The University and faculty members

1639    shall equally share any health insurance premium increases during the term of this

1640    Agreement.

1641

1642    The University may offer other coverage, which will be paid by the Faculty member as a

1643    payroll deduction if such coverage is elected by the member.

1644

1645    <u>Section 3.  Other Fringe Benefits</u>

1646    The University shall continue to offer the following additional fringe benefits, subject to

1647    plan terms and policy provisions as may vary from time to time: group life insurance,

1648    short and long term disability, tuition remission, adoption assistance, and other benefits

1649    commonly available to University employees, except where expressly modified or

1650    limited by this Agreement.

1651

1652    <u>Section 4.  Leave Benefits for Librarians</u>

1653    Librarians are full time Faculty members who work nine (9), ten (10), or twelve (12)

1654    month contracts. Leave shall accrue according to the following schedule:

1655

1656    Nine (9) month and ten (10) month contracts: Forty (40) hours personal leave will be

1657    accrued at the beginning of each academic year on August 16th, for use during the

1658    academic year.  Sick leave shall accrue at the rate of four (4) hours per pay period for the

1659    nine (9) month contract period.  Days off for personal or sick leave shall be reported by

1660    the submission of an Employee Leave Authorization Form to Payroll prior to the leave

1661    being taken or, or in the case of sick leave, immediately upon return from leave period.

1662    Unused personal leave at the end of the contract work period will not be carried over to

1663    the next academic year.  Sick leave will continue to accrue to a maximum of ninety-six

1664    (96) hours.  The eligibility period for using Personal and Sick Leave shall be limited to

1665    the nine (9) month or ten (10) month work period, as applicable.

1666

1667    Twelve (12) month contracts: Vacation leave will be accrued at the rate of eight (8) hours

1668    per pay period.  Sick leave will be accrued at the rate of four (4) hours per pay period

1669    beginning upon the completion of ninety (90) days of continuous employment.  Sick

1670    leave will continue to accrue to a maximum of ninety-six (96) hours.

1671

1672    Vacation time must be approved in advance.  Leave shall be reported by the submission

1673    of an Employee Leave Authorization Form to Payroll prior to the leave being taken or

1674    immediately upon return from leave period. Vacation leave will accrue on a semi

1675    monthly basis.  The maximum allowable carryover for each fiscal year is 264 hours.

1676    Excess beyond the 264-hour maximum limit as of June 30th of each year is lost.

1677

1678    <u>Section 5.  Retirement Funds</u>

1679    The University will continue to contribute an amount equal to a percentage of each

1680    Faculty member's salary to a retirement fund.  Conditioned upon the Faculty member's

1681    written agreement to contribute, the University will match the contribution as follows:

1682

| | Faculty Contribution | University Contribution |
|---|---|---|
| 1683 | | |
| 1684 | 1% | 3% |
| 1685 | 2% | 4% |
| 1686 | 3% | 5% |
| 1687 | 4% | 6% |
| 1688 | 5% | 7% |
| 1689 | 8% | 8% |
| 1690 | 8.5% | 8.5% |
| 1691 | 10.0% | 9.0% |

1692    The Faculty member may make changes to the retirement contribution amounts with

1693    reasonable written notice using the proper process at any time, subject to IRS regulations

1694    and the Saint Leo University Defined Contribution Retirement Plan.  So long as the

1695    above University contribution schedule is maintained, the University, in consultation with

1696    the Union, may make changes to the Saint Leo University Defined Contribution

1697    Retirement Plan as needed to meet IRS requirements, to avoid failing nondiscrimination

1698    testing (including initiating auto enrollment for new hires), to control plan fees and costs,

1699    and to otherwise foster and promote the proper administration of the Plan.

1700

1701    Section 6.  Sick Leave

1702    Members of the bargaining unit shall be provided sick leave at the accrual rate of four (4)

1703    hours per pay period.  Sick leave will begin accruing in the first pay period upon

1704    completion of ninety (90) days of continuous employment and will accrue to a maximum

1705    of ninety-six (96) hours.  Sick leave should be reported on an Employee Leave

1706    Authorization form and submitted to the appropriate academic Dean for submission to the

1707    Department of Human Resources with the department's payroll records.

1708

1709    Community Share Sick Leave Donor Program – Members eligible to receive Short Term

1710    Disability or a form of FMLA for which sick leave could be used if available may apply

1711    for additional sick leave benefits under the Community Share Sick Leave Program.  The

1712    Community Share Program is a volunteer program supported by donated sick leave from

1713    employees who contribute to an individual employee's request to bridge the shortfall of

1714    accrued leave and the limitations of the Short Term Disability coverage. An employee

1715    may request and receive up to a maximum of thirty donated days of Community Share

1716    time to cover the STD eligibility period, or to cover qualifying FMLA up to the same

1717    amount as would have been needed for the STD eligibility period.  Employees who

1718    donate sick leave time cannot recover unused periods.  Unused donated Community

1719    Share time remaining at the end of an employee's STD period will not be allowed to be

1720    carried over for use in subsequent STD periods or any other period by that employee.

