

**Appointment Status Change**

July 8, 2016

Dr. Christine Sereni-Massinger

Dear Dr. Sereni-Massinger:

This letter will serve to confirm the status change to your faculty appointment as **tenure track** with Saint Leo University, which is effective retroactive to your full-time faculty hire date of 07/02/2012.

In your academic teaching capacity, you will report to the Director/Chair of the Public Safety Administration/Criminal Justice Department, Dr. Bobby Diemer.

This appointment is subject to the provisions of the Faculty Handbook and the Employee Handbook, any amendments thereto, and other University policies and procedures which pertain to regular full-time employees.

The Dean and Department Chair will be responsible for meeting with you to develop and outline expectations for your teaching, scholarly, and service duties during the upcoming academic year. This will serve as part of the Dean and Chair's basis for year-end professional evaluations.

This agreement amends all prior written or verbal communications and can only be modified by subsequent written agreement between you and Saint Leo University, signed by both you and an officer of the University.

Sincerely,

_____          07/08/16
Dr. Michael Nastanski                Date
Vice President of Academic Affairs

Enclosures:   Return Reply Envelope
cc:           Faculty File; Personnel File

---

I, Christine Sereni-Massinger, agree with this status change to be full-time, **tenure track**, with Saint Leo University under the terms as specified.

_____          7/15/16
Christine Sereni-Massinger          Date

EXHIBIT E