

# FACULTY HANDBOOK
## *2013-2014*

EXHIBIT F

*Page Intentionally Left Blank*

# TABLE OF CONTENTS

TABLE OF CONTENTS ............................................................................................................................................ 3

SECTION I:  INTRODUCTION TO THE UNIVERSITY ............................................................................................ 5

UNIVERSITY MISSION STATEMENT ................................................................................................................................. 5
CORE VALUES ................................................................................................................................................................ 5
EDUCATIONAL AND LEARNING GOALS ........................................................................................................................... 6

SECTION II:  ACADEMIC POLICIES AND PROCEDURES .................................................................................... 9

STATEMENT OF ACADEMIC FREEDOM ............................................................................................................................ 9
RIGHTS AND RESPONSIBILITIES .................................................................................................................................... 10
ACADEMIC UPDATES TO POLICIES (ACADUP) ............................................................................................................ 10
INSTRUCTION & RELATED RESPONSIBILITIES ............................................................................................................... 11
COURSE SYLLABUS ...................................................................................................................................................... 11
AMERICANS WITH DISABILITIES ACT ........................................................................................................................... 12
CLASS ATTENDANCE .................................................................................................................................................... 12
STUDENT-ATHLETE EXCUSED ABSENCE POLICY CLARIFICATION .................................................................................. 13
    Notification of missed class ................................................................................................................................. 13
GRADING .................................................................................................................................................................... 13
ACADEMIC HONOR CODE ............................................................................................................................................ 17
ACADEMIC AFFAIRS STATEMENT OF EXPECTED PEDAGOGY .......................................................................................... 19
ACADEMIC ADVISING ................................................................................................................................................. 21
    Mission ............................................................................................................................................................... 21
    Advisor Responsibilities ..................................................................................................................................... 22
RESEARCH POLICIES & PROCEDURES ........................................................................................................................... 22
FREEDOM OF INVESTIGATION ...................................................................................................................................... 22
    Saint Leo University Institutional Review Board .............................................................................................. 23
    Administration of Research ................................................................................................................................ 24
OWNERSHIP OF COPYRIGHTABLE MATERIALS AND INTELLECTUAL PROPERTY .............................................................. 25
    Copyright Ownership Policy .............................................................................................................................. 26
    Administration of Policy .................................................................................................................................... 28
    Other Intellectual Property ................................................................................................................................ 29
    Explanation of Terms ......................................................................................................................................... 29

SECTION III:  FACULTY EMPLOYMENT POLICIES & PROCEDURES ............................................................. 31

FULL-TIME FACULTY HIRING GUIDELINES ................................................................................................................... 31
    Full-Time Faculty Hiring Process ...................................................................................................................... 32
    Full-Time Faculty Hiring Workflow Quick Reference Guide ............................................................................ 34
FACULTY RANKS: DEFINITION OF ACADEMIC RANKS AND TITLES ................................................................................ 34
LECTURER ................................................................................................................................................................... 35
INSTRUCTOR ............................................................................................................................................................... 35
ASSISTANT PROFESSOR ................................................................................................................................................ 35
ASSOCIATE PROFESSOR ............................................................................................................................................... 35
PROFESSOR .................................................................................................................................................................. 36
PROFESSOR EMERITUS ................................................................................................................................................. 36
VISITING FACULTY ...................................................................................................................................................... 36
PROFESSIONAL DEVELOPMENT .................................................................................................................................... 37
FACULTY WORKLOAD POLICY ..................................................................................................................................... 37
    University College & Graduate Programs .......................................................................................................... 37
    Continuing Education Center Full Time Faculty Responsibilities & Expectations ........................................... 37
    Adjunct and Contract Faculty ............................................................................................................................ 38

*Teaching by Full-time University Personnel*................................................................................................. *39*
*Teaching by Academic Chairs*....................................................................................................................... *39*
PROMOTION, TENURE, AND SABBATICALS ............................................................................................................ 39
*Guidelines for Promotion and Tenure Applications* .................................................................................... *39*
*Promotion & Tenure: Application Format*.................................................................................................... *40*
*Sabbaticals*................................................................................................................................................... *41*
GUIDELINES FOR FACULTY PERFORMANCE PORTFOLIO DEVELOPMENT AND SUBMISSION........................................... 42

**SECTION IV:  ADMINISTRATION AND UNIVERSITY GOVERNANCE** ..........................................................................**47**

ADMINISTRATION ................................................................................................................................................ 47
*President* ...................................................................................................................................................... *47*
*Vice President for Academic Affairs* ............................................................................................................ *47*
*Vice President for Business Affairs and Chief Financial Officer* .................................................................. *48*
*Vice President for Continuing Education and Student Services* ................................................................... *48*
*Vice President for Enrollment and Online Programs* ................................................................................... *48*
*Vice President for Institutional Advancement* ............................................................................................. *49*
UNIVERSITY GOVERNANCE STRUCTURE ................................................................................................................. 49

# SECTION I:  INTRODUCTION TO THE UNIVERSITY

## University Mission Statement

Saint Leo University is a Catholic, liberal arts-based University serving people of all faiths. Rooted in the 1500-year-old Benedictine tradition, the University seeks balanced growth in mind, body, and spirit for all members of its community.  At University Campus, at education centers, and through the Center for Online Learning, Saint Leo University offers a practical, effective model for life and leadership in a challenging world, a model based on a steadfast moral consciousness that recognizes the dignity, values, and gifts of all people.  To accomplish its mission, the University community creates a student-centered environment in which love of learning is of prime importance.  Members of the community are expected to examine and express their own values, listen respectfully to and respond to the opinions of others, serve the community in which they live, welcome others into their lives and care for all of God's creation.

## Core Values

**Excellence**—Saint Leo University is an educational enterprise.  All of us, individually and collectively, work hard to ensure that our students develop the character, learn the skills, and assimilate the knowledge essential to become morally responsible leaders.  The success of our University depends upon a conscientious commitment to our mission, vision, and goals.

**Community**—Saint Leo University develops hospitable Christian learning communities everywhere we serve.  We foster a spirit of belonging, unity, and interdependence based on mutual trust and respect to create socially responsible environments that challenge all of us to listen, to learn, to change and to serve.

**Respect**—animated in the spirit of Jesus Christ, we value the unique talents of all individuals, respect their dignity, and strive to foster their commitment to excellence in our work.  Our community strength depends on the unity and diversity of our people, on the free exchange of ideas and on learning, living and working harmoniously.

**Personal Development**—Saint Leo University stresses the development of every person's mind, spirit, and body for a balanced life.  All members of the Saint Leo University community must demonstrate their commitment to personal development to help strengthen the character of our community.

**Responsible Stewardship**—the creator blesses us with an abundance of resources.  We foster a spirit of service to employ our resources to University and community development.  We must be resourceful.  We must optimize and apply all of the resources of our community to fulfill Saint Leo University's mission and goals.

**Integrity**— the commitment of Saint Leo University to excellence demands that its members live its mission and deliver on its promise.  The faculty, staff, and students pledge to be honest, just, and consistent in word and deed.

**Educational and Learning Goals**

1) **We expect students to demonstrate Intellectual Growth:**

- Think critically and independently
- Make informed decisions
- Commit to life-long learning
- Engage in problem-solving
- Exercise reasoned judgment
- Develop quantitative skills  Learn experientially
- Understand how living things and physical systems operate
- Prepare for graduate study

2) **We expect students to demonstrate Effective Communication Skills:**

- Speak thoughtfully and respectfully
- Listen carefully
- Read critically
- Write Clearly
- Present information well

3) **We expect students to demonstrate Deepened Spiritual Values:**

- Understand Catholic and Benedictine values and traditions
- Commit to act in concert with one's values
- Respect differences in belief systems and values  Show compassion and empathy
- Understand the relationships among humans, living things, the universe and God
- Balance one's life

4) **We expect students to Respond Aesthetically:**

- Appreciate the beauty and balance in nature
- Develop creativity
- Demonstrate sensitivity
- Visualize creative potential

5) **We expect students to Prepare for an occupation:**

- Strive for excellence
- Develop an international perspective
- Become competent in:
    - Managing people/tasks
    - Responding to change
    - Planning innovation
    - Collaborating
    - Applying technology
    - Acting fiscally responsible

**6)  We expect students to demonstrate Social Responsibility:**

- Act with integrity
- Exercise personal responsibility
- Respect all living things
- Work for diversity both locally and globally
- Build community
- Commit to resource stewardship

**7)  We expect students to demonstrate Personal Growth and Development:**

- Develop self-understanding
- Learn to manage self
- Deal with ambiguity
- Exercise flexibility
- Strengthen confidence and self-esteem
- Learn persistence
- Care for self and physical and spiritual well-being
- Develop leadership
- Foster a work ethic

**8)  We expect students to demonstrate Effective Interpersonal Skills:**

- Value successful relationships
- Participate effectively in group work Cooperate
- Engage in philanthropy Volunteer

*Page Intentionally Left Blank*

# SECTION II:  ACADEMIC POLICIES AND PROCEDURES

## Statement of Academic Freedom

Saint Leo University, Incorporated, is a Catholic institution that recognizes the teachings of the Roman Catholic Church as morally binding.  Although the University does not require that all members of the faculty practice or profess the Catholic faith or accept the teachings of the Roman Catholic Church as personally binding, the University does require that all faculty members recognize, understand, and support the institution's mission, which is established through Roman Catholic doctrine.

Saint Leo University stands committed to the American Association of University Professors (AAUP) principles articulated in the 1940 AAUP statement and in more recent adoptions of AAUP policy, and have endorsed the guidelines of the AAUP on the subject of academic freedom and professional ethics.

> College and University teachers are citizens, members of a learned profession, and officers of an educational institution.  When they speak or write as citizens, they should be free from institutional censorship or discipline, but their special position in the community imposes special obligations.  As scholars and educational officers, they should remember that the public may judge their profession and their institution by their utterances.  Hence, they should at all times be accurate, should exercise appropriate restraint, should show respect for the opinions of others, and should make every effort to indicate that they are not speaking for the institution (*Statement of principles on academic freedom and tenure,* 3-4).

AAUP also states in *Principles,* "Teachers are entitled to freedom in the classroom in discussing their subject, but they should be careful not to introduce into their teaching controversial material that has no relation to their subject" (3).  The distinction between education and advocacy is instructive in this regard.  It is appropriate for faculty to engage in discussions of controversial matters that are relevant to their disciplines while engaging in the education of students.  It is not appropriate in the classroom to serve as advocates for positions that are contrary to the teachings of the Catholic Church outside of their disciplinary and educational boundaries.  This will not be construed as limiting the faculty member's right to determine what materials are relevant to the objectives of a course.

The University supports the full freedom of all faculty members to teach in the classroom. The faculty is subject to the strictures associated with usual academic custom, usage, and case law as well as to those requirements specified in the University's standard syllabi.  Such freedom customarily includes the right to select those materials and teaching methods consistent with the relevant standard syllabi approved by departmental faculty and deans, and provided by the University.

All faculty members are entitled to full freedom to conduct professional or scientific research.  "Teachers are entitled," AAUP notes, "to full freedom in research and in the publication of the results, subject to the adequate performance of their other academic duties, but research for pecuniary return should be based upon an understanding with the authorities of the institution" (3).

