**ACADEMIC AFFAIRS**



University Campus - MC2006
Post Office Box 6665
Saint Leo, FL 33574-6665
Phone: (352) 588-8244
Fax: (352) 588-8207

December 15, 2017

Dr. Christine Sereni-Massinger

Dear Dr. Sereni-Massinger:

We thank you for your service to the university as Associate Dean for the School of Education and Social Services and accept your resignation as Associate Dean effective December 31, 2017.

Pursuant to your original faculty appointment letter dated June 18, 2012, this will confirm your return to faculty appointment at the Gainesville, Lake City, and Ocala Centers as a Full-Time, Tenured, Associate Professor with the School of Education and Social Services at Saint Leo University. This faculty appointment is effective January 2, 2018.

This appointment is a twelve (12) month year round faculty appointment with eight (8) weeks of release time. The specific release times will be determined in consultation with the graduate director and dean.

In your academic teaching capacity, you will report to the graduate director. The core of your academic teaching responsibilities will be a six (6) course-teaching load for the academic year. In your academic advising capacity, you will report to the graduate and center director(s). The core of these responsibilities will be ten (10) hours per week of academic advising.

The dean and graduate director will be responsible for meeting with you to develop and outline expectations for your teaching, scholarly, and service duties during the upcoming academic year. This will serve as part of the dean and graduate director's basis for year-end professional evaluations.

Your rate of pay for this position will be $82,209 annualized. Your pay will continue to be subject to those deductions required by law, University policy, or elected by you. You remain eligible to participate in the benefit programs as offered by the University to full-time employees as elected by you.

This appointment is also subject to the provisions of the Faculty Handbook, the Employee Handbook, any amendments thereto, and other University policies and procedures which pertain to regular full-time employees.

It is university policy to require that an official transcript be on file for all faculty members. With previous receipt of your official transcripts, you have satisfied this requirement.

Page 2: Appointment Letter – Christine Sereni-Massinger
December 15, 2017

Please sign that you acknowledge receipt and return this original appointment letter in its entirety to the Division of Academic Affairs no later than December 20, 2017.

This appointment can be modified only by subsequent written agreement between you and Saint Leo University, signed by both you and an officer of the University.

---

I, Christine Sereni-Massinger, acknowledge receipt of this appointment as a Tenured Associate Professor with Saint Leo University and understand the terms as specified.

_____
Christine Sereni-Massinger

12/15/17
Date

_____
Mary T. Spoto, Ph.D.
Interim Vice President of Academic Affairs

12/15/17
Date