UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CHRISTINE SERENI-MASSINGER, )<br>            )<br>    Plaintiff, )<br>            )<br>v.         )<br>            )<br>SAINT LEO UNIVERSITY INC., )<br>            )<br>    Defendant. )<br>_____ ) | Case No. 8:23-cv-01848-SDM-JSS |

### NOTICE OF A RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

Unfair labor practice charges pending at the National Labor Relations Board filed by the United Faculty of Florida against SLU for (1) refusing to bargain over reductions in force, direct dealing with employees, and unlawful portions of severance agreements, Charge No. 12-CA-313430 (pending GC complaint); (2) refusing to bargain changes when SLU withdrew recognition, Case No. 12-CA-275612 (pending Board decision).
Click or tap here to enter text.

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

Dated: August 25, 2023

Respectfully submitted,

*/s/Heidi B. Parker*
Heidi B. Parker
Florida Bar Number 1008110
EGAN, LEV & SIWICA, P.A.
Post Office Box 2231
Orlando, FL 32802
Telephone: 407.422.1400
Facsimile: 407.422.3658
hparker@eganlev.com
wstafford@eganlev.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2023, the foregoing was electronically filed with the Clerk of the Court for the Middle District of Florida, United States District Court by using the CM/ECF system, which will send a notice of electronic filing on all parties or their counsel of record through the CM/ECF system.

s/ Heidi B. Parker