**ACADEMIC AFFAIRS**

June 18, 2012

# SAINT LEO
## UNIVERSITY.

**EXHIBIT A**

University Campus - MC2006
Post Office Box 6665
Saint Leo, FL 33574-6665
Phone: (352) 588-▮
Fax: (352) 588-8207

Dr. Christine Sereni-Massinger
▮

Dear Dr. Sereni-Massinger:

Upon the recommendation of the search committee and the Dean of the School of Education & Social Services, I am pleased to offer you a full-time, non-tenure track, faculty appointment as an Associate Professor at Saint Leo University. The location for this appointment will be at the Gainesville, Lake City, and Ocala Centers beginning July 1, 2011.

This appointment is a twelve (12) month year round faculty appointment with two (2) months of release time. The specific release times will be determined in consultation with the Criminal Justice Department Chair, Dr. Bobby Diemer.

We are delighted that you are accepting our offer to become a member of our Saint Leo Community. Regardless of the location, we seek to provide students with a challenging education grounded in our values, and we are confident that you share in that commitment.

If you have any questions regarding this position, please feel free to contact me at (352) 588-▮

Once you accept this appointment, the Dean and the Chair will be responsible for meeting with you to develop and outline expectations for your teaching, scholarly, and service duties during the upcoming academic year. This will serve as part of the Dean and Chair's basis for year-end professional evaluations.

This offer is valid for fifteen (15) days from the date of this letter. If you are in agreement with this offer of employment, please sign and return the original offer and appointment letters to the Division of Academic Affairs in the envelope provided.

Sincerely,

*Maribeth Durst* (signature)

Maribeth Durst, Ph.D.
Vice President of Academic Affairs

cc:         Human Resources Personnel File

Enclosures:   Appointment Letter
              University Technology Services Information
              Reply Envelope

---

I, Christine Sereni-Massinger, accept the position as Associate Professor with Saint Leo University under the terms as specified.

_____                             ___6/20/12___
Christine Sereni-Massinger                             Date

---

Original: Academic Affairs Faculty File          www.saintleo.edu          Copy: Human Resources Personnel File

*Excellence | Community | Respect | Personal Development | Responsible Stewardship | Integrity*



# SAINT LEO
UNIVERSITY

## *Appointment Letter*

June 18, 2012

Dr. Christine Sereni-Massinger

Upon the recommendation of the search committee and the Dean of the School of Education & Social Services, I am pleased to offer you a full-time, non-tenure track, faculty appointment as an Associate Professor at Saint Leo University. The location for this appointment will be at the Gainesville, Lake City, and Ocala Centers beginning July 1, 2011.

This appointment is a twelve (12) month year round faculty appointment with two (2) months of release time. The specific release times will be determined in consultation with the Criminal Justice Department Chair, Dr. Bobby Diemer.

In your academic teaching capacity, you will report to the Chair of the Criminal Justice department, Dr. Bobby Diemer. The core of your academic teaching responsibilities will be a nine (9) course-teaching load for the academic year. In your Academic Advising capacity, you will report to the Center Director(s). The core of these responsibilities will be ten (10) hours per week of academic advising.

Your rate of pay for this position will be $▮▮▮▮ annualized. Your pay is subject to those deductions required by law, University policy, or elected by you. You will be eligible to participate in the benefit programs as offered by the University to full-time employees. Your health insurance benefits will begin on the date of hire. University provided and voluntary benefits will begin on the first of the next month unless otherwise stipulated. The University provides a 403(b) retirement plan for all full-time employees, which will be discussed with you at the new employee welcome program.

This appointment is also subject to the provisions of the Faculty Handbook, the Employee Handbook, any amendments thereto, and other University policies and procedures which pertain to regular full-time employees.

It is university policy to require that an official transcript be on file for all faculty members. With receipt of your official transcripts, you have fulfilled this requirement.

Original: Academic Affairs Faculty File        Copy: Human Resources Personnel File

Page 2: Appointment Letter – Christine Sereni-Massinger
June 18, 2012


The Immigration Reform and Control Act requires all new employees to provide verification of their legal right to work in the United States. We therefore will require you to provide the appropriate documentation to the Office of Faculty and Staff Human Resources on your first day of employment. The list of acceptable documents for use in verification is available from the Human Resources office. You will not be allowed to begin your employment with Saint Leo University until this requirement has been met.

The above offer is contingent upon successful completion of background check reference verification, and full compliance with the Immigration and Control Act of 1986. In accepting this offer, you give us full assurance that you have not relied on any agreements or representations, express or implied, with respect to your employment that are not set forth expressly in this letter.

This agreement supersedes all prior written or verbal communications and can be modified only by subsequent written agreement between you and Saint Leo University, signed by both you and an officer of the University.

---

I, Christine Sereni-Massinger, accept the position as Associate Professor with Saint Leo University under the terms as specified.

_____          Date 6/20/12
Christine Sereni-Massinger

_____          06/18/12
Maribeth Durst, Ph.D.               Date
Vice President of Academic Affairs


Original: Academic Affairs Faculty File                    Copy: Human Resources Personnel File