| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 511-2023-02229 |

Florida Human Rights Commission _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev., etc.) | Home Phone | Year of Birth |
|---|---|---|
| Christine Sereni-Massinger, Esq. | | |

Street Address, City State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Saint Leo University | 20+ | 352-588-8200 |

Street Address, City State and ZIP Code

33701 County Road 52, St. Leo, FL 33574

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address, City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest — Latest |
| sex, religion discrimination retaliation | 2/16/23 and continuing |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

See attached.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements<br>State of Fla<br>Tammy S Bellcase |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>5-8-2023<br>Date — Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

TAMMY S. BELLCASE
Notary Public - State of Florida
Commission # HH 041418
My Comm. Expires Oct 24, 2024