UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINE SERENI-MASSINGER,

    Plaintiff,

v.                                      CASE NO. 8:23-cv-1848-SDM-JSS

SAINT LEO UNIVERSITY
INCORPORATED,

    Defendant.

## PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff hereby voluntarily dismisses this action without prejudice against Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2023, the foregoing was electronically filed with the Clerk of the Court for the Middle District of Florida, United States District Court by CM/ECF, which will notify all parties or their counsel of record.

Respectfully submitted,

*/s/ Heidi B. Parker*
Heidi B. Parker, Esq.
Florida Bar No. 1008110
Egan, Lev & Siwica, P.A.
231 East Colonial Drive
Post Office Box 2231
Orlando, FL 32802
Telephone: 407-422-1400
Facsimile: 407-422-3658
E-mail: hparker@eganlev.com
Attorney for Plaintiff