1721    The Community Share program is supported entirely by donations of employees and will

73

1722  be administered by the University and include responsibility for community notifications,

1723  requests for donations, and reconciliation of donations and use.

1724

1725  <u>Section 7.  Military Leave</u>

1726  <u>Short-term Scheduled Military Leave</u>.  Faculty members with scheduled Armed Forces

1727  Reserve or National Guard obligations are expected to meet those obligations outside of

1728  regular University duty hours.  Any Faculty involuntarily called to military duty during

1729  regular University assignments shall be granted paid short-term military leave not to

1730  exceed ten (10) working days.

1731

1732  <u>Long-term Military Leave</u>.  Long-term military leave is leave without pay.  Any Faculty

1733  member who is inducted or called to active duty in the armed forces of the United State

1734  for training or service is assured of re-employment and the benefits associated with re-

1735  employment with the University if the Faculty member meets the legal requirements for

1736  guaranteed re-employment under federal law.

1737

1738  <u>Section 8.  Disability, Parental, Family, and Military Leave</u>

1739  (a)  <u>Disability Leave</u>:  The University provides short-term disability (STD) and long-term

1740  disability (LTD) coverage for Faculty who have a medical illness, injury or condition

1741  which requires and extended disability leave.  STD and LTD programs are operated in

1742  accordance with applicable policies and plan terms available from Human Resources.

1743  STD may be supplemented through the Community Share Sick Leave Program where the

1744  employee receives donated sick leave time in the absence of accrued leave (see Section 6,

1745  Sick Leave).

1746

1747 (b) <u>Parental Leave</u>:  One full semester of unpaid parental leave will be granted upon

1748 request for birth or adoption of a child.  The Faculty member must request this leave in

1749 advance of the beginning of the term/semester to the Division Dean through the

1750 Department Chair so that Faculty responsibilities will be adequately covered.  Parental

1751 leave must be completed within one year of the birth or adoption. If this occurs at mid-

1752 semester, the Faculty member may be assigned non-teaching duties, or at her/his option,

1753 be placed on leave without pay until the end of the semester.

1754

1755 (c) <u>Family and Military Leaves</u>: Both leaves for family and medical issues as well as

1756 leave to accommodate military service as provided by federal or state law will be

1757 provided to all eligible members of the bargaining unit.  FMLA, when applicable, runs

1758 concurrent with other forms of leave.  Nothing in this section is intended to limit or

1759 reduce the benefits provided under applicable law. If family leave occurs at mid-semester

1760 the Faculty member may be assigned non-teaching duties, or at her/his option, be placed

1761 on leave without pay until the end of the semester.

1762

1763 <u>Section 9.  Leave Without Pay</u>

1764 A leave of absence without pay may be granted by the VPAA with the approval of the

1765 President of the University upon a favorable recommendation by the appropriate Dean or

1766 Director of Library Services.  A leave of absence without pay may be granted for formal

1767 study, research, scholarly pursuit, family leave, parental leave, extended illness, or other

1768 reasons the University deems to be in the best interest of the University and of the

1769 Faculty member.

1770

1771     Ordinarily, permission for a leave without pay shall be requested one semester before the

1772     semester when it is to begin.  Permission shall normally be granted for only one year.

1773

1774     During the time of the leave, the Faculty member shall, within the limits of the carrier's

1775     contracts with the University be eligible for group insurance (to be paid by the

1776     individual).  Tenure status shall not be affected by a leave without pay.  Leave time shall

1777     not be counted as time served in consideration of sabbatical leave eligibility, nor shall it

1778     be considered for tenure or promotion unless the Faculty member has performed

1779     professional activities and would like to count it toward tenure or promotion eligibility.

1780

1781     The Faculty member shall give at least one hundred eighty (180) days' notice of their

1782     intent to return or not to return to the University.  Failure to give notice may result in the

1783     loss of severance pay.  Upon return, the Faculty member shall be reinstated to the same or

1784     similar position.  The Faculty member's salary may be adjusted at the discretion of the

1785     University to reflect increases distributed during the period of leave.

1786

1787     <u>Section 10.  Emergency Leave</u>

1788     Faculty members shall, at the discretion of the University, be granted leave for personal

1789     reasons, including bereavement.  Such leave shall not be unreasonably denied.

1790

1791     Bereavement leave shall be granted for up to five (5) business days for the death of a

1792     member of the Faculty member's immediate family.  Immediate family shall be defined

1793 to include spouse, child, brother, sister, parent, grandparent, grandchild, and other

1794 permanent household residents.

1795

1796 The Faculty member shall notify the Department Chair or Director and the appropriate

1797 Dean of the need for such leave as soon as practical.

1798

1799 <u>Section 11.  Faculty Employment Phase-Out</u>

1800 Full-time, tenure-tracked faculty may elect to retire, with the approval of the VPAA, from

1801 University service through a two year Phase-Out plan.  The requirements for eligibility

1802 are:

1803  1. The faculty member must reach at least age 62 within the academic year prior to

1804   taking Phase-Out and have 18 years of combined full-time service at Saint Leo

1805   University as a faculty member, or the faculty member must reach at least age 65

1806   within the academic year prior to taking Phase-Out and have 15 years of

1807   combined full-time service at Saint Leo University as a faculty member.