## Rights and Responsibilities

Saint Leo University is founded on core values that include community, responsible stewardship, and personal development.  Faculty rights and responsibilities align with these values and promote excellence in teaching and learning.  Saint Leo University is  primarily a teaching university.  Accordingly, in the employment, retention, and  advancement of faculty members, primary emphasis is placed upon the capacity for  effective teaching.  **A level of excellence in teaching measured in terms of student  learning is a basic requirement for tenure and promotion.**

Responsibilities of faculty member include scheduled events and activities as well as  those that are not scheduled in advance.  University College faculty members are expected  to teach twelve (12) credit hours or their equivalent each semester and continuing  education faculty are expected to teach 24 to 27 credit hours annually, depending upon  contractual obligations.  Student advising is an important aspect of the teaching and  learning process at Saint Leo University.  All faculty members, regardless of location, are  also expected to advise students.  All faculty members are expected to engage in  university and community service, and continuous professional development and  scholarship.

Saint Leo University faculty members are responsible for well-organized preparation for  and conduct of classroom, laboratory, field, and seminar work.  Each faculty member will  submit to students, with a copy to the department chair or dean, at the first class meeting  a syllabus including course objectives, prerequisites, contact information, schedule,   textbooks, grading scale, proposed content, methods of grading, attendance policy, ADA   regulations, assessment of student learning, and other expectations for which students will be responsible during the term.  Saint Leo University faculty are expected to offer  and provide students individual attention when needed and to participate fully in the  advising programs of the University.

Saint Leo faculty share a responsibility to serve on University, school, division, or  department committees to contribute to the governance and management of the  University in a joint effort with administrative colleagues.  In addition, they are expected  to attend all school and department meetings that are scheduled with reasonable notice by  their respective school dean, department chair, or center director.  Saint Leo University  faculty are expected to collaboratively work to meet annual departmental, school, and  university objectives and to actively engage in Academic Program Reviews (APR) and  other initiatives that support our work toward the reaffirmation of our accreditation.

## Academic Updates to Policies (ACADUP)

Academic Affairs publishes academic updates to policies and procedures in the form of  an Academic Update (AcadUp), which can be found on the University intranet under the Academic Affairs page.    These updates address topics such as:

- AcadUp 97: Full-Time Faculty Hiring & Course Clearance Process
- AcadUp 102: Attendance and Withdrawal Policies and Procedures
- AcadUp 111: Standard Undergraduate Grading Scale

**Instruction & Related Responsibilities**

- ■ Faculty members will meet all classes as outlined in their syllabus.  The course meeting time, as listed in the official University Class schedule, will not be changed without the approval of the appropriate academic dean.

- ■ Faculty members are responsible for acceptable and scrupulously fair procedures in administering tests and examinations and ensuring the academic integrity of student  work.

- ■ Faculty members will become familiar with the University's grading system as defined in the current catalogue and will determine the academic proficiency and understanding of the students in accord with the standards of the University.

- ■ Faculty members will be aware of, consider, and apply the University's policy on honesty.

- ■ University College faculty members will issue mid-term grades, and all faculty members will issue final grades by the date requested by the University.  Faculty will determine and  assign final grades based on the criteria outlined in the course syllabus.  There will be no  change in a final grade except at the direction of the faculty member and with the approval of the appropriate dean.

**Course Syllabus**

During the first class of each semester, faculty members will distribute a detailed syllabus to each student.  They will also submit a syllabus for each course they teach to their Department Chair and Dean.  The syllabus is to be based upon the University's master syllabus located on the intranet under faculty and advising resources, and will include the following:

1. Saint Leo University Heading at the top along with your School
2. Instructor Information (name, office location, phone, fax, email, office hours)
3. Course Prefix, Number and Title, Credit Hours
4. Pre-requisites (if applicable)
5. Course Description (stated exactly as it is in the catalog)
6. Required or Recommended Textbook(s)
7. Core Value(s) to be covered in this class that connects to the course content
8. Learning outcomes (at least 1 outcome should connect to core value assigned to course).  Minimum of three (3) with a maximum of eight (8)
9. Methods of Assessment (with room to **_add_**, but not delete)
10. Class Content/Topics (broken down into eight (8) modules)
11. Grading Scale from Catalog
12. ADA Information
13. Academic Honesty Statements
14. Classroom Disruption Statement
15. Any accrediting and/or professional standards to be covered
16. Library Services Statement

Grading:  Faculty members will become familiar with the University's grading system as defined in the current catalogue and/or AcadUp and will determine the academic proficiency and understanding of the students in accord with the standards of the University.

Criteria for grading must be clearly defined in writing, and included in the course syllabus.

## Americans with Disabilities Act

Students with disabilities who may need academic accommodation(s) should contact the ADA Office by email, adaoffice@saintleo.edu, or by phone (352) 588-8464.  To be eligible for academic accommodations, a student must complete the Identification of Disability Form and turn in appropriate documentation.  Once the documentation is reviewed, the ADA Director or appropriate Center Director will meet with the student, complete the ADA Intake Form and together will agree on appropriate accommodations.  Once accommodations are approved, a letter is sent to the appropriate faculty member or academic advisor (at the Continuing Education Centers) informing him/her of the approved accommodations.  It is the responsibility of the student to discuss the nature of the disability with the professor and work out the logistics of the accommodations each semester.

## Class Attendance

All faculty members in all courses must take official class attendance at least through the end of the official add/drop period each term.  Attendance at all courses is strongly encouraged as attendance is an important part of learning.  Note that failure to attend class does not constitute an official withdrawal from that class.  Taking Class attendance after the official add/drop period is a prerogative of each individual faculty member.

a)  Faculty members must include a course attendance policy in their syllabi.

b)  Students are expected to be present at regularly scheduled class meetings, particularly their scheduled classes immediately preceding and following the Thanksgiving, Christmas, and spring breaks.  Judgments regarding what constitutes reasonable cause are the prerogative of the individual faculty members.

c)  Should a student be required to miss a class for reasons beyond his or her control, it is the student's responsibility to notify the faculty member promptly.  Failure to attend class does not constitute a course withdrawal.

d)  Attendance is taken during the add/drop period in every course offered in every location at Saint Leo University.  Attendance is taken for the purpose of establishing a student's enrollment in a specific course so that Title IV funds may be disbursed to the student.  No Title IV funds are given to a student who has not attended class during the add/drop period.  Students who do not attend at least one meeting of the course during the add/drop period will have their registration for that course canceled and the record of their registration in that course deleted.  A deleted record due to a student's failure to attend the class during the add/drop period may have an adverse effect on the student's financial aid.

e)  In the case of absences caused by University sponsored activities, students are allowed to make up such portions of work missed, including examinations, as the faculty member deems necessary.  Students are expected to make necessary arrangements before the planned absence from class and are responsible for all material covered during their absence.

**Student-Athlete Excused Absence Policy Clarification**

Student-athletes are excused from classes when representing the University in an official athletic contest.   Student-athletes cannot be penalized and will be allowed to make up  any and all work missed due to representing the University; however, student-athletes are expected to make necessary arrangements beforehand and are responsible for all material covered during their absence.

For a home contest, student-athletes will be excused no more than 1 ½ hours prior to the start of the contest.   Student-athletes may not miss class for practices, scrimmages, or contests during their offseason.

<u>Notification of missed class</u>

It will be the responsibility of the head coach or his/her designee of each sport to notify  the student-athlete's professors, via email, one week in advance of the missed class.   The  email will be entitled "Student-Athlete Absence" and include: date, departure time, return  date and the travel roster.   If there is any adjustment to a travel roster, the coach will  notify the professors before departing.  The coach will copy the student-athlete on the  emails.  It will still be the responsibility of the student-athlete to meet with the professor  prior to the absence and turn in all required work and reschedule any missed assignments.

## Grading

Faculty members will become familiar with the University's grading system as defined in the current catalogue and academic updates (AcadUp) and will determine the academic proficiency and understanding of the students in accord with the standards of the University.

a) **Criteria for grading** must be clearly defined <u>in writing,</u> and included in the course syllabus.  The instructor's primary responsibility is to find the proper measurement of relative achievement.  The following standard system for grading and determining grade point averages is used at Saint Leo University:

In order to provide consistent grading standards across all undergraduate courses, all ***<u>undergraduate</u>*** sections will follow a standard grading scale, and all ***<u>graduate</u>*** sections will follow a standard grading scale.  A grading scale is used to translate a letter grade into point values, and vice versa, when calculating final grades.

This standard grading scale helps in maintaining the highest standard while at the same time preserving the autonomy of the professor in evaluating the assigning grades.  The standard scale does not take away the faculty ability to assign grades as they determine.  How the instructor arrives at the grade or average and weighs assignments is up to the individual professor.

## UNDERGRADUATE GRADING SCALE

| Grade | | | Quality Points Per Semester Hour |
|---|---|---|---|
| A | 94-100% | Exceptional | 4.00 |
| A- | 90-93% | Superior | 3.67 |
| B+ | 87-89% | Excellent | 3.33 |
| B | 84-86% | Very Good | 3.00 |
| B- | 80-83% | Good | 2.67 |
| C+ | 77-79% | Above Average | 2.33 |
| C | 74-76% | Average | 2.00 |
| C- | 70-73% | Below Average | 1.67 |
| D+ | 67-69% | Marginal | 1.33 |
| D | 60-66% | Poor | 1.00 |
| F | <60% | Failure | 0.00 |
| FA[1] | | Failure Absences | 0.00 |
| I[2] | | Incomplete | 0.00 |
| W[3] | | Withdrawn | 0.00 |
| WE[4] | | Withdrawal Excused | 0.00 |
| AU | | Audit | 0.00 |

## GRADUATE GRADING SCALE

| Grade | | | Quality Points Per Semester Hour |
|---|---|---|---|
| A | 95-100% | Exceptional | 4.00 |
| A- | 90-94% | Excellent | 3.67 |
| B+ | 86-89% | Very Good | 3.33 |
| B | 83-85% | Good | 3.00 |
| B- | 80-82% | Fair | 2.67 |
| C | 75-79% | Marginal | 2.00 |
| F | <75% | Failure | 0.00 |
| FA[1] | | Failure Absences | 0.00 |
| I[2] | | Incomplete | 0.00 |
| W[3] | | Withdrawn | 0.00 |
| WE[4] | | Withdrawal Excused | 0.00 |
| AU | | Audit | 0.00 |

[1] The FA grade is issued to students who did not complete the course, did not officially withdraw, and failed to participate in course activities through the end of the enrollment period. The FA grade earns no credit and counts in the same manner as an F in tabulating the student grade point average.

[2] Incomplete work will be counted as failure (F) unless the work is made up by the end of the following term. The "I" grade is not appropriate for students who simply fail to complete course requirements. The "I" is an appropriate grade only if a student has completed the majority of course requirements, has a valid reason for the incompleteness, and expresses intentions of finishing the work within a reasonable time. The faculty member may not arbitrarily award an "I" grade but may consider it only after the student has initiated a request for it. The awarding of "I" grades is discouraged.

[3] "W" grade is assigned for each course that is dropped after the drop/add period and until the published last date for withdrawal.

[4] Given due to extended temporary duty assignment of active-duty students at the Continuing Education Centers located on military bases only. A copy of official TDY orders must accompany the request for WE.

b) **Submission of Grades:**  All faculty members will issue final grades to the Registrar's office by the date requested by the University.  Grades will be submitted via eLion.  Faculty will determine and assign final grades based on the criteria outlined in the course syllabus.

c) **Grade Changes** may be made only by the faculty member administering the course, and with the approval of the appropriate School Dean or the Vice President for Academic Affairs.

A student who believes that an improper grade has been received must notify the faculty member immediately upon receipt of the grade.

All requests for Change of Grades must include a detailed and thorough explanation why the change is requested.  A change of grade is only permissible when there has been a computational error or a data input error, with the exception of changing an incomplete grade.