1808  2. The faculty member must notify his/her department chair or Dean in writing by

1809   January 15 of their intention to utilize the Phase-Out.

1810

1811 The Phase-Out plan provides that eligible faculty shall get a one-course per semester

1812 relief during the first year of Phase-Out and remain responsible for all other duties

1813 required of faculty.  In the second year of Phase-Out, faculty will have a two-course

1814 semester relief and remain responsible for all other duties required of faculty except for

1815 the requirement to serve on committees.  In year two of Phase-Out, faculty may serve on

1816 committees, if he/she chooses.  Absent extraordinary circumstances as approved by the

1817 VPAA, a faculty member is not eligible for sabbatical or course overload during Phase

1818 Out.  Under Phase Out, the faculty member electing Phase Out is automatically retired

1819 effective at the end of the second academic year of Phase Out.

1820

1821 Section 12.  Required Changes

1822 The University reserves the right, based on its continuing analysis of applicable laws and

1823 regulations, and after negotiation with UFSLU to make appropriate adjustments in the

1824 benefits provided in this Article.

1825

1826

1827 **ARTICLE 16**

1828 **MANAGEMENT RIGHTS**

1829

1830 Section 1.  University Rights

1831 By this Agreement, the University and UFSLU have agreed to certain limitations to the

1832 management prerogatives of the University.  However, it is the intention of the parties

1833 that the University shall retain all of its legal rights and privileges except those, which it

1834 has agreed to limit by the express and specific terms of this Agreement.

1835 Nothing in this Agreement shall be construed to limit or impair the rights of the

1836 University to exercise its own exclusive discretion on all of the following matters without

1837 prior negotiation with UFSLU and without being subject to the grievance and arbitration

1838 procedures of this Agreement except as specifically and expressly provided for elsewhere

1839 in this Agreement:

1840

1841   (a)  To manage the University and exercise sole, exclusive control and discretion over the

1842   organization of the University and its operations thereof;

1843   (b)  To determine the goals, purposes, and functions of the University;

1844   (c)  To perform those duties and exercise those responsibilities which are assigned to it

1845   by law.

1846   (d)  To determine and adopt such policies and standards, rules, and regulations as are

1847   deemed by it necessary for the efficient operation and general improvement of the

1848   University system;

1849   (e)  To select management, supervisory, administrative, instructional, and other

1850   personnel;

1851   (f)  To appoint, terminate, define workload, compensate, establish standards of

1852   performance, and otherwise direct the performance of a Department Chair or Graduate

1853   Program Director in those roles;

1854   (g)  To determine the University curriculum in accordance with the Criteria for

1855   accreditation of the Southern Association of Colleges and Schools Commission on

1856   Colleges and as set forth by any applicable state or federal regulatory agencies and the

1857   by-laws, policies and procedures to be established by the Governance Committee;

1858   (h)  To direct the workforce, and in accordance with the provisions of this Agreement to

1859   hire, promote, reappoint, grant leaves, and terminate or take other disciplinary action

1860   against a Faculty member for just cause; and

1861   (i)  All other rights to manage the University which are not recited in or expressly limited

1862   by this Agreement are reserved by the University.

1863

1864   <u>Section 2.  Interpreting Agreement</u>

1865   In interpreting this Agreement, there shall be absolute and complete regard for the rights,

1866   the responsibilities, and prerogatives of management, and this Article shall be so

1867   construed that there shall be no interference with or restrictions on such rights,

1868   responsibilities and prerogatives except as it may be expressly limited in this Agreement.

1869

1870   The University acknowledges that with respect to salaries, benefits and working

1871   conditions that this Agreement is superior to any other governance or policy document.

1872   Both parties to this Agreement acknowledge and mutually agree to open and negotiate

1873   modifications to this Agreement as may be required by University governance process.  It

1874   is further expressly understood that any such reopening shall be strictly limited to matter

1875   directly resulting from the University's governance process.

1876

1877

1878

1879

1880                          **[SIGNATURE PAGE FOLLOWS]**

1881

1882    IN WITNESS WHEREOF, the parties hereto, by their duly authorized representatives,

1883    have entered into this Agreement on June 6, 2013, with the Article 13, Section 1 salary

1884    increases effective February 16, 2013.  No other provision provides for retroactivity.

1885

1886                      SAINT LEO UNIVERSITY, INC.

1887                      By: _____

1888                      Name: Arthur F. Kirk, Jr.

1889                      Title: President, Saint Leo University

1890    Witness:

1891    By: _____

1892    Name: Jeanne Plecenik

1893    Title: Vice President for Business Affairs and CFO

1894

1895                      THE UNITED FACULTY OF SAINT LEO UNIVERSITY

1896                      UNITED FACULTY OF FLORIDA, AFFILIATED WITH

1897                      THE NATIONAL EDUCATION ASSOCIATION

1898                      By: _____

1899                      Name: Doris Van Kampen-Breit

1900                      Title: President, United Faculty of Saint Leo University

1901    Witness:

1902    By: _____

1903    Name: Jeanne Plecenik

1904    Title: Vice President for Business Affairs and CFO