Grades changes are to be kept at a minimum and it is not acceptable to submit a grade change to allow submission of late materials after the end of a term.

For each change, you must describe in complete detail the cause for the error. For instance, a computational error may be caused my inputting data incorrectly to a spreadsheet, keystroke error on a calculator, spreadsheet cell error or other causes.  Data input errors may be caused by similar keystroke errors, misaligning a physical grade book with the online entry or other causes.  In either case, a detailed explanation must be provided.  Requests not providing a clear and qualifying explanation will be denied.

All requests will be reviewed for compliance before approval granted.

All grades are final three months after they are posted.

d) **Grade Appeals Procedures:** The following procedures shall be adhered to reference grade appeals:

   i.   When a student elects to appeal a course grade that he or she believes to be improper, the student shall notify the course instructor within thirty (30) days from the date that the grade is recorded by the Registrar's office.  If the issue is not resolved between the student and the instructor, the student may appeal to the next step.

   ii.  The appeal must be submitted in writing to the instructor's Dean if a University Campus student or to the Center Director if an off-campus or online student.  The written appeal shall include all originals or copies of the work upon which the grade was based, a syllabus for the course and a listing of all materials that were to have been graded for the course.  The written appeal must also include the course grade the student believes he or she earned and the basis for such belief.

iii.    Upon receipt of the written appeal and corresponding materials upon which the grade was based, the following action will be taken:

    a.  For appeals filed by University Campus students, the instructor's Dean will assign full-time faculty member in the appropriate discipline to conduct an assessment of the appeal.

    b.  For appeals filed by off-campus and online students, the student's Center Director will forward the appeal packet to the University Campus Dean who is responsible for the course discipline.  The Dean will handle the appeal as noted in sub-section (a) above

iv.    The assigned full-time faculty member will conduct a thorough assessment of the appeal, including communication with the student if deemed necessary.  The list of all materials that were to have been graded for the course must be submitted to the original faculty member for review.  If the reviewing faculty member determines there is clear and convincing evidence to support a grade change, the recommendation will be forwarded to the Vice President for Academic Affairs.  Although the student filed the appeal for the purpose of being awarded a higher grade, the reviewing faculty member could determine that the instructor's original grade was in fact liberal and therefore, the recommendation would be to lower the grade.  Should the reviewing faculty member find no clear and convincing evidence to support a grade change, he or she will forward the finding to the Dean who will in turn notify the student in writing with copies to the Vice President for Academic Affairs and the Dean or Center Director who initiated the faculty review.

v.    Upon receipt of a recommendation for a grade change from a reviewing faculty member, the Vice President for Academic Affairs will evaluate the recommendation and make a final determination concerning the student's grade.  The student and the instructor will be notified in writing.  Once a final decision has been made at this level, the student shall not have any further appeals.  Any change of grade will be initiated by the Vice President for Academic Affairs through the Registrar's office.

    All written grade appeals will be completed within sixty days from the date of receipt unless the Vice President for Academic Affairs grants an extension.

vi.    In those cases where the reviewing faculty finds no evidence to justify a change in grade, the student may appeal to the Vice President for Academic Affairs.  Upon reviewing the appeal and faculty review, the Vice President for Academic Affairs will make a final, non-appealable decision.  The student and instructor will be notified of the decision in writing.

e)  **Grade Confidentiality** is considered to be an important part of a students' right of privacy.  All student grades are to be treated as confidential information shared only between the individual student and his/her instructor.  A student's

grade is not to be discussed with anyone other than the student and cannot be posted on doors or bulletin boards.

## Academic Honor Code

Saint Leo University holds all students to the highest standards of honesty and personal integrity in every phase of their academic life.  All students have a responsibility to uphold the Academic Honor Code by refraining from any form of academic misconduct, presenting only work that is genuinely their own, and reporting any observed instance of academic dishonesty to a faculty member.

### Academic Misconduct

Academic misconduct includes but is not limited to the following categories:

A.  Cheating:
- Providing or receiving academic work to or from another student without the permission of the instructor/professor.
- Buying or selling academic work.
- Violating test conditions.
- Forging academic documents.
- Copying computer programs.

B.  Plagiarism:
- Stealing and passing off the ideas and words of another as one's own or using the work of another without crediting the source whether that source is authored by a professional or a peer.
- Submitting an article or quoted material from a periodical or the internet as one's own.
- Retyping or re-titling another student's paper and handing it in as one's own.
- Intentionally or unintentionally failing to cite a source.

C.  Complicity:
- Helping another student commit an act of academic dishonesty.

D.  Misrepresentation:
- Resubmitting previous work, in whole or in part, for a current assignment without the written consent of the current instructor(s).
- Having another student complete one's own assignments, quizzes, or exams.
- Lying to a professor.
- Fabricating a source.

### Adjudication

It is the responsibility of every member of the faculty and student body to cooperate in supporting the honor system.  Any member of the University community suspecting an Academic Honor Code violation should immediately refer the matter directly to the faculty member teaching the course in which the possible violation took place.  For any suspected violation that occurs within a course, the faculty member must discuss the evidence in private with the student and tell the student to continue in the class.  If, during the course of an Academic Honor Code violation investigation, the committee determines that other violations of the Academic Honor Code have potentially occurred, the committee may pursue investigating the new violations.

All faculty teaching courses at University Campus, any education center, and online including Center for Online Learning, Distance Learning, and Graduate Programs must follow the procedure below to report either an in-class sanction or to request a hearing.

**Reporting Process**

Faculty must report any in-class sanction issued to a student using the Academic Honor Code Reporting System in eLion. Sanctions should be levied according to the seriousness of the offense. Some examples of sanctions that an instructor may impose include zero for an assignment, resubmission of an assignment, reduced grades, assigning additional work, etc. An instructor may not issue an F for the course. If the instructor believes the violation warrants a sanction of failure for the course, the appropriate Academic Standards Committee will hold a hearing.

The student will have the opportunity to appeal the allegation and/or the in-class sanction within 5 days of receipt of the notification. If the student appeals the allegation and/or sanction, a hearing will be scheduled with the appropriate Academic Standards Committee.

Once a faculty member submits the report to the Academic Honor Code Reporting System, the system will automatically send a notice to the student, the faculty member, and the Registrar. If a submission to the Online Academic Honor Code Reporting System results in a second offense for a student, the appropriate Academic Standards Committee will be notified and a hearing will be scheduled.

**If the instructor of record would prefer to have the committee hear the case instead of imposing an in-class sanction, a request for a hearing must be submitted using the Online Academic Honor Code Reporting System in eLion. (See Required Documentation for a Hearing)**

**Required Documentation for a Hearing**

If a faculty member wants to request a hearing, the faculty member must provide the following information to either the current Chair of the Undergraduate Academic Standards Committee, the Chair of the Graduate Academic Standards Committee (emailed to gasc@saintleo.edu), or the appropriate Center or COL Director/Assistant Director:

1) The faculty member's charge against the student.
2) A copy of the course syllabus.
3) The dates of the events as they occurred.
4) Any supporting evidence such as a copy of the assignment or exam in question as well as a copy of the Turnitin.com originality report associated with the assignment or exam.
5) A summary of the discussion or copies of emails between the student and the faculty member, including any admission or denial of guilt by the student.
6) Statement from another student to corroborate suspected violation and other evidence if necessary.
7) A statement addressing the extent to which the Academic Honor Code policy is covered in class.

Upon receipt of the faculty member's report, the Academic Standards Committee or an ad hoc committee appointed by the Center Director will schedule a hearing and inform the student, in writing, of the date and time of the hearing and include a copy of the faculty

member's report.  A student cannot avoid a sanction by withdrawing from the course and is not permitted to withdraw from a course while the allegation is under investigation.  The Committee will hold the hearing whether or not the student chooses to attend.  After reviewing the evidence, the Committee will render a decision on the charge and determine any sanctions that are appropriate.

The student may appeal the Committee's decision to the Vice President of Academic Affairs within 5 days of receipt of the notification of the official report, who may issue an appellate decision on behalf of the University.  The final authority rests with the Vice President of Academic Affairs.

**Sanctions**

The sanction for a first violation of the Academic Honor Code could range from zero for the assignment to dismissal from the university, depending on the nature of the violation, but the usual sanction is failure of the course.  The minimum sanction for a subsequent offense is failure of the course, but the usual sanction is suspension or dismissal from the university.

For additional information, faculty members should contact either the Committee Chair or the appropriate Center or COL Director/Assistant Director.

## Academic Affairs Statement of Expected Pedagogy

As Saint Leo University faculty members, we have a special commitment to our vocation as educators.  We strive to know our students and we encourage them to think critically.  We are content experts who work to engage our students intellectually in order to make them active and committed learners.  Mindful that we influence our students over time, we recognize the importance of establishing clear expectations for ourselves and for them.

To ensure university-wide, consistent teaching excellence, we have established a set of pedagogical expectations to guide us in our work.  These expectations are set forth here.  The initial section of this *Statement of Expected Pedagogy* includes expectations for all courses.  The next two sections identify additional expectations for courses that are taught online or in a blended format.

### Section 1: When teaching for Saint Leo University

a.  Understand who your students are (e.g., adult learners who may not have taken courses for many years, adult learners earning a second degree, traditional-aged students, etc.).
b.  Communicate high expectations.  Describe for your students the knowledge, skills, and values they will master during the course.
c.  Provide students with clear grading requirements during your first class.  Describe your expectations for class attendance and discussion participation in the course syllabus.
d.  Discuss with your students the Academic Honor Code in its entirety during the first class period.  Report all incidences of suspected plagiarism following the process described in Undergraduate and Graduate Academic Catalogs.
e.  State clear goals and objectives for each class or instructional session.
f.  Use multiple methods to deliver content (e.g., visual, textual, kinesthetic, and/or auditory).  For online courses, this is covered as a design standard.
g.  Augment assigned readings with your experience and expertise during class, rather than repeat material you assign from the textbook.

h. Ensure that discussions and assignments require critical thinking, core values, and decision making on the part of your students.
i. Implement activities that encourage your students to apply, analyze, synthesize, and evaluate course material.
j. Use assessment methods that measure students' progress in applying, analyzing, synthesizing, and evaluating course material.
k. Formal writing assignments should be submitted to Turnitin.com.
l. Encourage active reading, reading to write, and writing across the curriculum activities in your class.
m. Summarize the main points of your lesson at the close of each class or instructional session.
n. Provide timely and substantive feedback to your students and require their feedback as well.
o. Respond to all student messages within 36 hours both during the workweek and on weekends.
p. Offer extra credit opportunities sparingly and if offered to the entire class.
q. Replace missed presentations with only comparable alternative assignments and only in the event of a documented emergency.
r. Record all grades in eLion no later than three days after the last day of the term.
s. Assign Incomplete as a grade only in accordance with university policy as written in the academic catalog.
t. Follow-up on all incomplete grades from the previous term.

**Section 2: When teaching a blended course for Saint Leo University, incorporate expectations from Section 1 plus the following:**

a. Send an introductory e-mail and post a welcome message in the LMS at least 24 hours before students access the online segment of the course.  Ask them to respond by e-mail, informing you that they are connected and ready to participate.
b. Expect that students will use textbooks to complete online assignments.
c. Post a minimum of five times per week including an introduction for each discussion session, midweek comments, and an end-of-week summary following its conclusion.
d. Use announcements and/or e-mail messages to direct students' attention to current events related to your course content.
e. Use open-ended discussion questions to provide opportunities for students to discuss course content in relation to their work and personal experiences.
f. Be an active participant in discussions.  Consider using Socratic Questioning when responding to student posts.  Encourage your students to provide additional information by challenging them to expand their posts.  Direct them to their classmates' posts to encourage further discussion.
g. Prompt students who are not participating in discussions to do so.  This is best done by e-mail.
h. When providing feedback for assignments, exams, and discussion board postings comment on incorrect and correct answers or statements.  Your feedback will help students learn not just from their mistakes, but also from your positive reinforcement.  Be sure to post discussion responses, including those to clarify misunderstandings, on the discussion board so all students benefit from your feedback.

**Section 3: When teaching an online course, incorporate expectations from Sections 1 and 2 plus the following**

a. Begin your first class by introducing yourself.  Your posting should model the type of self-introduction you expect from your students.  When they begin posting, remind them that by doing this they are creating their learning community for the course.

b. Respond personally to each student's introduction to ensure you connect with him/her at the beginning of the term.

c. Redirect questions about assignments or the course that come in the form of e-mail to the Course Questions and Answers discussion forum so that all students benefit.

d. Post an announcement to provide a weekly overview at the start of each week or more often if the need arises.  Include a summary of the previous week's module in your announcements and/or on the discussion strand.

e. Be sure your students are able to see their originality reports in turnitin.com.

f. Be available at least one hour a week for chat rooms or office hours.

g. Attend all discipline-specific webinars and chats you recommend or assign to your students.

h. Check your e-mail from the previous term for at least two weeks after the term ends.

i. Check your e-mail and drop box from the previous term semi-weekly until any incomplete grades from the previous term are resolved.

j. Provide written substantive feedback, which includes comments on what was correct and what was incorrect, to every student on all written assignments (including exams), normally within three days but no later than five days after submission deadline.

**Division of Academic Affairs Mission Statement**

The Academic Affairs community is committed to teaching excellence through the use of innovative pedagogy.  Thus, Academic Affairs will provide a strong liberal arts context, grounding students with the knowledge, values, and skills for a meaningful life in the 21st century.

## Academic Advising

**Mission**

Saint Leo actively promotes and supports developmental student advising through an advising as teaching model, which assists students in creating meaningful educational  plans that complement and contribute to the process of student growth in all aspects of  life.  In addition, academic advising at Saint Leo University is collaborative in nature and  facilitates the dissemination of University policy, procedure, and requirements to  encourage student self-reliance and academic progress.  Through advising, students are  encouraged to be self-reliant and to grow intellectually and spiritually.

In general, academic advisors are part of an educational process that helps students to understand the meaning and purpose of higher education and to foster their intellectual  and personal development toward academic success and lifelong learning (NACADA,  2004).  At Saint Leo University, academic advisors help to students plan their academic  and vocational career, gain knowledge of skills necessary for academic success, and  access the wide array of resources and services available to them.

Academic advising is an integral part of the SLU promotion and tenure process for  faculty members.  Advisors will be trained and evaluated in areas recognized as benchmarks by the National Academic Advising Association (NACADA) such as the assessment of student's

needs, counseling skills, knowledge of available resources, and administrative/record-keeping skills (including the use of Datatel, Success Alert, etc.).

Both the student and the advisor have clear responsibilities for ensuring the advising as teaching partnership is successful.

### Advisor Responsibilities

- Understand and effectively communicate the curriculum, graduation requirements, and university and college policies and procedures.
- Monitor and accurately document student's progress toward their goals.
- Encourage and guide students as they define and develop realistic goals.
- Encourage and support students as they gain the skills to develop clear and attainable educational and career plans.
- Provide students with information about and strategies for utilizing the available resources and services on campus.
- Assist students in understanding the purposes and goals of higher education and its effects on their lives and personal goals.
- Monitor and accurately document students' progress toward meeting their goals.
- Be accessible for meeting with advisees via office hours for advising, telephone, e-mail, or web access.
- Assist students in gaining decision-making skills and skills in assuming responsibility for their educational plans and achievements.
- Maintain confidentiality.
- Assist students in working closely with their professors.

## Research Policies & Procedures

The following statement of policy on research activities at Saint Leo University is intended to conform to the University's purpose values and objectives. As such, it emphasizes the need for all research programs to maintain the highest ethical standards of scholarship and research. This policy is implemented in ways that encourage and guarantee academic freedom.

At the undergraduate level, effective teaching and advising are the primary goals of the University. The importance of research increases at the graduate level. However, opportunities for achievement in creative and scholarly areas other than research are available to faculty, and encouraged through support comparable to that given to academic research (e.g., release time, funding). Other creative and scholarly activities include the results of innovative work in the fine arts, innovative interpretations in the performing arts, theoretical or historical writing, textbook production, development of educational tools, and other similar endeavors.

## Freedom of Investigation

Freedom of investigation rests upon four understandings:

1. The University reserves the right to accept only contracts or grants that permit it to disclose (a) the existence of the grant or contract, (b) the identity of the sponsor (or prime sponsor of a subcontract), and (c) the objectives or purpose of the proposed project.

2. The University will not enter into any contract or grant that explicitly or implicitly interferes with the disclosure of independent recommendations or objective conclusions, or that allows any external bias of valid results.

3. The University will not enter into any contract or grant that specifically prevents the free exchange of ideas or prohibits the free publication of results, except under extraordinary circumstances.

4. It is recognized that contracts or grants may legitimately vest proprietary rights in products or by-products, such as patentable inventions, in the sponsor of the contract or grant, and that the investigator may be required to protect these proprietary rights against disclosure. It is also recognized that contracts or grants may legitimately require preliminary or interim reports that are proprietary communications between the investigator or project director and the sponsor.

Moreover, the practice of many funding agencies to require that results and reports be submitted to the sponsor for review before publication is viewed as normal and legitimate. The provisions stated in this section may be waived by the President of the University after consultation with all appropriate bodies. The President shall inform all appropriate bodies of such waivers, except in time of national emergency officially declared by the President or the Congress of the United States, when this policy will be rescinded.

**Saint Leo University Institutional Review Board**

Both the federal government and Saint Leo University require all faculty, employees, and students who use human or animal subjects in their research or class demonstrations to submit a request for approval by the Saint Leo University Institutional Review Board (IRB) before the research begins. The primary purpose of the IRB review is to protect the rights of those subjects, human and animal. In addition, the IRB provides some measure of protection to researchers in demonstrating their diligence in protecting the welfare of research participants. Another potential benefit to the IRB process lies in assisting researchers and demonstrators in their activities. Through correspondence with the IRB, the value or quality of research projects or demonstrations might be enhanced in some way.

Most people want to conduct their research or class demonstrations in ethical, legal, and practical ways. Nonetheless, there might be occasions when researchers or demonstrators become so caught up in their particular projects that their good judgment is impaired in some way. The IRB acts as an objective third party to weigh the benefits of all proposed projects or demonstrations against the potential risk to participants.

Sometimes, if faculty are conducting some type of class demonstrations (e.g., having students role-play a typical family discussion at the dinner table), they may not need to seek IRB approval. However, not all class demonstrations would be exempt automatically simply because they occur in front of a class (e.g., a proposal to have students drink a few beers to demonstrate how their coordination is affected must be submitted for IRB review). All members of the Saint Leo community should contact the chair of the IRB at Saint Leo University with specific questions about what is appropriate for IRB approval and what is

typically exempt from the process.  Only the IRB can issue an exemption.

## Administration of Research

### CONFORMITY WITH INSTITUTIONAL PURPOSES.

Whenever possible, Saint Leo University's commitment to teaching and to its social,  ethical, and spiritual values will be reflected in research activity.  Research undertaken  should be compatible with our university mission, thus encouraging maximum student  and faculty involvement, interdisciplinary work, teaching enhancement, and positive  external visibility for Saint Leo University's programs based on the dissemination of  high-quality research reports.

### CONTRACTUAL RESEARCH RESPONSIBILITY

Deans, directors, and chairpersons will provide guidance support and approval for the  design and implementation of all research projects, regardless of funding.  It is assumed  that staff supervision and ongoing project management, as well as the details of research  design and implementation, will be the responsibility of the appropriate researcher(s).
Administrative leadership should include the following: (1) dissemination of research opportunities; (2) specific workload adjustments for proposal preparation; (3) clerical and other support for proposal preparation; (4) identification of resources for faculty to communicate research reports at professional and scholarly meetings and through publications; (5) periodic dissemination of information about new, ongoing, and  completed research.

### DIVISION OF RESPONSIBILITY BETWEEN RESEARCH AND OTHER ACTIVITIES.

For grant and contract research, as well as for institutional University-sponsored research, faculty research assignments may vary from part- to full-time.  Ideally, however, research assignments should allow for continued teaching involvement.  Whenever faculty  members engage in research as individuals (either as pro-bono or as paid consultants)  outside the aegis of the University, it is expected that they will continue to meet their University obligations. Faculty will seek authorization from their deans, directors, or  chairpersons with respect to external research commitments.

### SALARY

Salaries for research projects shall be determined on a case-by-case basis by the VPAA within the guidelines of normal University practice and the requirements of granting agencies.  Salary supplements during the year will be available if release time from  teaching cannot be granted.  As a practical matter, it is suggested in such cases that the  teaching be defined as the overload and reimbursed at the standard overload rate.
Individuals' salaries included in grant budgets should normally be equivalent to their  existing University salaries.

### INSTITUTIONAL OVERSIGHT

There is the need to balance (1) the individual faculty member's freedom to do research  with outside funding and (2) the University's need to fit such research into its overall  plans and values (financial, hiring, resources).  The University should commit to and  invest in faculty

research efforts; efforts should not become solely dependent on outside  funding.  The university intends to support faculty research by including an allocation in  the annual budget.

**EXPENDITURE OF RESEARCH FUNDS**

Grant funds are supervised by the Office of the VPAA.  They should be disbursed in accordance with existing University policies, practices, and customs.  These funds should  be made available to the investigator-researcher as quickly and as easily as possible.  The University's Business Affairs Office makes budgeting assistance available to researchers preparing grant proposals.  In administering these funds, care should be taken that the research project receives all support for budgetary items submitted in the grant  application and for reasonable exigencies.  Other items that might be needed but that were  not budgeted should be made available within the policies, practices, and customs of the  University, but on an expedited basis.  Any funds that remain unspent at the conclusion of  the project should be disposed of in accordance with the directions of the granting  agency.

## Ownership of Copyrightable Materials and Intellectual Property

This document describes Saint Leo University's policies and associated administrative procedures for ownership of copyrightable materials and other intellectual property.  Its objectives are:

- To enable the University to foster the free and creative expression and  exchange of ideas and comment;
- To preserve traditional University practices and privileges with respect to the publication of scholarly works;
- To establish principles and procedures for sharing income derived from copyrightable material produced at the University; and
- To protect the University's assets and imprimatur.

Faculty at the University must be free to choose and pursue areas of study and  concentration without interference, to share the results of their intellectual efforts with  colleagues and students, to use and disseminate their own creations, and to take their  created works with them should they leave the University.

This copyright policy is intended to maintain those traditional norms and values that  foster, in various ways, the open and free exchange of ideas and opinions.  In this regard,  the policy formulated here is guided by a basic tenet of the 1940 Statement of Principles  on Academic Freedom and Tenure of the American Association of University Professors:

> Institutions of higher education are conducted for the common good  and not to further the interest of either the individual teacher or the  institution as a whole.  The common good depends upon the free  search for truth and its free expression.

The ongoing revolution in the use of information technology for the production and dissemination of knowledge enables members of the University community to create new forms or types of scholarly works, to communicate with current audiences with new types  of materials, and to reach new audiences.  The dramatic changes in information  technologies and the ways in which they are employed provide an occasion to examine  and clarify policy for copyright of works of scholarship produced at the University.

This copyright policy statement delineates the rights and responsibilities of the University and its faculty, employees, students, and other members of the community.

By longstanding custom, faculty members hold copyright for books, monographs, articles, and similar works as delineated in the policy statement, whether distributed in print or electronically. This pattern will not change. This copyright policy retains and reasserts those rights.

## Copyright Ownership Policy

Copyright is the ownership and control of the intellectual property in original works of authorship that are subject to copyright law. It is the policy of the University that all rights in copyright shall remain with the creator unless the work is a work-for-hire (and copyright vests in the University under copyright law), is supported by a direct allocation of funds through the University for the pursuit of a specific project, is commissioned by the University, makes significant use of University resources or personnel, or is otherwise subject to contractual obligations.

### BOOKS, ARTICLES, AND SIMILAR WORKS INCLUDING UNPATENTABLE SOFTWARE

In accord with academic tradition, except to the extent set forth in this policy, Saint Leo University does not claim ownership to pedagogical, scholarly, or artistic works, regardless of their form of expression. Such works include those of students created in the course of their education, such as dissertations, papers, and articles. The University claims no ownership of popular nonfiction, novels, textbooks, poems, musical compositions, unpatentable software, or other works of artistic imagination that are not institutional works and did not make significant use of University resources or the services of University non-faculty employees working within the scope of their employment.

### INSTITUTIONAL WORKS

The University shall retain ownership of works created as institutional works. Institutional works include works that are supported by a specific allocation of University funds or that are created at the direction of the University for a specific University purpose. Institutional works also include works whose authorship cannot be attributed to one or a discrete number of authors but rather result from simultaneous or sequential contributions over time by multiple faculty and students. For example, software tools developed and improved over time by multiple faculty and students where authorship is not appropriately attributed to a single or defined group of authors would constitute an institutional work. The mere fact that multiple individuals have contributed to the creation of a work shall not cause the work to constitute an institutional work.

### PATENT AND COPYRIGHT AGREEMENT

All faculty, staff, student employees, and students who participate or intend to participate in teaching and/or research or scholarship projects at Saint Leo University are bound by this policy. Except as described earlier, this agreement assigns rights to copyrightable works resulting from University projects to Saint Leo University. This policy applies, and those subject to this policy are deemed to assign their rights to copyrightable works, whether or not an agreement is signed and is on file.

**WORKS OF NON-EMPLOYEES**

Under the Copyright Act, works of non-employees such as consultants, independent contractors, etc. generally are owned by the creator and not by the University, unless there is a written agreement to the contrary.  As it is Saint Leo University's policy that the University shall retain ownership of such works (created as institutional rather than personal efforts, as described in #2 above), Saint Leo University will generally require a written agreement from non-employees that ownership of such works will be assigned to the University.  Examples of works which the University may retain non-employees to prepare are:

- Reports by consultants or subcontractors

- Computer software

- Architectural or engineering drawings

- Illustrations or designs

- Artistic works

**VIDEOTAPING AND RELATED CLASSROOM TECHNOLOGY**

Courses taught and coursewares developed for teaching at Saint Leo University belong to the University.  Any courses which are videotaped or recorded using any other media are Saint Leo University property, and may not be further distributed without permission from the appropriate academic dean.  Blanket permission is provided for the use of students, or for other University purposes.  Prior to videotaping, permission should be obtained from anyone who will appear in the final program.

**CONTRACTUAL OBLIGATIONS OF THE UNIVERSITY**

This Copyright Ownership Policy shall not be interpreted to limit the University's ability to meet its obligations for deliverables under any contract, grant, or other arrangement with third parties, including sponsored research agreements, license agreements, and the  like.  Copyrightable works that are subject to sponsored research agreements or other  contractual obligations of the University shall be owned by the University, so that the  University may satisfy its contractual obligations.

**USE OF UNIVERSITY RESOURCES**

Saint Leo University resources are to be used solely for University purposes and not for personal gain or personal commercial advantage, nor for any other non-University  purposes.  Therefore, if the creator of a copyrightable work makes significant use of the  services of University non-faculty employees or University resources to create the work,  the creator shall disclose the work to the Vice President of Academic Affairs and assign  title to the University.  Examples of non-significant use include ordinary use of desktop  computers, the Library, and limited secretarial or administrative resources.  Questions  about what constitutes significant use shall be directed to the appropriate dean or the Vice  President of Academic Affairs.

**RECONVEYANCE OF COPYRIGHT TO THE CREATOR**

When copyright is assigned to the Saint Leo University because of the provisions of this

policy, the creator of the copyrighted material may make a request to the Vice President of Academic Affairs that ownership be reconveyed back to the creator. Such a request can, at the discretion of the Vice President of Academic Affairs, be granted if it does not:

- Violate any legal obligations of or to the University
- Limit appropriate University uses of the materials
- Create a real or potential conflict of interest for the creator
- Otherwise conflict with University goals or principles

**Administration of Policy**

The Vice President of Academic Affairs will resolve any questions of ownership or other matters pertaining to materials covered by this policy.

### LICENSING AND INCOME SHARING

Licensing: The Vice President of Academic Affairs seeks the most effective means of technology transfer for public use and benefit and, toward that end, handles the evaluation, marketing, negotiations and licensing of University-owned inventions or copyrightable materials with commercial potential. Computer databases, software and firmware, and other copyrightable works owned by the University, are licensed through the Vice President of Academic Affairs. The Vice President of Academic Affairs must approve in advance exceptions to this procedure.

### ROYALTY DISTRIBUTION

The Vice President of Academic Affairs will allocate royalties assigned to the University. If copyright protection alone is claimed, royalties normally will be allocated in a similar manner, with the "inventor's share" allocated among individuals identified by the investigator (or department head if not under a sponsored agreement), based on their relative contributions to the work. Where royalty distribution to individuals would be impracticable or inequitable (for example, when the copyrightable material has been developed as a laboratory project, or where individual royalty distribution could distort academic priorities), the "inventor's share" may be allocated to a research or educational account in the laboratory where the copyrightable material was developed.

### ASSIGNMENTS

No assignment, license, or other agreement may be entered into or will be considered valid with respect to copyrighted works owned by the University except by an official specifically authorized to do so.

### USE OF THE UNIVERSITY NAME IN COPYRIGHT NOTICES

The following notice should be placed on University-owned materials in order to protect the copyright: Copyright © [year]. The Board of Trustees of Saint Leo University. All Rights Reserved. No other institutional or departmental name is to be used in the copyright notice, although the name and address of the department to which readers can direct inquiries may be listed below the copyright notice. The date in the notice should be the year in which the work is first published, i.e. distributed to the public or any sizable audience. Additionally,

works may be registered with the United States Copyright Office  using its official forms.

### COPYING OF WORKS OWNED BY OTHERS

Members of the University community are cautioned to observe the rights of other  copyright owners.  Contact the Vice President of Academic Affairs' Office for University  policies pertaining to copying for classroom use.  Policies regarding copying for library  purposes may be obtained from the Director of the Library.

### SPONSORED AGREEMENTS

Contracts and grants frequently contain complex provisions relating to copyright, rights  i n data, royalties, publication, and various categories of material including proprietary  data, computer software, licenses, etc.  Questions regarding the specific terms and  conditions of individual contracts and grants, or regarding rules, regulations and statutes  applicable to the various government agencies, shall be addressed to the Vice President of  Academic Affairs.

## Other Intellectual Property

### TRADE AND SERVICE MARKS

Trade and service marks are distinctive words or graphic symbols identifying the sources, product, producer, or distributor of goods or services.  Trade or service marks relating to goods or services distributed by the University shall be owned by the University.

Examples include names and symbols used in conjunction with computer programs or University activities and events.  Consult the Vice President of Academic Affairs for information about registration, protection, and use of marks.

### PROPRIETARY INFORMATION

Proprietary information arising out of University work (e.g., actual and proposed terms of research agreements, financial arrangements, or confidential business information) shall be owned by the University.  "Trade secret" is a legal term referring to any information, whether or not copyrightable or patentable, which is not generally known or accessible, and which gives competitive advantage to its owner.  Trade secrets are proprietary information.

## Explanation of Terms

### COPYRIGHTABLE WORKS

Under the federal copyright law, copyright subsists in "original works of authorship"  which have been fixed in any tangible medium of expression from which they can be  perceived, reproduced, or otherwise communicated, either directly or with the aid of a  machine or device.  These works include:

- Literary works such as books, journal articles, poems, manuals, memoranda,  tests, computer programs, instructional material, databases, bibliographies
- Musical works including any accompanying words
- Dramatic works, including any accompanying music
- Pantomimes and choreographic works (if fixed, as in notation or videotape)

- Pictorial, graphic and sculptural works, including photographs, diagrams, sketches and integrated circuit masks
- Motion pictures and other audiovisual works such as videotapes
- Sound recordings

**SCOPE OF COPYRIGHT PROTECTION**

Copyright protection does not extend to any idea, process, concept, discovery, or the like, but only to the work in which it may be embodied, illustrated, or explained. For example, a written description of a manufacturing process is copyrightable, but the copyright only prevents unauthorized copying of the description; the process described could be freely copied unless it enjoys some other protection, such as patent.

Subject to various exceptions and limitations provided for in the copyright law, the copyright owner has the exclusive right to reproduce the work, prepare derivative works, distribute copies by sale or otherwise, and display or perform the work publicly.

Ownership of copyright is distinct from the ownership of any material object in which the work may be embodied. For example, if one purchases a videotape, one does not necessarily obtain the right to make a public showing for profit.

The term of copyright in works created on or after January 1, 1978, is the life of the author plus seventy years. Copyright in works-for-hire is for ninety-five years from the date of first publication or one hundred twenty years from creation, whichever period first expires.

**WORKS FOR HIRE**

"Work for hire" is a legal term defined in the Copyright Act as "a work prepared by an employee within the scope of employment." This definition includes works prepared by employees in satisfaction of sponsored agreements between the University and outside agencies. Certain commissioned works also are works for hire if the parties so agree in writing.

The employer (i.e., the University) by law is the "author," and hence the owner, of works for hire for copyright purposes. Works for hire subject to this principle include works that are developed, in whole or in part, by University employees. Where a work is jointly developed by University employees and a non-University third-party, the copyright in the resulting work typically will be jointly owned by the University and the third party. In such instances, both the University and the other party would have nonexclusive rights to exploit the work, subject to the duty to account to each other. Whether the University claims ownership of a work will be determined in accordance with the provisions of this policy, and not solely based upon whether the work constitutes a work-for-hire under the copyright law.

For example, copyright in pedagogical, scholarly or artistic works to which the University disclaims ownership under this policy shall be held by the creators regardless of whether the work constitutes a work-for-hire under copyright law. Only the Vice President of Academic Affairs may relinquish University ownership in a work-for-hire.

# SECTION III:  FACULTY EMPLOYMENT POLICIES & PROCEDURES

**Full-Time Faculty Hiring Guidelines**

### I.  Introduction

Our commitments to fund regular faculty positions represent long-term decisions that  must be made only after measuring both academic and financial considerations.   Faculty  searches are one area where actions taken now can strengthen the University for years to  come.  All of our decisions are made within a context that is future oriented with respect  to the University mission and vision, the University departments' and divisions' goals,  the relationship of that vision to other academic programs in the University and to  academic opportunities that are appropriate for Saint Leo University.

Because our ability to support faculty positions is directly related to the financial status of  the University, a decision about searches will not be made until after October 15.   At that time, we will know our total enrollment and financial aid expenditures for this year and  will be able to judge how they affect revenue for the upcoming year.

### II. Principles

1.  Campus enrollments have grown steadily.    We believe they will continue to increase.    However, any new faculty line may necessitate a reallocation of resources or the  identification of how the new line will enable us to increase student enrollment.

2.  All replacement lines must be reviewed within an all University context.  A vacancy in one school or department may provide the opportunity for the reallocation of resources to a different school or department.  A request for a replacement must include data that provides a justification for the replacement.

3.  We must assume that searches will be authorized at the rank of Assistant Professor, entry level.  Any requests to fill a position in any other manner will require a detailed  rationale describing the compelling reasons for the request.

4.  Every search request will be examined against the statement of vision and goals for the department and the division.

5.  Consideration of search requests will take into account a variety of factors including enrollment patterns and teaching needs, programmatic impact within the department, the relationship of the position to other departments and programs in the University, and the potential to obtain external support of curricular development if such curricular development is anticipated by the additional post.

### III. Guidelines

Position requests should present a comprehensive analysis that takes into account both  the qualitative dimensions of the academic programs and the quantitative dimensions  related to enrollment trends in curricular offerings.  Each request for a new or  replacement position should address the following items.

1.  What is the vision in the department for its program and faculty for the coming

years?  What short term and long-term goals does the department have for its own development?

2.  How does the position relate to other positions of the department and to the department's curriculum and/or research agenda?  What contribution does the department anticipate a new faculty member will make in teaching and in research? If appropriate to the position, what potential exists for the new faculty member to obtain external support?  A clear presentation of the size of the faculty in the areas of specialization within the school should be included here.

3.  Are there any anticipated changes, such as retirement, projected in the department over the next three to five years?

4.  What are the recent (past three years) current, projected enrollments, teaching and advising needs in this department?  (Evidence that projections were discussed with the Office of Admissions must be included).

5.  What is your assessment of the quality of teaching, curriculum, and research in the department making the request?  How would the person in this position enhance each of those areas?

6.  What explicit plan do the department and school have for providing professional development and mentoring in both teaching and professional development for the new faculty member?

7.  What are the existing and potential links of this position with other faculty and programs in the school?  The University?  What would be the impact of not filling this position on other departments and programs?  It would be useful and informative here to include statements from those departments whose programs would be affected by the new faculty hire.

8.  What special costs and needs will be associated with filling this position?  Will filling this position entail additional space, library, laboratory, or computing needs?

9.  How might the following alternatives be used in lieu of filling this position?

    a.  Using part-time faculty for critical teaching areas?

    b.  Hiring a visiting faculty for a term contract?

    c.  Leaving the position vacant?

10.  What process was used in the school to develop the position request?    What consultation occurred across disciplines within the school?

**Full-Time Faculty Hiring Process**

1.  In accordance with the budget process, Department Chairs discuss and identify position need with the Dean and submit the faculty position requests to the VPAA. Center positions are identified in conjunction with the appropriate Center Director and/or Regional Assistant Vice President.

2.  The Vice President for Academic Affairs will review the request and submit it to the President for approval if appropriate.

3.  The Director of Academic Administration will notify the appropriate Dean(s), Chair(s), and Directors to initiate the position posting in the Applicant Tracking System when the President has approved the position to be advertised.

4.  Any advertising requests should be noted in the Applicant Tracking System; however, you must contact and work with Human Resources directly to place any

individual advertisements outside of the multi-faculty listing in the Chronicle and Inside Higher Education.  **(Individual and/or specialized advertising are funded through the departmental or school budget.)**

5.  A search committee will be selected by the Dean in conjunction with the Department Chair.  They are to ensure that at least one member of the search committee is from outside the school.  In cases where the position is at a center, center personnel (usually the director and possibly the AVP for the region in question) must be on the search committee.  Center staff participation in the process can be via VTT, conference call and/or in person as circumstances dictate.

6.  Applicants apply via the Saint Leo University employment website.  Faculty candidates are reviewed by the Search Committee.  After phone interviews, the search committee will determine a final group of candidates to be considered for on-site interviews.  This should be limited to the top 2-3 most qualified candidates.

7.  It is the responsibility of the Search Committee Chair to coordinate with the appropriate Dean, Chair, and Director of Academic Administration to check the Applicant Tracking System documents and make sure that final candidate credentials and qualifications are complete for their faculty file.  This includes:

    -   Curriculum Vita
    -   References (3)
    -   Values Essay
    -   Teaching Philosophy
    -   Official Transcripts
        *(Copies and those issued to the student are not acceptable.  All original transcripts should be sent to Academic Affairs only; otherwise,  you will delay the process.)*

8.  The Search Committee will schedule on-campus interviews for the final 2-3 candidates.  Candidates will meet with the Search Committee, Dean of the School, Vice President of Academic Affairs, and other appropriate individuals.  Candidates must also give at least one formal presentation to the committee, and where possible, to students and others invited by the committee.  In cases where the position is at a center, the center representative on the committee may participate in the interview and presentation in person or via VTT.  *In cases where the position is at a center, the candidate must also visit and interview at the center in question. The Center Director will coordinate this visit.*

9.  Upon the completion of on-site interviews, Search Committee members complete an evaluation form regarding the candidates, the results of which are compiled by the Chair of the Search Committee and shared with Committee members.  Upon completion of their deliberations, the Search Committee will submit a final recommendation to their Department Chair and Dean.

10. The Dean will contact the Director of Academic Administration who will change the final candidate's status in the Applicant Tracking System to "Recommend for Hire" and then contact the VPAA to discuss the offer with a proposed hire-in salary.

11. Human Resources will initiate the background check and conduct a final review, then notify the Director of Academic Administration when it is complete.

12. The Vice President for Academic Affairs will extend a verbal offer to the final candidate or appoint a designee (Dean, Department Chair, and Director).

13. The Dean will contact the Director of Academic Administration to inform if the candidate accepts or declines the offer and complete the electronic Academic Affairs verbal offer form.

14. ***The candidate accepts the offer***:  The Director of Academic Administration will complete the "Hiring Proposal" in the Applicant Tracking System and ***send the clearance form to the Department Chair or Director for completion.***

    ***The candidate declines the offer***:  The Director of Academic Administration will notify HR and complete necessary information to leave the position open and continue the search.  (Skip remaining steps and start the process over once another qualified candidate is found).

15. The Vice President for Academic Affairs will issue the formal faculty appointment/offer letter to the candidate.

16. The Dean, Department Chair, Director will forward any and all paperwork, including the clearance form for the final candidate to the Director of Academic Administration who will then complete the employee action form (EAF), employee access request (EAR), and make sure everything is completed and in place prior to faculty start.

17. The VPAA will send all new faculty a welcome packet, which includes VPAA important dates for first week faculty meetings, workshops, faculty development days, Community Day and information on when to report to Human Resources for onboarding, new hire paperwork, orientation, and benefits information.

**Full-Time Faculty Hiring Workflow Quick Reference Guide**

1. Identify faculty position need.

2. Submit to VPAA for Presidential approval.

3. Post in Applicant Tracking System.

4. Notify HR to advertise (outside of multi-faculty Chronicle Ad and Inside Higher Ed).

5. Form Search Committee.

6. Review applicants and conduct initial phone interviews on top qualifiers.

7. Onsite interview 2–3 top candidates (Center positions must interview on campus & at their center).

8. Contact VPAA to discuss final candidate and obtain approved hire-in salary.

9. HR completes the background check

10. Extend the verbal offer & complete the Academic Affairs verbal offer form

11. Notify Director of Academic Administration of acceptance and forward any remaining paperwork.

## Faculty Ranks: Definition of Academic Ranks and Titles

Saint Leo University appoints and retains faculty members with the ranks of Instructor, Assistant Professor, Associate Professor, and Professor.  Each faculty member must fulfill the rights and responsibilities outlined in this handbook.  New faculty members are  appointed by the VPAA after consultation with the appropriate department chair and dean  and approved by the President.  All tenure-track and non-tenure-track full-time faculty

appointments require a search in compliance with our EEO policies.   The VPAA makes  the appointment, and the search committee and dean recommendations are not binding.

Faculty members may be part- or full-time employees of the University.  Normally, a full-time faculty member teaching at the University College location shall teach 12 hours per semester and 24 hours per year.  Normally, full-time continuing education faculty shall  teach 12 to 36 credit hours per year and advise students 10 to 25 hours per week, depending upon contractual obligations.  In some cases, the VPAA, in consultation with the school dean and appropriate department and with the mutual consent of the faculty  member, may reassign a full-time faculty member from teaching responsibilities to  administrative or other appropriate activities equivalent to some part or the entire  teaching load.  There are several levels of faculty ranking:

### Lecturer

Lecturers must have the minimum qualifications to teach, possessing a Master's degree with at least 18 graduate credit hours in the discipline to teach at the undergraduate level.  A Doctorate degree in is required to teach at the graduate level.  Degree(s) must be from a regionally accredited institution.  Faculty at this rank may only be appointed to non-tenure track contracts.  Service as a lecturer does not count in years of service toward tenure at Saint Leo University.

### Instructor

Instructors must hold a minimum of  an appropriate master's degree from a recognized accredited graduate institution or its  equivalent (e.g., professional recognition) in the field being taught.  Instructors may be hired on term contracts of varying lengths.  Instructors may teach part- or full-time loads.    Service as an instructor does not count in years of service toward tenure at Saint Leo  University.

### Assistant Professor

Faculty appointed to the rank of Assistant Professor must hold a minimum of an  appropriate Master's degree from a regionally accredited institution of higher education.    Assistant Professors may hold full- or part-time teaching contracts.  Faculty at this rank  may be appointed to tenure-track or non-tenure-track contracts.  All years of full-time  teaching at this rank count toward years of service towards tenure or other full-time  longer-term contracts.

### Associate Professor

An Associate Professor must hold a minimum of an appropriate Master's degree from a regionally accredited institution of higher education; must provide evidence of sustained, outstanding teaching and advising; must show evidence of developed scholarship or professional development activities (such as publication in refereed professional journals, significant successful curriculum development, or noteworthy performance in the creative arts); and must show evidence of documented and evaluated community service activities consistent with the mission and values of Saint Leo University.

Normally, a minimum of five (5) years teaching experience at the rank of Assistant  Professor is required for faculty promoted to or appointed to this rank.  Faculty promoted  to this rank normally have a record of no less than four (4) years teaching at Saint Leo  University at the

level of Assistant Professor.  Any exceptions to the normal time in rank  qualification shall be recommended to the VPAA by the appropriate dean prior to the  initial contract offer.  The VPAA shall review such a request and forward it to the  President with a recommendation. Only the President shall grant an exception should he  or she deem it appropriate.  Faculty appointed at this rank may be appointed to tenure-  track or non-tenure-track contracts.

## Professor

A full professor must possess the earned doctorate degree from a regionally accredited institution and demonstrate evidence of and record of sustained, documented exemplary teaching and advising; and evidence of mature sustained scholarship or widely acclaimed professional development that has been recognized by the appropriate professional bodies outside of the University; and evidence of distinguished faculty leadership and service to  the students and the Saint Leo community in a manner consistent with the goals and  values of Saint Leo University.

Typically, before being considered for promotion to this rank, individuals shall have a minimum of ten (10) years accumulated teaching experience with no fewer than five (5) years teaching experience at Saint Leo University at the rank of associate professor  before being considered for promotion to this rank.  Any exceptions to this normal time in rank/experience requirement shall be recommended to the VPAA by the appropriate  school dean.  The VPAA shall review such a request and forward it with his or her recommendation to the President, who is responsible for making the final decision.    Faculty appointed to or promoted to this rank may serve on tenure-track or non-tenure-  track contracts.

## Professor Emeritus

This rank may be assigned to Assistant, Associate, or Full Professors who have retired  from their teaching responsibilities at the University after ten or more years of service to  the University.  A Professor Emeritus is so designated and appointed by the President  upon the recommendation of the VPAA.  A Professor Emeritus will continue to have full  use of the library and the library loan activities.  He or she shall continue to have access to  tickets for concerts, theatrical productions, athletic events, and other discounted services  at the same cost as normally charged to active faculty members.  No compensation accrues by virtue of this rank, unless the Professor Emeritus accepts a part-time or  temporary full-time teaching contract.  In such instances, supplementary benefits, if any,  will be set forth in the contract.

## Visiting Faculty

A visiting faculty member may be appointed by the VPAA as an Instructor, Assistant Professor, Associate Professor, or Professor, depending upon qualifications and  experiences.

Years of service as a visiting or non-tenure-track faculty member shall count toward the probationary period for a tenure-track position if the faculty member is hired for a tenure-track position and if the faculty member decides to count some or all of these years  toward the probationary period.  Visiting faculty members may serve in a full-time  capacity for no more than five (5) years.

## Professional Development

The University recognizes the importance of professional development and, to that end, maintains a granting process to fund and in other ways support professional development activities of all faculty members.

The University has established an annual Professional Development Fund as specified in the Faculty Agreement. A second professional development fund, The Shirley J. Geoffrey Professional Development Fund, is available to encourage and support the Division of Continuing Education faculty involvement in scholarly activities that will contribute to professional growth and to enhance the quality of education available to our students at Saint Leo University. For complete guidelines pertaining to these two professional development funds, please contact the Office of the VPAA or a committee member.

Faculty members can apply for professional development funds by submitting a standardized form supplied by the University indicating the purpose of the activity and the anticipated impact that funding will have on the faculty member's teaching and professional development. The appropriate committee will make disbursement of the funds. The committee will consider each request and recommend funding based on the financial resources budgeted in the respective academic year. Faculty requesting professional development funds will present the committee with a proposal that explains the purpose of the grant and the impact funding will have on the faculty member's teaching and professional development activities.

## Faculty Workload Policy

### University College & Graduate Programs

Full-time faculty at the Saint Leo University Campus are required to teach eight courses per year (normally 4+4) and conduct ten office hours per week, six of which must be posted. No more than one course overload per term is allowed, unless approved by the appropriate dean. Overloads of three or more may only be approved by the VPAA. No faculty member may teach more than 12 courses in any academic year without appropriate permissions.

### Continuing Education Center Full Time Faculty Responsibilities & Expectations

For academic and administrative matters, Center full time faculty members report to their respective department chairs, then to their respective dean and then to the vice president for academic affairs. Simultaneously, they report to the center director for course related issues and for any community service, which is performed under the supervision of Center personnel.

- Teach 8-9 classes per year in their majors – full-time faculty are to be offered courses in their major prior to adjuncts at all times.
- Faculty may teach no more than two overloads per year, unless approved by the appropriate Dean. Overloads of three or more per year may only be approved by the VPAA. In all cases, teaching more than 12 courses per year is not allowed.
- 5-10 office hours per week.
- Assist the Center Director or his/her designee in scheduling courses, especially those related to the faculty member's major.
- Teach primarily at the center to which the full-time faculty has been assigned Monitor adjuncts in their majors, including observing classes when necessary or as directed by their department chair.

- Communicate as directed by Department Chairs with adjuncts teaching in their respective majors.
- Coordinate responsibilities of Lead Contract Faculty as appropriate to the major. Participate in student orientation in their respective majors.
- Advise students in their respective majors regarding research opportunities, field placement opportunities, graduate school, and career opportunities
- Oversee internships and student field placements in their respective departments where applicable, including building partnerships, arranging placements, and supervising students in the field (perhaps in conjunction with lead contract faculty)
- One full term (2 months) vacation – time of year to be determined in conjunction with Center Director, and in communication with Department Chairs and/or Graduate Directors.
- If tenure track, time must be allotted for engaging in Professional Development and Scholarly Growth (e.g., attend professional conferences, present at professional conferences, author or co-author articles for submission to referred professional journals, attend workshops to enhance or improve teaching, etc.)
- Engage in community service as expected. If tenure track, faculty are required to engage in community service, which may be completed or partially completed at the center (e.g., serving on committees, participate as part of a center team to volunteer in the community, etc.)
- Meet with respective Department Chair at least once bi-monthly via telephone, illuminate, VTT, or any method readily available.
- Inform respective Department Chair of any request by parties that are beyond the scope of this document.
- Perform faculty class observations and syllabus reviews as requested by the Center Director and Department Chair. All faculty class observations and syllabus reviews must be approved by the faculty member's respective Department Chair. Faculty class observations and syllabus reviews can only be performed on classes that fall under the faculty member's department and areas of clearance.

### Addendum

1. Note that circumstances such as Center staffing patterns and episodic workflow may necessitate periodic faculty participation in other Center tasks. However, this involvement should be kept to a minimum in order to allow faculty to focus on their primary responsibilities.

2. Also note that, since faculty are on ten month contracts while the Centers operate twelve month a year, faculty and Center directors will need to work collaboratively to devise a work schedule that accommodates both faculty time responsibilities and ongoing Center needs.

3. Full time Education Department faculty members have additional responsibilities as outlined by their Department Chair and School Dean.

### Adjunct and Contract Faculty

For adjunct and annual contract faculty who teach 15-16 week courses have a maximum teaching load of ten courses per year. No more than four courses may be taught by an adjunct in any semester. The adjunct and annual contract faculty teaching eight-week courses have a maximum teaching load of ten courses per year with no more than two courses taught in any term.

**Teaching by Full-time University Personnel**

Full-time personnel without a visiting faculty appointment may teach a maximum of six courses per year, but no more than one per term/ semester/session.  The appropriate department chair must recommend any exceptions to this policy to the academic dean responsible for the faculty member's teaching area.  All exceptions must be approved by  the VPAA.

**Teaching by Academic Chairs**

Faculty designated as department chairs will normally receive a (1) course release per semester or more.  The appropriate academic dean and chair designee shall recommend  this reassignment of duties to the VPAA in March of the prior year based on the number  of faculty in the department, the number of students enrolled in department classes, and  special responsibilities (curriculum reforms and development, accreditation, etc.).

## Promotion, Tenure, and Sabbaticals

Please see the Faculty Agreement for complete policies and procedures pertaining to promotion and tenure.

### Guidelines for Promotion and Tenure Applications

Promotion and tenure decisions at Saint Leo University are made on the basis of documented and evaluated performance in three areas: 1) teaching and advising 2) professional development, research, and scholarly growth; and 3) institutional and community service.  For teaching faculty, excellence in teaching and advising, and demonstrated student learning are essential to tenure and promotion.  As well, either professional development, research, and scholarly growth or institutional and community service must be judged excellent for tenure.  For library faculty, professional library service contributing to the educational function of the University is the primary area of faculty performance and of evaluation.  For faculty with no teaching assignments, professional responsibilities that are directly related to their assignments are the primary area of faculty performance.  The faculty member who is applying for promotion and tenure has the responsibility of presenting an application package that documents his or her performance in each of the above areas.

To aid faculty members in developing an application package that provides such evidence in a clear, complete, and concise manner, the following guidelines are offered.  The guidelines are not meant to act as restraints or to make faculty members conform to a strict set of rules as they present evidence regarding their contributions to the University.  The guidelines are based in part on the information provided in an American Association for Higher Education (AAHE) publication, copies of which are available in the office of the VPAA and in the library, and which can be made available for reference in the center directors' offices

Application for promotion and tenure should be thought of as a process that begins the day the candidate is hired; thus, faculty members must begin, as soon as they join the University, to develop their portfolios (see below).  To facilitate this process, new faculty orientations include detailed information about promotion and tenure policies and procedures.  In addition, new faculty will be matched with faculty mentors who are familiar with the promotion and tenure guidelines and can make the new faculty members aware of the

evidence of performance that they should be collecting during each year of their employment with the University. These policies apply to all full-time faculty at all locations.

**Promotion & Tenure: Application Format**

- One 3-ring binder
- Introductory letter addressed to Promotion & Tenure Committee that you are applying for Promotion (or Tenure).

- 1st Tab – Personal Statement
  1) The narrative:
     - This is an "Executive Summary" of your professional experience ***since date of hire, of if promoted since hire date, date of last promotion***
     - An honest appraisal of your strengths and areas in which you intend to improve
     - Clearly articulated, time-specific objectives of what you want to achieve in the coming years
  2) Documentation:
     a) Your curriculum vitae – You should always provide a current vita that, among other things, includes complete citations for publications and presentations offered in support of your application.  Peer reviewed, academic works should include the complete titles, publishers, volume numbers, page numbers, etc.  Non-peer reviewed items should be clearly identified as such.  Citation style may be discipline specific (APA, MLA, etc.) but should clearly identify the material to be considered.
     b) Letters from deans, and department chairs ***must be included***
     c) Letters of support from colleagues within Saint Leo University ***should be included***.  Letters from colleagues outside the University ***may be included***.  A minimal number of letters from *former* students may be included.  ***No letters from current students*** may be included.

- 2nd Tab – Teaching Excellence
  1) The narrative:
     - A personal statement honestly appraising your teaching ***since date of hire or if promoted since hire date, date of last promotion***
     - Discuss not only on your strengths, but also those areas on which you intend to focus in order to achieve the goal of exemplary teaching;
     - Where applicable, describe your advising role
     - If you received less than stellar student evaluations and/or in-class observations, do not ignore them, but address them honestly and describe what you did to turn around or improve your teaching
  2) Documentation:

a) "Student Feedback Reports" for ***each and every*** class you taught, not just the "good" ones.  [Note: if for some reason students did not hand in end-of-course evaluations for a class you taught – you taught a DL class, for example] you need to explain their absence in your narrative.

b) Copies of ***each and every*** in-class observation by deans, department chairs, and colleagues

- 3rd Tab – Professional Development & Scholarly Growth
  1) The narrative:
     - A personal statement honestly appraising your professional development & scholarly growth *since date of hire or if promoted since hire date, date of last promotion.*
     - Where necessary, demonstrate how your professional development and scholarly growth is relevant to your teaching discipline.
     - Include a paragraph on how you intend to continue to grow professionally toward excellence.
  2) Documentation:
     a) "Both traditional and non-traditional means of demonstrating professional development and/or research" are recognized by the faculty contract, but it is the faculty member's responsibility to demonstrate the extent to which that development and growth enhances and improves your teaching.
     b) **DO NOT** include entire conference programs, entire journal issues, or entire books in documentation.  Rather, include only the front cover(s) and page on which you are featured.

- 4th Tab – Community Service
  1) Narrative:
     - A personal statement honestly appraising your community service and how you intend to continue serving the community and the larger society.
     - It is acceptable to highlight external service, in addition to internal service, as long as it enhances or extends the reputation of Saint Leo University.
  2) Documentation:
     - As appropriate

### Sabbaticals

#### Sabbatical Definition and Eligibility

Sabbatical Leave shall be considered a reassignment from normal teaching responsibilities for a specific period of time and for a specified academic purpose from which both the Faculty member and the University shall benefit.  A sabbatical may be taken for one full academic year or for one full regular semester (a regular semester is the fall or spring semester).  A Faculty member is eligible for sabbatical leave during and after the seventh year of service dating back to the initial appointment or to the prior sabbatical leave.

**Application for Sabbatical**

The notice of intent for sabbatical shall be submitted by September 15th one year prior to the academic contract year in which the Faculty member wishes to start a fall sabbatical leave or by January 15th one year prior to the academic year in which the faculty member wishes to start a spring sabbatical leave.  She/he must submit to the Department Chair or Director and Dean a written notice of intent to file for sabbatical leave.  The notice of intent to file for sabbatical leave will be followed by the actual application.  In no event shall the actual application for sabbatical leave be filed less than six (6) months prior to the academic semester for when the sabbatical is proposed.  The sabbatical project shall be outlined with details in the application.  As a part of the sabbatical application, the Faculty member applying for a sabbatical must provide clear and measurable goals for the sabbatical.  The sabbatical project must be of a significant scholarly nature and should enhance Faculty member's professional development and/or his/her teaching effectiveness.

**Approval Process**

The application shall be submitted to the Faculty member's Department Chair, or in the case of faculty librarians, to the Library Director.  Within thirty days, the Chair or Library Director shall make a recommendation to the appropriate School Dean or VPAA, as applicable.  The Department Chair's recommendation shall address the value of the proposed project; comment on the effect the project may have on teaching, learning, and professional development, and shall detail the courses that will not be taught or a plan for teaching courses in the absence of the faculty member who shall be on sabbatical.  The Dean will recommend an action to the VPAA within fifteen (15) days of receipt of the Chair's recommendation and forward that recommendation the VPAA.  The VPAA shall decide to grant or refuse the request for sabbatical leave within thirty (30) days.  The VPAA may defer a sabbatical leave for programmatic and/or financial reasons.  Generally, no more than one faculty member per department shall be granted a sabbatical in the same academic year.

**Required Report and Commitment**

Within three (3) months after the conclusion of a sabbatical, the Faculty member must file a written report on the sabbatical project to the VPAA detailing how the sabbatical project was completed.  This report shall provide the Faculty member's assessment of how the clear and measurable goals of the sabbatical were met and shall provide appropriate supporting documentation.  The VPAA will share the report with the Dean, Department Chair and with the faculty as a whole.  The report shall be placed on reserve in the Library for review.  Upon request, the Faculty member also agrees to make a presentation to the faculty or Board of Trustees.  By accepting a sabbatical leave, the Faculty member commits himself/herself to one (1) year of full-time service to the University immediately following the expiration of the sabbatical.  In the event the Faculty member does not comply with the terms of the Sabbatical or this Section the Faculty member agrees to compensate the University in an amount equal to the amount of salary paid to the faculty member during his or her sabbatical.

## Guidelines for Faculty Performance Portfolio Development and Submission

**Introduction**

Saint Leo University's preeminent criterion for faculty is **_teaching excellence_**.  Indeed, one of the conditions of employment at Saint Leo is that each new faculty person is asked to commit to constantly working toward that goal.

Secondly, **_scholarly growth and professional development_** are encouraged and are critical to developing excellence in teaching.

Thirdly, in that community is one of the University's core values, emphasis is placed on **_community service_** to students, to the departments, and to the University; but, service may also include service to the larger community, which enhances the University's image in ways consistent with its values.

In turn, Saint Leo regularly evaluates teaching performance, professional development, community service, and collegiality, and ultimately uses those valuations to determine whether new faculty should be retained on continuing contract and/or promoted.

The best method of presenting evidence of the faculty member's performance in each of these four areas to be evaluated is a performance portfolio.

**<u>Formal Review Process</u>**

The formal review process includes the following steps:

1) In the spring term, but no later than March 31, faculty members **<u>must</u>** meet personally with their respective deans to review drafts of their portfolios, and make necessary changes, or additions as suggested.  Prior to that, meetings with the respective department chairs are strongly recommended.

2) No later than May 8, faculty members submit to the dean the final draft of their portfolios.

3) During that time, but no later than June 15, the dean and the department chair each evaluate the faculty members' work in the areas of teaching, professional  development and scholarly growth, institutional and community service, and collegiality and gives the faculty member a rating of "outstanding," "good," " needs improvement," or "unsatisfactory."

4) By June 15, the Dean and the department chair will provide his or her evaluation        to the faculty members and will forward to the Vice President of Academic Affairs:

    a) a copy of his or her evaluation of those faculty members under review; and

    b) the faculty members' portfolios.

**<u>Contents of the Portfolio</u>**

The portfolio must contain the following items:

1) **Tab I – "Personal Evaluation."**
   Your **_personal evaluation_** is a narrative describing your overall performance, with primary emphasis on your teaching.  This evaluation is, in effect, **_an executive summary_** and overview of your entire year.

    • As documentation, you should include a copy of your curriculum vitae.

2) **Tab II -  "Teaching."**
   a) This section begins with a narrative **_objectively assessing_** all aspects of your **<u>teaching</u>** during the current year.  The narrative should include a description of the goals you set for yourself this past year, and the extent to which you have achieved these goals.

<u>***Note:***</u> This narrative must include a personal assessment of the extent to which you adhered to the "***Academic Affairs Statement of Preferred Pedagogy.***"

b) ***Secondly, teaching goals for the coming year.***
Your teaching goals are the areas in which you want to improve.  Therefore, this section ***<u>must</u>*** also include your own objective assessment of the areas in which you need to improve, and an itemized list of concrete, specific, measurable steps you intend to take over the coming academic year to achieve those improvements.

- Documentation should include:
    1. "Student Feedback Reports" for ***<u>each and every</u>*** class you taught, not just the "good" ones.  [Note: if for some reason students did not hand in end-of-course evaluations for a class you taught – you taught a DL class, for example] you need to explain their absence in your narrative.
    2. a copy of your department chair's in-class observation(s);
    3. a copy of the dean's or center director's in-class observation; and,
    4. if you choose,  a copy of a peer's evaluation of your teaching performance ("peer" is   understood to mean a colleague of yours.)

3) **Tab III – "Professional Development and Scholarly Growth"**
   a) This section begins with a narrative describing all aspects of your **professional development and scholarly growth** for current academic year.

   b) This section must include a listing of ***professional development goals*** that you have set for yourself for the coming academic year.

   - Documentation: If you presented at a conference, include ***only a*** copy of the program page on which your presentation is listed.  Do not include the entire program.  If your article was published in journal, include a copy of your article, not the entire journal issue.

4) **Tab IV – "Community Service"**
   a) This section begins with a narrative describing your **community service** activities for the current academic year.

   b) This section must include a listing of your community service goals for the coming academic year.

   - Documentation: Include whatever you think is necessary.

**<u>Portfolio Format</u>**

The portfolio should "look" as follows:

1) Place everything in a simple 1-inch 3-ring binder, with your name and date of

submission **on the spine**.  Remember to keep everything succinct and to the point.  You should not include more than what is absolutely necessary to make your case or it will be interpreted as "padding."

2)   Separate each of the five categories with tabs.

3)   The rest of the contents should follow in the order outlined above under Contents.

## <u>Finally</u>

The dean and department chair will insert a copy of their respective evaluations of your performance in its appropriate place and forward the entire package to the Vice President of Academic Affairs.

Let your dean and your department chair help you.  Contact them early and often to assist you through this annual process.  This entire process is intended to help you grow professionally, and as a valued member of Saint Leo's community.  Please help them help you.

*Page Intentionally Left Blank*

# SECTION IV:  ADMINISTRATION AND UNIVERSITY GOVERNANCE

## Administration

### President

- Assistant to the President
- Assistant to the President, University Ministry
- Center for Catholic and Jewish Studies
- Intercollegiate Athletics

### Vice President for Academic Affairs

Mission Statement: Academic Affairs is a community committed to teaching excellence through the use of innovative pedagogy.  Thus, Academic Affairs will provide a strong liberal arts context, grounding students with the knowledge, values, and skills for a meaningful life in the twenty-first century.

#### LIBRARY

#### SCHOOL ARTS AND SCIENCES

Mission Statement: The Saint Leo University School of Arts and Sciences

- Educates all students in such fundamental skill areas as scientific observation, reasoning, problem-solving, decision-making, and communication;
- Trains majors in the fine and performing arts, the humanities, the social and behavioral sciences, and the physical sciences;
- Engages in dialogue meant to further excellence, community, respect, personal development, responsible stewardship, and integrity.

#### SCHOOL OF BUSINESS

Mission Statement: The Saint Leo University School of Business develops professionally competent graduates and responsible leaders in a global business and social environment. The School supports the mission of the University through broad liberal arts education  and specialized business education courses.  To ensure a complete education, every  business program is structured from a broad liberal arts education to career-specific  business courses. Each program in the School of Business is built on a foundation of  general education courses.  Thus, the Saint Leo business graduate is prepared by focusing  on critical thinking, on creative problem solving and on improved interpersonal  communication skills.

#### SCHOOL OF EDUCATION AND SOCIAL SERVICES

Mission Statement: The Saint Leo University School of Education and Social Services provides quality academic and applied experiences to students in education and the social services.  The School supports the mission of the University with a broad foundation of a liberal arts-based education coupled with the knowledge, values, and skills of the  education and social services professions.  The School's initiatives are dedicated to  graduating effective professional committed to building strong, responsive and caring  communities. To accomplish this mission, the objectives of the School's faculty are:

- To embrace and commit to the ideals of excellence in teaching and quality community service
- To remain active in their respective fields as researchers and practitioners
- To teach students to develop an appreciation of the complexity and diversity in society and be concerned about human dignity
- To assist students in understanding social and individual problems and develop a determination to help resolve those problems
- To prepare students for careers of service.

**ASSESSMENT AND INSTITUTIONAL RESEARCH (A&IR)**

The Office of Assessment and Institutional Research (A&IR) is dedicated to providing trustworthy and useful information that will assist in teaching, learning, and service in Saint Leo University programs for our students (see detailed description elsewhere in this handbook.)

### Vice President for Business Affairs and Chief Financial Officer

- Accounting and Finance
- Budgets
- Campus Bookstore
- Duplicating and Print Shop
- Food Service
- Human Resources
- General Counsel
- Mail Room
- Office of Information Technology
- Physical Plant
- Training and Business Support

### Vice President for Continuing Education and Student Services

- Campus Safety
- Career Services
- Continuing Education Centers
- Counseling Services
- Disability Services
- Health Services
- International Student Services
- Recreation
- Registrar
- Residential Life
- Student Involvement
- Student Services

### Vice President for Enrollment and Online Programs

- Undergraduate Admissions
- Graduate Admissions
- Marketing
- Student Financial Services

- Trane Stop
- The Center for Online Learning

**Vice President for Institutional Advancement**

- Advancement Services
- Alumni Relations
- Corporate and Foundation Relations
- Gift Planning
- Public Relations

## University Governance Structure

Members of the faculty serve on the Saint Leo University Senate. A copy of the  University Senate Constitution and Bylaws can be found on the University Senate  Website http://faculty.saintleo.edu/senate/.  The University Senate Standing  Committees are:

- Academic Standards & Policy Committee
- Admissions & Financial Aid Committee
- Assessment Research & Planning Committee
- Curriculum Committee
- Graduate Academic Standards & Program Committee
- Planning & Budget Review Committee
- Technology Advisory Committee